# **EXHIBIT B**

## **Fund Certification**

N-CSR 1 form.htm

**United States**
**Securities and Exchange Commission**
**Washington, D.C. 20549**

**Form N-CSR**
**Certified Shareholder Report of Registered Management Investment Companies**


<u>811-5950</u>

(Investment Company Act File Number)

**Money Market Obligations Trust**
_____

(Exact Name of Registrant as Specified in Charter)


Federated Investors Funds
4000 Ericsson Drive
Warrendale, Pennsylvania 15086-7561
(Address of Principal Executive Offices)


(412) 288-1900
(Registrant's Telephone Number)


Peter J. Germain, Esquire
Federated Investors Tower
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222-3779
(Name and Address of Agent for Service)
(Notices should be sent to the Agent for Service)


Date of Fiscal Year End: <u>07/31/18</u>


Date of Reporting Period: <u>07/31/18</u>


Item 1.    Reports to Stockholders



**Annual Shareholder Report**

*July 31, 2018*

**Ticker** FRFXX

# Federated Capital Reserves Fund

A Portfolio of Money Market Obligations Trust

---

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

**Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee**

---

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 11 |
| Statement of Assets and Liabilities | 12 |
| Statement of Operations | 13 |
| Statement of Changes in Net Assets | 14 |
| Notes to Financial Statements | 15 |
| Report of Independent Registered Public Accounting Firm | 22 |
| Shareholder Expense Example | 24 |
| Board of Trustees and Trust Officers | 25 |
| Evaluation and Approval of Advisory Contract–May 2018 | 32 |
| Voting Proxies on Fund Portfolio Securities | 39 |
| Quarterly Portfolio Schedule | 39 |

---

Table of Contents

---

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Commercial Paper | 41.2% |
| Variable Rate Instruments | 35.6% |
| Bank Instruments | 7.1% |
| Asset-Backed Securities | 0.5% |
| Other Repurchase Agreements and Repurchase Agreements | 14.9% |
| Investment Company | 0.7% |
| Other Assets and Liabilities—Net2 | 0.0% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 42.4%4 |
| 8-30 Days | 18.8% |
| 31-90 Days | 30.2% |
| 91-180 Days | 8.1% |
| 181 Days or more | 0.5% |
| Other Assets and Liabilities—Net2 | 0.0% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types.*

2    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

4    *Overnight securities comprised 18.3% of the Fund's portfolio.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | ASSET-BACKED SECURITIES—0.5% | |
| | Finance - Equipment—0.5% | |
| $ 19,258,698 | Amur Equipment Finance Receivables V LLC, Series 2018-1, Class A1, 2.50%, 3/20/2019 (IDENTIFIED COST $19,258,698) | $ 19,258,698 |
| | CERTIFICATES OF DEPOSIT—7.1% | |
| | Banking—7.1% | |
| 50,000,000 | Mizuho Bank Ltd., 2.425%, 9/20/2018 | 49,832,791 |
| 80,000,000 | Mizuho Bank Ltd., 2.35% - 2.425%, 8/31/2018 - 9/28/2018 | 79,747,638 |
| 50,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.33%, 11/26/2018 | 50,000,000 |
| 120,000,000 | Toronto Dominion Bank, 1.70% - 1.75%, 10/10/2018 - 10/22/2018 | 120,000,000 |
| | TOTAL CERTIFICATES OF DEPOSIT | 299,580,429 |
| | [1]COMMERCIAL PAPER—41.2% | |
| | Aerospace / Auto—0.6% | |
| 25,000,000 | Daimler Finance NA LLC, (GTD by Daimler AG), 2.501%, 1/15/2019 | 24,713,549 |
| | Banking—13.7% | |
| 10,000,000 | Alpine Securitization LLC, (Credit Suisse AG LIQ), 2.021%, 8/1/2018 | 10,000,000 |
| 40,000,000 | Alpine Securitization LLC, (Credit Suisse AG LIQ), 2.51%, 12/19/2018 | 40,000,000 |
| 50,000,000 | Alpine Securitization LLC, (Credit Suisse AG LIQ), 2.51%, 12/20/2018 | 50,000,000 |
| 50,000,000 | Antalis S.A., (Societe Generale, Paris LIQ), 2.384%, 8/2/2018 | 49,996,708 |
| 20,000,000 | Banque et Caisse d'Epargne de L'Etat, 2.061%, 8/8/2018 | 19,992,067 |
| 4,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.511%, 9/24/2018 | 3,985,120 |
| 65,000,000 | COL Commercial Paper Co. LLC, 2.082% - 2.237%, 9/14/2018 - 11/2/2018 | 64,678,250 |
| 15,000,000 | [2]COL Commercial Paper II Co. LLC, 2.497% (3-month USLIBOR +0.16%), 10/4/2018 | 15,000,000 |
| 55,000,000 | Crown Point Capital Co., LLC, (Credit Suisse AG LIQ), 2.399% - 2.542%, 10/9/2018 - 1/7/2019 | 54,553,383 |
| 50,000,000 | Crown Point Capital Co., LLC, (Credit Suisse AG LIQ), 2.53%, 1/2/2019 | 50,000,000 |
| 25,000,000 | LMA-Americas LLC, (Credit Agricole Corporate and Investment Bank LIQ), 2.263%, 8/28/2018 | 24,957,813 |
| 125,047,000 | Ridgefield Funding Company, LLC Series B, 2.364% - 2.415%, 8/2/2018 - 8/15/2018 | 124,996,414 |
| 45,425,000 | Starbird Funding Corp., 2.314% - 2.682%, 8/13/2018 - 9/24/2018 | 45,328,920 |
| 25,000,000 | Versailles Commercial Paper LLC, (Natixis LIQ), 2.157%, 8/31/2018 | 24,955,208 |
| | TOTAL | 578,443,883 |
| | Electric Power—5.0% | |
| 212,500,000 | Duke Energy Corp., 2.151% - 2.255%, 8/1/2018 - 8/14/2018 | 212,431,955 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]COMMERCIAL PAPER—continued | |
| | Finance - Automotive—2.0% | |
| $ 84,251,000 | Ford Motor Credit Co. LLC, 2.394% - 2.521%, 8/23/2018 - 10/22/2018 | $ 84,084,221 |
| | Finance - Equipment—2.2% | |

| | | |
|---:|---|---:|
| 94,420,000 | Caterpillar Financial Services Corp., 2.157% - 2.313%, 9/17/2018 - 9/26/2018 | 94,107,199 |
| | **Finance - Retail—5.9%** | |
| 135,000,000 | Barton Capital S.A., 2.138% - 2.314%, 9/10/2018 - 10/10/2018 | 134,603,188 |
| 115,000,000 | Sheffield Receivables Company LLC, 2.294% - 2.451%, 8/1/2018 - 11/9/2018 | 114,477,472 |
| | TOTAL | 249,080,660 |
| | **Food & Beverage—1.0%** | |
| 42,700,000 | Mondelez International, Inc., 2.299% - 2.445%, 8/6/2018 - 10/10/2018 | 42,579,189 |
| | **Health Care—1.0%** | |
| 42,000,000 | McKesson Corp., 2.253%, 8/9/2018 | 41,979,000 |
| | **Insurance—2.0%** | |
| 85,000,000 | UnitedHealth Group, Inc., 2.071%, 8/6/2018 | 84,975,563 |
| | **Machinery, Equipment, Auto—1.0%** | |
| 42,000,000 | Harley-Davidson Financial Services, Inc., (Harley-Davidson, Inc. Support Agreement), 2.246% - 2.309%, 9/6/2018 - 9/10/2018 | 41,896,453 |
| | **Mining—5.0%** | |
| 212,900,000 | Nutrien Ltd., 2.303% - 2.55%, 8/9/2018 - 9/10/2018 | 212,490,841 |
| | **Pharmaceuticals and Health Care—1.0%** | |
| 41,000,000 | AstraZeneca PLC, 2.389% - 2.41%, 9/17/2018 - 10/2/2018 | 40,861,834 |
| | **Telecommunications—0.7%** | |
| 30,000,000 | Bell Canada, 2.357%, 8/2/2018 | 29,998,042 |
| | TOTAL COMMERCIAL PAPER | 1,737,642,389 |
| | [2]NOTES-VARIABLE—35.6% | |
| | **Banking—33.4%** | |
| 55,000,000 | Bank of Montreal, 2.328% (1-month USLIBOR +0.25%), 8/13/2018 | 55,000,162 |
| 40,000,000 | Bank of Montreal, 2.329% (1-month USLIBOR +0.25%), 8/20/2018 | 40,000,000 |
| 50,000,000 | Bank of Montreal, 2.33% (1-month USLIBOR +0.24%), 8/3/2018 | 50,000,000 |
| 30,500,000 | Bank of Montreal, 2.35% (1-month USLIBOR +0.25%), 8/7/2018 | 30,500,000 |
| 40,000,000 | Bank of Montreal, 2.518% (1-month USLIBOR +0.44%), 8/13/2018 | 40,000,000 |
| 14,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.372% (1-month USLIBOR +0.29%), 7/12/2019 | 14,000,000 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.387% (1-month USLIBOR +0.29%), 2/8/2019 | 30,000,000 |
| 35,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.422% (1-month USLIBOR +0.35%), 2/15/2019 | 35,000,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [2]NOTES-VARIABLE—continued | |
| | **Banking—continued** | |
| $ 18,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.437% (1-month USLIBOR +0.34%), 6/7/2019 | $ 18,000,000 |
| 43,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.537% (3-month USLIBOR +0.20%), 4/12/2019 | 43,000,000 |
| 55,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.602% (3-month USLIBOR +0.27%), 3/22/2019 | 55,000,000 |
| 49,050,000 | BlackRock Municipal Income Quality Trust, VMTP Preferred Shares (Series T0009) Daily VRDPs, (JP Morgan Chase Bank N.A. LIQ), 2.05%, 1/2/2019 | 49,050,000 |
| 34,140,000 | BlackRock MuniHoldings Quality Fund, Inc., VMTP Preferred Shares (Series T0019) Daily VRDPs, (JP Morgan Chase Bank N.A. LIQ), 2.05%, 1/2/2019 | 34,140,000 |

| Principal Amount | | Value |
|---|---|---|
| 8,000,000 | Blackrock MuniYield Quality Fund II, Inc., VMTP Preferred Shares (Series T0012) Daily VRDPs, (JP Morgan Chase Bank N.A. LIQ), 2.05%, 1/2/2019 | 8,000,000 |
| 20,000,000 | BlackRock Strategic Municipal Trust, VMTP Preferred Shares (Series T0015) Daily VRDPs, (JP Morgan Chase Bank N.A. LIQ), 2.05%, 1/2/2019 | 20,000,000 |
| 20,000,000 | Canadian Imperial Bank of Commerce, 2.292% (1-month USLIBOR +0.20%), 8/2/2018 | 20,000,000 |
| 10,000,000 | Canadian Imperial Bank of Commerce, 2.334% (1-month USLIBOR +0.26%), 8/13/2018 | 10,000,000 |
| 80,000,000 | Canadian Imperial Bank of Commerce, 2.387% (1-month USLIBOR +0.30%), 8/6/2018 | 80,000,000 |
| 30,000,000 | Canadian Imperial Bank of Commerce, 2.431% (1-month USLIBOR +0.35%), 8/21/2018 | 30,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.466% (3-month USLIBOR +0.13%), 10/3/2018 | 50,000,000 |
| 20,000,000 | Canadian Imperial Bank of Commerce, 2.469% (3-month USLIBOR +0.13%), 10/9/2018 | 20,000,000 |
| 35,080,000 | Carol Allen Family Liquidity Trust, (Comerica Bank LOC), 2.06%, 8/2/2018 | 35,080,000 |
| 3,265,000 | Colorado Health Facilities Authority, Series 2016B, (UMB Bank, N.A. LOC), 2.077%, 8/2/2018 | 3,265,000 |
| 10,265,000 | Connecticut Water Co., Series 2004, (Citizens Bank, N.A., Providence LOC) 2.33%, 8/1/2018 | 10,265,000 |
| 7,090,000 | EG Irrevocable Life Insurance Trust, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 7,090,000 |
| 9,590,000 | Eric and Lizzie Bommer Insurance Trust, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 9,590,000 |
| 1,080,000 | Galasso Materials LLC and Galasso Holdings LLC, (Series 1998), (KeyBank, N.A. LOC), 2.20%, 8/2/2018 | 1,080,000 |
| 3,660,000 | Gannett Fleming, Inc., Series 2001, (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 2.54%, 8/3/2018 | 3,660,000 |

**Annual Shareholder Report**

**4**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 2NOTES-VARIABLE—continued | |
| | **Banking—continued** | |
| $ 5,985,000 | GM Enterprises of Oregon, Inc., Series 2017, (Bank of the West, San Francisco, CA LOC), 2.03%, 8/2/2018 | $ 5,985,000 |
| 1,025,000 | Graywood Farms LLC, (Manufacturers & Traders Trust Co., Buffalo, NY LOC) 2.53%, 8/3/2018 | 1,025,000 |
| 1,635,000 | Green Knight EDC, Series 2004, (Fulton Bank, N.A. LOC), 2.17%, 8/2/2018 | 1,635,000 |
| 2,035,000 | Hazlet Manor Associates, (Series 1998), (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 2.53%, 8/7/2018 | 2,035,000 |
| 18,085,000 | J.R. Adventures Insurance Trust, Series 2014, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 18,085,000 |
| 135,000 | Lancaster, PA IDA, Snavely's Mill, Inc. Series 2003-B, (Fulton Bnak, N.A. LOC), 2.17%, 8/2/2018 | 135,000 |
| 12,005,000 | Maryland State EDC, Human Genome (Series 1997), (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 2.53%, 8/7/2018 | 12,005,000 |
| 6,955,000 | Maryland State EDC, Human Genome Sciences Series 1999-B, (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 2.53%, 8/7/2018 | 6,955,000 |
| 3,405,000 | Moran Enterprises, Inc., Series 2015, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 3,405,000 |
| 23,935,000 | RBS Insurance Trust, Series 2015, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 23,935,000 |
| 9,470,000 | Sendra Family Irrevocable Trust, Series 2015, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 9,470,000 |
| 13,875,000 | Steel Dust Recycling, LLC, Series 2016, (Comerica Bank LOC), 2.06%, 8/2/2018 | 13,875,000 |
| 3,600,000 | Szuch and Plotkin Irrevocable Trust Agreement, Series 2016, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 3,600,000 |
| 11,935,000 | The Gregory P. Berry Trust, Series 2017, (BOKF, N.A. LOC), 2.077%, 8/2/2018 | 11,935,000 |
| 6,460,000 | The Harry M. Rubin 2014 Insurance Trust, Series 2014, (Wells Fargo Bank, N.A. LOC), 2.03%, 8/1/2018 | 6,460,000 |
| 5,825,000 | The Jacob Rosenstein Irrevocable Life Insurance Trust, (Bank of America N.A. LOC), 2.03%, 8/1/2018 | 5,825,000 |
| 8,820,000 | The Jay Deitz 2015 Irrevocable Life Insurance Trust, Series 2016, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 8,820,000 |
| 9,825,000 | The KVR Insurance Trust, Series 2014, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 9,825,000 |
| 9,240,000 | The Murray D. Berry Trust, Series 2017, (BOKF, N.A. LOC), 2.077%, 8/2/2018 | 9,240,000 |

| Principal Amount | | Value |
|---:|---|---:|
| 9,550,000 | The Ray L. Berry Trust, Series 2017, (BOKF, N.A. LOC), 2.077%, 8/2/2018 | 9,550,000 |
| 5,565,000 | The Raymon Lee Ince Irrevocable Trust, Series 2013, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 5,565,000 |
| 6,680,000 | The Rieber Life Insurance Trust, Series 2016, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 6,680,000 |

**Annual Shareholder Report**

**5**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 2NOTES-VARIABLE—continued | |
| | **Banking—continued** | |
| $ 45,000,000 | Toronto Dominion Bank, 2.302% (1-month USLIBOR +0.23%), 8/30/2018 | $ 45,000,000 |
| 50,000,000 | Toronto Dominion Bank, 2.481% (1-month USLIBOR +0.40%), 8/23/2018 | 50,000,000 |
| 7,305,000 | Tuttle Insurance Trust No. 2, Series 2015, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 7,305,000 |
| 25,000,000 | Versailles Commercial Paper LLC, (Natixis LIQ), 2.301% (1-month USLIBOR +0.22%), 2/1/2019 | 25,000,000 |
| 15,000,000 | Wells Fargo Bank, N.A., 2.492% (3-month USLIBOR +0.15%), 10/24/2018 | 15,000,000 |
| 150,000,000 | Wells Fargo Bank, N.A., 2.495% (3-month USLIBOR +0.16%), 10/26/2018 | 150,000,000 |
| 21,000,000 | Wells Fargo Bank, N.A., 2.521% (3-month USLIBOR +0.20%), 9/10/2018 | 21,000,000 |
| 75,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.309% (1-month USLIBOR +0.23%), 8/20/2018 | 75,000,000 |
| 20,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.374% (1-month USLIBOR +0.30%), 6/13/2019 | 20,000,000 |
| 690,000 | Wilsbach Distributors, Inc., (Series 1999), (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 2.54%, 8/1/2018 | 690,000 |
| 8,240,000 | Wingo Family Master Trust, (BOKF, N.A. LOC), 2.03%, 8/2/2018 | 8,240,000 |
| 13,000,000 | Yavapai County, AZ IDA - Recovery Zone Facility, Taxable (Series 2015), (Bank of Nova Scotia, Toronto LOC), 2.15%, 8/2/2018 | 13,000,000 |
| | TOTAL | 1,408,000,162 |
| | **Government Agency—1.8%** | |
| 9,157,000 | Hart Family Holdings LLC, Series 2012, (Federal Home Loan Bank of Dallas LOC), 2.08%, 8/2/2018 | 9,157,000 |
| 7,230,000 | Illinois Housing Development Authority, Housing Bonds, 2015 Subseries A-3 Taxable, (Federal Home Loan Bank of Chicago LIQ), 2.04%, 8/2/2018 | 7,230,000 |
| 31,360,000 | Jefferson at Stadium Park - Phase B Owner LLC, Jefferson at Stadium Park Apartments, (Federal Home Loan Bank of San Francisco LOC), 2.08%, 8/2/2018 | 31,360,000 |
| 3,935,000 | Jerry P. Himmel Irrevocable Trust No. 1, (Federal Home Loan Bank of Dallas LOC), 2.03%, 8/2/2018 | 3,935,000 |
| 10,725,000 | Joseph L. Goggins Irrevocable Insurance Trust, Series 2018, (Federal Home Loan Bank of Atlanta LOC), 2.03%, 8/2/2018 | 10,725,000 |
| 6,060,000 | Roberts Insurance Trusts, LLC, (Federal Home Loan Bank of Des Moines LOC), 2.03%, 8/2/2018 | 6,060,000 |
| 6,860,000 | Tack Capital Co., (Federal Home Loan Bank of New York LOC), 2.08%, 8/2/2018 | 6,860,000 |
| | TOTAL | 75,327,000 |

**Annual Shareholder Report**

**6**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 2NOTES-VARIABLE—continued | |

**Municipals—0.5%**

| | | |
|---|---|---|
| $ 20,000,000 | Alaska State Housing Finance Corp., (2017 Series B) Taxable, 1.99%, 8/2/2018 | $ 20,000,000 |
| | TOTAL NOTES-VARIABLE | 1,503,327,162 |

**OTHER REPURCHASE AGREEMENTS—11.5%**

| | | |
|---|---|---|
| 115,000,000 | Barclays Bank PLC, 2.18%, 8/13/2018, interest in a $125,000,000 collateralized loan agreement, dated 7/9/2018, will repurchase securities provided as collateral for $125,264,931, in which asset-backed securities and collateralized mortgage-backed obligations with a market value of $127,770,230 have been received as collateral and held with BNY Mellon as tri-party agent. | 115,000,000 |
| 47,000,000 | BNP Paribas SA, 2.21%, 8/1/2018, interest in a $50,000,000 collateralized loan agreement, dated 7/31/2018, will repurchase securities provided as collateral for $50,003,069, in which corporate bonds, medium-term notes and U.S. government agency securities with a market value of $51,003,132 have been received as collateral and held with BNY Mellon as tri-party agent. | 47,000,000 |
| 50,000,000 | BNP Paribas SA, 2.04%, 8/1/2018, interest in a $50,000,000 collateralized loan agreement, dated 7/31/2018, will repurchase securities provided as collateral for $50,002,833, in which medium-term notes, U.S. treasury notes and U.S. government agency securities with a market value of $51,002,890 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 50,000,000 | [3]Citigroup Global Markets, Inc., 3.05%, 8/1/2018, interest in a $60,000,000 collateralized loan agreement, dated 7/2/2018, will repurchase securities provided as collateral for $60,150,524, in which U.S. treasury notes with a market value of $61,355,030 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 70,000,000 | [3]Citigroup Global Markets, Inc., 3.10%, 8/1/2018, interest in a $90,000,000 collateralized loan agreement, dated 7/2/2018, will repurchase securities provided as collateral for $90,229,494 in which U.S. treasury notes with a market value of $92,036,354 have been received as collateral and held with BNY Mellon as tri-party agent. | 70,000,000 |
| 25,000,000 | Citigroup Global Markets, Inc., 2.11%, 8/1/2018, interest in a $35,000,000 collateralized loan agreement, dated 7/31/2018, will repurchase security provided as collateral for $35,002,051, in which exchange traded security with a market value of $35,702,093 have been received as collateral and held with BNY Mellon as tri-party agent. | 25,000,000 |
| 110,000,000 | HSBC Securities (USA), Inc., 2.01%, 8/1/2018, interest in a $110,000,000 collateralized loan agreement, dated 7/31/2018, will repurchase securities provided as collateral for $110,006,142, in which corporate bonds and medium-term notes securities with a market value of $112,200,000 have been received as collateral and held with BNY Mellon as tri-party agent. | 110,000,000 |

Annual Shareholder Report

7

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | **OTHER REPURCHASE AGREEMENTS—continued** | |
| $ 20,000,000 | Wells Fargo Securities LLC, 2.79%, 10/25/2018, interest in a $20,000,000 collateralized loan agreement, dated 7/27/2018, will repurchase security provided as collateral for $20,139,500, in which U.S. government agency security with a market value of $20,407,997 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 20,000,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS | 487,000,000 |
| | **REPURCHASE AGREEMENTS—3.4%** | |
| 95,000,000 | Interest in $925,000,000 joint repurchase agreement, 1.91% dated 7/31/2018 under which Barclays Bank PLC will repurchase the securities provided as collateral for $925,049,076 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. treasury bonds, U.S. treasury notes and U.S. government agency securities with various maturities to 8/15/2046 and the market value of those underlying securities was $943,550,065. | 95,000,000 |
| 50,000,000 | Interest in $200,000,000 joint repurchase agreement, 1.93% dated 7/31/2018 under which BMO Harris Bank, N.A. will repurchase the securities provided as collateral for $200,010,722 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. government agency securities with various maturities to 2/25/2036 and the market value of those underlying securities was $205,725,726. | 50,000,000 |
| | TOTAL REPURCHASE AGREEMENTS | 145,000,000 |
| | **INVESTMENT COMPANY—0.7%** | |
| 26,997,500 | Federated Institutional Prime Value Obligations Fund, Institutional Shares, 2.08%[4] (IDENTIFIED COST $27,000,100) | 27,000,100 |

| | |
|---|---:|
| TOTAL INVESTMENT IN SECURITIES—100.0% (AMORTIZED AND IDENTIFIED COST $4,218,808,778)[5] | 4,218,808,778 |
| OTHER ASSETS AND LIABILITIES—0.0%[6] | 2,074,810 |
| TOTAL NET ASSETS—100% | $4,220,883,588 |

Securities that are subject to the federal alternative minimum tax (AMT) represent 1.5% of the Fund's portfolio as calculated based upon total market value (unaudited).

**Annual Shareholder Report**

8

Table of Contents

Affiliated fund holdings are investment companies which are managed by the Adviser or an affiliate of the Adviser. Transactions with affiliated fund holdings during the year ended July 31, 2018, were as follows:

| | Federated Institutional Prime Value Obligations Fund Institutional Shares |
|---|---:|
| Balance of Shares Held 7/31/2017 | — |
| Purchases/Additions | 26,997,500 |
| Sales/Reductions | — |
| Balance of Shares Held 7/31/2018 | 26,997,500 |
| Value | $27,000,100 |
| Change in Unrealized Appreciation/(Depreciation) | $ — |
| Net Realized Gain/(Loss) | $ — |
| Dividend Income | $ 314,905 |

1    *Discount rate at time of purchase for discount issues, or the coupon for interest-bearing issues.*

2    *Floating/variable note with current rate and current maturity or next reset date shown. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

3    *Repurchase agreement whose interest rate resets daily and is shown at the current rate as of July 31, 2018. The date indicated is the original day the repurchase agreement was entered into, the maturity date represents the next repurchase date. Upon notice, the Fund has the right to terminate the repurchase agreement at any time.*

4    *7-day net yield.*

5    *Also represents cost for federal tax purposes.*

6    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

*Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.*

*Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:*

    *Level 1—quoted prices in active markets for identical securities.*

    *Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.*

    *Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).*

*The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.*

Table of Contents

*The following is a summary of the inputs used, as of July 31, 2018, in valuing the Fund's assets carried at fair value:*

**Valuation Inputs**

| | Level 1—Quoted Prices | Level 2—Other Significant Observable Inputs | Level 3—Significant Unobservable Inputs | Total |
|---|---|---|---|---|
| **Debt Securities:** | | | | |
| Asset-Backed Securities | $ — | $ 19,258,698 | $— | $ 19,258,698 |
| Certificates of Deposit | — | 299,580,429 | — | 299,580,429 |
| Commercial Paper | — | 1,737,642,389 | — | 1,737,642,389 |
| Notes-Variable | — | 1,503,327,162 | — | 1,503,327,162 |
| **Other Repurchase Agreements** | — | 487,000,000 | — | 487,000,000 |
| **Repurchase Agreements** | — | 145,000,000 | — | 145,000,000 |
| **Investment Company** | 27,000,100 | — | — | 27,000,100 |
| TOTAL SECURITIES | $27,000,100 | $4,191,808,678 | $— | $4,218,808,778 |

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| COL | —Collateralized |
| EDC | —Economic Development Corporation |
| GTD | —Guaranteed |
| IDA | —Industrial Development Authority |
| LIBOR | —London Interbank Offered Rate |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |
| VMTP | —Variable Rate Municipal Term Preferred |
| VRDPs | —Variable Rate Demand Preferreds |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income from Investment Operations:** | | | | | |
| Net investment income | 0.007 | 0.001 | — | — | — |
| Net realized gain (loss) | 0.0001 | — | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.007 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net income | (0.007) | (0.001) | — | — | — |
| Distributions from net realized gain | (0.000)1 | — | (0.000)1 | (0.000)1 | (0.000)1 |
| TOTAL DISTRIBUTIONS | (0.007) | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Total Return2 | 0.75% | 0.10% | 0.00%3 | 0.00%3 | 0.00%3 |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses4 | 1.02% | 0.92% | 0.52% | 0.27% | 0.25% |
| Net investment income | 0.70% | 0.08% | 0.00% | 0.00% | 0.00% |
| Expense waiver/reimbursement5 | 0.19% | 0.30% | 0.72% | 1.05% | 1.07% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $4,220,884 | $6,951,890 | $11,562,657 | $12,847,237 | $11,591,418 |

1 Represents less than $0.001.
2 Based on net asset value.
3 Represents less than 0.01%.
4 The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio was 1.02%, 0.92%, 0.52%, 0.27%, and 0.25% for the years ended July 31, 2018, 2017, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.
5 This expense decrease is reflected in both the net expense and the net investment income ratios shown above.

See Notes which are an integral part of the Financial Statements

Table of Contents

## Statement of Assets and Liabilities

July 31, 2018

| Assets: | | |
|---|---|---|
| Investment in securities (including $27,000,100 of investments in an affiliated holding) | $3,586,808,778 | |
| Investments in other repurchase agreements and repurchase agreements | 632,000,000 | |
| Investment in securities, at value (amortized and identified cost $4,218,808,778) | | 4,218,808,778 |
| Cash | | 479,644 |
| Income receivable | | 4,798,659 |
| TOTAL ASSETS | | 4,224,087,081 |
| **Liabilities:** | | |
| Payable for distribution services fee (Note 5) | 1,643,922 | |

| | |
|---|---:|
| Payable for other service fees (Notes 2 and 5) | 914,598 |
| Payable for transfer agent fee | 346,534 |
| Payable for portfolio accounting fees | 87,581 |
| Payable for investment advisor fee (Note 5) | 47,724 |
| Payable for administrative fee (Note 5) | 9,055 |
| Accrued expenses (Note 5) | 154,079 |
|    TOTAL LIABILITIES | 3,203,493 |
| Net assets for 4,220,852,915 shares outstanding | $4,220,883,588 |
| **Net Assets Consists of:** | |
| Paid-in capital | $4,220,840,360 |
| Accumulated net realized gain | 43,228 |
|    TOTAL NET ASSETS | $4,220,883,588 |
| **Net Asset Value, Offering Price and Redemption Proceeds Per Share:** | |
| $4,220,883,588 ÷ 4,220,852,915 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

**12**

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | |
|---|---:|
| **Investment Income:** | |
| Interest | $90,274,656 |
| Dividends received from an affiliated holding see footnotes to Portfolio of Investments | 314,905 |
|    TOTAL INCOME | 90,589,561 |
| **Expenses:** | |
| Investment adviser fee (Note 5) | $ 10,514,411 |
| Administrative fee (Note 5) | 4,207,954 |
| Custodian fees | 195,587 |
| Transfer agent fees | 5,280,471 |
| Directors'/Trustees' fees (Note 5) | 52,979 |
| Auditing fees | 23,100 |
| Legal fees | 9,305 |
| Distribution services fee (Note 5) | 28,914,630 |
| Other service fees (Notes 2) | 13,097,749 |
| Portfolio accounting fees | 175,345 |
| Share registration costs | 980,855 |
| Printing and postage | 526,058 |
| Miscellaneous (Note 5) | 67,689 |
|    TOTAL EXPENSES | 64,046,133 |

| Waivers, Reimbursement and Reduction: | |
|---|---|
| Waiver/reimbursement of investment adviser fee (Note 5) | $(4,936,768) |
| Waiver of other operating expenses (Note 5) | (5,257,205) |
| Reduction of custodian fees (Note 6) | (4,097) |
| TOTAL WAIVERS, REIMBURSEMENT AND REDUCTION | (10,198,070) |
| Net expenses | 53,848,063 |
| Net investment income | 36,741,498 |
| Net realized gain on investments | 77,615 |
| Change in net assets resulting from operations | $36,819,113 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
13

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 36,741,498 | $ 6,938,105 |
| Net realized gain | 77,615 | 65,015 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 36,819,113 | 7,003,120 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | (36,741,498) | (6,938,105) |
| Distributions from net realized gain | (88,446) | (75,307) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (36,829,942) | (7,013,412) |
| **Share Transactions:** | | |
| Proceeds from sale of shares | 1,535,448,053 | 1,942,526,606 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 35,655,901 | 6,860,625 |
| Cost of shares redeemed | (4,302,099,698) | (6,560,143,619) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (2,730,995,744) | (4,610,756,388) |
| Change in net assets | (2,731,006,575) | (4,610,766,680) |
| **Net Assets:** | | |
| Beginning of period | 6,951,890,163 | 11,562,656,843 |
| End of period | $ 4,220,883,588 | $ 6,951,890,163 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

### 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end, management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Capital Reserves Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Trustees determine such liquidity fees or redemption gates are in the best interest of the Fund.

### 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Most securities are valued at amortized cost. Shares of any institutional money market fund in which the Fund invests will be valued at the fund's NAV, which may be calculated using market value, rather than the amortized cost method. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

Annual Shareholder Report

15

Table of Contents

The Fund's Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company ("the Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions) and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreements reducing the net settlement amount to zero.

<div align="center">

**Annual Shareholder Report**

**16**

</div>

Table of Contents

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. The detail of the total fund expense waivers, reimbursement and reduction of $10,198,070 is disclosed in various locations in Note 5 and Note 6.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code (the "Code") and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. Restricted securities are valued at amortized cost in accordance with Rule 2a-7 under the Act.

<div align="center">

**Annual Shareholder Report**

**17**

</div>

Table of Contents

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following table summarizes share activity:

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|

| | | |
|---|---|---|
| Shares sold | 1,535,448,053 | 1,942,526,606 |
| Shares issued to shareholders in payment of distributions declared | 35,655,901 | 6,860,625 |
| Shares redeemed | (4,302,099,698) | (6,560,143,619) |
| NET CHANGE RESULTING FROM FUND SHARE TRANSACTIONS | (2,730,995,744) | (4,610,756,388) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary Income[1] | $36,819,516 | $7,013,412 |
| Long Term Capital Gains[1] | $ 10,426 | $ — |

[1]    For tax purposes, short-term capital gain distributions are considered ordinary income distributions.

As of July 31, 2018, the components of distributable earnings on a tax basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $43,229 |

[2]    For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $4,907,828 of its fee.

The Adviser has agreed to waive its fee and/or reimburse the Fund for certain investment adviser fees and other operating expenses as a result of transactions in other affiliated investment companies. For the year ended July 31, 2018, the Adviser waived and/or reimbursed $28,940.

**Annual Shareholder Report**

**18**

Table of Contents

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized net fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may change certain out-of-pocket expenses to the Fund.

### Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at 0.55% of average daily net assets, annually, to compensate FSC. Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31,

2018, FSC waived $5,257,205 of its fees. When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $10,142 of fees paid by the Fund.

**Annual Shareholder Report**

19

Table of Contents

### Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waiver/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) and the Fund's share of the fees and expenses of the investments in affiliated funds paid by the Fund (after the voluntary waivers and reimbursements) will not exceed 1.02% (the "Fee Limit"), up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions, which complied with Rule 17a-7 under the Act, amounted to $5,900,000 and $6,475,000, respectively.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

### 6. EXPENSE REDUCTION

Through arrangements with the Fund's custodian, net credits realized as a result of uninvested cash balances were used to reduce custody expenses. For the year ended July 31, 2018, the Fund's expenses were reduced by $4,097 under these arrangements.

### 7. CONCENTRATION OF RISK

A substantial portion of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

**Annual Shareholder Report**

20

Table of Contents

### 8. LINE OF CREDIT

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

## 9. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission (SEC), the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from or lend money to other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED CAPITAL RESERVES FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities of Federated Capital Reserves Fund (the "Fund") (one of the portfolios constituting Money Market Obligations Trust), including the portfolio of investments, as of July 31, 2018, and the related statement of operations for the year then ended, the statement of changes in net assets for each of the two years in the period then ended, the financial highlights for each of the five years in the period then ended and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Fund at July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the two years in the period then ended and its financial highlights for each of the five years in the period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements are the responsibility of the Fund's management. Our responsibility is to express an opinion on the Fund's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. The Fund is not required to have, nor were we engaged to perform, an audit of the Fund's internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control over financial reporting. Accordingly, we express no such opinion.

Annual Shareholder Report

**22**

Table of Contents

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our procedures included confirmation of securities owned as of July 31, 2018, by correspondence with the custodian and others, or by other appropriate auditing procedures where replies from others were not received. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Ernst & Young LLP*

We have served as the auditor of one or more Federated investment companies since 1979.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other services fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual** | $1,000 | $1,005.10 | $5.07 |
| **Hypothetical (assuming a 5% return before expenses)** | $1,000 | $1,019.74 | $5.11 |

1    *Expenses are equal to the Fund's annualized net expense ratio of 1.02%, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period).*

Annual Shareholder Report
24

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Annual Shareholder Report

**25**

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

Table of Contents

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|

| | |
|---|---|
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

<div align="center">

Annual Shareholder Report

28

</div>

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| | |
|---|---|
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

<div align="center">

**Annual Shareholder Report**
29

</div>

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND<br>SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

### FEDERATED CAPITAL RESERVES FUND (THE "FUND")

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or

voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**
**34**

---

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver

**Annual Shareholder Report**

Table of Contents

competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

**Annual Shareholder Report**

**36**

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

**Federated.**

Federated Capital Reserves Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919304*

*41050 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

| Share Class | Ticker | A | GRAXX | B | GRBXX | C | GRCXX |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | F | GRGXX | P | GRFXX | | |

# Federated Government Reserves Fund

*Fund Established 2005*

A Portfolio of Money Market Obligations Trust

Dear Valued Shareholder,

I am pleased to present the Annual Shareholder Report for your fund covering the period from August 1, 2017 through July 31, 2018. This report includes a complete listing of your fund's holdings, performance information and financial statements along with other important fund information.

In addition, our website, FederatedInvestors.com, offers easy access to Federated resources that include timely fund updates, economic and market insights from our investment strategists, and financial planning tools.

Thank you for investing with Federated. I hope you find this information useful and look forward to keeping you informed.

Sincerely,

*J. Christr N. Donalue*

J. Christopher Donahue, President

---

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 9 |
| Statement of Assets and Liabilities | 14 |
| Statement of Operations | 16 |
| Statement of Changes in Net Assets | 17 |
| Notes to Financial Statements | 18 |
| Report of Independent Registered Public Accounting Firm | 28 |
| Shareholder Expense Example | 30 |
| Board of Trustees and Trust Officers | 32 |
| Evaluation and Approval of Advisory Contract–May 2018 | 38 |
| Voting Proxies on Fund Portfolio Securities | 45 |
| Quarterly Portfolio Schedule | 45 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Repurchase Agreements | 49.9% |
| U.S. Government Agency Securities | 44.3% |
| U.S. Treasury Securities | 9.4% |
| Other Assets and Liabilities—Net2 | (3.6)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 57.5% |
| 8-30 Days | 23.2% |
| 31-90 Days | 16.7% |
| 91-180 Days | 4.5% |
| 181 Days or more | 1.7% |
| Other Assets and Liabilities—Net[2] | (3.6)% |
| TOTAL | **100.0%** |

1   *See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types.*

2   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3   *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

<div align="center">

Annual Shareholder Report

1

</div>

Table of Contents

## Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—44.3% | |
| $  90,500,000 | [1]Federal Farm Credit System Discount Notes, 1.23% - 2.19%, 8/9/2018 - 2/8/2019 | $  89,859,864 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.929% (1-month USLIBOR -0.135%), 8/25/2018 | 50,000,000 |
| 74,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.987% - 2.007% (1-month USLIBOR -0.085%), 8/1/2018 - 8/15/2018 | 73,998,874 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.994% - 2.006% (1-month USLIBOR -0.08%), 8/13/2018 - 8/27/2018 | 49,994,261 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.002% - 2.007% (1-month USLIBOR -0.065%), 8/12/2018 - 8/29/2018 | 49,998,802 |
| 39,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.022% - 2.036% (1-month USLIBOR -0.045%), 8/12/2018 - 8/21/2018 | 38,999,707 |
| 10,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.022% (1-month USLIBOR -0.055%), 8/27/2018 | 9,999,371 |
| 40,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.029% - 2.039% (1-month USLIBOR -0.043%), 8/15/2018 - 8/21/2018 | 39,999,695 |

| | | |
|---:|:---|---:|
| 56,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.034% (1-month USLIBOR -0.04%), 8/13/2018 | 55,999,309 |
| 30,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.04% (1-month USLIBOR -0.06%), 8/4/2018 | 29,998,950 |
| 22,800,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.046% (1-month USLIBOR -0.041%), 8/6/2018 | 22,800,000 |
| 8,500,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.067% (1-month USLIBOR -0.03%), 8/9/2018 | 8,500,000 |
| 92,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.14% (1-month USLIBOR +0.059%), 8/21/2018 | 92,000,000 |
| 12,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.146% (1-month USLIBOR +0.065%), 8/22/2018 | 12,003,967 |
| 14,500,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.242% (1-month USLIBOR +0.15%), 8/1/2018 | 14,516,296 |
| 690,000,000 | [1]Federal Home Loan Bank System Discount Notes, 1.24% - 2.144%, 8/15/2018 - 1/16/2019 | 687,767,656 |
| 100,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.918% - 1.919% (1-month USLIBOR -0.155%), 8/13/2018 - 8/17/2018 | 100,000,000 |
| 75,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.924% - 1.932% (1-month USLIBOR -0.14%), 8/16/2018 - 8/25/2018 | 75,000,000 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.931% (1-month USLIBOR -0.15%), 8/23/2018 | 50,000,000 |
| 32,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.937% (1-month USLIBOR -0.16%), 8/8/2018 | 32,000,000 |

**Annual Shareholder Report**

**2**

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | GOVERNMENT AGENCIES—continued | |
| $  95,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.937% - 1.939% (1-month USLIBOR -0.135%), 8/6/2018 - 8/15/2018 | $  95,000,000 |
| 313,800,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.939% - 1.975% (1-month USLIBOR -0.125%), 8/4/2018 - 8/24/2018 | 313,799,809 |
| 70,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.949% (1-month USLIBOR -0.115%), 8/25/2018 | 70,000,000 |
| 61,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.952% - 1.967% (1-month USLIBOR -0.13%), 8/8/2018 - 8/18/2018 | 61,000,000 |
| 10,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.971% (1-month USLIBOR -0.11%), 8/22/2018 | 10,000,374 |
| 110,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.976% - 1.981% (1-month USLIBOR -0.105%), 8/19/2018 - 8/23/2018 | 110,000,000 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.98% (1-month USLIBOR -0.12%), 8/4/2018 | 50,000,000 |
| 42,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.999% (3-month USLIBOR -0.34%), 10/9/2018 | 42,500,000 |
| 80,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.002% (1-month USLIBOR -0.08%), 8/19/2018 | 80,000,000 |
| 26,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.007% (1-month USLIBOR -0.09%), 8/9/2018 | 26,000,000 |
| 76,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.018% - 2.019% (1-month USLIBOR -0.06%), 8/11/2018 - 8/18/2018 | 76,000,000 |
| 124,700,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.019% - 2.052% (1-month USLIBOR -0.045%), 8/1/2018 - 8/25/2018 | 124,698,507 |
| 52,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.025% - 2.032% (1-month USLIBOR -0.065%), 8/3/2018 - 8/8/2018 | 51,997,297 |
| 23,250,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.031% (1-month USLIBOR -0.055%), 8/20/2018 | 23,250,000 |
| 106,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.033% - 2.043% (3-month USLIBOR -0.30%), 10/3/2018 - 10/10/2018 | 106,000,000 |
| 44,250,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.036% - 2.05 (1-month USLIBOR -0.05%), 8/4/2018 - 8/5/2018 | 44,250,000 |

| | | |
|---|---|---|
| 25,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.041% (1-month USLIBOR -0.04%), 8/22/2018 | 25,000,000 |
| 36,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.044% (3-month USLIBOR -0.295%), 10/16/2018 | 36,000,000 |
| 11,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.046% (1-month USLIBOR -0.035%), 8/23/2018 | 11,001,021 |
| 182,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.067% - 2.072% (3-month USLIBOR -0.275%), 8/7/2018 - 10/23/2018 | 182,000,000 |
| 165,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.069% (3-month USLIBOR -0.28%), 8/3/2018 - 8/6/2018 | 165,000,000 |
| 49,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.086% (3-month USLIBOR -0.25%), 9/28/2018 | 49,500,000 |

**Annual Shareholder Report**

**3**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—continued | |
| $ 15,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.094% (3-month USLIBOR -0.245%), 9/26/2018 | $ 15,000,000 |
| 98,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.129% - 2.148% (3-month USLIBOR -0.21%), 8/1/2018 - 10/9/2018 | 97,999,511 |
| 59,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.147% - 2.17% (3-month USLIBOR -0.16%), 8/24/2018 - 8/30/2018 | 58,991,079 |
| 10,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.168% (3-month USLIBOR -0.185%), 8/10/2018 | 10,500,000 |
| 77,250,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.185% - 2.197% (3-month USLIBOR -0.14%), 9/19/2018 - 9/26/2018 | 77,260,550 |
| 18,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.197% (3-month USLIBOR -0.15%), 10/22/2018 | 18,000,000 |
| 77,845,000 | Federal Home Loan Bank System Notes, 0.875% - 1.25%, 9/5/2018 - 10/1/2018 | 77,808,870 |
| 40,070,000 | Federal Home Loan Mortgage Corp. Notes, 1.10% - 1.15%, 9/13/2018 - 9/14/2018 | 40,057,212 |
| 40,350,000 | [2]Federal National Mortgage Association Floating Rate Notes, 1.96% (Secured Overnight Financing Rate +0.08%), 8/1/2018 | 40,350,000 |
| 36,325,000 | [2]Federal National Mortgage Association Floating Rate Notes, 2.00% (Secured Overnight Financing Rate +0.12%), 8/1/2018 | 36,325,000 |
| 22,600,000 | [2]Federal National Mortgage Association Floating Rate Notes, 2.04% (Secured Overnight Financing Rate +0.16%), 8/1/2018 | 22,600,000 |
| 1,230,000 | Federal National Mortgage Association Notes, 1.875%, 9/18/2018 | 1,230,965 |
| 22,000,000 | Tennessee Valley Authority Notes, 1.75%, 10/15/2018 | 22,017,790 |
| | TOTAL GOVERNMENT AGENCIES | 3,854,574,737 |
| | U.S. TREASURY—9.4% | |
| 105,000,000 | [1]United States Treasury Bills, 1.83%, 8/30/2018 | 104,845,213 |
| 100,000,000 | [1]United States Treasury Bills, 1.83% - 1.835%, 9/6/2018 | 99,816,750 |
| 124,500,000 | [1]United States Treasury Bills, 1.855% - 1.895%, 9/13/2018 | 124,220,766 |
| 116,900,000 | [1]United States Treasury Bills, 1.895%, 9/27/2018 | 116,549,251 |
| 100,000,000 | [1]United States Treasury Bills, 2.08%, 11/23/2018 | 99,341,333 |
| 39,000,000 | [1]United States Treasury Bills, 2.10%, 1/10/2019 | 38,631,450 |
| 76,000,000 | [1]United States Treasury Bills, 2.13% - 2.145%, 1/17/2019 | 75,237,611 |
| 95,000,000 | [1]United States Treasury Bills, 2.16%, 1/31/2019 | 93,962,600 |
| 22,500,000 | [2]United States Treasury Floating Rate Notes, 2.043% (91-day T-Bill +0.033%), 8/7/2018 | 22,503,083 |
| 45,000,000 | United States Treasury Notes, 0.75%, 8/31/2018 | 44,958,504 |
| | TOTAL U.S. TREASURY | 820,066,561 |

**Annual Shareholder Report**

**4**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—49.9% | |
| $ 200,000,000 | Repurchase agreement, 1.93% dated 7/31/2018 under which ABN Amro Bank N.V. will repurchase the securities provided as collateral for $200,010,722 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 5/1/2048 and the market value of those underlying securities was $205,195,670. | $ 200,000,000 |
| 725,000,000 | Interest in $925,000,000 joint repurchase agreement, 1.91% dated 7/31/2018 under which Barclays Bank PLC will repurchase the securities provided as collateral for $925,049,076 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 8/15/2046 and the market value of those underlying securities was $943,550,065. | 725,000,000 |
| 50,000,000 | Repurchase agreement, 1.95% dated 7/20/2018 under which Barclays Bank PLC will repurchase the securities provided as collateral for $50,083,958 on 8/20/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Government Agency securities with various maturities to 7/1/2048 and the market value of those underlying securities was $51,085,638. | 50,000,000 |
| 100,000,000 | Repurchase agreement, 1.91% dated 7/31/2018 under which Barclays Capital, Inc. will repurchase the securities provided as collateral for $100,005,306 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury securities with various maturities to 8/15/2024 and the market value of those underlying securities was $102,005,416. | 100,000,000 |
| 150,000,000 | Interest in $200,000,000 joint repurchase agreement, 1.93% dated 7/31/2018 under which BMO Harris Bank, N.A. will repurchase the securities provided as collateral for $200,010,722 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Government Agency securities with various maturities to 2/25/2036 and the market value of those underlying securities was $205,725,726. | 150,000,000 |
| 57,373,000 | Interest in $58,000,000 joint repurchase agreement, 1.93% dated 7/31/2018 under which BNP Paribas SA will repurchase the securities provided as collateral for $58,003,109 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 10/11/2033 and the market value of those underlying securities was $59,163,240. | 57,373,000 |
| 60,000,000 | Repurchase agreement, 1.96% dated 7/25/2018 under which BNP Paribas SA will repurchase the securities provided as collateral for $60,209,067 on 9/27/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 11/15/2030 and the market value of those underlying securities was $61,413,265. | 60,000,000 |

**Annual Shareholder Report**

**5**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $ 53,000,000 | Repurchase agreement, 2.00% dated 7/31/2018 under which BNP Paribas SA will repurchase the securities provided as collateral for $53,123,667 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 6/1/2048 and the market value of those underlying securities was $54,063,041. | $ 53,000,000 |
| 22,000,000 | Repurchase agreement, 2.01% dated 7/31/2018 under which BNP Paribas SA will repurchase the securities provided as collateral for $22,051,590 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 8/1/2048 and the market value of those underlying securities was $22,588,348. | 22,000,000 |
| 500,000,000 | Repurchase agreement, 1.92% dated 7/26/2018 under which Citigroup Global Markets, Inc. will repurchase the securities provided as collateral for $500,186,667 on 8/2/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 6/20/2068 and the market value of those underlying securities was $510,302,878. | 500,000,000 |

| | | |
|---:|:---|---:|
| 1,500,000,000 | Repurchase agreement, 1.92% dated 7/31/2018 under which Fixed Income Clearing Corporation will repurchase the securities provided as collateral for $1,500,080,000 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury securities with various maturities to 2/29/2024 and the market value of those underlying securities was $1,530,000,036. | 1,500,000,000 |
| 200,000,000 | Repurchase agreement, 1.92% dated 7/30/2018 under which HSBC Securities (USA), Inc. will repurchase the securities provided as collateral for $200,074,667 on 8/6/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Government Agency securities with various maturities to 7/1/2048 and the market value of those underlying securities was $204,000,001. | 200,000,000 |
| 100,000,000 | Repurchase agreement, 2.04% dated 6/19/2018 under which Lloyds Bank PLC, London will repurchase the securities provided as collateral for $100,351,333 on 8/20/2018. The securities provided as collateral at the end of the period held with Lloyds Bank PLC, London were Collateralized Mortgage Obligations securities with various maturities to 8/20/2047 and the market value of those underlying securities was $102,650,385. | 100,000,000 |
| 28,000,000 | Interest in $200,000,000 joint repurchase agreement, 1.91% dated 7/31/2018 under which Merrill Lynch, Pierce, Fenner & Smith, Inc. will repurchase the securities provided as collateral for $200,010,611 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2028 and the market value of those underlying securities was $204,010,922. | 28,000,000 |

**Annual Shareholder Report**
**6**

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | REPURCHASE AGREEMENTS—continued | |
| $ 250,000,000 | Repurchase agreement, 1.93% dated 7/31/2018 under which Natixis Financial Products LLC will repurchase the securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury and U.S. Government Agency securities with various maturities to 9/15/2065 and the market value of those underlying securities was $255,517,524. | $ 250,000,000 |
| 300,000,000 | Repurchase agreement, 1.93% dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase the securities provided as collateral for $300,016,083 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Government Agency securities with various maturities to 3/12/2038 and the market value of those underlying securities was $306,016,682. | 300,000,000 |
| 50,000,000 | Repurchase agreement, 1.93% dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase the securities provided as collateral for $50,002,681 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon, tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2026 and the market value of those underlying securities was $51,002,769. | 50,000,000 |
| | TOTAL REPURCHASE AGREEMENTS | 4,345,373,000 |
| | TOTAL INVESTMENT IN SECURITIES—103.6% (AT AMORTIZED COST)3 | 9,020,014,298 |
| | OTHER ASSETS AND LIABILITIES - NET—(3.6)%4 | (310,502,459) |
| | TOTAL NET ASSETS—100% | $8,709,511,839 |

1   *Discount rate at time of purchase.*
2   *Floating/variable note with current rate and current maturity or next reset date shown.*
3   *Also represents cost for federal tax purposes.*
4   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

**Annual Shareholder Report**

**7**

Table of Contents

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

    Level 1—quoted prices in active markets for identical securities.

    Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

    Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

The following acronym is used throughout this portfolio:

LIBOR    —London Interbank Offered Rate

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**8**

Table of Contents

# Financial Highlights – Class A Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.006 | 0.0002 | — | — |

| | | | |
|---|---|---|---|
| Net realized gain (loss) | (0.000)[2] | 0.000[2] | 0.000[2] | — |
| TOTAL FROM INVESTMENT OPERATIONS | 0.006 | 0.000[2] | 0.000[2] | — |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.006) | (0.000)[2] | — | — |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | — | — |
| TOTAL DISTRIBUTIONS | (0.006) | (0.000)[2] | — | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.56% | 0.02% | 0.00%[4] | 0.00% |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.87%[5] | 0.65%[5] | 0.40%[5] | 0.15%[6] |
| Net investment income | 0.54% | 0.02% | 0.00% | 0.00%[6] |
| Expense waiver/reimbursement[7] | 0.15% | 0.37% | 0.62% | 0.86%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $73,428 | $87,623 | $89,786 | $218 |

1  *Reflects operations for the period from July 20, 2015 (date of initial investment) to July 31, 2015.*
2  *Represents less than $0.001.*
3  *Based on net asset value. Total returns for periods less than one year are not annualized.*
4  *Represents less than 0.01%.*
5  *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio is 0.87%, 0.65% and 0.40% for the years ended July 31, 2018, 2017 and 2016, respectively, after taking into account this expense reduction.*
6  *Computed on an annualized basis.*
7  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

9

Table of Contents

# Financial Highlights – Class B Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.002 | 0.000[2] | — | — |
| Net realized gain (loss) | (0.000)[2] | 0.000[2] | 0.000[2] | — |
| TOTAL FROM INVESTMENT OPERATIONS | 0.002 | 0.000[2] | 0.000[2] | — |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.002) | — | — | — |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | — | — |
| TOTAL DISTRIBUTIONS | (0.002) | (0.000)[2] | — | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.23% | 0.00%[4] | 0.00%[4] | 0.00% |

| Ratios to Average Net Assets: | | | | |
|---|---|---|---|---|
| Net expenses | 1.19%[5] | 0.65%[5] | 0.40%[5] | 0.15%[6] |
| Net investment income | 0.20% | 0.00% | 0.00% | 0.00%[6] |
| Expense waiver/reimbursement[7] | 0.17% | 0.74% | 0.99% | 1.16%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $2,024 | $3,252 | $5,892 | $18 |

1   *Reflects operations for the period from July 20, 2015 (date of initial investment) to July 31, 2015.*
2   *Represents less than $0.001.*
3   *Based on net asset value, which does not reflect the sales charge, redemption fee or contingent deferred sales charge, if applicable. Total returns for periods less than one year are not annualized.*
4   *Represents less than 0.01%.*
5   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio is 1.19%, 0.65% and 0.40% for the years ended July 31, 2018, 2017 and 2016, respectively, after taking into account this expense reduction.*
6   *Computed on an annualized basis.*
7   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**10**

Table of Contents

# Financial Highlights – Class C Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.002 | 0.000[2] | — | — |
| Net realized gain (loss) | (0.000)[2] | 0.000[2] | 0.000[2] | — |
| TOTAL FROM INVESTMENT OPERATIONS | 0.002 | 0.000[2] | 0.000[2] | — |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.002) | — | — | — |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | — | — |
| TOTAL DISTRIBUTIONS | (0.002) | (0.000)[2] | — | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.23% | 0.00%[4] | 0.00%[4] | 0.00% |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 1.20%[5] | 0.68%[5] | 0.40%[5] | 0.15%[6] |
| Net investment income | 0.19% | 0.00% | 0.00% | 0.00%[6] |
| Expense waiver/reimbursement[7] | 0.16% | 0.69% | 0.97% | 1.16%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $6,007 | $9,963 | $10,783 | $0[8] |

1   *Reflects operations for the period from July 20, 2015 (date of initial investment) to July 31, 2015.*
2   *Represents less than $0.001.*

3  *Based on net asset value, which does not reflect the sales charge, redemption fee or contingent deferred sales charge, if applicable. Total returns for periods less than one year are not annualized.*

4  *Represents less than 0.01%.*

5  *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio is 1.20%, 0.68% and 0.40% for the years ended July 31, 2018, 2017 and 2016, respectively, after taking into account this expense reduction.*

6  *Computed on an annualized basis.*

7  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

8  *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**11**

---

Table of Contents

# Financial Highlights – Class F Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.006 | 0.0002 | — | — |
| Net realized gain (loss) | (0.000)[2] | 0.0002 | 0.0002 | — |
| TOTAL FROM INVESTMENT OPERATIONS | 0.006 | 0.0002 | 0.0002 | — |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.006) | (0.000)[2] | — | — |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | — | — |
| TOTAL DISTRIBUTIONS | (0.006) | (0.000)[2] | — | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.56% | 0.02% | 0.00%[4] | 0.00% |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.87%[5] | 0.62%[5] | 0.40%[5] | 0.15%[6] |
| Net investment income | 0.54% | 0.02% | 0.00% | 0.00%[6] |
| Expense waiver/reimbursement[7] | 0.16% | 0.42% | 0.63% | 0.86%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $1,071 | $1,524 | $3,066 | $0[8] |

1  *Reflects operations for the period from July 20, 2015 (date of initial investment) to July 31, 2015.*

2  *Represents less than $0.001.*

3  *Based on net asset value, which does not reflect the sales charge, redemption fee or contingent deferred sales charge, if applicable. Total returns for periods less than one year are not annualized.*

4  *Represents less than 0.01%.*

5  *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio is 0.87%, 0.62% and 0.40% for the years ended July 31, 2018, 2017 and 2016, respectively, after taking into account this expense reduction.*

6  *Computed on an annualized basis.*

7  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

8  *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Class P Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.004 | 0.0001 | — | — | — |
| Net realized gain (loss) | (0.000)1 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.004 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.004) | (0.000)1 | — | — | — |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.004) | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
| Net Asset Value, End of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Total Return2 | 0.41% | 0.00%3 | 0.00%3 | 0.00%3 | 0.00%3 |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 1.02%4 | 0.66%4 | 0.31%4 | 0.11%4 | 0.10%4 |
| Net investment income | 0.40% | 0.00% | 0.00% | 0.00% | 0.00% |
| Expense waiver/reimbursement5 | 0.18% | 0.54% | 0.89% | 1.18% | 1.20% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $8,626,983 | $10,580,501 | $12,639,013 | $12,194,155 | $11,135,915 |

1     *Represents less than $0.001.*

2     *Based on net asset value.*

3     *Represents less than 0.01%.*

4     *The net expense ratio is calculated without reduction for expenses offset arrangements. The net expense ratios are 1.02%, 0.66%, 0.31%, 0.11% and 0.10% for the years ended July 31, 2018, 2017, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*

5     *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

| **Assets:** | |
|---|---|
| Investment in securities | $4,674,641,298 |
| Investments in repurchase agreements | 4,345,373,000 |

| | | |
|---|---|---|
| Investment in securities, at amortized cost and fair value | | $9,020,014,298 |
| Cash | | 420,209 |
| Income receivable | | 4,322,078 |
| Receivable for shares sold | | 147,593 |
| TOTAL ASSETS | | 9,024,904,178 |
| **Liabilities:** | | |
| Payable for investments purchased | 308,962,600 | |
| Payable for shares redeemed | 89,926 | |
| Income distribution payable | 2,148 | |
| Payable for distribution services fee (Note 5) | 3,336,501 | |
| Payable for other service fees (Notes 2 and 5) | 1,881,140 | |
| Payable for investment adviser fee (Note 5) | 26,966 | |
| Payable for administrative fee (Note 5) | 19,122 | |
| Accrued expenses (Note 5) | 1,073,936 | |
| TOTAL LIABILITIES | | 315,392,339 |
| Net assets for 8,709,516,084 shares outstanding | | $8,709,511,839 |
| **Net Assets Consists of:** | | |
| Paid-in capital | | $8,709,514,956 |
| Accumulated net realized loss | | (3,109) |
| Distributions in excess of net investment income | | (8) |
| TOTAL NET ASSETS | | $8,709,511,839 |

Annual Shareholder Report
14

Table of Contents

## Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share:**

| | |
|---|---|
| **Class A Shares:** | |
| $73,427,548 ÷ 73,427,567 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| Offering price per share | $1.00 |
| Redemption proceeds per share | $1.00 |
| **Class B Shares:** | |
| $2,023,604 ÷ 2,023,605 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| Offering price per share | $1.00 |
| Redemption proceeds per share (94.50/100 of $1.00)[1] | $0.95 |
| **Class C Shares:** | |

| | |
|---|---|
| $6,007,088 ÷ 6,007,091 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| Offering price per share | $1.00 |
| Redemption proceeds per share (99.00/100 of $1.00)[1] | $0.99 |
| **Class F Shares:** | |
| $1,070,754 ÷ 1,070,744 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| Offering price per share | $1.00 |
| Redemption proceeds per share (99.00/100 of $1.00)[1] | $0.99 |
| **Class P Shares:** | |
| $8,626,982,845 ÷ 8,626,987,077 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| Offering price per share | $1.00 |
| Redemption proceeds per share | $1.00 |

1    *Under certain limited conditions, a "Contingent Deferred Sales Charge" of up to 5.50% for Class B Shares and up to 1.00% for Class C Shares and Class F Shares may be imposed. See "Sales Charge When You Redeem" in the Prospectus.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

15

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | | |
|---|---|---|
| **Investment Income:** | | |
| Interest | | $136,125,191 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $ 19,189,118 | |
| Administrative fee (Note 5) | 7,679,399 | |
| Custodian fees | 275,740 | |
| Transfer agent fees (Notes 2 and 5) | 9,694,241 | |
| Directors'/Trustees' fees (Note 5) | 86,884 | |
| Auditing fees | 23,100 | |
| Legal fees | 9,497 | |
| Distribution services fee (Note 5) | 52,710,006 | |
| Other service fees (Notes 2 and 5) | 23,827,592 | |
| Portfolio accounting fees | 193,573 | |
| Share registration costs | 1,005,870 | |
| Printing and postage | 806,489 | |
| Miscellaneous (Note 5) | 62,730 | |
| TOTAL EXPENSES | | 115,564,239 |
| **Waivers, Reimbursements and Reduction:** | | |
| Waiver of investment adviser fee (Note 5) | $ (6,255,934) | |
| Waivers/reimbursements of other operating expenses (Notes 2 and 5) | (11,287,767) | |
| Reduction of custodian fees (Note 6) | (5,620) | |
| TOTAL WAIVERS, REIMBURSEMENTS AND REDUCTION | | (17,549,321) |

| | | |
|---|---|---|
| Net expenses | | 98,014,918 |
| Net investment income | | 38,110,273 |
| Net realized loss on investments | | (3,109) |
| Change in net assets resulting from operations | | $ 38,107,164 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**16**

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 38,110,273 | $ 359,312 |
| Net realized gain (loss) | (3,109) | 49,686 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 38,107,164 | 408,998 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Class A Shares | (438,207) | (20,910) |
| Class B Shares | (5,058) | — |
| Class C Shares | (16,014) | — |
| Class F Shares | (7,685) | (355) |
| Class P Shares | (37,643,317) | (338,047) |
| Distributions from net realized gain | | |
| Class A Shares | (242) | (269) |
| Class B Shares | (9) | (17) |
| Class C Shares | (27) | (34) |
| Class F Shares | (4) | (9) |
| Class P Shares | (29,396) | (40,543) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (38,139,959) | (400,184) |
| **Share Transactions:** | | |
| Proceeds from sale of shares | 4,243,162,779 | 5,738,061,018 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 36,971,477 | 390,481 |
| Cost of shares redeemed | (6,253,452,727) | (7,804,137,136) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (1,973,318,471) | (2,065,685,637) |
| Change in net assets | (1,973,351,266) | (2,065,676,823) |
| **Net Assets:** | | |
| Beginning of period | 10,682,863,105 | 12,748,539,928 |
| End of period (including distributions in excess of net investment income of $(8) and $0, respectively) | $ 8,709,511,839 | $10,682,863,105 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
17

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end, management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Government Reserves Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers five classes of shares: Class A Shares, Class B Shares, Class C Shares, Class F Shares and Class P Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund operates as a government money market fund. As a government money market fund, the Fund: (1) invests at least 99.5% of its total assets in: (i) cash; (ii) securities issued or guaranteed by the United States or certain U.S. government agencies or instrumentalities; and/or (iii) repurchase agreements that are collateralized fully; (2) generally continues to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); and (3) has elected not to be subject to the liquidity fees and gates requirement at this time as permitted by Rule 2a-7 under the Act.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Fund's Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by

Annual Shareholder Report
18

Table of Contents

the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not settlement amounts but gross. As indicated above, the cash or securities to

be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreements reducing the net settlement amount to zero.

**Annual Shareholder Report**

**19**

Table of Contents

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers, reimbursements and reduction of $17,549,321 is disclosed in various locations in this Note 2, Note 5 and Note 6. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

| | Transfer Agent Fees Incurred | Transfer Agent Fees Reimbursed |
|---|---|---|
| Class A Shares | $ 20,156 | $(14,400) |
| Class B Shares | 1,408 | (591) |
| Class C Shares | 4,384 | (1,567) |
| Class F Shares | 527 | (443) |
| Class P Shares | 9,667,766 | — |
| TOTAL | $9,694,241 | $(17,001) |

Dividends are declared separately for each class. No class has preferential dividends rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Class A Shares, Class B Shares, Class C Shares, Class F Shares and Class P Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time.

For the year ended July 31, 2018, other services fees for the Fund were as follows:

| | Other Service Fees Incurred | Other Service Fees Reimbursed | Other Service Fees Waived by Unaffiliated Third Parties |
|---|---|---|---|
| Class A Shares | $ 197,185 | $ — | $ — |
| Class B Shares | 6,317 | (2,040) | — |
| Class C Shares | 20,721 | (645) | (5,787) |
| Class F Shares | 3,517 | — | — |
| Class P Shares | 23,599,852 | — | — |
| TOTAL | $23,827,592 | $(2,685) | $(5,787) |

**Annual Shareholder Report**

**20**

Table of Contents

**Federal Taxes**

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code (the "Code") and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**When-Issued and Delayed-Delivery Transactions**

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

**Restricted Securities**

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. Restricted securities are valued at amortized cost in accordance with Rule 2a-7 under the Act.

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

Annual Shareholder Report

21

Table of Contents

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Class A Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 39,265,655 | $ 39,265,655 | 72,004,754 | $ 72,004,754 |
| Shares issued to shareholders in payment of distributions declared | 425,520 | 425,520 | 20,741 | 20,741 |
| Shares redeemed | (53,886,600) | (53,886,600) | (74,188,845) | (74,188,845) |
| NET CHANGE RESULTING FROM CLASS A SHARE TRANSACTIONS | (14,195,425) | $(14,195,425) | (2,163,350) | $ (2,163,350) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Class B Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 1,000,028 | $ 1,000,028 | 1,456,728 | $ 1,456,728 |
| Shares issued to shareholders in payment of distributions declared | 5,021 | 5,021 | 17 | 17 |
| Shares redeemed | (2,232,957) | (2,232,957) | (4,097,115) | (4,097,115) |

| | 2018 | | 2017 | |
|---|---|---|---|---|
| NET CHANGE RESULTING FROM CLASS B SHARE TRANSACTIONS | (1,227,908) | $(1,227,908) | (2,640,370) | $(2,640,370) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Class C Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 5,300,783 | $ 5,300,783 | 10,793,129 | $ 10,793,129 |
| Shares issued to shareholders in payment of distributions declared | 15,771 | 15,771 | 32 | 32 |
| Shares redeemed | (9,272,899) | (9,272,899) | (11,612,508) | (11,612,508) |
| NET CHANGE RESULTING FROM CLASS C SHARE TRANSACTIONS | (3,956,345) | $(3,956,345) | (819,347) | $ (819,347) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Class F Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 371,575 | $ 371,575 | 468,188 | $ 468,188 |
| Shares issued to shareholders in payment of distributions declared | 6,192 | 6,192 | 314 | 314 |
| Shares redeemed | (830,833) | (830,833) | (2,010,788) | (2,010,788) |
| NET CHANGE RESULTING FROM CLASS F SHARE TRANSACTIONS | (453,066) | $(453,066) | (1,542,286) | $(1,542,286) |

**Annual Shareholder Report**

**22**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Class P Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 4,197,224,738 | $ 4,197,224,738 | 5,653,338,219 | $ 5,653,338,219 |
| Shares issued to shareholders in payment of distributions declared | 36,518,972 | 36,518,973 | 369,377 | 369,377 |
| Shares redeemed | (6,187,229,438) | (6,187,229,438) | (7,712,227,876) | (7,712,227,880) |
| NET CHANGE RESULTING FROM CLASS P SHARE TRANSACTIONS | (1,953,485,728) | $(1,953,485,727) | (2,058,520,280) | $(2,058,520,284) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (1,973,318,472) | $(1,973,318,471) | (2,065,685,633) | $(2,065,685,637) |

### 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income[1] | $38,139,598 | $400,184 |
| Long-term capital gains | $ 361 | $ — |

1   *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | | |
|---|---|---|
| Distributions payable[2] | | $ (8) |
| Capital loss carryforwards | | $(3,109) |

2   *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

At July 31, 2018, the Fund had a capital loss carryforward of $3,109 which will reduce the Fund's taxable income arising from future net realized gains on investments, if any, to the extent permitted by the Code, thereby reducing the amount of distributions to shareholders which would otherwise be

necessary to relieve the Fund of any liability for federal income tax. Pursuant to the Code, a net capital loss incurred in taxable years beginning after December 22, 2010, retains its character as either short-term or long-term, does not expire and is required to be utilized prior to the losses which have a Carryforward Limit. All of the Fund's capital loss carryforwards were incurred in taxable years after December 22, 2010.

The following schedule summarizes the Fund's capital loss carryforwards:

| Short-Term | Long-Term | Total |
|---|---|---|
| $1,182 | $1,927 | $3,109 |

Table of Contents

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived $6,255,934 of its fee and voluntarily reimbursed $17,001 of transfer agent fees.

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized net fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

## Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Class A Shares, Class B Shares, Class C Shares, Class F Shares and Class P Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets, annually, to compensate FSC:

|  | Percentage of Average Daily Net Assets of Class |
| --- | --- |
| Class A Shares | 0.45% |
| Class B Shares | 0.75% |
| Class C Shares | 0.75% |
| Class F Shares | 0.45% |
| Class P Shares | 0.55% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

|  | Distribution Service Fees Incurred | Distribution Services Fees Waived by Unaffiliated Third Parties |
| --- | --- | --- |
| Class A Shares | $ 361,924 | $ (54,388) |
| Class B Shares | 18,952 | — |
| Class C Shares | 62,745 | — |
| Class F Shares | 6,425 | (967) |
| Class P Shares | 52,259,960 | (11,206,939) |
| TOTAL | $52,710,006 | $(11,262,294) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC did not retain any fees paid by the Fund.

### Sales Charges

Front-end sales charges and contingent deferred sales charges (CDSC) do not represent expenses of the Fund. They are deducted from the proceeds of sales of Fund shares prior to investment or from redemption proceeds prior to remittance, as applicable. For the year ended July 31, 2018, FSC retained $18,341, $607 and $213 of CDSC relating to redemptions of Class B Shares, Class C Shares and Class F Shares, respectively.

### Other Service Fees

For the year ended July 31, 2018, FSSC received $104,267 and reimbursed $2,685 of the other service fees disclosed in Note 2.

<center>Annual Shareholder Report
25</center>

Table of Contents

### Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waiver/reimbursement/reduction for Fund expenses reflected in the financial highlights will be maintained in the future. The Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Class A Shares, Class B Shares, Class C Shares, Class F Shares and Class P Shares (after the voluntary waivers and reimbursements) will not exceed 0.87%, 1.27%, 1.27%, 0.87% and 1.02% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $21,499,433 and $34,949,480, respectively.

**Directors'/Trustees' and Miscellaneous Fees**

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

## 6. EXPENSE REDUCTION

Through arrangements with the Fund's custodian, net credits realized as a result of uninvested cash balances were used to reduce custody expenses. For the year ended July 31, 2018, the Fund's expenses were reduced by $5,620 under these arrangements.

<div align="center">

**Annual Shareholder Report**

26
</div>

Table of Contents

## 7. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

## 8. SUBSEQUENT EVENT

Effective August 1, 2018, an automatic conversion feature for Class C Shares will be implemented. Pursuant to this automatic conversion feature, after Class C Shares have been held for ten years from the date of purchase, they will automatically convert to Class A Shares on the next monthly conversion processing date.

## 9. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $361.

Annual Shareholder Report

27

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED GOVERNMENT RESERVES FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities of Federated Government Reserves Fund (the "Fund") (one of the portfolios constituting Money Market Obligations Trust), including the portfolio of investments, as of July 31, 2018, and the related statement of operations for the year then ended, the statement of changes in net assets for each of the two years in the period then ended, the financial highlights for each of the five years in the period then ended and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Fund at July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the two years in the period then ended and its financial highlights for each of the five years in the period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements are the responsibility of the Fund's management. Our responsibility is to express an opinion on the Fund's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. The Fund is not required to have, nor were we engaged to perform, an audit of the Fund's internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control over financial reporting. Accordingly, we express no such opinion.

Annual Shareholder Report

**28**

Table of Contents

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our procedures included confirmation of securities owned as of July 31, 2018, by correspondence with the custodian and others, or by other appropriate auditing procedures where replies from others were not received. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Ernst & Young LLP*

We have served as the auditor of one or more Federated investment companies since 1979.

Boston, Massachusetts
September 24, 2018

Annual Shareholder Report

29

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report

30

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Class A Shares | $1,000.00 | $1,004.20 | $4.32 |
| Class B Shares | $1,000.00 | $1,002.20 | $6.30 |
| Class C Shares | $1,000.00 | $1,002.20 | $6.35 |
| Class F Shares | $1,000.00 | $1,004.20 | $4.32 |
| Class P Shares | $1,000.00 | $1,003.50 | $5.07 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |

| | | | |
|---|---|---|---|
| Class A Shares | $1,000.00 | $1,020.48 | $4.36 |
| Class B Shares | $1,000.00 | $1,018.50 | $6.36 |
| Class C Shares | $1,000.00 | $1,018.45 | $6.41 |
| Class F Shares | $1,000.00 | $1,020.48 | $4.36 |
| Class P Shares | $1,000.00 | $1,019.74 | $5.11 |

1   *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Class A Shares | 0.87% |
| Class B Shares | 1.27% |
| Class C Shares | 1.28% |
| Class F Shares | 0.87% |
| Class P Shares | 1.02% |

Annual Shareholder Report
31

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|

| | |
|---|---|
| **J. Christopher Donahue\*** <br> Birth Date: April 11, 1949 <br> PRESIDENT AND TRUSTEE <br> Indefinite Term <br> Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company. <br><br> **Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Annual Shareholder Report

**32**

Table of Contents

| Name <br> Birth Date <br> Positions Held with Trust <br> Date Service Began | Principal Occupation(s) for Past Five Years, <br> Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\*** <br> Birth Date: October 20, 1958 <br> TRUSTEE <br> Indefinite Term <br> Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc. <br><br> **Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*   *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name <br> Birth Date <br> Positions Held with Trust <br> Date Service Began | Principal Occupation(s) for Past Five Years, <br> Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins** <br> Birth Date: January 24, 1947 <br> TRUSTEE <br> Indefinite Term <br> Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired). <br><br> **Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp. <br><br> **Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

| Name
Birth Date
Positions Held with Trust
Date Service Began | Principal Occupation(s) for Past Five Years,
Other Directorships Held, Previous Position(s) and Qualifications |
| --- | --- |
| **G. Thomas Hough**
Birth Date: February 28, 1955
TRUSTEE
Indefinite Term
Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).

**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.

**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**
Birth Date: July 5, 1949
TRUSTEE
Indefinite Term
Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.

**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).

**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green also held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**
Birth Date: April 10, 1945
TRUSTEE
Indefinite Term
Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.

**Other Directorships Held**: None.

**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

| Name
Birth Date
Positions Held with Trust
Date Service Began | Principal Occupation(s) for Past Five Years,
Other Directorships Held, Previous Position(s) and Qualifications |
| --- | --- |
| **Thomas M. O'Neill**
Birth Date: June 14, 1951
TRUSTEE
Indefinite Term
Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).

**Other Directorships Held**: None.

**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| P. Jerome Richey<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| :--- | :--- |
| John S. Walsh<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**

**35**

Table of Contents

**OFFICERS**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| :--- | :--- |
| Lori A. Hensler<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND<br>EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

**Annual Shareholder Report**

**36**

Table of Contents

| Name
Birth Date
Positions Held with Trust
Date Service Began | Principal Occupation(s) for Past Five Years
and Previous Position(s) |
|---|---|
| **Stephen Van Meter**
Birth Date: June 5, 1975
CHIEF COMPLIANCE OFFICER AND
SENIOR VICE PRESIDENT
Officer since: July 2015 | **Principal Occupations:** Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.

**Previous Positions:** Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**
Birth Date: September 15, 1959
CHIEF INVESTMENT OFFICER
Officer since: May 2004
Portfolio Manager since:
December 2009 | **Principal Occupations:** Deborah A. Cunningham has been the Fund's Portfolio Manager since December 2009. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

**Annual Shareholder Report**

**37**

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

## FEDERATED GOVERNMENT RESERVES FUND (THE "FUND")

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's

decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Annual Shareholder Report
38

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Annual Shareholder Report
39

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**

**40**

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver

Table of Contents

competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply

breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
43

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
44

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public

Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**45**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Government Reserves Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919544*
*CUSIP 608919536*
*CUSIP 608919528*
*CUSIP 608919510*
*CUSIP 608919205*

*33543 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

## Annual Shareholder Report

### July 31, 2018

| Share Class | Ticker | Institutional | FIIXX | Service | FPSXX | Premier | FMTXX |
| --- | --- | --- | --- | --- | --- | --- | --- |

# Federated Institutional Prime 60 Day Fund

A Portfolio of Money Market Obligations Trust

*The Fund operates as a "Floating Net Asset Value" Money Market Fund.*
*The Share Price will fluctuate. It is possible to lose money by investing in the Fund.*

**Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee**

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 5 |
| Statement of Assets and Liabilities | 6 |
| Statement of Operations | 7 |
| Statement of Changes in Net Assets | 8 |
| Notes to Financial Statements | 9 |
| Report of Independent Registered Public Accounting Firm | 17 |
| Shareholder Expense Example | 19 |
| Board of Trustees and Trust Officers | 21 |
| Evaluation and Approval of Advisory Contract–May 2018 | 27 |
| Voting Proxies on Fund Portfolio Securities | 34 |
| Quarterly Portfolio Schedule | 34 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition[1] was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Other Repurchase Agreements and Repurchase Agreement | 99.7% |
| Variable Rate Instruments | 3.6% |
| Other Assets and Liabilities—Net[2] | (3.3)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity[3] schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 103.3%[4] |
| 8 to 30 Days | 0.0% |
| 31 to 90 Days | 0.0% |
| 91 to 180 Days | 0.0% |
| 181 Days or more | 0.0% |
| Other Assets and Liabilities—Net[2] | (3.3)% |
| TOTAL | **100.0%** |

1   *See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types.*

2   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3   *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

4   *Overnight securities comprised 96.5% of the Fund's portfolio.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | **NOTES - VARIABLE—3.6%** | |
| | **Finance - Banking—3.6%** | |
| $ 95,000 | Corporate Finance Managers, Inc., Series B, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 (IDENTIFIED COST $95,000) | $ 95,000 |
| | OTHER REPURCHASE AGREEMENTS—24.7% | |
| | **Finance - Banking—24.7%** | |
| 130,000 | BMO Capital Markets Corp., 2.01%, dated 7/31/2018, interest in a $130,000,000 collateralized loan agreement will repurchase securities provided as collateral for $130,007,258 on 8/1/2018, in which asset-backed securities, corporate bonds & medium term notes with a market value of $132,607,404 have been received as collateral and held with BNY Mellon as tri-party agent. | 130,000 |
| 130,000 | BNP Paribas S.A., 2.21%, dated 7/31/2018, interest in a $25,000,000 collateralized loan agreement will repurchase securities provided as collateral for $25,001,535 on 8/1/2018, in which asset-backed securities and corporate bonds with a market value of $25,501,566 have been received as collateral and held with BNY Mellon as tri-party agent. | 130,000 |
| 130,000 | Citigroup Global Markets, Inc., 2.41%, dated 7/31/2018, interest in a $50,000,000 collateralized loan agreement will repurchase securities provided as collateral for $50,003,347 on 8/1/2018, in which U.S. Treasury notes with a market value of $51,003,415 have been received as collateral and held with BNY Mellon as tri-party agent. | 130,000 |
| 130,000 | HSBC Securities (USA), Inc., 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which asset-backed securities, corporate bonds, medium-term notes, sovereign debt securities, U.S. Treasury bills and U.S. Treasury notes with a market value of $336,600,001 have been received as collateral and held with BNY Mellon as tri-party agent. | 130,000 |
| 130,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/31/2018, interest in a $300,000,000 collateralized loan agreement will repurchase securities provided as collateral for $300,017,583 on 8/1/2018, in which American depositary receipts, asset-backed securities, common stocks and corporate bonds with a market value of $306,018,395 have been received as collateral and held with BNY Mellon as tri-party agent. | 130,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS (IDENTIFIED COST $650,000) | 650,000 |

<div align="center">

**Annual Shareholder Report**

2
</div>

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—75.0% | |
| | **Finance - Banking—75.0%** | |
| $500,000 | Interest in $250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Citibank, N.A. will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 7/1/2048 and the market value of those underlying securities was $255,013,679. | $ 500,000 |
| 300,000 | Interest in $550,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Mizuho Securities USA, Inc. will repurchase securities provided as collateral for $550,029,486 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 8/16/2058 and the market value of those underlying securities was $563,723,309. | 300,000 |

| | | |
|---|---|---|
| 179,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764. | 179,000 |
| 500,000 | Interest in $400,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which TD Securities (USA), LLC will repurchase securities provided as collateral for $400,021,444 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 10/1/2047 and the market value of those underlying securities was $408,021,873. | 500,000 |
| 500,000 | Interest in $250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 3/1/2057 and the market value of those underlying securities was $255,013,672. | 500,000 |
| | TOTAL REPURCHASE AGREEMENTS (IDENTIFIED COST $1,979,000) | 1,979,000 |
| | TOTAL INVESTMENT IN SECURITIES—103.3% (IDENTIFIED COST $2,724,000)[2] | 2,724,000 |
| | OTHER ASSETS AND LIABILITIES - NET—(3.3)%[3] | (86,519) |
| | TOTAL NET ASSETS—100% | $2,637,481 |

1   *Floating/variable note with current rate and current maturity or next reset date shown.*
2   *Also represents cost for federal tax purposes.*
3   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

**Annual Shareholder Report**
**3**

Table of Contents

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

As of July 31, 2018, all investments of the Fund utilized Level 2 inputs in valuing the Fund's assets carried at fair value.

The following acronym is used throughout this portfolio:
LOC—Letter of Credit

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

4

Table of Contents

# Financial Highlights – Premier Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017[1] | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.0000 | $1.0000 | $1.00 | $1.00 | $1.00 |
| Income From Investment Operations: | | | | | |
| Net investment income | 0.0149 | 0.0065 | 0.000[2] | — | — |
| Net realized gain (loss) | 0.00003 | 0.00003 | (0.000)[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0149 | 0.0065 | 0.000[2] | 0.000[2] | 0.000[2] |
| Less Distributions: | | | | | |
| Distributions from net investment income | (0.0149) | (0.0065) | (0.000)[2] | — | — |
| Distributions from paid in surplus | — | — | (0.000)[2] | — | — |
| Distributions from net realized gain | (0.0000)[3] | (0.0000)[3] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.0149) | (0.0065) | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| Net Asset Value, End of Period | $1.0000 | $1.0000 | $1.00 | $1.00 | $1.00 |
| Total Return[4] | 1.50% | 0.65% | 0.02% | 0.00%[5] | 0.00%[5] |
| Ratios to Average Net Assets: | | | | | |
| Net expenses | 0.15% | 0.15% | 0.41% | 0.25% | 0.23% |
| Net investment income | 1.45% | 0.49% | 0.02% | 0.00% | 0.00% |
| Expense waiver/reimbursement[6] | 4.96% | 2.54% | 0.14% | 0.42% | 0.42% |
| Supplemental Data: | | | | | |
| Net assets, end of period (000 omitted) | $2,637 | $8,716 | $58,849 | $96,842 | $129,315 |

1 Effective August 1, 2016, the Fund's original shares were redesignated as Premier Shares.
2 Represents less than $0.001.
3 Represents less than $0.0001.
4 Based on net asset value.
5 Represents less than 0.01%.
6 This expense decrease is reflected in both the net expense and the net investment income ratios shown above.

See Notes which are an integral part of the Financial Statements

5

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | | |
|---|---|---|
| Investment in repurchase agreements and other repurchase agreements | $2,629,000 | |
| Investment in securities | 95,000 | |
| Investment in securities, at identified cost and fair value | | $2,724,000 |
| Income receivable | | 313 |
| TOTAL ASSETS | | 2,724,313 |

**Liabilities:**

| | | |
|---|---|---|
| Bank overdraft | $    24 | |
| Income distribution payable | 1,265 | |
| Payable to adviser (Note 5) | 558 | |
| Payable for administrative fees (Note 5) | 6 | |
| Payable for custodian fees | 3,999 | |
| Payable for transfer agent fee | 27,095 | |
| Payable for portfolio accounting fees | 40,368 | |
| Payable for share registration costs | 10,916 | |
| Accrued expenses (Note 5) | 2,601 | |
| TOTAL LIABILITIES | | 86,832 |
| Net assets for 2,637,472 shares outstanding | | $2,637,481 |

**Net Assets Consist of:**

| | | |
|---|---|---|
| Paid-in capital | | $2,637,471 |
| Undistributed net investment income | | 10 |
| TOTAL NET ASSETS | | $2,637,481 |

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

**Premier Shares:**

| | |
|---|---|
| Net asset value per share ($2,637,481 ÷ 2,637,472 shares outstanding), no par value, unlimited shares authorized | $1.0000 |

See Notes which are an integral part of the Financial Statements

<div align="center">Annual Shareholder Report

**6**</div>

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

**Investment Income:**

| | | |
|---|---|---|
| Interest | | $117,451 |

**Expenses:**

| | | |
|---|---|---|
| Investment adviser fee (Note 5) | $ 14,660 | |
| Administrative fee (Note 5) | 5,866 | |
| Custodian fees | 13,077 | |
| Transfer agent fee | 108,865 | |
| Directors'/Trustees' fees (Note 5) | 355 | |

| | |
|---|---:|
| Auditing fees | 20,600 |
| Legal fees | 9,305 |
| Portfolio accounting fees | 122,182 |
| Share registration costs | 55,590 |
| Printing and postage | 18,535 |
| Miscellaneous (Note 5) | 5,862 |
|     TOTAL EXPENSES | 374,897 |

**Waiver and Reimbursement:**

| | | |
|---|---:|---:|
| Waiver of investment adviser fee (Note 5) | $ (14,660) | |
| Reimbursement of other operating expenses (Note 5) | (348,893) | |
|     TOTAL WAIVER AND REIMBURSEMENT | | (363,553) |
| Net expenses | | 11,344 |
| Net investment income | | 106,107 |
| Net realized gain on investments | | 176 |
| Change in net assets resulting from operations | | $106,283 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**7**

Table of Contents

# Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $  106,107 | $   73,384 |
| Net realized gain | 176 | 71 |
|     CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 106,283 | 73,455 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Institutional Shares[1] | (2) | (0)[2] |
| Service Shares[1] | (2) | (0)[2] |
| Premier Shares[1,3] | (106,097) | (73,389) |
| Distributions from net realized gain | | |
| Institutional Shares[1] | — | — |
| Service Shares[1] | — | — |
| Premier Shares[1,3] | (235) | (34) |
|     CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (106,336) | (73,423) |

| **Share Transactions:** | | |
|---|---|---|
| Proceeds from sale of shares | 1,034,779 | 22,766,847 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 97,896 | 62,763 |
| Cost of shares redeemed | (7,211,106) | (72,963,133) |
|    CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (6,078,431) | (50,133,523) |
| Change in net assets | (6,078,484) | (50,133,491) |
| **Net Assets:** | | |
| Beginning of period | 8,715,965 | 58,849,456 |
| End of period (including undistributed net investment income of $10 and $4, respectively) | $ 2,637,481 | $ 8,715,965 |

1    *Effective July 24, 2018, the Fund's Institutional Shares and Service Shares were closed to investments by new or existing shareholders and the Fund's Premier Shares were closed to investments by new investors.*

2    *Represents less than $1.*

3    *Effective August 1, 2016, the Fund's original shares were redesignated as Premier Shares.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**8**

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Institutional Prime 60 Day Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers one class of shares: Premier Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal.

The Fund operates as an institutional money market fund. As an institutional money market fund, the Fund: (1) will not be limited to institutional investors, but will continue to be available to retail investors; (2) will utilize current market-based prices (except as otherwise generally permitted to value individual portfolio securities with remaining maturities of 60 days or less at amortized cost in accordance with Securities and Exchange Commission (SEC) rules and guidance) to value its portfolio securities and transact at a floating net asset value (NAV) that uses four decimal-place precision ($1.0000); and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interest of the Fund.

Effective July 24, 2018, the Fund's Institutional Shares and Service Shares were closed to investments by new or existing shareholders.

Effective July 24, 2018, the Fund's Premier Shares were closed to investments by new investors.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

In calculating its NAV, the Fund generally values investments as follows:

- Fixed-income securities with remaining maturities greater than 60 days are fair valued using price evaluations provided by a pricing service approved by the Trustees.
- Fixed-income securities with remaining maturities of 60 days or less are valued at their cost (adjusted for the accretion of any discount or amortization of any premium), unless the issuer's creditworthiness is impaired or other factors indicate that amortized cost is not an accurate estimate of the investment's fair value, in which case it would be valued in the same manner as a longer-term security. The Fund may only use this method to value a portfolio security when it can reasonably conclude, at each time it makes a valuation determination, that the amortized cost price of the portfolio security is approximately the same as the fair value of the security as determined without the use of amortized cost valuation.
- Shares of other mutual funds or non-exchange-traded investment companies are valued based upon their reported NAVs.

Table of Contents

- For securities that are fair valued in accordance with procedures established by and under the general supervision of the Trustees, certain factors may be considered, such as: the last traded or purchase price of the security, information obtained by contacting the issuer or dealers, analysis of the issuer's financial statements or other available documents, fundamental analytical data, the nature and duration of restrictions on disposition, the movement of the market in which the security is normally traded, public trading in similar securities or derivative contracts of the issuer or comparable issuers, movement of a relevant index, or other factors including but not limited to industry changes and relevant government actions.

If any price, quotation, price evaluation or other pricing source is not readily available when the NAV is calculated, if the Fund cannot obtain price evaluations from a pricing service or from more than one dealer for an investment within a reasonable period of time as set forth in the Fund's valuation policies and procedures, or if information furnished by a pricing service, in the opinion of the valuation committee ("Valuation Committee"), is deemed not representative of the fair value of such security, the Fund uses the fair value of the investment determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

### Fair Valuation Procedures

The Trustees have ultimate responsibility for determining the fair value of investments for which market quotations are not readily available. The Trustees have appointed a Valuation Committee comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value and in overseeing the calculation of the NAV. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of calculating the NAV. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs, methods, models and assumptions), transactional back-testing, comparisons of evaluations of different pricing services, and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

Factors considered by pricing services in evaluating an investment include the yields or prices of investments of comparable quality, coupon, maturity, call rights and other potential prepayments, terms and type, reported transactions, indications as to values from dealers and general market conditions. Some pricing services provide a single price evaluation reflecting the bid-side of the market for an investment (a "bid" evaluation). Other pricing services offer both bid evaluations and price evaluations indicative of a price between the prices bid and asked for the investment (a "mid" evaluation). The Fund normally uses bid evaluations for any U.S. Treasury and Agency securities, mortgage-backed securities and municipal securities. The Fund normally uses mid evaluations for any other types of fixed-income securities and any OTC derivative contracts. In the event that market quotations and price evaluations are not available for an investment, the fair value of the investment is determined in accordance with procedures adopted by the Trustees.

Table of Contents

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Dividend income and distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in

investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver and reimbursement of $363,553 is disclosed in various locations in this Note 5.

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

<div align="center">

**Annual Shareholder Report**

11
</div>

Table of Contents

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Institutional Shares, Service Shares and Premier Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, the Fund did not incur other service fees, however it may begin to incur this fee upon approval of the Trustees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

<div align="center">

**Annual Shareholder Report**

12
</div>

Table of Contents

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Institutional Shares: | Year Ended 7/31/2018 | | Year Ended 7/31/2017 | |
|---|---|---|---|---|
| | Shares | Amount | Shares | Amount |
| Shares sold | — | $ — | 100 | $100 |
| Shares redeemed | (100) | (100) | — | — |

| | | | |
|---|---|---|---|
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | (100) | (100) | 100 | 100 |

| | Year Ended 7/31/2018[1] | | Year Ended 7/31/2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | — | $ — | 100 | $100 |
| Shares redeemed | (100) | (100) | — | — |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | (100) | (100) | 100 | 100 |

| | Year Ended 7/31/2018[1] | | Year Ended 7/31/2017[2] | |
|---|---|---|---|---|
| **Premier Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,034,779 | $ 1,034,779 | 22,766,647 | $ 22,766,647 |
| Shares issued to shareholders in payment of distributions declared | 97,896 | 97,896 | 62,763 | 62,763 |
| Shares redeemed | (7,210,906) | (7,210,906) | (72,963,133) | (72,963,133) |
| NET CHANGE RESULTING FROM PREMIER SHARE TRANSACTIONS | (6,078,231) | $(6,078,231) | (50,133,723) | $(50,133,723) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (6,078,431) | (6,078,431) | (50,133,523) | (50,133,523) |

1    *Effective July 24, 2018, the Fund's Institutional Shares and Service Shares were closed to investments by new or existing shareholders and the Fund's Premier Shares were closed to investments by new investors.*

2    *Effective August 1, 2016, the Fund's original shares were redesignated as Premier Shares.*

**4. FEDERAL TAX INFORMATION**

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | **2018** | **2017** |
|---|---|---|
| Ordinary income[1] | $106,336 | $73,423 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

**Annual Shareholder Report**

**13**

Table of Contents

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $10 |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings*

**5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES**

**Investment Adviser Fee**

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Under the investment advisory contract, which is subject to annual review by the Trustees, the Adviser will waive the amount, limited to the amount of the advisory fee, by which the Fund's aggregate annual operating expenses including the investment advisory fee but excluding interest, brokerage commissions, expenses of registering or qualifying the Fund and its shares under federal and state laws and regulations, expenses of withholding taxes and extraordinary expenses exceeds 0.45% of its average daily net assets. The Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived $14,660 of its fee and voluntarily reimbursed $348,893 of other operating expenses.

**Administrative Fee**

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

Table of Contents

### Expense Limitation

In addition to the contractual fee waiver described under "Investment Adviser Fee" above with regard to the Fund, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy related expenses paid by the Fund, if any) paid by the Fund's Premier Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.15% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2018; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

### 6. CONCENTRATION OF RISK

A substantial part of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

### 7. LINE OF CREDIT

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

**8. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**9. SUBSEQUENT EVENT**

On July 20, 2018, the Trustees of Money Market Obligations Trust approved a Plan of Liquidation for the Fund pursuant to which the Fund will be liquidated on or about September 21, 2018 (the "Liquidation"). In approving the Liquidation, the Trustees determined that the liquidation of the Fund is in the best interests of the Fund and its shareholders.

**Annual Shareholder Report**
**16**

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED INSTITUTIONAL PRIME 60 DAY FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities of Federated Institutional Prime 60 day Fund (the "Fund") (one of the portfolios constituting Money Market Obligations Trust), including the portfolio of investments, as of July 31, 2018, and the related statement of operations for the year then ended, the statement of changes in net assets for each of the two years in the period then ended, the financial highlights for each of the five years in the period then ended and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Fund

at July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the two years in the period then ended and its financial highlights for each of the five years in the period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements are the responsibility of the Fund's management. Our responsibility is to express an opinion on the Fund's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. The Fund is not required to have, nor were we engaged to perform, an audit of the Fund's internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control over financial reporting. Accordingly, we express no such opinion.

Annual Shareholder Report

**17**

Table of Contents

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our procedures included confirmation of securities owned as of July 31, 2018, by correspondence with the custodian and others, or by other appropriate auditing procedures where replies from others were not received. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Ernst & Young LLP*

We have served as the auditor of one or more Federated investment companies since 1979.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Premier Shares | $1,000 | $1,008.70 | $0.75 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Premier Shares | $1,000 | $1,024.10 | $0.75 |

1    *Expenses are equal to the Fund's annualized net expense ratio of 0.15%, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period).*

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
| --- | --- |
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
| --- | --- |

| | |
|---|---|
| **Thomas R. Donahue\*** <br> Birth Date: October 20, 1958 <br> TRUSTEE <br> Indefinite Term <br> Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc. <br><br> **Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

## INDEPENDENT TRUSTEES BACKGROUND

| Name <br> Birth Date <br> Positions Held with Trust <br> Date Service Began | Principal Occupation(s) for Past Five Years, <br> Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins** <br> Birth Date: January 24, 1947 <br> TRUSTEE <br> Indefinite Term <br> Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired). <br><br> **Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp. <br><br> **Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name <br> Birth Date <br> Positions Held with Trust <br> Date Service Began | Principal Occupation(s) for Past Five Years, <br> Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough** <br> Birth Date: February 28, 1955 <br> TRUSTEE <br> Indefinite Term <br> Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired). <br><br> **Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc. <br><br> **Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm) (Retired). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

<div align="center">

**Annual Shareholder Report**

**23**

</div>

Table of Contents

| **Name**<br>**Birth Date**<br>**Positions Held with Trust**<br>**Date Service Began** | **Principal Occupation(s) for Past Five Years,**<br>**Other Directorships Held, Previous Position(s) and Qualifications** |
| --- | --- |
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| Lori A. Hensler<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Annual Shareholder Report
25

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| Stephen Van Meter<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Senior Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since:<br>July 1991 | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since July 1991. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

**Annual Shareholder Report**

26

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED INSTITUTIONAL PRIME 60 DAY FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty

with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

<p style="text-align:center">Annual Shareholder Report<br>27</p>

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

<p style="text-align:center">Annual Shareholder Report<br>28</p>

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual

advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

<div align="center">

**Annual Shareholder Report**

**29**

</div>

Table of Contents

It was noted in the materials for the Board meeting that for the period covered by the CCO Fee Evaluation Report, the Fund's investment advisory fee was waived in its entirety. The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund with the Adviser and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted that the investment advisory fee was waived in its entirety, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting

<div align="center">

**Annual Shareholder Report**

**30**

</div>

Table of Contents

and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer

groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds'

advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

    In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

    The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**33**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

[Table of Contents](#)

*You could lose money by investing in the Fund. Because the share price of the Fund will fluctuate, when you sell your shares they may be worth more or less than what you originally paid for them. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

**Federated.**

Federated Institutional Prime 60 Day Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919452*
*CUSIP 608919445*
*CUSIP 60934N740*

*28846 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

| Shares | Ticker | | | | | |
|---|---|---|---|---|---|---|
| **R** | GRTXX | | **Institutional** | GOIXX | **Service** | GOSXX |
| **Administrative** | GOEXX | | **Cash II** | GFYXX | **Cash Series** | GFSXX |
| **Capital** | GOCXX | | **Trust** | GORXX | **Premier** | GOFXX |

# Federated Government Obligations Fund

A Portfolio of Money Market Obligations Trust

**Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee**

**CONTENTS**

Portfolio of Investments Summary Tables ......................................................................... 1
Portfolio of Investments ................................................................................................... 2
Financial Highlights ........................................................................................................ 15
Statement of Assets and Liabilities .................................................................................. 24
Statement of Operations .................................................................................................. 26
Statement of Changes in Net Assets ................................................................................ 27
Notes to Financial Statements ......................................................................................... 29
Report of Independent Registered Public Accounting Firm ................................................ 38
Shareholder Expense Example ........................................................................................ 40
Board of Trustees and Trust Officers ................................................................................ 42
Evaluation and Approval of Advisory Contract–May 2018 .................................................. 48
Voting Proxies on Fund Portfolio Securities ....................................................................... 55
Quarterly Portfolio Schedule ........................................................................................... 55

Table of Contents

# Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Repurchase Agreements | 50.6% |
| U.S. Government Agency Securities | 41.4% |
| U.S. Treasury Securities | 11.8% |
| Other Assets and Liabilities—Net2 | (3.8)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 56.8% |
| 8-30 Days | 24.2% |
| 31-90 Days | 17.0% |
| 91-180 Days | 4.7% |
| 181 Days or more | 1.1% |
| Other Assets and Liabilities—Net2 | (3.8)% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for a description of the types of securities in which the Fund invests.*
2    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*
3    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Annual Shareholder Report

1

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—41.4% | |
| $ 549,000,000 | [1]Federal Farm Credit System Discount Notes, 1.230%—2.020%, 8/9/2018 - 12/17/2018 | $ 547,730,133 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.929% (1-month USLIBOR -0.135%), 8/25/2018 | 50,000,000 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.932% (1-month USLIBOR -0.140%), 8/30/2018 | 50,000,000 |
| 70,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.948% (1-month USLIBOR -0.126%), 8/13/2018 | 70,000,293 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.949% (1-month USLIBOR -0.125%), 8/13/2018 | 49,991,853 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.952% (1-month USLIBOR -0.120%), 8/30/2018 | 49,998,380 |
| 100,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.956% (1-month USLIBOR -0.130%), 8/20/2018 | 100,000,000 |
| 439,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.987%—2.007% (1-month USLIBOR -0.085%), 8/1/2018 - 8/15/2018 | 438,993,246 |
| 346,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.994%—2.006% (1-month USLIBOR -0.080%), 8/13/2018 - 8/27/2018 | 345,963,136 |
| 240,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.995% (1-month USLIBOR -0.075%), 8/26/2018 | 240,000,000 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.999% (1-month USLIBOR -0.070%), 8/24/2018 | 49,999,523 |
| 304,750,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.002%—2.007% (1-month USLIBOR -0.065%), 8/12/2018 - 8/29/2018 | 304,742,946 |
| 75,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.005% (1-month USLIBOR -0.095%), 8/4/2018 | 74,999,036 |
| 536,700,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.012%—2.040% (1-month USLIBOR -0.060%), 8/4/2018 - 8/23/2018 | 536,693,077 |
| 171,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.022% (1-month USLIBOR -0.055%), 8/27/2018 | 170,989,252 |
| 308,850,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.022%—2.036% (1-month USLIBOR -0.045%), 8/12/2018 - 8/21/2018 | 308,848,393 |
| 237,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.029%—2.039% (1-month USLIBOR -0.043%), 8/15/2018 - 8/21/2018 | 236,998,193 |
| 338,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.034% (1-month USLIBOR -0.040%), 8/13/2018 | 337,995,831 |
| 137,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.046% (1-month USLIBOR -0.041%), 8/6/2018 | 137,000,000 |
| 69,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.067% (1-month USLIBOR -0.030%), 8/9/2018 | 69,000,000 |

Annual Shareholder Report

2

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—continued | |

| Principal Amount | | Value |
|---|---|---|
| $ 78,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.137% (1-month USLIBOR +0.055%), 8/19/2018 | $ 77,999,212 |
| 153,700,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.141%—2.178% (3-month USLIBOR -0.180%), 8/1/2018 - 8/17/2018 | 153,702,578 |
| 70,500,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.146% (1-month USLIBOR +0.065%), 8/22/2018 | 70,528,286 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.172% (1-month USLIBOR +0.090%), 8/19/2018 | 50,018,630 |
| 5,150,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.185% (1-month USLIBOR +0.095%), 8/3/2018 | 5,150,404 |
| 100,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.194% (1-month USLIBOR +0.120%), 8/13/2018 | 100,065,897 |
| 75,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.197% (3-month USLIBOR -0.150%), 10/23/2018 | 75,000,000 |
| 40,000,000 | Federal Farm Credit System, 1.250%, 9/5/2018 | 39,999,616 |
| 4,917,750,000 | [1]Federal Home Loan Bank System Discount Notes, 1.240%—2.144%, 8/15/2018 - 1/16/2019 | 4,902,711,417 |
| 674,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.918%—1.919% (1-month USLIBOR -0.155%), 8/13/2018 - 8/17/2018 | 674,000,000 |
| 243,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.919% (1-month USLIBOR -0.145%), 8/25/2018 | 243,000,000 |
| 262,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.924%—1.932% (1-month USLIBOR -0.140%), 8/16/2018 - 8/25/2018 | 262,000,000 |
| 333,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.931% (1-month USLIBOR -0.150%), 8/23/2018 | 333,500,000 |
| 232,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.937% (1-month USLIBOR -0.160%), 8/8/2018 | 232,000,000 |
| 657,100,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.937%—1.939% (1-month USLIBOR -0.135%), 8/6/2018 - 8/15/2018 | 657,100,000 |
| 2,058,300,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.939%—1.975% (1-month USLIBOR -0.125%), 8/4/2018 - 8/24/2018 | 2,058,298,806 |
| 232,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.949% (1-month USLIBOR -0.115%), 8/25/2018 | 232,000,000 |
| 694,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.952%—1.967% (1-month USLIBOR -0.130%), 8/8/2018 - 8/18/2018 | 694,500,000 |
| 20,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.971% (1-month USLIBOR -0.110%), 8/22/2018 | 20,000,749 |
| 825,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.976%—1.981% (1-month USLIBOR -0.105%), 8/19/2018 - 8/23/2018 | 825,000,000 |
| 325,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.980% (1-month USLIBOR -0.120%), 8/4/2018 | 325,000,000 |
| 342,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.999% (3-month USLIBOR -0.340%), 10/9/2018 | 342,500,000 |
| 500,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.002% (1-month USLIBOR -0.080%), 8/19/2018 | 500,000,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—continued | |
| $ 167,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.007% (1-month USLIBOR -0.090%), 8/9/2018 | $ 167,000,000 |
| 367,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.017%—2.050% (1-month USLIBOR -0.050%), 8/4/2018 - 8/12/2018 | 367,000,000 |
| 504,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.018%—2.019% (1-month USLIBOR -0.060%), 8/11/2018 - 8/18/2018 | 504,000,000 |
| 607,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.019%—2.052% (1-month USLIBOR -0.045%), 8/1/2018 - 8/25/2018 | 606,997,104 |

| Principal Amount | | Value |
|---|---|---|
| 368,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.025%—2.032% (1-month USLIBOR -0.065%), 8/3/2018 - 8/8/2018 | 367,981,837 |
| 168,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.031% (1-month USLIBOR -0.055%), 8/20/2018 | 168,000,000 |
| 744,200,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.033%—2.043% (3-month USLIBOR -0.300%), 10/3/2018 - 10/16/2018 | 744,200,000 |
| 174,750,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.041% (1-month USLIBOR -0.040%), 8/22/2018 | 174,750,000 |
| 279,800,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.044% (3-month USLIBOR -0.295%), 10/16/2018 | 279,800,000 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.046% (1-month USLIBOR -0.035%), 8/23/2018 | 50,004,641 |
| 1,338,500,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.067%—2.072% (3-month USLIBOR -0.275%), 8/7/2018 - 10/23/2018 | 1,338,500,000 |
| 1,240,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.069% (3-month USLIBOR -0.280%), 8/3/2018 - 8/8/2018 | 1,240,000,000 |
| 339,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.086% (3-month USLIBOR -0.250%), 9/28/2018 | 339,000,000 |
| 100,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.094% (3-month USLIBOR -0.245%), 9/26/2018 | 100,000,000 |
| 712,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.129%—2.148% (3-month USLIBOR -0.210%), 8/1/2018 - 10/9/2018 | 711,997,088 |
| 500,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.147%—2.170% (3-month USLIBOR -0.160%), 8/24/2018 - 9/12/2018 | 499,919,263 |
| 20,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.158% (3-month USLIBOR -0.195%), 8/10/2018 | 19,991,507 |
| 63,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.168% (3-month USLIBOR -0.185%), 8/10/2018 | 63,000,000 |
| 415,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.185%—2.197% (3-month USLIBOR -0.140%), 9/19/2018 - 9/26/2018 | 415,085,719 |
| 59,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.197% (3-month USLIBOR -0.150%), 10/22/2018 | 59,000,000 |
| 201,000,000 | Federal Home Loan Bank System, 1.250%—1.750%, 9/17/2018 - 12/14/2018 | 200,996,320 |
| 170,000,000 | [2]Federal Home Loan Mortgage Corp. Floating Rate Notes, 1.991% (1-month USLIBOR -0.095%), 8/20/2018 | 170,000,000 |

**Annual Shareholder Report**

**4**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—continued | |
| $ 250,000,000 | [2]Federal Home Loan Mortgage Corp. Floating Rate Notes, 2.081% (3-month USLIBOR -0.250%), 10/10/2018 | $ 250,000,000 |
| 272,000,000 | Federal Home Loan Mortgage Corp., 0.875%, 10/12/2018 | 271,781,097 |
| 57,937,000 | Federal National Mortgage Association, 1.875%, 9/18/2018 | 57,974,251 |
| 426,270,575 | [2]Housing and Urban Development Floating Rate Notes, 2.537% (3-month USLIBOR +0.200%), 8/1/2018 | 426,270,575 |
| 38,432,000 | Tennessee Valley Authority, 1.750%, 10/15/2018 | 38,466,721 |
| | TOTAL GOVERNMENT AGENCIES | 26,675,735,010 |
| | U.S. TREASURIES—11.8% | |
| 850,000,000 | [1]United States Treasury Bills, 1.268%—1.890%, 9/13/2018 | 848,215,015 |
| 450,000,000 | [1]United States Treasury Bills, 1.820%—1.875%, 8/16/2018 | 449,653,021 |
| 810,000,000 | [1]United States Treasury Bills, 1.830%, 8/30/2018 | 808,805,925 |
| 1,100,000,000 | [1]United States Treasury Bills, 1.830%—1.835%, 9/6/2018 | 1,097,985,250 |
| 656,000,000 | [1]United States Treasury Bills, 1.895%, 9/27/2018 | 654,031,727 |
| 125,000,000 | [1]United States Treasury Bills, 1.900%, 10/4/2018 | 124,577,778 |

| | | Value |
|---:|---|---:|
| 350,000,000 | [1]United States Treasury Bills, 1.930%, 9/20/2018 | 349,061,805 |
| 300,000,000 | [1]United States Treasury Bills, 1.945%, 10/18/2018 | 298,735,750 |
| 727,000,000 | [1]United States Treasury Bills, 2.080%, 11/23/2018 | 722,211,493 |
| 295,000,000 | [1]United States Treasury Bills, 2.100%, 1/10/2019 | 292,212,249 |
| 555,000,000 | [1]United States Treasury Bills, 2.130%—2.145%, 1/17/2019 | 549,433,064 |
| 720,000,000 | [1]United States Treasury Bills, 2.160%, 1/31/2019 | 712,137,600 |
| 172,000,000 | [2]United States Treasury Floating Rate Notes, 2.043% (91-day T-Bill +0.033%), 8/7/2018 | 172,023,571 |
| 494,000,000 | United States Treasury Notes, 0.750%—1.500%, 8/31/2018 | 493,805,662 |
| | TOTAL U.S. TREASURIES | 7,572,889,910 |
| | **REPURCHASE AGREEMENTS—50.6%** | |
| 151,000,000 | Interest in $400,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which ABN Amro Bank N.V., Netherlands will repurchase securities provided as collateral for $400,021,444 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities and a U.S. Treasury security with various maturities to 5/1/2048 and the market value of those underlying securities was $409,894,566. | 151,000,000 |
| 500,000,000 | Interest in $900,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which ABN Amro Bank N.V., Netherlands will repurchase securities provided as collateral for $900,048,250 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2059 and the market value of those underlying securities was $925,154,922. | 500,000,000 |

**Annual Shareholder Report**

**5**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | **REPURCHASE AGREEMENTS—continued** | |
| $ 275,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which BMO Capital Markets Corp. will repurchase securities provided as collateral for $275,014,743 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 4/15/2048 and the market value of those underlying securities was $280,953,100. | $ 275,000,000 |
| 775,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $775,041,118 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2046 and the market value of those underlying securities was $790,541,981. | 775,000,000 |
| 100,000,000 | Repurchase agreement 1.92%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $100,005,333 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 2/15/2046 and the market value of those underlying securities was $102,005,497. | 100,000,000 |
| 2,250,000,000 | Interest in $5,500,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $5,500,294,861 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 7/15/2023 and the market value of those underlying securities was $5,607,127,031. | 2,250,000,000 |
| 155,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $155,008,310 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 7/15/2019 and the market value of those underlying securities was $158,108,549. | 155,000,000 |
| 250,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 7/1/2056 and the market value of those underlying securities was $255,039,401. | 250,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 200,000,000 | Interest in $300,000,000 joint repurchase agreement 1.95%, dated 7/25/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $300,487,500 on 8/24/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 8/25/2043 and the market value of those underlying securities was $306,116,091. | 200,000,000 |

**Annual Shareholder Report**

6

Table of Contents

| Principal Amount | REPURCHASE AGREEMENTS—continued | Value |
|---|---|---|
| $ 130,000,000 | Interest in $180,000,000 joint repurchase agreement 1.96%, dated 7/25/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $180,627,200 on 9/27/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 3/20/2048 and the market value of those underlying securities was $183,859,639. | $ 130,000,000 |
| 477,000,000 | Interest in $627,000,000 joint repurchase agreement 1.99%, dated 5/29/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $629,114,209 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 6/25/2048 and the market value of those underlying securities was $639,771,356. | 477,000,000 |
| 203,000,000 | Interest in $278,000,000 joint repurchase agreement 2.00%, dated 5/29/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $278,942,111 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 8/1/2048 and the market value of those underlying securities was $283,578,192. | 203,000,000 |
| 211,167,000 | Interest in $407,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Bank of America, N.A. will repurchase securities provided as collateral for $407,021,820 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities maturing on 10/20/2046 and the market value of those underlying securities was $415,162,256. | 211,167,000 |
| 195,000,000 | Interest in $300,000,000 joint repurchase agreement 2.01%, dated 7/23/2018 under which Bank of Montreal will repurchase securities provided as collateral for $301,407,000 on 10/16/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2047 and the market value of those underlying securities was $306,136,684. | 195,000,000 |
| 150,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which Bank of Montreal will repurchase securities provided as collateral for $150,008,042 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2048 and the market value of those underlying securities was $153,008,218. | 150,000,000 |
| 200,000,000 | Interest in $250,000,000 joint repurchase agreement 2.03%, dated 7/27/2018 under which Bank of Montreal will repurchase securities provided as collateral for $251,071,389 on 10/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, was a U.S. Government Agency security and U.S. Treasury securities with various maturities to 7/20/2046 and the market value of those underlying securities was $255,071,959. | 200,000,000 |

**Annual Shareholder Report**

7

Table of Contents

| Principal Amount | REPURCHASE AGREEMENTS—continued | Value |
|---|---|---|

| Principal Amount | | Value |
|---|---|---|
| $ 500,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which Bank of Nova Scotia will repurchase securities provided as collateral for $500,026,806 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 7/1/2048 and the market value of those underlying securities was $510,802,474. | $ 500,000,000 |
| 1,517,000,000 | Interest in $3,925,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which Barclays Bank PLC will repurchase securities provided as collateral for $3,925,208,243 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2046 and the market value of those underlying securities was $4,003,712,451. | 1,517,000,000 |
| 350,000,000 | Interest in $450,000,000 joint repurchase agreement 1.95%, dated 7/20/2018 under which Barclays Bank PLC will repurchase securities provided as collateral for $450,755,625 on 8/20/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 7/1/2048 and the market value of those underlying securities was $459,865,422. | 350,000,000 |
| 500,000,000 | Interest in $1,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which CIBC World Markets Corp. will repurchase securities provided as collateral for $1,000,053,611 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 6/1/2048 and the market value of those underlying securities was $1,020,054,684. | 500,000,000 |
| 500,000,000 | Interest in $1,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which CIBC World Markets Corp. will repurchase securities provided as collateral for $1,000,053,611 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 4/1/2048 and the market value of those underlying securities was $1,016,702,075. | 500,000,000 |
| 249,500,000 | Interest in $250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Citibank, N.A. will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 7/1/2048 and the market value of those underlying securities was $255,013,679. | 249,500,000 |
| 750,000,000 | Interest in $1,000,000,000 joint repurchase agreement 1.92%, dated 7/26/2018 under which Citigroup Global Markets, Inc. will repurchase securities provided as collateral for $1,000,373,333 on 8/2/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/20/2060 and the market value of those underlying securities was $1,023,919,973. | 750,000,000 |

**Annual Shareholder Report**

**8**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $ 370,000,000 | Interest in $750,000,000 joint repurchase agreement 1.94%, dated 7/19/2018 under which Credit Agricole CIB New York will repurchase securities provided as collateral for $751,293,333 on 8/20/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 9/30/2022 and the market value of those underlying securities was $765,536,036. | $ 370,000,000 |
| 1,500,000,000 | Repurchase agreement 1.81%, dated 7/31/2018 under which Fixed Income Clearing Corp. will repurchase securities provided as collateral for $1,500,075,417 on 8/1/2018. The securities provided as collateral at the end of the period held with State Street Bank as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2047 and the market value of those underlying securities was $1,530,000,026. | 1,500,000,000 |
| 1,000,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Fixed Income Clearing Corp. will repurchase securities provided as collateral for $1,000,053,056 on 8/1/2018. The securities provided as collateral at the end of the period held with State Street Bank as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2047 and the market value of those underlying securities was $1,082,631,007. | 1,000,000,000 |
| 1,500,000,000 | Repurchase agreement 1.92%, dated 7/31/2018 under which Fixed Income Clearing Corp. will repurchase securities provided as collateral for $1,500,080,000 on 8/1/2018. The securities provided as collateral at the end of the period held with State Street Bank as tri-party agent, were U.S. Treasury securities with various maturities to 3/31/2025 and the market value of those underlying securities was $1,530,000,006. | 1,500,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 1,215,000,000 | Interest in $1,250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which HSBC Securities (USA), Inc. will repurchase securities provided as collateral for $1,250,067,014 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 7/1/2048 and the market value of those underlying securities was $1,275,000,000. | 1,215,000,000 |
| 250,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which HSBC Securities (USA), Inc. will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 4/1/2048 and the market value of those underlying securities was $255,000,001. | 250,000,000 |
| 500,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which HSBC Securities (USA), Inc. will repurchase securities provided as collateral for $500,026,806 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities and a U.S. Treasury security with various maturities to 7/1/2048 and the market value of those underlying securities was $510,911,483. | 500,000,000 |

**Annual Shareholder Report**

**9**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | **REPURCHASE AGREEMENTS—continued** | |
| $2,000,000,000 | Interest in $3,500,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which ING Financial Markets LLC will repurchase securities provided as collateral for $3,500,185,694 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2043 and the market value of those underlying securities was $3,558,398,019. | $ 2,000,000,000 |
| 51,700,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which ING Financial Markets LLC will repurchase securities provided as collateral for $51,702,772 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 7/1/2046 and the market value of those underlying securities was $52,736,827. | 51,700,000 |
| 440,000,000 | Interest in $450,000,000 joint repurchase agreement 1.94%, dated 7/31/2018 under which J.P. Morgan Securities LLC will repurchase securities provided as collateral for $450,024,250 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 12/25/2053 and the market value of those underlying securities was $463,502,187. | 440,000,000 |
| 1,000,000,000 | Interest in $1,800,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Mitsubishi UFJ Securities (USA), will repurchase securities provided as collateral for $1,800,096,500 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 4/15/2054 and the market value of those underlying securities was $1,853,293,928. | 1,000,000,000 |
| 301,854,000 | Interest in $550,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Mizuho Securities USA, Inc. will repurchase securities provided as collateral for $550,029,486 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 8/16/2058 and the market value of those underlying securities was $563,723,309. | 301,854,000 |
| 225,000,750 | Repurchase agreement 1.91%, dated 7/31/2018 under which Metropolitan Life Insurance Co. will repurchase securities provided as collateral for $225,012,688 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan as tri-party agent, were U.S. Treasury securities with various maturities to 5/31/2019 and the market value of those underlying securities was $229,075,271. | 225,000,750 |
| 1,244,095,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764. | 1,244,095,000 |

**Annual Shareholder Report**

**10**

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $1,650,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which NatWest Markets PLC will repurchase securities provided as collateral for $1,650,087,542 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $1,683,000,078. | $ 1,650,000,000 |
| 1,225,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $1,225,064,993 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2045 and the market value of those underlying securities was $1,249,566,293. | 1,225,000,000 |
| 298,521,000 | Repurchase agreement 1.94%, dated 7/31/2018 under which Prudential Legacy Insurance Co. of NJ will repurchase securities provided as collateral for $298,537,087 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2045 and the market value of those underlying securities was $304,231,875. | 298,521,000 |
| 343,059,000 | Repurchase agreement 1.95%, dated 7/31/2018 under which Prudential Insurance Co. of America will repurchase securities provided as collateral for $343,077,582 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 2/1/2047 and the market value of those underlying securities was $349,077,125. | 343,059,000 |
| 375,000,000 | Interest in $500,000,000 joint repurchase agreement 1.92%, dated 7/25/2018 under which Royal Bank of Canada, New York will repurchase securities provided as collateral for $500,186,667 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 1/1/2057 and the market value of those underlying securities was $511,383,049. | 375,000,000 |
| 750,000,000 | Interest in $1,000,000,000 joint repurchase agreement 1.92%, dated 7/27/2018 under which Royal Bank of Canada, New York will repurchase securities provided as collateral for $1,000,373,333 on 8/3/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities and a U.S. Treasury security with various maturities to 10/20/2064 and the market value of those underlying securities was $1,020,514,126. | 750,000,000 |
| 400,000,000 | Interest in $500,000,000 joint repurchase agreement 1.92%, dated 7/30/2018 under which Royal Bank of Canada, New York will repurchase securities provided as collateral for $500,186,667 on 8/6/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities and a U.S. Treasury security with various maturities to 1/1/2048 and the market value of those underlying securities was $510,414,016. | 400,000,000 |

**Annual Shareholder Report**

**11**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $1,750,000,000 | Interest in $3,000,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp. will repurchase securities provided as collateral for $3,000,159,167 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Treasury securities with various maturities to 8/15/2026 and the market value of those underlying securities was $3,060,162,400. | $ 1,750,000,000 |
| 840,000,000 | Interest in $3,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp. will repurchase securities provided as collateral for $3,000,160,833 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 5/1/2048 and the market value of those underlying securities was $3,061,292,789. | 840,000,000 |
| 400,000,000 | Interest in $500,000,000 joint repurchase agreement 1.92%, dated 7/31/2018 under which Societe Generale, New York will repurchase securities provided as collateral for $500,186,667 on 8/7/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 7/20/2048 and the market value of those underlying securities was $510,365,930. | 400,000,000 |

| | | |
|---|---|---|
| 250,000,000 | Repurchase agreement 1.92%, dated 7/25/2018 under which Societe Generale, New York will repurchase securities provided as collateral for $250,093,333 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 6/20/2048 and the market value of those underlying securities was $255,095,200. | |
| | | 250,000,000 |
| 500,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which Societe Generale, New York will repurchase securities provided as collateral for $500,026,806 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency security and a U.S. Treasury security with various maturities to 11/15/2058 and the market value of those underlying securities was $510,027,343. | |
| | | 500,000,000 |
| 200,000,000 | Interest in $500,000,000 joint repurchase agreement 1.96%, dated 7/27/2018 under which Societe Generale, New York will repurchase securities provided as collateral for $500,871,111 on 8/28/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $510,138,860. | |
| | | 200,000,000 |
| 399,500,000 | Interest in $400,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which TD Securities (USA), LLC will repurchase securities provided as collateral for $400,021,444 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 10/1/2047 and the market value of those underlying securities was $408,021,873. | |
| | | 399,500,000 |

**Annual Shareholder Report**

12

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $1,030,000,000 | Interest in $2,530,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $2,530,135,636 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 8/1/2048 and the market value of those underlying securities was $2,580,738,421. | $ 1,030,000,000 |
| 4,900,000 | Interest in $250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 3/1/2057 and the market value of those underlying securities was $255,013,672. | 4,900,000 |
| 47,000,000 | Repurchase agreement 1.93%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $47,002,520 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities maturing on 1/31/2020 and the market value of those underlying securities was $47,942,585. | 47,000,000 |
| | TOTAL REPURCHASE AGREEMENTS | 32,649,296,750 |
| | TOTAL INVESTMENT IN SECURITIES—103.8% (AT AMORTIZED COST)3 | 66,897,921,670 |
| | OTHER ASSETS AND LIABILITIES - NET—(3.8)%4 | (2,425,021,894) |
| | TOTAL NET ASSETS—100% | $64,472,899,776 |

1   *Discount rate at time of purchase.*
2   *Floating/variable note with current rate and current maturity or next reset date shown.*
3   *Also represents cost for federal tax purposes.*
4   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets, as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

Table of Contents

The following acronym is used throughout this portfolio:
LIBOR—London Interbank Offered Rate

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
14

Table of Contents

# Financial Highlights – Class R Shares

(For a Share Outstanding Throughout Each Period)

|  | Year Ended July 31, | | Period Ended 7/31/20161 |
|---|---|---|---|
|  | 2018 | 2017 |  |

| | | | |
|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | |
| Net investment income | 0.003 | 0.001 | 0.0002 |
| Net realized gain | 0.0002 | 0.0002 | 0.0002 |
|     TOTAL FROM INVESTMENT OPERATIONS | 0.003 | 0.001 | 0.0002 |
| **Less Distributions:** | | | |
| Distributions from net investment income | (0.003) | (0.001) | (0.000)2 |
| Distributions from net realized gain | (0.000)2 | (0.000)2 | — |
|     TOTAL DISTRIBUTIONS | (0.003) | (0.001) | (0.000)2 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return3** | 0.31% | 0.01% | 0.00%4 |
| **Ratios to Average Net Assets:** | | | |
| Net expenses | 1.11% | 0.68% | 0.42%5 |
| Net investment income | 0.24% | 0.01% | 0.01%5 |
| Expense waiver/reimbursement6 | 0.17% | 0.58% | 0.85%5 |
| **Supplemental Data:** | | | |
| Net assets, end of period (000 omitted) | $2,365 | $5,259 | $11 |

1    *Reflects operations for the period from February 1, 2016 (date of initial investment) to July 31, 2016.*
2    *Represents less than $0.001.*
3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4    *Represents less than 0.01%.*
5    *Computed on an annualized basis.*
6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
15

Table of Contents

# Financial Highlights – Institutional Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.013 | 0.001 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|     TOTAL FROM INVESTMENT OPERATIONS | 0.013 | 0.001 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.013) | (0.001) | (0.001) | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
|     TOTAL DISTRIBUTIONS | (0.013) | (0.001) | (0.001) | (0.000)1 | (0.000)1 |

| | | | | | |
|---|---|---|---|---|---|
| Net Asset Value, End of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Total Return[2] | 1.26% | 0.47% | 0.13% | 0.01% | 0.01% |
| Ratios to Average Net Assets: | | | | | |
| Net expenses | 0.19% | 0.18% | 0.19% | 0.11% | 0.09% |
| Net investment income | 1.24% | 0.47% | 0.13% | 0.01% | 0.01% |
| Expense waiver/reimbursement[3] | 0.15% | 0.16% | 0.15% | 0.18% | 0.19% |
| Supplemental Data: | | | | | |
| Net assets, end of period (000 omitted) | $23,308,693 | $26,390,917 | $23,378,298 | $13,982,870 | $20,822,025 |

1   *Represents less than $0.001.*
2   *Based on net asset value.*
3   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**16**

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Income From Investment Operations: | | | | | |
| Net investment income | 0.010 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.0011 | 0.0001 | 0.0001 | 0.0001 |
| Less Distributions: | | | | | |
| Distributions from net investment income | (0.010) | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
| TOTAL DISTRIBUTIONS | (0.010) | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |
| Net Asset Value, End of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Total Return[2] | 1.03% | 0.23% | 0.01% | 0.01% | 0.01% |
| Ratios to Average Net Assets: | | | | | |
| Net expenses | 0.41% | 0.42% | 0.30% | 0.11% | 0.09% |
| Net investment income | 1.02% | 0.23% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement[3] | 0.13% | 0.15% | 0.27% | 0.43% | 0.44% |
| Supplemental Data: | | | | | |
| Net assets, end of period (000 omitted) | $7,828,028 | $8,078,425 | $7,620,524 | $8,429,371 | $7,659,830 |

1   *Represents less than $0.001.*
2   *Based on net asset value.*
3   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

Annual Shareholder Report
17

Table of Contents

# Financial Highlights − Administrative Shares

(For a Share Outstanding Throughout the Period)

| Period Ended July 31 | 2018[1] |
|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** |
| **Income From Investment Operations:** | |
| Net investment income | 0.009 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.009 |
| **Less Distributions:** | |
| Distributions from net investment income | (0.009) |
| TOTAL DISTRIBUTIONS | (0.009) |
| **Net Asset Value, End of Period** | **$1.00** |
| **Total Return**[2] | 0.91% |
| **Ratios to Average Net Assets:** | |
| Net expenses | 0.45%[3] |
| Net investment income | 1.23%[3] |
| Expense waiver/reimbursement[4] | 0.15%[3] |
| **Supplemental Data:** | |
| Net assets, end of period (000 omitted) | $12,413 |

1  *Reflects operations for the period from September 28, 2017 (date of initial investment) to July 31, 2018.*
2  *Based on net asset value. Total returns for periods of less than one year are not annualized.*
3  *Computed on an annualized basis.*
4  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Cash II Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.006 | 0.000[2] | 0.000[2,3] | 0.000[2] |
| Net realized gain (loss) | (0.000)[2] | 0.000[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.006 | 0.000[2] | 0.000[2] | 0.000[2] |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.006) | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | — | — |
| TOTAL DISTRIBUTIONS | (0.006) | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[4]** | 0.60% | 0.03% | 0.01% | 0.00%[5] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.84% | 0.60% | 0.39% | 0.14%[6] |
| Net investment income | 0.60% | 0.03% | 0.01% | 0.01%[6] |
| Expense waiver/reimbursement[7] | 0.13% | 0.38% | 0.58% | 0.86%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $494,899 | $474,014 | $610,317 | $0[8] |

1   *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

2   *Represents less than $0.001.*

3   *Per share numbers have been calculated using the average shares method.*

4   *Based on net asset value. Total returns for periods of less than one year are not annualized.*

5   *Represents less than 0.01%.*

6   *Computed on an annualized basis.*

7   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

8   *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Cash Series Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | Period Ended 7/31/2015[1] |
|---|---|---|

| | 2018 | 2017 | 2016 | |
|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.004 | 0.0002 | 0.0002 | 0.0002 |
| Net realized gain | (0.000)2 | 0.0002 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.004 | 0.0002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.004) | (0.000)2 | (0.000)2 | (0.000)2 |
| Distributions from net realized gain | (0.000)2 | (0.000)2 | (0.000)2 | — |
| TOTAL DISTRIBUTIONS | (0.004) | (0.000)2 | (0.000)2 | (0.000)2 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return3** | 0.39% | 0.01% | 0.01% | 0.00%4 |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 1.05% | 0.59% | 0.32% | 0.14%5 |
| Net investment income | 0.31% | 0.01% | 0.01% | 0.01%5 |
| Expense waiver/reimbursement6 | 0.18% | 0.64% | 0.92% | 1.11%5 |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $96,724 | $203,670 | $350,278 | $23,170 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

2    *Represents less than $0.001.*

3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*

4    *Represents less than 0.01%.*

5    *Computed on an annualized basis.*

6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
20

Table of Contents

# Financial Highlights − Capital Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.011 | 0.001 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain (loss) | (0.000)1 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.011 | 0.001 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.011) | (0.001) | (0.001) | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DISTRIBUTIONS | (0.011) | (0.001) | (0.001) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return**2 | 1.14% | 0.36% | 0.06% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.30% | 0.29% | 0.25% | 0.11% | 0.09% |
| Net investment income | 1.15% | 0.38% | 0.06% | 0.01% | 0.01% |
| Expense waiver/reimbursement3 | 0.13% | 0.14% | 0.18% | 0.28% | 0.29% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $3,078,850 | $2,568,978 | $995,373 | $773,154 | $951,188 |

1    *Represents less than $0.001.*

2    *Based on net asset value.*

3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**21**

Table of Contents

# Financial Highlights – Trust Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.008 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|     TOTAL FROM INVESTMENT OPERATIONS | 0.008 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.008) | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
|     TOTAL DISTRIBUTIONS | (0.008) | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return**2 | 0.76% | 0.09% | 0.01% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.68% | 0.56% | 0.30% | 0.12% | 0.09% |
| Net investment income | 0.74% | 0.09% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement3 | 0.13% | 0.25% | 0.54% | 0.68% | 0.69% |
| **Supplemental Data:** | | | | | |

| Net assets, end of period (000 omitted) | $597,348 | $1,255,471 | $1,080,216 | $927,475 | $738,550 |

1   *Represents less than $0.001.*
2   *Based on net asset value.*
3   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
22

Table of Contents

# Financial Highlights – Premier Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.013 | 0.001 | 0.002 | 0.000[2] |
| Net realized gain (loss) | (0.000)[2] | 0.000[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.013 | 0.001 | 0.002 | 0.000[2] |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.013) | (0.001) | (0.002) | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.013) | (0.001) | (0.002) | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 1.29% | 0.51% | 0.16% | 0.01% |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.15% | 0.14% | 0.16% | 0.14%[4] |
| Net investment income | 1.28% | 0.52% | 0.20% | 0.01%[4] |
| Expense waiver/reimbursement[5] | 0.13% | 0.14% | 0.13% | 0.16%[4] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $29,053,580 | $27,271,620 | $11,385,203 | $1,863,335 |

1   *Reflects operations for the period from January 6, 2015 (date of initial investment) to July 31, 2015.*
2   *Represents less than $0.001.*
3   *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4   *Computed on an annualized basis.*
5   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

23

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

| Assets: | | |
|---|---:|---:|
| Investment in repurchase agreements | $32,649,296,750 | |
| Investment in securities | 34,248,624,920 | |
| Investment in securities, at amortized cost and fair value | | $66,897,921,670 |
| Cash | | 5,925 |
| Income receivable | | 32,157,074 |
| Receivable for shares sold | | 10,355,652 |
|     TOTAL ASSETS | | 66,940,440,321 |
| **Liabilities:** | | |
| Payable for investments purchased | 2,339,637,600 | |
| Payable for shares redeemed | 59,312,010 | |
| Income distribution payable | 62,884,232 | |
| Payable for investment advisor fee (Note 5) | 138,149 | |
| Payable for administrative fees (Note 5) | 141,702 | |
| Payable for distribution services fee (Note 5) | 323,611 | |
| Payable for other service fees (Notes 2 and 5) | 3,335,955 | |
| Accrued expenses (Note 5) | 1,767,286 | |
|     TOTAL LIABILITIES | | 2,467,540,545 |
| Net assets for 64,472,779,207 shares outstanding | | $64,472,899,776 |
| **Net Assets Consist of:** | | |
| Paid-in capital | | $64,472,790,402 |
| Accumulated net realized gain | | 2,346 |
| Undistributed net investment income | | 107,028 |
|     TOTAL NET ASSETS | | $64,472,899,776 |

Table of Contents

# Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

| | |
|---|---|
| **Class R Shares:** | |
| $2,365,019 ÷ 2,365,015 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Institutional Shares:** | |
| $23,308,692,618 ÷ 23,308,649,034 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Service Shares:** | |
| $7,828,028,304 ÷ 7,828,013,675 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Administrative Shares:** | |
| $12,413,077 ÷ 12,413,054 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash II Shares:** | |
| $494,898,877 ÷ 494,897,953 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash Series Shares:** | |
| $96,724,251 ÷ 96,724,070 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Capital Shares:** | |
| $3,078,849,536 ÷ 3,078,843,772 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Trust Shares:** | |
| $597,347,759 ÷ 597,346,641 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Premier Shares:** | |
| $29,053,580,335 ÷ 29,053,525,993 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**25**

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | | |
|---|---|---|
| **Investment Income:** | | |
| Interest | | $1,009,265,167 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $140,677,137 | |
| Administrative fee (Note 5) | 56,305,018 | |
| Custodian fees | 2,512,788 | |
| Transfer agent fee (Note 2) | 2,167,249 | |
| Directors'/Trustees' fees (Note 5) | 628,969 | |

| | | |
|---|---|---|
| Auditing fees | | 25,735 |
| Legal fees | | 9,014 |
| Portfolio accounting fees | | 309,719 |
| Distribution services fee (Note 5) | | 4,024,767 |
| Other service fees (Notes 2 and 5) | | 39,956,281 |
| Share registration costs | | 440,170 |
| Printing and postage | | 505,841 |
| Miscellaneous (Note 5) | | 401,215 |
|    TOTAL EXPENSES | | 247,963,903 |
| **Waivers and Reimbursements:** | | |
| Waiver of investment adviser fee (Note 5) | $(93,521,857) | |
| Waivers/reimbursements of other operating expenses (Notes 2 and 5) | (4,402,970) | |
|    TOTAL WAIVERS AND REIMBURSEMENTS | | (97,924,827) |
| Net expenses | | 150,039,076 |
| Net investment income | | 859,226,091 |
| Net realized gain on investments | | 12,418 |
| Change in net assets resulting from operations | | $ 859,238,509 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**26**

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 859,226,091 | $ 304,563,902 |
| Net realized gain | 12,418 | 334,589 |
|    CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 859,238,509 | 304,898,491 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Class R Shares | (7,655) | (453) |
| Institutional Shares | (314,209,547) | (128,673,589) |
| Service Shares | (82,770,042) | (19,584,315) |
| Administrative Shares | (20,100) | — |
| Cash II Shares | (2,947,340) | (160,703) |
| Cash Series Shares | (389,881) | (27,885) |
| Capital Shares | (34,446,244) | (9,593,966) |
| Trust Shares | (4,481,023) | (1,132,424) |
| Premier Shares | (419,695,781) | (145,568,208) |

| | | |
|---|---|---|
| Distributions from net realized gain | | |
| Class R Shares | (16) | (8) |
| Institutional Shares | (82,797) | (90,492) |
| Service Shares | (24,941) | (28,513) |
| Administrative Shares | 01 | — |
| Cash II Shares | (1,485) | (2,141) |
| Cash Series Shares | (628) | (1,289) |
| Capital Shares | (8,429) | (6,116) |
| Trust Shares | (3,659) | (3,880) |
| Premier Shares | (89,656) | (79,652) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (859,179,224) | (304,953,634) |

**Annual Shareholder Report**
27

Table of Contents

## Statement of Changes in Net Assets – continued

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Share Transactions:** | | |
| Proceeds from sale of shares | $ 477,828,306,518 | $ 439,615,871,169 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 304,717,264 | 100,317,531 |
| Cost of shares redeemed | (479,908,535,286) | (418,888,003,317) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (1,775,511,504) | 20,828,185,383 |
| Change in net assets | (1,775,452,219) | 20,828,130,240 |
| **Net Assets:** | | |
| Beginning of period | 66,248,351,995 | 45,420,221,755 |
| End of period (including undistributed net investment income of $107,028 and $(151,450), respectively) | $ 64,472,899,776 | $ 66,248,351,995 |

1    *Represents less than $1.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
28

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Government Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers nine classes of shares: Class R Shares, Institutional Shares, Service Shares, Administrative Shares, Cash II Shares, Cash Series Shares, Capital Shares, Trust Shares and Premier Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal.

The Fund operates as a government money market fund. As a government money market fund, the Fund: (1) invests at least 99.5% of its total assets in: (i) cash; (ii) securities issued or guaranteed by the United States or certain U.S. government agencies or instrumentalities; and/or (iii) repurchase agreements that are collateralized fully; (2) generally continues to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); and (3) has elected not to be subject to the liquidity fees and gates requirement at this time as permitted by Rule 2a-7 under the Act.

Effective September 28, 2017, the Fund began offering Administrative Shares.

On September 28, 2017, the Fund's Advisor Shares class became effective with the Securities and Exchange Commission (SEC), but is not yet offered for sale.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service

Annual Shareholder Report
29

Table of Contents

evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities

to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

**Investment Income, Gains and Losses, Expenses and Distributions**

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class

**Annual Shareholder Report**

**30**

Table of Contents

based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers and reimbursements of $97,924,827 is disclosed in various locations in this Note 2 and Note 5. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

|  | Transfer Agent Fees Incurred | Transfer Agent Fees Reimbursed |
|---|---|---|
| Class R Shares | $    8,030 | $   — |
| Institutional Shares | 265,028 | — |
| Service Shares | 843,056 | — |
| Administrative Shares | 17 | — |
| Cash II Shares | 437,575 | — |
| Cash Series Shares | 122,821 | — |
| Capital Shares | 28,228 | — |
| Trust Shares | 152,652 | — |
| Premier Shares | 309,842 | (2,740) |
| TOTAL | $2,167,249 | $(2,740) |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

**Other Service Fees**

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Class R Shares, Institutional Shares, Service Shares, Administrative Shares, Cash II Shares, Cash Series Shares, Capital Shares, Trust Shares and Premier Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred | Other Service Fees Reimbursed | Other Service Fees Waived by Unaffiliated Third Parties |
|---|---|---|---|
| Class R Shares | $    7,520 | $    (298) | $ (746) |
| Institutional Shares | $12,222,663 | $(4,332,557) | $   — |
| Service Shares | $20,177,072 | $    — | $   — |
| Administrative Shares | $    806 | $    — | $   — |
| Cash II Shares | $ 1,233,625 | $    — | $   — |
| Cash Series Shares | $  318,513 | $    (81) | $ (784) |
| Capital Shares | $ 4,482,644 | $   (2,062) | $   — |
| Trust Shares | $ 1,513,438 | $    — | $   — |
| TOTAL | $39,956,281 | $(4,334,998) | $(1,530) |

For the year ended July 31, 2018, the Fund's Premier Shares did not incur other service fees; however, they may begin to incur this fee upon approval of the Trustees.

**Annual Shareholder Report**

Table of Contents

## Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

## When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

## Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

## 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Class R Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 3,992,665 | $ 3,992,665 | 10,915,401 | $10,915,401 |
| Shares issued to shareholders in payment of distributions declared | 7,612 | 7,612 | 457 | 457 |
| Shares redeemed | (6,893,943) | (6,893,943) | (5,668,590) | (5,668,590) |
| NET CHANGE RESULTING FROM CLASS R SHARE TRANSACTIONS | (2,893,666) | $(2,893,666) | 5,247,268 | $ 5,247,268 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Institutional Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 168,908,223,922 | $ 168,908,223,922 | 161,165,703,441 | $ 161,165,703,441 |
| Shares issued to shareholders in payment of distributions declared | 107,212,921 | 107,212,921 | 40,653,612 | 40,653,612 |
| Shares redeemed | (172,097,680,018) | (172,097,680,018) | (158,193,702,980) | (158,193,702,980) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | (3,082,243,175) | $ (3,082,243,175) | 3,012,654,073 | $ 3,012,654,073 |

**Annual Shareholder Report**

32

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Service Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 25,002,055,882 | $ 25,002,055,882 | 28,390,446,434 | $ 28,390,446,434 |
| Shares issued to shareholders in payment of distributions declared | 28,706,170 | 28,706,170 | 6,463,272 | 6,463,272 |
| Shares redeemed | (25,281,165,712) | (25,281,165,712) | (27,938,997,062) | (27,938,997,062) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | (250,403,660) | $ (250,403,660) | 457,912,644 | $ 457,912,644 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|

| Administrative Shares: | Shares | Amount | Shares | Amount |
|---|---|---|---|---|
| Shares sold | 23,798,674 | $ 23,798,674 | — | $— |
| Shares redeemed | (11,385,620) | (11,385,620) | — | — |
| NET CHANGE RESULTING FROM ADMINISTRATIVE SHARE TRANSACTIONS | 12,413,054 | $ 12,413,054 | — | $— |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Cash II Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,152,339,587 | $ 1,152,339,587 | 1,242,614,602 | $ 1,242,614,602 |
| Shares issued to shareholders in payment of distributions declared | 2,932,080 | 2,932,080 | 160,853 | 160,853 |
| Shares redeemed | (1,134,386,855) | (1,134,386,855) | (1,379,077,945) | (1,379,077,945) |
| NET CHANGE RESULTING FROM CASH II SHARE TRANSACTIONS | 20,884,812 | $ 20,884,812 | (136,302,490) | $ (136,302,490) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Cash Series Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 295,149,872 | $ 295,149,872 | 809,751,238 | $ 809,751,238 |
| Shares issued to shareholders in payment of distributions declared | 388,022 | 388,022 | 29,149 | 29,149 |
| Shares redeemed | (402,483,471) | (402,483,471) | (956,388,259) | (956,388,259) |
| NET CHANGE RESULTING FROM CASH SERIES SHARE TRANSACTIONS | (106,945,577) | $(106,945,577) | (146,607,872) | $(146,607,872) |

**Annual Shareholder Report**

**33**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Capital Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 11,361,819,709 | $ 11,361,819,709 | 10,123,291,744 | $10,123,291,744 |
| Shares issued to shareholders in payment of distributions declared | 20,917,172 | 20,917,172 | 5,076,287 | 5,076,287 |
| Shares redeemed | (10,872,868,513) | (10,872,868,513) | (8,554,763,216) | (8,554,763,216) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 509,868,368 | $ 509,868,368 | 1,573,604,815 | $ 1,573,604,815 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Trust Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,436,716,321 | $ 1,436,716,321 | 3,154,933,856 | $ 3,154,933,856 |
| Shares issued to shareholders in payment of distributions declared | 2,163,640 | 2,163,640 | 239,428 | 239,428 |
| Shares redeemed | (2,097,003,321) | (2,097,003,321) | (2,979,916,574) | (2,979,916,574) |
| NET CHANGE RESULTING FROM TRUST SHARE TRANSACTIONS | (658,123,360) | $ (658,123,360) | 175,256,710 | $ 175,256,710 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|

| Premier Shares: | Shares | Amount | Shares | Amount |
|---|---|---|---|---|
| Shares sold | 269,644,209,886 | $ 269,644,209,886 | 234,718,214,453 | $ 234,718,214,453 |
| Shares issued to shareholders in payment of distributions declared | 142,389,647 | 142,389,647 | 47,694,473 | 47,694,473 |
| Shares redeemed | (268,004,667,833) | (268,004,667,833) | (218,879,488,691) | (218,879,488,691) |
| NET CHANGE RESULTING FROM PREMIER SHARES TRANSACTIONS | 1,781,931,700 | $ 1,781,931,700 | 15,886,420,235 | $ 15,886,420,235 |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (1,775,511,504) | $ (1,775,511,504) | 20,828,185,383 | $ 20,828,185,383 |

1    *Reflects operations for the period from September 28, 2017 (date of initial investment) to July 31, 2018.*

**4. FEDERAL TAX INFORMATION**

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

|  | **2018** | **2017** |
|---|---|---|
| Ordinary Income1 | $859,176,109 | $304,953,634 |
| Long-Term Capital Gains | $ 3,115 | — |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

**Annual Shareholder Report**

**34**

Table of Contents

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| Undistributed ordinary income2 | $109,374 |
|---|---|

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

**5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES**

**Investment Adviser Fee**

The advisory agreement between the Fund and the Fund's Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Fund's Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $93,521,857 of its fee and reimbursed $2,740 of transfer agent fees.

**Administrative Fee**

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Annual Shareholder Report**

35

Table of Contents

## Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Class R Shares, Administrative Shares, Cash II Shares, Cash Series Shares and Trust Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets annually, to compensate FSC:

| Share Class Name | Percentage of Average Daily Net Assets of Class |
|---|---|
| Class R Shares | 0.50% |
| Administrative Shares | 0.25% |
| Cash II Shares | 0.35% |
| Cash Series Shares | 0.60% |
| Trust Shares | 0.25% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred | Distribution Services Fees Waived |
|---|---|---|
| Class R Shares | $ 15,795 | $ — |
| Administrative Shares | 4,030 | — |
| Cash II Shares | 1,727,075 | — |
| Cash Series Shares | 764,430 | (63,702) |
| Trust Shares | 1,513,437 | — |
| TOTAL | $4,024,767 | $(63,702) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $316,166 of fees paid by the Fund.

## Other Service Fees

For the year ended July 31, 2018, FSSC received $79,791 and reimbursed $4,334,998 of the other service fees disclosed in Note 2.

## Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Fund's Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Class R Shares, Institutional Shares, Service Shares, Administrative Shares, Cash II Shares, Cash Series Shares, Capital Shares, Trust Shares and Premier Shares and (after the voluntary waivers and/or reimbursements) will not exceed 1.15%, 0.20%, 0.45%, 0.45%, 0.85%, 1.05%, 0.30%, 0.70% and 0.15% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective

**Annual Shareholder Report**

36

Table of Contents

Prospectus. While the Fund's Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

## Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $344,582,535 and $396,040,255, respectively.

## Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Fund's Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

## 6. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**7. FEDERAL TAX INFORMATION (UNAUDITED)**

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $3,115.

For the fiscal year ended July 31, 2018, 100.00% of dividends paid by the Fund are interest-related dividends, as provided by the American Jobs Creation Act of 2004.

**Annual Shareholder Report**
**37**

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED GOVERNMENT OBLIGATIONS FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Government Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the

Table of Contents

financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.



We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your

account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

<div align="center">

Annual Shareholder Report

**40**

</div>

Table of Contents

     Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 8/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual:** | | | |
| Class R Shares | $1,000 | $1,002.80 | $5.71 |
| Institutional Shares | $1,000 | $1,007.60 | $0.95 |
| Service Shares | $1,000 | $1,006.50 | $2.04 |
| Administrative Shares | $1,000 | $1,006.30 | $2.24 |
| Cash II Shares | $1,000 | $1,004.30 | $4.22 |
| Cash Series Shares | $1,000 | $1,003.40 | $5.22 |
| Capital Shares | $1,000 | $1,007.10 | $1.49 |
| Trust Shares | $1,000 | $1,005.20 | $3.38 |
| Premier Shares | $1,000 | $1,007.80 | $0.75 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Class R Shares | $1,000 | $1,019.10 | $5.76 |
| Institutional Shares | $1,000 | $1,023.90 | $0.95 |
| Service Shares | $1,000 | $1,022.80 | $2.06 |
| Administrative Shares | $1,000 | $1,022.60 | $2.26 |
| Cash II Shares | $1,000 | $1,020.60 | $4.26 |
| Cash Series Shares | $1,000 | $1,019.60 | $5.26 |
| Capital Shares | $1,000 | $1,023.30 | $1.51 |

| | | | |
|---|---|---|---|
| Trust Shares | $1,000 | $1,021.40 | $3.41 |
| Premier Shares | $1,000 | $1,024.10 | $0.75 |

1    *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Class R Shares | 1.15% |
| Institutional Shares | 0.19% |
| Service Shares | 0.41% |
| Administrative Shares | 0.45% |
| Cash II Shares | 0.85% |
| Cash Series Shares | 1.05% |
| Capital Shares | 0.30% |
| Trust Shares | 0.68% |
| Premier Shares | 0.15% |

**Annual Shareholder Report**

**41**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| **Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began** | **Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s)** |
|---|---|
| J. Christopher Donahue*<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*   *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

## INDEPENDENT TRUSTEES BACKGROUND

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| | |
|---|---|
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

<div align="center">

**Annual Shareholder Report**

**44**

</div>

Table of Contents

| **Name**<br>**Birth Date**<br>**Positions Held with Trust**<br>**Date Service Began** | **Principal Occupation(s) for Past Five Years,**<br>**Other Directorships Held, Previous Position(s) and Qualifications** |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| **Deborah A. Cunningham** | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since January |
|---|---|
| Birth Date: September 15, 1959 | 1994. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in |
| CHIEF INVESTMENT OFFICER | 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an |
| Officer since: May 2004 | Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered |
| Portfolio Manager since: | Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
| January 1994 | |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED GOVERNMENT OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty

with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

<div align="center">Annual Shareholder Report<br>48</div>

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

<div align="center">Annual Shareholder Report<br>49</div>

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual

advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**

**50**

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

The CCO noted that the services, administrative responsibilities and risks associated with such relationships are quite different than serving as a primary adviser to a fund.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting

**Annual Shareholder Report**

**51**

Table of Contents

and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer

groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the

continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**54**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

**Federated.**

Federated Government Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919478*
*CUSIP 60934N104*
*CUSIP 60934N807*
*CUSIP 608919395*
*CUSIP 608919676*
*CUSIP 608919684*
*CUSIP 608919809*
*CUSIP 60934N153*
*CUSIP 608919718*

*Q450513 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.



**Annual Shareholder Report**

*July 31, 2018*

**Share Class** | Ticker　　　　　　**Institutional** | GOTXX

# Federated Government Obligations Tax-Managed Fund

A Portfolio of Money Market Obligations Trust

## Not FDIC Insured ▪ May Lose Value ▪ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 5 |
| Statement of Assets and Liabilities | 6 |
| Statement of Operations | 7 |
| Statement of Changes in Net Assets | 8 |
| Notes to Financial Statements | 9 |
| Report of Independent Registered Public Accounting Firm | 15 |
| Shareholder Expense Example | 17 |
| Board of Trustees and Trust Officers | 18 |
| Evaluation and Approval of Advisory Contract–May 2018 | 24 |
| Voting Proxies on Fund Portfolio Securities | 31 |
| Quarterly Portfolio Schedule | 31 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| U.S. Government Agency Securities | 81.9% |
| U.S. Treasury Securities | 18.2% |
| Other Assets and Liabilities—Net2 | (0.1)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 14.8% |
| 8-30 Days | 46.9% |
| 31-90 Days | 33.2% |
| 91-180 Days | 3.9% |
| 181 Days or more | 1.3% |
| Other Assets and Liabilities—Net2 | (0.1)% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for a description of these investments.*
2    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*
3    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—81.9% | |
| $   30,365,000 | Federal Farm Credit System, 0.875% - 1.70%, 9/14/2018 - 10/15/2018 | $   30,318,797 |
| 1,037,000,000 | [1]Federal Farm Credit System Discount Notes, 1.54% - 2.19%, 8/1/2018 - 2/21/2019 | 1,033,663,395 |
| 100,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.927% (1-month USLIBOR -0.165%), 8/2/2018 | 99,999,362 |
| 75,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.934% (1-month USLIBOR -0.145%), 8/18/2018 | 74,992,539 |
| 135,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.948% (1-month USLIBOR -0.126%), 8/13/2018 | 135,001,147 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.952% (1-month USLIBOR -0.12%), 8/30/2018 | 49,998,380 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.956% (1-month USLIBOR -0.125%), 8/22/2018 | 50,000,000 |
| 100,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.963% (1-month USLIBOR -0.115%), 8/11/2018 | 100,000,000 |
| 25,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.967% (1-month USLIBOR -0.11%), 8/27/2018 | 25,000,000 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.997% (1-month USLIBOR -0.08%), 8/27/2018 | 49,997,023 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.00% (1-month USLIBOR -0.10%), 8/4/2018 | 49,996,630 |
| 25,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.002% (1-month USLIBOR -0.065%), 8/12/2018 | 24,998,967 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.005% (1-month USLIBOR -0.095%), 8/4/2018 | 49,999,357 |
| 20,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.044% (1-month USLIBOR -0.025%), 8/24/2018 | 19,999,551 |
| 25,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.069% (3-month USLIBOR -0.27%), 10/30/2018 | 24,995,853 |
| 10,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.142% (3-month USLIBOR -0.195%), 10/12/2018 | 9,998,406 |
| 69,500,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.178% (3-month USLIBOR -0.18%), 8/1/2018 | 69,518,978 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.197% (3-month USLIBOR -0.15%), 10/23/2018 | 50,000,000 |
| 30,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.26% - 2.262% (1-month USLIBOR +0.19%), 8/16/2018 - 8/26/2018 | 30,092,098 |
| 90,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.389% (3-month USLIBOR +0.05%), 10/29/2018 | 90,059,018 |
| 18,500,000 | Federal Home Loan Bank System, 0.95%, 8/8/2018 | 18,496,342 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—continued | |
| $1,557,950,000 | [1]Federal Home Loan Bank System Discount Notes, 1.855% - 1.98%, 8/3/2018 - 10/5/2018 | $1,554,972,396 |
| 89,400,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.932% - 1.934% (1-month USLIBOR -0.14%), 8/12/2018 - 8/16/2018 | 89,399,723 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.937% (1-month USLIBOR -0.135%), 8/15/2018 | 50,000,000 |

| | | |
|---:|:---|---:|
| 325,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.939% - 1.975% (1-month USLIBOR -0.125%), 8/4/2018 - 8/27/2018 | 324,998,931 |
| 122,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.957% (1-month USLIBOR -0.115%), 8/28/2018 | 122,003,886 |
| 125,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.974% (1-month USLIBOR -0.09%), 8/25/2018 | 125,026,086 |
| 30,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.047% (1-month USLIBOR -0.045%), 8/1/2018 | 29,999,349 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.17% (3-month USLIBOR -0.16%), 8/24/2018 | 50,005,745 |
| 1,925,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.174% (3-month USLIBOR -0.163%), 10/5/2018 | 1,924,509 |
| 125,000,000 | [1]Tennessee Valley Authority Discount Notes, 1.90% - 1.905%, 8/14/2018 | 124,914,074 |
| | TOTAL GOVERNMENT AGENCIES | 4,560,370,542 |
| | U.S. TREASURY—18.2% | |
| 63,000,000 | United States Treasury Bills, 1.83%, 8/30/2018 | 62,907,128 |
| 198,000,000 | United States Treasury Bills, 1.83% - 1.835%, 8/2/2018 | 197,989,928 |
| 205,000,000 | United States Treasury Bills, 1.845% - 1.855%, 8/9/2018 | 204,915,722 |
| 100,000,000 | United States Treasury Bills, 1.875%, 10/11/2018 | 99,630,208 |
| 122,500,000 | United States Treasury Bills, 1.88%, 8/16/2018 | 122,404,042 |
| 50,000,000 | United States Treasury Bills, 1.945%, 10/18/2018 | 49,789,292 |
| 50,000,000 | United States Treasury Bills, 2.03%, 11/29/2018 | 49,661,667 |
| 24,000,000 | [2]United States Treasury Floating Rate Notes, 2.043% (91-day T-Bill +0.033%), 8/7/2018 | 23,998,102 |
| 50,000,000 | [2]United States Treasury Floating Rate Notes, 2.08% (91-day T-Bill +0.07%), 8/7/2018 | 49,996,606 |
| 150,000,000 | United States Treasury Notes, 1.50%, 8/31/2018 | 149,942,501 |
| | TOTAL U.S. TREASURY | 1,011,235,196 |
| | TOTAL INVESTMENT IN SECURITIES—100.1% (AT AMORTIZED COST)[3] | 5,571,605,738 |
| | OTHER ASSETS AND LIABILITIES - NET—(0.1)%[4] | (4,333,558) |
| | TOTAL NET ASSETS—100% | $5,567,272,180 |

**Annual Shareholder Report**

3

Table of Contents

1    *Discount rate at time of purchase.*
2    *Floating/variable note with current rate and current maturity or next reset date shown.*
3    *Also represents cost for federal tax purposes.*
4    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.
Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.
Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

Note: The following acronyms are used throughout this portfolio:

LIBOR    —London Interbank Offered Rate

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**4**

Table of Contents

# Financial Highlights − Institutional Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.012 | 0.004 | 0.002 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.012 | 0.004 | 0.002 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.012) | (0.004) | (0.002) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| TOTAL DISTRIBUTIONS | (0.012) | (0.004) | (0.002) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return**[2] | 1.23% | 0.44% | 0.13% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses[3] | 0.20% | 0.20% | 0.19% | 0.09% | 0.08% |
| Net investment income | 1.21% | 0.43% | 0.13% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.09% | 0.09% | 0.10% | 0.20% | 0.21% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $2,7369,607 | $3,074,463 | $2,861,313 | $2,672,599 | $2,849,186 |

1   *Represents less than $0.001.*

2   *Based on net asset value.*

3   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios are 0.20%, 0.20%, 0.19%, 0.09% and 0.08% for the years ended July 31, 2018, 2017, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*

4   *This expense decrease is reflected in both the net expense and net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---:|
| Investment in securities, at amortized cost and fair value | $5,571,605,738 |
| Income receivable | 3,530,455 |
| TOTAL ASSETS | 5,575,136,193 |

**Liabilities:**

| | | |
|---|---:|---:|
| Income distribution payable | $6,285,638 | |
| Bank overdraft | 408,202 | |
| Payable for shares redeemed | 263,782 | |
| Due to broker | 16,492 | |
| Payable for other service fees (Notes 2 and 5) | 586,103 | |
| Payable for investment adviser fee (Note 5) | 16,926 | |
| Payable for administrative fee (Note 5) | 11,752 | |
| Accrued expenses (Note 5) | 275,118 | |
| TOTAL LIABILITIES | | 7,864,013 |
| Net assets for 5,567,215,569 shares outstanding | | $5,567,272,180 |

**Net Assets Consists of:**

| | |
|---|---:|
| Paid-in capital | $5,567,224,947 |
| Accumulated net realized gain | 47,233 |
| TOTAL NET ASSETS | $5,567,272,180 |

**Net Asset Value, Offering Price and Redemption Proceeds Per Share:**

**Automated Shares:**

| | |
|---|---:|
| $176,028,204 ÷ 176,026,739 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Institutional Shares:**

| | |
|---|---:|
| $2,739,606,980 ÷ 2,739,574,919 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Service Shares:**

| | |
|---|---:|
| $2,651,636,996 ÷ 2,651,613,911 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

**Investment Income:**

| | |
|---|---:|
| Interest | $82,852,442 |

| Expenses: | | |
|---|---|---|
| Investment adviser fee (Note 5) | | $11,682,076 |
| Administrative fee (Note 5) | | 4,675,303 |
| Custodian fees | | 188,268 |
| Transfer agent fees | | 188,472 |
| Directors'/Trustees' fees (Note 5) | | 52,253 |
| Auditing fees | | 23,149 |
| Legal fees | | 9,350 |
| Other service fees (Notes 2 and 5) | | 7,443,793 |
| Portfolio accounting fees | | 181,445 |
| Share registration costs | | 100,243 |
| Printing and postage | | 33,752 |
| Miscellaneous (Note 5) | | 97,292 |
|     TOTAL EXPENSES | | 24,675,396 |
| **Waiver and Reduction:** | | |
| Waiver of investment adviser fee (Note 5) | $(5,166,823) | |
| Reduction of custodian fees (Note 6) | (6,793) | |
|     TOTAL WAIVER AND REDUCTION | | (5,173,616) |
| Net expenses | | 19,501,780 |
| Net investment income | | 63,350,662 |
| Net realized gain on investments | | 69,246 |
| Change in net assets resulting from operations | | $63,419,908 |

See Notes which are an integral part of the Financial Statements

<div align="center">
**Annual Shareholder Report**

7
</div>

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 63,350,662 | $ 19,632,770 |
| Net realized gain | 69,246 | 169,021 |
|     CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 63,419,908 | 19,801,791 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Automated Shares | (1,604,378) | (267,496) |
| Institutional Shares | (34,694,038) | (13,834,245) |

| | | |
|---|---:|---:|
| Service Shares | (27,051,767) | (5,531,508) |
| Distributions from net realized gain | | |
| Automated Shares | (3,042) | (6,145) |
| Institutional Shares | (54,119) | (102,144) |
| Service Shares | (52,346) | (81,047) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (63,459,690) | (19,822,585) |
| **Share Transactions:** | | |
| Proceeds from sale of shares | 16,932,584,760 | 20,872,097,048 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 11,659,458 | 3,664,143 |
| Cost of shares redeemed | (17,639,024,306) | (20,359,225,063) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (694,780,088) | 516,536,128 |
| Change in net assets | (694,819,870) | 516,515,334 |
| **Net Assets:** | | |
| Beginning of period | 6,262,092,050 | 5,745,576,716 |
| End of period (including undistributed (distributions in excess of) net investment income of $0 and $(479), respectively) | $ 5,567,272,180 | $ 6,262,092,050 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

8

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are those of Federated Government Obligations Tax-Managed Fund (the "Fund"). The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated, and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers three classes of shares: Automated Shares, Institutional Shares and Service Shares. All shares of the Fund have equal rights with respect to voting, except on class specific matters. The financial highlights of the Automated Shares and Service Shares are presented separately. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund operates as a government money market fund. As a government money market fund, the Fund: (1) invests at least 99.5% of its total assets in: (i) cash; (ii) securities issued or guaranteed by the United States or certain U.S. government agencies or instrumentalities and/or (iii) repurchase agreements that are collateralized fully; (2) generally continues to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); and (3) has elected not to be subject to the liquidity fees and gates requirement at this time as permitted by Rule 2a-7 under the Act.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Fund's Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and

certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions) and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price

Table of Contents

evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver and reduction of $5,173,616 is disclosed in various locations in Note 5 and Note 6.

For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

|  | Transfer Agent Fees Incurred |
|---|---|
| Automated Shares | $ 99,028 |
| Institutional Shares | 45,178 |
| Service Shares | 44,266 |
| TOTAL | $188,472 |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Institutional Shares and Service Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
|---|---|
| Automated Shares | $ 423,828 |
| Service Shares | 7,019,965 |
| TOTAL | $7,443,793 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees.

Table of Contents

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued

or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 342,412,941 | $ 342,412,941 | 511,343,186 | $ 511,343,186 |
| Shares issued to shareholders in payment of distributions declared | 1,587,470 | 1,587,470 | 149,580 | 149,580 |
| Shares redeemed | (345,527,242) | (345,527,242) | (524,872,179) | (524,872,179) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | (1,526,831) | $ (1,526,831) | (13,379,413) | $ (13,379,413) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Institutional Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 9,053,232,516 | $ 9,053,232,516 | 12,406,673,678 | $ 12,406,673,678 |
| Shares issued to shareholders in payment of distributions declared | 8,452,827 | 8,452,827 | 3,308,303 | 3,308,303 |
| Shares redeemed | (9,396,519,605) | (9,396,519,605) | (12,196,823,081) | (12,196,823,081) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | (334,834,262) | $ (334,834,262) | 213,158,900 | $ 213,158,900 |

Annual Shareholder Report

11

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 7,536,939,303 | $ 7,536,939,303 | 7,954,080,184 | $ 7,954,080,184 |
| Shares issued to shareholders in payment of distributions declared | 1,619,161 | 1,619,161 | 206,260 | 206,260 |
| Shares redeemed | (7,896,977,459) | (7,896,977,459) | (7,637,529,803) | (7,637,529,803) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | (358,418,995) | $ (358,418,995) | 316,756,641 | $ 316,756,641 |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (694,780,088) | $ (694,780,088) | 516,536,128 | $ 516,536,128 |

**4. FEDERAL TAX INFORMATION**

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income[1] | $63,459,550 | $19,822,585 |
| Long-term capital gains | $ 140 | $ — |

1   *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $47,233 |

2   *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $5,166,823 of its fee.

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

**Annual Shareholder Report**

12

Table of Contents

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

### Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waiver/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Institutional Shares and Service Shares (after the voluntary waivers and reimbursements) will not exceed 0.55%, 0.20% and 0.45% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

### Other Service Fees

For the year ended July 31, 2018, FSSC received $7,028 of the other service fees disclosed in Note 2.

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $1,104,064,435 and $2,084,518,931, respectively.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**Annual Shareholder Report**

13

Table of Contents

## 6. EXPENSE REDUCTION

Through arrangements with the Fund's custodian, net credits realized as a result of uninvested cash balances were used to reduce custody expenses. For the year ended July 31, 2018, the Fund's expenses were reduced by $6,793 under these arrangements.

### 7. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

### 8. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $140.

For the year ended July 31, 2018, 100% of the dividends paid by the Fund are interest-related dividends as provided by the American Jobs Creation Act of 2004.

**Annual Shareholder Report**

**14**

Table of Contents

## Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND THE INSTITUTIONAL CLASS SHAREHOLDERS OF FEDERATED GOVERNMENT OBLIGATIONS TAX-MANAGED FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Government Obligations Tax-Managed Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two-year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five-year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two-year period then ended, and the financial highlights for each of the years or periods in the five-year period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Annual Shareholder Report

**15**

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors' investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratios and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual** | $1,000 | $1,007.50 | $1.00 |
| **Hypothetical (assuming a 5% return before expenses)** | $1,000 | $1,023.80 | $1.00 |

1    *Expenses are equal to the Fund's Institutional Shares annualized net expense ratio of 0.20%, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period).*

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Annual Shareholder Report

18

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green also held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| P. Jerome Richey<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| --- | --- |
| John S. Walsh<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**
**21**

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| --- | --- |
| Lori A. Hensler<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| --- | --- |
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND<br>SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

## FEDERATED GOVERNMENT OBLIGATIONS TAX-MANAGED FUND (THE "FUND")

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's

decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits

<div align="center">

Annual Shareholder Report

24

</div>

Table of Contents

that accrue to an adviser because of its relationship with a fund (including research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer

<div align="center">

Annual Shareholder Report

25

</div>

Table of Contents

group" funds and/or other benchmarks, as appropriate) and comments on the reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

<div align="center">

**Annual Shareholder Report**
**26**
</div>

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service

the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to

Table of Contents

respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or “fall-out”) benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of “economies of scale” as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its

affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
29

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
30

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public

Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**31**

<u>Table of Contents</u>

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Government Obligations Tax-Managed Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N856*

*33517 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

## Annual Shareholder Report

*July 31, 2018*

| **Share Class** | Ticker | **Automated** | GOAXX | **Institutional** | GOTXX | **Service** | GTSXX |

# Federated Government Obligations Tax-Managed Fund

A Portfolio of Money Market Obligations Trust

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

Portfolio of Investments Summary Tables ..................................................................... 1
Portfolio of Investments ..................................................................................................... 2

| | |
|---|---|
| Financial Highlights | 5 |
| Statement of Assets and Liabilities | 8 |
| Statement of Operations | 9 |
| Statement of Changes in Net Assets | 10 |
| Notes to Financial Statements | 11 |
| Report of Independent Registered Public Accounting Firm | 17 |
| Shareholder Expense Example | 19 |
| Board of Trustees and Trust Officers | 21 |
| Evaluation and Approval of Advisory Contract–May 2018 | 27 |
| Voting Proxies on Fund Portfolio Securities | 34 |
| Quarterly Portfolio Schedule | 34 |

Table of Contents

# Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| U.S. Government Agency Securities | 81.9% |
| U.S. Treasury Securities | 18.2% |
| Other Assets and Liabilities—Net2 | (0.1)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 14.8% |
| 8-30 Days | 46.9% |
| 31-90 Days | 33.2% |
| 91-180 Days | 3.9% |
| 181 Days or more | 1.3% |
| Other Assets and Liabilities—Net2 | (0.1)% |
| TOTAL | **100.0%** |

1   See the Fund's Prospectus and Statement of Additional Information for a description of these investments.

2   Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.

3   Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—81.9% | |
| $ 30,365,000 | Federal Farm Credit System, 0.875% - 1.70%, 9/14/2018 - 10/15/2018 | $ 30,318,797 |
| 1,037,000,000 | [1]Federal Farm Credit System Discount Notes, 1.54% - 2.19%, 8/1/2018 - 2/21/2019 | 1,033,663,395 |
| 100,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.927% (1-month USLIBOR -0.165%), 8/2/2018 | 99,999,362 |
| 75,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.934% (1-month USLIBOR -0.145%), 8/18/2018 | 74,992,539 |
| 135,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.948% (1-month USLIBOR -0.126%), 8/13/2018 | 135,001,147 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.952% (1-month USLIBOR -0.12%), 8/30/2018 | 49,998,380 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.956% (1-month USLIBOR -0.125%), 8/22/2018 | 50,000,000 |
| 100,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.963% (1-month USLIBOR -0.115%), 8/11/2018 | 100,000,000 |
| 25,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.967% (1-month USLIBOR -0.11%), 8/27/2018 | 25,000,000 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 1.997% (1-month USLIBOR -0.08%), 8/27/2018 | 49,997,023 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.00% (1-month USLIBOR -0.10%), 8/4/2018 | 49,996,630 |
| 25,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.002% (1-month USLIBOR -0.065%), 8/12/2018 | 24,998,967 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.005% (1-month USLIBOR -0.095%), 8/4/2018 | 49,999,357 |
| 20,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.044% (1-month USLIBOR -0.025%), 8/24/2018 | 19,999,551 |
| 25,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.069% (3-month USLIBOR -0.27%), 10/30/2018 | 24,995,853 |
| 10,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.142% (3-month USLIBOR -0.195%), 10/12/2018 | 9,998,406 |
| 69,500,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.178% (3-month USLIBOR -0.18%), 8/1/2018 | 69,518,978 |
| 50,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.197% (3-month USLIBOR -0.15%), 10/23/2018 | 50,000,000 |
| 30,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.26% - 2.262% (1-month USLIBOR +0.19%), 8/16/2018 - 8/26/2018 | 30,092,098 |
| 90,000,000 | [2]Federal Farm Credit System Floating Rate Notes, 2.389% (3-month USLIBOR +0.05%), 10/29/2018 | 90,059,018 |
| 18,500,000 | Federal Home Loan Bank System, 0.95%, 8/8/2018 | 18,496,342 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | GOVERNMENT AGENCIES—continued | |
| $1,557,950,000 | [1]Federal Home Loan Bank System Discount Notes, 1.855% - 1.98%, 8/3/2018 - 10/5/2018 | $1,554,972,396 |
| 89,400,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.932% - 1.934% (1-month USLIBOR -0.14%), 8/12/2018 - 8/16/2018 | 89,399,723 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.937% (1-month USLIBOR -0.135%), 8/15/2018 | 50,000,000 |

| | | |
|---:|:---|---:|
| 325,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.939% - 1.975% (1-month USLIBOR -0.125%), 8/4/2018 - 8/27/2018 | 324,998,931 |
| 122,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.957% (1-month USLIBOR -0.115%), 8/28/2018 | 122,003,886 |
| 125,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 1.974% (1-month USLIBOR -0.09%), 8/25/2018 | 125,026,086 |
| 30,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.047% (1-month USLIBOR -0.045%), 8/1/2018 | 29,999,349 |
| 50,000,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.17% (3-month USLIBOR -0.16%), 8/24/2018 | 50,005,745 |
| 1,925,000 | [2]Federal Home Loan Bank System Floating Rate Notes, 2.174% (3-month USLIBOR -0.163%), 10/5/2018 | 1,924,509 |
| 125,000,000 | [1]Tennessee Valley Authority Discount Notes, 1.90% - 1.905%, 8/14/2018 | 124,914,074 |
| | TOTAL GOVERNMENT AGENCIES | 4,560,370,542 |
| | U.S. TREASURY—18.2% | |
| 63,000,000 | United States Treasury Bills, 1.83%, 8/30/2018 | 62,907,128 |
| 198,000,000 | United States Treasury Bills, 1.83% - 1.835%, 8/2/2018 | 197,989,928 |
| 205,000,000 | United States Treasury Bills, 1.845% - 1.855%, 8/9/2018 | 204,915,722 |
| 100,000,000 | United States Treasury Bills, 1.875%, 10/11/2018 | 99,630,208 |
| 122,500,000 | United States Treasury Bills, 1.88%, 8/16/2018 | 122,404,042 |
| 50,000,000 | United States Treasury Bills, 1.945%, 10/18/2018 | 49,789,292 |
| 50,000,000 | United States Treasury Bills, 2.03%, 11/29/2018 | 49,661,667 |
| 24,000,000 | [2]United States Treasury Floating Rate Notes, 2.043% (91-day T-Bill +0.033%), 8/7/2018 | 23,998,102 |
| 50,000,000 | [2]United States Treasury Floating Rate Notes, 2.08% (91-day T-Bill +0.07%), 8/7/2018 | 49,996,606 |
| 150,000,000 | United States Treasury Notes, 1.50%, 8/31/2018 | 149,942,501 |
| | TOTAL U.S. TREASURY | 1,011,235,196 |
| | TOTAL INVESTMENT IN SECURITIES—100.1% (AT AMORTIZED COST)[3] | 5,571,605,738 |
| | OTHER ASSETS AND LIABILITIES - NET—(0.1)%[4] | (4,333,558) |
| | TOTAL NET ASSETS—100% | $5,567,272,180 |

**Annual Shareholder Report**

3

Table of Contents

1    *Discount rate at time of purchase.*
2    *Floating/variable note with current rate and current maturity or next reset date shown.*
3    *Also represents cost for federal tax purposes.*
4    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

Note: The following acronyms are used throughout this portfolio:

LIBOR    —London Interbank Offered Rate

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**4**

Table of Contents

# Financial Highlights – Automated Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.009 | 0.001 | 0.001 | 0.000[2] |
| Net realized gain | 0.000[2] | 0.000[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.009 | 0.001 | 0.001 | 0.000[2] |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.009) | (0.001) | (0.001) | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.009) | (0.001) | (0.001) | (0.000)[2] |
| **Net Asset Value, End of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Total Return[3]** | 0.93% | 0.14% | 0.01% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.51%[5] | 0.50%[5] | 0.37%[5] | 0.09%[6] |
| Net investment income | 0.93% | 0.14% | 0.01% | 0.01%[6] |
| Expense waiver/reimbursement[7] | 0.09% | 0.11% | 0.24% | 0.55%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $176,028 | $177,555 | $190,937 | $0[8] |

1  Reflects operations for the period July 20, 2015 (date of initial investment) to July 31, 2015.
2  Represents less than $0.001.
3  Based on net asset value. Total returns for periods of less than one year are not annualized.
4  Represents less than 0.01%.
5  The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios are 0.51%, 0.50% and 0.37% for the years ended July 31, 2018, 2017 and 2016, respectively, after taking into account these expense reductions.
6  Computed on an annualized basis.

7   *This expense decrease is reflected in both the net expense and net investment income ratios shown above.*

8   *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

**5**

Table of Contents

# Financial Highlights – Institutional Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.012 | 0.004 | 0.002 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.012 | 0.004 | 0.002 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.012) | (0.004) | (0.002) | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.012) | (0.004) | (0.002) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 1.23% | 0.44% | 0.13% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses3 | 0.20% | 0.20% | 0.19% | 0.09% | 0.08% |
| Net investment income | 1.21% | 0.43% | 0.13% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.09% | 0.09% | 0.10% | 0.20% | 0.21% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $2,7369,607 | $3,074,463 | $2,861,313 | $2,672,599 | $2,849,186 |

1   *Represents less than $0.001.*

2   *Based on net asset value.*

3   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios are 0.20%, 0.20%, 0.19%, 0.09% and 0.08% for the years ended July 31, 2018, 2017, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*

4   *This expense decrease is reflected in both the net expense and net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.010 | 0.002 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.002 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.010) | (0.002) | (0.001) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| TOTAL DISTRIBUTIONS | (0.010) | (0.002) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 0.98% | 0.19% | 0.01% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses[3] | 0.45% | 0.45% | 0.30% | 0.09% | 0.08% |
| Net investment income | 0.96% | 0.20% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.09% | 0.09% | 0.24% | 0.45% | 0.46% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $2,651,637 | $3,010,073 | $2,693,327 | $2,626,353 | $2,577,908 |

1 *Represents less than $0.001.*
2 *Based on net asset value.*
3 *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios are 0.45%, 0.45%, 0.30%, 0.09% and 0.08% for the years ended July 31, 2018, 2017, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*
4 *This expense decrease is reflected in both the net expense and net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---|
| Investment in securities, at amortized cost and fair value | $5,571,605,738 |

| Income receivable | | 3,530,455 |
|---|---|---|
| **TOTAL ASSETS** | | 5,575,136,193 |
| **Liabilities:** | | |
| Income distribution payable | $6,285,638 | |
| Bank overdraft | 408,202 | |
| Payable for shares redeemed | 263,782 | |
| Due to broker | 16,492 | |
| Payable for other service fees (Notes 2 and 5) | 586,103 | |
| Payable for investment adviser fee (Note 5) | 16,926 | |
| Payable for administrative fee (Note 5) | 11,752 | |
| Accrued expenses (Note 5) | 275,118 | |
| **TOTAL LIABILITIES** | | 7,864,013 |
| Net assets for 5,567,215,569 shares outstanding | | $5,567,272,180 |
| **Net Assets Consists of:** | | |
| Paid-in capital | | $5,567,224,947 |
| Accumulated net realized gain | | 47,233 |
| **TOTAL NET ASSETS** | | $5,567,272,180 |
| **Net Asset Value, Offering Price and Redemption Proceeds Per Share:** | | |
| **Automated Shares:** | | |
| $176,028,204 ÷ 176,026,739 shares outstanding, no par value, unlimited shares authorized | | $1.00 |
| **Institutional Shares:** | | |
| $2,739,606,980 ÷ 2,739,574,919 shares outstanding, no par value, unlimited shares authorized | | $1.00 |
| **Service Shares:** | | |
| $2,651,636,996 ÷ 2,651,613,911 shares outstanding, no par value, unlimited shares authorized | | $1.00 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

8

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| **Investment Income:** | | |
|---|---|---|
| Interest | | $82,852,442 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $11,682,076 | |
| Administrative fee (Note 5) | 4,675,303 | |
| Custodian fees | 188,268 | |
| Transfer agent fees | 188,472 | |
| Directors'/Trustees' fees (Note 5) | 52,253 | |
| Auditing fees | 23,149 | |
| Legal fees | 9,350 | |
| Other service fees (Notes 2 and 5) | 7,443,793 | |

| | |
|---|---:|
| Portfolio accounting fees | 181,445 |
| Share registration costs | 100,243 |
| Printing and postage | 33,752 |
| Miscellaneous (Note 5) | 97,292 |
|    TOTAL EXPENSES | 24,675,396 |
| **Waiver and Reduction:** | |
| Waiver of investment adviser fee (Note 5) | $(5,166,823) |
| Reduction of custodian fees (Note 6) | (6,793) |
|    TOTAL WAIVER AND REDUCTION | (5,173,616) |
| Net expenses | 19,501,780 |
| Net investment income | 63,350,662 |
| Net realized gain on investments | 69,246 |
| Change in net assets resulting from operations | $63,419,908 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**9**

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | | 2018 | | 2017 |
|---|---|---:|---|---:|
| **Increase (Decrease) in Net Assets** | | | | |
| **Operations:** | | | | |
| Net investment income | $ | 63,350,662 | $ | 19,632,770 |
| Net realized gain | | 69,246 | | 169,021 |
|    CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | | 63,419,908 | | 19,801,791 |
| **Distributions to Shareholders:** | | | | |
| Distributions from net investment income | | | | |
| Automated Shares | | (1,604,378) | | (267,496) |
| Institutional Shares | | (34,694,038) | | (13,834,245) |
| Service Shares | | (27,051,767) | | (5,531,508) |
| Distributions from net realized gain | | | | |
| Automated Shares | | (3,042) | | (6,145) |
| Institutional Shares | | (54,119) | | (102,144) |
| Service Shares | | (52,346) | | (81,047) |
|    CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | | (63,459,690) | | (19,822,585) |
| **Share Transactions:** | | | | |
| Proceeds from sale of shares | | 16,932,584,760 | | 20,872,097,048 |
| Net asset value of shares issued to shareholders in payment of distributions declared | | 11,659,458 | | 3,664,143 |

| | | |
|---|---:|---:|
| Cost of shares redeemed | (17,639,024,306) | (20,359,225,063) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (694,780,088) | 516,536,128 |
| Change in net assets | (694,819,870) | 516,515,334 |
| **Net Assets:** | | |
| Beginning of period | 6,262,092,050 | 5,745,576,716 |
| End of period (including undistributed (distributions in excess of) net investment income of $0 and $(479), respectively) | $ 5,567,272,180 | $ 6,262,092,050 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**10**

Table of Contents

# Notes to Financial Statements

July 31, 2018

### 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Government Obligations Tax-Managed Fund (the "Fund"). The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated, and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers three classes of shares: Automated Shares, Institutional Shares and Service Shares. All shares of the Fund have equal rights with respect to voting, except on class specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund operates as a government money market fund. As a government money market fund, the Fund: (1) invests at least 99.5% of its total assets in: (i) cash; (ii) securities issued or guaranteed by the United States or certain U.S. government agencies or instrumentalities and/or (iii) repurchase agreements that are collateralized fully; (2) generally continues to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); and (3) has elected not to be subject to the liquidity fees and gates requirement at this time as permitted by Rule 2a-7 under the Act.

### 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

**Investment Valuation**

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Fund's Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions) and review of price challenges by

**Annual Shareholder Report**
**11**

Table of Contents

the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver and reduction of $5,173,616 is disclosed in various locations in Note 5 and Note 6.

For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

|  | Transfer Agent Fees Incurred |
| --- | --- |
| Automated Shares | $ 99,028 |
| Institutional Shares | 45,178 |
| Service Shares | 44,266 |
| TOTAL | $188,472 |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Institutional Shares and Service Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
| --- | --- |
| Automated Shares | $ 423,828 |
| Service Shares | 7,019,965 |
| TOTAL | $7,443,793 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees.

**Annual Shareholder Report**

**12**

Table of Contents

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
| --- | --- | --- | --- | --- |
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |

| | | | | |
|---|---|---|---|---|
| Shares sold | 342,412,941 | $ 342,412,941 | 511,343,186 | $ 511,343,186 |
| Shares issued to shareholders in payment of distributions declared | 1,587,470 | 1,587,470 | 149,580 | 149,580 |
| Shares redeemed | (345,527,242) | (345,527,242) | (524,872,179) | (524,872,179) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | (1,526,831) | $ (1,526,831) | (13,379,413) | $ (13,379,413) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Institutional Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 9,053,232,516 | $ 9,053,232,516 | 12,406,673,678 | $ 12,406,673,678 |
| Shares issued to shareholders in payment of distributions declared | 8,452,827 | 8,452,827 | 3,308,303 | 3,308,303 |
| Shares redeemed | (9,396,519,605) | (9,396,519,605) | (12,196,823,081) | (12,196,823,081) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | (334,834,262) | $ (334,834,262) | 213,158,900 | $ 213,158,900 |

**Annual Shareholder Report**

13

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Service Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 7,536,939,303 | $ 7,536,939,303 | 7,954,080,184 | $ 7,954,080,184 |
| Shares issued to shareholders in payment of distributions declared | 1,619,161 | 1,619,161 | 206,260 | 206,260 |
| Shares redeemed | (7,896,977,459) | (7,896,977,459) | (7,637,529,803) | (7,637,529,803) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | (358,418,995) | $ (358,418,995) | 316,756,641 | $ 316,756,641 |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (694,780,088) | $ (694,780,088) | 516,536,128 | $ 516,536,128 |

**4. FEDERAL TAX INFORMATION**

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income[1] | $63,459,550 | $19,822,585 |
| Long-term capital gains | $ 140 | $ — |

1   *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $47,233 |

2   *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

**5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES**

**Investment Adviser Fee**

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $5,166,823 of its fee.

Table of Contents

**Administrative Fee**

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Expense Limitation**

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waiver/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Institutional Shares and Service Shares (after the voluntary waivers and reimbursements) will not exceed 0.55%, 0.20% and 0.45% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

**Other Service Fees**

For the year ended July 31, 2018, FSSC received $7,028 of the other service fees disclosed in Note 2.

Annual Shareholder Report
15

Table of Contents

**Interfund Transactions**

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $1,104,064,435 and $2,084,518,931, respectively.

**Directors'/Trustees' and Miscellaneous Fees**

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**6. EXPENSE REDUCTION**

Through arrangements with the Fund's custodian, net credits realized as a result of uninvested cash balances were used to reduce custody expenses. For the year ended July 31, 2018, the Fund's expenses were reduced by $6,793 under these arrangements.

**7. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

### 8. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $140.

For the year ended July 31, 2018, 100% of the dividends paid by the Fund are interest-related dividends as provided by the American Jobs Creation Act of 2004.

**Annual Shareholder Report**
**16**

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED GOVERNMENT OBLIGATIONS TAX-MANAGED FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Government Obligations Tax-Managed Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two-year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five-year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two-year period then ended, and the financial highlights for each of the years or periods in the five-year period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.



We have served as the auditor of one or more of Federated Investors' investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratios and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

<div align="center">
Annual Shareholder Report

**19**
</div>

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Automated Shares | $1,000 | $1,006.00 | $2.49 |
| Institutional Shares | $1,000 | $1,007.50 | $1.00 |
| Service Shares | $1,000 | $1,006.20 | $2.24 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Automated Shares | $1,000 | $1,022.32 | $2.51 |
| Institutional Shares | $1,000 | $1,023.80 | $1.00 |
| Service Shares | $1,000 | $1,022.56 | $2.26 |

1     *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Automated Shares | 0.50% |
| Institutional Shares | 0.20% |
| Service Shares | 0.45% |

Table of Contents

## Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name Birth Date Positions Held with Trust Date Service Began | Principal Occupation(s) for Past Five Years, Other Directorships Held and Previous Position(s) |
| --- | --- |
| **J. Christopher Donahue***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name Birth Date Positions Held with Trust Date Service Began | Principal Occupation(s) for Past Five Years, Other Directorships Held and Previous Position(s) |
| --- | --- |

| | |
|---|---|
| **Thomas R. Donahue***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

### INDEPENDENT TRUSTEES BACKGROUND

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| | |
|---|---|
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

**Annual Shareholder Report**

**23**

Table of Contents

| **Name**<br>**Birth Date**<br>**Positions Held with Trust**<br>**Date Service Began** | **Principal Occupation(s) for Past Five Years,**<br>**Other Directorships Held, Previous Position(s) and Qualifications** |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| --- | --- |
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Annual Shareholder Report

25

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| --- | --- |
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| **Deborah A. Cunningham** | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's |
|---|---|
| Birth Date: September 15, 1959 | money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager |
| CHIEF INVESTMENT OFFICER | since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has |
| Officer since: May 2004 | received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert |
| | Morris College. |

**Annual Shareholder Report**

**26**

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED GOVERNMENT OBLIGATIONS TAX-MANAGED FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty

with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits

Table of Contents

that accrue to an adviser because of its relationship with a fund (including research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer

Table of Contents

group" funds and/or other benchmarks, as appropriate) and comments on the reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be

relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

<div align="center">

**Annual Shareholder Report**

**29**

</div>

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to

<div align="center">

**Annual Shareholder Report**

**30**

</div>

Table of Contents

respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board

considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contract, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**33**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

[Table of Contents](#)

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Government Obligations Tax-Managed Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919494*
*CUSIP 60934N856*
*CUSIP 60934N849*

*39009 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

| Share Class | Ticker | | | |
|---|---|---|---|---|
| **Institutional** | MMPXX | **Service** | MMSXX | **Capital** | MMLXX |
| **Eagle** | MMMXX | | | |

# Federated Institutional Money Market Management

*Fund Established 1974*

A Portfolio of Money Market Obligations Trust

*The Fund operates as a "Floating Net Asset Value" Money Market Fund.*
*The Share Price will fluctuate. It is possible to lose money by investing in the Fund.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 6 |
| Statement of Assets and Liabilities | 10 |
| Statement of Operations | 12 |
| Statement of Changes in Net Assets | 13 |
| Notes to Financial Statements | 14 |
| Report of Independent Registered Public Accounting Firm | 22 |
| Shareholder Expense Example | 24 |
| Board of Trustees and Trust Officers | 26 |
| Evaluation and Approval of Advisory Contract–May 2018 | 32 |
| Voting Proxies on Fund Portfolio Securities | 39 |
| Quarterly Portfolio Schedule | 39 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Commercial Paper and Notes | 46.3% |
| Variable Rate Instruments | 24.4% |
| Other Repurchase Agreements and Repurchase Agreements | 23.7% |
| Certificates of Deposit | 5.9% |

https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

| Other Assets and Liabilities—Net[2] | (0.3)% |
|---|---|
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity[3] schedule was as follows:

| Securities With an<br>Effective Maturity of: | Percentage of<br>Total Net Assets |
|---|---|
| 1-7 Days | 41.8%[4] |
| 8-30 Days | 20.8% |
| 31-90 Days | 37.0% |
| 91-180 Days | 0.7% |
| 181 Days or more | 0.0% |
| Other Assets and Liabilities—Net[2] | (0.3)% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for a description of these investments. With respect to this table, Commercial Paper and Notes include asset-backed securities, bank notes, collateralized loan agreements, commercial paper, corporate bonds and loan participations with interest rates that are fixed or that reset periodically.*

2    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

4    *Overnight securities comprised 30.7% of the Fund's portfolio.*

<div align="center">Annual Shareholder Report<br>1</div>

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal<br>Amount | | Value |
|---|---|---|
| | CERTIFICATES OF DEPOSIT—5.9% | |
| | **Finance - Banking—5.9%** | |
| $1,500,000 | Commonwealth Bank of Australia, 1.600%, 9/21/2018 | $ 1,500,000 |
| 1,000,000 | Sumitomo Mitsui Trust Bank Ltd., 1.940%, 8/3/2018 | 1,000,000 |
| | TOTAL CERTIFICATES OF DEPOSIT<br>(IDENTIFIED COST $2,500,000) | 2,500,000 |
| | [1]COMMERCIAL PAPER—46.3% | |
| | **Finance - Banking—19.8%** | |
| 1,000,000 | Albion Capital LLC, (MUFG Bank Ltd. LIQ), 2.104%, 8/16/2018 | 999,125 |
| 1,310,000 | Antalis S.A., (Societe Generale, Paris LIQ), 1.981% - 2.188%, 8/3/2018 - 9/11/2018 | 1,307,958 |
| 1,500,000 | Banque et Caisse d'Epargne de L'Etat, 2.123%, 8/17/2018 | 1,498,600 |
| 500,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.000%, 10/9/2018 | 497,878 |

| | | |
|---|---|---|
| 1,500,000 | LMA-Americas LLC, (Credit Agricole Corporate and Investment Bank LIQ), 1.951%, 8/1/2018 | 1,500,000 |
| 1,000,000 | Matchpoint Finance PLC, (BNP Paribas SA LIQ), 2.334%, 10/9/2018 | 995,586 |
| 500,000 | NRW.Bank, 2.064%, 9/4/2018 | 499,027 |
| 1,000,000 | Toronto Dominion Bank, 2.320% (1-month USLIBOR +0.230%), 12/3/2018 | 1,000,212 |
| | TOTAL | 8,298,386 |
| | **Finance - Retail—19.4%** | |
| 1,000,000 | Barton Capital S.A., 2.138%, 9/25/2018 | 996,746 |
| 1,850,000 | CAFCO, LLC, 2.264% - 2.284%, 9/14/2018 - 9/25/2018 | 1,844,733 |
| 500,000 | CHARTA, LLC, 2.283%, 10/10/2018 | 497,849 |
| 1,800,000 | CRC Funding, LLC, 2.253% - 2.284%, 9/7/2018 - 9/25/2018 | 1,794,923 |
| 1,000,000 | Fairway Finance Co. LLC, 2.263%, 8/21/2018 | 998,750 |
| 500,000 | Old Line Funding, LLC, 2.320%, 10/19/2018 | 497,530 |
| 950,000 | Old Line Funding, LLC, 2.262%, 8/20/2018 | 948,872 |
| 300,000 | Sheffield Receivables Company LLC, 2.472%, 11/5/2018 | 298,140 |
| 250,000 | Thunder Bay Funding, LLC, 2.338%, 10/22/2018 | 248,717 |
| | TOTAL | 8,126,260 |
| | **Finance - Securities—3.5%** | |
| 1,500,000 | Collateralized Commercial Paper Co. LLC, 1.763% - 1.917%, 8/6/2018 - 9/7/2018 | 1,497,937 |
| | **Insurance—1.2%** | |
| 500,000 | UnitedHealth Group, Inc., 2.071%, 8/1/2018 | 500,000 |

**Annual Shareholder Report**

**2**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]COMMERCIAL PAPER—continued | |
| | **Sovereign—2.4%** | |
| $ 1,000,000 | Erste Abwicklungsanstalt, 2.264%, 9/5/2018 | $ 997,812 |
| | TOTAL COMMERCIAL PAPER (IDENTIFIED COST $19,420,115) | 19,420,395 |
| | [2]NOTES - VARIABLE—24.4% | |
| | **Finance - Banking—23.2%** | |
| 1,000,000 | Alpine Securitization LLC, (Credit Suisse AG LIQ), 2.304% (1-month USLIBOR +0.225%), 8/20/2018 | 1,000,000 |
| 330,000 | Bank of Montreal 2.585% (3-month USLIBOR +0.250%), 9/18/2018 | 330,266 |
| 300,000 | Canadian Imperial Bank of Commerce, 2.319% (1-month USLIBOR +0.240%), 8/20/2018 | 300,115 |
| 1,000,000 | Canadian Imperial Bank of Commerce, 2.380% (1-month USLIBOR +0.310%), 8/27/2018 | 1,000,103 |
| 500,000 | Canadian Imperial Bank of Commerce, 2.480% (3-month USLIBOR +0.180%), 9/4/2018 | 500,615 |
| 500,000 | Commonwealth Bank of Australia, 2.262% (1-month USLIBOR +0.190%), 8/14/2018 | 499,994 |
| 2,085,000 | Miami-Dade County, FL IDA, Badia Spices, Inc. Project Series 2015, Weekly VRDN, (Northern Trust Co., Chicago, IL LOC), 1.980%, 8/2/2018 | 2,085,000 |
| 500,000 | Pepper Residential Securities Trust No. 19, Class A1, (GTD by National Australia Bank Ltd., Melbourne), 2.417% (1-month USLIBOR +0.350%), 8/13/2018 | 499,910 |
| 500,000 | Royal Bank of Canada, 2.336% (1-month USLIBOR +0.250%), 8/7/2018 | 500,138 |

| | | |
|---|---|---:|
| 1,000,000 | Royal Bank of Canada, 2.486%<br>(3-month USLIBOR +0.150%), 10/3/2018 | 1,000,961 |
| 1,000,000 | Toronto Dominion Bank, 2.302%<br>(1-month USLIBOR +0.230%), 8/30/2018 | 1,000,199 |
| 500,000 | Wells Fargo Bank, N.A., 2.489%<br>(3-month USLIBOR +0.150%), 10/9/2018 | 500,563 |
| 500,000 | Wells Fargo Bank, N.A., 2.535%<br>(3-month USLIBOR +0.200%), 10/25/2018 | 500,325 |
| | TOTAL | 9,718,189 |
| | **Finance - Securities—1.2%** | |
| 500,000 | Collateralized Commercial Paper II Co. LLC, 2.536%<br>(3-month USLIBOR +0.200%), 9/28/2018 | 500,000 |
| | TOTAL NOTES - VARIABLE<br>(IDENTIFIED COST $10,215,264) | 10,218,189 |

**Annual Shareholder Report**

**3**

Table of Contents

| Principal<br>Amount | | Value |
|---:|---|---:|
| | OTHER REPURCHASE AGREEMENTS—14.8% | |
| | **Finance - Banking—14.8%** | |
| $ 1,300,000 | BMO Capital Markets Corp., 2.01%, dated 7/31/2018, interest in a $130,000,000 collateralized loan agreement will repurchase securities provided as collateral for $130,007,258 on 8/1/2018, in which asset-backed securities, corporate bonds and medium term notes with a market value of $132,607,404 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 1,300,000 |
| 700,000 | BNP Paribas S.A. 2.21%, dated 7/31/2018, interest in a $25,000,000 collateralized loan agreement will repurchase securities provided as collateral for $25,001,535 on 8/1/2018, in which asset-backed securities and corporate bonds with a market value of $25,501,566 have been received as collateral and held with BNY Mellon as tri-party agent. | 700,000 |
| 1,600,000 | Citigroup Global Markets, Inc., 2.41%, dated 7/31/2018, interest in a $50,000,000 collateralized loan agreement will repurchase securities provided as collateral for $50,003,347 on 8/1/2018, in which treasury notes with a market value of $51,003,415 have been received as collateral and held with BNY Mellon as tri-party agent. | 1,600,000 |
| 1,600,000 | HSBC Securities (USA), Inc., 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which assets-backed securities, corporate bonds, medium-term notes, sovereign, treasury bills and treasury notes with a market value of $336,600,001 have been received as collateral and held with BNY Mellon as tri-party agent. | 1,600,000 |
| 1,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/31/2018, interest in a $300,000,000 collateralized loan agreement will repurchase securities provided as collateral for $300,017,583 on 8/1/2018, in which asset-backed securities, American depository receipts, common stocks, convertible bonds and corporate bonds with a market value of $306,018,395 have been received as collateral and held with<br>BNY Mellon as tri-party agent. | 1,000,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS<br>(IDENTIFIED COST $6,200,000) | 6,200,000 |
| | REPURCHASE AGREEMENT—8.9% | |
| | **Finance - Banking—8.9%** | |
| 3,726,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764.<br>(IDENTIFIED COST $3,726,000) | 3,726,000 |
| | TOTAL INVESTMENT IN SECURITIES—100.3%<br>(IDENTIFIED COST $42,061,379)3 | 42,064,584 |
| | OTHER ASSETS AND LIABILITIES - NET—(0.3)%4 | (129,773) |

| TOTAL NET ASSETS—100% | $41,934,811 |
|---|---|

**Annual Shareholder Report**
4

Table of Contents

1    *Discount rate at time of purchase for discount issues, or the coupon for interest-bearing issues.*

2    *Current rate and current maturity or next reset date shown for floating/variable rate notes. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

3    *Also represents cost for federal tax purposes.*

4    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

As of July 31, 2018, all investments of the Fund utilized Level 2 inputs in valuing the Fund's assets carried at fair value.

The following acronyms are used throughout this portfolio:

| GTD | —Guaranteed |
|---|---|
| IDA | —Industrial Development Authority |
| LIBOR | —London Interbank Offered Rate |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |
| VRDN | —Variable Rate Demand Note |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
5

Table of Contents

# Financial Highlights – Institutional Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014[1] |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0001** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Net investment income | 0.0157 | 0.0067 | 0.003 | 0.001 | 0.001 |
| Net realized and unrealized gain (loss) | (0.0004) | 0.0001 | 0.0002 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0153 | 0.0068 | 0.003 | 0.001 | 0.001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0157) | (0.0067) | (0.003) | (0.001) | (0.001) |
| Distributions from net realized gain | (0.0000)[3] | (0.0000)[3] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.0157) | (0.0067) | (0.003) | (0.001) | (0.001) |
| **Net Asset Value, End of Period** | **$0.9997** | **$1.0001** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[4]** | 1.54% | 0.68% | 0.33% | 0.11% | 0.05% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.15% | 0.15% | 0.16% | 0.15% | 0.20%[5] |
| Net investment income | 1.47% | 0.43% | 0.36% | 0.11% | 0.05% |
| Expense waiver/reimbursement[6] | 0.81% | 0.18% | 0.14% | 0.14% | 0.11% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $34,986 | $59,661 | $7,243,840 | $4,055,957 | $461,278 |

1   Federated Prime Management Obligations Fund (the "Predecessor Fund") was reorganized into Federated Institutional Money Market Management (the "Fund") as of the close of business on July 18, 2014. The Fund is the successor to the Predecessor Fund. The performance information and financial information presented incorporates the operations of the Predecessor Fund, which, as a result of the reorganization, are the Fund's operations.

2   Represents less than $0.001.

3   Represents less than $0.0001.

4   Based on net asset value.

5   Ratio may be higher than the Fund's current Fee Limit. Net expenses for the period include those of the Predecessor Fund prior to July 18, 2014.

6   This expense decrease is reflected in both the net expense and the net investment income ratios shown above.

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
6

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014[1] |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0001** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0133 | 0.0043 | 0.001 | 0.0002 | 0.0002 |
| Net realized and unrealized gain (loss) | (0.0005) | 0.00003 | 0.0002 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0128 | 0.0043 | 0.001 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0132) | (0.0042) | (0.001) | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.0000)[3] | (0.0000)[3] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.0132) | (0.0042) | (0.001) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$0.9997** | **$1.0001** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[4]** | 1.28% | 0.43% | 0.11% | 0.01% | 0.01% |

| Ratios to Average Net Assets: | | | | | |
|---|---|---|---|---|---|
| Net expenses | 0.40% | 0.40% | 0.37% | 0.25% | 0.25%[5] |
| Net investment income | 1.25% | 0.18% | 0.11% | 0.01% | 0.01% |
| Expense waiver/reimbursement[6] | 0.85% | 0.16% | 0.17% | 0.30% | 0.31% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $499 | $1,017 | $156,150 | $143,823 | $359,164 |

1   *The Predecessor Fund was reorganized into the Fund as of the close of business on July 18, 2014. The Fund is the successor to the Predecessor Fund. The performance information and financial information presented incorporates the operations of the Predecessor Fund, which, as a result of the reorganization, are the Fund's operations.*
2   *Represents less than $0.001.*
3   *Represents less than $0.0001.*
4   *Based on net asset value.*
5   *Ratio may be higher than the Fund's current Fee Limit. Net expenses for the period include those of the Predecessor Fund prior to July 18, 2014.*
6   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
7

Table of Contents

# Financial Highlights – Capital Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014[1] |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0001** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0147 | 0.0058 | 0.002 | 0.0002 | 0.0002 |
| Net realized and unrealized gain (loss) | (0.0004) | (0.0000)[3] | 0.0002 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0143 | 0.0058 | 0.002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0147) | (0.0057) | (0.002) | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.0000)[3] | (0.0000)[3] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.0147) | (0.0057) | (0.002) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$0.9997** | **$1.0001** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[4]** | 1.44% | 0.58% | 0.23% | 0.02% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.25% | 0.25% | 0.26% | 0.25% | 0.25%[5] |
| Net investment income | 1.44% | 0.28% | 0.18% | 0.02% | 0.01% |
| Expense waiver/reimbursement[6] | 0.86% | 0.21% | 0.14% | 0.15% | 0.51% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $174 | $172 | $8,350 | $105,175 | $34,502 |

1   *The Predecessor Fund was reorganized into the Fund as of the close of business on July 18, 2014. The Fund is the successor to the Predecessor Fund. The performance information and financial information presented incorporates the operations of the Predecessor Fund, which, as a result of the reorganization, are the Fund's operations.*

2    *Represents less than $0.001.*
3    *Represents less than $0.0001.*
4    *Based on net asset value.*
5    *Ratio may be higher than the Fund's current Fee Limit. Net expenses for the period include those of the Predecessor Fund prior to July 18, 2014.*
6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**8**

Table of Contents

# Financial Highlights – Eagle Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014[1] |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.0001 | $1.0000 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0137 | 0.0044 | 0.001 | 0.0002[2] | — |
| Net realized and unrealized gain (loss) | (0.0004) | 0.0001 | 0.0002[2] | 0.0002[2] | — |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0133 | 0.0045 | 0.001 | 0.0002[2] | — |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0137) | (0.0044) | (0.001) | (0.000)[2] | — |
| Distributions from net realized gain | (0.0000)[3] | (0.0000)[3] | (0.000)[2] | (0.000)[2] | — |
| TOTAL DISTRIBUTIONS | (0.0137) | (0.0044) | (0.001) | (0.000)[2] | — |
| **Net Asset Value, End of Period** | $0.9997 | $1.0001 | $1.00 | $1.00 | $1.00 |
| Total Return[4] | 1.33% | 0.46% | 0.12% | 0.01% | 0.00% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.35% | 0.38% | 0.37% | 0.25% | 0.23%[5] |
| Net investment income | 1.32% | 0.43% | 0.11% | 0.01% | 0.00%[5] |
| Expense waiver/reimbursement[6] | 0.85% | 0.34% | 0.17% | 0.30% | 0.51%[5] |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $6,275 | $7,418 | $12,520 | $15,889 | $17,071 |

1    *Reflects operations for the period from July 21, 2014 (deemed the date of initial investment pursuant to a reorganization that took place on July 18, 2014) to July 31, 2014.*
2    *Represents less than $0.001.*
3    *Represents less than $0.0001.*
4    *Based on net asset value.*
5    *Computed on an annualized basis.*
6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | | |
|---|---:|---:|
| Investment in repurchase agreements and other repurchase agreements | $ 9,926,000 | |
| Investment in securities | 32,138,584 | |
| Investment in securities, at value (identified cost $42,061,379) | | $42,064,584 |
| Cash | | 772 |
| Income receivable | | 38,063 |
|     TOTAL ASSETS | | 42,103,419 |

**Liabilities:**

| | | |
|---|---:|---:|
| Income distribution payable | 15,901 | |
| Payable to adviser (Note 5) | 607 | |
| Payable for administrative fee (Note 5) | 92 | |
| Payable for custodian fees | 7,299 | |
| Payable for transfer agent fee | 39,180 | |
| Payable for auditing fees | 21,010 | |
| Payable for legal fees | 1,744 | |
| Payable for portfolio accounting fees | 43,504 | |
| Payable for other service fees (Note 5) | 5,381 | |
| Payable for share registration costs | 26,489 | |
| Accrued expenses (Note 5) | 7,401 | |
|     TOTAL LIABILITIES | | 168,608 |
| Net assets for 41,946,878 shares outstanding | | $41,934,811 |

**Net Assets Consist of:**

| | |
|---|---:|
| Paid-in capital | $41,931,397 |
| Net unrealized appreciation of investments | 3,205 |
| Accumulated net realized gain on investments | 196 |
| Undistributed net investment income | 13 |
|     TOTAL NET ASSETS | $41,934,811 |

Table of Contents

# Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

**Institutional Shares:**

| $34,985,788 ÷ 34,995,978 shares outstanding, no par value, unlimited shares authorized | $0.9997 |
|---|---|

**Service Shares:**

| $499,335 ÷ 499,465 shares outstanding, no par value, unlimited shares authorized | $0.9997 |
|---|---|

**Capital Shares:**

| $174,269 ÷ 174,317 shares outstanding, no par value, unlimited shares authorized | $0.9997 |
|---|---|

**Eagle Shares:**

| $6,275,419 ÷ 6,277,118 shares outstanding, no par value, unlimited shares authorized | $0.9997 |
|---|---|

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**11**

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

**Investment Income:**

| Interest | $1,159,697 |
|---|---|

**Expenses:**

| Investment adviser fee (Note 5) | $ 142,411 |
|---|---|
| Administrative fee (Note 5) | 56,987 |
| Custodian fees | 14,182 |
| Transfer agent fee | 159,884 |
| Directors'/Trustees' fees (Note 5) | 1,068 |
| Auditing fees | 21,010 |
| Legal fees | 9,005 |
| Portfolio accounting fees | 133,938 |

| | | |
|---|---|---:|
| Other service fees (Notes 2 and 5) | | 15,495 |
| Share registration costs | | 78,195 |
| Printing and postage | | 16,723 |
| Credit rating fees | | 34,588 |
| Miscellaneous (Note 5) | | 23,907 |
| TOTAL EXPENSES | | 707,393 |
| **Waiver and Reimbursement (Note 5):** | | |
| Waiver of investment adviser fee | $(142,411) | |
| Reimbursement of other operating expenses | (439,199) | |
| TOTAL WAIVER AND REIMBURSEMENT | | (581,610) |
| Net expenses | | 125,783 |
| Net investment income | | 1,033,914 |
| **Realized and Unrealized Gain (Loss) on Investments:** | | |
| Net realized gain on investments | | 196 |
| Net change in unrealized appreciation of investments | | (14,282) |
| Change in net assets resulting from operations | | $1,019,828 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

12

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 1,033,914 | $ 4,999,076 |
| Net realized gain | 196 | 37,487 |
| Net change in unrealized appreciation/depreciation | (14,282) | 17,487 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 1,019,828 | 5,054,050 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Institutional Shares | (932,978) | (4,943,539) |
| Service Shares | (8,493) | (19,778) |
| Capital Shares | (2,475) | (9,467) |
| Eagle Shares | (89,984) | (34,224) |
| Distributions from net realized gain | | |
| Institutional Shares | (25,429) | (12,045) |
| Service Shares | (280) | (79) |
| Capital Shares | (60) | (108) |
| Eagle Shares | (2,451) | (109) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (1,062,150) | (5,019,349) |

| Share Transactions: | | |
|---|---:|---:|
| Proceeds from sale of shares | 172,276,581 | 5,177,209,825 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 870,937 | 3,022,147 |
| Cost of shares redeemed | (199,439,663) | (12,532,856,834) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (26,292,145) | (7,352,624,862) |
| Change in net assets | (26,334,467) | (7,352,590,161) |
| Net Assets: | | |
| Beginning of period | 68,269,278 | 7,420,859,439 |
| End of period (including undistributed net investment income of $13 and $29, respectively) | $ 41,934,811 | $ 68,269,278 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**13**

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Institutional Money Market Management (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers four classes of shares: Institutional Shares, Service Shares, Capital Shares and Eagle Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal.

The Fund operates as an institutional money market fund. As an institutional money market fund, the Fund: (1) will not be limited to institutional investors, but will continue to be available to retail investors; (2) will utilize current market-based prices (except as otherwise generally permitted to value individual portfolio securities with remaining maturities of 60 days or less at amortized cost in accordance with Securities and Exchange Commission (SEC) rules and guidance) to value its portfolio securities and transact at a floating net asset value (NAV) that uses four decimal-place precision ($1.0000); and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interest of the Fund.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

**Investment Valuation**

In calculating its NAV, the Fund generally values investments as follows:

- Fixed-income securities with remaining maturities greater than 60 days are fair valued using price evaluations provided by a pricing service approved by the Trustees.
- Fixed-income securities with remaining maturities of 60 days or less are valued at their cost (adjusted for the accretion of any discount or amortization of any premium), unless the issuer's creditworthiness is impaired or other factors indicate that amortized cost is not an accurate estimate of the investment's fair value, in which case it would be valued in the same manner as a longer-term security. The Fund may only use this method to value a portfolio security when it can reasonably conclude, at each time it makes a valuation determination, that the amortized cost price of the portfolio security is approximately the same as the fair value of the security as determined without the use of amortized cost valuation.
- Shares of other mutual funds or non-exchange-traded investment companies are valued based upon their reported NAVs.
- For securities that are fair valued in accordance with procedures established by and under the general supervision of the Trustees, certain factors may be considered, such as: the last traded or purchase price of the security, information obtained by contacting the issuer or

Annual Shareholder Report
14

Table of Contents

dealers, analysis of the issuer's financial statements or other available documents, fundamental analytical data, the nature and duration of restrictions on disposition, the movement of the market in which the security is normally traded, public trading in similar securities or derivative contracts of the issuer or comparable issuers, movement of a relevant index, or other factors including but not limited to industry changes and relevant government actions.

If any price, quotation, price evaluation or other pricing source is not readily available when the NAV is calculated, if the Fund cannot obtain price evaluations from a pricing service or from more than one dealer for an investment within a reasonable period of time as set forth in the Fund's valuation policies and procedures, or if information furnished by a pricing service, in the opinion of the valuation committee ("Valuation Committee"), is deemed not representative of the fair value of such security, the Fund uses the fair value of the investment determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

## Fair Valuation Procedures

The Trustees have ultimate responsibility for determining the fair value of investments for which market quotations are not readily available. The Trustees have appointed a Valuation Committee comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value and in overseeing the calculation of the NAV. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of calculating the NAV. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs, methods, models and assumptions), transactional back-testing, comparisons of evaluations of different pricing services, and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

Factors considered by pricing services in evaluating an investment include the yields or prices of investments of comparable quality, coupon, maturity, call rights and other potential prepayments, terms and type, reported transactions, indications as to values from dealers and general market conditions. Some pricing services provide a single price evaluation reflecting the bid-side of the market for an investment (a "bid" evaluation). Other pricing services offer both bid evaluations and price evaluations indicative of a price between the prices bid and asked for the investment (a "mid" evaluation). The Fund normally uses bid evaluations for any U.S. Treasury and Agency securities, mortgage-backed securities and municipal securities. The Fund normally uses mid evaluations for any other types of fixed-income securities and any OTC derivative contracts. In the event that market quotations and price evaluations are not available for an investment, the fair value of the investment is determined in accordance with procedures adopted by the Trustees.

**Annual Shareholder Report**
**15**

Table of Contents

## Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

## Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized and unrealized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver and reimbursement of $581,610 is disclosed in Note 5.

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

**Annual Shareholder Report**

16

Table of Contents

## Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Institutional Shares, Service Shares, Capital Shares and Eagle Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
| --- | --- |
| Service Shares | $ 1,697 |
| Capital Shares | 173 |
| Eagle Shares | 13,625 |
| TOTAL | $15,495 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees.

## Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

## When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

## Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in

**Annual Shareholder Report**

17

Table of Contents

transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

## Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

## 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
| --- | --- | --- | --- | --- |
| **Institutional Shares:** | Shares | Amount | Shares | Amount |

| | | | | |
|---|---|---|---|---|
| Shares sold | 163,611,133 | $ 163,548,096 | 5,154,737,315 | $ 5,154,782,316 |
| Shares issued to shareholders in payment of distributions declared | 778,657 | 778,311 | 2,980,797 | 2,980,861 |
| Shares redeemed | (189,049,044) | (188,962,888) | (12,341,892,006) | (12,341,975,611) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | (24,659,254) | $ (24,636,481) | (7,184,173,894) | $ (7,184,212,434) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Service Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 8,078,626 | $ 8,075,565 | 19,847,107 | $ 19,847,710 |
| Shares issued to shareholders in payment of distributions declared | 266 | 266 | 194 | 193 |
| Shares redeemed | (8,596,576) | (8,593,460) | (174,979,504) | (174,980,118) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | (517,684) | $ (517,629) | (155,132,203) | $(155,132,215) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Capital Shares: | Shares | Amount | Shares | Amount |
| Shares sold | — | $ — | 808,351 | $ 808,351 |
| Shares issued to shareholders in payment of distributions declared | 2,536 | 2,535 | 7,789 | 7,788 |
| Shares redeemed | (277) | (277) | (8,994,321) | (8,994,321) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 2,259 | $2,258 | (8,178,181) | $(8,178,182) |

Annual Shareholder Report

18

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Eagle Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 653,310 | $ 652,920 | 1,771,440 | $ 1,771,448 |
| Shares issued to shareholders in payment of distributions declared | 89,862 | 89,825 | 33,301 | 33,305 |
| Shares redeemed | (1,883,764) | (1,883,038) | (6,906,719) | (6,906,784) |
| NET CHANGE RESULTING FROM EAGLE SHARE TRANSACTIONS | (1,140,592) | $ (1,140,293) | (5,101,978) | $ (5,102,031) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (26,315,271) | $(26,292,145) | (7,352,586,256) | $(7,352,624,862) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income[1] | $1,062,150 | $5,019,349 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $ 209 |
| Net unrealized appreciation | $3,205 |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

At July 31, 2018, the cost of investments for federal tax purposes was $42,061,379. The net unrealized appreciation of investments for federal tax purposes was $3,205. This consists of net unrealized appreciation from investments for those securities having an excess of value over cost of $3,534 and net unrealized depreciation from investments for those securities having an excess of cost over value of $329.

**5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES**

**Investment Adviser Fee**

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain other operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived its entire fee of $142,411 and voluntarily reimbursed $439,199 of other operating expenses.

<div align="center">

**Annual Shareholder Report**

**19**

</div>

Table of Contents

**Administrative Fee**

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Other Service Fees**

For the year ended July 31, 2018, FSSC received $15,656 of the other service fees disclosed in Note 2.

**Expense Limitation**

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Institutional Shares, Service Shares, Capital Shares and Eagle Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.15%, 0.40%, 0.25% and 0.40% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

<div align="center">

**Annual Shareholder Report**

**20**

</div>

Table of Contents

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These sale transactions complied with Rule 17a-7 under the Act and amounted to $1,000,000.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

### 6. CONCENTRATION OF RISK

A substantial part of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

### 7. LINE OF CREDIT

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

### 8. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

### 9. FEDERAL TAX INFORMATION (UNAUDITED)

For the fiscal year ended July 31, 2018, 83.82% of dividends paid by the Fund are interest related dividends, as provided by the American Jobs Creation Act of 2004.

<div align="center">Annual Shareholder Report
21</div>

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED INSTITUTIONAL MONEY MARKET MANAGEMENT:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities of Federated Institutional Money Market Management (the "Fund") (one of the portfolios constituting Money Market Obligations Trust), including the portfolio of investments, as of July 31, 2018, and the related statement of operations for the year then ended, the statement of changes in net assets for each of the two years in the period then ended, the financial highlights for each of the five years in the period then ended and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Fund at July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the two years in the period then ended and its financial highlights for each of the five years in the period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements are the responsibility of the Fund's management. Our responsibility is to express an opinion on the Fund's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether

due to error or fraud. The Fund is not required to have, nor were we engaged to perform, an audit of the Fund's internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our procedures included confirmation of securities owned as of July 31, 2018, by correspondence with the custodian and others, or by other appropriate auditing procedures where replies from others were not received. Our audits also included evaluating the accounting principles used and

<div align="center">
Annual Shareholder Report

**22**
</div>

Table of Contents

significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Ernst + Young LLP*

We have served as the auditor of one or more Federated investment companies since 1979.

Boston, Massachusetts
September 24, 2018

<div align="center">
**Annual Shareholder Report**

**23**
</div>

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report

24

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative total costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual:** | | | |
| Institutional Shares | $1,000 | $1,009.20 | $0.75 |
| Service Shares | $1,000 | $1,008.00 | $1.99 |
| Capital Shares | $1,000 | $1,008.70 | $1.25 |
| Eagle Shares | $1,000 | $1,008.20 | $1.742 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Institutional Shares | $1,000 | $1,024.10 | $0.75 |
| Service Shares | $1,000 | $1,022.80 | $2.01 |
| Capital Shares | $1,000 | $1,023.60 | $1.25 |
| Eagle Shares | $1,000 | $1,023.10 | $1.762 |

1  *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Institutional Shares | 0.15% |
| Service Shares | 0.40% |
| Capital Shares | 0.25% |
| Eagle Shares | 0.35% |

2  *Actual and Hypothetical expenses paid during the period utilizing the Fund's Eagle Shares current Fee Limit of 0.40% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.99 and $2.01, respectively.*

**Annual Shareholder Report**
**25**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| Thomas R. Donahue*<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania; Director, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\* *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| John T. Collins<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| G. Thomas Hough<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

**Maureen Lally-Green**
Birth Date: July 5, 1949
TRUSTEE
Indefinite Term
Began serving: August 2009

**Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.

**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).

**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc.

**Charles F. Mansfield, Jr.**
Birth Date: April 10, 1945
TRUSTEE
Indefinite Term
Began serving: January 1999

**Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.

**Other Directorships Held**: None.

**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant.

<div align="center">

**Annual Shareholder Report**
28

</div>

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|

**Thomas M. O'Neill**
Birth Date: June 14, 1951
TRUSTEE
Indefinite Term
Began serving: August 2006

**Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).

**Other Directorships Held**: None.

**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber).

**P. Jerome Richey**
Birth Date: February 23, 1949
TRUSTEE
Indefinite Term
Began serving: September 2013

**Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)

**Other Directorships Held**: None.

**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm).

**John S. Walsh**
Birth Date: November 28, 1957
TRUSTEE

Indefinite Term
Began serving: January 1999

**Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.

**Other Directorships Held**: None.

**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors).

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
|---|---|

**Annual Shareholder Report**

31

Table of Contents

## Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED INSTITUTIONAL MONEY MARKET MANAGEMENT (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty

with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Annual Shareholder Report
**32**

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Annual Shareholder Report
**33**

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual

advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**
**34**

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to

**Annual Shareholder Report**
**35**

Table of Contents

respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board

considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contract, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

<div align="center">

**Annual Shareholder Report**

36
</div>

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

<div align="center">

**Annual Shareholder Report**

37
</div>

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**38**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Table of Contents

*You could lose money by investing in the Fund. Because the share price of the Fund will fluctuate, when you sell your shares they may be worth more or less than what you originally paid for them. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Trust's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.®

Federated Institutional Money Market Management
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919775*
*CUSIP 608919742*
*CUSIP 608919759*
*CUSIP 60934N211*

*28876 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.



**Annual Shareholder Report**

*July 31, 2018*

**Share Class** | Ticker        **Wealth** | MOFXX

# Federated Municipal Obligations Fund

A Portfolio of Money Market Obligations Trust

Case 18-12808   Doc 6-2   Filed 12/13/18   Page 208 of 586

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 19 |
| Statement of Assets and Liabilities | 20 |
| Statement of Operations | 22 |
| Statement of Changes in Net Assets | 23 |
| Notes to Financial Statements | 25 |
| Report of Independent Registered Public Accounting Firm | 33 |
| Shareholder Expense Example | 35 |
| Board of Trustees and Trust Officers | 36 |
| Evaluation and Approval of Advisory Contract–May 2018 | 42 |
| Voting Proxies on Fund Portfolio Securities | 49 |
| Quarterly Portfolio Schedule | 49 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Variable Rate Demand Instruments | 79.5% |
| Municipal Notes | 16.8% |
| Commercial Paper | 3.6% |
| Other Assets and Liabilities—Net2 | 0.1% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity schedule3 was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 73.6% |
| 8 to 30 Days | 7.4% |
| 31 to 90 Days | 11.8% |
| 91 to 180 Days | 2.2% |
| 181 Days or more | 4.9% |
| Other Assets and Liabilities—Net2 | 0.1% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for a description of these investments.*
2    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*
3    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Annual Shareholder Report

1

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---:|:---|---:|
| | 1SHORT-TERM MUNICIPALS—99.9% | |
| | **Alabama—3.8%** | |
| $ 3,470,000 | Alabama HFA MFH (Summit South Mall Apartments Ltd.), (2007 Series C) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | $ 3,470,000 |
| 1,345,000 | Autauga County, AL IDA (Marshall Prattville, LLC), (Series 2008) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.050%, 8/2/2018 | 1,345,000 |
| 50,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 1997) Daily VRDNs, 1.550%, 8/1/2018 | 50,000,000 |
| 15,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 1997) Weekly VRDNs, 1.160%, 8/2/2018 | 15,000,000 |
| 13,650,000 | Millport, AL IDA (Steel Dust Recycling, LLC), (Series 2007) Weekly VRDNs (Comerica Bank LOC), 1.050%, 8/2/2018 | 13,650,000 |
| 10,000,000 | Millport, AL IDA (Steel Dust Recycling, LLC), (Series 2011) Weekly VRDNs (Citibank NA, New York LOC), 1.050%, 8/2/2018 | 10,000,000 |
| 9,800,000 | Tuscaloosa County, AL IDA (Nucor Steel Tuscaloosa, Inc.), (1995 Series A) Weekly VRDNs (GTD by Nucor Corp.), 1.070%, 8/1/2018 | 9,800,000 |
| | TOTAL | 103,265,000 |
| | **Arizona—0.7%** | |
| 7,221,000 | Flagstaff, AZ IDA (Joy Cone Co.), (Series 1999) Weekly VRDNs (Citizens Bank of Pennsylvania LOC), 1.060%, 8/2/2018 | 7,221,000 |
| 5,610,000 | Maricopa County, AZ, IDA (Redman Homes, Inc.), (Series 1999) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.130%, 8/2/2018 | 5,610,000 |
| 6,750,000 | Pinal County, AZ IDA (Milky Way Dairy LLC), (Series 2002) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.070%, 8/2/2018 | 6,750,000 |
| | TOTAL | 19,581,000 |
| | **Arkansas—0.1%** | |
| 3,830,000 | Lowell, AR IDRB (Arkansas Democrat-Gazette, Inc.), (Series 2006) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.110%, 8/1/2018 | 3,830,000 |
| | **California—4.4%** | |
| 6,005,000 | California Enterprise Development Authority (Alvarado Street Bakery), (Series 2007) Weekly VRDNs (U.S. Bank, N.A. LOC), 0.990%, 8/2/2018 | 6,005,000 |
| 2,600,000 | California Enterprise Development Authority (Humane Society Silicon Valley), (Series 2008) Weekly VRDNs (FHLB of San Francisco LOC), 0.990%, 8/2/2018 | 2,600,000 |
| 4,910,000 | California Enterprise Development Authority (J. Harris Industrial Water Treatment, Inc.), (Series 2015) Weekly VRDNs (City National Bank LOC), 1.090%, 8/2/2018 | 4,910,000 |
| 10,000,000 | California Enterprise Development Authority (Regional Properties, Inc.), (Series 2010: Recovery Zone Facility) Weekly VRDNs (FHLB of San Francisco LOC), 0.990%, 8/2/2018 | 10,000,000 |

**Annual Shareholder Report**

2

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **California—continued** | |
| $ 23,745,000 | California Health Facilities Financing Authority (Dignity Health (Catholic Healthcare West)), Golden Blue (Series 2017-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.100%, 8/2/2018 | $ 23,745,000 |

| Principal Amount | | Value |
|---:|---|---:|
| 2,245,000 | California Infrastructure & Economic Development Bank (Bonny Doon Winery, Inc.), (Series 2000A) Weekly VRDNs (Comerica Bank LOC), 1.090%, 8/2/2018 | 2,245,000 |
| 2,000,000 | California PCFA (C.A. and E.J. Vanderham Family Trust), (Series 2003) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 2,000,000 |
| 3,185,000 | California PCFA (Carlos Echeverria and Sons Dairy), (Series 2002) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 3,185,000 |
| 825,000 | California PCFA (Mill Valley Refuse Service, Inc.), (Series 2014) Weekly VRDNs (Comerica Bank LOC), 1.110%, 8/1/2018 | 825,000 |
| 3,000,000 | California PCFA (P & D Dairy and Poso Creek Family Dairy, LLC), (Series 2003) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 1.050%, 8/2/2018 | 3,000,000 |
| 30,000,000 | California PCFA (Sierra Pacific Industries), (Series 2014) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/1/2018 | 30,000,000 |
| 2,940,000 | California PCFA (T & W Farms), (Series 2002) Weekly VRDNs (Bank of America N.A. LOC), 1.050%, 8/2/2018 | 2,940,000 |
| 5,000,000 | California PCFA (Western Sky Dairy), (Series 2001A) Weekly VRDNs (Bank of America N.A. LOC), 1.050%, 8/2/2018 | 5,000,000 |
| 1,500,000 | California Statewide Communities Development Authority IDRB (Sarich Family Living Trust), (Series 2001A: American Modular Systems, Inc.) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 1.100%, 8/2/2018 | 1,500,000 |
| 19,500,000 | Nuveen California Dividend Advantage Municipal Fund, (NAC Series 2) Weekly VRDPs (Citibank NA, New York LIQ), 1.090%, 8/2/2018 | 19,500,000 |
| 2,000,000 | Nuveen California Dividend Advantage Municipal Fund, (NAC Series 7) Weekly VRDPs (Royal Bank of Canada LIQ), 1.090%, 8/2/2018 | 2,000,000 |
| | TOTAL | 119,455,000 |
| | **Colorado—1.3%** | |
| 7,405,000 | Cherry Creek, CO School District No. 5, Solar Eclipse (Series 2017-003), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/18/2018 | 7,405,000 |
| 3,300,000 | Colorado Agricultural Development Authority (Monte Vista Dairy, LLC), (Series 2006) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 3,300,000 |
| 5,345,000 | Colorado Health Facilities Authority (Children's Hospital Colorado Obligated Group), PUTTERs (Series 5008) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ)/(JPMorgan Chase Bank, N.A. LOC), 1.540%, 8/1/2018 | 5,345,000 |
| 4,615,000 | Colorado HFA (Acme Manufacturing Company, Inc.), (Series 2016A) Weekly VRDNs (UMB Bank, N.A. LOC), 1.140%, 8/2/2018 | 4,615,000 |

Annual Shareholder Report
3

[Table of Contents]

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Colorado—continued** | |
| $ 1,625,000 | Colorado HFA (Class I Bonds) (Xybix Systems, Inc.), (Series 2007) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.090%, 8/2/2018 | $ 1,625,000 |
| 1,750,000 | Colorado HFA (Popiel Properties LLC), (Series 2004A) Weekly VRDNs (UMB Bank, N.A. LOC), 1.190%, 8/2/2018 | 1,750,000 |
| 11,155,000 | El Paso County, CO School District #20 Academy, Solar Eclipse (Series 2017-0006), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/25/2018 | 11,155,000 |
| | TOTAL | 35,195,000 |
| | **Connecticut—0.7%** | |
| 2,480,000 | Connecticut State HEFA (Central Connecticut Coast YMCA), (Series A) Weekly VRDNs (Citizens Bank, N.A., Providence LOC), 0.990%, 8/2/2018 | 2,480,000 |
| 5,000,000 | Connecticut State HFA, Tender Option Bond Trust Receipts (2016-XF0492) Weekly VRDNs (Bank of America N.A. LIQ), 1.040%, 8/2/2018 | 5,000,000 |
| 11,500,000 | Connecticut State, Golden Blue (Series 2017-014) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 11,500,000 |
| | TOTAL | 18,980,000 |
| | **District of Columbia—0.4%** | |

| | | |
|---:|:---|---:|
| 4,765,000 | District of Columbia Water & Sewer Authority, Solar Eclipse (Series 2017-0015), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,765,000 |
| 5,580,000 | Metropolitan Washington, DC Airports Authority, (Series 2011A-3) Weekly VRDNs (Royal Bank of Canada LOC), 0.980%, 8/2/2018 | 5,580,000 |
| | TOTAL | 10,345,000 |
| | **Florida—8.1%** | |
| 59,740,000 | Broward County, FL (Florida Power & Light Co.), (Series 2015) Daily VRDNs, 1.680%, 8/1/2018 | 59,740,000 |
| 14,550,000 | Broward County, FL HFA (Santuary Cove Apartments), (Series A) Weekly VRDNs (FNMA LOC), 1.000%, 8/2/2018 | 14,550,000 |
| 18,750,000 | Central Florida Expressway Authority, Golden Blue (Series 2018-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 18,750,000 |
| 13,000,000 | Florida Housing Finance Corp. (Mill Creek Apartments) Weekly VRDNs (FNMA LOC), 1.000%, 8/2/2018 | 13,000,000 |
| 4,970,000 | Florida State Board of Education (Florida State), Solar Eclipse (Series 2017-0049), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 4,970,000 |
| 3,650,000 | Florida State, Solar Eclipse (Series 2017-0054), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | 3,650,000 |
| 5,000,000 | Greater Orlando, FL Aviation Authority, (RBC Muni Products Series G-25), 1.19% TOBs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), Optional Tender 10/1/2018 | 5,000,000 |

**Annual Shareholder Report**

**4**

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **Florida—continued** | |
| $ 11,700,000 | Hillsborough County, FL HFA (Morgan Creek Apartments) Weekly VRDNs (FNMA LOC), 1.000%, 8/2/2018 | $ 11,700,000 |
| 10,000,000 | Jacksonville, FL PCR (Florida Power & Light Co.), (Series 1994), 1.37% CP, Mandatory Tender 8/7/2018 | 10,000,000 |
| 13,000,000 | Jacksonville, FL PCR (Florida Power & Light Co.), Pollution Control Revenue Refunding Bonds (Series 1992), 1.37% CP, Mandatory Tender 8/7/2018 | 13,000,000 |
| 11,240,000 | Lee County, FL (Florida Power & Light Co.), (Series 2016B) Daily VRDNs, 1.650%, 8/1/2018 | 11,240,000 |
| 9,000,000 | Martin County, FL PCRB (Florida Power & Light Co.), (Series 2000) Daily VRDNs, 1.580%, 8/1/2018 | 9,000,000 |
| 8,250,000 | Miami-Dade County, FL Aviation, Tender Option Bond Trust Receipts (2016-XL0035) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | 8,250,000 |
| 5,575,000 | Miami-Dade County, FL IDA (CAE USA, Inc.), (Series 2000A) Weekly VRDNs (Royal Bank of Canada LOC), 1.060%, 8/1/2018 | 5,575,000 |
| 10,000,000 | Miami-Dade County, FL Water & Sewer, Tender Option Bond Trust Receipts (2015-ZF0268) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Toronto Dominion Bank LIQ), 1.090%, 8/2/2018 | 10,000,000 |
| 7,650,000 | Orange County, FL HFA (Marbella Pointe), (Series 2007A) Weekly VRDNs (FHLB of San Francisco LOC), 1.000%, 8/2/2018 | 7,650,000 |
| 1,790,000 | Seminole County, FL IDA (3100 Camp Road LLC), (Series 2008) Weekly VRDNs (PNC Bank, N.A. LOC), 1.050%, 8/2/2018 | 1,790,000 |
| 10,000,000 | Sunshine State Governmental Finance Commission, FL (Orlando, FL), Callable Tax-Exempt Notes (Series H), 1.33% CP (JPMorgan Chase Bank, N.A. LIQ), Mandatory Tender 10/12/2018 | 10,000,000 |
| 1,600,000 | Volusia County, FL IDA (Management by Innovation, Inc.), (Series 2008A) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.080%, 8/2/2018 | 1,600,000 |
| | TOTAL | 219,465,000 |
| | **Georgia—6.2%** | |
| 14,150,000 | Burke County, GA Development Authority (Georgia Power Co.), (1st Series 2009) Daily VRDNs, 1.600%, 8/1/2018 | 14,150,000 |
| 16,200,000 | Burke County, GA Development Authority (Georgia Power Co.), (Second Series 1995) Daily VRDNs, 1.590%, 8/1/2018 | 16,200,000 |

| Principal Amount | | Value |
|---|---|---|
| 30,600,000 | Burke County, GA Development Authority (Georgia Power Co.), (Third Series 2012) Daily VRDNs, 1.630%, 8/1/2018 | 30,600,000 |
| 4,950,000 | Cobb County, GA Housing Authority (Walton Reserve Apartments), (Series 2002) Weekly VRDNs (SunTrust Bank LOC), 1.020%, 8/1/2018 | 4,950,000 |
| 4,910,000 | Columbus, GA Development Authority (Avalon Apartments LP), (Series 2008) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 4,910,000 |
| 6,000,000 | Coweta County, GA Development Authority (Georgia Power Co.), (First Series 2006) Daily VRDNs, 1.590%, 8/1/2018 | 6,000,000 |

**Annual Shareholder Report**

5

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Georgia—continued** | |
| $ 15,490,000 | Fulton County, GA, Solar Eclipse (Series 2017-0007), 1.12% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/27/2018 | $ 15,490,000 |
| 9,200,000 | Heard County, GA Development Authority (Georgia Power Co.), (First Series 2007) Daily VRDNs, 1.580%, 8/1/2018 | 9,200,000 |
| 3,000,000 | Kennesaw, GA Development Authority (Lakeside Vista Apartments), (Series 2004) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 3,000,000 |
| 18,370,000 | Main Street Natural Gas, Inc., GA, (Series 2010 A2), 1.04% TOBs (Royal Bank of Canada LOC), (SIFMA 7-day +0.100%), Optional Tender 8/1/2018 | 18,370,000 |
| 33,130,000 | Monroe County, GA Development Authority (Florida Power & Light Co.), (Series 2017) Daily VRDNs, 1.680%, 8/1/2018 | 33,130,000 |
| 400,000 | Savannah, GA EDA (Home Depot, Inc.), (Series 1995A) Weekly VRDNs, 1.020%, 8/1/2018 | 400,000 |
| 4,605,000 | Savannah, GA EDA (Home Depot, Inc.), (Series B) Weekly VRDNs (SunTrust Bank LOC), 1.020%, 8/1/2018 | 4,605,000 |
| 6,450,000 | Willacoochee, GA Development Authority (Langboard, Inc.), (Series 1997) Weekly VRDNs (FHLB of Atlanta LOC), 1.090%, 8/2/2018 | 6,450,000 |
| | TOTAL | 167,455,000 |
| | **Hawaii—0.2%** | |
| 4,600,000 | Hawaii State Department of Budget & Finance (Queen's Health Systems), (2015 Series C) VRENs, 1.390%, 8/2/2018 | 4,600,000 |
| | **Illinois—1.3%** | |
| 1,000,000 | Illinois Development Finance Authority IDB (Apogee Enterprises, Inc.), (Series 2001) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.100%, 8/2/2018 | 1,000,000 |
| 6,000,000 | Illinois Development Finance Authority IDB (Toyal America, Inc.), (Series 1997) Weekly VRDNs (MUFG Bank Ltd. LOC), 1.050%, 8/2/2018 | 6,000,000 |
| 1,075,000 | Illinois Development Finance Authority IDB (Val-Matic Valve & Manufacturing Corp.), (Series 2001) Weekly VRDNs (Bank of America N.A. LOC), 1.000%, 8/2/2018 | 1,075,000 |
| 15,000,000 | Illinois Educational Facilities Authority (Saint Xavier University), (Series 2002A) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.050%, 8/2/2018 | 15,000,000 |
| 6,930,000 | Illinois Finance Authority (Saint Xavier University), (Series 2006) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.050%, 8/2/2018 | 6,930,000 |
| 4,900,000 | Illinois Finance Authority—Solid Waste (Kuusakoski US LLC), (Series 2013) Weekly VRDNs (Nordea Bank AB LOC), 1.120%, 8/2/2018 | 4,900,000 |
| 120,000 | Illinois Housing Development Authority, Homeowner Mortgage Revenue Bonds (Series 2004 C-3) Weekly VRDNs (FHLB of Chicago LIQ), 1.000%, 8/1/2018 | 120,000 |

**Annual Shareholder Report**

6

Table of Contents

| Principal Amount | SHORT-TERM MUNICIPALS—continued | Value |
|---|---|---|
| | **Illinois—continued** | |
| $ 235,000 | Woodridge, DuPage, Will and Cook Counties, IL (Home Run Inn Frozen Foods Corp.), (Series 2005) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.030%, 8/2/2018 | $ 235,000 |
| | TOTAL | 35,260,000 |
| | **Indiana—1.6%** | |
| 6,525,000 | Bloomington, IN EDRB (SY Henderson Court Investors, LP), (Series 2008: Henderson Court Apartments) Weekly VRDNs (FHLMC LOC), 1.060%, 8/2/2018 | 6,525,000 |
| 1,000,000 | Indiana Development Finance Authority (South Central Community Mental Health Centers, Inc.), D/B/A Center for Behavioral Health (Series 2002) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/2/2018 | 1,000,000 |
| 12,720,000 | Indianapolis, IN MFH (Nora Commons LP), (Series 2004A) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.060%, 8/2/2018 | 12,720,000 |
| 12,900,000 | Indianapolis, IN MFH (Pedcor Investments-2006-LXXXVIII LP), (Series 2007A: Forest Ridge Apartments) Weekly VRDNs (Citizens Bank, N.A., Providence LOC), 1.020%, 8/2/2018 | 12,900,000 |
| 5,000,000 | Jasper County, IN EDA (T & M LP), (Series 2010A) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 5,000,000 |
| 6,000,000 | Logansport, IN (Andersons Clymers Ethanol LLC), (Series 2006) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 6,000,000 |
| | TOTAL | 44,145,000 |
| | **Iowa—0.4%** | |
| 5,300,000 | Iowa Finance Authority (Five Star Holdings LLC), (Series 2007) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 5,300,000 |
| 5,280,000 | Iowa Finance Authority (Roorda Dairy, LLC), (Series 2007) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 5,280,000 |
| | TOTAL | 10,580,000 |
| | **Kentucky—0.2%** | |
| 1,845,000 | Georgetown, KY (Georgetown College), (Series 2006) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 1,845,000 |
| 2,010,000 | Kentucky Housing Corp. (Arbors of Madisonville Apartments LP), (Series 2007) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.210%, 8/2/2018 | 2,010,000 |
| 720,000 | Somerset, KY Industrial Building (Wonderfuel LLC), (Series 2000) Weekly VRDNs (Comerica Bank LOC), 1.060%, 8/2/2018 | 720,000 |
| | TOTAL | 4,575,000 |
| | **Louisiana—3.1%** | |
| 18,000,000 | Ascension Parish, LA (BASF Corp.), (Series 1995) Weekly VRDNs, 1.040%, 8/1/2018 | 18,000,000 |
| 7,000,000 | Ascension Parish, LA (BASF Corp.), (Series 1997) Weekly VRDNs, 1.040%, 8/1/2018 | 7,000,000 |
| 4,630,000 | Louisiana HFA (Emerald Point Apartments Partners, Ltd.), (Series 2007) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 4,630,000 |

**Annual Shareholder Report**

**7**

Table of Contents

| Principal Amount | SHORT-TERM MUNICIPALS—continued | Value |
|---|---|---|
| | **Louisiana—continued** | |
| $ 1,400,000 | Port of New Orleans, LA (New Orleans Steamboat Co.), (Series 2000) Weekly VRDNs (FHLB of Dallas LOC), 1.090%, 8/2/2018 | $ 1,400,000 |
| 17,000,000 | St. James Parish, LA (Nucor Steel Louisiana LLC), (Series 2010A-1) Weekly VRDNs (GTD by Nucor Corp.), 1.030%, 8/1/2018 | 17,000,000 |
| 35,775,000 | St. James Parish, LA (Nucor Steel Louisiana LLC), (Series 2010B-1) Weekly VRDNs (GTD by Nucor Corp.), 1.050%, 8/1/2018 | 35,775,000 |
| | TOTAL | 83,805,000 |
| | **Maryland—0.3%** | |

| | | |
|---|---|---|
| 1,045,000 | Maryland State Economic Development Corp. (Canusa Hershman Recycling), (Series 2005A) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/3/2018 | 1,045,000 |
| 4,980,000 | Maryland State Transportation Authority, Solar Eclipse 2017-0041, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/25/2018 | 4,980,000 |
| 1,400,000 | Washington County, MD Economic Development Revenue Board (Packaging Services of Maryland, Inc.), (Series 2006) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.140%, 8/2/2018 | 1,400,000 |
| | TOTAL | 7,425,000 |
| | **Massachusetts—1.5%** | |
| 2,000,000 | Leicester, MA, 2.50% BANs, 2/15/2019 | 2,010,144 |
| 10,000,000 | Massachusetts Development Finance Agency (Nantucket Electric Co.), (Series 2004), 1.65% CP (GTD by Massachusetts Electric Co.), Mandatory Tender 8/10/2018 | 10,000,000 |
| 13,300,000 | Massachusetts Development Finance Agency (Nantucket Electric Co.), (Series 2007), 1.33% CP (GTD by Massachusetts Electric Co.), Mandatory Tender 9/5/2018 | 13,300,000 |
| 5,415,000 | Massachusetts IFA (New England Power Co.), (Series 1992B), 1.35% CP, Mandatory Tender 9/7/2018 | 5,415,000 |
| 5,803,000 | Massachusetts IFA (New England Power Co.), (Series 1992B), 1.50% CP, Mandatory Tender 8/23/2018 | 5,803,000 |
| 2,000,000 | Massachusetts IFA (New England Power Co.), (Series 1992B), 1.60% CP, Mandatory Tender 8/10/2018 | 2,000,000 |
| 830,000 | Massachusetts Water Resources Authority, Tender Option Bond Trust Certificates (2016-XX1002) Weekly VRDNs (Barclays Bank PLC LIQ), 0.960%, 8/2/2018 | 830,000 |
| | TOTAL | 39,358,144 |
| | **Michigan—5.6%** | |
| 20,710,000 | Michigan State Housing Development Authority, (Series 2007C) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.000%, 8/1/2018 | 20,710,000 |
| 91,305,000 | Michigan State Housing Development Authority, (Series 2007E) Weekly VRDNs (MUFG Bank Ltd. LIQ), 1.000%, 8/1/2018 | 91,305,000 |
| 30,080,000 | Michigan State Housing Development Authority, (Series 2008A) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.620%, 8/1/2018 | 30,080,000 |

**Annual Shareholder Report**

8

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 1 SHORT-TERM MUNICIPALS—continued | |
| | **Michigan—continued** | |
| $ 100,000 | Michigan State Strategic Fund (B & C Leasing LLC), (Series 1999) Weekly VRDNs (Bank of America N.A. LOC), 1.080%, 8/2/2018 | $ 100,000 |
| 2,270,000 | Michigan State Strategic Fund (Stegner East Investments LLC) Weekly VRDNs (Comerica Bank LOC), 1.190%, 8/2/2018 | 2,270,000 |
| 1,800,000 | Michigan State Strategic Fund (Universal Forest Products Eastern Division, Inc.), Series 2002 Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.140%, 8/2/2018 | 1,800,000 |
| 5,250,000 | Michigan Strategic Fund (Greenville Venture Partners LLC), (Series 2018) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 5,250,000 |
| | TOTAL | 151,515,000 |
| | **Minnesota—0.4%** | |
| 200,000 | Coon Rapids, MN (Assurance Mfg. Co., Inc.), (Series 1999) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.140%, 8/2/2018 | 200,000 |
| 1,000,000 | Faribault, MN IDA (Apogee Enterprises, Inc.), (Series 2001) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.100%, 8/2/2018 | 1,000,000 |
| 2,000,000 | Hennepin County, MN Housing and Redevelopment Authority (City Apartments at Loring Park), (Series 2001) Weekly VRDNs (FNMA LOC), 1.050%, 8/2/2018 | 2,000,000 |
| 1,335,000 | St. Anthony, MN (Landings at Silver Lake Village), (Series 2007) Weekly VRDNs (FHLB of Des Moines LOC), 1.080%, 8/3/2018 | 1,335,000 |

| Principal Amount | | Value |
|---|---|---|
| 2,000,000 | St. Louis Park, MN (Urban Park Apartments), (Series 2010A) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.070%, 8/3/2018 | 2,000,000 |
| 975,000 | St. Louis Park, MN (Urban Park Apartments), (Series 2010B) Weekly VRDNs (FHLB of Des Moines LOC), 1.170%, 8/3/2018 | 975,000 |
| 2,110,000 | St. Paul, MN Port Authority (National Checking Co.), IDRB's (Series 1998A) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.140%, 8/2/2018 | 2,110,000 |
| | TOTAL | 9,620,000 |
| | **Mississippi—0.2%** | |
| 5,755,000 | Mississippi Home Corp. (Windsor Park Partners LP), (Series 2004-6) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 5,755,000 |
| | **Missouri—0.1%** | |
| 3,590,000 | Kansas City, MO Water Revenue, Solar Eclipse (Series 2017-0016), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 3,590,000 |
| | **Montana—2.4%** | |
| 65,655,000 | Missoula, MT Water System, Golden Blue (Series 2017-011) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 65,655,000 |
| | **Multi-State—8.2%** | |
| 19,000,000 | Nuveen AMT-Free Municipal Credit Income Fund, (Series 4) Weekly VRDPs (Citibank NA, New York LIQ), 1.040%, 8/2/2018 | 19,000,000 |
| 79,000,000 | Nuveen Municipal Credit Income Fund, (Series 3) Weekly VRDPs (TD Bank, N.A. LIQ), 1.070%, 8/2/2018 | 79,000,000 |

**Annual Shareholder Report**

9

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **Multi-State—continued** | |
| $ 41,000,000 | Nuveen Quality Municipal Income Fund, (Series 1) Weekly VRDPs (Barclays Bank PLC LIQ), 1.090%, 8/2/2018 | $ 41,000,000 |
| 35,000,000 | Nuveen Quality Municipal Income Fund, (Series 2) Weekly VRDPs (Barclays Bank PLC LIQ), 1.090%, 8/2/2018 | 35,000,000 |
| 48,000,000 | Nuveen Quality Municipal Income Fund, (Series 2) Weekly VRDPs (Barclays Bank PLC LIQ), 1.090%, 8/2/2018 | 48,000,000 |
| | TOTAL | 222,000,000 |
| | **Nebraska—0.3%** | |
| 7,500,000 | Stanton County, NE (Nucor Corp.), (Series 1996) Weekly VRDNs, 1.070%, 8/1/2018 | 7,500,000 |
| 1,475,000 | Stanton County, NE (Nucor Corp.), (Series 1998) Weekly VRDNs, 1.070%, 8/1/2018 | 1,475,000 |
| | TOTAL | 8,975,000 |
| | **Nevada—1.5%** | |
| 15,000,000 | Clark County, NV Airport System, Subordinate Lien Revenue Bonds (Series 2011 B-1) Weekly VRDNs (Citibank NA, New York LOC), 0.940%, 8/1/2018 | 15,000,000 |
| 3,645,000 | Clark County, NV, Solar Eclipse (Series 2017-0025), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | 3,645,000 |
| 1,875,000 | Director of the State of Nevada Department of Business and Industry (575 Mill Street LLC), IDRBs (Series 1998A) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 1.230%, 8/2/2018 | 1,875,000 |
| 16,415,000 | Nevada Housing Division (Vista Creek Apartments, LLC), (Series 2007) Weekly VRDNs (FHLB of San Francisco LOC), 1.020%, 8/2/2018 | 16,415,000 |
| 3,995,000 | Nevada State Highway Revenue, Solar Eclipse (Series 2017-0018), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/6/2018 | 3,995,000 |
| | TOTAL | 40,930,000 |
| | **New Hampshire—1.1%** | |
| 10,000,000 | New Hampshire Business Finance Authority (New England Power Co.), (Series 1990B), 1.66% CP, Mandatory Tender 8/16/2018 | 10,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 3,300,000 | New Hampshire Business Finance Authority (New England Power Co.), PCRBs (1990 Series A), 1.33% CP, Mandatory Tender 9/5/2018 | 3,300,000 |
| 16,260,000 | New Hampshire Business Finance Authority (New England Power Co.), PCRBs (1990 Series A), 1.65% CP, Mandatory Tender 8/10/2018 | 16,260,000 |
| | TOTAL | 29,560,000 |
| | **New Jersey—6.8%** | |
| 6,375,675 | Absecon, NJ, 2.625% BANs 8/1/2019 | 6,414,694 |
| 2,640,000 | Burlington, NJ, 3.00% BANs, 6/4/2019 | 2,661,754 |
| 2,000,000 | Delaware Township, NJ, 2.75% BANs, 7/25/2019 | 2,014,418 |

**Annual Shareholder Report**

**10**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **New Jersey—continued** | |
| $ 20,940,000 | Garden State Preservation Trust, NJ (New Jersey State), Tender Option Bond Trust Receipts (2016-ZF0416) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.140%, 8/2/2018 | $ 20,940,000 |
| 8,037,375 | Holmdel Township, NJ, 3.00% BANs, 5/10/2019 | 8,098,833 |
| 4,980,000 | Jersey City, NJ, 2.50% BANs, 12/7/2018 | 4,996,329 |
| 3,423,072 | Kenilworth, NJ, 2.50% BANs, 12/7/2018 | 3,433,701 |
| 6,130,000 | Keyport Borough, NJ, 3.00% BANs, 4/26/2019 | 6,174,998 |
| 2,091,220 | Lavallette Borough, NJ, (Series 2018A), 2.75% BANs, 7/30/2019 | 2,106,548 |
| 9,612,097 | Leonia, NJ, 2.75% BANs, 2/15/2019 | 9,670,552 |
| 4,851,865 | Linwood, NJ, 2.75% BANs, 7/23/2019 | 4,888,024 |
| 7,720,000 | Little Falls Township, NJ, 2.50% BANs, 12/14/2018 | 7,743,871 |
| 3,650,000 | Middletown Township, NJ, 2.75% BANs, 6/26/2019 | 3,674,182 |
| 2,139,000 | Milltown, NJ, (Series 2017A), 2.50% BANs, 12/19/2018 | 2,145,450 |
| 3,432,500 | Neptune Township, NJ, 2.25% BANs, 9/4/2018 | 3,435,655 |
| 3,990,000 | New Jersey EDA (Baptist Home Society of New Jersey) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.110%, 8/2/2018 | 3,990,000 |
| 480,000 | New Jersey EDA (Geriatric Services Housing Corp., Inc.—(CNJJHA Assisted Living)), (Series 2001) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.340%, 8/1/2018 | 480,000 |
| 3,145,000 | New Jersey EDA (Rose Hill Associates LLC), (Series 2000) Weekly VRDNs (TD Bank, N.A. LOC), 1.150%, 8/3/2018 | 3,145,000 |
| 1,440,000 | New Jersey EDA (Temple Emanuel of the Pascack Valley), (Series 2001) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.190%, 8/3/2018 | 1,440,000 |
| 4,315,000 | New Jersey Health Care Facilities Financing Authority (Christian Health Care Center), (Series 1997) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.080%, 8/1/2018 | 4,315,000 |
| 4,995,000 | New Jersey Health Care Facilities Financing Authority (Christian Health Care Center), (Series A-2) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.140%, 8/2/2018 | 4,995,000 |
| 4,942,300 | North Plainfield, NJ, 2.50% BANs, 12/13/2018 | 4,956,928 |
| 5,567,084 | Point Pleasant Beach, NJ, 3.00% BANs, 4/18/2019 | 5,607,118 |
| 3,420,300 | Riverside Township, NJ, 2.25% BANs, 11/7/2018 | 3,425,530 |
| 3,744,500 | Runnemede, NJ, (Series A), 2.25% BANs, 11/13/2018 | 3,753,230 |
| 7,320,000 | Somers Point, NJ, 2.50% BANs, 12/5/2018 | 7,347,391 |
| 6,000,000 | South River, NJ, 2.50% BANs, 12/11/2018 | 6,020,288 |
| 3,886,895 | Southampton Township, NJ, (Series A), 3.00% BANs, 7/15/2019 | 3,925,059 |
| 5,512,376 | Union Beach, NJ, 2.50% BANs, 2/25/2019 | 5,537,071 |
| 16,362,582 | Union Township, NJ (Union County), 3.00% BANs, 2/5/2019 | 16,478,699 |
| 3,600,000 | West Long Branch, NJ, 2.50% BANs, 12/14/2018 | 3,609,147 |

| | | |
|---:|---|---:|
| 3,200,000 | West Orange Township, NJ, 2.50% BANs, 12/21/2018 | 3,209,785 |

**Annual Shareholder Report**

11

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **New Jersey—continued** | |
| $ 4,000,000 | Willingboro Township, NJ, 2.25% BANs, 8/8/2018 | $ 4,000,567 |
| 9,495,516 | Wood-Ridge Borough, NJ, 2.50% BANs, 2/8/2019 | 9,537,021 |
| | TOTAL | 184,171,843 |
| | **New Mexico—0.1%** | |
| 3,400,000 | Albuquerque, NM IDRB (El Encanto, Inc.), (Series 1999) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/2/2018 | 3,400,000 |
| 150,000 | Los Lunas Village, NM (Wall Colmonoy Corp.), (Series 1998) Weekly VRDNs (Bank of America N.A. LOC), 1.210%, 8/1/2018 | 150,000 |
| | TOTAL | 3,550,000 |
| | **New York—6.7%** | |
| 3,372,529 | Argyle, NY CSD, 3.00% BANs, 6/6/2019 | 3,400,509 |
| 11,979,694 | Gananda, NY CSD, 3.00% BANs, 6/21/2019 | 12,099,762 |
| 4,675,000 | Harrisville, NY CSD, 2.75% BANs, 6/28/2019 | 4,706,160 |
| 5,590,000 | Hempstead (town), NY IDA MFH (Hempstead Village Housing Associates LP), (Series 2006) Weekly VRDNs (FNMA LOC), 1.050%, 8/2/2018 | 5,590,000 |
| 9,795,095 | Lyons, NY CSD, 2.75% BANs, 6/28/2019 | 9,869,177 |
| 3,775,000 | MTA Transportation Revenue, Tender Option Bond Trust Receipts (Series 2018-XM0674) Weekly VRDNs (Bank of America N.A. LIQ), 1.090%, 8/2/2018 | 3,775,000 |
| 4,814,000 | Madison, NY CSD, 2.00% BANs, 8/16/2018 | 4,815,563 |
| 4,105,000 | New Rochelle, NY IDA (180 Union Avenue Owner LP), (Series 2006: West End Phase I Facility) Weekly VRDNs (Citibank NA, New York LOC), 1.040%, 8/2/2018 | 4,105,000 |
| 6,385,000 | New York City, NY Municipal Water Finance Authority, (Fiscal 2015 Subseries BB-1) Daily VRDNs (Bank of America N.A. LIQ), 1.490%, 8/1/2018 | 6,385,000 |
| 10,130,000 | New York City, NY Transitional Finance Authority, Future Tax Secured Bonds (2003 Subseries C-5) Daily VRDNs (Bank of America N.A. LIQ), 1.490%, 8/1/2018 | 10,130,000 |
| 1,500,000 | New York City, NY, (Fiscal 2014 Series I, Subseries I-2) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.500%, 8/1/2018 | 1,500,000 |
| 24,880,000 | New York State Energy Research & Development Authority (National Grid Generation LLC), (1997 Series A) Weekly VRDNs (NatWest Markets PLC LOC), 1.050%, 8/1/2018 | 24,880,000 |
| 18,200,000 | New York State Environmental Facilities Corp. Sewer & Solid Waste Disposal (Waste Management, Inc.), (Series 2002B) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 0.930%, 8/2/2018 | 18,200,000 |
| 9,305,000 | New York State HFA (350 West 43rd Street), (2002 Series A) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.550%, 8/1/2018 | 9,305,000 |
| 25,000,000 | New York State HFA (455 West 37th Street), (2007 Series A) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.550%, 8/1/2018 | 25,000,000 |

**Annual Shareholder Report**

12

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 1SHORT-TERM MUNICIPALS—continued | |

**New York—continued**

| Principal Amount | | Value |
|---|---|---|
| $ 21,250,000 | New York State HFA (Midtown West B LLC), (Series 2008A: 505 West 37th Street) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.550%, 8/1/2018 | $ 21,250,000 |
| 10,300,000 | New York State HFA (Midtown West B LLC), (Series 2009A: 505 West 37th Street Housing) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.540%, 8/1/2018 | 10,300,000 |
| 2,991,600 | Oriskany, NY CSD, 2.75% BANs, 7/12/2019 | 3,012,384 |
| 2,600,000 | Whitesboro, NY CSD, 2.75% BANs, 6/28/2019 | 2,618,485 |
| | TOTAL | 180,942,040 |
| | **North Carolina—1.1%** | |
| 24,100,000 | Hertford County, NC Industrial Facilities & PCFA (Nucor Corp.), (Series 2000A) Weekly VRDNs, 1.080%, 8/1/2018 | 24,100,000 |
| 30,000 | Robeson County, NC Industrial Facilities & PCFA (Rempac Foam Corp.), (Series 1999) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.040%, 8/2/2018 | 30,000 |
| 6,800,000 | Union County, NC Enterprise Systems, Solar Eclipse (Series 2017-0051), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 6,800,000 |
| | TOTAL | 30,930,000 |
| | **North Dakota—1.1%** | |
| 30,000,000 | Grand Forks County, ND (J. R. Simplot Co.), (Series 2011) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.080%, 8/1/2018 | 30,000,000 |
| | **Ohio—2.7%** | |
| 7,500,000 | Akron, OH, 3.00% BANs, 12/12/2018 | 7,538,998 |
| 2,342,000 | Bay Village, OH, 3.00% BANs, 6/7/2019 | 2,361,493 |
| 14,000,000 | Lucas County, OH (ProMedica Healthcare Obligated Group), Golden Blue (Series 2018-002) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 14,000,000 |
| 30,470,000 | Middletown, OH (Premier Health Partners Obligated Group), Golden Blue (Series 2017-003) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 30,470,000 |
| 8,600,000 | Ohio State Higher Educational Facility Commission (University Hospitals Health System, Inc.), Golden Blue (Series 2017-006) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 8,600,000 |
| 940,000 | Summit County, OH IDA (AESCO, Inc.), (Series 2001) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.090%, 8/2/2018 | 940,000 |
| 320,000 | Summit County, OH IDA (Wintek Ltd.), Variable Rate IDRB's (Series 1998A) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.090%, 8/2/2018 | 320,000 |
| 2,630,000 | Tiffin, OH, 3.00% BANs, 6/21/2019 | 2,652,879 |
| 7,000,000 | Toledo-Lucas County, OH Port Authority (Van Deurzen Dairy LLC), (Series 2006) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 7,000,000 |
| | TOTAL | 73,883,370 |

Annual Shareholder Report

13

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Oregon—1.5%** | |
| $ 20,000,000 | Oregon State Housing and Community Services Department, (2015 Series C) Weekly VRDNs (State Street Bank and Trust Co. LIQ), 0.990%, 8/2/2018 | $ 20,000,000 |
| 10,000,000 | Port of Morrow, OR (Threemile Canyon Farms LLC), (Series 2001A) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.050%, 8/2/2018 | 10,000,000 |
| 10,000,000 | Port of Morrow, OR (Threemile Canyon Farms LLC), (Series 2001C) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.050%, 8/2/2018 | 10,000,000 |
| | TOTAL | 40,000,000 |
| | **Pennsylvania—0.9%** | |
| 2,955,000 | Allegheny County, PA IDA (Carnegie Museums of Pittsburgh), (Series of 2002) Weekly VRDNs (Citizens Bank of Pennsylvania LOC), 0.980%, 8/2/2018 | 2,955,000 |
| 5,000,000 | Berks County, PA Municipal Authority (Tower Health), Golden Blue (Series 2018-001) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 5,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 5,000,000 | Butler County, PA General Authority (South Park School District), (Series 2011) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.000%, 8/2/2018 | 5,000,000 |
| 11,000,000 | Montgomery County, PA IDA (Lonza, Inc.), (Series 2000) Weekly VRDNs (Landesbank Hessen-Thuringen LOC), 1.040%, 8/2/2018 | 11,000,000 |
| | TOTAL | 23,955,000 |
| | **Rhode Island—0.1%** | |
| 3,205,000 | Rhode Island State Health and Educational Building Corp. (CVS-Highlander Charter School, Inc.), (Series 2007) Weekly VRDNs (Citizens Bank, N.A., Providence LOC), 1.040%, 8/1/2018 | 3,205,000 |
| | **South Carolina—1.2%** | |
| 10,500,000 | Berkeley County, SC IDB (Nucor Corp.) Weekly VRDNs, 1.070%, 8/1/2018 | 10,500,000 |
| 10,000,000 | Berkeley County, SC IDB (Nucor Corp.), (Series 1997) Weekly VRDNs, 1.070%, 8/1/2018 | 10,000,000 |
| 4,840,000 | Berkeley County, SC School District, Solar Eclipse (Series 2017-0030), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/16/2018 | 4,840,000 |
| 6,000,000 | Lexington County, SC School District No. 001 (South Carolina School District Credit Enhancement Program), Solar Eclipse (Series 2017-0058), 1.09% TOBs (GTD by South Carolina School District Credit Enhancement Program)/(U.S. Bank, N.A. LIQ), Optional Tender 8/2/2018 | 6,000,000 |
| 1,305,000 | South Carolina Jobs-EDA (ACI Industries LLC), (Series 2007) Weekly VRDNs (Bank of America N.A. LOC), 1.140%, 8/2/2018 | 1,305,000 |
| | TOTAL | 32,645,000 |
| | **South Dakota—0.1%** | |
| 3,000,000 | South Dakota Value Added Finance Authority (Prairie Gold Dairy LLC), (Series 2004) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 3,000,000 |

Annual Shareholder Report

14

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Tennessee—1.1%** | |
| $ 25,000,000 | Memphis-Shelby County, TN Industrial Development Board—PCRB (Nucor Steel Memphis, Inc.), (Series 2007) Weekly VRDNs (GTD by Nucor Corp.), 1.070%, 8/1/2018 | $ 25,000,000 |
| 5,000,000 | Metropolitan Government Nashville & Davidson County, TN HEFA (Meharry Medical College), (Series 2009) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 5,000,000 |
| | TOTAL | 30,000,000 |
| | **Texas—18.1%** | |
| 9,950,000 | Austin, TX Airport System (Austin, TX), (Series 2005-3) Weekly VRDNs (Sumitomo Mitsui Banking Corp. LOC), 0.980%, 8/2/2018 | 9,950,000 |
| 25,000,000 | Brazos River Harbor, TX Navigation District of Brazoria County (BASF Corp.), (Series 1996) Weekly VRDNs, 1.040%, 8/1/2018 | 25,000,000 |
| 15,800,000 | Brazos River Harbor, TX Navigation District of Brazoria County (BASF Corp.), (Series 1997) Weekly VRDNs, 1.040%, 8/1/2018 | 15,800,000 |
| 20,000,000 | Calhoun, TX Port Authority (BP PLC), (Series 1998) Weekly VRDNs, 1.040%, 8/1/2018 | 20,000,000 |
| 2,950,000 | Dalhart, TX Economic Development Corp. (Northside Farms LLC), (Series 2005) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 2,950,000 |
| 2,100,000 | Dallam County, TX Industrial Development Corp. (Consolidated Dairy Management LLC), (Series 2007) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.050%, 8/2/2018 | 2,100,000 |
| 4,760,000 | Dallas-Fort Worth, TX International Airport, (Golden Blue Series 2018-014) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.170%, 8/2/2018 | 4,760,000 |
| 4,965,000 | Dallas-Fort Worth, TX International Airport, Golden Blue 2018-011 VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 4,965,000 |
| 20,275,000 | El Paso County, TX Hospital District, (Series 2017-XM0525) Weekly VRDNs (Assured Guaranty Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.090%, 8/2/2018 | 20,275,000 |
| 7,000,000 | Gulf Coast, TX Waste Disposal Authority (Exxon Capital Ventures, Inc.), (Series 2003) Daily VRDNs (GTD by Exxon Mobil Corp.), 1.530%, 8/1/2018 | 7,000,000 |
| 14,070,000 | Harris County, TX Cultural Education Facilities Finance Corp. (Memorial Hermann Health System), Floating Rate Certificates (Series 2018-010) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 14,070,000 |

| | | |
|---:|---|---:|
| 11,200,000 | Harris County, TX HFDC (Methodist Hospital, Harris County, TX), (Subseries 2008A-1) Daily VRDNs, 1.540%, 8/1/2018 | 11,200,000 |
| 4,000,000 | Jewett, TX Economic Development Corporation (Nucor Corp.), (Series 2003) Weekly VRDNs, 1.070%, 8/1/2018 | 4,000,000 |
| 31,140,000 | Pasadena, TX ISD, (Series 2005-B) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.980%, 8/2/2018 | 31,140,000 |
| 12,500,000 | Port Arthur Navigation District, TX IDC (Air Products & Chemicals, Inc.), (Series 2002) Weekly VRDNs, 0.960%, 8/1/2018 | 12,500,000 |

**Annual Shareholder Report**

15

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Texas—continued** | |
| $ 68,625,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2002A) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.040%, 8/1/2018 | $ 68,625,000 |
| 12,500,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2003) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.080%, 8/1/2018 | 12,500,000 |
| 30,750,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2006) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.080%, 8/1/2018 | 30,750,000 |
| 33,600,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2007) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.080%, 8/1/2018 | 33,600,000 |
| 15,000,000 | Texas State Department of Housing & Community Affairs (Onion Creek Housing Partners Ltd.), (Series 2007) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 15,000,000 |
| 128,650,000 | Texas State, 4.00% TRANs, 8/30/2018 | 128,894,309 |
| 15,000,000 | Texas State, Veterans Bonds (Series 2016) Weekly VRDNs (Landesbank Hessen-Thuringen LIQ), 0.950%, 8/1/2018 | 15,000,000 |
| | TOTAL | 490,079,309 |
| | **Utah—0.0%** | |
| 860,000 | Salt Lake County, UT Training Facilities (Community Foundation For The Disabled, Inc.), (Series 2000) Weekly VRDNs (Wells Fargo Bank Northwest, N.A. LOC), 1.090%, 8/2/2018 | 860,000 |
| | **Virginia—1.7%** | |
| 15,725,000 | Arlington County, VA IDA (Gates of Ballston Apartments), (Series 2005) Weekly VRDNs (PNC Bank, N.A. LOC), 1.000%, 8/1/2018 | 15,725,000 |
| 7,800,000 | Arlington County, VA IDA (Westover Apartments, LP), (Series 2011A) Weekly VRDNs (FHLMC LOC), 1.000%, 8/2/2018 | 7,800,000 |
| 3,100,000 | Blackrock Virginia Municipal Bond Trust, (Series W-7) Weekly VRDPs (Citibank NA, New York LIQ), 1.090%, 8/2/2018 | 3,100,000 |
| 8,700,000 | King George County IDA, VA (Birchwood Power Partners, L.P.), (Series 1995) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.570%, 8/1/2018 | 8,700,000 |
| 9,300,000 | King George County IDA, VA (Birchwood Power Partners, L.P.), (Series 1997) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.570%, 8/1/2018 | 9,300,000 |
| 2,200,000 | Metropolitan Washington, DC Airports Authority, (Series 2011A-2) Weekly VRDNs (Royal Bank of Canada LOC), 0.980%, 8/2/2018 | 2,200,000 |
| | TOTAL | 46,825,000 |
| | **Washington—1.4%** | |
| 2,035,000 | Kitsap County, WA IDC (Cara Land Co., LLC), (Series 2006) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.140%, 8/2/2018 | 2,035,000 |
| 4,960,000 | Seattle, WA Drain & Wastewater, Solar Eclipse (2017-0028) Daily VRDNs (U.S. Bank, N.A. LIQ), 1.470%, 8/1/2018 | 4,960,000 |
| 2,310,000 | Washington State EDFA (Mesa Dairy, LLC), (Series 2007E) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 1.050%, 8/2/2018 | 2,310,000 |

**Annual Shareholder Report**

16

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Washington—continued** | |
| $ 8,300,000 | Washington State Housing Finance Commission (Inglenook Court LLC), (Series 1995) Weekly VRDNs (FHLMC LOC), 0.990%, 8/1/2018 | $ 8,300,000 |
| 20,790,000 | Washington State Housing Finance Commission (Merrill Gardens at Renton Centre, LLC), Series 2004A) Weekly VRDNs (FNMA LOC), 0.980%, 8/2/2018 | 20,790,000 |
| | TOTAL | 38,395,000 |
| | **West Virginia—0.2%** | |
| 6,580,000 | Wood County, WV County Commission (Waste Management of West Virginia, Inc.), (Series 2003A) Weekly VRDNs (Bank of America N.A. LOC), 0.940%, 8/1/2018 | 6,580,000 |
| | **Wisconsin—1.0%** | |
| 1,000,000 | Wausau, WI IDA (Apogee Enterprises, Inc.), (Series 2002) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.100%, 8/2/2018 | 1,000,000 |
| 1,160,000 | West Bend, WI IDA (Jackson Concrete, Inc.), (Series 2006) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.140%, 8/2/2018 | 1,160,000 |
| 3,655,000 | Wisconsin State Public Finance Authority (Birchwood Properties LP), (Series 2016) Weekly VRDNs (FHLB of Des Moines LOC), 1.160%, 8/2/2018 | 3,655,000 |
| 22,000,000 | Wisconsin State, Clippers (Series 2009-36), 1.12% TOBs (State Street Bank and Trust Co. LIQ), Optional Tender 9/6/2018 | 22,000,000 |
| | TOTAL | 27,815,000 |
| | TOTAL INVESTMENT IN SECURITIES—99.9% (AT AMORTIZED COST)[2] | 2,711,755,706 |
| | OTHER ASSETS AND LIABILITIES - NET—0.1%[3] | 3,809,959 |
| | TOTAL NET ASSETS—100% | $2,715,565,665 |

Securities that are subject to the federal alternative minimum tax (AMT) represent 61.2% of the portfolio as calculated based upon total market value (percentage is unaudited).

1    *Current rate and current maturity or next reset date shown for floating rate notes and variable rate notes/demand instruments. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

2    *Also represents cost for federal tax purposes.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

**Annual Shareholder Report**

17

Table of Contents

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

The following acronyms are used throughout this portfolio:

AMT    —Alternative Minimum Tax
BANs    —Bond Anticipation Notes

| | |
|---|---|
| CP | —Commercial Paper |
| CSD | —Central School District |
| EDA | —Economic Development Authority |
| EDFA | —Economic Development Finance Authority |
| EDRB | —Economic Development Revenue Bond |
| FHLB | —Federal Home Loan Bank |
| FHLMC | —Federal Home Loan Mortgage Corporation |
| FNMA | —Federal National Mortgage Association |
| GTD | —Guaranteed |
| HEFA | —Health and Education Facilities Authority |
| HFA | —Housing Finance Authority |
| HFDC | —Health Facility Development Corporation |
| IDA | —Industrial Development Authority |
| IDB | —Industrial Development Bond |
| IDC | —Industrial Development Corporation |
| IDRB(s) | —Industrial Development Revenue Bond(s) |
| IFA | —Industrial Finance Authority |
| INS | —Insured |
| ISD | —Independent School District |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |
| MFH | —Multi-Family Housing |
| PCFA | —Pollution Control Finance Authority |
| PCR | —Pollution Control Revenue |
| PCRB | —Pollution Control Revenue Bond |
| PUTTERs | —Puttable Tax-Exempt Receipts |
| SIFMA | —Securities Industry and Financial Markets Association |
| TOBs | —Tender Option Bonds |
| TRANs | —Tax and Revenue Anticipation Notes |
| VRDNs | —Variable Rate Demand Notes |
| VRDPs | —Variable Rate Demand Preferreds |
| VRENs | —Variable Rate Extendible Notes |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
18

Table of Contents

# Financial Highlights – Wealth Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.011 | 0.001 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
|     TOTAL FROM INVESTMENT OPERATIONS | 0.011 | 0.002 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.011) | (0.001) | (0.001) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.001) | (0.000)[1] | (0.000)[1] | (0.000)[1] |
|     TOTAL DISTRIBUTIONS | (0.011) | (0.002) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.12% | 0.72% | 0.17% | 0.01% | 0.02% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.21% | 0.21% | 0.17%[3] | 0.14% | 0.16% |

| | | | | | |
|---|---|---|---|---|---|
| Net investment income | 1.10% | 0.64% | 0.11% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.10% | 0.11% | 0.14% | 0.16% | 0.14% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $1,163,568 | $667,169 | $1,003,993 | $1,037,940 | $1,242,908 |

1    *Represents less than $0.001.*

2    *Based on net asset value.*

3    *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.17% after taking into account this expense reduction.*

4    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

<div align="center">

Annual Shareholder Report

**19**

</div>

---

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---|
| Investment in securities, at amortized cost and fair value | $2,711,755,706 |
| Cash | 540,333 |
| Income receivable | 9,985,266 |
| Receivable for investments sold | 2,402,344 |
| Receivable for shares sold | 4,346,307 |
|   TOTAL ASSETS | 2,729,029,956 |

**Liabilities:**

| | | |
|---|---|---|
| Payable for investments purchased | $6,414,694 | |
| Payable for shares redeemed | 6,072,209 | |
| Income distribution payable | 301,183 | |
| Payable for investment adviser fee (Note 5) | 7,402 | |
| Payable for administrative fee (Note 5) | 5,967 | |
| Payable for distribution services fee (Note 5) | 161,844 | |
| Payable for other service fees (Notes 2 and 5) | 257,366 | |
| Accrued expenses (Note 5) | 243,626 | |
|   TOTAL LIABILITIES | | 13,464,291 |
| Net assets for 2,715,575,195 shares outstanding | | $2,715,565,665 |

**Net Assets Consist of:**

| | |
|---|---|
| Paid-in capital | $2,715,554,884 |
| Accumulated net realized gain | 6,955 |

| | |
|---|---:|
| Undistributed net investment income | 3,826 |
| **TOTAL NET ASSETS** | **$2,715,565,665** |

Annual Shareholder Report

**20**

Table of Contents

## Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

| | |
|---|---:|
| **Automated Shares:** | |
| $48,952,239 ÷ 48,952,411 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Investment Shares:** | |
| $40,218,820 ÷ 40,218,961 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Wealth Shares:** | |
| $1,163,568,111 ÷ 1,163,572,197 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Service Shares:** | |
| $449,098,966 ÷ 449,100,540 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash II Shares:** | |
| $49,803,623 ÷ 49,803,799 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash Series Shares:** | |
| $328,142,231 ÷ 328,143,382 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Capital Shares:** | |
| $635,781,675 ÷ 635,783,905 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | | |
|---|---:|---:|
| **Investment Income:** | | |
| Interest | | $29,430,739 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $ 4,484,710 | |
| Administrative fee (Note 5) | 1,795,654 | |
| Custodian fees | 76,719 | |
| Transfer agent fee (Note 2) | 508,451 | |
| Directors'/Trustees' fees (Note 5) | 15,207 | |
| Auditing fees | 23,150 | |
| Legal fees | 19,592 | |
| Portfolio accounting fees | 269,582 | |
| Distribution services fee (Note 5) | 2,242,681 | |
| Other service fees (Notes 2 and 5) | 2,602,929 | |
| Share registration costs | 263,792 | |
| Printing and postage | 57,089 | |
| Miscellaneous (Note 5) | 24,831 | |
| TOTAL EXPENSES | 12,384,387 | |
| **Waivers and Reimbursements:** | | |
| Waiver of investment adviser fee (Note 5) | $(2,267,279) | |
| Waivers/reimbursements of other operating expenses (Notes 2 and 5) | (451,431) | |
| TOTAL WAIVERS AND REIMBURSEMENTS | (2,718,710) | |
| Net expenses | | 9,665,677 |
| Net investment income | | 19,765,062 |
| Net realized gain on investments | | 6,987 |
| Change in net assets resulting from operations | | $19,772,049 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | |

| Operations: | | |
|---|---|---|
| Net investment income | $ 19,765,062 | $ 7,180,749 |
| Net realized gain | 6,987 | 1,438,246 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 19,772,049 | 8,618,995 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Automated Shares[1] | (379,528) | (0)[2] |
| Investment Shares | (232,819) | (67,766) |
| Wealth Shares | (10,707,835) | (4,007,891) |
| Service Shares | (3,482,255) | (1,676,312) |
| Cash II Shares | (253,539) | (36,942) |
| Cash Series Shares | (942,934) | (17,163) |
| Capital Shares | (3,766,152) | (1,373,181) |
| Distributions from net realized gain | | |
| Automated Shares[1] | (22,528) | (0)[2] |
| Investment Shares | (18,730) | (43,455) |
| Wealth Shares | (309,939) | (310,551) |
| Service Shares | (167,587) | (268,524) |
| Cash II Shares | (28,735) | (59,645) |
| Cash Series Shares | (143,471) | (145,111) |
| Capital Shares | (87,164) | (148,661) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (20,543,216) | (8,155,202) |

**Annual Shareholder Report**
**23**

Table of Contents

## Statement of Changes in Net Assets – continued

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Share Transactions:** | | |
| Proceeds from sale of shares | $ 6,915,209,584 | $ 4,280,412,226 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 16,431,149 | 5,517,266 |
| Cost of shares redeemed | (5,783,946,758) | (4,846,178,630) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | 1,147,693,975 | (560,249,138) |
| Change in net assets | 1,146,922,808 | (559,785,345) |
| **Net Assets:** | | |
| Beginning of period | 1,568,642,857 | 2,128,428,202 |
| End of period (including undistributed net investment income of $3,826 and $3,826, respectively) | $ 2,715,565,665 | $ 1,568,642,857 |

1    *Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.*
2    *Represents less than $1.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Municipal Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers seven classes of shares: Automated Shares, Investment Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The financial highlights of the Automated Shares, Investment Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares are presented separately. The investment objective of the Fund is to provide current income exempt from all federal regular income tax consistent with stability of principal. Interest income from the Fund's investments may be subject to the federal AMT for individuals and state and local taxes.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interests of the Fund.

Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value,

the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Trustees have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing

Table of Contents

the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers and reimbursements of $2,718,710 is disclosed in various locations in this Note 2 and Note 5. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

| | Transfer Agent Fees Incurred | Transfer Agent Fees Reimbursed |
|---|---|---|
| Automated Shares | $ 41,065 | $ — |
| Investment Shares | 51,421 | — |
| Wealth Shares | 24,244 | — |
| Service Shares | 10,442 | (37) |
| Cash II Shares | 62,568 | — |
| Cash Series Shares | 309,506 | (82,326) |
| Capital Shares | 9,205 | (5) |
| TOTAL | $508,451 | $(82,368) |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Investment Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts.

Table of Contents

Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred | Other Service Fees Reimbursed | Other Service Fees Waived by Unaffiliated Third Parties |
|---|---|---|---|
| Automated Shares | $ 116,682 | $ — | $ — |
| Investment Shares | 125,456 | — | — |
| Service Shares | 1,038,666 | — | — |
| Cash II Shares | 178,369 | — | — |

| | | | |
|---|---|---|---|
| Cash Series Shares | 777,878 | (3,994) | (7,690) |
| Capital Shares | 365,878 | — | — |
| TOTAL | $2,602,929 | $(3,994) | $(7,690) |

For the year ended July 31, 2018, the Fund's Wealth Shares did not incur other service fees.

**Federal Taxes**

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**When-Issued and Delayed-Delivery Transactions**

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

**Restricted Securities**

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities are valued at amortized cost in accordance with Rule 2a-7 under the Act.

**Annual Shareholder Report**

27

Table of Contents

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018 | 1 | 2017 | |
|---|---|---|---|---|
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 138,279,355 | $138,279,355 | — | $ — |
| Shares issued to shareholders in payment of distributions declared | 401,545 | 401,545 | — | — |
| Shares redeemed | (89,728,589) | (89,728,589) | (—) | (—) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | 48,952,311 | $ 48,952,311 | — | $ — |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Investment Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 73,981,782 | $ 73,981,782 | 96,537,283 | $ 96,537,283 |
| Shares issued to shareholders in payment of distributions declared | 251,549 | 251,549 | 111,221 | 111,221 |
| Shares redeemed | (102,671,062) | (102,671,062) | (84,303,177) | (84,303,177) |
| NET CHANGE RESULTING FROM INVESTMENT SHARE TRANSACTIONS | (28,437,731) | $ (28,437,731) | 12,345,327 | $ 12,345,327 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Wealth Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 2,919,053,360 | $ 2,919,053,360 | 2,278,067,077 | $ 2,278,067,077 |

| | Shares | Amount | Shares | Amount |
|---|---|---|---|---|
| Shares issued to shareholders in payment of distributions declared | 7,466,275 | 7,466,275 | 2,097,061 | 2,097,061 |
| Shares redeemed | (2,429,793,107) | (2,429,793,107) | (2,617,171,233) | (2,617,171,233) |
| NET CHANGE RESULTING FROM WEALTH SHARE TRANSACTIONS | 496,726,528 | $ 496,726,528 | (337,007,095) | $ (337,007,095) |

**Annual Shareholder Report**

**28**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Service Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 1,474,353,125 | $ 1,474,353,125 | 889,904,272 | $ 889,904,272 |
| Shares issued to shareholders in payment of distributions declared | 3,148,427 | 3,148,427 | 1,694,175 | 1,694,175 |
| Shares redeemed | (1,397,929,661) | (1,397,929,661) | (1,106,881,411) | (1,106,881,411) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 79,571,891 | $ 79,571,891 | (215,282,964) | $ (215,282,964) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Cash II Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 75,426,732 | $ 75,426,732 | 82,520,844 | $ 82,520,844 |
| Shares issued to shareholders in payment of distributions declared | 273,407 | 273,407 | 96,023 | 96,023 |
| Shares redeemed | (114,737,549) | (114,737,549) | (112,739,468) | (112,739,468) |
| NET CHANGE RESULTING FROM CASH II SHARE TRANSACTIONS | (39,037,410) | $ (39,037,410) | (30,122,601) | $ (30,122,601) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Cash Series Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 1,006,105,326 | $1,006,105,326 | 391,070,412 | $ 391,070,412 |
| Shares issued to shareholders in payment of distributions declared | 1,071,542 | 1,071,542 | 161,750 | 161,750 |
| Shares redeemed | (797,950,473) | (797,950,473) | (483,252,753) | (483,252,753) |
| NET CHANGE RESULTING FROM CASH SERIES SHARE TRANSACTIONS | 209,226,395 | $ 209,226,395 | (92,020,591) | $ (92,020,591) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Capital Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 1,228,009,904 | $1,228,009,904 | 542,312,338 | $ 542,312,338 |
| Shares issued to shareholders in payment of distributions declared | 3,818,404 | 3,818,404 | 1,357,036 | 1,357,036 |
| Shares redeemed | (851,136,317) | (851,136,317) | (441,830,588) | (441,830,588) |

| | | | |
|---|---|---|---|
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 380,691,991 | $ 380,691,991 | 101,838,786 | $ 101,838,786 |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 1,147,693,975 | $1,147,693,975 | (560,249,138) | $(560,249,138) |

1    *Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.*

**Annual Shareholder Report**

**29**

Table of Contents

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | **2018** | **2017** |
|---|---|---|
| Tax-exempt income | $19,765,062 | $7,179,255 |
| Ordinary income1 | $    536,971 | $  660,114 |
| Long-term capital gains | $    241,183 | $  315,833 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Distributions in excess of tax-exempt income | $(4,668) |
| Undistributed ordinary income2 | $ 8,737 |
| Undistributed long-term capital gains | $ 6,712 |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

**Investment Adviser Fee**

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived $2,267,279 of its fee and voluntarily reimbursed $82,368 of transfer agent fees.

**Administrative Fee**

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| **Administrative Fee** | **Average Daily Net Assets of the Investment Complex** |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

**Annual Shareholder Report**

**30**

Table of Contents

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| **Administrative Fee** | **Average Daily Net Assets of the Investment Complex** |
|---|---|

| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Distribution Services Fee**

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Automated Shares, Investment Shares, Cash II Shares and Cash Series Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets annually, to compensate FSC:

| Share Class Name | Percentage of Average Daily Net Assets of Class |
|---|---|
| Automated Shares | 0.25% |
| Investment Shares | 0.25% |
| Cash II Shares | 0.35% |
| Cash Series Shares | 0.60% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred | Distribution Services Fees Waived |
|---|---|---|
| Automated Shares | $      114 | $      (46) |
| Investment Shares | 125,562 | (15,067) |
| Cash II Shares | 250,098 | — |
| Cash Series Shares | 1,866,907 | (342,266) |
| TOTAL | $2,242,681 | $(357,379) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $452,614 of fees paid by the Fund.

**Other Service Fees**

For the year ended July 31, 2018, FSSC received $1,663 and reimbursed $3,994 of the other service fees disclosed in Note 2.

**Annual Shareholder Report**

**31**

Table of Contents

**Expense Limitation**

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Investment Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.56%, 0.78%, 0.21%, 0.46%, 0.91%, 1.02% and 0.31% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

**Interfund Transactions**

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $1,348,765,000 and $1,441,690,000, respectively.

**Directors'/Trustees' and Miscellaneous Fees**

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and

other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**6. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**7. FEDERAL TAX INFORMATION (UNAUDITED)**

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $241,183.

For the year ended July 31, 2018, 100% of the distributions from net investment income is exempt from federal income tax, other than the federal AMT.

<center>**Annual Shareholder Report**

32</center>

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND THE WEALTH CLASS SHAREHOLDERS OF FEDERATED MUNICIPAL OBLIGATIONS FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Municipal Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the

<center>Annual Shareholder Report

33</center>

Table of Contents

financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

<div align="center">

**Annual Shareholder Report**

34

</div>

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus,

you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual** | $1,000 | $1,006.00 | $1.04 |
| **Hypothetical (assuming a 5% return before expenses)** | $1,000 | $1,023.80 | $1.05 |

1    *Expenses are equal to the Fund's Wealth Shares annualized net expense ratio of 0.21%, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period).*

Annual Shareholder Report
35

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name Birth Date Positions Held with Trust Date Service Began | Principal Occupation(s) for Past Five Years, Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue\*** Birth Date: April 11, 1949 PRESIDENT AND TRUSTEE Indefinite Term Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company. **Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| Thomas R. Donahue*<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*   *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| John T. Collins<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| G. Thomas Hough<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| Maureen Lally-Green<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| Charles F. Mansfield, Jr.<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

**Annual Shareholder Report**

**38**

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
| --- | --- |
| Thomas M. O'Neill<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| P. Jerome Richey<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| John S. Walsh<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

## OFFICERS

| Name Birth Date Positions Held with Trust Date Service Began | Principal Occupation(s) for Past Five Years and Previous Position(s) |
|---|---|
| **Lori A. Hensler** Birth Date: January 6, 1967 TREASURER Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain** Birth Date: September 3, 1959 CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher** Birth Date: May 17, 1923 VICE PRESIDENT Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name Birth Date Positions Held with Trust Date Service Began | Principal Occupation(s) for Past Five Years and Previous Position(s) |
|---|---|
| **Stephen Van Meter** Birth Date: June 5, 1975 CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham** Birth Date: September 15, 1959 CHIEF INVESTMENT OFFICER Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

| **Mary Jo Ochson** | **Principal Occupations**: Mary Jo Ochson has been the Fund's Portfolio Manager since November 1996. |
|---|---|
| Birth Date: September 12, 1953 | Ms. Ochson was named Chief Investment Officer of Federated's tax-exempt fixed-income products in |
| CHIEF INVESTMENT OFFICER | 2004 and Chief Investment Officer of Federated's Tax-Free Money Markets in 2010. She joined Federated |
| Officer since: May 2004 | in 1982 and has been a Senior Portfolio Manager and a Senior Vice President of the Fund's Adviser since |
| Portfolio Manager since: November 1996 | 1996. Ms. Ochson has received the Chartered Financial Analyst designation and holds an M.B.A. in |
| | Finance from the University of Pittsburgh. |

**Annual Shareholder Report**

**41**

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED MUNICIPAL OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund

and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds

more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

<div style="text-align:center">

**Annual Shareholder Report**

**44**

</div>

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver

<div style="text-align:center">

**Annual Shareholder Report**

**45**

</div>

Table of Contents

competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

**Annual Shareholder Report**
**46**

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
**47**

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board

requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**48**

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

**Federated.**

Federated Municipal Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N658*

*33515 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

| Share Class | Ticker | | | | |
|---|---|---|---|---|---|
| **Automated** | MOTXX | **Investment** | MOIXX | **Wealth** | MOFXX |
| **Service** | MOSXX | **Cash II** | MODXX | **Cash Series** | MFSXX |
| **Capital** | MFCXX | | | | |

# Federated Municipal Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 19 |
| Statement of Assets and Liabilities | 26 |
| Statement of Operations | 28 |
| Statement of Changes in Net Assets | 29 |
| Notes to Financial Statements | 31 |
| Report of Independent Registered Public Accounting Firm | 39 |
| Shareholder Expense Example | 41 |
| Board of Trustees and Trust Officers | 43 |
| Evaluation and Approval of Advisory Contract–May 2018 | 49 |
| Voting Proxies on Fund Portfolio Securities | 56 |
| Quarterly Portfolio Schedule | 56 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Variable Rate Demand Instruments | 79.5% |
| Municipal Notes | 16.8% |
| Commercial Paper | 3.6% |

| | |
|---|---|
| Other Assets and Liabilities—Net[2] | 0.1% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity schedule[3] was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 73.6% |
| 8 to 30 Days | 7.4% |
| 31 to 90 Days | 11.8% |
| 91 to 180 Days | 2.2% |
| 181 Days or more | 4.9% |
| Other Assets and Liabilities—Net[2] | 0.1% |
| TOTAL | **100.0%** |

1   *See the Fund's Prospectus and Statement of Additional Information for a description of these investments.*

2   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3   *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Annual Shareholder Report
1

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—99.9% | |
| | **Alabama—3.8%** | |
| $   3,470,000 | Alabama HFA MFH (Summit South Mall Apartments Ltd.), (2007 Series C) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | $   3,470,000 |
| 1,345,000 | Autauga County, AL IDA (Marshall Prattville, LLC), (Series 2008) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.050%, 8/2/2018 | 1,345,000 |
| 50,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 1997) Daily VRDNs, 1.550%, 8/1/2018 | 50,000,000 |
| 15,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 1997) Weekly VRDNs, 1.160%, 8/2/2018 | 15,000,000 |
| 13,650,000 | Millport, AL IDA (Steel Dust Recycling, LLC), (Series 2007) Weekly VRDNs (Comerica Bank LOC), 1.050%, 8/2/2018 | 13,650,000 |
| 10,000,000 | Millport, AL IDA (Steel Dust Recycling, LLC), (Series 2011) Weekly VRDNs (Citibank NA, New York LOC), 1.050%, 8/2/2018 | 10,000,000 |

| | | |
|---:|---|---:|
| 9,800,000 | Tuscaloosa County, AL IDA (Nucor Steel Tuscaloosa, Inc.), (1995 Series A) Weekly VRDNs (GTD by Nucor Corp.), 1.070%, 8/1/2018 | 9,800,000 |
| | TOTAL | 103,265,000 |
| | **Arizona—0.7%** | |
| 7,221,000 | Flagstaff, AZ IDA (Joy Cone Co.), (Series 1999) Weekly VRDNs (Citizens Bank of Pennsylvania LOC), 1.060%, 8/2/2018 | 7,221,000 |
| 5,610,000 | Maricopa County, AZ, IDA (Redman Homes, Inc.), (Series 1999) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.130%, 8/2/2018 | 5,610,000 |
| 6,750,000 | Pinal County, AZ IDA (Milky Way Dairy LLC), (Series 2002) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.070%, 8/2/2018 | 6,750,000 |
| | TOTAL | 19,581,000 |
| | **Arkansas—0.1%** | |
| 3,830,000 | Lowell, AR IDRB (Arkansas Democrat-Gazette, Inc.), (Series 2006) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.110%, 8/1/2018 | 3,830,000 |
| | **California—4.4%** | |
| 6,005,000 | California Enterprise Development Authority (Alvarado Street Bakery), (Series 2007) Weekly VRDNs (U.S. Bank, N.A. LOC), 0.990%, 8/2/2018 | 6,005,000 |
| 2,600,000 | California Enterprise Development Authority (Humane Society Silicon Valley), (Series 2008) Weekly VRDNs (FHLB of San Francisco LOC), 0.990%, 8/2/2018 | 2,600,000 |
| 4,910,000 | California Enterprise Development Authority (J. Harris Industrial Water Treatment, Inc.), (Series 2015) Weekly VRDNs (City National Bank LOC), 1.090%, 8/2/2018 | 4,910,000 |
| 10,000,000 | California Enterprise Development Authority (Regional Properties, Inc.), (Series 2010: Recovery Zone Facility) Weekly VRDNs (FHLB of San Francisco LOC), 0.990%, 8/2/2018 | 10,000,000 |

**Annual Shareholder Report**

2

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **California—continued** | |
| $ 23,745,000 | California Health Facilities Financing Authority (Dignity Health (Catholic Healthcare West)), Golden Blue (Series 2017-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.100%, 8/2/2018 | $ 23,745,000 |
| 2,245,000 | California Infrastructure & Economic Development Bank (Bonny Doon Winery, Inc.), (Series 2000A) Weekly VRDNs (Comerica Bank LOC), 1.090%, 8/2/2018 | 2,245,000 |
| 2,000,000 | California PCFA (C.A. and E.J. Vanderham Family Trust), (Series 2003) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 2,000,000 |
| 3,185,000 | California PCFA (Carlos Echeverria and Sons Dairy), (Series 2002) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 3,185,000 |
| 825,000 | California PCFA (Mill Valley Refuse Service, Inc.), (Series 2014) Weekly VRDNs (Comerica Bank LOC), 1.110%, 8/1/2018 | 825,000 |
| 3,000,000 | California PCFA (P & D Dairy and Poso Creek Family Dairy, LLC), (Series 2003) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 1.050%, 8/2/2018 | 3,000,000 |
| 30,000,000 | California PCFA (Sierra Pacific Industries), (Series 2014) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/1/2018 | 30,000,000 |
| 2,940,000 | California PCFA (T & W Farms), (Series 2002) Weekly VRDNs (Bank of America N.A. LOC), 1.050%, 8/2/2018 | 2,940,000 |
| 5,000,000 | California PCFA (Western Sky Dairy), (Series 2001A) Weekly VRDNs (Bank of America N.A. LOC), 1.050%, 8/2/2018 | 5,000,000 |
| 1,500,000 | California Statewide Communities Development Authority IDRB (Sarich Family Living Trust), (Series 2001A: American Modular Systems, Inc.) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 1.100%, 8/2/2018 | 1,500,000 |
| 19,500,000 | Nuveen California Dividend Advantage Municipal Fund, (NAC Series 2) Weekly VRDPs (Citibank NA, New York LIQ), 1.090%, 8/2/2018 | 19,500,000 |
| 2,000,000 | Nuveen California Dividend Advantage Municipal Fund, (NAC Series 7) Weekly VRDPs (Royal Bank of Canada LIQ), 1.090%, 8/2/2018 | 2,000,000 |

| | | |
|---|---|---:|
| | TOTAL | 119,455,000 |
| | **Colorado—1.3%** | |
| 7,405,000 | Cherry Creek, CO School District No. 5, Solar Eclipse (Series 2017-003), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/18/2018 | 7,405,000 |
| 3,300,000 | Colorado Agricultural Development Authority (Monte Vista Dairy, LLC), (Series 2006) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 3,300,000 |
| 5,345,000 | Colorado Health Facilities Authority (Children's Hospital Colorado Obligated Group), PUTTERs (Series 5008) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ)/(JPMorgan Chase Bank, N.A. LOC), 1.540%, 8/1/2018 | 5,345,000 |
| 4,615,000 | Colorado HFA (Acme Manufacturing Company, Inc.), (Series 2016A) Weekly VRDNs (UMB Bank, N.A. LOC), 1.140%, 8/2/2018 | 4,615,000 |

**Annual Shareholder Report**

3

[Table of Contents]

| Principal Amount | | Value |
|---|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Colorado—continued** | |
| $ 1,625,000 | Colorado HFA (Class I Bonds) (Xybix Systems, Inc.), (Series 2007) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.090%, 8/2/2018 | $ 1,625,000 |
| 1,750,000 | Colorado HFA (Popiel Properties LLC), (Series 2004A) Weekly VRDNs (UMB Bank, N.A. LOC), 1.190%, 8/2/2018 | 1,750,000 |
| 11,155,000 | El Paso County, CO School District #20 Academy, Solar Eclipse (Series 2017-0006), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/25/2018 | 11,155,000 |
| | TOTAL | 35,195,000 |
| | **Connecticut—0.7%** | |
| 2,480,000 | Connecticut State HEFA (Central Connecticut Coast YMCA), (Series A) Weekly VRDNs (Citizens Bank, N.A., Providence LOC), 0.990%, 8/2/2018 | 2,480,000 |
| 5,000,000 | Connecticut State HFA, Tender Option Bond Trust Receipts (2016-XF0492) Weekly VRDNs (Bank of America N.A. LIQ), 1.040%, 8/2/2018 | 5,000,000 |
| 11,500,000 | Connecticut State, Golden Blue (Series 2017-014) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 11,500,000 |
| | TOTAL | 18,980,000 |
| | **District of Columbia—0.4%** | |
| 4,765,000 | District of Columbia Water & Sewer Authority, Solar Eclipse (Series 2017-0015), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,765,000 |
| 5,580,000 | Metropolitan Washington, DC Airports Authority, (Series 2011A-3) Weekly VRDNs (Royal Bank of Canada LOC), 0.980%, 8/2/2018 | 5,580,000 |
| | TOTAL | 10,345,000 |
| | **Florida—8.1%** | |
| 59,740,000 | Broward County, FL (Florida Power & Light Co.), (Series 2015) Daily VRDNs, 1.680%, 8/1/2018 | 59,740,000 |
| 14,550,000 | Broward County, FL HFA (Santuary Cove Apartments), (Series A) Weekly VRDNs (FNMA LOC), 1.000%, 8/2/2018 | 14,550,000 |
| 18,750,000 | Central Florida Expressway Authority, Golden Blue (Series 2018-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 18,750,000 |
| 13,000,000 | Florida Housing Finance Corp. (Mill Creek Apartments) Weekly VRDNs (FNMA LOC), 1.000%, 8/2/2018 | 13,000,000 |
| 4,970,000 | Florida State Board of Education (Florida State), Solar Eclipse (Series 2017-0049), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 4,970,000 |
| 3,650,000 | Florida State, Solar Eclipse (Series 2017-0054), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | 3,650,000 |
| 5,000,000 | Greater Orlando, FL Aviation Authority, (RBC Muni Products Series G-25), 1.19% TOBs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), Optional Tender 10/1/2018 | 5,000,000 |

**Annual Shareholder Report**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Florida—continued** | |
| $ 11,700,000 | Hillsborough County, FL HFA (Morgan Creek Apartments) Weekly VRDNs (FNMA LOC), 1.000%, 8/2/2018 | $ 11,700,000 |
| 10,000,000 | Jacksonville, FL PCR (Florida Power & Light Co.), (Series 1994), 1.37% CP, Mandatory Tender 8/7/2018 | 10,000,000 |
| 13,000,000 | Jacksonville, FL PCR (Florida Power & Light Co.), Pollution Control Revenue Refunding Bonds (Series 1992), 1.37% CP, Mandatory Tender 8/7/2018 | 13,000,000 |
| 11,240,000 | Lee County, FL IDA (Florida Power & Light Co.), (Series 2016B) Daily VRDNs, 1.650%, 8/1/2018 | 11,240,000 |
| 9,000,000 | Martin County, FL PCRB (Florida Power & Light Co.), (Series 2000) Daily VRDNs, 1.580%, 8/1/2018 | 9,000,000 |
| 8,250,000 | Miami-Dade County, FL Aviation, Tender Option Bond Trust Receipts (2016-XL0035) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | 8,250,000 |
| 5,575,000 | Miami-Dade County, FL IDA (CAE USA, Inc.), (Series 2000A) Weekly VRDNs (Royal Bank of Canada LOC), 1.060%, 8/1/2018 | 5,575,000 |
| 10,000,000 | Miami-Dade County, FL Water & Sewer, Tender Option Bond Trust Receipts (2015-ZF0268) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Toronto Dominion Bank LIQ), 1.090%, 8/2/2018 | 10,000,000 |
| 7,650,000 | Orange County, FL HFA (Marbella Pointe), (Series 2007A) Weekly VRDNs (FHLB of San Francisco LOC), 1.000%, 8/2/2018 | 7,650,000 |
| 1,790,000 | Seminole County, FL IDA (3100 Camp Road LLC), (Series 2008) Weekly VRDNs (PNC Bank, N.A. LOC), 1.050%, 8/2/2018 | 1,790,000 |
| 10,000,000 | Sunshine State Governmental Finance Commission, FL (Orlando, FL), Callable Tax-Exempt Notes (Series H), 1.33% CP (JPMorgan Chase Bank, N.A. LIQ), Mandatory Tender 10/12/2018 | 10,000,000 |
| 1,600,000 | Volusia County, FL IDA (Management by Innovation, Inc.), (Series 2008A) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.080%, 8/2/2018 | 1,600,000 |
| | TOTAL | 219,465,000 |
| | **Georgia—6.2%** | |
| 14,150,000 | Burke County, GA Development Authority (Georgia Power Co.), (1st Series 2009) Daily VRDNs, 1.600%, 8/1/2018 | 14,150,000 |
| 16,200,000 | Burke County, GA Development Authority (Georgia Power Co.), (Second Series 1995) Daily VRDNs, 1.590%, 8/1/2018 | 16,200,000 |
| 30,600,000 | Burke County, GA Development Authority (Georgia Power Co.), (Third Series 2012) Daily VRDNs, 1.630%, 8/1/2018 | 30,600,000 |
| 4,950,000 | Cobb County, GA Housing Authority (Walton Reserve Apartments), (Series 2002) Weekly VRDNs (SunTrust Bank LOC), 1.020%, 8/1/2018 | 4,950,000 |
| 4,910,000 | Columbus, GA Development Authority (Avalon Apartments LP), (Series 2008) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 4,910,000 |
| 6,000,000 | Coweta County, GA Development Authority (Georgia Power Co.), (First Series 2006) Daily VRDNs, 1.590%, 8/1/2018 | 6,000,000 |

**Annual Shareholder Report**

5

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Georgia—continued** | |
| $ 15,490,000 | Fulton County, GA, Solar Eclipse (Series 2017-0007), 1.12% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/27/2018 | $ 15,490,000 |
| 9,200,000 | Heard County, GA Development Authority (Georgia Power Co.), (First Series 2007) Daily VRDNs, 1.580%, 8/1/2018 | 9,200,000 |

| Principal Amount | | Value |
|---|---|---|
| 3,000,000 | Kennesaw, GA Development Authority (Lakeside Vista Apartments), (Series 2004) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 3,000,000 |
| 18,370,000 | Main Street Natural Gas, Inc., GA, (Series 2010 A2), 1.04% TOBs (Royal Bank of Canada LOC), (SIFMA 7-day +0.100%), Optional Tender 8/1/2018 | 18,370,000 |
| 33,130,000 | Monroe County, GA Development Authority (Florida Power & Light Co.), (Series 2017) Daily VRDNs, 1.680%, 8/1/2018 | 33,130,000 |
| 400,000 | Savannah, GA EDA (Home Depot, Inc.), (Series 1995A) Weekly VRDNs, 1.020%, 8/1/2018 | 400,000 |
| 4,605,000 | Savannah, GA EDA (Home Depot, Inc.), (Series B) Weekly VRDNs (SunTrust Bank LOC), 1.020%, 8/1/2018 | 4,605,000 |
| 6,450,000 | Willacoochee, GA Development Authority (Langboard, Inc.), (Series 1997) Weekly VRDNs (FHLB of Atlanta LOC), 1.090%, 8/2/2018 | 6,450,000 |
| | TOTAL | 167,455,000 |
| | **Hawaii—0.2%** | |
| 4,600,000 | Hawaii State Department of Budget & Finance (Queen's Health Systems), (2015 Series C) VRENs, 1.390%, 8/2/2018 | 4,600,000 |
| | **Illinois—1.3%** | |
| 1,000,000 | Illinois Development Finance Authority IDB (Apogee Enterprises, Inc.), (Series 2001) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.100%, 8/2/2018 | 1,000,000 |
| 6,000,000 | Illinois Development Finance Authority IDB (Toyal America, Inc.), (Series 1997) Weekly VRDNs (MUFG Bank Ltd. LOC), 1.050%, 8/2/2018 | 6,000,000 |
| 1,075,000 | Illinois Development Finance Authority IDB (Val-Matic Valve & Manufacturing Corp.), (Series 2001) Weekly VRDNs (Bank of America N.A. LOC), 1.000%, 8/2/2018 | 1,075,000 |
| 15,000,000 | Illinois Educational Facilities Authority (Saint Xavier University), (Series 2002A) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.050%, 8/2/2018 | 15,000,000 |
| 6,930,000 | Illinois Finance Authority (Saint Xavier University), (Series 2006) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.050%, 8/2/2018 | 6,930,000 |
| 4,900,000 | Illinois Finance Authority—Solid Waste (Kuusakoski US LLC), (Series 2013) Weekly VRDNs (Nordea Bank AB LOC), 1.120%, 8/2/2018 | 4,900,000 |
| 120,000 | Illinois Housing Development Authority, Homeowner Mortgage Revenue Bonds (Series 2004 C-3) Weekly VRDNs (FHLB of Chicago LIQ), 1.000%, 8/1/2018 | 120,000 |

**Annual Shareholder Report**

**6**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Illinois—continued** | |
| $ 235,000 | Woodridge, DuPage, Will and Cook Counties, IL (Home Run Inn Frozen Foods Corp.), (Series 2005) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.030%, 8/2/2018 | $ 235,000 |
| | TOTAL | 35,260,000 |
| | **Indiana—1.6%** | |
| 6,525,000 | Bloomington, IN EDRB (SY Henderson Court Investors, LP), (Series 2008: Henderson Court Apartments) Weekly VRDNs (FHLMC LOC), 1.060%, 8/2/2018 | 6,525,000 |
| 1,000,000 | Indiana Development Finance Authority (South Central Community Mental Health Centers, Inc.), D/B/A Center for Behavioral Health (Series 2002) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/2/2018 | 1,000,000 |
| 12,720,000 | Indianapolis, IN MFH (Nora Commons LP), (Series 2004A) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.060%, 8/2/2018 | 12,720,000 |
| 12,900,000 | Indianapolis, IN MFH (Pedcor Investments-2006-LXXXVIII LP), (Series 2007A: Forest Ridge Apartments) Weekly VRDNs (Citizens Bank, N.A., Providence LOC), 1.020%, 8/2/2018 | 12,900,000 |
| 5,000,000 | Jasper County, IN EDA (T & M LP), (Series 2010A) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 5,000,000 |
| 6,000,000 | Logansport, IN (Andersons Clymers Ethanol LLC), (Series 2006) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 6,000,000 |
| | TOTAL | 44,145,000 |

| Iowa—0.4% | | |
|---|---|---|
| 5,300,000 | Iowa Finance Authority (Five Star Holdings LLC), (Series 2007) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 5,300,000 |
| 5,280,000 | Iowa Finance Authority (Roorda Dairy, LLC), (Series 2007) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/3/2018 | 5,280,000 |
| | TOTAL | 10,580,000 |
| **Kentucky—0.2%** | | |
| 1,845,000 | Georgetown, KY (Georgetown College), (Series 2006) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 1,845,000 |
| 2,010,000 | Kentucky Housing Corp. (Arbors of Madisonville Apartments LP), (Series 2007) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.210%, 8/2/2018 | 2,010,000 |
| 720,000 | Somerset, KY Industrial Building (Wonderfuel LLC), (Series 2000) Weekly VRDNs (Comerica Bank LOC), 1.060%, 8/2/2018 | 720,000 |
| | TOTAL | 4,575,000 |
| **Louisiana—3.1%** | | |
| 18,000,000 | Ascension Parish, LA (BASF Corp.), (Series 1995) Weekly VRDNs, 1.040%, 8/1/2018 | 18,000,000 |
| 7,000,000 | Ascension Parish, LA (BASF Corp.), (Series 1997) Weekly VRDNs, 1.040%, 8/1/2018 | 7,000,000 |
| 4,630,000 | Louisiana HFA (Emerald Point Apartments Partners, Ltd.), (Series 2007) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 4,630,000 |

**Annual Shareholder Report**
**7**

Table of Contents

| Principal Amount | 1 SHORT-TERM MUNICIPALS—continued | Value |
|---|---|---|
| | **Louisiana—continued** | |
| $ 1,400,000 | Port of New Orleans, LA (New Orleans Steamboat Co.), (Series 2000) Weekly VRDNs (FHLB of Dallas LOC), 1.090%, 8/2/2018 | $ 1,400,000 |
| 17,000,000 | St. James Parish, LA (Nucor Steel Louisiana LLC), (Series 2010A-1) Weekly VRDNs (GTD by Nucor Corp.), 1.030%, 8/1/2018 | 17,000,000 |
| 35,775,000 | St. James Parish, LA (Nucor Steel Louisiana LLC), (Series 2010B-1) Weekly VRDNs (GTD by Nucor Corp.), 1.050%, 8/1/2018 | 35,775,000 |
| | TOTAL | 83,805,000 |
| **Maryland—0.3%** | | |
| 1,045,000 | Maryland State Economic Development Corp. (Canusa Hershman Recycling), (Series 2005A) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/3/2018 | 1,045,000 |
| 4,980,000 | Maryland State Transportation Authority, Solar Eclipse 2017-0041, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/25/2018 | 4,980,000 |
| 1,400,000 | Washington County, MD Economic Development Revenue Board (Packaging Services of Maryland, Inc.), (Series 2006) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.140%, 8/2/2018 | 1,400,000 |
| | TOTAL | 7,425,000 |
| **Massachusetts—1.5%** | | |
| 2,000,000 | Leicester, MA, 2.50% BANs, 2/15/2019 | 2,010,144 |
| 10,000,000 | Massachusetts Development Finance Agency (Nantucket Electric Co.), (Series 2004), 1.65% CP (GTD by Massachusetts Electric Co.), Mandatory Tender 8/10/2018 | 10,000,000 |
| 13,300,000 | Massachusetts Development Finance Agency (Nantucket Electric Co.), (Series 2007), 1.33% CP (GTD by Massachusetts Electric Co.), Mandatory Tender 9/5/2018 | 13,300,000 |
| 5,415,000 | Massachusetts IFA (New England Power Co.), (Series 1992B), 1.35% CP, Mandatory Tender 9/7/2018 | 5,415,000 |
| 5,803,000 | Massachusetts IFA (New England Power Co.), (Series 1992B), 1.50% CP, Mandatory Tender 8/23/2018 | 5,803,000 |
| 2,000,000 | Massachusetts IFA (New England Power Co.), (Series 1992B), 1.60% CP, Mandatory Tender 8/10/2018 | 2,000,000 |
| 830,000 | Massachusetts Water Resources Authority, Tender Option Bond Trust Certificates (2016-XX1002) Weekly VRDNs (Barclays Bank PLC LIQ), 0.960%, 8/2/2018 | 830,000 |
| | TOTAL | 39,358,144 |

**Michigan—5.6%**

| Principal Amount | | Value |
|---|---|---|
| 20,710,000 | Michigan State Housing Development Authority, (Series 2007C) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.000%, 8/1/2018 | 20,710,000 |
| 91,305,000 | Michigan State Housing Development Authority, (Series 2007E) Weekly VRDNs (MUFG Bank Ltd. LIQ), 1.000%, 8/1/2018 | 91,305,000 |
| 30,080,000 | Michigan State Housing Development Authority, (Series 2008A) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.620%, 8/1/2018 | 30,080,000 |

**Annual Shareholder Report**

**8**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Michigan—continued** | |
| $ 100,000 | Michigan State Strategic Fund (B & C Leasing LLC), (Series 1999) Weekly VRDNs (Bank of America N.A. LOC), 1.080%, 8/2/2018 | $ 100,000 |
| 2,270,000 | Michigan State Strategic Fund (Stegner East Investments LLC) Weekly VRDNs (Comerica Bank LOC), 1.190%, 8/2/2018 | 2,270,000 |
| 1,800,000 | Michigan State Strategic Fund (Universal Forest Products Eastern Division, Inc.), Series 2002 Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.140%, 8/2/2018 | 1,800,000 |
| 5,250,000 | Michigan Strategic Fund (Greenville Venture Partners LLC), (Series 2018) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 5,250,000 |
| | TOTAL | 151,515,000 |
| | **Minnesota—0.4%** | |
| 200,000 | Coon Rapids, MN (Assurance Mfg. Co., Inc.), (Series 1999) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.140%, 8/2/2018 | 200,000 |
| 1,000,000 | Faribault, MN IDA (Apogee Enterprises, Inc.), (Series 2001) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.100%, 8/2/2018 | 1,000,000 |
| 2,000,000 | Hennepin County, MN Housing and Redevelopment Authority (City Apartments at Loring Park), (Series 2001) Weekly VRDNs (FNMA LOC), 1.050%, 8/2/2018 | 2,000,000 |
| 1,335,000 | St. Anthony, MN (Landings at Silver Lake Village), (Series 2007) Weekly VRDNs (FHLB of Des Moines LOC), 1.080%, 8/3/2018 | 1,335,000 |
| 2,000,000 | St. Louis Park, MN (Urban Park Apartments), (Series 2010A) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.070%, 8/3/2018 | 2,000,000 |
| 975,000 | St. Louis Park, MN (Urban Park Apartments), (Series 2010B) Weekly VRDNs (FHLB of Des Moines LOC), 1.170%, 8/3/2018 | 975,000 |
| 2,110,000 | St. Paul, MN Port Authority (National Checking Co.), IDRB's (Series 1998A) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.140%, 8/2/2018 | 2,110,000 |
| | TOTAL | 9,620,000 |
| | **Mississippi—0.2%** | |
| 5,755,000 | Mississippi Home Corp. (Windsor Park Partners LP), (Series 2004-6) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 5,755,000 |
| | **Missouri—0.1%** | |
| 3,590,000 | Kansas City, MO Water Revenue, Solar Eclipse (Series 2017-0016), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 3,590,000 |
| | **Montana—2.4%** | |
| 65,655,000 | Missoula, MT Water System, Golden Blue (Series 2017-011) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 65,655,000 |
| | **Multi-State—8.2%** | |
| 19,000,000 | Nuveen AMT-Free Municipal Credit Income Fund, (Series 4) Weekly VRDPs (Citibank NA, New York LIQ), 1.040%, 8/2/2018 | 19,000,000 |
| 79,000,000 | Nuveen Municipal Credit Income Fund, (Series 3) Weekly VRDPs (TD Bank, N.A. LIQ), 1.070%, 8/2/2018 | 79,000,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Multi-State—continued** | |
| $ 41,000,000 | Nuveen Quality Municipal Income Fund, (Series 1) Weekly VRDPs (Barclays Bank PLC LIQ), 1.090%, 8/2/2018 | $ 41,000,000 |
| 35,000,000 | Nuveen Quality Municipal Income Fund, (Series 2) Weekly VRDPs (Barclays Bank PLC LIQ), 1.090%, 8/2/2018 | 35,000,000 |
| 48,000,000 | Nuveen Quality Municipal Income Fund, (Series 2) Weekly VRDPs (Barclays Bank PLC LIQ), 1.090%, 8/2/2018 | 48,000,000 |
| | TOTAL | 222,000,000 |
| | **Nebraska—0.3%** | |
| 7,500,000 | Stanton County, NE (Nucor Corp.), (Series 1996) Weekly VRDNs, 1.070%, 8/1/2018 | 7,500,000 |
| 1,475,000 | Stanton County, NE (Nucor Corp.), (Series 1998) Weekly VRDNs, 1.070%, 8/1/2018 | 1,475,000 |
| | TOTAL | 8,975,000 |
| | **Nevada—1.5%** | |
| 15,000,000 | Clark County, NV Airport System, Subordinate Lien Revenue Bonds (Series 2011 B-1) Weekly VRDNs (Citibank NA, New York LOC), 0.940%, 8/1/2018 | 15,000,000 |
| 3,645,000 | Clark County, NV, Solar Eclipse (Series 2017-0025), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | 3,645,000 |
| 1,875,000 | Director of the State of Nevada Department of Business and Industry (575 Mill Street LLC), IDRBs (Series 1998A) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 1.230%, 8/2/2018 | 1,875,000 |
| 16,415,000 | Nevada Housing Division (Vista Creek Apartments, LLC), (Series 2007) Weekly VRDNs (FHLB of San Francisco LOC), 1.020%, 8/2/2018 | 16,415,000 |
| 3,995,000 | Nevada State Highway Revenue, Solar Eclipse (Series 2017-0018), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/6/2018 | 3,995,000 |
| | TOTAL | 40,930,000 |
| | **New Hampshire—1.1%** | |
| 10,000,000 | New Hampshire Business Finance Authority (New England Power Co.), (Series 1990B), 1.66% CP, Mandatory Tender 8/16/2018 | 10,000,000 |
| 3,300,000 | New Hampshire Business Finance Authority (New England Power Co.), PCRBs (1990 Series A), 1.33% CP, Mandatory Tender 9/5/2018 | 3,300,000 |
| 16,260,000 | New Hampshire Business Finance Authority (New England Power Co.), PCRBs (1990 Series A), 1.65% CP, Mandatory Tender 8/10/2018 | 16,260,000 |
| | TOTAL | 29,560,000 |
| | **New Jersey—6.8%** | |
| 6,375,675 | Absecon, NJ, 2.625% BANs, 8/1/2019 | 6,414,694 |
| 2,640,000 | Burlington, NJ, 3.00% BANs, 6/4/2019 | 2,661,754 |
| 2,000,000 | Delaware Township, NJ, 2.75% BANs, 7/25/2019 | 2,014,418 |

Annual Shareholder Report

10

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **New Jersey—continued** | |
| $ 20,940,000 | Garden State Preservation Trust, NJ (New Jersey State), Tender Option Bond Trust Receipts (2016-ZF0416) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.140%, 8/2/2018 | $ 20,940,000 |
| 8,037,375 | Holmdel Township, NJ, 3.00% BANs, 5/10/2019 | 8,098,833 |

| Principal Amount | | Value |
|---|---|---|
| 4,980,000 | Jersey City, NJ, 2.50% BANs, 12/7/2018 | 4,996,329 |
| 3,423,072 | Kenilworth, NJ, 2.50% BANs, 12/7/2018 | 3,433,701 |
| 6,130,000 | Keyport Borough, NJ, 3.00% BANs, 4/26/2019 | 6,174,998 |
| 2,091,220 | Lavallette Borough, NJ, (Series 2018A), 2.75% BANs, 7/30/2019 | 2,106,548 |
| 9,612,097 | Leonia, NJ, 2.75% BANs, 2/15/2019 | 9,670,552 |
| 4,851,865 | Linwood, NJ, 2.75% BANs, 7/23/2019 | 4,888,024 |
| 7,720,000 | Little Falls Township, NJ, 2.50% BANs, 12/14/2018 | 7,743,871 |
| 3,650,000 | Middletown Township, NJ, 2.75% BANs, 6/26/2019 | 3,674,182 |
| 2,139,000 | Milltown, NJ, (Series 2017A), 2.50% BANs, 12/19/2018 | 2,145,450 |
| 3,432,500 | Neptune Township, NJ, 2.25% BANs, 9/4/2018 | 3,435,655 |
| 3,990,000 | New Jersey EDA (Baptist Home Society of New Jersey) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.110%, 8/2/2018 | 3,990,000 |
| 480,000 | New Jersey EDA (Geriatric Services Housing Corp., Inc.—(CNJJHA Assisted Living)), (Series 2001) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.340%, 8/1/2018 | 480,000 |
| 3,145,000 | New Jersey EDA (Rose Hill Associates LLC), (Series 2000) Weekly VRDNs (TD Bank, N.A. LOC), 1.150%, 8/3/2018 | 3,145,000 |
| 1,440,000 | New Jersey EDA (Temple Emanuel of the Pascack Valley), (Series 2001) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.190%, 8/3/2018 | 1,440,000 |
| 4,315,000 | New Jersey Health Care Facilities Financing Authority (Christian Health Care Center), (Series 1997) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.080%, 8/1/2018 | 4,315,000 |
| 4,995,000 | New Jersey Health Care Facilities Financing Authority (Christian Health Care Center), (Series A-2) Weekly VRDNs (Valley National Bank, Passaic, NJ LOC), 1.140%, 8/2/2018 | 4,995,000 |
| 4,942,300 | North Plainfield, NJ, 2.50% BANs, 12/13/2018 | 4,956,928 |
| 5,567,084 | Point Pleasant Beach, NJ, 3.00% BANs, 4/18/2019 | 5,607,118 |
| 3,420,300 | Riverside Township, NJ, 2.25% BANs, 11/7/2018 | 3,425,530 |
| 3,744,500 | Runnemede, NJ, (Series A), 2.25% BANs, 11/13/2018 | 3,753,230 |
| 7,320,000 | Somers Point, NJ, 2.50% BANs, 12/5/2018 | 7,347,391 |
| 6,000,000 | South River, NJ, 2.50% BANs, 12/11/2018 | 6,020,288 |
| 3,886,895 | Southampton Township, NJ, (Series A), 3.00% BANs, 7/15/2019 | 3,925,059 |
| 5,512,376 | Union Beach, NJ, 2.50% BANs, 2/25/2019 | 5,537,071 |
| 16,362,582 | Union Township, NJ (Union County), 3.00% BANs, 2/5/2019 | 16,478,699 |
| 3,600,000 | West Long Branch, NJ, 2.50% BANs, 12/14/2018 | 3,609,147 |
| 3,200,000 | West Orange Township, NJ, 2.50% BANs, 12/21/2018 | 3,209,785 |

**Annual Shareholder Report**
11

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **New Jersey—continued** | |
| $ 4,000,000 | Willingboro Township, NJ, 2.25% BANs, 8/8/2018 | $ 4,000,567 |
| 9,495,516 | Wood-Ridge Borough, NJ, 2.50% BANs, 2/8/2019 | 9,537,021 |
| | TOTAL | 184,171,843 |
| | **New Mexico—0.1%** | |
| 3,400,000 | Albuquerque, NM IDRB (El Encanto, Inc.), (Series 1999) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.090%, 8/2/2018 | 3,400,000 |
| 150,000 | Los Lunas Village, NM (Wall Colmonoy Corp.), (Series 1998) Weekly VRDNs (Bank of America N.A. LOC), 1.210%, 8/1/2018 | 150,000 |
| | TOTAL | 3,550,000 |
| | **New York—6.7%** | |
| 3,372,529 | Argyle, NY CSD, 3.00% BANs, 6/6/2019 | 3,400,509 |
| 11,979,694 | Gananda, NY CSD, 3.00% BANs, 6/21/2019 | 12,099,762 |

| | | |
|---:|:---|---:|
| 4,675,000 | Harrisville, NY CSD, 2.75% BANs, 6/28/2019 | 4,706,160 |
| 5,590,000 | Hempstead (town), NY IDA MFH (Hempstead Village Housing Associates LP), (Series 2006) Weekly VRDNs (FNMA LIQ), 1.050%, 8/2/2018 | 5,590,000 |
| 9,795,095 | Lyons, NY CSD, 2.75% BANs, 6/28/2019 | 9,869,177 |
| 3,775,000 | MTA Transportation Revenue, Tender Option Bond Trust Receipts (Series 2018-XM0674) Weekly VRDNs (Bank of America N.A. LIQ), 1.090%, 8/2/2018 | 3,775,000 |
| 4,814,000 | Madison, NY CSD, 2.00% BANs, 8/16/2018 | 4,815,563 |
| 4,105,000 | New Rochelle, NY IDA (180 Union Avenue Owner LP), (Series 2006: West End Phase I Facility) Weekly VRDNs (Citibank NA, New York LOC), 1.040%, 8/2/2018 | 4,105,000 |
| 6,385,000 | New York City, NY Municipal Water Finance Authority, (Fiscal 2015 Subseries BB-1) Daily VRDNs (Bank of America N.A. LIQ), 1.490%, 8/1/2018 | 6,385,000 |
| 10,130,000 | New York City, NY Transitional Finance Authority, Future Tax Secured Bonds (2003 Subseries C-5) Daily VRDNs (Bank of America N.A. LIQ), 1.490%, 8/1/2018 | 10,130,000 |
| 1,500,000 | New York City, NY, (Fiscal 2014 Series I, Subseries I-2) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.500%, 8/1/2018 | 1,500,000 |
| 24,880,000 | New York State Energy Research & Development Authority (National Grid Generation LLC), (1997 Series A) Weekly VRDNs (NatWest Markets PLC LOC), 1.050%, 8/1/2018 | 24,880,000 |
| 18,200,000 | New York State Environmental Facilities Corp. Sewer & Solid Waste Disposal (Waste Management, Inc.), (Series 2002B) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 0.930%, 8/2/2018 | 18,200,000 |
| 9,305,000 | New York State HFA (350 West 43rd Street), (2002 Series A) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.550%, 8/1/2018 | 9,305,000 |
| 25,000,000 | New York State HFA (455 West 37th Street), (2007 Series A) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.550%, 8/1/2018 | 25,000,000 |

**Annual Shareholder Report**
**12**

Table of Contents

| Principal Amount | 1SHORT-TERM MUNICIPALS—continued | Value |
|---:|:---|---:|
| | **New York—continued** | |
| $ 21,250,000 | New York State HFA (Midtown West B LLC), (Series 2008A: 505 West 37th Street) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.550%, 8/1/2018 | $ 21,250,000 |
| 10,300,000 | New York State HFA (Midtown West B LLC), (Series 2009A: 505 West 37th Street Housing) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.540%, 8/1/2018 | 10,300,000 |
| 2,991,600 | Oriskany, NY CSD, 2.75% BANs, 7/12/2019 | 3,012,384 |
| 2,600,000 | Whitesboro, NY CSD, 2.75% BANs, 6/28/2019 | 2,618,485 |
| | TOTAL | 180,942,040 |
| | **North Carolina—1.1%** | |
| 24,100,000 | Hertford County, NC Industrial Facilities & PCFA (Nucor Corp.), (Series 2000A) Weekly VRDNs, 1.080%, 8/1/2018 | 24,100,000 |
| 30,000 | Robeson County, NC Industrial Facilities & PCFA (Rempac Foam Corp.), (Series 1999) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.040%, 8/2/2018 | 30,000 |
| 6,800,000 | Union County, NC Enterprise Systems, Solar Eclipse (Series 2017-0051), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 6,800,000 |
| | TOTAL | 30,930,000 |
| | **North Dakota—1.1%** | |
| 30,000,000 | Grand Forks County, ND (J. R. Simplot Co.), (Series 2011) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.080%, 8/1/2018 | 30,000,000 |
| | **Ohio—2.7%** | |
| 7,500,000 | Akron, OH 3.00% BANs, 12/12/2018 | 7,538,998 |
| 2,342,000 | Bay Village, OH, 3.00% BANs, 6/7/2019 | 2,361,493 |
| 14,000,000 | Lucas County, OH (ProMedica Healthcare Obligated Group), Golden Blue (Series 2018-002) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 14,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 30,470,000 | Middletown, OH (Premier Health Partners Obligated Group), Golden Blue (Series 2017-003) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 30,470,000 |
| 8,600,000 | Ohio State Higher Educational Facility Commission (University Hospitals Health System, Inc.), Golden Blue (Series 2017-006) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 8,600,000 |
| 940,000 | Summit County, OH IDA (AESCO, Inc.), (Series 2001) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.090%, 8/2/2018 | 940,000 |
| 320,000 | Summit County, OH IDA (Wintek Ltd.), Variable Rate IDRB's (Series 1998A) Weekly VRDNs (FirstMerit Bank, N.A. LOC), 1.090%, 8/2/2018 | 320,000 |
| 2,630,000 | Tiffin, OH, 3.00% BANs, 6/21/2019 | 2,652,879 |
| 7,000,000 | Toledo-Lucas County, OH Port Authority (Van Deurzen Dairy LLC), (Series 2006) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 7,000,000 |
| | TOTAL | 73,883,370 |

**Annual Shareholder Report**

13

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Oregon—1.5%** | |
| $ 20,000,000 | Oregon State Housing and Community Services Department, (2015 Series C) Weekly VRDNs (State Street Bank and Trust Co. LIQ), 0.990%, 8/2/2018 | $ 20,000,000 |
| 10,000,000 | Port of Morrow, OR (Threemile Canyon Farms LLC), (Series 2001A) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.050%, 8/2/2018 | 10,000,000 |
| 10,000,000 | Port of Morrow, OR (Threemile Canyon Farms LLC), (Series 2001C) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.050%, 8/2/2018 | 10,000,000 |
| | TOTAL | 40,000,000 |
| | **Pennsylvania—0.9%** | |
| 2,955,000 | Allegheny County, PA IDA (Carnegie Museums of Pittsburgh), (Series of 2002) Weekly VRDNs (Citizens Bank of Pennsylvania LOC), 0.980%, 8/2/2018 | 2,955,000 |
| 5,000,000 | Berks County, PA Municipal Authority (Tower Health), Golden Blue (Series 2018-001) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 5,000,000 |
| 5,000,000 | Butler County, PA General Authority (South Park School District), (Series 2011) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.000%, 8/2/2018 | 5,000,000 |
| 11,000,000 | Montgomery County, PA IDA (Lonza, Inc.), (Series 2000) Weekly VRDNs (Landesbank Hessen-Thuringen LOC), 1.040%, 8/2/2018 | 11,000,000 |
| | TOTAL | 23,955,000 |
| | **Rhode Island—0.1%** | |
| 3,205,000 | Rhode Island State Health and Educational Building Corp. (CVS-Highlander Charter School, Inc.), (Series 2007) Weekly VRDNs (Citizens Bank, N.A., Providence LOC), 1.040%, 8/1/2018 | 3,205,000 |
| | **South Carolina—1.2%** | |
| 10,500,000 | Berkeley County, SC IDB (Nucor Corp.) Weekly VRDNs, 1.070%, 8/1/2018 | 10,500,000 |
| 10,000,000 | Berkeley County, SC IDB (Nucor Corp.), (Series 1997) Weekly VRDNs, 1.070%, 8/1/2018 | 10,000,000 |
| 4,840,000 | Berkeley County, SC School District, Solar Eclipse (Series 2017-0030), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/16/2018 | 4,840,000 |
| 6,000,000 | Lexington County, SC School District No. 001 (South Carolina School District Credit Enhancement Program), Solar Eclipse (Series 2017-0058), 1.09% TOBs (GTD by South Carolina School District Credit Enhancement Program)/(U.S. Bank, N.A. LIQ), Optional Tender 8/2/2018 | 6,000,000 |
| 1,305,000 | South Carolina Jobs-EDA (ACI Industries LLC), (Series 2007) Weekly VRDNs (Bank of America N.A. LOC), 1.140%, 8/2/2018 | 1,305,000 |
| | TOTAL | 32,645,000 |
| | **South Dakota—0.1%** | |
| 3,000,000 | South Dakota Value Added Finance Authority (Prairie Gold Dairy LLC), (Series 2004) Weekly VRDNs (CoBank, ACB LOC), 1.050%, 8/2/2018 | 3,000,000 |

**Annual Shareholder Report**

**14**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Tennessee—1.1%** | |
| $ 25,000,000 | Memphis-Shelby County, TN Industrial Development Board—PCRB (Nucor Steel Memphis, Inc.), (Series 2007) Weekly VRDNs (GTD by Nucor Corp.), 1.070%, 8/1/2018 | $ 25,000,000 |
| 5,000,000 | Metropolitan Government Nashville & Davidson County, TN HEFA (Meharry Medical College), (Series 2009) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 5,000,000 |
| | TOTAL | 30,000,000 |
| | **Texas—18.1%** | |
| 9,950,000 | Austin, TX Airport System (Austin, TX), (Series 2005-3) Weekly VRDNs (Sumitomo Mitsui Banking Corp. LOC), 0.980%, 8/2/2018 | 9,950,000 |
| 25,000,000 | Brazos River Harbor, TX Navigation District of Brazoria County (BASF Corp.), (Series 1996) Weekly VRDNs, 1.040%, 8/1/2018 | 25,000,000 |
| 15,800,000 | Brazos River Harbor, TX Navigation District of Brazoria County (BASF Corp.), (Series 1997) Weekly VRDNs, 1.040%, 8/1/2018 | 15,800,000 |
| 20,000,000 | Calhoun, TX Port Authority (BP PLC), (Series 1998) Weekly VRDNs, 1.040%, 8/1/2018 | 20,000,000 |
| 2,950,000 | Dalhart, TX Economic Development Corp. (Northside Farms LLC), (Series 2005) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 2,950,000 |
| 2,100,000 | Dallam County, TX Industrial Development Corp. (Consolidated Dairy Management LLC), (Series 2007) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.050%, 8/2/2018 | 2,100,000 |
| 4,760,000 | Dallas-Fort Worth, TX International Airport, (Golden Blue Series 2018-014) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.170%, 8/2/2018 | 4,760,000 |
| 4,965,000 | Dallas-Fort Worth, TX International Airport, Golden Blue 2018-011 VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 4,965,000 |
| 20,275,000 | El Paso County, TX Hospital District, (Series 2017-XM0525) Weekly VRDNs (Assured Guaranty Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.090%, 8/2/2018 | 20,275,000 |
| 7,000,000 | Gulf Coast, TX Waste Disposal Authority (Exxon Capital Ventures, Inc.), (Series 2003) Daily VRDNs (GTD by Exxon Mobil Corp.), 1.530%, 8/1/2018 | 7,000,000 |
| 14,070,000 | Harris County, TX Cultural Education Facilities Finance Corp. (Memorial Hermann Health System), Floating Rate Certificates (Series 2018-010) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 14,070,000 |
| 11,200,000 | Harris County, TX HFDC (Methodist Hospital, Harris County, TX), (Subseries 2008A-1) Daily VRDNs, 1.540%, 8/1/2018 | 11,200,000 |
| 4,000,000 | Jewett, TX Economic Development Corporation (Nucor Corp.), (Series 2003) Weekly VRDNs, 1.070%, 8/1/2018 | 4,000,000 |
| 31,140,000 | Pasadena, TX ISD, (Series 2005-B) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.980%, 8/2/2018 | 31,140,000 |
| 12,500,000 | Port Arthur Navigation District, TX IDC (Air Products & Chemicals, Inc.), (Series 2002) Weekly VRDNs, 0.960%, 8/1/2018 | 12,500,000 |

**Annual Shareholder Report**

**15**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Texas—continued** | |
| $ 68,625,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2002A) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.040%, 8/1/2018 | $ 68,625,000 |
| 12,500,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2003) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.080%, 8/1/2018 | 12,500,000 |
| 30,750,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2006) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.080%, 8/1/2018 | 30,750,000 |

| | | |
|---:|---|---:|
| 33,600,000 | Port of Corpus Christi Authority of Nueces County, TX (Flint Hills Resources LLC), (Series 2007) Weekly VRDNs (GTD by Flint Hills Resources LLC), 1.080%, 8/1/2018 | 33,600,000 |
| 15,000,000 | Texas State Department of Housing & Community Affairs (Onion Creek Housing Partners Ltd.), (Series 2007) Weekly VRDNs (FNMA LOC), 1.060%, 8/2/2018 | 15,000,000 |
| 128,650,000 | Texas State, 4.00% TRANs, 8/30/2018 | 128,894,309 |
| 15,000,000 | Texas State, Veterans Bonds (Series 2016) Weekly VRDNs (Landesbank Hessen-Thuringen LIQ), 0.950%, 8/1/2018 | 15,000,000 |
| | TOTAL | 490,079,309 |
| | **Utah—0.0%** | |
| 860,000 | Salt Lake County, UT Training Facilities (Community Foundation For The Disabled, Inc.), (Series 2000) Weekly VRDNs (Wells Fargo Bank Northwest, N.A. LOC), 1.090%, 8/2/2018 | 860,000 |
| | **Virginia—1.7%** | |
| 15,725,000 | Arlington County, VA IDA (Gates of Ballston Apartments), (Series 2005) Weekly VRDNs (PNC Bank, N.A. LOC), 1.000%, 8/1/2018 | 15,725,000 |
| 7,800,000 | Arlington County, VA IDA (Westover Apartments, LP), (Series 2011A) Weekly VRDNs (FHLMC LOC), 1.000%, 8/2/2018 | 7,800,000 |
| 3,100,000 | Blackrock Virginia Municipal Bond Trust, (Series W-7) Weekly VRDPs (Citibank NA, New York LIQ), 1.090%, 8/2/2018 | 3,100,000 |
| 8,700,000 | King George County IDA, VA (Birchwood Power Partners, L.P.), (Series 1995) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.570%, 8/1/2018 | 8,700,000 |
| 9,300,000 | King George County IDA, VA (Birchwood Power Partners, L.P.), (Series 1997) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.570%, 8/1/2018 | 9,300,000 |
| 2,200,000 | Metropolitan Washington, DC Airports Authority, (Series 2011A-2) Weekly VRDNs (Royal Bank of Canada LOC), 0.980%, 8/2/2018 | 2,200,000 |
| | TOTAL | 46,825,000 |
| | **Washington—1.4%** | |
| 2,035,000 | Kitsap County, WA IDC (Cara Land Co., LLC), (Series 2006) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.140%, 8/2/2018 | 2,035,000 |
| 4,960,000 | Seattle, WA Drain & Wastewater, Solar Eclipse (2017-0028) Daily VRDNs (U.S. Bank, N.A. LIQ), 1.470%, 8/1/2018 | 4,960,000 |
| 2,310,000 | Washington State EDFA (Mesa Dairy, LLC), (Series 2007E) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 1.050%, 8/2/2018 | 2,310,000 |

**Annual Shareholder Report**

**16**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **Washington—continued** | |
| $ 8,300,000 | Washington State Housing Finance Commission (Inglenook Court LLC), (Series 1995) Weekly VRDNs (FHLMC LOC), 0.990%, 8/1/2018 | $ 8,300,000 |
| 20,790,000 | Washington State Housing Finance Commission (Merrill Gardens at Renton Centre, LLC), Series 2004A) Weekly VRDNs (FNMA LOC), 0.980%, 8/2/2018 | 20,790,000 |
| | TOTAL | 38,395,000 |
| | **West Virginia—0.2%** | |
| 6,580,000 | Wood County, WV County Commission (Waste Management of West Virginia, Inc.), (Series 2003A) Weekly VRDNs (Bank of America N.A. LOC), 0.940%, 8/1/2018 | 6,580,000 |
| | **Wisconsin—1.0%** | |
| 1,000,000 | Wausau, WI IDA (Apogee Enterprises, Inc.), (Series 2002) Weekly VRDNs (Wells Fargo Bank, N.A. LOC), 1.100%, 8/2/2018 | 1,000,000 |
| 1,160,000 | West Bend, WI IDA (Jackson Concrete, Inc.), (Series 2006) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.140%, 8/2/2018 | 1,160,000 |
| 3,655,000 | Wisconsin State Public Finance Authority (Birchwood Properties LP), (Series 2016) Weekly VRDNs (FHLB of Des Moines LOC), 1.160%, 8/2/2018 | 3,655,000 |
| 22,000,000 | Wisconsin State, Clippers (Series 2009-36), 1.12% TOBs (State Street Bank and Trust Co. LIQ), Optional Tender 9/6/2018 | 22,000,000 |
| | TOTAL | 27,815,000 |

| TOTAL INVESTMENT IN SECURITIES—99.9% (AT AMORTIZED COST)2 | 2,711,755,706 |
|---|---|
| OTHER ASSETS AND LIABILITIES - NET—0.1%3 | 3,809,959 |
| TOTAL NET ASSETS—100% | $2,715,565,665 |

Securities that are subject to the federal alternative minimum tax (AMT) represent 61.2% of the portfolio as calculated based upon total market value (percentage is unaudited).

1    *Current rate and current maturity or next reset date shown for floating rate notes and variable rate notes/demand instruments. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

2    *Also represents cost for federal tax purposes.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

**Annual Shareholder Report**

**17**

Table of Contents

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| AMT | —Alternative Minimum Tax |
| BANs | —Bond Anticipation Notes |
| CP | —Commercial Paper |
| CSD | —Central School District |
| EDA | —Economic Development Authority |
| EDFA | —Economic Development Finance Authority |
| EDRB | —Economic Development Revenue Bond |
| FHLB | —Federal Home Loan Bank |
| FHLMC | —Federal Home Loan Mortgage Corporation |
| FNMA | —Federal National Mortgage Association |
| GTD | —Guaranteed |
| HEFA | —Health and Education Facilities Authority |
| HFA | —Housing Finance Authority |
| HFDC | —Health Facility Development Corporation |
| IDA | —Industrial Development Authority |
| IDB | —Industrial Development Bond |
| IDC | —Industrial Development Corporation |
| IDRB(s) | —Industrial Development Revenue Bond(s) |
| IFA | —Industrial Finance Authority |
| INS | —Insured |
| ISD | —Independent School District |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |
| MFH | —Multi-Family Housing |
| PCFA | —Pollution Control Finance Authority |
| PCR | —Pollution Control Revenue |
| PCRB | —Pollution Control Revenue Bond |

| PUTTERs | —Puttable Tax-Exempt Receipts |
| SIFMA | —Securities Industry and Financial Markets Association |
| TOBs | —Tender Option Bonds |
| TRANs | —Tax and Revenue Anticipation Notes |
| VRDNs | —Variable Rate Demand Notes |
| VRDPs | —Variable Rate Demand Preferred |
| VRENs | —Variable Rate Extendible Notes |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
18

Table of Contents

# Financial Highlights – Automated Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[3] |
| --- | --- | --- | --- | --- |
| | 2018[1] | 2017[2] | 2016 | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.007 | 0.002 | 0.0004 | 0.0004 |
| Net realized gain | 0.0004 | 0.001 | 0.0004 | 0.0004 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.007 | 0.003 | 0.0004 | 0.0004 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.007) | (0.002) | (0.000)[4] | (0.000)[4] |
| Distributions from net realized gain | (0.000)[4] | (0.001) | (0.000)[4] | — |
| TOTAL DISTRIBUTIONS | (0.007) | (0.003) | (0.000)[4] | (0.000)[4] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[5]** | 0.77% | 0.29% | 0.06% | 0.00%[6] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.55% | 0.61% | 0.28%[7] | 0.15%[8] |
| Net investment income | 0.81% | 0.23% | 0.01% | 0.01%[8] |
| Expense waiver/reimbursement[9] | 0.10% | 0.11% | 0.53% | 0.66%[8] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $48,952 | $0[10] | $0[10] | $0[10] |

1    *Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.*

2    *Certain ratios included above in Ratios to Average Net Assets and per share amounts may be inflated or deflated as compared to the fee structure for each respective share class as a result of daily systematic allocations being rounded to the nearest penny for fund level income, expense and realized/unrealized gain/loss amounts. Such differences are immaterial.*

3    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

4    *Represents less than $0.001.*

5    *Based on net asset value. Total returns for periods of less than one year are not annualized.*

6    *Represents less than 0.01%.*

7    *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.28% after taking into account this expense reduction.*

8    *Computed on an annualized basis.*

9    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

10    *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights − Investment Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | 2018 | 2017 | 2016 | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.005 | 0.001 | 0.0002 | 0.0002 |
| Net realized gain | 0.0002 | 0.001 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.005 | 0.002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.005) | (0.001) | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.001) | (0.000)[2] | — |
| TOTAL DISTRIBUTIONS | (0.005) | (0.002) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.54% | 0.17% | 0.06% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.78% | 0.76% | 0.53%[5] | 0.15%[6] |
| Net investment income | 0.46% | 0.11% | 0.01% | 0.01%[6] |
| Expense waiver/reimbursement[7] | 0.13% | 0.16% | 0.38% | 0.76%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $40,219 | $68,690 | $56,319 | $0[8] |

1   *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*
2   *Represents less than $0.001.*
3   *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4   *Represents less than 0.01%.*
5   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.53% after taking into account this expense reduction.*
6   *Computed on an annualized basis.*
7   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*
8   *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights − Wealth Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |

| Income From Investment Operations: | | | | | |
|---|---|---|---|---|---|
| Net investment income | 0.011 | 0.001 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.011 | 0.002 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.011) | (0.001) | (0.001) | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.011) | (0.002) | (0.001) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 1.12% | 0.72% | 0.17% | 0.01% | 0.02% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.21% | 0.21% | 0.17%3 | 0.14% | 0.16% |
| Net investment income | 1.10% | 0.64% | 0.11% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.10% | 0.11% | 0.14% | 0.16% | 0.14% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $1,163,568 | $667,169 | $1,003,993 | $1,037,940 | $1,242,908 |

1   *Represents less than $0.001.*

2   *Based on net asset value.*

3   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.17% after taking into account this expense reduction.*

4   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**21**

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.008 | 0.004 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.008 | 0.005 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.008) | (0.004) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.008) | (0.005) | (0.000)1 | (0.000)1 | (0.000)1 |

| | | | | |
|---|---|---|---|---|
| Net Asset Value, End of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Total Return2 | 0.87% | 0.47% | 0.08% | 0.01% | 0.02% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.46% | 0.46% | 0.25%3 | 0.14% | 0.16% |
| Net investment income | 0.84% | 0.39% | 0.03% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.10% | 0.11% | 0.31% | 0.40% | 0.39% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $449,099 | $369,709 | $584,893 | $726,226 | $747,980 |

1   *Represents less than $0.001.*

2   *Based on net asset value.*

3   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.25% after taking into account this expense reduction.*

4   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**22**

Table of Contents

# Financial Highlights – Cash II Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/20151 |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.004 | 0.0002 | 0.0002 | 0.0002 |
| Net realized gain | 0.0002 | 0.001 | 0.0002 | 0.0002 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.004 | 0.001 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.004) | (0.000)2 | (0.000)2 | (0.000)2 |
| Distributions from net realized gain | (0.000)2 | (0.001) | (0.000)2 | — |
|    TOTAL DISTRIBUTIONS | (0.004) | (0.001) | (0.000)2 | (0.000)2 |
| **Net Asset Value, End of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Total Return3** | 0.43% | 0.11% | 0.06% | 0.00%4 |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.90% | 0.82% | 0.33%5 | 0.15%6 |
| Net investment income | 0.35% | 0.04% | 0.01% | 0.01%6 |
| Expense waiver/reimbursement7 | 0.10% | 0.19% | 0.68% | 0.86%6 |

**Supplemental Data:**

| | | | | |
|---|---|---|---|---|
| Net assets, end of period (000 omitted) | $49,804 | $88,884 | $118,980 | $15,750 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

2    *Represents less than $0.001.*

3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*

4    *Represents less than 0.01%.*

5    *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.33% after taking into account this expense reduction.*

6    *Computed on an annualized basis.*

7    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

23

Table of Contents

# Financial Highlights – Cash Series Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.003 | 0.000[2] | 0.000[2] | 0.000[2] |
| Net realized gain | 0.000[2] | 0.001 | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.003 | 0.001 | 0.000[2] | 0.000[2] |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.003) | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.001) | (0.000)[2] | — |
| TOTAL DISTRIBUTIONS | (0.003) | (0.001) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.31% | 0.07% | 0.06% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 1.02% | 0.83% | 0.30%[5] | 0.15%[6] |
| Net investment income | 0.30% | 0.01% | 0.01% | 0.01%[6] |
| Expense waiver/reimbursement[7] | 0.24% | 0.45% | 0.96% | 1.11%[6] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $328,142 | $118,975 | $210,967 | $94,515 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

2    *Represents less than $0.001.*

3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*

4    *Represents less than 0.01%.*

5    *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.30% after taking into account this expense reduction.*

6    *Computed on an annualized basis.*

7     *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**24**

Table of Contents

# Financial Highlights – Capital Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.010 | 0.006 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.007 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.010) | (0.006) | (0.001) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.001) | (0.000)[1] | (0.000)[1] | (0.000)[1] |
|    TOTAL DISTRIBUTIONS | (0.010) | (0.007) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.02% | 0.62% | 0.13% | 0.01% | 0.02% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.31% | 0.31% | 0.18%[3] | 0.14% | 0.16% |
| Net investment income | 1.01% | 0.57% | 0.05% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.10% | 0.11% | 0.23% | 0.26% | 0.24% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $635,782 | $255,216 | $153,275 | $450,631 | $698,550 |

1     *Represents less than $0.001.*

2     *Based on net asset value.*

3     *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratio for the year ended July 31, 2016, was 0.18% after taking into account this expense reduction.*

4     *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---|
| Investment in securities, at amortized cost and fair value | $2,711,755,706 |
| Cash | 540,333 |
| Income receivable | 9,985,266 |
| Receivable for investments sold | 2,402,344 |
| Receivable for shares sold | 4,346,307 |
| TOTAL ASSETS | 2,729,029,956 |

**Liabilities:**

| | | |
|---|---|---|
| Payable for investments purchased | $6,414,694 | |
| Payable for shares redeemed | 6,072,209 | |
| Income distribution payable | 301,183 | |
| Payable for investment adviser fee (Note 5) | 7,402 | |
| Payable for administrative fee (Note 5) | 5,967 | |
| Payable for distribution services fee (Note 5) | 161,844 | |
| Payable for other service fees (Notes 2 and 5) | 257,366 | |
| Accrued expenses (Note 5) | 243,626 | |
| TOTAL LIABILITIES | | 13,464,291 |
| Net assets for 2,715,575,195 shares outstanding | | $2,715,565,665 |

**Net Assets Consist of:**

| | |
|---|---|
| Paid-in capital | $2,715,554,884 |
| Accumulated net realized gain | 6,955 |
| Undistributed net investment income | 3,826 |
| TOTAL NET ASSETS | $2,715,565,665 |

Table of Contents

# Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

**Automated Shares:**

| | |
|---|---|
| $48,952,239 ÷ 48,952,411 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Investment Shares:**

| | |
|---|---|
| $40,218,820 ÷ 40,218,961 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Wealth Shares:**

| | |
|---|---|
| $1,163,568,111 ÷ 1,163,572,197 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Service Shares:**

| | |
|---|---|
| $449,098,966 ÷ 449,100,540 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Cash II Shares:**

| | |
|---|---|
| $49,803,623 ÷ 49,803,799 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Cash Series Shares:**

| | |
|---|---|
| $328,142,231 ÷ 328,143,382 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Capital Shares:**

| | |
|---|---|
| $635,781,675 ÷ 635,783,905 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
27

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

**Investment Income:**

| | |
|---|---|
| Interest | $29,430,739 |

**Expenses:**

| | |
|---|---|
| Investment adviser fee (Note 5) | $ 4,484,710 |
| Administrative fee (Note 5) | 1,795,654 |
| Custodian fees | 76,719 |
| Transfer agent fee (Note 2) | 508,451 |
| Directors'/Trustees' fees (Note 5) | 15,207 |
| Auditing fees | 23,150 |
| Legal fees | 19,592 |
| Portfolio accounting fees | 269,582 |
| Distribution services fee (Note 5) | 2,242,681 |
| Other service fees (Notes 2 and 5) | 2,602,929 |
| Share registration costs | 263,792 |

| | |
|---|---:|
| Printing and postage | 57,089 |
| Miscellaneous (Note 5) | 24,831 |
|    TOTAL EXPENSES | 12,384,387 |

| **Waivers and Reimbursements:** | | |
|---|---:|---:|
| Waiver of investment adviser fee (Note 5) | $(2,267,279) | |
| Waivers/reimbursements of other operating expenses (Notes 2 and 5) | (451,431) | |
|    TOTAL WAIVERS AND REIMBURSEMENTS | (2,718,710) | |
| Net expenses | | 9,665,677 |
| Net investment income | | 19,765,062 |
| Net realized gain on investments | | 6,987 |
| Change in net assets resulting from operations | | $19,772,049 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

28

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 19,765,062 | $ 7,180,749 |
| Net realized gain | 6,987 | 1,438,246 |
|    CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 19,772,049 | 8,618,995 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Automated Shares[1] | (379,528) | (0)[2] |
| Investment Shares | (232,819) | (67,766) |
| Wealth Shares | (10,707,835) | (4,007,891) |
| Service Shares | (3,482,255) | (1,676,312) |
| Cash II Shares | (253,539) | (36,942) |
| Cash Series Shares | (942,934) | (17,163) |
| Capital Shares | (3,766,152) | (1,373,181) |
| Distributions from net realized gain | | |
| Automated Shares[1] | (22,528) | (0)[2] |
| Investment Shares | (18,730) | (43,455) |
| Wealth Shares | (309,939) | (310,551) |
| Service Shares | (167,587) | (268,524) |
| Cash II Shares | (28,735) | (59,645) |
| Cash Series Shares | (143,471) | (145,111) |
| Capital Shares | (87,164) | (148,661) |

| | | |
|---|---|---|
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (20,543,216) | (8,155,202) |

**Annual Shareholder Report**

**29**

Table of Contents

## Statement of Changes in Net Assets – continued

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Share Transactions:** | | |
| Proceeds from sale of shares | $ 6,915,209,584 | $ 4,280,412,226 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 16,431,149 | 5,517,266 |
| Cost of shares redeemed | (5,783,946,758) | (4,846,178,630) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | 1,147,693,975 | (560,249,138) |
| Change in net assets | 1,146,922,808 | (559,785,345) |
| **Net Assets:** | | |
| Beginning of period | 1,568,642,857 | 2,128,428,202 |
| End of period (including undistributed net investment income of $3,826 and $3,826, respectively) | $ 2,715,565,665 | $ 1,568,642,857 |

1   *Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.*

2   *Represents less than $1.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

### 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Municipal Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers seven classes of shares: Automated Shares, Investment Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income exempt from all federal regular income tax consistent with stability of principal. Interest income from the Fund's investments may be subject to the federal AMT for individuals, and state and local taxes.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interests of the Fund.

Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.

### 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

**Investment Valuation**

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Trustees have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized

Table of Contents

the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

**Investment Income, Gains and Losses, Expenses and Distributions**

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers and reimbursements of $2,718,710 is disclosed in various locations in this Note 2 and Note 5. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

|  | Transfer Agent Fees Incurred | Transfer Agent Fees Reimbursed |
|---|---|---|
| Automated Shares | $ 41,065 | $ — |
| Investment Shares | 51,421 | — |
| Wealth Shares | 24,244 | — |

| | | |
|---|---|---|
| Service Shares | 10,442 | (37) |
| Cash II Shares | 62,568 | — |
| Cash Series Shares | 309,506 | (82,326) |
| Capital Shares | 9,205 | (5) |
| TOTAL | $508,451 | $(82,368) |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

**Other Service Fees**
The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Investment Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts.

<div align="center">**Annual Shareholder Report**
32</div>

Table of Contents

Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred | Other Service Fees Reimbursed | Other Service Fees Waived by Unaffiliated Third Parties |
|---|---|---|---|
| Automated Shares | $ 116,682 | $ — | $ — |
| Investment Shares | 125,456 | — | — |
| Service Shares | 1,038,666 | — | — |
| Cash II Shares | 178,369 | — | — |
| Cash Series Shares | 777,878 | (3,994) | (7,690) |
| Capital Shares | 365,878 | — | — |
| TOTAL | $2,602,929 | $(3,994) | $(7,690) |

For the year ended July 31, 2018, the Fund's Wealth Shares did not incur other service fees.

**Federal Taxes**
It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**When-Issued and Delayed-Delivery Transactions**
The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

**Restricted Securities**
The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities are valued at amortized cost in accordance with Rule 2a-7 under the Act.

<div align="center">**Annual Shareholder Report**
33</div>

Table of Contents

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018[1] | | 2017 | |
|---|---|---|---|---|
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 138,279,355 | $138,279,355 | — | $ — |
| Shares issued to shareholders in payment of distributions declared | 401,545 | 401,545 | — | — |
| Shares redeemed | (89,728,589) | (89,728,589) | (—) | (—) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | 48,952,311 | $ 48,952,311 | — | $ — |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Investment Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 73,981,782 | $ 73,981,782 | 96,537,283 | $ 96,537,283 |
| Shares issued to shareholders in payment of distributions declared | 251,549 | 251,549 | 111,221 | 111,221 |
| Shares redeemed | (102,671,062) | (102,671,062) | (84,303,177) | (84,303,177) |
| NET CHANGE RESULTING FROM INVESTMENT SHARE TRANSACTIONS | (28,437,731) | $ (28,437,731) | 12,345,327 | $ 12,345,327 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Wealth Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 2,919,053,360 | $ 2,919,053,360 | 2,278,067,077 | $ 2,278,067,077 |
| Shares issued to shareholders in payment of distributions declared | 7,466,275 | 7,466,275 | 2,097,061 | 2,097,061 |
| Shares redeemed | (2,429,793,107) | (2,429,793,107) | (2,617,171,233) | (2,617,171,233) |
| NET CHANGE RESULTING FROM WEALTH SHARE TRANSACTIONS | 496,726,528 | $ 496,726,528 | (337,007,095) | $ (337,007,095) |

**Annual Shareholder Report**

**34**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,474,353,125 | $ 1,474,353,125 | 889,904,272 | $ 889,904,272 |
| Shares issued to shareholders in payment of distributions declared | 3,148,427 | 3,148,427 | 1,694,175 | 1,694,175 |
| Shares redeemed | (1,397,929,661) | (1,397,929,661) | (1,106,881,411) | (1,106,881,411) |

| | | | | |
|---|---|---|---|---|
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 79,571,891 | $ 79,571,891 | (215,282,964) | $ (215,282,964) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Cash II Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 75,426,732 | $ 75,426,732 | 82,520,844 | $ 82,520,844 |
| Shares issued to shareholders in payment of distributions declared | 273,407 | 273,407 | 96,023 | 96,023 |
| Shares redeemed | (114,737,549) | (114,737,549) | (112,739,468) | (112,739,468) |
| NET CHANGE RESULTING FROM CASH II SHARE TRANSACTIONS | (39,037,410) | $ (39,037,410) | (30,122,601) | $ (30,122,601) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Cash Series Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 1,006,105,326 | $1,006,105,326 | 391,070,412 | $ 391,070,412 |
| Shares issued to shareholders in payment of distributions declared | 1,071,542 | 1,071,542 | 161,750 | 161,750 |
| Shares redeemed | (797,950,473) | (797,950,473) | (483,252,753) | (483,252,753) |
| NET CHANGE RESULTING FROM CASH SERIES SHARE TRANSACTIONS | 209,226,395 | $ 209,226,395 | (92,020,591) | $ (92,020,591) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Capital Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 1,228,009,904 | $1,228,009,904 | 542,312,338 | $ 542,312,338 |
| Shares issued to shareholders in payment of distributions declared | 3,818,404 | 3,818,404 | 1,357,036 | 1,357,036 |
| Shares redeemed | (851,136,317) | (851,136,317) | (441,830,588) | (441,830,588) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 380,691,991 | $ 380,691,991 | 101,838,786 | $ 101,838,786 |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 1,147,693,975 | $1,147,693,975 | (560,249,138) | $(560,249,138) |

1    *Effective September 28, 2017, Trust Shares were re-designated as Automated Shares.*

**Annual Shareholder Report**
**35**

Table of Contents

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Tax-exempt income | $19,765,062 | $7,179,255 |
| Ordinary income1 | $ 536,971 | $ 660,114 |
| Long-term capital gains | $ 241,183 | $ 315,833 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Distributions in excess of tax-exempt income | $(4,668) |
| Undistributed ordinary income2 | $ 8,737 |
| Undistributed long-term capital gains | $ 6,712 |

2     *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived $2,267,279 of its fee and voluntarily reimbursed $82,368 of transfer agent fees.

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

**Annual Shareholder Report**
**36**

Table of Contents

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

### Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Automated Shares, Investment Shares, Cash II Shares and Cash Series Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets annually, to compensate FSC:

| Share Class Name | Percentage of Average Daily Net Assets of Class |
|---|---|
| Automated Shares | 0.25% |
| Investment Shares | 0.25% |
| Cash II Shares | 0.35% |
| Cash Series Shares | 0.60% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred | Distribution Services Fees Waived |
|---|---|---|
| Automated Shares | $ 114 | $ (46) |
| Investment Shares | 125,562 | (15,067) |
| Cash II Shares | 250,098 | — |
| Cash Series Shares | 1,866,907 | (342,266) |
| TOTAL | $2,242,681 | $(357,379) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $452,614 of fees paid by the Fund.

**Other Service Fees**

For the year ended July 31, 2018, FSSC received $1,663 and reimbursed $3,994 of the other service fees disclosed in Note 2.

<div align="center">

**Annual Shareholder Report**
37

</div>

Table of Contents

**Expense Limitation**

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Investment Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares and Capital Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.56%, 0.78%, 0.21%, 0.46%, 0.91%, 1.02% and 0.31% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

**Interfund Transactions**

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $1,348,765,000 and $1,441,690,000, respectively.

**Directors'/Trustees' and Miscellaneous Fees**

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**6. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**7. FEDERAL TAX INFORMATION (UNAUDITED)**

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $241,183.

For the year ended July 31, 2018, 100% of the distributions from net investment income is exempt from federal income tax, other than the federal AMT.

<div align="center">

**Annual Shareholder Report**
38

</div>

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED MUNICIPAL OBLIGATIONS FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Municipal Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and

the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the

Table of Contents

financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Annual Shareholder Report
40

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report
41

Table of Contents

    Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

|  | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual:** | | | |
| Automated Shares | $1,000 | $1,004.40 | $2.68 |
| Investment Shares | $1,000 | $1,003.20 | $3.87 |
| Wealth Shares | $1,000 | $1,006.00 | $1.04 |
| Service Shares | $1,000 | $1,004.80 | $2.29 |
| Cash II Shares | $1,000 | $1,002.60 | $4.47 |
| Cash Series Shares | $1,000 | $1,002.00 | $5.06 |

| | | | |
|---|---|---|---|
| Capital Shares | $1,000 | $1,005.60 | $1.54 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Automated Shares | $1,000 | $1,022.10 | $2.71 |
| Investment Shares | $1,000 | $1,020.90 | $3.91 |
| Wealth Shares | $1,000 | $1,023.80 | $1.05 |
| Service Shares | $1,000 | $1,022.50 | $2.31 |
| Cash II Shares | $1,000 | $1,020.30 | $4.51 |
| Cash Series Shares | $1,000 | $1,019.70 | $5.11 |
| Capital Shares | $1,000 | $1,023.30 | $1.56 |

1   *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Automated Shares | 0.54% |
| Investment Shares | 0.78% |
| Wealth Shares | 0.21% |
| Service Shares | 0.46% |
| Cash II Shares | 0.90% |
| Cash Series Shares | 1.02% |
| Capital Shares | 0.31% |

**Annual Shareholder Report**
**42**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|

| J. Christopher Donahue*<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Annual Shareholder Report

**43**

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
| --- | --- |
| Thomas R. Donahue*<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
| --- | --- |
| John T. Collins<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| | |
|---|---|
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**
**46**

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
| **Mary Jo Ochson**<br>Birth Date: September 12, 1953<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since: November 1996 | **Principal Occupations**: Mary Jo Ochson has been the Fund's Portfolio Manager since November 1996. Ms. Ochson was named Chief Investment Officer of Federated's tax-exempt fixed-income products in 2004 and Chief Investment Officer of Federated's Tax-Free Money Markets in 2010. She joined Federated in 1982 and has been a Senior Portfolio Manager and a Senior Vice President of the Funds Adviser since 1996. Ms. Ochson has received the Chartered Financial Analyst designation and holds an M.B.A. in Finance from the University of Pittsburgh. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED MUNICIPAL OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or

voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

Annual Shareholder Report
51

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver

Annual Shareholder Report

Table of Contents

competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

<div align="center">Annual Shareholder Report
53</div>

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply

breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
**54**

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**55**

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public

Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**56**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.



Federated Municipal Obligations Fund

Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919643*
*CUSIP 608919635*
*CUSIP 60934N658*
*CUSIP 60934N641*
*CUSIP 608919668*
*CUSIP 608919650*
*CUSIP 60934N633*

*Q450516 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

**Share Class** | Ticker        **Wealth** | PCOXX

# Federated Prime Cash Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 14 |
| Statement of Assets and Liabilities | 15 |
| Statement of Operations | 17 |
| Statement of Changes in Net Assets | 18 |
| Notes to Financial Statements | 20 |
| Report of Independent Registered Public Accounting Firm | 31 |
| Shareholder Expense Example | 33 |
| Board of Trustees and Trust Officers | 34 |
| Evaluation and Approval of Advisory Contract–May 2018 | 40 |
| Voting Proxies on Fund Portfolio Securities | 47 |
| Quarterly Portfolio Schedule | 47 |

Table of Contents

# Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition[1] was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Commercial Paper | 34.2% |
| Variable Rate Instruments | 29.9% |
| Bank Instruments | 17.8% |
| Corporate Bonds | 0.3% |
| Other Repurchase Agreements and Repurchase Agreements | 18.3% |
| Cash Equivalents[2] | 0.3% |
| Other Assets and Liabilities—Net[3] | (0.8)% |
| TOTAL | 100.0% |

At July 31, 2018, the Fund's effective maturity schedule[4] was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 43.9%[5] |
| 8 to 30 Days | 22.3% |
| 31 to 90 Days | 29.7% |
| 91 to 180 Days | 3.4% |
| 181 Days or more | 1.5% |
| Other Assets and Liabilities—Net[3] | (0.8)% |
| TOTAL | 100.0% |

1    *See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types. With respect to this table, Commercial Paper includes commercial paper with interest rates that are fixed or reset periodically.*

2    *Cash Equivalents include any investments in money market mutual funds and/or overnight repurchase agreements.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

4    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

5    *Overnight securities comprised 25.0% of the Fund's portfolio.*

Table of Contents

## Portfolio of Investments

July 31, 2018

| Principal Amount or Shares | | Value |
|---|---|---|
| | CERTIFICATES OF DEPOSIT—7.7% | |
| | **Finance - Banking—7.7%** | |
| $ 22,000,000 | BMO Harris Bank, N.A., 2.360%, 8/13/2018 | $ 22,000,000 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.760%, 6/25/2019 | 25,000,000 |
| 50,500,000 | Commonwealth Bank of Australia, 1.600%, 9/21/2018 | 50,500,000 |
| 25,000,000 | Mizuho Bank Ltd., 2.260%, 8/29/2018 | 25,000,000 |
| 75,000,000 | Mizuho Bank Ltd., 2.425% - 2.450%, 9/28/2018 - 10/22/2018 | 74,667,691 |
| 380,000,000 | Sumitomo Mitsui Trust Bank Ltd., 1.940% - 2.310%, 8/3/2018 - 10/5/2018 | 380,000,000 |
| 25,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.340%, 10/2/2018 | 24,899,849 |
| 40,000,000 | Toronto Dominion Bank, 1.700%, 10/5/2018 | 39,879,297 |
| 60,000,000 | Toronto Dominion Bank, 2.620%, 4/22/2019 | 60,000,000 |
| 25,000,000 | Westpac Banking Corp. Ltd., Sydney, 1.570%, 9/14/2018 | 25,000,000 |
| | TOTAL CERTIFICATES OF DEPOSIT | 726,946,837 |
| | [1]COMMERCIAL PAPER—34.2% | |
| | **Aerospace/Auto—0.5%** | |
| 50,000,000 | Daimler Finance NA LLC, (GTD by Daimler AG), 2.460% - 2.501%, 1/15/2019 - 1/22/2019 | 49,419,923 |
| | **Finance - Banking—16.2%** | |
| 49,801,000 | Albion Capital LLC, (MUFG Bank Ltd. LIQ), 2.104%, 8/16/2018 | 49,757,424 |
| 263,660,000 | Antalis S.A., (Societe Generale, Paris LIQ), 1.981% - 2.188%, 8/3/2018 - 9/11/2018 | 263,316,283 |
| 40,000,000 | Banque et Caisse d'Epargne de L'Etat, 2.123%, 8/13/2018 | 39,972,000 |
| 48,600,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 1.636% - 2.817%, 9/14/2018 - 7/1/2019 | 48,004,867 |
| 212,000,000 | Gotham Funding Corp., (MUFG Bank Ltd. LIQ), 2.294% - 2.314%, 8/1/2018 - 10/30/2018 | 211,142,197 |
| 256,400,000 | LMA-Americas LLC, (Credit Agricole Corporate and Investment Bank LIQ), 1.951% - 2.054%, 8/1/2018 - 8/27/2018 | 256,274,282 |
| 50,000,000 | Matchpoint Finance PLC, (BNP Paribas SA LIQ), 2.303% - 2.313%, 9/4/2018 - 10/22/2018 | 49,814,959 |
| 200,000,000 | N.V. Bank Nederlandse Gemeenten, 1.951%, 8/1/2018 | 200,000,000 |
| 360,000,000 | Sumitomo Mitsui Banking Corp., 2.313% - 2.496%, 9/18/2018 - 12/27/2018 | 358,039,840 |
| 30,000,000 | Toronto Dominion Bank, 1.760%, 10/22/2018 | 29,881,853 |
| 25,000,000 | Toronto Dominion Bank, 2.295%, 9/19/2018 | 24,922,417 |
| | TOTAL | 1,531,126,122 |

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | [1]COMMERCIAL PAPER—continued | |
| | **Finance - Commercial—0.8%** | |
| $ 75,000,000 | Crown Point Capital Co., LLC, (Credit Suisse AG LIQ), 2.104%, 8/6/2018 | $ 74,978,125 |

| Principal Amount or Shares | | Value |
|---|---|---|
| | **Finance - Retail—10.0%** | |
| 64,000,000 | Barton Capital S.A., 2.054% - 2.158%, 8/21/2018 - 9/11/2018 | 63,888,958 |
| 78,500,000 | CHARTA, LLC, 2.283%, 10/10/2018 | 78,153,510 |
| 20,000,000 | Fairway Finance Co. LLC, 2.284%, 9/4/2018 | 19,957,122 |
| 30,000,000 | Old Line Funding, LLC, 2.320, 10/19/2018 | 29,847,267 |
| 50,000,000 | Old Line Funding, LLC, 2.360, 10/23/2018 | 49,727,944 |
| 25,000,000 | Old Line Funding, LLC, 2.360, 10/26/2018 | 24,859,056 |
| 50,000,000 | Old Line Funding, LLC, 2.400, 12/20/2018 | 49,530,000 |
| 25,000,000 | Old Line Funding, LLC, 2.420, 12/6/2018 | 24,786,569 |
| 50,000,000 | Old Line Funding, LLC, 2.107%, 10/1/2018 | 49,822,083 |
| 458,800,000 | Sheffield Receivables Company LLC, 2.283% - 2.369%, 8/16/2018 - 11/6/2018 | 457,259,456 |
| 100,000,000 | Starbird Funding Corp., 2.314%, 9/10/2018 | 99,744,445 |
| | TOTAL | 947,576,410 |
| | **Finance - Securities—4.7%** | |
| 260,000,000 | Anglesea Funding LLC, 2.333% - 2.518%, 10/1/2018 - 10/5/2018 | 258,928,114 |
| 100,000,000 | Chesham Finance LLC Series III, 1.951%, 8/3/2018 | 99,989,167 |
| 80,000,000 | Collateralized Commercial Paper Co. LLC, 1.917% - 2.672%, 9/7/2018 - 4/26/2019 | 79,142,122 |
| | TOTAL | 438,059,403 |
| | **Sovereign—2.0%** | |
| 75,000,000 | Caisse des Depots et Consignations (CDC), 2.263%, 8/29/2018 | 74,868,750 |
| 10,000,000 | Erste Abwicklungsanstalt, 2.264%, 9/5/2018 | 9,978,125 |
| 100,000,000 | Kells Funding, LLC, (FMS Wertmanagement AoR LIQ), 2.243%, 8/27/2018 | 99,857,528 |
| | TOTAL | 184,704,403 |
| | TOTAL COMMERCIAL PAPER | 3,225,864,386 |
| | CORPORATE BOND—0.3% | |
| | **Finance - Banking—0.3%** | |
| 33,750,000 | 2National Australia Bank Ltd., Melbourne, Series 144A, 2.559% (3-month USLIBOR +0.240%), 8/29/2019 | 33,807,139 |
| | 2NOTES - VARIABLE—29.9% | |
| | **Finance - Banking—24.0%** | |
| 25,000,000 | Bank of Montreal, 2.296% (1-month USLIBOR +0.210%), 8/10/2018 | 25,000,000 |
| 22,000,000 | Bank of Montreal, 2.332% (1-month USLIBOR +0.240%), 8/2/2018 | 22,000,000 |
| 60,000,000 | Bank of Montreal, 2.344% (1-month USLIBOR +0.280%), 8/28/2018 | 60,000,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 65,000,000 | Bank of Montreal, 2.386% (1-month USLIBOR +0.300%), 8/6/2018 | $ 65,000,000 |
| 25,000,000 | Bank of Montreal, 2.397% (1-month USLIBOR +0.300%), 8/7/2018 | 25,000,000 |
| 35,000,000 | Bank of Montreal, 2.518% (1-month USLIBOR +0.440%), 8/13/2018 | 35,000,000 |
| 75,000,000 | Bank of Montreal, 2.585% (3-month USLIBOR +0.250%), 9/18/2018 | 75,000,000 |
| 70,000,000 | Bank of Nova Scotia, Toronto, 2.369% (1-month USLIBOR +0.300%), 8/24/2018 | 70,000,000 |
| 100,000,000 | Bank of Nova Scotia, Toronto, 2.499% (3-month USLIBOR +0.160%), 10/8/2018 | 100,000,000 |
| 10,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.307% (1-month USLIBOR +0.220%), 8/6/2018 | 10,000,000 |

| | | |
|---:|:---|---:|
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.327% (1-month USLIBOR +0.230%), 8/9/2018 | 20,000,000 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.362% (1-month USLIBOR +0.270%), 8/1/2018 | 30,000,000 |
| 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.372% (1-month USLIBOR +0.290%), 7/12/2019 | 25,000,000 |
| 10,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.393% (1-month USLIBOR +0.320%), 8/17/2018 | 10,000,000 |
| 19,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.401% (1-month USLIBOR +0.320%), 8/23/2018 | 19,000,000 |
| 3,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.437% (1-month USLIBOR +0.340%), 8/7/2018 | 3,000,000 |
| 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.466% (3-month USLIBOR +0.130%), 9/21/2018 | 25,000,000 |
| 50,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.467% (3-month USLIBOR +0.130%), 10/9/2018 | 50,000,000 |
| 53,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.489% (3-month USLIBOR +0.150%), 10/15/2018 | 53,000,000 |
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.489% (3-month USLIBOR +0.150%), 10/29/2018 | 20,000,000 |
| 47,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.495% (3-month USLIBOR +0.170%), 9/20/2018 | 47,000,000 |
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.541% (3-month USLIBOR +0.220%), 9/10/2018 | 20,000,000 |
| 23,100,000 | Canadian Imperial Bank of Commerce, 2.286% (1-month USLIBOR +0.200%), 8/6/2018 | 23,100,000 |
| 55,000,000 | Canadian Imperial Bank of Commerce, 2.292% (1-month USLIBOR +0.200%), 8/2/2018 | 55,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.302% (1-month USLIBOR +0.230%), 8/28/2018 | 50,000,000 |
| 2,000,000 | Canadian Imperial Bank of Commerce, 2.319% (1-month USLIBOR +0.240%), 8/20/2018 | 2,000,000 |

**Annual Shareholder Report**
4

Table of Contents

| Principal Amount or Shares | | Value |
|---:|:---|---:|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 10,000,000 | Canadian Imperial Bank of Commerce, 2.321% (1-month USLIBOR +0.240%), 8/22/2018 | $ 10,000,000 |
| 38,000,000 | Canadian Imperial Bank of Commerce, 2.327% (1-month USLIBOR +0.230%), 8/8/2018 | 38,000,000 |
| 10,000,000 | Canadian Imperial Bank of Commerce, 2.387% (1-month USLIBOR +0.300%), 8/6/2018 | 10,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.461% (3-month USLIBOR +0.130%), 10/9/2018 | 50,000,000 |
| 30,000,000 | Canadian Imperial Bank of Commerce, 2.466% (1-month USLIBOR +0.380%), 8/10/2018 | 30,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.480% (3-month USLIBOR +0.180%), 9/4/2018 | 50,000,000 |
| 7,450,000 | Capital Markets Access Co. LC, West Broad Holdings, LLC, Series 2007, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 7,450,000 |
| 3,700,000 | Charlotte Christian School, Series 1999, (Wells Fargo Bank, N.A. LOC), 2.120%, 8/1/2018 | 3,700,000 |
| 50,000,000 | Commonwealth Bank of Australia, 2.262% (1-month USLIBOR +0.190%), 8/14/2018 | 49,999,389 |
| 50,000,000 | Commonwealth Bank of Australia, 2.267% (1-month USLIBOR +0.200%), 8/13/2018 | 49,999,500 |
| 52,000,000 | Commonwealth Bank of Australia, 2.332% (1-month USLIBOR +0.260%), 8/28/2018 | 52,000,000 |
| 4,955,000 | Corporate Finance Managers, Inc., Series B, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 4,955,000 |
| 7,555,000 | Dynetics, Inc., Series 2010-A, (Branch Banking & Trust Co. LOC), 2.030%, 8/2/2018 | 7,555,000 |
| 3,010,000 | Gadsden, AL Airport Authority, Series 2004, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 3,010,000 |
| 4,865,000 | Guiding Light Church, Series 2005, (Wells Fargo Bank, N.A. LOC), 2.130%, 8/2/2018 | 4,865,000 |
| 16,320,000 | Hamilton Station Park and Ride, Series 2005, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 16,320,000 |

Case 18-12808 Doc 62 Filed 12/13/18 Page 293 of 586

| Principal Amount or Shares | | Value |
|---|---|---|
| 3,000,000 | Mike P. Sturdivant, Sr. Family Trust, Series 2016, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 3,000,000 |
| 1,250,000 | Montgomery, AL IDB, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 1,250,000 |
| 70,000,000 | National Australia Bank Ltd., Melbourne, 2.517% (1-month USLIBOR +0.420%), 8/9/2018 | 70,000,000 |
| 19,670,000 | Osprey Properties Limited Partnership, LLP & Nighthawk Properties, LLC, Series 2008, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 19,670,000 |
| 29,435,000 | Panel Rey S.A., Series 2016, (Citibank NA, New York LOC), 2.030%, 8/2/2018 | 29,435,000 |
| 4,280,000 | Partisan Property, Inc., Series 2014, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/1/2018 | 4,280,000 |

**Annual Shareholder Report**

5

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 10,000,000 | Royal Bank of Canada, 2.336% (1-month USLIBOR +0.250%), 8/6/2018 | $ 10,000,000 |
| 50,000,000 | Royal Bank of Canada, 2.347% (1-month USLIBOR +0.250%), 8/8/2018 | 50,000,000 |
| 10,000,000 | Royal Bank of Canada, 2.605% (3-month USLIBOR +0.280%), 9/20/2018 | 10,000,000 |
| 15,000,000 | SSAB AB (publ), Series 2015-A, (DNB Bank ASA LOC), 2.030%, 8/2/2018 | 15,000,000 |
| 11,670,000 | Saint Paul Minnesota Sales Tax Revenue, Revenue Bond - RiverCentre Arena PJ Series 2009 A, (Wells Fargo Bank, N.A. LOC), 1.930%, 8/2/2018 | 11,670,000 |
| 5,925,000 | Spira Millenium LLC, Series 2001, (Bank of America N.A. LOC), 2.030%, 8/2/2018 | 5,925,000 |
| 6,130,000 | St. Andrew United Methodist Church, Series 2004, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 6,130,000 |
| 25,000,000 | Sumitomo Mitsui Banking Corp., 2.264% (1-month USLIBOR +0.200%), 8/28/2018 | 25,000,000 |
| 40,000,000 | Sumitomo Mitsui Banking Corp., 2.332% (1-month USLIBOR +0.260%), 8/29/2018 | 40,000,000 |
| 25,000,000 | Sumitomo Mitsui Banking Corp., 2.347% (1-month USLIBOR +0.250%), 8/9/2018 | 25,000,000 |
| 1,570,000 | Sun Valley, Inc., (Wells Fargo Bank, N.A. LOC), 2.130%, 8/3/2018 | 1,570,000 |
| 100,000,000 | Toronto Dominion Bank, 2.314% (1-month USLIBOR +0.250%), 8/27/2018 | 100,000,000 |
| 82,000,000 | Toronto Dominion Bank, 2.367% (1-month USLIBOR +0.270%), 8/8/2018 | 82,000,000 |
| 60,000,000 | Toronto Dominion Bank, 2.377% (1-month USLIBOR +0.280%), 8/8/2018 | 60,000,000 |
| 20,000,000 | Toronto Dominion Bank, 2.476% (3-month USLIBOR +0.140%), 9/14/2018 | 20,000,000 |
| 30,000,000 | Toronto Dominion Bank, 2.497% (3-month USLIBOR +0.150%), 10/23/2018 | 30,000,000 |
| 6,400,000 | Village Green Finance Co. LLC, (Series 1997), (Wells Fargo Bank, N.A. LOC), 2.070%, 8/1/2018 | 6,400,000 |
| 36,000,000 | Wells Fargo Bank, N.A., 2.287% (1-month USLIBOR +0.210%), 8/28/2018 | 36,000,000 |
| 7,000,000 | Wells Fargo Bank, N.A., 2.292% (1-month USLIBOR +0.220%), 8/16/2018 | 6,998,258 |
| 26,000,000 | Wells Fargo Bank, N.A., 2.296% (1-month USLIBOR +0.210%), 8/6/2018 | 26,000,000 |
| 30,000,000 | Wells Fargo Bank, N.A., 2.323% (1-month USLIBOR +0.250%), 8/17/2018 | 30,000,000 |

**Annual Shareholder Report**

6

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 15,500,000 | Wells Fargo Bank, N.A., 2.329% (1-month USLIBOR +0.250%), 8/20/2018 | $ 15,497,535 |

| Principal Amount | | Value |
|---|---|---|
| 30,000,000 | Wells Fargo Bank, N.A., 2.336% (1-month USLIBOR +0.250%), 8/6/2018 | 30,000,000 |
| 25,000,000 | Wells Fargo Bank, N.A., 2.490% (3-month USLIBOR +0.160%), 8/24/2018 | 25,000,000 |
| 20,000,000 | Wells Fargo Bank, N.A., 2.517% (3-month USLIBOR +0.180%), 9/27/2018 | 20,000,000 |
| 10,000,000 | Wells Fargo Bank, N.A., 2.521% (3-month USLIBOR +0.200%), 9/10/2018 | 10,000,000 |
| 20,000,000 | Wells Fargo Bank, N.A., 2.546% (3-month USLIBOR +0.210%), 10/17/2018 | 20,000,000 |
| 43,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.320% (1-month USLIBOR +0.230%), 8/3/2018 | 43,000,000 |
| 25,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.349% (1-month USLIBOR +0.280%), 8/24/2018 | 25,000,000 |
| 25,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.374% (1-month USLIBOR +0.300%), 8/13/2018 | 25,000,000 |
|  | TOTAL | 2,265,779,682 |
|  | **Finance - Retail—0.5%** |  |
| 50,000,000 | Old Line Funding, LLC, 2.581% (1-month USLIBOR +0.500%), 8/22/2018 | 50,000,000 |
|  | **Finance - Securities—4.2%** |  |
| 25,000,000 | Anglesea Funding LLC, 2.397% (1-month USLIBOR +0.320%), 8/28/2018 | 25,000,000 |
| 25,000,000 | Anglesea Funding LLC, 2.414% (1-month USLIBOR +0.350%), 8/27/2018 | 25,000,000 |
| 25,000,000 | Anglesea Funding LLC, 2.429% (1-month USLIBOR +0.350%), 8/20/2018 | 25,000,000 |
| 25,000,000 | Anglesea Funding LLC, 2.536% (1-month USLIBOR +0.450%), 8/6/2018 | 25,000,000 |
| 45,000,000 | Collateralized Commercial Paper Co. LLC, 2.350% (1-month USLIBOR +0.280%), 8/27/2018 | 45,000,000 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.426% (3-month USLIBOR +0.100%), 9/17/2018 | 25,000,000 |
| 40,000,000 | Collateralized Commercial Paper Co. LLC, 2.443% (3-month USLIBOR +0.110%), 10/18/2018 | 40,000,000 |
| 30,000,000 | Collateralized Commercial Paper Co. LLC, 2.449% (3-month USLIBOR +0.110%), 10/5/18 | 30,000,000 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.457% (3-month USLIBOR +0.110%), 10/22/2018 | 25,000,000 |

**Annual Shareholder Report**
7

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
|  | 2NOTES - VARIABLE—continued |  |
|  | **Finance - Securities—continued** |  |
| $ 45,000,000 | Collateralized Commercial Paper Co. LLC, 2.469% (3-month USLIBOR +0.130%), 10/15/2018 | $ 45,000,000 |
| 20,000,000 | Collateralized Commercial Paper Co. LLC, 2.545% (3-month USLIBOR +0.220%), 9/20/2018 | 20,000,000 |
| 20,000,000 | Collateralized Commercial Paper II Co. LLC, 2.358% (1-month USLIBOR +0.280%), 8/13/2018 | 20,000,000 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.488% (3-month USLIBOR +0.170%), 8/30/2018 | 25,000,000 |
| 10,000,000 | Collateralized Commercial Paper II Co. LLC, 2.503% (3-month USLIBOR +0.160%), 10/4/2018 | 10,000,000 |
| 7,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522% (1-month USLIBOR +0.430%), 8/2/2018 | 7,000,000 |
| 2,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522% (1-month USLIBOR +0.430%), 8/2/2018 | 2,000,000 |
| 7,500,000 | Collateralized Commercial Paper II Co. LLC, 2.536% (3-month USLIBOR +0.200%), 9/28/2018 | 7,500,000 |
|  | TOTAL | 401,500,000 |
|  | **Government Agency—1.2%** |  |
| 2,150,000 | CMR LLC, CMR LLC Project Series 2017, (FHLB of Indianapolis LOC), 2.030%, 8/2/2018 | 2,150,000 |
| 18,050,000 | Canyon Oaks LLC, Series 2017-A Canyon Oaks Apartments, (FHLB of San Francisco LOC), 2.080%, 8/1/2018 | 18,050,000 |
| 7,420,000 | Dennis Wesley Company, Inc., The Dennis Wesley Company, Inc. Project, (FHLB of Indianapolis LOC), 2.030%, 8/2/2018 | 7,420,000 |
| 5,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 5,000,000 |
| 4,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-B, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 4,000,000 |
| 375,000 | Kentucky EDFA, Henderson County Health Care Corp., (FHLB of Cincinnati LOC), 2.380%, 8/2/2018 | 375,000 |
| 6,740,000 | Mason Harrison Ratliff Enterprises, LLC, (FHLB of Dallas LOC), 2.030%, 8/2/2018 | 6,740,000 |

| | | |
|---:|---|---:|
| 23,820,000 | Oakmont of Whittier LLC, Series 2014-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 23,820,000 |
| 7,450,000 | Pittsburg Fox Creek Associates L.P., Series 2011-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 7,450,000 |
| 20,400,000 | Sunroad Centrum Apartments 5 LP, Centrum Apartments Project, Series 2016-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 20,400,000 |
| 13,600,000 | Sunroad Centrum Apartments 5 LP, Centrum Apartments Project, Series 2016-B, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 13,600,000 |
| | TOTAL | 109,005,000 |
| | TOTAL NOTES—VARIABLE | 2,826,284,682 |

**Annual Shareholder Report**

**8**

Table of Contents

| Principal Amount or Shares | | Value |
|---:|---|---:|
| | TIME DEPOSITS—10.1% | |
| | **Finance - Banking—10.1%** | |
| $350,000,000 | ABN Amro Bank NV, 1.950%, 8/3/2018 - 8/6/2018 | $ 350,000,000 |
| 200,000,000 | DNB Bank ASA, 1.870%, 8/1/2018 | 200,000,000 |
| 300,000,000 | Nordea Bank AB, 1.880%, 8/1/2018 | 300,000,000 |
| 100,000,000 | Northern Trust Co., Chicago, IL, 1.840%, 8/1/2018 | 100,000,000 |
| | TOTAL TIME DEPOSITS | 950,000,000 |
| | INVESTMENT COMPANY—0.3% | |
| 26,997,500 | Federated Institutional Prime Value Obligations Fund, Institutional Shares, 2.08%[3] (IDENTIFIED COST $27,000,200) | 27,000,200 |
| | OTHER REPURCHASE AGREEMENTS—9.2% | |
| | **Finance - Banking—9.2%** | |
| 80,000,000 | BMO Capital Markets Corp., 2.01%, dated 7/31/2018, interest in a $130,000,000 collateralized loan agreement will repurchase securities provided as collateral for $130,007,258 on 8/1/2018, in which asset-backed securities, corporate bonds and medium-term notes with a market value of $132,607,404 have been received as collateral and held with BNY Mellon as tri-party agent. | 80,000,000 |
| 50,000,000 | Citigroup Global Markets, Inc., 3.05%, dated 2/1/2018, interest in a $75,000,000 collateralized loan agreement will repurchase securities provided as collateral for $76,150,104 on 8/1/2018, in which corporate bonds and U.S. Treasury note with a market value of $76,693,739 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 50,000,000 | Citigroup Global Markets, Inc., 3.10%, dated 2/1/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $147,259,986 on 8/1/2018, in which collateralized mortgage obligations with a market value of $148,280,648 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 50,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $145,008,096 on 8/1/2018, in which asset-backed securities with a market value of $147,900,000 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 50,000,000 |
| 45,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $90,000,000 collateralized loan agreement will repurchase securities provided as collateral for $90,005,025 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $91,800,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 45,000,000 |

**Annual Shareholder Report**

**9**

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $106,167,000 | HSBC Securities (USA), Inc., 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which asset-backed securities, corporate bonds, medium-term notes, sovereign security and U.S. Treasury securities with a market value of $336,600,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | $ 106,167,000 |
| 52,000,000 | ING Financial Markets LLC, 2.01%, dated 7/31/2018, interest in a $152,000,000 collateralized loan agreement will repurchase securities provided as collateral for $152,008,487 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $155,048,709 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 52,000,000 |
| 36,000,000 | ING Financial Markets LLC, 2.06%, dated 7/31/2018, interest in a $136,000,000 collateralized loan agreement will repurchase securities provided as collateral for $136,007,782 on 8/1/2018, in which corporate bonds, medium-term notes and sovereign securities with a market value of $138,850,493 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 36,000,000 |
| 100,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/16/2018, interest in a $150,000,000 collateralized loan agreement will repurchase securities provided as collateral for $150,140,667 on 8/1/2018, in which common stocks, convertible bonds and exchange-traded fund with a market value of $153,143,500 have been received as collateral and held with BNY Mellon as tri-party agent. | 100,000,000 |
| 95,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/31/2018, interest in a $300,000,000 collateralized loan agreement will repurchase securities provided as collateral for $300,017,583 on 8/1/2018, in which American depository receipt, asset-backed securities, common stocks, corporate bonds and municipal bonds with a market value of $306,018,395 have been received as collateral and held with BNY Mellon as tri-party agent. | 95,000,000 |
| 50,000,000 | Mizuho Securities USA, Inc., 2.16%, dated 7/26/2018, interest in a $100,000,000 collateralized loan agreement will repurchase securities provided as collateral for $100,084,000 on 8/9/2018 in which common stocks with a market value of $102,036,740 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 94,000,000 | Mizuho Securities USA, Inc., 2.92%, dated 3/14/2018, interest in a $160,000,000 collateralized loan agreement will repurchase securities provided as collateral for $160,778,667 on 9/11/2018 in which collateralized mortgage obligations and corporate bonds with a market value of $163,451,510 have been received as collateral and held with BNY Mellon as tri-party agent. | 94,000,000 |

**Annual Shareholder Report**

**10**

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $ 60,000,000 | Wells Fargo Securities LLC, 2.79%, dated 7/27/2018, interest in a $95,000,000 collateralized loan agreement will repurchase securities provided as collateral for $95,662,625 on 10/25/2018 in which collateralized mortgage obligations and municipal bonds with a market value of $96,937,661 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 60,000,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS | 868,167,000 |
| | REPURCHASE AGREEMENTS—9.1% | |
| | **Finance - Banking—9.1%** | |
| 256,000,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC, will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764. | 256,000,000 |

601,000,000

| | |
|---|---:|
| Interest in $3,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp., will repurchase securities provided as collateral for $3,000,160,833 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 5/1/2048 and the market value of those underlying securities was $3,061,292,789. | 601,000,000 |
| TOTAL REPURCHASE AGREEMENTS | 857,000,000 |
| TOTAL INVESTMENT IN SECURITIES—100.8%<br>(AMORTIZED AND IDENTIFIED COST $9,515,070,244)[4] | 9,515,070,244 |
| OTHER ASSETS AND LIABILITIES - NET—(0.8)%[5] | (78,784,485) |
| TOTAL NET ASSETS—100% | $9,436,285,759 |

Annual Shareholder Report

11

Table of Contents

Affiliated fund holdings are investment companies which are managed by the Adviser or an affiliate of the Adviser. Transactions with affiliated fund holdings during the period ended July 31, 2018, were as follows:

| | Federated Institutional Prime Value Obligations Fund, Institutional Shares |
|---|---:|
| Balance of Shares Held 7/31/2017 | — |
| Purchases/Additions | 26,997,500 |
| Sales/Reductions | — |
| Balance of Shares Held 7/31/2018 | 26,997,500 |
| Value | $27,000,200 |
| Change in Unrealized Appreciation/Depreciation | $ — |
| Net Realized Gains/(Loss) | $ — |
| Dividend Income | $ 311,154 |

1    *Discount rate at time of purchase for discount issues, or the coupon for interest-bearing issues.*

2    *Floating/variable note with current rate and current maturity or next reset date shown. Certain variable rate securities are not based on a published reference rate and spread, but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

3    *7-day net yield.*

4    *Also represents cost for federal tax purposes.*

5    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

    Level 1—quoted prices in active markets for identical securities.

    Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

    Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

**Annual Shareholder Report**

12

Table of Contents

The following is a summary of the inputs used, as of July 31, 2018, in valuing the Fund's assets carried at fair value:

**Valuation Inputs**

| | Level 1—Quoted Prices | Level 2—Other Significant Observable Inputs | Level 3—Significant Unobservable Inputs | Total |
|---|---|---|---|---|
| **Debt Securities:** | | | | |
| Certificates of Deposit | $ — | $ 726,946,837 | $— | $ 726,946,837 |
| Commercial Paper | — | 3,225,864,386 | — | 3,225,864,386 |
| Corporate Bonds | — | 33,807,139 | — | 33,807,139 |
| Notes—Variable | — | 2,826,284,682 | — | 2,826,284,682 |
| Time Deposits | — | 950,000,000 | — | 950,000,000 |
| **Other Repurchase Agreements** | — | 868,167,000 | — | 868,167,000 |
| **Repurchase Agreements** | — | 857,000,000 | — | 857,000,000 |
| **Investment Company** | 27,000,200 | — | — | 27,000,200 |
| TOTAL SECURITIES | $27,000,200 | $9,488,070,044 | $— | $9,515,070,244 |

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| EDFA | —Economic Development Finance Authority |
| FHLB | —Federal Home Loan Bank |
| GTD | —Guaranteed |
| IDB | —Industrial Development Bond |
| LIBOR | —London InterBank Offered Rate |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Wealth Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.015 | 0.008 | 0.003 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.015 | 0.008 | 0.003 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.015) | (0.008) | (0.003) | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.015) | (0.008) | (0.003) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 1.53% | 0.75% | 0.27% | 0.05% | 0.03% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.20% | 0.20% | 0.21% | 0.20% | 0.20% |
| Net investment income | 1.56% | 0.71% | 0.26% | 0.05% | 0.03% |
| Expense waiver/reimbursement3 | 0.13% | 0.13% | 0.10% | 0.08% | 0.08% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $5,770,600 | $2,868,583 | $6,447,093 | $10,562,802 | $10,709,538 |

1    *Represents less than $0.001.*
2    *Based on net asset value.*
3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | | |
|---|---|---|
| Investment in repurchase agreements and other repurchase agreements | $1,725,167,000 | |
| Investment in securities, including $27,000,200 of investment in an affiliated holding | 7,789,903,244 | |
| Investment in securities, at value (identified cost $9,515,070,244) | | $9,515,070,244 |
| Income receivable | | 6,601,798 |
| Income receivable from affiliated holdings | | 44,650 |
| Receivable for shares sold | | 37,778,286 |
| TOTAL ASSETS | | 9,559,494,978 |
| **Liabilities:** | | |
| Payable for investments purchased | $ 83,782,785 | |
| Payable for shares redeemed | 35,659,258 | |
| Bank overdraft | 27,632 | |
| Income distribution payable | 1,721,762 | |
| Payable for investment advisor fee (Note 5) | 19,335 | |
| Payable for administrative fees (Note 5) | 20,702 | |
| Payable for distribution services fee (Note 5) | 330,021 | |
| Payable for other service fees (Notes 2 and 5) | 716,473 | |
| Accrued expenses (Note 5) | 931,251 | |
| TOTAL LIABILITIES | | 123,209,219 |
| Net assets for 9,436,286,702 shares outstanding | | $9,436,285,759 |
| **Net Assets Consist of:** | | |
| Paid-in capital | | $9,436,277,786 |
| Accumulated net realized gain | | 4,255 |
| Undistributed net investment income | | 3,718 |
| TOTAL NET ASSETS | | $9,436,285,759 |

## Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

**Automated Shares:**

$376,107,021 ÷ 376,107,059 shares outstanding,
no par value, unlimited shares authorized — $1.00

**Class R Shares:**

$42,390,038 ÷ 42,390,042 shares outstanding,
no par value, unlimited shares authorized — $1.00

**Wealth Shares:**

$5,770,599,715 ÷ 5,770,600,290 shares outstanding,
no par value, unlimited shares authorized — $1.00

**Service Shares:**

| | |
|---|---|
| $1,799,914,286 ÷ 1,799,914,467 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Cash II Shares:**

| | |
|---|---|
| $998,683,345 ÷ 998,683,445 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Cash Series Shares:**

| | |
|---|---|
| $29,911,225 ÷ 29,911,228 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Capital Shares:**

| | |
|---|---|
| $398,851,590 ÷ 398,851,630 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Trust Shares:**

| | |
|---|---|
| $19,828,539 ÷ 19,828,541 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**16**

Table of Contents

## Statement of Operations

Year Ended July 31, 2018

**Investment Income:**

| | |
|---|---|
| Interest | $126,558,434 |
| Dividends received from an affiliated holding (see footnotes to Portfolio of Investments) | 311,154 |
| TOTAL INCOME | 126,869,588 |

**Expenses:**

| | |
|---|---|
| Investment adviser fee (Note 5) | $14,489,580 |
| Administrative fee (Note 5) | 5,800,603 |
| Custodian fees | 292,416 |
| Transfer agent fee (Note 2) | 3,767,630 |
| Directors'/Trustees' fees (Note 5) | 52,910 |
| Auditing fees | 24,625 |
| Legal fees | 8,786 |
| Portfolio accounting fees | 270,493 |
| Distribution services fee (Note 5) | 4,318,316 |
| Other service fees (Notes 2 and 5) | 7,634,195 |
| Share registration costs | 346,900 |
| Printing and postage | 348,645 |

| Miscellaneous (Note 5) | | 129,577 |
|---|---|---|
| TOTAL EXPENSES | | 37,484,676 |
| **Waivers and Reimbursements:** | | |
| Waiver of investment adviser fee (Note 5) | $(9,343,108) | |
| Waiver/reimbursements of other operating expenses (Notes 2 and 5) | (53,631) | |
| TOTAL WAIVERS AND REIMBURSEMENTS | | (9,396,739) |
| Net expenses | | 28,087,937 |
| Net investment income | | 98,781,651 |
| Net realized gain on investments | | 4,318 |
| Change in net assets resulting from operations | | $ 98,785,969 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
17

Table of Contents

# Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 98,781,651 | $ 31,892,392 |
| Net realized gain | 4,318 | 35,928 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 98,785,969 | 31,928,320 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Automated Shares | (4,458,961) | (1,924,874) |
| Class R Shares | (254,174) | (26,972) |
| Wealth Shares | (62,091,162) | (19,832,875) |
| Service Shares | (17,975,674) | (6,409,299) |
| Cash II Shares | (8,908,070) | (2,026,304) |
| Cash Series Shares | (210,549) | (39,311) |
| Capital Shares | (4,748,924) | (1,598,954) |
| Trust Shares | (134,344) | (52,139) |
| Distributions from net realized gain | | |
| Automated Shares | (531) | (3,333) |
| Class R Shares | (72) | (942) |
| Wealth Shares | (4,921) | (15,632) |
| Service Shares | (1,830) | (7,720) |
| Cash II Shares | (1,772) | (7,151) |
| Cash Series Shares | (39) | (2,387) |
| Capital Shares | (396) | (2,404) |
| Trust Shares | (19) | (251) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (98,791,438) | (31,950,548) |

Table of Contents

# Statement of Changes in Net Assets – continued

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Share Transactions:** | | |
| Proceeds from sale of shares | 17,513,771,296 | 15,495,395,612 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 82,970,924 | 22,215,752 |
| Cost of shares redeemed | (14,082,858,419) | (23,022,049,880) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | 3,513,883,801 | (7,504,438,516) |
| Change in net assets | 3,513,878,332 | (7,504,460,744) |
| **Net Assets:** | | |
| Beginning of period | 5,922,407,427 | 13,426,868,171 |
| End of period (including undistributed net investment income of $3,718 and $3,925, respectively) | $ 9,436,285,759 | $ 5,922,407,427 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018 (unaudited)

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Prime Cash Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund

offers eight classes of shares: Automated Shares, Class R Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares, Capital Shares and Trust Shares. The Financial Highlights of the Automated Shares, Class R Shares, Service Shares, Cash II Shares, Cash Series Shares, Capital Shares and Trust Shares are presented separately. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interests of the Fund.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Most securities are valued at amortized cost. Shares of any institutional money market fund in which the Fund invests will be valued at that fund's NAV, which may be calculated using market value, rather than the amortized cost method. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

Annual Shareholder Report
**20**

Table of Contents

The Trustees have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

**Annual Shareholder Report**

**21**

Table of Contents

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

**Investment Income, Gains and Losses, Expenses and Distributions**

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers and reimbursements of $9,396,739 is disclosed in various locations in this Note 2 and Note 5. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

| | Transfer Agent Fees Incurred | Transfer Agent Fees Reimbursed |
|---|---|---|
| Automated Shares | $ 327,969 | $ — |
| Class R Shares | 129,114 | — |
| Wealth Shares | 1,309,862 | (108) |
| Service Shares | 454,730 | — |
| Cash II Shares | 1,410,834 | — |
| Cash Series Shares | 23,735 | — |
| Capital Shares | 107,063 | — |
| Trust Shares | 4,323 | — |
| TOTAL | $3,767,630 | $(108) |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

**Annual Shareholder Report**

**22**

Table of Contents

**Other Service Fees**

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Class R Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares, Capital Shares and Trust Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Financial intermediaries may include a company affiliated with management of Federated Investors, Inc. A financial intermediary affiliated with management of Federated Investors, Inc. received $82,976 of other service fees for the year ended July 31, 2018. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred | Other Service Fees Reimbursed |
|---|---|---|
| Automated Shares | $ 919,690 | $ — |
| Class R Shares | 111,105 | — |

| | Shares | |
|---|---|---|
| Service Shares | 3,400,709 | — |
| Cash II Shares | 2,772,742 | — |
| Cash Series Shares | 72,728 | — |
| Capital Shares | 324,960 | (1,641) |
| Trust Shares | 32,261 | — |
| TOTAL | $7,634,195 | $(1,641) |

For the year ended July 31, 2018, the Fund's Wealth Shares did not incur other service fees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**Annual Shareholder Report**

**23**

Table of Contents

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Automated Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 575,364,769 | $ 575,364,769 | 800,439,237 | $ 800,439,237 |
| Shares issued to shareholders in payment of distributions declared | 4,359,773 | 4,359,773 | 1,864,443 | 1,864,443 |
| Shares redeemed | (549,630,302) | (549,633,990) | (1,556,512,891) | (1,556,512,891) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | 30,094,240 | 30,090,552 | (754,209,211) | (754,209,211) |

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Class R Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 24,222,010 | $ 24,222,010 | 59,023,688 | $ 59,023,688 |
| Shares issued to shareholders in payment of distributions declared | 251,236 | 251,236 | 27,334 | 27,334 |
| Shares redeemed | (33,141,669) | (33,141,776) | (239,214,264) | (239,214,264) |
| NET CHANGE RESULTING FROM CLASS R SHARE TRANSACTIONS | (8,668,423) | (8,668,530) | (180,163,242) | (180,163,242) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Wealth Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 9,716,640,608 | $ 9,716,641,691 | 8,790,671,857 | $ 8,790,671,857 |
| Shares issued to shareholders in payment of distributions declared | 47,982,485 | 47,982,485 | 11,352,426 | 11,352,426 |
| Shares redeemed | (6,862,603,466) | (6,862,603,466) | (12,380,523,610) | (12,380,523,610) |
| NET CHANGE RESULTING FROM WEALTH SHARE TRANSACTIONS | 2,902,019,627 | 2,902,020,710 | (3,578,499,327) | (3,578,499,327) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 4,575,841,156 | $ 4,575,843,403 | 2,735,899,479 | $ 2,735,899,479 |
| Shares issued to shareholders in payment of distributions declared | 16,931,602 | 16,931,602 | 5,964,035 | 5,964,035 |
| Shares redeemed | (4,008,195,569) | (4,008,195,569) | (3,571,141,035) | (3,571,141,035) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 584,577,189 | 584,579,436 | (829,277,521) | (829,277,521) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Cash II Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,657,905,578 | $ 1,657,906,832 | 1,696,957,399 | $ 1,696,957,399 |
| Shares issued to shareholders in payment of distributions declared | 8,851,845 | 8,851,845 | 2,016,826 | 2,016,826 |
| Shares redeemed | (1,864,340,889) | (1,864,340,889) | (1,980,474,203) | (1,980,474,203) |
| NET CHANGE RESULTING FROM CASH II SHARE TRANSACTIONS | (197,583,466) | (197,582,212) | (281,499,978) | (281,499,978) |

Annual Shareholder Report
25

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Cash Series Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |

| | | | | |
|---|---|---|---|---|
| Shares sold | 123,691,470 | $ 123,691,507 | 201,457,025 | $ 201,457,025 |
| Shares issued to shareholders in payment of distributions declared | 201,666 | 201,666 | 39,351 | 39,351 |
| Shares redeemed | (122,346,583) | (122,346,583) | (645,241,018) | (645,241,018) |
| NET CHANGE RESULTING FROM CASH SERIES SHARE TRANSACTIONS | 1,546,553 | 1,546,590 | (443,744,642) | (443,744,642) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Capital Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 823,065,682 | $ 823,065,682 | 1,159,289,065 | $ 1,159,289,065 |
| Shares issued to shareholders in payment of distributions declared | 4,258,589 | 4,258,589 | 900,323 | 900,323 |
| Shares redeemed | (632,066,879) | (632,067,703) | (2,526,716,120) | (2,526,716,120) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 195,257,392 | 195,256,568 | (1,366,526,732) | (1,366,526,732) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Trust Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 17,035,402 | $ 17,035,402 | 51,657,862 | $ 51,657,862 |
| Shares issued to shareholders in payment of distributions declared | 133,728 | 133,728 | 51,014 | 51,014 |
| Shares redeemed | (10,528,441) | (10,528,443) | (122,226,739) | (122,226,739) |
| NET CHANGE RESULTING FROM TRUST SHARE TRANSACTIONS | 6,640,689 | 6,640,687 | (70,517,863) | (70,517,863) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 3,513,883,801 | 3,513,883,801 | (7,504,438,516) | (7,504,438,516) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | **2018** | **2017** |
|---|---|---|
| Ordinary income[1] | $98,786,702 | $31,950,548 |
| Long-term capital gains | $ 4,736 | $ — |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

**Annual Shareholder Report**
**26**

Table of Contents

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $7,973 |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived $9,314,165 of its fee and voluntarily reimbursed $108 of transfer agent fees.

The Adviser has agreed to waive their fee and/or reimburse the Fund for certain investment adviser fees and other operating expenses as a result of transactions in other affiliated investment companies. For the year ended July 31, 2018, the Adviser waived and/or reimbursed $28,943.

## Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Annual Shareholder Report**
**27**

Table of Contents

## Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Class R Shares, Cash II Shares, Cash Series Shares and Trust Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets annually, to compensate FSC:

| Share Class Name | Percentage of Average Daily Net Assets of Class |
|---|---|
| Class R Shares | 0.50% |
| Cash II Shares | 0.35% |
| Cash Series Shares | 0.60% |
| Trust Shares | 0.25% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred | Distribution Services Fees Waived |
|---|---|---|
| Class R Shares | $ 227,907 | $(22,791) |
| Cash II Shares | 3,883,242 | — |
| Cash Series Shares | 174,548 | (29,091) |
| Trust Shares | 32,619 | — |
| TOTAL | $4,318,316 | $(51,882) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $232,471 fees paid by the Fund.

## Other Service Fees

For the year ended July 31, 2018, FSSC received $39,730 and reimbursed $1,641 of the other service fees disclosed in Note 2.

## Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) and the Fund's share of fees and expenses of the investments in affiliated funds paid by the Fund's Automated Shares, Class R Shares, Wealth Shares, Service Shares, Cash II

Shares, Cash Series Shares, Capital Shares and Trust Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.55%, 1.15%, 0.20%, 0.45%, 0.90%, 1.05%, 0.30% and 0.70% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next

Table of Contents

effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

## Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These sale transactions complied with Rule 17a-7 under the Act and amounted to $5,900,000.

## Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

## 6. CONCENTRATION OF RISK

A substantial part of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

## 7. LINE OF CREDIT

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

Table of Contents

## 8. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

## 9. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $4,736.

For the fiscal year ended July 31, 2018, 84.96% of dividends paid by the Fund are interest-related dividends, as provided by the American Jobs Creation Act of 2004.

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND THE WEALTH CLASS SHAREHOLDERS OF FEDERATED PRIME CASH OBLIGATIONS FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Prime Cash Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statements of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

|  | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual** | $1,000 | $1,008.90 | $1.00 |
| **Hypothetical (assuming a 5% return before expenses)** | $1,000 | $1,023.80 | $1.00 |

1    *Expenses are equal to the Fund's Wealth Shares annualized net expense ratio of 0.20%, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period).*

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Annual Shareholder Report

36

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**

**37**

Table of Contents

**OFFICERS**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| --- | --- |
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND<br>SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since:<br>November 1996 | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since November 1996. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED PRIME CASH OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's

decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**
**42**

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

The CCO noted that the services, administrative responsibilities and risks associated with such relationships are quite different than serving as a primary adviser to a fund.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the

day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the

**Annual Shareholder Report**

**43**

Table of Contents

compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

**Annual Shareholder Report**

**44**

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its

affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
**45**

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**46**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public

Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**47**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Prime Cash Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N625*

*Q453566 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

## Annual Shareholder Report

*July 31, 2018*

| Share Class | Ticker | | | | |
|---|---|---|---|---|---|
| **Automated** | PTAXX | **R** | PTRXX | **Wealth** | PCOXX |
| **Service** | PRCXX | **Cash II** | PCDXX | **Cash Series** | PTSXX |
| **Capital** | PCCXX | **Trust** | PTTXX | | |

# Federated Prime Cash Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

Portfolio of Investments Summary Tables ·································· 1

| Portfolio of Investments | 2 |
| Financial Highlights | 14 |
| Statement of Assets and Liabilities | 22 |
| Statement of Operations | 24 |
| Statement of Changes in Net Assets | 25 |
| Notes to Financial Statements | 27 |
| Report of Independent Registered Public Accounting Firm | 38 |
| Shareholder Expense Example | 40 |
| Board of Trustees and Trust Officers | 42 |
| Evaluation and Approval of Advisory Contract–May 2018 | 48 |
| Voting Proxies on Fund Portfolio Securities | 55 |
| Quarterly Portfolio Schedule | 55 |

Table of Contents

# Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
| --- | --- |
| Commercial Paper | 34.2% |
| Variable Rate Instruments | 29.9% |
| Bank Instruments | 17.8% |
| Corporate Bonds | 0.3% |
| Other Repurchase Agreements and Repurchase Agreements | 18.3% |
| Cash Equivalents2 | 0.3% |
| Other Assets and Liabilities—Net3 | (0.8)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity schedule4 was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
| --- | --- |
| 1-7 Days | 43.9%5 |
| 8 to 30 Days | 22.3% |
| 31 to 90 Days | 29.7% |
| 91 to 180 Days | 3.4% |
| 181 Days or more | 1.5% |
| Other Assets and Liabilities—Net3 | (0.8)% |
| TOTAL | **100.0%** |

1   *See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types. With respect to this table, Commercial Paper includes commercial paper with interest rates that are fixed or that reset periodically.*

2   *Cash Equivalents include any investments in money market mutual funds and/or overnight repurchase agreements.*

3   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

4   *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

5   *Overnight securities comprised 25.0% of the Fund's portfolio.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount or Shares | | Value |
|---|---|---|
| | CERTIFICATES OF DEPOSIT—7.7% | |
| | **Finance - Banking—7.7%** | |
| $ 22,000,000 | BMO Harris Bank, N.A., 2.360%, 8/13/2018 | $ 22,000,000 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.760%, 6/25/2019 | 25,000,000 |
| 50,500,000 | Commonwealth Bank of Australia, 1.600%, 9/21/2018 | 50,500,000 |
| 25,000,000 | Mizuho Bank Ltd., 2.260%, 8/29/2018 | 25,000,000 |
| 75,000,000 | Mizuho Bank Ltd., 2.425% - 2.450%, 9/28/2018 - 10/22/2018 | 74,667,691 |
| 380,000,000 | Sumitomo Mitsui Trust Bank Ltd., 1.940% - 2.310%, 8/3/2018 - 10/5/2018 | 380,000,000 |
| 25,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.340%, 10/2/2018 | 24,899,849 |
| 40,000,000 | Toronto Dominion Bank, 1.700%, 10/5/2018 | 39,879,297 |
| 60,000,000 | Toronto Dominion Bank, 2.620%, 4/22/2019 | 60,000,000 |
| 25,000,000 | Westpac Banking Corp. Ltd., Sydney, 1.570%, 9/14/2018 | 25,000,000 |
| | TOTAL CERTIFICATES OF DEPOSIT | 726,946,837 |
| | [1]COMMERCIAL PAPER—34.2% | |
| | **Aerospace/Auto—0.5%** | |
| 50,000,000 | Daimler Finance NA LLC, (GTD by Daimler AG), 2.460% - 2.501%, 1/15/2019 - 1/22/2019 | 49,419,923 |
| | **Finance - Banking—16.2%** | |
| 49,801,000 | Albion Capital LLC, (MUFG Bank Ltd. LIQ), 2.104%, 8/16/2018 | 49,757,424 |
| 263,660,000 | Antalis S.A., (Societe Generale, Paris LIQ), 1.981% - 2.188%, 8/3/2018 - 9/11/2018 | 263,316,283 |
| 40,000,000 | Banque et Caisse d'Epargne de L'Etat, 2.123%, 8/13/2018 | 39,972,000 |
| 48,600,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 1.636% - 2.817%, 9/14/2018 - 7/1/2019 | 48,004,867 |
| 212,000,000 | Gotham Funding Corp., (MUFG Bank Ltd. LIQ), 2.294% - 2.314%, 8/1/2018 - 10/30/2018 | 211,142,197 |
| 256,400,000 | LMA-Americas LLC, (Credit Agricole Corporate and Investment Bank LIQ), 1.951% - 2.054%, 8/1/2018 - 8/27/2018 | 256,274,282 |
| 50,000,000 | Matchpoint Finance PLC, (BNP Paribas SA LIQ), 2.303% - 2.313%, 9/4/2018 - 10/22/2018 | 49,814,959 |
| 200,000,000 | N.V. Bank Nederlandse Gemeenten, 1.951%, 8/1/2018 | 200,000,000 |
| 360,000,000 | Sumitomo Mitsui Banking Corp., 2.313% - 2.496%, 9/18/2018 - 12/27/2018 | 358,039,840 |
| 30,000,000 | Toronto Dominion Bank, 1.760%, 10/22/2018 | 29,881,853 |
| 25,000,000 | Toronto Dominion Bank, 2.295%, 9/19/2018 | 24,922,417 |
| | TOTAL | 1,531,126,122 |

Annual Shareholder Report

2

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | [1]COMMERCIAL PAPER—continued | |
| | **Finance - Commercial—0.8%** | |
| $ 75,000,000 | Crown Point Capital Co., LLC, (Credit Suisse AG LIQ), 2.104%, 8/6/2018 | $ 74,978,125 |

| Principal Amount or Shares | | Value |
|---:|:---|---:|
| | **Finance - Retail—10.0%** | |
| 64,000,000 | Barton Capital S.A., 2.054% - 2.158%, 8/21/2018 - 9/11/2018 | 63,888,958 |
| 78,500,000 | CHARTA, LLC, 2.283%, 10/10/2018 | 78,153,510 |
| 20,000,000 | Fairway Finance Co. LLC, 2.284%, 9/4/2018 | 19,957,122 |
| 30,000,000 | Old Line Funding, LLC, 2.320, 10/19/2018 | 29,847,267 |
| 50,000,000 | Old Line Funding, LLC, 2.360, 10/23/2018 | 49,727,944 |
| 25,000,000 | Old Line Funding, LLC, 2.360, 10/26/2018 | 24,859,056 |
| 50,000,000 | Old Line Funding, LLC, 2.400, 12/20/2018 | 49,530,000 |
| 25,000,000 | Old Line Funding, LLC, 2.420, 12/6/2018 | 24,786,569 |
| 50,000,000 | Old Line Funding, LLC, 2.107%, 10/1/2018 | 49,822,083 |
| 458,800,000 | Sheffield Receivables Company LLC, 2.283% - 2.369%, 8/16/2018 - 11/6/2018 | 457,259,456 |
| 100,000,000 | Starbird Funding Corp., 2.314%, 9/10/2018 | 99,744,445 |
| | TOTAL | 947,576,410 |
| | **Finance - Securities—4.7%** | |
| 260,000,000 | Anglesea Funding LLC, 2.333% - 2.518%, 10/1/2018 - 10/5/2018 | 258,928,114 |
| 100,000,000 | Chesham Finance LLC Series III, 1.951%, 8/3/2018 | 99,989,167 |
| 80,000,000 | Collateralized Commercial Paper Co. LLC, 1.917% - 2.672%, 9/7/2018 - 4/26/2019 | 79,142,122 |
| | TOTAL | 438,059,403 |
| | **Sovereign—2.0%** | |
| 75,000,000 | Caisse des Depots et Consignations (CDC), 2.263%, 8/29/2018 | 74,868,750 |
| 10,000,000 | Erste Abwicklungsanstalt, 2.264%, 9/5/2018 | 9,978,125 |
| 100,000,000 | Kells Funding, LLC, (FMS Wertmanagement AoR LIQ), 2.243%, 8/27/2018 | 99,857,528 |
| | TOTAL | 184,704,403 |
| | TOTAL COMMERCIAL PAPER | 3,225,864,386 |
| | CORPORATE BOND—0.3% | |
| | **Finance - Banking—0.3%** | |
| 33,750,000 | 2National Australia Bank Ltd., Melbourne, Series 144A, 2.559% (3-month USLIBOR +0.240%), 8/29/2019 | 33,807,139 |
| | 2NOTES - VARIABLE—29.9% | |
| | **Finance - Banking—24.0%** | |
| 25,000,000 | Bank of Montreal, 2.296% (1-month USLIBOR +0.210%), 8/10/2018 | 25,000,000 |
| 22,000,000 | Bank of Montreal, 2.332% (1-month USLIBOR +0.240%), 8/2/2018 | 22,000,000 |
| 60,000,000 | Bank of Montreal, 2.344% (1-month USLIBOR +0.280%), 8/28/2018 | 60,000,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount or Shares | | Value |
|---:|:---|---:|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 65,000,000 | Bank of Montreal, 2.386% (1-month USLIBOR +0.300%), 8/6/2018 | $ 65,000,000 |
| 25,000,000 | Bank of Montreal, 2.397% (1-month USLIBOR +0.300%), 8/7/2018 | 25,000,000 |
| 35,000,000 | Bank of Montreal, 2.518% (1-month USLIBOR +0.440%), 8/13/2018 | 35,000,000 |
| 75,000,000 | Bank of Montreal, 2.585% (3-month USLIBOR +0.250%), 9/18/2018 | 75,000,000 |
| 70,000,000 | Bank of Nova Scotia, Toronto, 2.369% (1-month USLIBOR +0.300%), 8/24/2018 | 70,000,000 |
| 100,000,000 | Bank of Nova Scotia, Toronto, 2.499% (3-month USLIBOR +0.160%), 10/8/2018 | 100,000,000 |
| 10,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.307% (1-month USLIBOR +0.220%), 8/6/2018 | 10,000,000 |

Case 18-12808   Doc 6-2   Filed 12/13/18   Page 326 of 586

| | | |
|---:|---|---:|
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.327% (1-month USLIBOR +0.230%), 8/9/2018 | 20,000,000 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.362% (1-month USLIBOR +0.270%), 8/1/2018 | 30,000,000 |
| 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.372% (1-month USLIBOR +0.290%), 7/12/2019 | 25,000,000 |
| 10,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.393% (1-month USLIBOR +0.320%), 8/17/2018 | 10,000,000 |
| 19,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.401% (1-month USLIBOR +0.320%), 8/23/2018 | 19,000,000 |
| 3,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.437% (1-month USLIBOR +0.340%), 8/7/2018 | 3,000,000 |
| 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.466% (3-month USLIBOR +0.130%), 9/21/2018 | 25,000,000 |
| 50,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.467% (3-month USLIBOR +0.130%), 10/9/2018 | 50,000,000 |
| 53,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.489% (3-month USLIBOR +0.150%), 10/15/2018 | 53,000,000 |
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.489% (3-month USLIBOR +0.150%), 10/29/2018 | 20,000,000 |
| 47,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.495% (3-month USLIBOR +0.170%), 9/20/2018 | 47,000,000 |
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.541% (3-month USLIBOR +0.220%), 9/10/2018 | 20,000,000 |
| 23,100,000 | Canadian Imperial Bank of Commerce, 2.286% (1-month USLIBOR +0.200%), 8/6/2018 | 23,100,000 |
| 55,000,000 | Canadian Imperial Bank of Commerce, 2.292% (1-month USLIBOR +0.200%), 8/2/2018 | 55,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.302% (1-month USLIBOR +0.230%), 8/28/2018 | 50,000,000 |
| 2,000,000 | Canadian Imperial Bank of Commerce, 2.319% (1-month USLIBOR +0.240%), 8/20/2018 | 2,000,000 |

**Annual Shareholder Report**
**4**

Table of Contents

| Principal Amount or Shares | | Value |
|---:|---|---:|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 10,000,000 | Canadian Imperial Bank of Commerce, 2.321% (1-month USLIBOR +0.240%), 8/22/2018 | $ 10,000,000 |
| 38,000,000 | Canadian Imperial Bank of Commerce, 2.327% (1-month USLIBOR +0.230%), 8/8/2018 | 38,000,000 |
| 10,000,000 | Canadian Imperial Bank of Commerce, 2.387% (1-month USLIBOR +0.300%), 8/6/2018 | 10,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.461% (3-month USLIBOR +0.130%), 10/9/2018 | 50,000,000 |
| 30,000,000 | Canadian Imperial Bank of Commerce, 2.466% (1-month USLIBOR +0.380%), 8/10/2018 | 30,000,000 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.480% (3-month USLIBOR +0.180%), 9/4/2018 | 50,000,000 |
| 7,450,000 | Capital Markets Access Co. LC, West Broad Holdings, LLC, Series 2007, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 7,450,000 |
| 3,700,000 | Charlotte Christian School, Series 1999, (Wells Fargo Bank, N.A. LOC), 2.120%, 8/1/2018 | 3,700,000 |
| 50,000,000 | Commonwealth Bank of Australia, 2.262% (1-month USLIBOR +0.190%), 8/14/2018 | 49,999,389 |
| 50,000,000 | Commonwealth Bank of Australia, 2.267% (1-month USLIBOR +0.200%), 8/13/2018 | 49,999,500 |
| 52,000,000 | Commonwealth Bank of Australia, 2.332% (1-month USLIBOR +0.260%), 8/28/2018 | 52,000,000 |
| 4,955,000 | Corporate Finance Managers, Inc., Series B, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 4,955,000 |
| 7,555,000 | Dynetics, Inc., Series 2010-A, (Branch Banking & Trust Co. LOC), 2.030%, 8/2/2018 | 7,555,000 |
| 3,010,000 | Gadsden, AL Airport Authority, Series 2004, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 3,010,000 |
| 4,865,000 | Guiding Light Church, Series 2005, (Wells Fargo Bank, N.A. LOC), 2.130%, 8/2/2018 | 4,865,000 |
| 16,320,000 | Hamilton Station Park and Ride, Series 2005, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 16,320,000 |

| Principal Amount or Shares | | Value |
|---|---|---|
| 3,000,000 | Mike P. Sturdivant, Sr. Family Trust, Series 2016, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 3,000,000 |
| 1,250,000 | Montgomery, AL IDB, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 1,250,000 |
| 70,000,000 | National Australia Bank Ltd., Melbourne, 2.517% (1-month USLIBOR +0.420%), 8/9/2018 | 70,000,000 |
| 19,670,000 | Osprey Properties Limited Partnership, LLP & Nighthawk Properties, LLC, Series 2008, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 19,670,000 |
| 29,435,000 | Panel Rey S.A., Series 2016, (Citibank NA, New York LOC), 2.030%, 8/2/2018 | 29,435,000 |
| 4,280,000 | Partisan Property, Inc., Series 2014, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/1/2018 | 4,280,000 |

**Annual Shareholder Report**

5

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 10,000,000 | Royal Bank of Canada, 2.336% (1-month USLIBOR +0.250%), 8/6/2018 | $ 10,000,000 |
| 50,000,000 | Royal Bank of Canada, 2.347% (1-month USLIBOR +0.250%), 8/8/2018 | 50,000,000 |
| 10,000,000 | Royal Bank of Canada, 2.605% (3-month USLIBOR +0.280%), 9/20/2018 | 10,000,000 |
| 15,000,000 | SSAB AB (publ), Series 2015-A, (DNB Bank ASA LOC), 2.030%, 8/2/2018 | 15,000,000 |
| 11,670,000 | Saint Paul Minnesota Sales Tax Revenue, Revenue Bond - RiverCentre Arena PJ Series 2009 A, (Wells Fargo Bank, N.A. LOC), 1.930%, 8/2/2018 | 11,670,000 |
| 5,925,000 | Spira Millenium LLC, Series 2001, (Bank of America N.A. LOC), 2.030%, 8/2/2018 | 5,925,000 |
| 6,130,000 | St. Andrew United Methodist Church, Series 2004, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 6,130,000 |
| 25,000,000 | Sumitomo Mitsui Banking Corp., 2.264% (1-month USLIBOR +0.200%), 8/28/2018 | 25,000,000 |
| 40,000,000 | Sumitomo Mitsui Banking Corp., 2.332% (1-month USLIBOR +0.260%), 8/29/2018 | 40,000,000 |
| 25,000,000 | Sumitomo Mitsui Banking Corp., 2.347% (1-month USLIBOR +0.250%), 8/9/2018 | 25,000,000 |
| 1,570,000 | Sun Valley, Inc., (Wells Fargo Bank, N.A. LOC), 2.130%, 8/3/2018 | 1,570,000 |
| 100,000,000 | Toronto Dominion Bank, 2.314% (1-month USLIBOR +0.250%), 8/27/2018 | 100,000,000 |
| 82,000,000 | Toronto Dominion Bank, 2.367% (1-month USLIBOR +0.270%), 8/8/2018 | 82,000,000 |
| 60,000,000 | Toronto Dominion Bank, 2.377% (1-month USLIBOR +0.280%), 8/8/2018 | 60,000,000 |
| 20,000,000 | Toronto Dominion Bank, 2.476% (3-month USLIBOR +0.140%), 9/14/2018 | 20,000,000 |
| 30,000,000 | Toronto Dominion Bank, 2.497% (3-month USLIBOR +0.150%), 10/23/2018 | 30,000,000 |
| 6,400,000 | Village Green Finance Co. LLC, (Series 1997), (Wells Fargo Bank, N.A. LOC), 2.070%, 8/1/2018 | 6,400,000 |
| 36,000,000 | Wells Fargo Bank, N.A., 2.287% (1-month USLIBOR +0.210%), 8/28/2018 | 36,000,000 |
| 7,000,000 | Wells Fargo Bank, N.A., 2.292% (1-month USLIBOR +0.220%), 8/16/2018 | 6,998,258 |
| 26,000,000 | Wells Fargo Bank, N.A., 2.296% (1-month USLIBOR +0.210%), 8/6/2018 | 26,000,000 |
| 30,000,000 | Wells Fargo Bank, N.A., 2.323% (1-month USLIBOR +0.250%), 8/17/2018 | 30,000,000 |

**Annual Shareholder Report**

6

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 15,500,000 | Wells Fargo Bank, N.A., 2.329% (1-month USLIBOR +0.250%), 8/20/2018 | $ 15,497,535 |

| Principal Amount | | Value |
|---|---|---|
| 30,000,000 | Wells Fargo Bank, N.A., 2.336% (1-month USLIBOR +0.250%), 8/6/2018 | 30,000,000 |
| 25,000,000 | Wells Fargo Bank, N.A., 2.490% (3-month USLIBOR +0.160%), 8/24/2018 | 25,000,000 |
| 20,000,000 | Wells Fargo Bank, N.A., 2.517% (3-month USLIBOR +0.180%), 9/27/2018 | 20,000,000 |
| 10,000,000 | Wells Fargo Bank, N.A., 2.521% (3-month USLIBOR +0.200%), 9/10/2018 | 10,000,000 |
| 20,000,000 | Wells Fargo Bank, N.A., 2.546% (3-month USLIBOR +0.210%), 10/17/2018 | 20,000,000 |
| 43,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.320% (1-month USLIBOR +0.230%), 8/3/2018 | 43,000,000 |
| 25,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.349% (1-month USLIBOR +0.280%), 8/24/2018 | 25,000,000 |
| 25,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.374% (1-month USLIBOR +0.300%), 8/13/2018 | 25,000,000 |
| | TOTAL | 2,265,779,682 |
| | **Finance - Retail—0.5%** | |
| 50,000,000 | Old Line Funding, LLC, 2.581% (1-month USLIBOR +0.500%), 8/22/2018 | 50,000,000 |
| | **Finance - Securities—4.2%** | |
| 25,000,000 | Anglesea Funding LLC, 2.397% (1-month USLIBOR +0.320%), 8/28/2018 | 25,000,000 |
| 25,000,000 | Anglesea Funding LLC, 2.414% (1-month USLIBOR +0.350%), 8/27/2018 | 25,000,000 |
| 25,000,000 | Anglesea Funding LLC, 2.429% (1-month USLIBOR +0.350%), 8/20/2018 | 25,000,000 |
| 25,000,000 | Anglesea Funding LLC, 2.536% (1-month USLIBOR +0.450%), 8/6/2018 | 25,000,000 |
| 45,000,000 | Collateralized Commercial Paper Co. LLC, 2.350% (1-month USLIBOR +0.280%), 8/27/2018 | 45,000,000 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.426% (3-month USLIBOR +0.100%), 9/17/2018 | 25,000,000 |
| 40,000,000 | Collateralized Commercial Paper Co. LLC, 2.443% (3-month USLIBOR +0.110%), 10/18/2018 | 40,000,000 |
| 30,000,000 | Collateralized Commercial Paper Co. LLC, 2.449% (3-month USLIBOR +0.110%), 10/5/18 | 30,000,000 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.457% (3-month USLIBOR +0.110%), 10/22/2018 | 25,000,000 |

**Annual Shareholder Report**

7

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Securities—continued** | |
| $ 45,000,000 | Collateralized Commercial Paper Co. LLC, 2.469% (3-month USLIBOR +0.130%), 10/15/2018 | $ 45,000,000 |
| 20,000,000 | Collateralized Commercial Paper Co. LLC, 2.545% (3-month USLIBOR +0.220%), 9/20/2018 | 20,000,000 |
| 20,000,000 | Collateralized Commercial Paper II Co. LLC, 2.358% (1-month USLIBOR +0.280%), 8/13/2018 | 20,000,000 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.488% (3-month USLIBOR +0.170%), 8/30/2018 | 25,000,000 |
| 10,000,000 | Collateralized Commercial Paper II Co. LLC, 2.503% (3-month USLIBOR +0.160%), 10/4/2018 | 10,000,000 |
| 7,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522% (1-month USLIBOR +0.430%), 8/2/2018 | 7,000,000 |
| 2,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522% (1-month USLIBOR +0.430%), 8/2/2018 | 2,000,000 |
| 7,500,000 | Collateralized Commercial Paper II Co. LLC, 2.536% (3-month USLIBOR +0.200%), 9/28/2018 | 7,500,000 |
| | TOTAL | 401,500,000 |
| | **Government Agency—1.2%** | |
| 2,150,000 | CMR LLC, CMR LLC Project Series 2017, (FHLB of Indianapolis LOC), 2.030%, 8/2/2018 | 2,150,000 |
| 18,050,000 | Canyon Oaks LLC, Series 2017-A Canyon Oaks Apartments, (FHLB of San Francisco LOC), 2.080%, 8/1/2018 | 18,050,000 |
| 7,420,000 | Dennis Wesley Company, Inc., The Dennis Wesley Company, Inc. Project, (FHLB of Indianapolis LOC), 2.030%, 8/2/2018 | 7,420,000 |
| 5,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 5,000,000 |
| 4,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-B, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 4,000,000 |
| 375,000 | Kentucky EDFA, Henderson County Health Care Corp., (FHLB of Cincinnati LOC), 2.380%, 8/2/2018 | 375,000 |
| 6,740,000 | Mason Harrison Ratliff Enterprises, LLC, (FHLB of Dallas LOC), 2.030%, 8/2/2018 | 6,740,000 |

| | | |
|---:|---|---:|
| 23,820,000 | Oakmont of Whittier LLC, Series 2014-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 23,820,000 |
| 7,450,000 | Pittsburg Fox Creek Associates L.P., Series 2011-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 7,450,000 |
| 20,400,000 | Sunroad Centrum Apartments 5 LP, Centrum Apartments Project, Series 2016-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 20,400,000 |
| 13,600,000 | Sunroad Centrum Apartments 5 LP, Centrum Apartments Project, Series 2016-B, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 13,600,000 |
| | TOTAL | 109,005,000 |
| | TOTAL NOTES—VARIABLE | 2,826,284,682 |

**Annual Shareholder Report**

**8**

Table of Contents

| Principal Amount or Shares | | Value |
|---:|---|---:|
| | TIME DEPOSITS—10.1% | |
| | **Finance - Banking—10.1%** | |
| $350,000,000 | ABN Amro Bank NV, 1.950%, 8/3/2018 - 8/6/2018 | $ 350,000,000 |
| 200,000,000 | DNB Bank ASA, 1.870%, 8/1/2018 | 200,000,000 |
| 300,000,000 | Nordea Bank AB, 1.880%, 8/1/2018 | 300,000,000 |
| 100,000,000 | Northern Trust Co., Chicago, IL, 1.840%, 8/1/2018 | 100,000,000 |
| | TOTAL TIME DEPOSITS | 950,000,000 |
| | INVESTMENT COMPANY—0.3% | |
| 26,997,500 | Federated Institutional Prime Value Obligations Fund, Institutional Shares, 2.08%[3] (IDENTIFIED COST $27,000,200) | 27,000,200 |
| | OTHER REPURCHASE AGREEMENTS—9.2% | |
| | **Finance - Banking—9.2%** | |
| 80,000,000 | BMO Capital Markets Corp., 2.01%, dated 7/31/2018, interest in a $130,000,000 collateralized loan agreement will repurchase securities provided as collateral for $130,007,258 on 8/1/2018, in which asset-backed securities, corporate bonds and medium-term notes with a market value of $132,607,404 have been received as collateral and held with BNY Mellon as tri-party agent. | 80,000,000 |
| 50,000,000 | Citigroup Global Markets, Inc., 3.05%, dated 2/1/2018, interest in a $75,000,000 collateralized loan agreement will repurchase securities provided as collateral for $76,150,104 on 8/1/2018, in which corporate bonds and U.S. Treasury note with a market value of $76,693,739 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 50,000,000 | Citigroup Global Markets, Inc., 3.10%, dated 2/1/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $147,259,986 on 8/1/2018, in which collateralized mortgage obligations with a market value of $148,280,648 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 50,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $145,008,096 on 8/1/2018, in which asset-backed securities with a market value of $147,900,000 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 50,000,000 |
| 45,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $90,000,000 collateralized loan agreement will repurchase securities provided as collateral for $90,005,025 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $91,800,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 45,000,000 |

**Annual Shareholder Report**

**9**

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $106,167,000 | HSBC Securities (USA), Inc., 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which asset-backed securities, corporate bonds, medium-term notes, sovereign security and U.S. Treasury securities with a market value of $336,600,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | $ 106,167,000 |
| 52,000,000 | ING Financial Markets LLC, 2.01%, dated 7/31/2018, interest in a $152,000,000 collateralized loan agreement will repurchase securities provided as collateral for $152,008,487 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $155,048,709 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 52,000,000 |
| 36,000,000 | ING Financial Markets LLC, 2.06%, dated 7/31/2018, interest in a $136,000,000 collateralized loan agreement will repurchase securities provided as collateral for $136,007,782 on 8/1/2018, in which corporate bonds, medium-term notes and sovereign securities with a market value of $138,850,493 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 36,000,000 |
| 100,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/16/2018, interest in a $150,000,000 collateralized loan agreement will repurchase securities provided as collateral for $150,140,667 on 8/1/2018, in which common stocks, convertible bonds and exchange-traded fund with a market value of $153,143,500 have been received as collateral and held with BNY Mellon as tri-party agent. | 100,000,000 |
| 95,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/31/2018, interest in a $300,000,000 collateralized loan agreement will repurchase securities provided as collateral for $300,017,583 on 8/1/2018, in which American depository receipt, asset-backed securities, common stocks, corporate bonds and municipal bonds with a market value of $306,018,395 have been received as collateral and held with BNY Mellon as tri-party agent. | 95,000,000 |
| 50,000,000 | Mizuho Securities USA, Inc., 2.16%, dated 7/26/2018, interest in a $100,000,000 collateralized loan agreement will repurchase securities provided as collateral for $100,084,000 on 8/9/2018 in which common stocks with a market value of $102,036,740 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 94,000,000 | Mizuho Securities USA, Inc., 2.92%, dated 3/14/2018, interest in a $160,000,000 collateralized loan agreement will repurchase securities provided as collateral for $160,778,667 on 9/11/2018 in which collateralized mortgage obligations and corporate bonds with a market value of $163,451,510 have been received as collateral and held with BNY Mellon as tri-party agent. | 94,000,000 |

**Annual Shareholder Report**

**10**

Table of Contents

| Principal Amount or Shares | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $ 60,000,000 | Wells Fargo Securities LLC, 2.79%, dated 7/27/2018, interest in a $95,000,000 collateralized loan agreement will repurchase securities provided as collateral for $95,662,625 on 10/25/2018 in which collateralized mortgage obligations and municipal bonds with a market value of $96,937,661 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 60,000,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS | 868,167,000 |
| | REPURCHASE AGREEMENTS—9.1% | |
| | **Finance - Banking—9.1%** | |
| 256,000,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC, will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764. | 256,000,000 |

| | |
|---|---:|
| 601,000,000 | Interest in $3,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp., will repurchase securities provided as collateral for $3,000,160,833 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 5/1/2048 and the market value of those underlying securities was $3,061,292,789. |

| | |
|---|---:|
| | 601,000,000 |
| TOTAL REPURCHASE AGREEMENTS | 857,000,000 |
| TOTAL INVESTMENT IN SECURITIES—100.8% (AMORTIZED AND IDENTIFIED COST $9,515,070,244)[4] | 9,515,070,244 |
| OTHER ASSETS AND LIABILITIES - NET—(0.8)%[5] | (78,784,485) |
| TOTAL NET ASSETS—100% | $9,436,285,759 |

Annual Shareholder Report

11

Table of Contents

Affiliated fund holdings are investment companies which are managed by the Adviser or an affiliate of the Adviser. Transactions with affiliated fund holdings during the period ended July 31, 2018, were as follows:

| | Federated Institutional Prime Value Obligations Fund, Institutional Shares |
|---|---:|
| Balance of Shares Held 7/31/2017 | — |
| Purchases/Additions | 26,997,500 |
| Sales/Reductions | — |
| Balance of Shares Held 7/31/2018 | 26,997,500 |
| Value | $27,000,200 |
| Change in Unrealized Appreciation/Depreciation | $     — |
| Net Realized Gains/(Loss) | $     — |
| Dividend Income | $   311,154 |

1   *Discount rate at time of purchase for discount issues, or the coupon for interest-bearing issues.*

2   *Floating/variable note with current rate and current maturity or next reset date shown. Certain variable rate securities are not based on a published reference rate and spread, but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

3   *7-day net yield.*

4   *Also represents cost for federal tax purposes.*

5   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

**Annual Shareholder Report**

**12**

Table of Contents

The following is a summary of the inputs used, as of July 31, 2018, in valuing the Fund's assets carried at fair value:

**Valuation Inputs**

| | Level 1—Quoted Prices | Level 2—Other Significant Observable Inputs | Level 3—Significant Unobservable Inputs | Total |
|---|---|---|---|---|
| **Debt Securities:** | | | | |
| Certificates of Deposit | $ — | $ 726,946,837 | $— | $ 726,946,837 |
| Commercial Paper | — | 3,225,864,386 | — | 3,225,864,386 |
| Corporate Bonds | — | 33,807,139 | — | 33,807,139 |
| Notes—Variable | — | 2,826,284,682 | — | 2,826,284,682 |
| Time Deposits | — | 950,000,000 | — | 950,000,000 |
| **Other Repurchase Agreements** | — | 868,167,000 | — | 868,167,000 |
| **Repurchase Agreements** | — | 857,000,000 | — | 857,000,000 |
| **Investment Company** | 27,000,200 | — | — | 27,000,200 |
| TOTAL SECURITIES | $27,000,200 | $9,488,070,044 | $— | $9,515,070,244 |

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| EDFA | —Economic Development Finance Authority |
| FHLB | —Federal Home Loan Bank |
| GTD | —Guaranteed |
| IDB | —Industrial Development Bond |
| LIBOR | —London InterBank Offered Rate |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Automated Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/20151 |
|---|---|---|---|---|
| | 2018 | 2017 | 2016 | |
| **Net Asset Value, Beginning of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.012 | 0.005 | 0.001 | 0.0002 |
| Net realized gain | 0.0002 | 0.0002 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.012 | 0.005 | 0.001 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.012) | (0.005) | (0.001) | (0.000)2 |
| Distributions from net realized gain | (0.000)2 | (0.000)2 | (0.000)2 | — |
| TOTAL DISTRIBUTIONS | (0.012) | (0.005) | (0.001) | (0.000)2 |
| **Net Asset Value, End of Period** | $1.00 | $1.00 | $1.00 | $1.00 |
| **Total Return3** | 1.22% | 0.45% | 0.05% | 0.00%4 |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.51% | 0.51% | 0.48% | 0.30%5 |
| Net investment income | 1.21% | 0.37% | 0.07% | 0.02%5 |
| Expense waiver/reimbursement6 | 0.13% | 0.13% | 0.14% | 0.35%5 |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $376,107 | $346,013 | $1,100,224 | $121,723 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

2    *Represents less than $0.001.*

3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*

4    *Represents less than 0.01%.*

5    *Computed on an annualized basis.*

6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Class R Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | Period Ended |
|---|---|---|

| | 2018 | 2017 | 2016 | 7/31/2015[1] |
|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.006 | 0.0002 | 0.0002 | 0.0002 |
| Net realized gain | 0.0002 | 0.0002 | 0.0002 | 0.0002 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.006 | 0.0002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.006) | (0.000)[2] | (0.000)[2] | — |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | — | — |
|    TOTAL DISTRIBUTIONS | (0.006) | (0.000)[2] | (0.000)[2] | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.58% | 0.04% | 0.01% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 1.15% | 0.82% | 0.56% | 0.31%[5] |
| Net investment income | 0.56% | 0.02% | 0.01% | 0.02%[5] |
| Expense waiver/reimbursement[6] | 0.18% | 0.51% | 0.73% | 0.99%[5] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $42,390 | $51,059 | $231,222 | $0[7] |

1    *Reflects operations for the period from June 2, 2015 (date of initial public investment) to July 31, 2015.*
2    *Represents less than $0.001.*
3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4    *Represents less than 0.01%.*
5    *Computed on an annualized basis.*
6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*
7    *Represents less than $1,000.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**15**

Table of Contents

# Financial Highlights – Wealth Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.015 | 0.008 | 0.003 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.015 | 0.008 | 0.003 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.015) | (0.008) | (0.003) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DISTRIBUTIONS | (0.015) | (0.008) | (0.003) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.53% | 0.75% | 0.27% | 0.05% | 0.03% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.20% | 0.20% | 0.21% | 0.20% | 0.20% |
| Net investment income | 1.56% | 0.71% | 0.26% | 0.05% | 0.03% |
| Expense waiver/reimbursement[3] | 0.13% | 0.13% | 0.10% | 0.08% | 0.08% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $5,770,600 | $2,868,583 | $6,447,093 | $10,562,802 | $10,709,538 |

1　　*Represents less than $0.001.*

2　　*Based on net asset value.*

3　　*This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**16**

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.013 | 0.005 | 0.001 | 0.0001 | 0.0001 |
| Net realized gain | (0.000)[1] | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.013 | 0.005 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.013) | (0.005) | (0.001) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| TOTAL DISTRIBUTIONS | (0.013) | (0.005) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.28% | 0.50% | 0.08% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.45% | 0.45% | 0.40% | 0.24% | 0.22% |
| Net investment income | 1.31% | 0.47% | 0.08% | 0.01% | 0.01% |
| Expense waiver/reimbursement[3] | 0.13% | 0.13% | 0.16% | 0.30% | 0.31% |
| **Supplemental Data:** | | | | | |

| | | | | |
|---|---|---|---|---|
| Net assets, end of period (000 omitted) | $1,799,914 | $1,215,338 | $2,044,619 | $1,959,603 | $1,032,001 |

1    *Represents less than $0.001.*
2    *Based on net asset value.*
3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
17

Table of Contents

# Financial Highlights – Cash II Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.008 | 0.002 | 0.000[2] | 0.000[2] |
| Net realized gain | 0.000[2] | 0.000[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.008 | 0.002 | 0.000[2] | 0.000[2] |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.008) | (0.002) | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | (0.000)[2] | — |
| TOTAL DISTRIBUTIONS | (0.008) | (0.002) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.83% | 0.16% | 0.01% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.90% | 0.79% | 0.54% | 0.30%[5] |
| Net investment income | 0.80% | 0.16% | 0.01% | 0.02%[5] |
| Expense waiver/reimbursement[6] | 0.13% | 0.24% | 0.46% | 0.70%[5] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $998,683 | $1,196,268 | $1,477,770 | $211,294 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*
2    *Represents less than $0.001.*
3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4    *Represents less than 0.01%.*
5    *Computed on an annualized basis.*
6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**18**

Table of Contents

# Financial Highlights – Cash Series Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | **2018** | **2017** | **2016** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.007 | 0.001 | 0.000[2] | 0.000[2] |
| Net realized gain | 0.000[2] | 0.000[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.007 | 0.001 | 0.000[2] | 0.000[2] |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.007) | (0.001) | (0.000)[2] | (0.000)[2] |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | (0.000)[2] | — |
| TOTAL DISTRIBUTIONS | (0.007) | (0.001) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.72% | 0.08% | 0.01% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 1.00% | 0.70% | 0.51% | 0.30%[5] |
| Net investment income | 0.72% | 0.02% | 0.01% | 0.02%[5] |
| Expense waiver/reimbursement[6] | 0.23% | 0.57% | 0.74% | 0.95%[5] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $29,911 | $28,365 | $472,110 | $9,734 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*

2    *Represents less than $0.001.*

3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*

4    *Represents less than 0.01%.*

5    *Computed on an annualized basis.*

6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Capital Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.013 | 0.007 | 0.002 | 0.0001 | 0.0001 |
| Net realized gain | 0.001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
|     TOTAL FROM INVESTMENT OPERATIONS | 0.014 | 0.007 | 0.002 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.014) | (0.007) | (0.002) | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
|     TOTAL DISTRIBUTIONS | (0.014) | (0.007) | (0.002) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 1.43% | 0.65% | 0.17% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.30% | 0.30% | 0.30% | 0.24% | 0.22% |
| Net investment income | 1.46% | 0.45% | 0.17% | 0.01% | 0.01% |
| Expense waiver/reimbursement3 | 0.13% | 0.12% | 0.10% | 0.15% | 0.17% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $398,852 | $203,594 | $1,570,124 | $2,139,131 | $2,616,257 |

1    *Represents less than $0.001.*

2    *Based on net asset value.*

3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Trust Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | 2018 | 2017 | 2016 | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.010 | 0.003 | 0.0002 | 0.0002 |
| Net realized gain | 0.0002 | 0.0002 | 0.0002 | 0.0002 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.003 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.010) | (0.003) | (0.000)2 | — |
| Distributions from net realized gain | (0.000)2 | (0.000)2 | (0.000)2 | — |
|    TOTAL DISTRIBUTIONS | (0.010) | (0.003) | (0.000)2 | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 1.02% | 0.29% | 0.01% | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.70% | 0.63% | 0.55% | 0.30%[5] |
| Net investment income | 1.03% | 0.15% | 0.01% | 0.02%[5] |
| Expense waiver/reimbursement[6] | 0.13% | 0.20% | 0.26% | 0.50%[5] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $19,829 | $13,188 | $83,706 | $1,249 |

1    *Reflects operations for the period from June 2, 2015 (date of initial investment) to July 31, 2015.*
2    *Represents less than $0.001.*
3    *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4    *Represents less than 0.01%.*
5    *Computed on an annualized basis.*
6    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**21**

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | | |
|---|---|---|
| Investment in repurchase agreements and other repurchase agreements | $1,725,167,000 | |
| Investment in securities, including $27,000,200 of investment in an affiliated holding | 7,789,903,244 | |
| Investment in securities, at value (identified cost $9,515,070,244) | | $9,515,070,244 |
| Income receivable | | 6,601,798 |
| Income receivable from affiliated holdings | | 44,650 |
| Receivable for shares sold | | 37,778,286 |

| | |
|---|---:|
| TOTAL ASSETS | 9,559,494,978 |
| **Liabilities:** | |
| Payable for investments purchased | $ 83,782,785 |
| Payable for shares redeemed | 35,659,258 |
| Bank overdraft | 27,632 |
| Income distribution payable | 1,721,762 |
| Payable for investment advisor fee (Note 5) | 19,335 |
| Payable for administrative fees (Note 5) | 20,702 |
| Payable for distribution services fee (Note 5) | 330,021 |
| Payable for other service fees (Notes 2 and 5) | 716,473 |
| Accrued expenses (Note 5) | 931,251 |
| TOTAL LIABILITIES | 123,209,219 |
| Net assets for 9,436,286,702 shares outstanding | $9,436,285,759 |
| **Net Assets Consist of:** | |
| Paid-in capital | $9,436,277,786 |
| Accumulated net realized gain | 4,255 |
| Undistributed net investment income | 3,718 |
| TOTAL NET ASSETS | $9,436,285,759 |

Annual Shareholder Report
22

Table of Contents

## Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

| | |
|---|---:|
| **Automated Shares:** | |
| $376,107,021 ÷ 376,107,059 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Class R Shares:** | |
| $42,390,038 ÷ 42,390,042 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Wealth Shares:** | |
| $5,770,599,715 ÷ 5,770,600,290 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Service Shares:** | |
| $1,799,914,286 ÷ 1,799,914,467 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash II Shares:** | |
| $998,683,345 ÷ 998,683,445 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash Series Shares:** | |

| | |
|---|---:|
| $29,911,225 ÷ 29,911,228 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Capital Shares:** | |
| $398,851,590 ÷ 398,851,630 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Trust Shares:** | |
| $19,828,539 ÷ 19,828,541 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**23**

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| **Investment Income:** | | |
|---|---:|---:|
| Interest | | $126,558,434 |
| Dividends received from an affiliated holding (see footnotes to Portfolio of Investments) | | 311,154 |
|    TOTAL INCOME | | 126,869,588 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $14,489,580 | |
| Administrative fee (Note 5) | 5,800,603 | |
| Custodian fees | 292,416 | |
| Transfer agent fee (Note 2) | 3,767,630 | |
| Directors'/Trustees' fees (Note 5) | 52,910 | |
| Auditing fees | 24,625 | |
| Legal fees | 8,786 | |
| Portfolio accounting fees | 270,493 | |
| Distribution services fee (Note 5) | 4,318,316 | |
| Other service fees (Notes 2 and 5) | 7,634,195 | |
| Share registration costs | 346,900 | |
| Printing and postage | 348,645 | |
| Miscellaneous (Note 5) | 129,577 | |
|    TOTAL EXPENSES | | 37,484,676 |
| **Waivers and Reimbursements:** | | |
| Waiver of investment adviser fee (Note 5) | $(9,343,108) | |
| Waiver/reimbursements of other operating expenses (Notes 2 and 5) | (53,631) | |
|    TOTAL WAIVERS AND REIMBURSEMENTS | | (9,396,739) |

| Net expenses | 28,087,937 |
|---|---|
| Net investment income | 98,781,651 |
| Net realized gain on investments | 4,318 |
| Change in net assets resulting from operations | $ 98,785,969 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**24**

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 98,781,651 | $ 31,892,392 |
| Net realized gain | 4,318 | 35,928 |
|     CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 98,785,969 | 31,928,320 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Automated Shares | (4,458,961) | (1,924,874) |
| Class R Shares | (254,174) | (26,972) |
| Wealth Shares | (62,091,162) | (19,832,875) |
| Service Shares | (17,975,674) | (6,409,299) |
| Cash II Shares | (8,908,070) | (2,026,304) |
| Cash Series Shares | (210,549) | (39,311) |
| Capital Shares | (4,748,924) | (1,598,954) |
| Trust Shares | (134,344) | (52,139) |
| Distributions from net realized gain | | |
| Automated Shares | (531) | (3,333) |
| Class R Shares | (72) | (942) |
| Wealth Shares | (4,921) | (15,632) |
| Service Shares | (1,830) | (7,720) |
| Cash II Shares | (1,772) | (7,151) |
| Cash Series Shares | (39) | (2,387) |
| Capital Shares | (396) | (2,404) |
| Trust Shares | (19) | (251) |
|     CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (98,791,438) | (31,950,548) |

Table of Contents

# Statement of Changes in Net Assets – continued

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Share Transactions:** | | |
| Proceeds from sale of shares | 17,513,771,296 | 15,495,395,612 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 82,970,924 | 22,215,752 |
| Cost of shares redeemed | (14,082,858,419) | (23,022,049,880) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | 3,513,883,801 | (7,504,438,516) |
| Change in net assets | 3,513,878,332 | (7,504,460,744) |
| **Net Assets:** | | |
| Beginning of period | 5,922,407,427 | 13,426,868,171 |
| End of period (including undistributed net investment income of $3,718 and $3,925, respectively) | $ 9,436,285,759 | $ 5,922,407,427 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Prime Cash Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund

offers eight classes of shares: Automated Shares, Class R Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares, Capital Shares and Trust Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interests of the Fund.

On June 30, 2017, the Fund's Advisor Share class became effective with the Securities and Exchange Commission (SEC), but is not yet offered for sale.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Most securities are valued at amortized cost. Shares of any institutional money market fund in which the Fund invests will be valued at that fund's NAV, which may be calculated using market value, rather than the amortized cost method. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

Annual Shareholder Report
27

Table of Contents

The Trustees have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Table of Contents

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

**Investment Income, Gains and Losses, Expenses and Distributions**

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers and reimbursements of $9,396,739 is disclosed in various locations in this Note 2 and Note 5. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

| | Transfer Agent Fees Incurred | Transfer Agent Fees Reimbursed |
|---|---|---|
| Automated Shares | $ 327,969 | $ — |
| Class R Shares | 129,114 | — |
| Wealth Shares | 1,309,862 | (108) |
| Service Shares | 454,730 | — |
| Cash II Shares | 1,410,834 | — |
| Cash Series Shares | 23,735 | — |
| Capital Shares | 107,063 | — |
| Trust Shares | 4,323 | — |
| TOTAL | $3,767,630 | $(108) |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

**Annual Shareholder Report**

**29**

Table of Contents

**Other Service Fees**

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Class R Shares, Wealth Shares, Service Shares, Cash II Shares, Cash Series Shares, Capital Shares and Trust Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Financial intermediaries may include a company affiliated with management of Federated Investors, Inc. A financial intermediary affiliated with management of Federated Investors, Inc. received $82,976 of other service fees for the year ended July 31, 2018. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred | Other Service Fees Reimbursed |
|---|---|---|
| Automated Shares | $ 919,690 | $ — |
| Class R Shares | 111,105 | — |

| | | |
|---|---|---|
| Service Shares | 3,400,709 | — |
| Cash II Shares | 2,772,742 | — |
| Cash Series Shares | 72,728 | — |
| Capital Shares | 324,960 | (1,641) |
| Trust Shares | 32,261 | — |
| TOTAL | $7,634,195 | $(1,641) |

For the year ended July 31, 2018, the Fund's Wealth Shares did not incur other service fees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**Annual Shareholder Report**

**30**

Table of Contents

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Automated Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 575,364,769 | $ 575,364,769 | 800,439,237 | $ 800,439,237 |
| Shares issued to shareholders in payment of distributions declared | 4,359,773 | 4,359,773 | 1,864,443 | 1,864,443 |
| Shares redeemed | (549,630,302) | (549,633,990) | (1,556,512,891) | (1,556,512,891) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | 30,094,240 | 30,090,552 | (754,209,211) | (754,209,211) |

**Annual Shareholder Report**

**31**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Class R Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 24,222,010 | $ 24,222,010 | 59,023,688 | $ 59,023,688 |
| Shares issued to shareholders in payment of distributions declared | 251,236 | 251,236 | 27,334 | 27,334 |
| Shares redeemed | (33,141,669) | (33,141,776) | (239,214,264) | (239,214,264) |
| NET CHANGE RESULTING FROM CLASS R SHARE TRANSACTIONS | (8,668,423) | (8,668,530) | (180,163,242) | (180,163,242) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Wealth Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 9,716,640,608 | $ 9,716,641,691 | 8,790,671,857 | $ 8,790,671,857 |
| Shares issued to shareholders in payment of distributions declared | 47,982,485 | 47,982,485 | 11,352,426 | 11,352,426 |
| Shares redeemed | (6,862,603,466) | (6,862,603,466) | (12,380,523,610) | (12,380,523,610) |
| NET CHANGE RESULTING FROM WEALTH SHARE TRANSACTIONS | 2,902,019,627 | 2,902,020,710 | (3,578,499,327) | (3,578,499,327) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 4,575,841,156 | $ 4,575,843,403 | 2,735,899,479 | $ 2,735,899,479 |
| Shares issued to shareholders in payment of distributions declared | 16,931,602 | 16,931,602 | 5,964,035 | 5,964,035 |
| Shares redeemed | (4,008,195,569) | (4,008,195,569) | (3,571,141,035) | (3,571,141,035) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 584,577,189 | 584,579,436 | (829,277,521) | (829,277,521) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Cash II Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,657,905,578 | $ 1,657,906,832 | 1,696,957,399 | $ 1,696,957,399 |
| Shares issued to shareholders in payment of distributions declared | 8,851,845 | 8,851,845 | 2,016,826 | 2,016,826 |
| Shares redeemed | (1,864,340,889) | (1,864,340,889) | (1,980,474,203) | (1,980,474,203) |
| NET CHANGE RESULTING FROM CASH II SHARE TRANSACTIONS | (197,583,466) | (197,582,212) | (281,499,978) | (281,499,978) |

**Annual Shareholder Report**

**32**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Cash Series Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |

| | | | | |
|---|---|---|---|---|
| Shares sold | 123,691,470 | $ 123,691,507 | 201,457,025 | $ 201,457,025 |
| Shares issued to shareholders in payment of distributions declared | 201,666 | 201,666 | 39,351 | 39,351 |
| Shares redeemed | (122,346,583) | (122,346,583) | (645,241,018) | (645,241,018) |
| NET CHANGE RESULTING FROM CASH SERIES SHARE TRANSACTIONS | 1,546,553 | 1,546,590 | (443,744,642) | (443,744,642) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Capital Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 823,065,682 | $ 823,065,682 | 1,159,289,065 | $ 1,159,289,065 |
| Shares issued to shareholders in payment of distributions declared | 4,258,589 | 4,258,589 | 900,323 | 900,323 |
| Shares redeemed | (632,066,879) | (632,067,703) | (2,526,716,120) | (2,526,716,120) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 195,257,392 | 195,256,568 | (1,366,526,732) | (1,366,526,732) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Trust Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 17,035,402 | $ 17,035,402 | 51,657,862 | $ 51,657,862 |
| Shares issued to shareholders in payment of distributions declared | 133,728 | 133,728 | 51,014 | 51,014 |
| Shares redeemed | (10,528,441) | (10,528,443) | (122,226,739) | (122,226,739) |
| NET CHANGE RESULTING FROM TRUST SHARE TRANSACTIONS | 6,640,689 | 6,640,687 | (70,517,863) | (70,517,863) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 3,513,883,801 | 3,513,883,801 | (7,504,438,516) | (7,504,438,516) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income[1] | $98,786,702 | $31,950,548 |
| Long-term capital gains | $ 4,736 | $ — |

1   For tax purposes, short-term capital gain distributions are considered ordinary income distributions.

Annual Shareholder Report
33

Table of Contents

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income[2] | $7,973 |

2   For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund. For the year ended July 31, 2018, the Adviser voluntarily waived $9,314,165 of its fee and voluntarily reimbursed $108 of transfer agent fees.

The Adviser has agreed to waive their fee and/or reimburse the Fund for certain investment adviser fees and other operating expenses as a result of transactions in other affiliated investment companies. For the year ended July 31, 2018, the Adviser waived and/or reimbursed $28,943.

## Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Annual Shareholder Report**

**34**

Table of Contents

## Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Class R Shares, Cash II Shares, Cash Series Shares and Trust Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets annually, to compensate FSC:

| Share Class Name | Percentage of Average Daily Net Assets of Class |
|---|---|
| Class R Shares | 0.50% |
| Cash II Shares | 0.35% |
| Cash Series Shares | 0.60% |
| Trust Shares | 0.25% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred | Distribution Services Fees Waived |
|---|---|---|
| Class R Shares | $ 227,907 | $(22,791) |
| Cash II Shares | 3,883,242 | — |
| Cash Series Shares | 174,548 | (29,091) |
| Trust Shares | 32,619 | — |
| TOTAL | $4,318,316 | $(51,882) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $232,471 fees paid by the Fund.

## Other Service Fees

For the year ended July 31, 2018, FSSC received $39,730 and reimbursed $1,641 of the other service fees disclosed in Note 2.

## Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) and the Fund's share of fees and expenses of the investments in affiliated funds paid by the Fund's Automated Shares, Class R Shares, Wealth Shares, Service Shares, Cash II

Shares, Cash Series Shares, Capital Shares and Trust Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.55%, 1.15%, 0.20%, 0.45%, 0.90%, 1.05%, 0.30% and 0.70% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next

Table of Contents

effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These sale transactions complied with Rule 17a-7 under the Act and amounted to $5,900,000.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

### 6. CONCENTRATION OF RISK

A substantial part of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

### 7. LINE OF CREDIT

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

Table of Contents

### 8. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

### 9. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $4,736.

For the fiscal year ended July 31, 2018, 84.96% of dividends paid by the Fund are interest-related dividends, as provided by the American Jobs Creation Act of 2004.

Annual Shareholder Report
37

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED PRIME CASH OBLIGATIONS FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Prime Cash Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

Annual Shareholder Report
38

Table of Contents

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with

custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.



We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

**Annual Shareholder Report**
**39**

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report

**40**

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Automated Shares | $1,000 | $1,007.30 | $2.54 |
| Class R Shares | $1,000 | $1,004.20 | $5.71 |
| Wealth Shares | $1,000 | $1,008.90 | $1.00 |
| Service Shares | $1,000 | $1,007.60 | $2.24 |
| Cash II Shares | $1,000 | $1,005.40 | $4.48 |
| Cash Series Shares | $1,000 | $1,004.90 | $4.92 |
| Capital Shares | $1,000 | $1,008.40 | $1.49 |
| Trust Shares | $1,000 | $1,006.40 | $3.48 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Automated Shares | $1,000 | $1,022.30 | $2.56 |
| Class R Shares | $1,000 | $1,019.10 | $5.76 |
| Wealth Shares | $1,000 | $1,023.80 | $1.00 |
| Service Shares | $1,000 | $1,022.60 | $2.26 |
| Cash II Shares | $1,000 | $1,020.30 | $4.51 |
| Cash Series Shares | $1,000 | $1,019.90 | $4.96 |
| Capital Shares | $1,000 | $1,023.30 | $1.51 |
| Trust Shares | $1,000 | $1,021.30 | $3.51 |

1    *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Automated Shares | 0.51% |
| Class R Shares | 1.15% |
| Wealth Shares | 0.20% |
| Service Shares | 0.45% |
| Cash II Shares | 0.90% |
| Cash Series Shares | 0.99% |
| Capital Shares | 0.30% |
| Trust Shares | 0.70% |

**Annual Shareholder Report**

**41**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where

required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

### INTERESTED TRUSTEES BACKGROUND

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| J. Christopher Donahue*<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| Thomas R. Donahue*<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

### INDEPENDENT TRUSTEES BACKGROUND

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

<div align="center">

**Annual Shareholder Report**

**43**

</div>

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

**OFFICERS**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |

| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND<br>EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Investors Management Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

**Annual Shareholder Report**

**46**

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
| --- | --- |
| Stephen Van Meter<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND<br>SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| Deborah A. Cunningham<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since:<br>November 1996 | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since November 1996. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED PRIME CASH OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent

Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing

the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

The CCO noted that the services, administrative responsibilities and risks associated with such relationships are quite different than serving as a primary adviser to a fund.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the

**Annual Shareholder Report**

**51**

Table of Contents

compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

**Annual Shareholder Report**

**52**

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended

consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

<div align="center">

**Annual Shareholder Report**

53

</div>

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

<div align="center">

**Annual Shareholder Report**

54

</div>

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report
**55**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Prime Cash Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919627*
*CUSIP 608919577*
*CUSIP 60934N625*
*CUSIP 60934N617*
*CUSIP 608919593*
*CUSIP 608919585*
*CUSIP 60934N591*
*CUSIP 608919619*

*Q450519 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

| Share Class | Ticker | | | |
|---|---|---|---|---|
| **Automated** | PBAXX | **Institutional** | POIXX | **Service** | PRSXX |
| **Capital** | POPXX | **Trust** | POLXX | |

# Federated Institutional Prime Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund operates as a "Floating Net Asset Value" Money Market Fund.*
*The Share Price will fluctuate. It is possible to lose money by investing in the Fund.*

**Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee**

## CONTENTS

Portfolio of Investments Summary Tables – Federated Institutional Prime Obligations Fund ..................... 1

Portfolio of Investments– Federated Institutional Prime Obligations Fund ..................... 2

Financial Highlights–Automated Shares– Federated Institutional Prime Obligations Fund ..................... 14

Financial Highlights–Institutional Shares– Federated Institutional Prime Obligations Fund ..................... 15

Financial Highlights–Service Shares– Federated Institutional Prime Obligations Fund ..................... 16

Financial Highlights–Capital Shares– Federated Institutional Prime Obligations Fund ..................... 17

Financial Highlights–Trust Shares– Federated Institutional Prime Obligations Fund ..................... 18

Statement of Assets and Liabilities– Federated Institutional Prime Obligations Fund ..................... 19

Statement of Operations– Federated Institutional Prime Obligations Fund ..................... 21

Statement of Changes in Net Assets– Federated Institutional Prime Obligations Fund ..................... 22

Notes to Financial Statements– Federated Institutional Prime Obligations Fund ..................... 23

Report of Independent Registered Public Accounting Firm ..................... 32

Shareholder Expense Example – Federated Institutional Prime Obligations Fund ..................... 34

Board of Trustees and Trust Officers ..................... 36

Evaluation and Approval of Advisory Contract–May 2018 ..................... 42

Voting Proxies on Fund Portfolio Securities ..................... 49

Quarterly Portfolio Schedule ..................... 49

Table of Contents

## Portfolio of Investments Summary Tables (unaudited) – Federated Institutional Prime Obligations Fund

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Variable Rate Instruments | 33.6% |
| Commercial Paper | 31.7% |
| Other Repurchase Agreements and Repurchase Agreements | 27.1% |
| Bank Instruments | 7.7% |
| Asset-Backed Securities | 0.1% |
| Other Assets and Liabilities—Net2 | (0.2)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 43.7%4 |
| 8-30 Days | 22.6% |
| 31-90 Days | 29.3% |
| 91-180 Days | 4.1% |
| 181 Days or more | 0.5% |
| Other Assets and Liabilities—Net2 | (0.2)% |
| TOTAL | **100.0%** |

1　*See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types.*

2　*Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3　*Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

4　*Overnight securities comprised 26.2% of the Fund's portfolio.*

Annual Shareholder Report

1

Table of Contents

## Portfolio of Investments –
## Federated Institutional Prime Obligations Fund

July 31, 2018

| Principal Amount | | Value |
|---:|:---|---:|
| | **ASSET-BACKED SECURITIES—0.1%** | |
| | **Finance - Automotive—0.1%** | |
| $    4,013,918 | Enterprise Fleet Financing 2017-3 LLC, Class A1, 1.500%, 10/22/2018 | $    4,013,962 |
| 14,190,367 | Westlake Automobile Receivables Trust 2018-2, Class A1, 2.500%, 5/15/2019 | 14,190,587 |
| | TOTAL ASSET-BACKED SECURITIES (IDENTIFIED COST $18,204,285) | 18,204,549 |
| | **CERTIFICATES OF DEPOSIT—5.9%** | |
| | **Finance - Banking—5.9%** | |
| 35,000,000 | Bank of Montreal, 1.740%, 10/19/2018 | 34,966,890 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.760%, 6/25/2019 | 25,015,968 |
| 25,000,000 | Mizuho Bank Ltd., 2.260%, 8/29/2018 | 25,000,000 |
| 50,000,000 | Mizuho Bank Ltd., 2.450%, 10/22/2018 | 49,725,540 |
| 344,000,000 | Sumitomo Mitsui Trust Bank Ltd., 1.940%—2.310%, 8/3/2018—10/5/2018 | 344,042,721 |
| 50,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.340%, 10/2/2018 | 49,807,370 |
| 50,000,000 | Toronto Dominion Bank, 1.700%, 10/5/2018 | 49,799,871 |
| 38,000,000 | Toronto Dominion Bank, 1.740%—1.800%, 10/22/2018—11/14/2018 | 37,953,125 |
| 30,000,000 | Westpac Banking Corp. Ltd., Sydney, 1.570%, 9/14/2018 | 30,000,000 |
| | TOTAL CERTIFICATES OF DEPOSIT (IDENTIFIED COST $646,372,126) | 646,311,485 |
| | [1]**COMMERCIAL PAPER—31.7%** | |
| | **Aerospace/Auto—0.5%** | |
| 50,000,000 | Daimler Finance NA LLC, (GTD by Daimler AG), 2.460%, 1/22/2019 | 49,344,966 |
| | **Finance - Banking—13.8%** | |
| 25,918,000 | Albion Capital LLC, (MUFG Bank Ltd. LIQ), 2.314%, 8/15/2018 | 25,894,818 |
| 117,520,000 | Antalis S.A., (Societe Generale, Paris LIQ), 2.104%, 8/16/2018—8/31/2018 | 117,342,795 |
| 65,000,000 | Bank of Nova Scotia, Toronto, 1.930%, 8/2/2018 | 64,996,551 |
| 128,000,000 | Banque et Caisse d'Epargne de L'Etat, 2.061%—2.123%, 8/8/2018—8/13/2018 | 127,934,666 |
| 58,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 1.771%—2.817%, 9/24/2018—7/1/2019 | 57,638,738 |
| 276,256,000 | Gotham Funding Corp., (MUFG Bank Ltd. LIQ), 2.260%—2.314%, 9/10/2018—10/30/2018 | 275,207,113 |
| 85,000,000 | LMA-Americas LLC, (Credit Agricole Corporate and Investment Bank LIQ), 1.951%—2.054%, 8/7/2018—8/27/2018 | 84,903,041 |

Annual Shareholder Report

2

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | [1]**COMMERCIAL PAPER—continued** | |
| | **Finance - Banking—continued** | |
| $   50,000,000 | Manhattan Asset Funding Company LLC, (Sumitomo Mitsui Banking Corp. LIQ), 2.188%, 8/21/2018 | $   49,939,445 |

https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

| | | |
|---|---|---:|
| 269,000,000 | Matchpoint Finance PLC, (BNP Paribas SA LIQ), 1.950%—2.334%, 8/1/2018—10/9/2018 | 268,581,670 |
| 100,000,000 | NRW.Bank, 2.168%, 8/13/2018 | 99,928,000 |
| 245,000,000 | Sumitomo Mitsui Banking Corp., 2.348%—2.496%, 11/2/2018—12/27/2018 | 243,244,775 |
| 30,000,000 | Toronto Dominion Bank, 1.760%, 10/22/2018 | 29,845,863 |
| 75,000,000 | Toronto Dominion Bank, 2.295%, 9/19/2018 | 74,767,250 |
| | TOTAL | 1,520,224,725 |
| | **Finance - Commercial—1.3%** | |
| 145,000,000 | Crown Point Capital Co., LLC, (Credit Suisse AG LIQ), 2.104%—2.178%, 8/6/2018—8/13/2018 | 144,927,492 |
| | **Finance - Retail—10.5%** | |
| 260,000,000 | Barton Capital S.A., 2.128%—2.158%, 8/6/2018—9/18/2018 | 259,497,153 |
| 168,150,000 | CAFCO, LLC, 2.264%—2.284%, 9/13/2018—9/25/2018 | 167,670,665 |
| 45,000,000 | CRC Funding, LLC, 2.491%, 1/22/2019 | 44,470,625 |
| 70,500,000 | Fairway Finance Co. LLC, 2.263%—2.284%, 8/30/2018—9/4/2018 | 70,365,425 |
| 55,000,000 | Old Line Funding, LLC, 2.320%, 10/18/2018 | 54,732,058 |
| 34,500,000 | Old Line Funding, LLC, 2.320%, 10/19/2018 | 34,329,570 |
| 50,000,000 | Old Line Funding, LLC, 2.360%, 10/23/2018 | 49,738,900 |
| 75,000,000 | Old Line Funding, LLC, 2.360%, 10/26/2018 | 74,592,369 |
| 28,000,000 | Old Line Funding, LLC, 2.420%, 12/6/2018 | 27,764,651 |
| 378,780,000 | Sheffield Receivables Company LLC, 2.294%—2.472%, 8/21/2018—11/6/2018 | 377,406,719 |
| | TOTAL | 1,160,568,135 |
| | **Finance - Securities—2.8%** | |
| 140,000,000 | Anglesea Funding LLC, 2.333%—2.518%, 10/1/2018—10/5/2018 | 139,471,769 |
| 100,000,000 | Chesham Finance LLC Series III, 1.951%, 8/3/2018 | 99,989,167 |
| 74,000,000 | Collateralized Commercial Paper Co. LLC, 1.763%—2.672%, 8/6/2018—4/26/2019 | 73,166,923 |
| | TOTAL | 312,627,859 |
| | **Insurance—1.4%** | |
| 149,500,000 | UnitedHealth Group, Inc., 2.051%—2.071%, 8/1/2018—8/6/2018 | 149,467,861 |
| | **Sovereign—1.4%** | |
| 75,000,000 | Caisse des Depots et Consignations (CDC), 2.263%, 8/29/2018 | 74,868,750 |

**Annual Shareholder Report**

**3**

Table of Contents

| Principal Amount | | Value |
|---|---|---:|
| | [1]COMMERCIAL PAPER—continued | |
| | **Sovereign—continued** | |
| $ 76,750,000 | Erste Abwicklungsanstalt, 2.264%, 9/5/2018 | $ 76,582,109 |
| | TOTAL | 151,450,859 |
| | TOTAL COMMERCIAL PAPER (IDENTIFIED COST $3,488,527,312) | 3,488,611,897 |
| | [2]NOTES - VARIABLE—33.6% | |
| | **Aerospace/Auto—0.1%** | |
| 15,000,000 | Toyota Motor Finance (Netherlands) B.V., (Toyota Motor Corp. SA), 2.367% (1-month USLIBOR +0.300%), 8/13/2018 | 15,005,833 |
| | **Finance - Banking—25.5%** | |
| 47,000,000 | Alpine Securitization LLC, (Credit Suisse AG LIQ), 2.304% (1-month USLIBOR +0.225%), 8/20/2018 | 47,000,000 |
| 50,000,000 | Bank of Montreal, 2.329% (1-month USLIBOR +0.250%), 8/20/2018 | 50,017,199 |

| | | |
|---:|---|---:|
| 15,000,000 | Bank of Montreal, 2.344% (1-month USLIBOR +0.280%), 8/28/2018 | 15,004,479 |
| 75,000,000 | Bank of Montreal, 2.347% (1-month USLIBOR +0.250%), 8/9/2018 | 75,025,188 |
| 20,000,000 | Bank of Montreal, 2.361% (1-month USLIBOR +0.280%), 8/22/2018 | 20,006,610 |
| 100,000,000 | Bank of Montreal, 2.397% (1-month USLIBOR +0.300%), 8/7/2018 | 100,024,554 |
| 25,000,000 | Bank of Montreal, 2.518% (1-month USLIBOR +0.440%), 8/13/2018 | 25,033,570 |
| 76,467,000 | Bank of Montreal, 2.653% (3-month USLIBOR +0.320%), 10/18/2018 | 76,553,834 |
| 70,000,000 | Bank of Nova Scotia, Toronto, 2.369% (1-month USLIBOR +0.300%), 8/24/2018 | 70,023,589 |
| 33,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.307% (1-month USLIBOR +0.220%), 8/6/2018 | 33,000,000 |
| 21,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.338% (1-month USLIBOR +0.260%), 8/13/2018 | 21,005,142 |
| 61,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.372% (1-month USLIBOR +0.290%), 8/13/2018 | 61,010,035 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.387% (1-month USLIBOR +0.290%), 8/8/2018 | 30,008,328 |
| 50,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.393% (1-month USLIBOR +0.320%), 8/17/2018 | 50,020,636 |
| 16,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.401% (1-month USLIBOR +0.320%), 8/23/2018 | 16,007,583 |
| 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.407% (1-month USLIBOR +0.320%), 8/6/2018 | 25,012,651 |
| 45,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.437% (1-month USLIBOR +0.340%), 8/7/2018 | 45,030,240 |
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.463% (3-month USLIBOR +0.130%), 9/7/2018 | 20,001,599 |
| 35,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.466% (3-month USLIBOR +0.130%), 9/21/2018 | 35,002,944 |
| 23,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.467% (3-month USLIBOR +0.130%), 10/9/2018 | 23,002,062 |

**Annual Shareholder Report**

4

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 2 NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.483% (3-month USLIBOR +0.150%), 10/18/2018 | $ 25,022,877 |
| 5,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.487% (3-month USLIBOR +0.150%), 10/5/2018 | 5,003,514 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.489% (3-month USLIBOR +0.150%), 10/29/2018 | 30,023,541 |
| 35,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.541% (3-month USLIBOR +0.220%), 9/10/2018 | 35,047,670 |
| 10,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.572% (1-month USLIBOR +0.500%), 8/15/2018 | 10,014,977 |
| 35,000,000 | Canadian Imperial Bank of Commerce, 2.286% (1-month USLIBOR +0.200%), 8/6/2018 | 35,008,495 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.292% (1-month USLIBOR +0.200%), 8/2/2018 | 25,006,407 |
| 45,000,000 | Canadian Imperial Bank of Commerce, 2.319% (1-month USLIBOR +0.240%), 8/20/2018 | 45,017,257 |
| 10,000,000 | Canadian Imperial Bank of Commerce, 2.321% (1-month USLIBOR +0.240%), 8/22/2018 | 10,003,813 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.337% (1-month USLIBOR +0.240%), 8/8/2018 | 50,007,112 |

| Principal Amount | | Value |
|---|---|---|
| 14,000,000 | Canadian Imperial Bank of Commerce, 2.380% (1-month USLIBOR +0.310%), 8/28/2018 | 14,001,449 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.387% (1-month USLIBOR +0.300%), 8/6/2018 | 25,007,541 |
| 30,000,000 | Canadian Imperial Bank of Commerce, 2.461% (3-month USLIBOR +0.130%), 10/9/2018 | 30,000,135 |
| 20,000,000 | Canadian Imperial Bank of Commerce, 2.467% (3-month USLIBOR +0.130%), 10/3/2018 | 20,001,725 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.513% (3-month USLIBOR +0.180%), 10/18/2018 | 50,028,066 |
| 45,000,000 | Canadian Imperial Bank of Commerce, 2.533% (3-month USLIBOR +0.200%), 10/11/2018 | 45,030,711 |
| 75,000,000 | Canadian Imperial Bank of Commerce, 2.580% (1-month USLIBOR +0.490%), 8/3/2018 | 75,131,788 |
| 46,300,000 | Canadian Imperial Bank of Commerce, 2.649% (3-month USLIBOR +0.330%), 8/29/2018 | 46,378,949 |
| 7,025,000 | Centra State Medical Arts Building LLC, (TD Bank, N.A. LOC), 1.950%, 8/1/2018 | 7,025,000 |
| 47,000,000 | Commonwealth Bank of Australia, 2.262% (1-month USLIBOR +0.190%), 8/14/2018 | 46,999,426 |
| 50,000,000 | Commonwealth Bank of Australia, 2.332% (1-month USLIBOR +0.260%), 8/28/2018 | 50,015,427 |
| 5,000,000 | Commonwealth Bank of Australia, 2.456% (3-month USLIBOR +0.100%), 8/3/2018 | 4,999,999 |

**Annual Shareholder Report**
5

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 2 NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 5,900,000 | Dynetics, Inc., Series 2010-A, (Branch Banking & Trust Co. LOC), 2.030%, 8/2/2018 | $ 5,900,000 |
| 16,700,000 | Greene County Development Authority, Reynolds Lodge, LLC Series 2000B, (U.S. Bank, N.A. LOC), 1.990%, 8/1/2018 | 16,700,000 |
| 3,000,000 | Griffin-Spalding County, GA Development Authority, Norcom, Inc. Project 2013A, (Bank of America N.A. LOC), 2.030%, 8/2/2018 | 3,000,000 |
| 7,000,000 | Griffin-Spalding County, GA Development Authority, Norcom, Inc. Project, (Bank of America N.A. LOC), 2.030%, 8/2/2018 | 7,000,000 |
| 6,500,000 | Los Angeles County Fair Association, (Wells Fargo Bank, N.A. LOC), 2.070%, 8/1/2018 | 6,500,000 |
| 6,785,000 | Miami-Dade County, FL IDA, Badia Spices, Inc. Project Series 2015, (Northern Trust Co., Chicago, IL LOC), 1.980%, 8/2/2018 | 6,785,000 |
| 5,375,000 | Michael Dennis Sullivan Irrevocable Trust, Series 2015, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 5,375,000 |
| 9,780,000 | Mike P. Sturdivant, Sr. Family Trust, Series 2016, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 9,780,000 |
| 10,000,000 | Pepper Residential Securities Trust No. 19, Class A1, (GTD by National Australia Bank Ltd., Melbourne), 2.417% (1-month USLIBOR +0.350%), 8/13/2018 | 9,998,200 |
| 5,575,000 | Public Building Corp. Springfield, MO, Jordan Valley Ice Park, Series 2003, (U.S. Bank, N.A. LOC), 2.180%, 8/2/2018 | 5,575,000 |
| 25,000,000 | Royal Bank of Canada, 2.347% (1-month USLIBOR +0.250%), 8/8/2018 | 25,006,890 |
| 15,000,000 | SSAB AB (publ), Series 2014-B, (Credit Agricole Corporate and Investment Bank LOC), 2.030%, 8/2/2018 | 15,000,000 |
| 20,000,000 | SSAB AB (publ), Series 2015-B, (Nordea Bank AB LOC), 2.030%, 8/2/2018 | 20,000,000 |
| 18,965,000 | Salem Green, LLP, Salem Green Apartments Project, Series 2010, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 18,965,000 |
| 805,000 | St. Andrew United Methodist Church, Series 2004, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 805,000 |

| | | |
|---:|:---|---:|
| 75,000,000 | Sumitomo Mitsui Banking Corp., 2.264%<br>(1-month USLIBOR +0.200%), 8/28/2018 | 74,995,856 |
| 40,000,000 | Sumitomo Mitsui Banking Corp., 2.320%<br>(1-month USLIBOR +0.250%), 8/28/2018 | 40,005,054 |
| 40,000,000 | Sumitomo Mitsui Banking Corp., 2.332%<br>(1-month USLIBOR +0.260%), 8/29/2018 | 40,006,552 |
| 100,000,000 | Sumitomo Mitsui Banking Corp., 2.347%<br>(1-month USLIBOR +0.250%), 8/9/2018 | 100,017,478 |
| 115,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.283%—2.314%,<br>9/26/2018—10/24/2018 | 114,444,115 |
| 74,000,000 | Toronto Dominion Bank, 2.294%<br>(1-month USLIBOR +0.230%), 8/28/2018 | 74,000,000 |

**Annual Shareholder Report**

**6**

Table of Contents

| Principal<br>Amount | | Value |
|---:|:---|---:|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $    4,000,000 | Toronto Dominion Bank, 2.302%<br>(1-month USLIBOR +0.230%), 8/30/2018 | $    4,000,795 |
| 90,000,000 | Toronto Dominion Bank, 2.344%<br>(1-month USLIBOR +0.280%), 8/23/2018 | 89,971,782 |
| 60,000,000 | Toronto Dominion Bank, 2.377%<br>(1-month USLIBOR +0.280%), 8/8/2018 | 60,022,202 |
| 50,000,000 | Toronto Dominion Bank, 2.463%<br>(3-month USLIBOR +0.100%), 8/6/2018 | 50,000,000 |
| 20,000,000 | Toronto Dominion Bank, 2.476%<br>(3-month USLIBOR +0.140%), 9/14/2018 | 20,006,758 |
| 50,000,000 | Toronto Dominion Bank, 2.497%<br>(1-month USLIBOR +0.400%), 8/8/2018 | 50,053,691 |
| 50,000,000 | Wells Fargo Bank, N.A., 2.307%<br>(1-month USLIBOR +0.210%), 8/7/2018 | 50,014,006 |
| 40,000,000 | Wells Fargo Bank, N.A., 2.336%<br>(1-month USLIBOR +0.250%), 8/6/2018 | 40,015,506 |
| 49,500,000 | Wells Fargo Bank, N.A., 2.489%<br>(3-month USLIBOR +0.150%), 10/9/2018 | 49,555,754 |
| 25,000,000 | Wells Fargo Bank, N.A., 2.490%<br>(3-month USLIBOR +0.160%), 8/24/2018 | 25,005,864 |
| 50,000,000 | Wells Fargo Bank, N.A., 2.492%<br>(3-month USLIBOR +0.150%), 10/24/2018 | 50,064,044 |
| 35,000,000 | Wells Fargo Bank, N.A., 2.503%<br>(3-month USLIBOR +0.160%), 8/15/2018 | 35,010,779 |
| 21,000,000 | Wells Fargo Bank, N.A., 2.517%<br>(3-month USLIBOR +0.180%), 9/27/2018 | 21,023,990 |
| 50,000,000 | Wells Fargo Bank, N.A., 2.521%<br>(3-month USLIBOR +0.200%), 9/10/2018 | 50,079,568 |
| 34,500,000 | Wells Fargo Bank, N.A., 2.535%<br>(3-month USLIBOR +0.200%), 10/25/2018 | 34,522,428 |
| 45,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.349%<br>(1-month USLIBOR +0.280%), 8/24/2018 | 45,017,192 |
| 6,665,000 | Yeshivas Novominsk, Series 2008, (TD Bank, N.A. LOC), 2.050%, 8/2/2018 | 6,665,000 |
| | TOTAL | 2,803,454,626 |
| | **Finance - Retail—1.5%** | |
| 60,000,000 | Old Line Funding, LLC, 2.572%<br>(1-month USLIBOR +0.480%), 8/1/2018 | 60,089,650 |

| Principal Amount | | Value |
|---|---|---|
| 50,000,000 | Old Line Funding, LLC, 2.581%<br>(1-month USLIBOR +0.500%), 8/21/2018 | 50,079,645 |
| 50,000,000 | Old Line Funding, LLC, 2.581%<br>(1-month USLIBOR +0.500%), 8/22/2018 | 50,079,658 |
| | TOTAL | 160,248,953 |

**Annual Shareholder Report**

**7**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [2]NOTES - VARIABLE—continued | |
| | **Finance - Securities—5.0%** | |
| $ 25,000,000 | Anglesea Funding LLC, 2.397%<br>(1-month USLIBOR +0.320%), 8/28/2018 | $ 24,996,435 |
| 27,000,000 | Anglesea Funding LLC, 2.414%<br>(1-month USLIBOR +0.350%), 8/27/2018 | 27,000,000 |
| 20,000,000 | Anglesea Funding LLC, 2.429%<br>(1-month USLIBOR +0.350%), 8/20/2018 | 20,000,000 |
| 30,000,000 | Anglesea Funding LLC, 2.514%<br>(1-month USLIBOR +0.440%), 8/13/2018 | 30,022,995 |
| 25,000,000 | Anglesea Funding LLC, 2.536%<br>(1-month USLIBOR +0.450%), 8/6/2018 | 25,018,656 |
| 5,000,000 | Collateralized Commercial Paper Co. LLC, 2.350%<br>(1-month USLIBOR +0.280%), 8/27/2018 | 5,000,575 |
| 15,000,000 | [3]Collateralized Commercial Paper Co. LLC, 2.357%<br>(1-month USLIBOR +0.290%), 8/13/2018 | 15,002,816 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.426%<br>(3-month USLIBOR +0.100%), 9/17/2018 | 24,999,893 |
| 35,000,000 | Collateralized Commercial Paper Co. LLC, 2.443%<br>(3-month USLIBOR +0.110%), 10/18/2018 | 35,003,114 |
| 20,000,000 | Collateralized Commercial Paper Co. LLC, 2.449%<br>(3-month USLIBOR +0.110%), 10/5/2018 | 19,998,594 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.457%<br>(3-month USLIBOR +0.110%), 10/22/2018 | 25,002,320 |
| 5,000,000 | Collateralized Commercial Paper Co. LLC, 2.469%<br>(3-month USLIBOR +0.130%), 10/15/2018 | 5,000,888 |
| 38,000,000 | Collateralized Commercial Paper Co. LLC, 2.503%<br>(3-month USLIBOR +0.160%), 10/4/2018 | 38,025,735 |
| 20,000,000 | Collateralized Commercial Paper Co. LLC, 2.545%<br>(3-month USLIBOR +0.220%), 9/20/2018 | 20,012,157 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.358%<br>(1-month USLIBOR +0.280%), 8/13/2018 | 25,003,493 |
| 30,000,000 | Collateralized Commercial Paper II Co. LLC, 2.362%<br>(1-month USLIBOR +0.280%), 8/20/2018 | 30,003,902 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.479%<br>(3-month USLIBOR +0.140%), 10/16/2018 | 25,012,073 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.488%<br>(3-month USLIBOR +0.170%), 8/30/2018 | 25,021,610 |
| 8,000,000 | Collateralized Commercial Paper II Co. LLC, 2.497%<br>(3-month USLIBOR +0.160%), 10/8/2018 | 8,002,418 |
| 3,000,000 | Collateralized Commercial Paper II Co. LLC, 2.503%<br>(3-month USLIBOR +0.160%), 10/4/2018 | 3,001,356 |
| 18,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522%<br>(1-month USLIBOR +0.430%), 8/2/2018 | 18,016,908 |
| 30,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522%<br>(1-month USLIBOR +0.430%), 8/2/2018 | 30,028,180 |

11/14/2018 https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 2 NOTES - VARIABLE—continued | |
| | **Finance - Securities—continued** | |
| $ 70,000,000 | Collateralized Commercial Paper II Co. LLC, 2.536% (3-month USLIBOR +0.200%), 9/28/2018 | $ 70,000,000 |
| | TOTAL | 549,174,118 |
| | **Government Agency—1.5%** | |
| 4,600,000 | Aquarium Parking Deck, LLC, Series 2005, (FHLB of Atlanta LOC), 2.060%, 8/1/2018 | 4,600,000 |
| 9,015,000 | Austen Children's Gift Trust, (FHLB of Dallas LOC), 2.030%, 8/1/2018 | 9,015,000 |
| 19,425,000 | COG Leasing Co. LLP, Series 2007, (FHLB of Des Moines LOC), 2.080%, 8/2/2018 | 19,425,000 |
| 14,250,000 | Fiddymont Ranch Apartments LP, Series 2017-A Fiddymont Ranch Apartments, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 14,250,000 |
| 14,250,000 | Fiddymont Ranch Apartments LP, Series 2017-B Fiddymont Ranch Apartments, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 14,250,000 |
| 32,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 32,000,000 |
| 16,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-B, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 16,000,000 |
| 1,000,000 | Hallmark 75 Ontario LLC, Hallmark Apartment Homes Series 2016-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 1,000,000 |
| 5,965,000 | Herman & Kittle Capital, LLC, Canterbury House Apartments-Lebanon Project Series 2005, (FHLB of Cincinnati LOC), 2.030%, 8/2/2018 | 5,965,000 |
| 6,200,000 | Mohr Green Associates L.P., 2012-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 6,200,000 |
| 19,640,000 | OSL Santa Rosa Fountaingrove LLC, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 19,640,000 |
| 7,500,000 | Premier Mushrooms, Inc., Series 2012, (CoBank, ACB LOC), 2.030%, 8/2/2018 | 7,500,000 |
| 5,860,000 | Public Finance Authority, Series 2015-A Ram Eufaula Hospitality, LLC, (FHLB of Atlanta LOC), 2.000%, 8/2/2018 | 5,860,000 |
| 14,200,000 | Studio Sixty LLC, Thirdrail Studios Project Series 2015-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 14,200,000 |
| | TOTAL | 169,905,000 |
| | TOTAL NOTES - VARIABLE (IDENTIFIED COST $3,696,403,857) | 3,697,788,530 |
| | TIME DEPOSIT—1.8% | |
| | **Finance - Banking—1.8%** | |
| 200,000,000 | ABN Amro Bank NV, 1.950%, 8/3/2018—8/6/2018 (IDENTIFIED COST $200,000,000) | 200,000,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—11.8% | |
| | **Finance - Banking—11.8%** | |
| $ 48,570,000 | BMO Capital Markets Corp., 2.01%, dated 7/31/2018, interest in a $130,000,000 collateralized loan agreement will repurchase securities provided as collateral for $130,007,258 on 8/1/2018, in which asset-backed securities, corporate bonds & medium term notes with a market value of $132,607,404 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 48,570,000 |

| Principal Amount | | Value |
|---|---|---|
| 50,000,000 | BNP Paribas SA, 2.04%, dated 7/31/2018, interest in a $50,000,000 loan agreement will repurchase securities provided as collateral for $50,002,833 on 8/1/2018, in which asset-backed securities, corporate bonds and medium-term notes with a market value of $51,002,890 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 4,170,000 | BNP Paribas SA, 2.21%, dated 7/31/2018, interest in a $25,000,000 collateralized loan agreement will repurchase securities provided as collateral for $25,001,535 on 8/1/2018, in which asset-backed securities and corporate bonds with a market value of $25,501,566 have been received as collateral and held with BNY Mellon as tri-party agent. | 4,170,000 |
| 60,000,000 | Citigroup Global Markets, Inc., 2.11%, dated 7/31/2018, interest in a $60,000,000 collateralized loan agreement will repurchase securities provided as collateral for $60,003,517 on 8/1/2018, in which exchange traded funds with a market value of $61,203,602 have been received as collateral and held with BNY Mellon as tri-party agent. | 60,000,000 |
| 48,270,000 | Citigroup Global Markets, Inc., 2.41%, dated 7/31/2018, interest in a $50,000,000 collateralized loan agreement will repurchase securities provided as collateral for $50,003,347 on 8/1/2018, in which U.S. Treasury notes with a market value of $51,003,415 have been received as collateral and held with BNY Mellon as tri-party agent. | 48,270,000 |
| 25,000,000 | Citigroup Global Markets, Inc., 3.05%, dated 2/1/2018, interest in a $75,000,000 collateralized loan agreement will repurchase securities provided as collateral for $76,150,104 on 8/1/2018, in which U.S. Treasury notes with a market value of $76,693,739 have been received as collateral and held with BNY Mellon as tri-party agent. | 25,000,000 |
| 95,000,000 | Citigroup Global Markets, Inc., 3.10%, dated 2/1/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $147,259,986 on 8/1/2018, in which collateralized mortgage obligations with a market value of $148,280,648 have been received as collateral and held with BNY Mellon as tri-party agent. | 95,000,000 |
| 95,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $145,008,096 on 8/1/2018, in which assets-backed securities with a market value of $147,900,000 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 95,000,000 |

Annual Shareholder Report
10

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $ 45,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $90,000,000 collateralized loan agreement will repurchase securities provided as collateral for $90,005,025 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $91,800,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | $ 45,000,000 |
| 121,103,000 | HSBC Securities (USA), Inc., 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which asset-backed securities, corporate bonds, medium-term notes and sovereign debt securities with a market value of $336,600,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 121,103,000 |
| 100,000,000 | ING Financial Markets LLC, 2.01%, dated 7/31/2018, interest in a $152,000,000 collateralized loan agreement will repurchase securities provided as collateral for $152,008,487 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $155,048,709 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 100,000,000 |
| 100,000,000 | ING Financial Markets LLC, 2.06%, dated 7/31/2018, interest in a $136,000,000 collateralized loan agreement will repurchase securities provided as collateral for $136,007,782 on 8/1/2018, in which corporate bonds, medium-term notes and sovereign debt securities with a market value of $138,850,493 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 100,000,000 |
| 70,000,000 | ING Financial Markets LLC, 2.11%, dated 7/31/2018, interest in a $70,000,000 collateralized loan agreement will repurchase securities provided as collateral for $70,004,103 on 8/1/2018, in which corporate bonds with a market value of $71,404,279 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 70,000,000 |
| 50,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/16/2018, interest in a $150,000,000 collateralized loan agreement will repurchase securities provided as collateral for $150,140,667 on 8/1/2018, in which common stocks and exchange traded funds with a market value of $153,143,500 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |

| | | |
|---|---|---|
| 193,870,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/31/2018, interest in a $300,000,000 collateralized loan agreement will repurchase securities provided as collateral for $300,017,583 on 8/1/2018, in which American depositary receipts, asset-backed securities, common stocks and corporate bonds with a market value of $306,018,395 have been received as collateral and held with BNY Mellon as tri-party agent. | 193,870,000 |
| 50,000,000 | Mizuho Securities USA, Inc., 2.16%, dated 7/26/2018, interest in a $100,000,000 collateralized loan agreement will repurchase securities provided as collateral for $100,084,000 on 8/9/2018 in which common stocks with a market value of $102,036,740 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |

**Annual Shareholder Report**

11

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $ 50,000,000 | Mizuho Securities USA, Inc., 2.92%, dated 3/14/2018, interest in a $160,000,000 collateralized loan agreement will repurchase securities provided as collateral for $160,778,667 on 9/11/2018 in which collateralized mortgage obligations and corporate bonds with a market value of $163,451,510 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 50,000,000 |
| 95,000,000 | Wells Fargo Securities LLC, 2.79%, dated 7/27/2018, interest in a $95,000,000 collateralized loan agreement will repurchase securities provided as collateral for $95,662,625 on 10/25/2018 in which collateralized mortgage obligations with a market value of $96,937,661 have been received as collateral and held with BNY Mellon as tri-party agent. | 95,000,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS (IDENTIFIED COST $1,300,983,000) | 1,300,983,000 |
| | REPURCHASE AGREEMENTS—15.3% | |
| | **Finance - Banking—15.3%** | |
| 441,000,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764. | 441,000,000 |
| 1,000,000,000 | Interest in $3,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp. will repurchase securities provided as collateral for $3,000,160,833 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 5/1/2048 and the market value of those underlying securities was $3,061,292,789. | 1,000,000,000 |
| 244,600,000 | Interest in $250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 3/1/2057 and the market value of those underlying securities was $255,013,672. | 244,600,000 |
| | TOTAL REPURCHASE AGREEMENTS (IDENTIFIED COST $1,685,600,000) | 1,685,600,000 |
| | TOTAL INVESTMENT IN SECURITIES—100.2% (IDENTIFIED COST $11,036,090,580)[4] | 11,037,499,461 |
| | OTHER ASSETS AND LIABILITIES - NET—(0.2)%[5] | (22,416,178) |
| | TOTAL NET ASSETS—100% | $11,015,083,283 |

**Annual Shareholder Report**

12

Table of Contents

1    *Discount rate at time of purchase for discount issues, or the coupon for interest-bearing issues.*

2     *Floating/variable note with current rate and current maturity or next reset date shown. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

3     *Denotes a restricted security that either: (a) cannot be offered for public sale without first being registered, or availing of an exemption from registration, under the Securities Act of 1933; or (b) is subject to a contractual restriction on public sales. At July 31, 2018, these restricted securities amounted to $15,002,816, which represented 0.1% of total net assets.*

4     *Also represents cost for federal tax purposes.*

5     *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

      Level 1—quoted prices in active markets for identical securities.

      Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

      Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

As of July 31, 2018, all investments of the Fund utilized Level 2 inputs in valuing the Fund's assets carried at fair value.

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| FHLB | —Federal Home Loan Bank |
| GTD | —Guaranteed |
| IDA | —Industrial Development Authority |
| LIBOR | —London Interbank Offered Rate |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
13

Table of Contents

# Financial Highlights – Automated Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | | Period Ended 7/31/20142 |
|---|---|---|---|---|---|
| | 20181 | 20171 | 2016 | 2015 | |
| **Net Asset Value, Beginning of Period** | **$1.0000** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0122 | 0.0001 | 0.0003 | (0.000)3 | (0.000)3 |
| Net realized and unrealized gain | 0.00004 | 0.0039 | 0.001 | 0.0003 | 0.0003 |
|     TOTAL FROM INVESTMENT OPERATIONS | 0.0122 | 0.0040 | 0.001 | 0.0003 | 0.0003 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0121) | (0.0030) | (0.000)3 | (0.000)3 | (0.000)3 |
| Distributions from paid in surplus | — | (0.0010) | (0.001) | — | — |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DISTRIBUTIONS | (0.0121) | (0.0040) | (0.001) | (0.000)[3] | (0.000)[3] |
| **Net Asset Value, End of Period** | **$1.0001** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[5]** | 1.22% | 0.30% | 0.02% | 0.01% | 0.00%[6] |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.52% | 0.52% | 0.44% | 0.24% | 0.23%[7] |
| Net investment income (loss) | 0.23% | 0.01% | 0.02% | 0.01% | (0.00)%[6,7] |
| Expense waiver/reimbursement[8] | —% | 0.12% | 0.20% | 0.40% | 0.42%[7] |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $0[9] | $0[9] | $823,514 | $984,469 | $24,189 |

1   Certain ratios included above in Ratios to Average Net Assets and per share amounts may be inflated or deflated as compared to the fee structure for each respective share class as a result of daily systematic allocations being rounded to the nearest penny for fund level income, expense and realized/unrealized gain/loss amounts. Such differences are immaterial.

2   Reflects operations for the period from June 12, 2014 (date of initial investment) to July 31, 2014.

3   Represents less than $0.001.

4   Represents less than $0.0001.

5   Based on net asset value. Total returns for periods of less than one year are not annualized.

6   Represents less than 0.01%.

7   Computed on an annualized basis.

8   This expense decrease is reflected in both the net expense and the net investment income (loss) ratios shown above.

9   Represents less than $1,000.

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
14

Table of Contents

# Financial Highlights – Institutional Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0003** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0156 | 0.0063 | 0.003 | 0.0001 | 0.0001 |
| Net realized gain | 0.00002 | 0.0011 | 0.001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0156 | 0.0074 | 0.004 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0156) | (0.0063) | (0.003) | (0.000)[1] | (0.000)[1] |
| Distributions from paid in surplus | — | (0.0008) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0156) | (0.0071) | (0.004) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.0003** | **$1.0003** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 1.57% | 0.66% | 0.26% | 0.04% | 0.20% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.17% | 0.20% | 0.21% | 0.20% | 0.20% |
| Net investment income | 1.62% | 0.40% | 0.26% | 0.04% | 0.02% |
| Expense waiver/reimbursement[4] | 0.12% | 0.10% | 0.08% | 0.08% | 0.08% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $10,941,508 | $787,309 | $21,921,916 | $30,806,315 | $26,947,649 |

1  *Represents less than $0.001.*
2  *Represents less than $0.0001.*
3  *Based on net asset value.*
4  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**15**

Table of Contents

# Financial Highlights – Service Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0003** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0134 | 0.0040 | 0.001 | 0.0001 | 0.0001 |
| Net realized and unrealized gain | 0.00002 | 0.0012 | 0.001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0134 | 0.0052 | 0.002 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0135) | (0.0040) | (0.001) | (0.000)1 | (0.000)1 |
| Distributions from paid in surplus | — | (0.0009) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0135) | (0.0049) | (0.002) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0003** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return3** | 1.35% | 0.43% | 0.07% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.39% | 0.45% | 0.39% | 0.24% | 0.22% |
| Net investment income | 1.33% | 0.13% | 0.07% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.12% | 0.10% | 0.15% | 0.30% | 0.31% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $47,817 | $37,873 | $1,841,641 | $2,881,460 | $3,336,274 |

1  *Represents less than $0.001.*
2  *Represents less than $0.0001.*
3  *Based on net asset value.*
4  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Capital Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0002** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0151 | 0.0058 | 0.002 | 0.0001 | 0.0001 |
| Net realized and unrealized gain | 0.00002 | 0.0010 | 0.001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0151 | 0.0068 | 0.003 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0151) | (0.0058) | (0.002) | (0.000)[1] | (0.000)[1] |
| Distributions from paid in surplus | — | (0.0008) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0151) | (0.0066) | (0.003) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0002** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 1.52% | 0.60% | 0.21% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.23% | 0.25% | 0.26% | 0.23% | 0.22% |
| Net investment income | 1.52% | 0.34% | 0.22% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.12% | 0.10% | 0.08% | 0.10% | 0.12% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $25,206 | $14,549 | $526,605 | $637,721 | $816,589 |

1   *Represents less than $0.001.*
2   *Represents less than $0.0001.*
3   *Based on net asset value.*
4   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Trust Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0003** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0103 | 0.0018 | 0.0001 | 0.0001 | 0.0001 |
| Net realized and unrealized gain | 0.0004 | 0.0015 | 0.001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.0107 | 0.0033 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0107) | (0.0021) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from paid in surplus | — | (0.0009) | (0.001) | — | — |
|    TOTAL DISTRIBUTIONS | (0.0107) | (0.0030) | (0.001) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.0003** | **$1.0003** | **$1.00** | **$1.00** | **$1.00** |
| Total Return2 | 1.07% | 0.24% | 0.01% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.67% | 0.53% | 0.45% | 0.23% | 0.22% |
| Net investment income | 1.01% | 0.01% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement3 | 0.11% | 0.26% | 0.33% | 0.55% | 0.57% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $553 | $1,211 | $367,093 | $499,638 | $1,417,891 |

1    *Represents less than $0.001.*
2    *Based on net asset value.*
3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**18**

Table of Contents

# Statement of Assets and Liabilities –
# Federated Institutional Prime Obligations Fund

July 31, 2018
**Assets:**

| | | |
|---|---|---|
| Investment in other repurchase agreements and repurchase agreements | $2,986,583,000 | |
| Investment in securities | 8,050,916,461 | |
| Total investment in securities, at value (identified cost $11,036,090,580) | | $11,037,499,461 |
| Cash | | 869,343 |
| Income receivable | | 8,097,426 |
|    TOTAL ASSETS | | 11,046,466,230 |
| **Liabilities:** | | |

| | |
|---|---:|
| Payable for investments purchased | 16,405,918 |
| Payable for shares redeemed | 61,641 |
| Income distribution payable | 14,540,669 |
| Payable for investment adviser fee (Note 5) | 18,811 |
| Payable for administrative fees (Note 5) | 24,193 |
| Payable for distribution services fee (Note 5) | 117 |
| Accrued expenses (Note 5) | 331,598 |
|    TOTAL LIABILITIES | 31,382,947 |
| Net assets for 11,011,953,482 shares outstanding | $11,015,083,283 |
| **Net Assets Consist of:** | |
| Paid-in capital | $11,013,649,580 |
| Net unrealized appreciation | 1,408,881 |
| Accumulated net realized gain | 14,716 |
| Undistributed net investment income | 10,106 |
|    TOTAL NET ASSETS | $11,015,083,283 |

Annual Shareholder Report

**19**

Table of Contents

# Statement of Assets and Liabilities –
# Federated Institutional Prime Obligations Fund – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

**Automated Shares:**

| | |
|---|---:|
| $100.01 ÷ 100 shares outstanding, no par value, unlimited shares authorized | $1.0001 |

**Institutional Shares:**

| | |
|---|---:|
| $10,941,507,635 ÷ 10,938,392,598 shares outstanding, no par value, unlimited shares authorized | $1.0003 |

**Service Shares:**

| | |
|---|---:|
| $47,816,680 ÷ 47,806,267 shares outstanding, no par value, unlimited shares authorized | $1.0002 |

**Capital Shares:**

| | |
|---|---:|
| $25,205,658 ÷ 25,201,463 shares outstanding, no par value, unlimited shares authorized | $1.0002 |

**Trust Shares:**

| | |
|---|---:|
| $553,210 ÷ 553,054 shares outstanding, no par value, unlimited shares authorized | $1.0003 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Operations –
# Federated Institutional Prime Obligations Fund

Year Ended July 31, 2018
**Investment Income:**

| | | |
|---|---:|---:|
| Interest | | $141,022,186 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $15,718,258 | |
| Administrative fee (Note 5) | 6,293,448 | |
| Custodian fees | 290,501 | |
| Transfer agent fee | 224,968 | |
| Directors'/Trustees' fees (Note 5) | 34,582 | |
| Auditing fees | 24,260 | |
| Legal fees | 9,005 | |
| Portfolio accounting fees | 278,885 | |
| Distribution services fee (Note 5) | 1,663 | |
| Other service fees (Notes 2 and 5) | 93,716 | |
| Share registration costs | 87,621 | |
| Printing and postage | 20,386 | |
| Miscellaneous (Note 5) | 49,228 | |
| TOTAL EXPENSES | 23,126,521 | |
| Waiver of investment adviser fee (Note 5) | (9,606,590) | |
| Net expenses | | 13,519,931 |
| Net investment income | | 127,502,255 |
| **Realized and Unrealized Gain (Loss) on Investments:** | | |
| Net realized gain on investments | | 17,644 |
| Net change in unrealized appreciation of investments | | 1,249,409 |
| Change in net assets resulting from operations | | $128,769,308 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Changes in Net Assets –
# Federated Institutional Prime Obligations Fund

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|

| Increase (Decrease) in Net Assets | | | | |
|---|---|---|---|---|
| **Operations:** | | | | |
| Net investment income | $ | 127,502,255 | $ | 15,055,274 |
| Net realized gain | | 17,644 | | 68,497 |
| Net change in unrealized appreciation/depreciation | | 1,249,409 | | 159,472 |
|    CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | | 128,769,308 | | 15,283,243 |
| **Distributions to Shareholders:** | | | | |
| Distributions from net investment income | | | | |
| Automated Shares | | (0)1 | | (15,247) |
| Institutional Shares | | (126,629,392) | | (14,356,935) |
| Service Shares | | (514,907) | | (438,493) |
| Capital Shares | | (345,817) | | (255,767) |
| Trust Shares | | (6,679) | | (8,026) |
| Distribution from paid in surplus | | | | |
| Automated Shares | | — | | (134,614) |
| Institutional Shares | | — | | (2,891,295) |
| Service Shares | | — | | (293,506) |
| Capital Shares | | — | | (58,289) |
| Trust Shares | | — | | (48,022) |
|    CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | | (127,496,795) | | (18,500,194) |
| **Share Transactions:** | | | | |
| Proceeds from sale of shares | | 30,514,393,575 | | 25,280,837,576 |
| Net asset value of shares issued to shareholders in payment of distributions declared | | 21,060,720 | | 7,016,180 |
| Cost of shares redeemed | | (20,362,585,713) | | (49,924,464,163) |
|    CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | | 10,172,868,582 | | (24,636,610,407) |
| Change in net assets | | 10,174,141,095 | | (24,639,827,358) |
| **Net Assets:** | | | | |
| Beginning of period | | 840,942,188 | | 25,480,769,546 |
| End of period (including undistributed net investment income of $10,106 and $4,646, respectively) | $ | 11,015,083,283 | $ | 840,942,188 |

1   *Represents less than $1.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**22**

Table of Contents

# Notes to Financial Statements –
# Federated Institutional Prime Obligations Fund

July 31, 2018

**1. ORGANIZATION**

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Institutional Prime Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers five classes of shares: Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal.

    The Fund operates as an institutional money market fund. As an institutional money market fund, the Fund: (1) will not be limited to institutional investors, but will continue to be available to retail investors; (2) will utilize current market-based prices (except as otherwise generally permitted to value individual portfolio securities with remaining maturities of 60 days or less at amortized cost in accordance with Securities and Exchange Commission

(SEC) rules and guidance) to value its portfolio securities and transact at a floating net asset value (NAV) that uses four decimal-place precision ($1.0000); and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interest of the Fund.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

In calculating its NAV, the Fund generally values investments as follows:

- Fixed-income securities with remaining maturities greater than 60 days are fair valued using price evaluations provided by a pricing service approved by the Trustees.
- Fixed-income securities with remaining maturities of 60 days or less are valued at their cost (adjusted for the accretion of any discount or amortization of any premium), unless the issuer's creditworthiness is impaired or other factors indicate that amortized cost is not an accurate estimate of the investment's fair value, in which case it would be valued in the same manner as a longer-term security. The Fund may only use this method to value a portfolio security when it can reasonably conclude, at each time it makes a valuation determination, that the amortized cost price of the portfolio security is approximately the same as the fair value of the security as determined without the use of amortized cost valuation.
- Shares of other mutual funds or non-exchange-traded investment companies are valued based upon their reported NAVs.

Table of Contents

- For securities that are fair valued in accordance with procedures established by and under the general supervision of the Trustees, certain factors may be considered, such as: the last traded or purchase price of the security, information obtained by contacting the issuer or dealers, analysis of the issuer's financial statements or other available documents, fundamental analytical data, the nature and duration of restrictions on disposition, the movement of the market in which the security is normally traded, public trading in similar securities or derivative contracts of the issuer or comparable issuers, movement of a relevant index, or other factors including but not limited to industry changes and relevant government actions.

If any price, quotation, price evaluation or other pricing source is not readily available when the NAV is calculated, if the Fund cannot obtain price evaluations from a pricing service or from more than one dealer for an investment within a reasonable period of time as set forth in the Fund's valuation policies and procedures, or if information furnished by a pricing service, in the opinion of the valuation committee ("Valuation Committee"), is deemed not representative of the fair value of such security, the Fund uses the fair value of the investment determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

### Fair Valuation Procedures

The Trustees have ultimate responsibility for determining the fair value of investments for which market quotations are not readily available. The Trustees have appointed a valuation committee comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value and in overseeing the calculation of the NAV. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of calculating the NAV. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs, methods, models and assumptions), transactional back-testing, comparisons of evaluations of different pricing services, and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

Factors considered by pricing services in evaluating an investment include the yields or prices of investments of comparable quality, coupon, maturity, call rights and other potential prepayments, terms and type, reported transactions, indications as to values from dealers and general market conditions. Some pricing services provide a single price evaluation reflecting the bid-side of the market for an investment (a "bid" evaluation). Other pricing services offer both bid evaluations and price evaluations indicative of a price between the prices bid and asked for the investment (a "mid" evaluation). The Fund normally uses bid evaluations for any U.S. Treasury and Agency securities, mortgage-backed securities and municipal securities. The Fund normally uses mid evaluations for any other types of fixed-income securities and any OTC derivative contracts. In the event that market quotations and price evaluations are not available for an investment, the fair value of the investment is determined in accordance with procedures adopted by the Trustees.

Table of Contents

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in

which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized and unrealized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver of $9,606,590 is disclosed in Note 5.

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

<div style="text-align:center">

**Annual Shareholder Report**
25

</div>

Table of Contents

The Fund had a paid in capital amount that, as a result of a prior acquisition of another money market fund, was in excess of the number of shares outstanding. To reduce this difference, the Fund began distributing the excess paid in capital to shareholders on October 1, 2015. These returns of capital distributions were declared daily and distributed monthly and continued until such time as the excess paid in capital amount was depleted. The Fund's excess capital position and return of capital distributions ceased during October 2016. These distributions are taxable income to the shareholders and are not considered a return of capital for federal tax purposes.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred |
|---|---|
| Service Shares | $80,755 |
| Capital Shares | 11,358 |
| Trust Shares | 1,603 |
| TOTAL | $93,716 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees; however they may begin to incur this fee upon approval of the Trustees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued

or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

<div align="center">

**Annual Shareholder Report**

**26**

</div>

Table of Contents

### Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | — | $— | 72,816,168 | $ 72,816,168 |
| Shares issued to shareholders in payment of distributions declared | — | — | 149,857 | 149,857 |
| Shares redeemed | — | — | (896,368,786) | (896,368,786) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | — | $— | (823,402,761) | $(823,402,761) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Institutional Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 30,017,817,920 | $ 30,022,896,392 | 22,704,540,167 | $ 22,705,067,578 |
| Shares issued to shareholders in payment of distributions declared | 20,225,406 | 20,228,769 | 6,379,527 | 6,379,934 |
| Shares redeemed | (19,886,730,995) | (19,890,193,691) | (43,842,787,949) | (43,843,301,456) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | 10,151,312,331 | $ 10,152,931,470 | (21,131,868,255) | $(21,131,853,944) |

<div align="center">

**Annual Shareholder Report**

**27**

</div>

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 296,798,517 | $ 296,831,367 | 1,705,459,930 | $ 1,705,486,299 |

| | | | | |
|---|---|---|---|---|
| Shares issued to shareholders in payment of distributions declared | 506,019 | 506,074 | 273,328 | 273,369 |
| Shares redeemed | (287,360,262) | (287,397,583) | (3,509,263,320) | (3,509,292,969) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 9,944,274 | $ 9,939,858 | (1,803,530,062) | $(1,803,533,301) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Capital Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 194,654,557 | $ 194,657,837 | 569,526,588 | $ 569,534,428 |
| Shares issued to shareholders in payment of distributions declared | 319,865 | 319,872 | 205,881 | 205,893 |
| Shares redeemed | (184,319,272) | (184,322,278) | (1,081,719,528) | (1,081,728,460) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 10,655,150 | $ 10,655,431 | (511,987,059) | $ (511,988,139) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Trust Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 7,978 | $ 7,979 | 227,932,977 | $ 227,933,103 |
| Shares issued to shareholders in payment of distributions declared | 6,005 | 6,005 | 7,127 | 7,127 |
| Shares redeemed | (671,876) | (672,161) | (593,772,326) | (593,772,492) |
| NET CHANGE RESULTING FROM TRUST SHARE TRANSACTIONS | (657,893) | $ (658,177) | (365,832,222) | $ (365,832,262) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 10,171,253,862 | $10,172,868,582 | (24,636,620,359) | $(24,636,610,407) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income | $127,496,795 | $18,500,194 |

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income | $ 24,822 |
| Net unrealized appreciation | $1,408,881 |

**Annual Shareholder Report**

**28**

Table of Contents

At July 31, 2018, the cost of investments for federal tax purposes was $11,036,090,580. The net unrealized appreciation of investments for federal tax purposes was $1,408,881. This consists of net unrealized appreciation from investments for those securities having an excess of value over cost of $1,801,358 and net unrealized depreciation from investments for those securities having an excess of cost over value of $392,477.

The Fund used capital loss carryforwards of $2,928 to offset capital gains realized during the year ended July 31, 2018.

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $9,606,590 of its fee.

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|

| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

### Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Trust Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur

Table of Contents

distribution expenses at 0.25% of average daily net assets, annually, to compensate FSC. Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred |
| --- | --- |
| Trust Shares | $1,663 |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $144 of fees paid by the Fund.

### Other Service Fees

For the year ended July 31, 2018, FSSC received $3,935 of the other service fees disclosed in Note 2.

### Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.55%, 0.20%, 0.45%, 0.25%, and 0.70% (the "Fee Limit"), respectively, up to but not including the later of the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $6,375,000 and $95,000, respectively.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

Table of Contents

**Affiliated Shares of Beneficial Interest**

As of July 31, 2018, a majority of the shares of beneficial interest outstanding are owned by other affiliated investment companies.

**6. CONCENTRATION OF RISK**

A substantial part of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

**7. LINE OF CREDIT**

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

**8. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**9. FEDERAL TAX INFORMATION (UNAUDITED)**

For the fiscal year ended July 31, 2018, 85.88% of dividends paid by the Fund are interest related dividends, as provided by the American Jobs Creation Act of 2004.

**Annual Shareholder Report**

31

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED INSTITUTIONAL PRIME OBLIGATIONS FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Institutional Prime Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in

accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Annual Shareholder Report

**32**

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Annual Shareholder Report
33

Table of Contents

# Shareholder Expense Example (unaudited)  –  Federated Institutional Prime Obligations Fund

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report
34

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

|  | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual:** | | | |
| Automated Shares | $1,000 | $1,007.50 | $2.59 |
| Institutional Shares | $1,000 | $1,009.40 | $0.752 |
| Service Shares | $1,000 | $1,008.40 | $1.743 |
| Capital Shares | $1,000 | $1,009.20 | $1.004 |
| Trust Shares | $1,000 | $1,006.90 | $3.23 |

**Hypothetical (assuming a 5% return before expenses):**

| | | | |
|---|---|---|---|
| Automated Shares | $1,000 | $1,022.20 | $2.61 |
| Institutional Shares | $1,000 | $1,024.10 | $0.75[2] |
| Service Shares | $1,000 | $1,023.10 | $1.76[3] |
| Capital Shares | $1,000 | $1,023.80 | $1.00[4] |
| Trust Shares | $1,000 | $1,021.60 | $3.26 |

1      *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Automated Shares | 0.52% |
| Institutional Shares | 0.15% |
| Service Shares | 0.35% |
| Capital Shares | 0.20% |
| Trust Shares | 0.65% |

2      *Actual and Hypothetical expenses paid during the period utilizing the Fund's Institutional Shares current Fee Limit of 0.20% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.00 and $1.00, respectively.*

3      *Actual and Hypothetical expenses paid during the period utilizing the Fund's Service Shares current Fee Limit of 0.45% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $2.24 and $2.26, respectively.*

4      *Actual and Hypothetical expenses paid during the period utilizing the Fund's Capital Shares current Fee Limit of 0.25% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.25 and $1.25, respectively.*

**Annual Shareholder Report**
**35**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania; Director, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*  *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| Maureen Lally-Green<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| Charles F. Mansfield, Jr.<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Annual Shareholder Report
38

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| Thomas M. O'Neill<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| P. Jerome Richey<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| John S. Walsh<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| Lori A. Hensler<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| Stephen Van Meter<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| | |
|---|---|
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since:<br>July 1991 | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since July 1991. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

<div align="center">

**Annual Shareholder Report**

41

</div>

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED INSTITUTIONAL PRIME OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty

with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual

advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing associated pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

The CCO noted that the services, administrative responsibilities and risks associated with such relationships are quite different than serving as a primary adviser to a fund.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting

Table of Contents

and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer

groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance fell below the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board discussed the Fund's performance with the Adviser and recognized the efforts being taken by the Adviser. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived

Table of Contents

fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds'

advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**48**

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

[Table of Contents](#)

*You could lose money by investing in the Fund. Because the share price of the Fund will fluctuate, when you sell your shares they may be worth more or less than what you originally paid for them. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Institutional Prime Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919734*
*CUSIP 60934N203*
*CUSIP 60934N708*
*CUSIP 608919767*
*CUSIP 60934N146*

*Q450523 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.



**Annual Shareholder Report**

*July 31, 2018*

| Share Class \| Ticker | Institutional \| PVOXX | Service \| PVSXX | Capital \| PVCXX |
|---|---|---|---|

# Federated Institutional Prime Value Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund operates as a "Floating Net Asset Value" Money Market Fund.*
*The Share Price will fluctuate. It is possible to lose money by investing in the Fund.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

Federated Institutional Prime Value Obligations Fund . . . 1
   Portfolio of Investments Summary Table . . . 1
   Portfolio of Investments . . . 2
Financial Highlights–Institutional Shares . . . 4
Financial Highlights–Service Shares . . . 5
Financial Highlights–Capital Shares . . . 6
   Statement of Assets and Liabilities . . . 7
   Statement of Operations . . . 8
   Statement of Changes in Net Assets . . . 9
   Notes to Financial Statements . . . 10
   Report of Independent Registered Public Accounting Firm . . . 19
   Shareholder Expense Example . . . 21
Federated Institutional Prime Obligations Fund . . . 23
Portfolio of Investments Summary Tables – Federated Institutional Prime Obligations Fund . . . 24
Portfolio of Investments– Federated Institutional Prime Obligations Fund . . . 25
Financial Highlights–Automated Shares– Federated Institutional Prime Obligations Fund . . . 37
Financial Highlights–Institutional Shares– Federated Institutional Prime Obligations Fund . . . 38
Financial Highlights–Service Shares– Federated Institutional Prime Obligations Fund . . . 39
Financial Highlights–Capital Shares– Federated Institutional Prime Obligations Fund . . . 40
Financial Highlights–Trust Shares– Federated Institutional Prime Obligations Fund . . . 41
Statement of Assets and Liabilities– Federated Institutional Prime Obligations Fund . . . 42
Statement of Operations– Federated Institutional Prime Obligations Fund . . . 44
Statement of Changes in Net Assets– Federated Institutional Prime Obligations Fund . . . 45
Notes to Financial Statements– Federated Institutional Prime Obligations Fund . . . 46
Report of Independent Registered Public Accounting Firm . . . 55
Shareholder Expense Example – Federated Institutional Prime Obligations Fund . . . 57
Board of Trustees and Trust Officers . . . 59
Evaluation and Approval of Advisory Contract–May 2018 . . . 65
Voting Proxies on Fund Portfolio Securities . . . 72
Quarterly Portfolio Schedule . . . 72

Table of Contents

## Portfolio of Investments Summary Table (unaudited)

At July 31, 2018, the Fund's portfolio composition[1] was as follows:

| Security Type | Percentage of Total Net Assets[2] |
|---|---|
| Variable Rate Instruments | 33.2% |
| Commercial Paper | 31.3% |
| Other Repurchase Agreements and Repurchase Agreements | 27.8% |
| Bank Instruments | 7.6% |
| Asset-Backed Securities | 0.2% |
| Other Assets and Liabilities—Net[3] | (0.1)% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types.*

2    *As of the date specified above, the Fund owned shares of an affiliated investment company. For purposes of this table, the affiliated investment company is not treated as a single portfolio security, but rather the Fund is treated as owning a pro rata portion of each security and each other asset and liability owned by the affiliated investment company. Accordingly, the percentages of total net assets shown in the table will differ from those presented on the Portfolio of Investments.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

<div align="center">Annual Shareholder Report

1</div>

Table of Contents

# Portfolio of Investments

July 31, 2018

| Shares or Principal Amount | | Value |
|---|---|---|
| | **INVESTMENT COMPANY—98.9%** | |
| 7,109,138,403 | Federated Institutional Prime Obligations Fund, Institutional Shares, 2.08%[1] (IDENTIFIED COST $7,109,982,831) | $7,111,271,145 |
| | **OTHER REPURCHASE AGREEMENT—1.0%** | |
| | **Finance - Banking—1.0%** | |
| $ 71,000,000 | HSBC Securities (USA), Inc. 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which asset-backed securities, corporate bonds, medium-term notes, sovereign notes and U.S. treasuries with a market value of $336,600,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. (IDENTIFIED COST $71,000,000) | 71,000,000 |
| | TOTAL INVESTMENT IN SECURITIES—99.9% (IDENTIFIED COST $7,180,982,831)[2] | 7,182,271,145 |
| | OTHER ASSETS AND LIABILITIES - NET—0.1%[3] | 9,108,079 |
| | TOTAL NET ASSETS—100% | $7,191,379,224 |

Affiliated fund holdings are investment companies which are managed by Federated Investment Management Company (the "Adviser") or an affiliate of the Adviser. Transactions with affiliated fund holdings during the period ended July 31, 2018, were as follows:

| | Federated Institutional Prime Obligations Fund, Institutional Shares |
|---|---|
| Balance of Shares Held 7/31/2017 | — |
| Purchases/Additions | 14,191,646,901 |
| Sales/Reductions | (7,082,508,498) |
| Balance of Shares Held 7/31/2018 | 7,109,138,403 |
| Value | $ 7,111,271,145 |
| Change in Unrealized Appreciation/Depreciation | $ 1,288,314 |
| Net Realized Gain/(Loss) | $ (953,114) |
| Dividend Income | $ 88,090,122 |

**Annual Shareholder Report**

**2**

Table of Contents

The Fund invests in Federated Institutional Prime Obligations Fund (POF), a diversified portfolio of Money Market Obligations Trust (the "Trust") which is also managed by the Adviser. The Trust is an open-end management investment company, registered under the Investment Company Act of 1940, as amended (the "Act"). The investment objective of POF is to provide current income consistent with stability of principal. Income distributions from POF are declared daily and paid monthly. All income distributions are recorded by the Fund as dividend income. Capital gain distributions of POF, if any, are declared and paid annually, and are recorded by the Fund as capital gains received. At July 31, 2018, POF represents 98.9% of the Fund's net assets. Therefore, the performance of the Fund is directly affected by the performance of POF. To illustrate the security holdings, financial condition, results of operations and changes in net assets of POF, its financial statements are included within this report. The financial statements of POF should be read in conjunction with the Fund's financial statements. The valuation of securities held by POF is discussed in the notes to its financial

1    *7-day net yield.*

2    *Also represents cost for federal tax purposes.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

    Level 1—quoted prices in active markets for identical securities.

    Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

    Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

The following is a summary of the inputs used, as of July 31, 2018, in valuing the Fund's assets carried at fair value:

**Valuation Inputs**

| | Level 1— Quoted Prices | Level 2— Other Significant Observable Inputs | Level 3— Significant Unobservable Inputs | Total |
|---|---|---|---|---|
| **Debt Securities:** | | | | |
| Other Repurchase Agreement | $ — | $71,000,000 | $— | $ 71,000,000 |
| **Investment Company** | 7,111,271,145 | — | — | 7,111,271,145 |
| TOTAL SECURITIES | $7,111,271,145 | $71,000,000 | $— | $7,182,271,145 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

3

Table of Contents

# Financial Highlights – Institutional Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0002** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0156 | 0.0075 | 0.003 | 0.001 | 0.001 |
| Net realized and unrealized gain (loss) | (0.0000)1 | 0.0002 | 0.0002 | 0.0002 | 0.0002 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.0156 | 0.0077 | 0.003 | 0.001 | 0.001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0156) | (0.0075) | (0.003) | (0.001) | (0.001) |
| Distributions from net realized gain | (0.0000)1 | (0.0000)1 | (0.000)2 | (0.000)2 | (0.000)2 |
|    TOTAL DISTRIBUTIONS | (0.0156) | (0.0075) | (0.003) | (0.001) | (0.001) |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0002** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return3** | 1.57% | 0.78% | 0.31% | 0.08% | 0.07% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.00%4 | 0.20% | 0.21% | 0.20% | 0.20% |
| Net investment income | 1.59% | 0.77% | 0.31% | 0.08% | 0.07% |
| Expense waiver/reimbursement5 | 0.29% | 0.09% | 0.09% | 0.09% | 0.08% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $6,992,551 | $4,454,446 | $4,639,018 | $5,914,296 | $5,213,209 |

1     *Represents less than $0.0001.*
2     *Represents less than $0.001.*
3     *Based on net asset value.*
4     *Represents less than 0.01%.*
5     *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

4

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|

| | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0002** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0131 | 0.0050 | 0.001 | 0.0001 | 0.0001 |
| Net realized and unrealized gain (loss) | (0.0000)[2] | 0.0002 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.0131 | 0.0052 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0131) | (0.0050) | (0.001) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.0000)[2] | (0.0000)[2] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
|    TOTAL DISTRIBUTIONS | (0.0131) | (0.0050) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0002** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 1.31% | 0.53% | 0.10% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.25% | 0.45% | 0.41% | 0.27% | 0.26% |
| Net investment income | 1.26% | 0.34% | 0.09% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.29% | 0.09% | 0.13% | 0.27% | 0.28% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $186,643 | $129,412 | $1,229,801 | $1,413,002 | $1,962,506 |

1    *Represents less than $0.001.*

2    *Represents less than $0.0001.*

3    *Based on net asset value.*

4    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**5**

Table of Contents

# Financial Highlights – Capital Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0002** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0146 | 0.0064 | 0.002 | 0.0001 | 0.0001 |
| Net realized and unrealized gain (loss) | (0.0000)[2] | 0.0003 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.0146 | 0.0067 | 0.002 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0146) | (0.0065) | (0.002) | (0.000)[1] | (0.000)[1] |

| | | | | | |
|---|---|---|---|---|---|
| Distributions from net realized gain | (0.0000)[2] | (0.0000)[2] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
|    TOTAL DISTRIBUTIONS | (0.0146) | (0.0065) | (0.002) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0002** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return**[3] | 1.47% | 0.68% | 0.21% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.10% | 0.30% | 0.31% | 0.27% | 0.26% |
| Net investment income | 1.40% | 0.34% | 0.21% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.29% | 0.10% | 0.09% | 0.11% | 0.13% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $12,185 | $20,587 | $627,753 | $592,710 | $730,710 |

1    *Represents less than $0.001.*
2    *Represents less than $0.0001.*
3    *Based on net asset value.*
4    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**6**

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---|
| Investment in securities, at value including $7,111,271,145 of investment in an affiliated holding (identified cost $7,180,982,831) | $7,182,271,145 |
| Cash | 573,700 |
| Income receivable | 4,161 |
| Income receivable from affiliated holdings | 12,057,479 |
| Receivable for shares sold | 10,157,954 |
|    TOTAL ASSETS | 7,205,064,439 |

**Liabilities:**

| | |
|---|---|
| Payable for shares redeemed | $4,269,604 |
| Income distribution payable | 9,203,648 |
| Payable to adviser (Note 5) | 740 |
| Payable for administrative fees (Note 5) | 15,782 |
| Payable for other service fees (Notes 2 and 5) | 30,568 |

| | | |
|---|---|---|
| Accrued expenses (Note 5) | | 164,873 |
|   TOTAL LIABILITIES | | 13,685,215 |
| Net assets for 7,189,862,774 shares outstanding | | $7,191,379,224 |
| **Net Assets Consist of:** | | |
| Paid-in capital | | $7,191,031,537 |
| Net unrealized appreciation | | 1,288,314 |
| Accumulated net realized loss | | (953,114) |
| Undistributed net investment income | | 12,487 |
|   TOTAL NET ASSETS | | $7,191,379,224 |
| **Net Asset Value, Offering Price and Redemption Proceeds Per Share** | | |
| **Institutional Shares:** | | |
| $6,992,551,445 ÷ 6,991,073,177 shares outstanding, no par value, unlimited shares authorized | | $1.0002 |
| **Service Shares:** | | |
| $186,643,118 ÷ 186,607,251 shares outstanding, no par value, unlimited shares authorized | | $1.0002 |
| **Capital Shares:** | | |
| $12,184,661 ÷ 12,182,346 shares outstanding, no par value, unlimited shares authorized | | $1.0002 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

7

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | | |
|---|---|---|
| **Investment Income:** | | |
| Dividends received from an affiliated holding* | | $88,090,122 |
| Interest | | 1,034,024 |
|   TOTAL INCOME | | 89,124,146 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $ 11,204,145 | |
| Administrative fee (Note 5) | 4,485,201 | |
| Custodian fees | 177,841 | |
| Transfer agent fee | 113,166 | |
| Directors'/Trustees' fees (Note 5) | 38,409 | |
| Auditing fees | 28,841 | |
| Legal fees | 9,007 | |
| Portfolio accounting fees | 215,931 | |
| Other service fees (Notes 2 and 5) | 411,515 | |
| Share registration costs | 110,790 | |
| Printing and postage | 25,914 | |
| Miscellaneous (Note 5) | 44,111 | |
|   TOTAL EXPENSES | | 16,864,871 |
| **Waiver and Reimbursements:** | | |
| Waiver/reimbursement of investment adviser fee (Note 5) | $(11,204,145) | |
| Reimbursement of other operating expenses (Note 5) | (5,222,809) | |
|   TOTAL WAIVER AND REIMBURSEMENTS | | (16,426,954) |

| | |
|---|---:|
| Net expenses | 437,917 |
| Net investment income | 88,686,229 |

**Realized and Unrealized Gain (Loss) on Investments:**

| | |
|---|---:|
| Net realized loss on sales of investments in an affiliated holding* | (953,114) |
| Net change in unrealized appreciation of investments (including net change in unrealized appreciation of $1,288,314 of investments in an affiliated holding*) | 669,188 |
| Change in net assets resulting from operations | $88,402,303 |

\* See information listed after the Fund's Portfolio of Investments.

See Notes which are an integral part of the Financial Statements

<div align="center">

**Annual Shareholder Report**

8

</div>

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | | 2017 | |
|---|---:|---|---:|---|
| **Increase (Decrease) in Net Assets** | | | | |
| **Operations:** | | | | |
| Net investment income | $ | 88,686,229 | $ | 29,076,744 |
| Net realized gain (loss) | | (953,114) | | 24,356 |
| Net change in unrealized appreciation/depreciation | | 669,188 | | 619,126 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | | 88,402,303 | | 29,720,226 |
| **Distributions to Shareholders:** | | | | |
| Distributions from net investment income | | | | |
| Institutional Shares | | (86,423,265) | | (27,378,914) |
| Service Shares | | (1,976,553) | | (1,185,296) |
| Capital Shares | | (280,303) | | (510,930) |
| Distributions from net realized gain | | | | |
| Institutional Shares | | (19,898) | | (99,429) |
| Service Shares | | (702) | | (19,486) |
| Capital Shares | | (95) | | (11,691) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | | (88,700,816) | | (29,205,746) |
| **Share Transactions:** | | | | |
| Proceeds from sale of shares | | 18,915,183,582 | | 30,609,310,240 |
| Net asset value of shares issued to shareholders in payment of distributions declared | | 25,386,281 | | 8,501,700 |
| Cost of shares redeemed | | (16,353,337,091) | | (32,510,452,792) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | | 2,587,232,772 | | (1,892,640,852) |
| Change in net assets | | 2,586,934,259 | | (1,892,126,372) |
| **Net Assets:** | | | | |
| Beginning of period | | 4,604,444,965 | | 6,496,571,337 |
| End of period (including undistributed net investment income of $12,487 and $6,379, respectively) | $ | 7,191,379,224 | $ | 4,604,444,965 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

### 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Institutional Prime Value Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers three classes of shares: Institutional Shares, Service Shares and Capital Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal and liquidity.

The Fund invests all or substantially all of its net assets in the Institutional Shares of POF (the "Underlying Fund"), an affiliated institutional money market fund with substantially similar investment objectives and strategies as the Fund. Therefore, the performance of the Fund is directly affected by the performance of the Underlying Fund. To illustrate the security holdings, financial condition, results of operations and changes in net assets of the Underlying Fund, its financial statements are included within this report and should be read in conjunction with the Fund's financial statements.

The Fund operates as an institutional money market fund. As an institutional money market fund, the Fund: (1) will not be limited to institutional investors, but will continue to be available to retail investors; (2) will utilize current market-based prices (except as otherwise generally permitted to value individual portfolio securities with remaining maturities of 60 days or less at amortized cost in accordance with Securities and Exchange Commission (SEC) rules and guidance) to value its portfolio securities and transact at a floating net asset value (NAV) that uses four decimal-place precision ($1.0000); and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interest of the Fund.

### 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

**Investment Valuation**

In calculating its NAV, each Fund generally values investments as follows:

- Shares of other mutual funds or non-exchange-traded investment companies are valued based upon their reported NAVs.
- Fixed-income securities with remaining maturities greater than 60 days are fair valued using price evaluations provided by a pricing service approved by the Trustees.

Table of Contents

- Fixed-income securities with remaining maturities of 60 days or less are valued at their cost (adjusted for the accretion of any discount or amortization of any premium), unless the issuer's creditworthiness is impaired or other factors indicate that amortized cost is not an accurate estimate of the investment's fair value, in which case it would be valued in the same manner as a longer-term security. The Fund may only use this method to value a portfolio security when it can reasonably conclude, at each time it makes a valuation determination, that the amortized cost price of the portfolio security is approximately the same as the fair value of the security as determined without the use of amortized cost valuation.
- For securities that are fair valued in accordance with procedures established by and under the general supervision of the Trustees, certain factors may be considered, such as: the last traded or purchase price of the security, information obtained by contacting the issuer or dealers, analysis of the issuer's financial statements or other available documents, fundamental analytical data, the nature and duration of restrictions on disposition, the movement of the market in which the security is normally traded, public trading in similar securities or derivative contracts of the issuer or comparable issuers, movement of a relevant index, or other factors including but not limited to industry changes and relevant government actions.

If any price, quotation, price evaluation or other pricing source is not readily available when the NAV is calculated, if the Fund cannot obtain price evaluations from a pricing service or from more than one dealer for an investment within a reasonable period of time as set forth in the Fund's valuation policies and procedures, or if information furnished by a pricing service, in the opinion of the valuation committee ("Valuation Committee"), is deemed not representative of the fair value of such security, the Fund uses the fair value of the investment determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

**Fair Valuation Procedures**

The Trustees have ultimate responsibility for determining the fair value of investments for which market quotations are not readily available. The Trustees have appointed a Valuation Committee comprised of officers of the Fund, the Adviser and certain of the Adviser's affiliated companies to assist in

determining fair value and in overseeing the calculation of the NAV. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of calculating the NAV. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs, methods, models and assumptions), transactional back-testing, comparisons of evaluations of different pricing services, and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

<div align="center">

**Annual Shareholder Report**

11

</div>

Table of Contents

Factors considered by pricing services in evaluating an investment include the yields or prices of investments of comparable quality, coupon, maturity, call rights and other potential prepayments, terms and type, reported transactions, indications as to values from dealers and general market conditions. Some pricing services provide a single price evaluation reflecting the bid-side of the market for an investment (a "bid" evaluation). Other pricing services offer both bid evaluations and price evaluations indicative of a price between the prices bid and asked for the investment (a "mid" evaluation). The Fund normally uses bid evaluations for any U.S. Treasury and Agency securities, mortgage-backed securities and municipal securities. The Fund normally uses mid evaluations for any other types of fixed-income securities and any OTC derivative contracts. In the event that market quotations and price evaluations are not available for an investment, the fair value of the investment is determined in accordance with procedures adopted by the Trustees.

## Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

<div align="center">

**Annual Shareholder Report**

12

</div>

Table of Contents

## Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized and unrealized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver and reimbursements of $16,426,954 is disclosed in Note 5. Dividends are declared

separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

**Other Service Fees**

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Institutional Shares, Service Shares and Capital Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
|---|---|
| Service Shares | $391,439 |
| Capital Shares | 20,076 |
| TOTAL | $411,515 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees.

**Federal Taxes**

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code (the "Code") and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**When-Issued and Delayed-Delivery Transactions**

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

<div align="center">

**Annual Shareholder Report**

13

</div>

Table of Contents

**Restricted Securities**

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Institutional Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 17,658,596,250 | $ 17,660,456,173 | 28,259,811,884 | $ 28,263,068,862 |
| Shares issued to shareholders in payment of distributions declared | 23,527,285 | 23,528,617 | 7,376,952 | 7,378,467 |
| Shares redeemed | (15,144,464,012) | (15,145,664,826) | (28,452,698,711) | (28,455,515,007) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | 2,537,659,523 | $ 2,538,319,964 | (185,509,875) | $ (185,067,678) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|

| Service Shares: | Shares | Amount | Shares | Amount |
|---|---|---|---|---|
| Shares sold | 1,240,814,181 | $ 1,240,940,617 | 2,078,457,451 | $ 2,078,603,258 |
| Shares issued to shareholders in payment of distributions declared | 1,577,583 | 1,577,678 | 825,069 | 825,228 |
| Shares redeemed | (1,185,170,315) | (1,185,215,374) | (3,179,672,538) | (3,179,843,815) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 57,221,449 | $ 57,302,921 | (1,100,390,018) | $(1,100,415,329) |

**Annual Shareholder Report**

14

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Capital Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 13,776,212 | $ 13,786,792 | 267,634,168 | $ 267,638,120 |
| Shares issued to shareholders in payment of distributions declared | 279,973 | 279,986 | 297,974 | 298,005 |
| Shares redeemed | (22,456,844) | (22,456,891) | (875,089,405) | (875,093,970) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | (8,400,659) | $ (8,390,113) | (607,157,263) | $ (607,157,845) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 2,586,480,313 | $2,587,232,772 | (1,893,057,156) | $(1,892,640,852) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income | $88,700,816 | $29,205,746 |

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income | $ 12,487 |
| Net unrealized appreciation | $1,288,314 |
| Capital loss carryforwards | $ (953,114) |

At July 31, 2018, the cost of investments for federal tax purposes was $7,180,982,831. The net unrealized appreciation of investments for federal tax purposes was $1,288,314. This consists entirely of net unrealized appreciation from investments for those securities having an excess of value over cost.

At July 31, 2018, the Fund had a capital loss carryforward of $953,114 which will reduce the Fund's taxable income arising from future net realized gains on investments, if any, to the extent permitted by the Code, thereby reducing the amount of distributions to shareholders which would otherwise be necessary to relieve the Fund of any liability for federal income tax. Pursuant to the Code, a net capital loss incurred in taxable years beginning after December 22, 2010, retains its character as either short-term or long-term, does not expire and is required to be utilized prior to the losses which have a Carryforward Limit. All of the Fund's capital loss carryforwards were incurred in taxable years after December 22, 2010.

**Annual Shareholder Report**

15

Table of Contents

The following schedule summarizes the Fund's capital loss carryforwards:

| Short-Term | Long-Term | Total |
|---|---|---|
| $953,114 | $— | $953,114 |

### 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

#### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. The Underlying Fund also has an investment advisory agreement with the Adviser by which the Adviser is entitled to an investment adviser fee of the Underlying Fund's average daily net assets. To avoid charging duplicative fees, the adviser has agreed to waive and/or reimburse their fee with respect to the net assets invested in the Underlying Fund. For the year ended July 31, 2018, the Adviser waived and/or reimbursed $11,204,145.

In addition, subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive and/or reimburse any portion of their fee and/or reimburse other operating expense. For the year ended July 31, 2018, the Adviser voluntarily reimbursed $5,222,809 of other operating expenses.

#### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Annual Shareholder Report**
**16**

Table of Contents

#### Other Service Fees

For the year ended July 31, 2018, FSSC received $343 of the other service fees disclosed in Note 2.

#### Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) and the Fund's share of the fees and expenses of the Underlying Fund paid by the Fund's Institutional Shares, Service Shares and Capital Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.20%, 0.45% and 0.30% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

#### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**Affiliated Shares of Beneficial Interest**

As of July 31, 2018, a majority of the shares of beneficial interest outstanding are owned by other affiliated investment companies.

### 6. CONCENTRATION OF RISK

A substantial part of the Fund's portfolio invested in the Underlying Fund may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

### 7. LINE OF CREDIT

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also

<div align="center">

**Annual Shareholder Report**
17

</div>

---

Table of Contents

requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

### 8. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

### 9. FEDERAL TAX INFORMATION (UNAUDITED)

For the fiscal year ended July 31, 2018, 86.11% of dividends paid by the Fund are interest-related dividends, as provided by the American Jobs Creation Act of 2004.

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED INSTITUTIONAL PRIME VALUE OBLIGATIONS FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Institutional Prime Value Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Institutional Shares | $1,000 | $1,009.40 | $0.00[2,3] |
| Service Shares | $1,000 | $1,008.20 | $1.24[4] |
| Capital Shares | $1,000 | $1,008.90 | $0.50[5] |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Institutional Shares | $1,000 | $1,024.80 | $0.00[2,3] |
| Service Shares | $1,000 | $1,023.60 | $1.25[4] |

| | | | |
|---|---|---|---|
| Capital Shares | $1,000 | $1,024.30 | $0.50[5] |

1   *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Institutional Shares | 0.00%[6] |
| Service Shares | 0.25% |
| Capital Shares | 0.10% |

2   *Represents less than $0.01.*

3   *Actual and Hypothetical expenses paid during the period utilizing the Fund's Institutional Shares current Fee Limit of 0.20% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.00 and $1.00, respectively.*

4   *Actual and Hypothetical expenses paid during the period utilizing the Fund's Service Shares current Fee Limit of 0.45% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $2.24 and $2.26, respectively.*

5   *Actual and Hypothetical expenses paid during the period utilizing the Fund's Capital Shares current Fee Limit of 0.30% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.49 and $1.51, respectively.*

6   *Represents less than 0.01%.*

**Annual Shareholder Report**

**22**

Table of Contents

# Federated Institutional Prime Obligations Fund

**FINANCIAL STATEMENTS AND NOTES TO FINANCIAL STATEMENTS**

Federated Institutional Prime Value Obligations Fund invests primarily in Federated Institutional Prime Obligations Fund. Therefore the Federated Institutional Prime Obligations Fund financial statements and notes to financial statements are included on pages 24 through 58.

Table of Contents

## Portfolio of Investments Summary Tables (unaudited) – Federated Institutional Prime Obligations Fund

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Variable Rate Instruments | 33.6% |
| Commercial Paper | 31.7% |
| Other Repurchase Agreements and Repurchase Agreements | 27.1% |
| Bank Instruments | 7.7% |
| Asset-Backed Securities | 0.1% |
| Other Assets and Liabilities—Net2 | (0.2)% |
| TOTAL | 100.0% |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 43.7%4 |
| 8-30 Days | 22.6% |
| 31-90 Days | 29.3% |
| 91-180 Days | 4.1% |
| 181 Days or more | 0.5% |
| Other Assets and Liabilities—Net2 | (0.2)% |
| TOTAL | 100.0% |

1   See the Fund's Prospectus and Statement of Additional Information for more complete information regarding these security types.
2   Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.
3   Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.
4   Overnight securities comprised 26.2% of the Fund's portfolio.

Table of Contents

## Portfolio of Investments – Federated Institutional Prime Obligations Fund

| Principal Amount | | Value |
|---|---|---|
| | ASSET-BACKED SECURITIES—0.1% | |
| | **Finance - Automotive—0.1%** | |
| $ 4,013,918 | Enterprise Fleet Financing 2017-3 LLC, Class A1, 1.500%, 10/22/2018 | $ 4,013,962 |
| 14,190,367 | Westlake Automobile Receivables Trust 2018-2, Class A1, 2.500%, 5/15/2019 | 14,190,587 |
| | TOTAL ASSET-BACKED SECURITIES (IDENTIFIED COST $18,204,285) | 18,204,549 |
| | CERTIFICATES OF DEPOSIT—5.9% | |
| | **Finance - Banking—5.9%** | |
| 35,000,000 | Bank of Montreal, 1.740%, 10/19/2018 | 34,966,890 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.760%, 6/25/2019 | 25,015,968 |
| 25,000,000 | Mizuho Bank Ltd., 2.260%, 8/29/2018 | 25,000,000 |
| 50,000,000 | Mizuho Bank Ltd., 2.450%, 10/22/2018 | 49,725,540 |
| 344,000,000 | Sumitomo Mitsui Trust Bank Ltd., 1.940%—2.310%, 8/3/2018—10/5/2018 | 344,042,721 |
| 50,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.340%, 10/2/2018 | 49,807,370 |
| 50,000,000 | Toronto Dominion Bank, 1.700%, 10/5/2018 | 49,799,871 |
| 38,000,000 | Toronto Dominion Bank, 1.740%—1.800%, 10/22/2018—11/14/2018 | 37,953,125 |
| 30,000,000 | Westpac Banking Corp. Ltd., Sydney, 1.570%, 9/14/2018 | 30,000,000 |
| | TOTAL CERTIFICATES OF DEPOSIT (IDENTIFIED COST $646,372,126) | 646,311,485 |
| | [1]COMMERCIAL PAPER—31.7% | |
| | **Aerospace/Auto—0.5%** | |
| 50,000,000 | Daimler Finance NA LLC, (GTD by Daimler AG), 2.460%, 1/22/2019 | 49,344,966 |
| | **Finance - Banking—13.8%** | |
| 25,918,000 | Albion Capital LLC, (MUFG Bank Ltd. LIQ), 2.314%, 8/15/2018 | 25,894,818 |
| 117,520,000 | Antalis S.A., (Societe Generale, Paris LIQ), 2.104%, 8/16/2018—8/31/2018 | 117,342,795 |
| 65,000,000 | Bank of Nova Scotia, Toronto, 1.930%, 8/2/2018 | 64,996,551 |
| 128,000,000 | Banque et Caisse d'Epargne de L'Etat, 2.061%—2.123%, 8/8/2018—8/13/2018 | 127,934,666 |
| 58,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 1.771%—2.817%, 9/24/2018—7/1/2019 | 57,638,738 |
| 276,256,000 | Gotham Funding Corp., (MUFG Bank Ltd. LIQ), 2.260%—2.314%, 9/10/2018—10/30/2018 | 275,207,113 |
| 85,000,000 | LMA-Americas LLC, (Credit Agricole Corporate and Investment Bank LIQ), 1.951%—2.054%, 8/7/2018—8/27/2018 | 84,903,041 |

**Annual Shareholder Report**
25

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]COMMERCIAL PAPER—continued | |
| | **Finance - Banking—continued** | |
| $ 50,000,000 | Manhattan Asset Funding Company LLC, (Sumitomo Mitsui Banking Corp. LIQ), 2.188%, 8/21/2018 | $ 49,939,445 |
| 269,000,000 | Matchpoint Finance PLC, (BNP Paribas SA LIQ), 1.950%—2.334%, 8/1/2018—10/9/2018 | 268,581,670 |
| 100,000,000 | NRW.Bank, 2.168%, 8/13/2018 | 99,928,000 |
| 245,000,000 | Sumitomo Mitsui Banking Corp., 2.348%—2.496%, 11/2/2018—12/27/2018 | 243,244,775 |
| 30,000,000 | Toronto Dominion Bank, 1.760%, 10/22/2018 | 29,845,863 |
| 75,000,000 | Toronto Dominion Bank, 2.295%, 9/19/2018 | 74,767,250 |
| | TOTAL | 1,520,224,725 |
| | **Finance - Commercial—1.3%** | |

| | | Value |
|---|---|---|
| 145,000,000 | Crown Point Capital Co., LLC, (Credit Suisse AG LIQ), 2.104%—2.178%, 8/6/2018—8/13/2018 | 144,927,492 |
| | **Finance - Retail—10.5%** | |
| 260,000,000 | Barton Capital S.A., 2.128%—2.158%, 8/6/2018—9/18/2018 | 259,497,153 |
| 168,150,000 | CAFCO, LLC, 2.264%—2.284%, 9/13/2018—9/25/2018 | 167,670,665 |
| 45,000,000 | CRC Funding, LLC, 2.491%, 1/22/2019 | 44,470,625 |
| 70,500,000 | Fairway Finance Co. LLC, 2.263%—2.284%, 8/30/2018—9/4/2018 | 70,365,425 |
| 55,000,000 | Old Line Funding, LLC, 2.320%, 10/18/2018 | 54,732,058 |
| 34,500,000 | Old Line Funding, LLC, 2.320%, 10/19/2018 | 34,329,570 |
| 50,000,000 | Old Line Funding, LLC, 2.360%, 10/23/2018 | 49,738,900 |
| 75,000,000 | Old Line Funding, LLC, 2.360%, 10/26/2018 | 74,592,369 |
| 28,000,000 | Old Line Funding, LLC, 2.420%, 12/6/2018 | 27,764,651 |
| 378,780,000 | Sheffield Receivables Company LLC, 2.294%—2.472%, 8/21/2018—11/6/2018 | 377,406,719 |
| | TOTAL | 1,160,568,135 |
| | **Finance - Securities—2.8%** | |
| 140,000,000 | Anglesea Funding LLC, 2.333%—2.518%, 10/1/2018—10/5/2018 | 139,471,769 |
| 100,000,000 | Chesham Finance LLC Series III, 1.951%, 8/3/2018 | 99,989,167 |
| 74,000,000 | Collateralized Commercial Paper Co. LLC, 1.763%—2.672%, 8/6/2018—4/26/2019 | 73,166,923 |
| | TOTAL | 312,627,859 |
| | **Insurance—1.4%** | |
| 149,500,000 | UnitedHealth Group, Inc., 2.051%—2.071%, 8/1/2018—8/6/2018 | 149,467,861 |
| | **Sovereign—1.4%** | |
| 75,000,000 | Caisse des Depots et Consignations (CDC), 2.263%, 8/29/2018 | 74,868,750 |

**Annual Shareholder Report**
**26**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]COMMERCIAL PAPER—continued | |
| | **Sovereign—continued** | |
| $ 76,750,000 | Erste Abwicklungsanstalt, 2.264%, 9/5/2018 | $ 76,582,109 |
| | TOTAL | 151,450,859 |
| | TOTAL COMMERCIAL PAPER (IDENTIFIED COST $3,488,527,312) | 3,488,611,897 |
| | [2]NOTES - VARIABLE—33.6% | |
| | **Aerospace/Auto—0.1%** | |
| 15,000,000 | Toyota Motor Finance (Netherlands) B.V., (Toyota Motor Corp. SA), 2.367% (1-month USLIBOR +0.300%), 8/13/2018 | 15,005,833 |
| | **Finance - Banking—25.5%** | |
| 47,000,000 | Alpine Securitization LLC, (Credit Suisse AG LIQ), 2.304% (1-month USLIBOR +0.225%), 8/20/2018 | 47,000,000 |
| 50,000,000 | Bank of Montreal, 2.329% (1-month USLIBOR +0.250%), 8/20/2018 | 50,017,199 |
| 15,000,000 | Bank of Montreal, 2.344% (1-month USLIBOR +0.280%), 8/28/2018 | 15,004,479 |
| 75,000,000 | Bank of Montreal, 2.347% (1-month USLIBOR +0.250%), 8/9/2018 | 75,025,188 |
| 20,000,000 | Bank of Montreal, 2.361% (1-month USLIBOR +0.280%), 8/22/2018 | 20,006,610 |
| 100,000,000 | Bank of Montreal, 2.397% (1-month USLIBOR +0.300%), 8/7/2018 | 100,024,554 |
| 25,000,000 | Bank of Montreal, 2.518% (1-month USLIBOR +0.440%), 8/13/2018 | 25,033,570 |
| 76,467,000 | Bank of Montreal, 2.653% (3-month USLIBOR +0.320%), 10/18/2018 | 76,553,834 |

| | | |
|---:|---|---:|
| 70,000,000 | Bank of Nova Scotia, Toronto, 2.369%<br>(1-month USLIBOR +0.300%), 8/24/2018 | 70,023,589 |
| 33,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.307% (1-month USLIBOR +0.220%), 8/6/2018 | 33,000,000 |
| 21,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.338% (1-month USLIBOR +0.260%), 8/13/2018 | 21,005,142 |
| 61,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.372% (1-month USLIBOR +0.290%), 8/13/2018 | 61,010,035 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.387% (1-month USLIBOR +0.290%), 8/8/2018 | 30,008,328 |
| 50,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.393% (1-month USLIBOR +0.320%), 8/17/2018 | 50,020,636 |
| 16,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.401% (1-month USLIBOR +0.320%), 8/23/2018 | 16,007,583 |
| 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.407% (1-month USLIBOR +0.320%), 8/6/2018 | 25,012,651 |
| 45,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.437% (1-month USLIBOR +0.340%), 8/7/2018 | 45,030,240 |
| 20,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.463% (3-month USLIBOR +0.130%), 9/7/2018 | 20,001,599 |
| 35,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.466% (3-month USLIBOR +0.130%), 9/21/2018 | 35,002,944 |
| 23,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.467% (3-month USLIBOR +0.130%), 10/9/2018 | 23,002,062 |

**Annual Shareholder Report**

**27**

Table of Contents

| Principal<br>Amount | | Value |
|---:|---|---:|
| | [2]NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $ 25,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.483% (3-month USLIBOR +0.150%), 10/18/2018 | $ 25,022,877 |
| 5,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.487% (3-month USLIBOR +0.150%), 10/5/2018 | 5,003,514 |
| 30,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.489% (3-month USLIBOR +0.150%), 10/29/2018 | 30,023,541 |
| 35,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.541% (3-month USLIBOR +0.220%), 9/10/2018 | 35,047,670 |
| 10,000,000 | Bedford Row Funding Corp., (GTD by Royal Bank of Canada), 2.572% (1-month USLIBOR +0.500%), 8/15/2018 | 10,014,977 |
| 35,000,000 | Canadian Imperial Bank of Commerce, 2.286%<br>(1-month USLIBOR +0.200%), 8/6/2018 | 35,008,495 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.292%<br>(1-month USLIBOR +0.200%), 8/2/2018 | 25,006,407 |
| 45,000,000 | Canadian Imperial Bank of Commerce, 2.319%<br>(1-month USLIBOR +0.240%), 8/20/2018 | 45,017,257 |
| 10,000,000 | Canadian Imperial Bank of Commerce, 2.321%<br>(1-month USLIBOR +0.240%), 8/22/2018 | 10,003,813 |
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.337%<br>(1-month USLIBOR +0.240%), 8/8/2018 | 50,007,112 |
| 14,000,000 | Canadian Imperial Bank of Commerce, 2.380%<br>(1-month USLIBOR +0.310%), 8/28/2018 | 14,001,449 |
| 25,000,000 | Canadian Imperial Bank of Commerce, 2.387%<br>(1-month USLIBOR +0.300%), 8/6/2018 | 25,007,541 |
| 30,000,000 | Canadian Imperial Bank of Commerce, 2.461%<br>(3-month USLIBOR +0.130%), 10/9/2018 | 30,000,135 |
| 20,000,000 | Canadian Imperial Bank of Commerce, 2.467%<br>(3-month USLIBOR +0.130%), 10/3/2018 | 20,001,725 |

| | | |
|---:|---|---:|
| 50,000,000 | Canadian Imperial Bank of Commerce, 2.513% (3-month USLIBOR +0.180%), 10/18/2018 | 50,028,066 |
| 45,000,000 | Canadian Imperial Bank of Commerce, 2.533% (3-month USLIBOR +0.200%), 10/11/2018 | 45,030,711 |
| 75,000,000 | Canadian Imperial Bank of Commerce, 2.580% (1-month USLIBOR +0.490%), 8/3/2018 | 75,131,788 |
| 46,300,000 | Canadian Imperial Bank of Commerce, 2.649% (3-month USLIBOR +0.330%), 8/29/2018 | 46,378,949 |
| 7,025,000 | Centra State Medical Arts Building LLC, (TD Bank, N.A. LOC), 1.950%, 8/1/2018 | 7,025,000 |
| 47,000,000 | Commonwealth Bank of Australia, 2.262% (1-month USLIBOR +0.190%), 8/14/2018 | 46,999,426 |
| 50,000,000 | Commonwealth Bank of Australia, 2.332% (1-month USLIBOR +0.260%), 8/28/2018 | 50,015,427 |
| 5,000,000 | Commonwealth Bank of Australia, 2.456% (3-month USLIBOR +0.100%), 8/3/2018 | 4,999,999 |

**Annual Shareholder Report**

**28**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | **2NOTES - VARIABLE—continued** | |
| | **Finance - Banking—continued** | |
| $ 5,900,000 | Dynetics, Inc., Series 2010-A, (Branch Banking & Trust Co. LOC), 2.030%, 8/2/2018 | $ 5,900,000 |
| 16,700,000 | Greene County Development Authority, Reynolds Lodge, LLC Series 2000B, (U.S. Bank, N.A. LOC), 1.990%, 8/1/2018 | 16,700,000 |
| 3,000,000 | Griffin-Spalding County, GA Development Authority, Norcom, Inc. Project 2013A, (Bank of America N.A. LOC), 2.030%, 8/2/2018 | 3,000,000 |
| 7,000,000 | Griffin-Spalding County, GA Development Authority, Norcom, Inc. Project, (Bank of America N.A. LOC), 2.030%, 8/2/2018 | 7,000,000 |
| 6,500,000 | Los Angeles County Fair Association, (Wells Fargo Bank, N.A. LOC), 2.070%, 8/1/2018 | 6,500,000 |
| 6,785,000 | Miami-Dade County, FL IDA, Badia Spices, Inc. Project Series 2015, (Northern Trust Co., Chicago, IL LOC), 1.980%, 8/2/2018 | 6,785,000 |
| 5,375,000 | Michael Dennis Sullivan Irrevocable Trust, Series 2015, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 5,375,000 |
| 9,780,000 | Mike P. Sturdivant, Sr. Family Trust, Series 2016, (Wells Fargo Bank, N.A. LOC), 2.030%, 8/2/2018 | 9,780,000 |
| 10,000,000 | Pepper Residential Securities Trust No. 19, Class A1, (GTD by National Australia Bank Ltd., Melbourne), 2.417% (1-month USLIBOR +0.350%), 8/13/2018 | 9,998,200 |
| 5,575,000 | Public Building Corp. Springfield, MO, Jordan Valley Ice Park, Series 2003, (U.S. Bank, N.A. LOC), 2.180%, 8/2/2018 | 5,575,000 |
| 25,000,000 | Royal Bank of Canada, 2.347% (1-month USLIBOR +0.250%), 8/8/2018 | 25,006,890 |
| 15,000,000 | SSAB AB (publ), Series 2014-B, (Credit Agricole Corporate and Investment Bank LOC), 2.030%, 8/2/2018 | 15,000,000 |
| 20,000,000 | SSAB AB (publ), Series 2015-B, (Nordea Bank AB LOC), 2.030%, 8/2/2018 | 20,000,000 |
| 18,965,000 | Salem Green, LLP, Salem Green Apartments Project, Series 2010, (Wells Fargo Bank, N.A. LOC), 2.080%, 8/2/2018 | 18,965,000 |
| 805,000 | St. Andrew United Methodist Church, Series 2004, (Wells Fargo Bank, N.A. LOC), 2.000%, 8/2/2018 | 805,000 |
| 75,000,000 | Sumitomo Mitsui Banking Corp., 2.264% (1-month USLIBOR +0.200%), 8/28/2018 | 74,995,856 |
| 40,000,000 | Sumitomo Mitsui Banking Corp., 2.320% (1-month USLIBOR +0.250%), 8/28/2018 | 40,005,054 |
| 40,000,000 | Sumitomo Mitsui Banking Corp., 2.332% (1-month USLIBOR +0.260%), 8/29/2018 | 40,006,552 |
| 100,000,000 | Sumitomo Mitsui Banking Corp., 2.347% (1-month USLIBOR +0.250%), 8/9/2018 | 100,017,478 |

| Principal Amount | | Value |
|---|---|---|
| 115,000,000 | Sumitomo Mitsui Trust Bank Ltd., 2.283%—2.314%, 9/26/2018—10/24/2018 | 114,444,115 |
| 74,000,000 | Toronto Dominion Bank, 2.294% (1-month USLIBOR +0.230%), 8/28/2018 | 74,000,000 |

**Annual Shareholder Report**

**29**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Banking—continued** | |
| $  4,000,000 | Toronto Dominion Bank, 2.302% (1-month USLIBOR +0.230%), 8/30/2018 | $   4,000,795 |
| 90,000,000 | Toronto Dominion Bank, 2.344% (1-month USLIBOR +0.280%), 8/23/2018 | 89,971,782 |
| 60,000,000 | Toronto Dominion Bank, 2.377% (1-month USLIBOR +0.280%), 8/8/2018 | 60,022,202 |
| 50,000,000 | Toronto Dominion Bank, 2.463% (3-month USLIBOR +0.100%), 8/6/2018 | 50,000,000 |
| 20,000,000 | Toronto Dominion Bank, 2.476% (3-month USLIBOR +0.140%), 9/14/2018 | 20,006,758 |
| 50,000,000 | Toronto Dominion Bank, 2.497% (1-month USLIBOR +0.400%), 8/8/2018 | 50,053,691 |
| 50,000,000 | Wells Fargo Bank, N.A., 2.307% (1-month USLIBOR +0.210%), 8/7/2018 | 50,014,006 |
| 40,000,000 | Wells Fargo Bank, N.A., 2.336% (1-month USLIBOR +0.250%), 8/6/2018 | 40,015,506 |
| 49,500,000 | Wells Fargo Bank, N.A., 2.489% (3-month USLIBOR +0.150%), 10/9/2018 | 49,555,754 |
| 25,000,000 | Wells Fargo Bank, N.A., 2.490% (3-month USLIBOR +0.160%), 8/24/2018 | 25,005,864 |
| 50,000,000 | Wells Fargo Bank, N.A., 2.492% (3-month USLIBOR +0.150%), 10/24/2018 | 50,064,044 |
| 35,000,000 | Wells Fargo Bank, N.A., 2.503% (3-month USLIBOR +0.160%), 8/15/2018 | 35,010,779 |
| 21,000,000 | Wells Fargo Bank, N.A., 2.517% (3-month USLIBOR +0.180%), 9/27/2018 | 21,023,990 |
| 50,000,000 | Wells Fargo Bank, N.A., 2.521% (3-month USLIBOR +0.200%), 9/10/2018 | 50,079,568 |
| 34,500,000 | Wells Fargo Bank, N.A., 2.535% (3-month USLIBOR +0.200%), 10/25/2018 | 34,522,428 |
| 45,000,000 | Westpac Banking Corp. Ltd., Sydney, 2.349% (1-month USLIBOR +0.280%), 8/24/2018 | 45,017,192 |
| 6,665,000 | Yeshivas Novominsk, Series 2008, (TD Bank, N.A. LOC), 2.050%, 8/2/2018 | 6,665,000 |
| | TOTAL | 2,803,454,626 |
| | **Finance - Retail—1.5%** | |
| 60,000,000 | Old Line Funding, LLC, 2.572% (1-month USLIBOR +0.480%), 8/1/2018 | 60,089,650 |
| 50,000,000 | Old Line Funding, LLC, 2.581% (1-month USLIBOR +0.500%), 8/21/2018 | 50,079,645 |
| 50,000,000 | Old Line Funding, LLC, 2.581% (1-month USLIBOR +0.500%), 8/22/2018 | 50,079,658 |
| | TOTAL | 160,248,953 |

**Annual Shareholder Report**

| Principal Amount | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Securities—5.0%** | |
| $ 25,000,000 | Anglesea Funding LLC, 2.397% (1-month USLIBOR +0.320%), 8/28/2018 | $ 24,996,435 |
| 27,000,000 | Anglesea Funding LLC, 2.414% (1-month USLIBOR +0.350%), 8/27/2018 | 27,000,000 |
| 20,000,000 | Anglesea Funding LLC, 2.429% (1-month USLIBOR +0.350%), 8/20/2018 | 20,000,000 |
| 30,000,000 | Anglesea Funding LLC, 2.514% (1-month USLIBOR +0.440%), 8/13/2018 | 30,022,995 |
| 25,000,000 | Anglesea Funding LLC, 2.536% (1-month USLIBOR +0.450%), 8/6/2018 | 25,018,656 |
| 5,000,000 | Collateralized Commercial Paper Co. LLC, 2.350% (1-month USLIBOR +0.280%), 8/27/2018 | 5,000,575 |
| 15,000,000 | 3Collateralized Commercial Paper Co. LLC, 2.357% (1-month USLIBOR +0.290%), 8/13/2018 | 15,002,816 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.426% (3-month USLIBOR +0.100%), 9/17/2018 | 24,999,893 |
| 35,000,000 | Collateralized Commercial Paper Co. LLC, 2.443% (3-month USLIBOR +0.110%), 10/18/2018 | 35,003,114 |
| 20,000,000 | Collateralized Commercial Paper Co. LLC, 2.449% (3-month USLIBOR +0.110%), 10/5/2018 | 19,998,594 |
| 25,000,000 | Collateralized Commercial Paper Co. LLC, 2.457% (3-month USLIBOR +0.110%), 10/22/2018 | 25,002,320 |
| 5,000,000 | Collateralized Commercial Paper Co. LLC, 2.469% (3-month USLIBOR +0.130%), 10/15/2018 | 5,000,888 |
| 38,000,000 | Collateralized Commercial Paper Co. LLC, 2.503% (3-month USLIBOR +0.160%), 10/4/2018 | 38,025,735 |
| 20,000,000 | Collateralized Commercial Paper Co. LLC, 2.545% (3-month USLIBOR +0.220%), 9/20/2018 | 20,012,157 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.358% (1-month USLIBOR +0.280%), 8/13/2018 | 25,003,493 |
| 30,000,000 | Collateralized Commercial Paper II Co. LLC, 2.362% (1-month USLIBOR +0.280%), 8/20/2018 | 30,003,902 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.479% (3-month USLIBOR +0.140%), 10/16/2018 | 25,012,073 |
| 25,000,000 | Collateralized Commercial Paper II Co. LLC, 2.488% (3-month USLIBOR +0.170%), 8/30/2018 | 25,021,610 |
| 8,000,000 | Collateralized Commercial Paper II Co. LLC, 2.497% (3-month USLIBOR +0.160%), 10/8/2018 | 8,002,418 |
| 3,000,000 | Collateralized Commercial Paper II Co. LLC, 2.503% (3-month USLIBOR +0.160%), 10/4/2018 | 3,001,356 |
| 18,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522% (1-month USLIBOR +0.430%), 8/2/2018 | 18,016,908 |
| 30,000,000 | Collateralized Commercial Paper II Co. LLC, 2.522% (1-month USLIBOR +0.430%), 8/2/2018 | 30,028,180 |

Annual Shareholder Report
31

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 2NOTES - VARIABLE—continued | |
| | **Finance - Securities—continued** | |

https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

| | | |
|---|---|---|
| $ 70,000,000 | Collateralized Commercial Paper II Co. LLC, 2.536%<br>(3-month USLIBOR +0.200%), 9/28/2018 | $ 70,000,000 |
| | TOTAL | 549,174,118 |
| | **Government Agency—1.5%** | |
| 4,600,000 | Aquarium Parking Deck, LLC, Series 2005, (FHLB of Atlanta LOC), 2.060%, 8/1/2018 | 4,600,000 |
| 9,015,000 | Austen Children's Gift Trust, (FHLB of Dallas LOC), 2.030%, 8/1/2018 | 9,015,000 |
| 19,425,000 | COG Leasing Co. LLP, Series 2007, (FHLB of Des Moines LOC), 2.080%, 8/2/2018 | 19,425,000 |
| 14,250,000 | Fiddyment Ranch Apartments LP, Series 2017-A Fiddyment Ranch Apartments, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 14,250,000 |
| 14,250,000 | Fiddyment Ranch Apartments LP, Series 2017-B Fiddyment Ranch Apartments, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 14,250,000 |
| 32,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 32,000,000 |
| 16,000,000 | HW Hellman Building, L.P., HW Hellman Building Apartments Project Series 2015-B, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 16,000,000 |
| 1,000,000 | Hallmark 75 Ontario LLC, Hallmark Apartment Homes Series 2016-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 1,000,000 |
| 5,965,000 | Herman & Kittle Capital, LLC, Canterbury House Apartments-Lebanon Project Series 2005, (FHLB of Cincinnati LOC), 2.030%, 8/2/2018 | 5,965,000 |
| 6,200,000 | Mohr Green Associates L.P., 2012-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 6,200,000 |
| 19,640,000 | OSL Santa Rosa Fountaingrove LLC, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 19,640,000 |
| 7,500,000 | Premier Mushrooms, Inc., Series 2012, (CoBank, ACB LOC), 2.030%, 8/2/2018 | 7,500,000 |
| 5,860,000 | Public Finance Authority, Series 2015-A Ram Eufaula Hospitality, LLC, (FHLB of Atlanta LOC), 2.000%, 8/2/2018 | 5,860,000 |
| 14,200,000 | Studio Sixty LLC, Thirdrail Studios Project Series 2015-A, (FHLB of San Francisco LOC), 2.080%, 8/2/2018 | 14,200,000 |
| | TOTAL | 169,905,000 |
| | TOTAL NOTES - VARIABLE<br>(IDENTIFIED COST $3,696,403,857) | 3,697,788,530 |
| | TIME DEPOSIT—1.8% | |
| | **Finance - Banking—1.8%** | |
| 200,000,000 | ABN Amro Bank NV, 1.950%, 8/3/2018—8/6/2018<br>(IDENTIFIED COST $200,000,000) | 200,000,000 |

**Annual Shareholder Report**

**32**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—11.8% | |
| | **Finance - Banking—11.8%** | |
| $ 48,570,000 | BMO Capital Markets Corp., 2.01%, dated 7/31/2018, interest in a $130,000,000 collateralized loan agreement will repurchase securities provided as collateral for $130,007,258 on 8/1/2018, in which asset-backed securities, corporate bonds & medium term notes with a market value of $132,607,404 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 48,570,000 |
| 50,000,000 | BNP Paribas SA, 2.04%, dated 7/31/2018, interest in a $50,000,000 collateralized loan agreement will repurchase securities provided as collateral for $50,002,833 on 8/1/2018, in which asset-backed securities, corporate bonds and medium-term notes with a market value of $51,002,890 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 4,170,000 | BNP Paribas SA, 2.21%, dated 7/31/2018, interest in a $25,000,000 collateralized loan agreement will repurchase securities provided as collateral for $25,001,535 on 8/1/2018, in which asset-backed securities and corporate bonds with a market value of $25,501,566 have been received as collateral and held with BNY Mellon as tri-party agent. | 4,170,000 |

| Principal Amount | | Value |
|---|---|---|
| 60,000,000 | Citigroup Global Markets, Inc., 2.11%, dated 7/31/2018, interest in a $60,000,000 collateralized loan agreement will repurchase securities provided as collateral for $60,003,517 on 8/1/2018, in which exchange traded funds with a market value of $61,203,602 have been received as collateral and held with BNY Mellon as tri-party agent. | 60,000,000 |
| 48,270,000 | Citigroup Global Markets, Inc., 2.41%, dated 7/31/2018, interest in a $50,000,000 collateralized loan agreement will repurchase securities provided as collateral for $50,003,347 on 8/1/2018, in which U.S. Treasury notes with a market value of $51,003,415 have been received as collateral and held with BNY Mellon as tri-party agent. | 48,270,000 |
| 25,000,000 | Citigroup Global Markets, Inc., 3.05%, dated 2/1/2018, interest in a $75,000,000 collateralized loan agreement will repurchase securities provided as collateral for $76,150,104 on 8/1/2018, in which U.S. Treasury notes with a market value of $76,693,739 have been received as collateral and held with BNY Mellon as tri-party agent. | 25,000,000 |
| 95,000,000 | Citigroup Global Markets, Inc., 3.10%, dated 2/1/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $147,259,986 on 8/1/2018, in which collateralized mortgage obligations with a market value of $148,280,648 have been received as collateral and held with BNY Mellon as tri-party agent. | 95,000,000 |
| 95,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $145,000,000 collateralized loan agreement will repurchase securities provided as collateral for $145,008,096 on 8/1/2018, in which assets-backed securities with a market value of $147,900,000 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 95,000,000 |

**Annual Shareholder Report**
**33**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $ 45,000,000 | HSBC Securities (USA), Inc., 2.01%, dated 7/31/2018, interest in a $90,000,000 collateralized loan agreement will repurchase securities provided as collateral for $90,005,025 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $91,800,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | $ 45,000,000 |
| 121,103,000 | HSBC Securities (USA), Inc., 2.11%, dated 7/31/2018, interest in a $330,000,000 collateralized loan agreement will repurchase securities provided as collateral for $330,019,342 on 8/1/2018, in which asset-backed securities, corporate bonds, medium-term notes and sovereign debt securities with a market value of $336,600,001 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 121,103,000 |
| 100,000,000 | ING Financial Markets LLC, 2.01%, dated 7/31/2018, interest in a $152,000,000 collateralized loan agreement will repurchase securities provided as collateral for $152,008,487 on 8/1/2018, in which corporate bonds and medium-term notes with a market value of $155,048,709 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 100,000,000 |
| 100,000,000 | ING Financial Markets LLC, 2.06%, dated 7/31/2018, interest in a $136,000,000 collateralized loan agreement will repurchase securities provided as collateral for $136,007,782 on 8/1/2018, in which corporate bonds, medium-term notes and sovereign debt securities with a market value of $138,850,493 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 100,000,000 |
| 70,000,000 | ING Financial Markets LLC, 2.11%, dated 7/31/2018, interest in a $70,000,000 collateralized loan agreement will repurchase securities provided as collateral for $70,004,103 on 8/1/2018, in which corporate bonds with a market value of $71,404,279 have been received as collateral and held with JPMorgan Chase as tri-party agent. | 70,000,000 |
| 50,000,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/16/2018, interest in a $150,000,000 collateralized loan agreement will repurchase securities provided as collateral for $150,140,667 on 8/1/2018, in which common stocks and exchange traded funds with a market value of $153,143,500 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |
| 193,870,000 | MUFG Securities Americas, Inc., 2.11%, dated 7/31/2018, interest in a $300,000,000 collateralized loan agreement will repurchase securities provided as collateral for $300,017,583 on 8/1/2018, in which American depositary receipts, asset-backed securities, common stocks and corporate bonds with a market value of $306,018,395 have been received as collateral and held with BNY Mellon as tri-party agent. | 193,870,000 |
| 50,000,000 | Mizuho Securities USA, Inc., 2.16%, dated 7/26/2018, interest in a $100,000,000 collateralized loan agreement will repurchase securities provided as collateral for $100,084,000 on 8/9/2018, in which common stocks with a market value of $102,036,740 have been received as collateral and held with BNY Mellon as tri-party agent. | 50,000,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | OTHER REPURCHASE AGREEMENTS—continued | |
| | **Finance - Banking—continued** | |
| $ 50,000,000 | Mizuho Securities USA, Inc., 2.92%, dated 3/14/2018, interest in a $160,000,000 collateralized loan agreement will repurchase securities provided as collateral for $160,778,667 on 9/11/2018 in which collateralized mortgage obligations and corporate bonds with a market value of $163,451,510 have been received as collateral and held with BNY Mellon as tri-party agent. | $ 50,000,000 |
| 95,000,000 | Wells Fargo Securities LLC, 2.79%, dated 7/27/2018, interest in a $95,000,000 collateralized loan agreement will repurchase securities provided as collateral for $95,662,625 on 10/25/2018 in which collateralized mortgage obligations with a market value of $96,937,661 have been received as collateral and held with BNY Mellon as tri-party agent. | 95,000,000 |
| | TOTAL OTHER REPURCHASE AGREEMENTS (IDENTIFIED COST $1,300,983,000) | 1,300,983,000 |
| | REPURCHASE AGREEMENTS—15.3% | |
| | **Finance - Banking—15.3%** | |
| 441,000,000 | Interest in $2,200,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $2,200,117,944 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency and U.S. Treasury securities with various maturities to 5/16/2060 and the market value of those underlying securities was $2,253,616,764. | 441,000,000 |
| 1,000,000,000 | Interest in $3,000,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp. will repurchase securities provided as collateral for $3,000,160,833 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Government Agency securities with various maturities to 5/1/2048 and the market value of those underlying securities was $3,061,292,789. | 1,000,000,000 |
| 244,600,000 | Interest in $250,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $250,013,403 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Government Agency securities with various maturities to 3/1/2057 and the market value of those underlying securities was $255,013,672. | 244,600,000 |
| | TOTAL REPURCHASE AGREEMENTS (IDENTIFIED COST $1,685,600,000) | 1,685,600,000 |
| | TOTAL INVESTMENT IN SECURITIES—100.2% (IDENTIFIED COST $11,036,090,580)4 | 11,037,499,461 |
| | OTHER ASSETS AND LIABILITIES - NET—(0.2)%5 | (22,416,178) |
| | TOTAL NET ASSETS—100% | $11,015,083,283 |

Annual Shareholder Report

35

Table of Contents

1   *Discount rate at time of purchase for discount issues, or the coupon for interest-bearing issues.*

2   *Floating/variable note with current rate and current maturity or next reset date shown. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

3   *Denotes a restricted security that either: (a) cannot be offered for public sale without first being registered, or availing of an exemption from registration, under the Securities Act of 1933; or (b) is subject to a contractual restriction on public sales. At July 31, 2018, these restricted securities amounted to $15,002,816, which represented 0.1% of total net assets.*

4   *Also represents cost for federal tax purposes.*

5   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

As of July 31, 2018, all investments of the Fund utilized Level 2 inputs in valuing the Fund's assets carried at fair value.

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| FHLB | —Federal Home Loan Bank |
| GTD | —Guaranteed |
| IDA | —Industrial Development Authority |
| LIBOR | —London Interbank Offered Rate |
| LIQ | —Liquidity Agreement |
| LOC | —Letter of Credit |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**36**

Table of Contents

# Financial Highlights – Automated Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | | Period Ended 7/31/20142 |
|---|---|---|---|---|---|
| | 20181 | 20171 | 2016 | 2015 | |
| **Net Asset Value, Beginning of Period** | $1.0000 | $1.0000 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0122 | 0.0001 | 0.0003 | (0.000)3 | (0.000)3 |
| Net realized and unrealized gain | 0.00004 | 0.0039 | 0.001 | 0.0003 | 0.0003 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0122 | 0.0040 | 0.001 | 0.0003 | 0.0003 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0121) | (0.0030) | (0.000)3 | (0.000)3 | (0.000)3 |
| Distributions from paid in surplus | — | (0.0010) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0121) | (0.0040) | (0.001) | (0.000)3 | (0.000)3 |
| **Net Asset Value, End of Period** | $1.0001 | $1.0000 | $1.00 | $1.00 | $1.00 |
| **Total Return5** | 1.22% | 0.30% | 0.02% | 0.01% | 0.00%6 |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.52% | 0.52% | 0.44% | 0.24% | 0.23%7 |
| Net investment income (loss) | 0.23% | 0.01% | 0.02% | 0.01% | (0.00)%6,7 |
| Expense waiver/reimbursement8 | —% | 0.12% | 0.20% | 0.40% | 0.42%7 |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $09 | $09 | $823,514 | $984,469 | $24,189 |

1   Certain ratios included above in Ratios to Average Net Assets and per share amounts may be inflated or deflated as compared to the fee structure for each respective share class as a result of daily systematic allocations being rounded to the nearest penny for fund level income, expense and realized/unrealized gain/loss amounts. Such differences are immaterial.

2   Reflects operations for the period from June 12, 2014 (date of initial investment) to July 31, 2014.

3   Represents less than $0.001.

4   Represents less than $0.0001.

5   Based on net asset value. Total returns for periods of less than one year are not annualized.

6   Represents less than 0.01%.

7   Computed on an annualized basis.

8   This expense decrease is reflected in both the net expense and the net investment income (loss) ratios shown above.

9   Represents less than $1,000.

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
37

Table of Contents

# Financial Highlights – Institutional Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.0003 | $1.0000 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0156 | 0.0063 | 0.003 | 0.0001 | 0.0001 |
| Net realized gain | 0.00002 | 0.0011 | 0.001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0156 | 0.0074 | 0.004 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0156) | (0.0063) | (0.003) | (0.000)1 | (0.000)1 |
| Distributions from paid in surplus | — | (0.0008) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0156) | (0.0071) | (0.004) | (0.000)1 | (0.000)1 |
| Net Asset Value, End of Period | $1.0003 | $1.0003 | $1.00 | $1.00 | $1.00 |
| Total Return3 | 1.57% | 0.66% | 0.26% | 0.04% | 0.20% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.17% | 0.20% | 0.21% | 0.20% | 0.20% |
| Net investment income | 1.62% | 0.40% | 0.26% | 0.04% | 0.02% |
| Expense waiver/reimbursement4 | 0.12% | 0.10% | 0.08% | 0.08% | 0.08% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $10,941,508 | $787,309 | $21,921,916 | $30,806,315 | $26,947,649 |

1   Represents less than $0.001.

2   Represents less than $0.0001.

3   Based on net asset value.

4   This expense decrease is reflected in both the net expense and the net investment income ratios shown above.

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Service Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0003** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0134 | 0.0040 | 0.001 | 0.0001 | 0.0001 |
| Net realized and unrealized gain | 0.00002 | 0.0012 | 0.001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.0134 | 0.0052 | 0.002 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0135) | (0.0040) | (0.001) | (0.000)1 | (0.000)1 |
| Distributions from paid in surplus | — | (0.0009) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0135) | (0.0049) | (0.002) | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0003** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return3** | 1.35% | 0.43% | 0.07% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.39% | 0.45% | 0.39% | 0.24% | 0.22% |
| Net investment income | 1.33% | 0.13% | 0.07% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.12% | 0.10% | 0.15% | 0.30% | 0.31% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $47,817 | $37,873 | $1,841,641 | $2,881,460 | $3,336,274 |

1   *Represents less than $0.001.*
2   *Represents less than $0.0001.*
3   *Based on net asset value.*
4   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Capital Shares – Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0002** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0151 | 0.0058 | 0.002 | 0.0001 | 0.0001 |
| Net realized and unrealized gain | 0.00002 | 0.0010 | 0.001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.0151 | 0.0068 | 0.003 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0151) | (0.0058) | (0.002) | (0.000)[1] | (0.000)[1] |
| Distributions from paid in surplus | — | (0.0008) | (0.001) | — | — |
|    TOTAL DISTRIBUTIONS | (0.0151) | (0.0066) | (0.003) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.0002** | **$1.0002** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return**[3] | 1.52% | 0.60% | 0.21% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.23% | 0.25% | 0.26% | 0.23% | 0.22% |
| Net investment income | 1.52% | 0.34% | 0.22% | 0.01% | 0.01% |
| Expense waiver/reimbursement[4] | 0.12% | 0.10% | 0.08% | 0.10% | 0.12% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $25,206 | $14,549 | $526,605 | $637,721 | $816,589 |

1   *Represents less than $0.001.*
2   *Represents less than $0.0001.*
3   *Based on net asset value.*
4   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**40**

Table of Contents

# Financial Highlights – Trust Shares –
# Federated Institutional Prime Obligations Fund

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.0003** | **$1.0000** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.0103 | 0.0018 | 0.0001 | 0.0001 | 0.0001 |
| Net realized and unrealized gain | 0.0004 | 0.0015 | 0.001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.0107 | 0.0033 | 0.001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.0107) | (0.0021) | (0.000)[1] | (0.000)[1] | (0.000)[1] |

| | | | | | |
|---|---|---|---|---|---|
| Distributions from paid in surplus | — | (0.0009) | (0.001) | — | — |
| TOTAL DISTRIBUTIONS | (0.0107) | (0.0030) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.0003** | **$1.0003** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.07% | 0.24% | 0.01% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.67% | 0.53% | 0.45% | 0.23% | 0.22% |
| Net investment income | 1.01% | 0.01% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement[3] | 0.11% | 0.26% | 0.33% | 0.55% | 0.57% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $553 | $1,211 | $367,093 | $499,638 | $1,417,891 |

1    *Represents less than $0.001.*
2    *Based on net asset value.*
3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**41**

Table of Contents

# Statement of Assets and Liabilities –
# Federated Institutional Prime Obligations Fund

July 31, 2018
**Assets:**

| | |
|---|---|
| Investment in other repurchase agreements and repurchase agreements | $2,986,583,000 |
| Investment in securities | 8,050,916,461 |
| Total investment in securities, at value (identified cost $11,036,090,580) | $11,037,499,461 |
| Cash | 869,343 |
| Income receivable | 8,097,426 |
| TOTAL ASSETS | 11,046,466,230 |
| **Liabilities:** | |
| Payable for investments purchased | 16,405,918 |
| Payable for shares redeemed | 61,641 |
| Income distribution payable | 14,540,669 |
| Payable for investment adviser fee (Note 5) | 18,811 |
| Payable for administrative fees (Note 5) | 24,193 |
| Payable for distribution services fee (Note 5) | 117 |
| Accrued expenses (Note 5) | 331,598 |

| | |
|---|---:|
| TOTAL LIABILITIES | 31,382,947 |
| Net assets for 11,011,953,482 shares outstanding | $11,015,083,283 |
| **Net Assets Consist of:** | |
| Paid-in capital | $11,013,649,580 |
| Net unrealized appreciation | 1,408,881 |
| Accumulated net realized gain | 14,716 |
| Undistributed net investment income | 10,106 |
| TOTAL NET ASSETS | $11,015,083,283 |

Annual Shareholder Report

42

Table of Contents

## Statement of Assets and Liabilities –
## Federated Institutional Prime Obligations Fund – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

| | |
|---|---:|
| **Automated Shares:** | |
| $100.01 ÷ 100 shares outstanding, no par value, unlimited shares authorized | $1.0001 |
| **Institutional Shares:** | |
| $10,941,507,635 ÷ 10,938,392,598 shares outstanding, no par value, unlimited shares authorized | $1.0003 |
| **Service Shares:** | |
| $47,816,680 ÷ 47,806,267 shares outstanding, no par value, unlimited shares authorized | $1.0002 |
| **Capital Shares:** | |
| $25,205,658 ÷ 25,201,463 shares outstanding, no par value, unlimited shares authorized | $1.0002 |
| **Trust Shares:** | |
| $553,210 ÷ 553,054 shares outstanding, no par value, unlimited shares authorized | $1.0003 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Operations –
## Federated Institutional Prime Obligations Fund

Year Ended July 31, 2018
**Investment Income:**

| | |
|---|---|
| Interest | $141,022,186 |

**Expenses:**

| | |
|---|---|
| Investment adviser fee (Note 5) | $15,718,258 |
| Administrative fee (Note 5) | 6,293,448 |
| Custodian fees | 290,501 |
| Transfer agent fee | 224,968 |
| Directors'/Trustees' fees (Note 5) | 34,582 |
| Auditing fees | 24,260 |
| Legal fees | 9,005 |
| Portfolio accounting fees | 278,885 |
| Distribution services fee (Note 5) | 1,663 |
| Other service fees (Notes 2 and 5) | 93,716 |
| Share registration costs | 87,621 |
| Printing and postage | 20,386 |
| Miscellaneous (Note 5) | 49,228 |
| TOTAL EXPENSES | 23,126,521 |
| Waiver of investment adviser fee (Note 5) | (9,606,590) |

| | |
|---|---|
| Net expenses | 13,519,931 |
| Net investment income | 127,502,255 |

**Realized and Unrealized Gain (Loss) on Investments:**

| | |
|---|---|
| Net realized gain on investments | 17,644 |
| Net change in unrealized appreciation of investments | 1,249,409 |
| Change in net assets resulting from operations | $128,769,308 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Changes in Net Assets –
## Federated Institutional Prime Obligations Fund

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|

| Increase (Decrease) in Net Assets | | | | |
|---|---|---|---|---|
| **Operations:** | | | | |
| Net investment income | $ | 127,502,255 | $ | 15,055,274 |
| Net realized gain | | 17,644 | | 68,497 |
| Net change in unrealized appreciation/depreciation | | 1,249,409 | | 159,472 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | | 128,769,308 | | 15,283,243 |
| **Distributions to Shareholders:** | | | | |
| Distributions from net investment income | | | | |
| Automated Shares | | (0)1 | | (15,247) |
| Institutional Shares | | (126,629,392) | | (14,356,935) |
| Service Shares | | (514,907) | | (438,493) |
| Capital Shares | | (345,817) | | (255,767) |
| Trust Shares | | (6,679) | | (8,026) |
| Distribution from paid in surplus | | | | |
| Automated Shares | | — | | (134,614) |
| Institutional Shares | | — | | (2,891,295) |
| Service Shares | | — | | (293,506) |
| Capital Shares | | — | | (58,289) |
| Trust Shares | | — | | (48,022) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | | (127,496,795) | | (18,500,194) |
| **Share Transactions:** | | | | |
| Proceeds from sale of shares | | 30,514,393,575 | | 25,280,837,576 |
| Net asset value of shares issued to shareholders in payment of distributions declared | | 21,060,720 | | 7,016,180 |
| Cost of shares redeemed | | (20,362,585,713) | | (49,924,464,163) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | | 10,172,868,582 | | (24,636,610,407) |
| Change in net assets | | 10,174,141,095 | | (24,639,827,358) |
| **Net Assets:** | | | | |
| Beginning of period | | 840,942,188 | | 25,480,769,546 |
| End of period (including undistributed net investment income of $10,106 and $4,646, respectively) | $ | 11,015,083,283 | $ | 840,942,188 |

1    *Represents less than $1.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**45**

# Notes to Financial Statements –
# Federated Institutional Prime Obligations Fund

July 31, 2018

**1. ORGANIZATION**

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Institutional Prime Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers five classes of shares: Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal.

The Fund operates as an institutional money market fund. As an institutional money market fund, the Fund: (1) will not be limited to institutional investors, but will continue to be available to retail investors; (2) will utilize current market-based prices (except as otherwise generally permitted to value individual portfolio securities with remaining maturities of 60 days or less at amortized cost in accordance with Securities and Exchange Commission

(SEC) rules and guidance) to value its portfolio securities and transact at a floating net asset value (NAV) that uses four decimal-place precision ($1.0000); and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interest of the Fund.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

In calculating its NAV, the Fund generally values investments as follows:

■ Fixed-income securities with remaining maturities greater than 60 days are fair valued using price evaluations provided by a pricing service approved by the Trustees.

■ Fixed-income securities with remaining maturities of 60 days or less are valued at their cost (adjusted for the accretion of any discount or amortization of any premium), unless the issuer's creditworthiness is impaired or other factors indicate that amortized cost is not an accurate estimate of the investment's fair value, in which case it would be valued in the same manner as a longer-term security. The Fund may only use this method to value a portfolio security when it can reasonably conclude, at each time it makes a valuation determination, that the amortized cost price of the portfolio security is approximately the same as the fair value of the security as determined without the use of amortized cost valuation.

■ Shares of other mutual funds or non-exchange-traded investment companies are valued based upon their reported NAVs.

Annual Shareholder Report

46

Table of Contents

■ For securities that are fair valued in accordance with procedures established by and under the general supervision of the Trustees, certain factors may be considered, such as: the last traded or purchase price of the security, information obtained by contacting the issuer or dealers, analysis of the issuer's financial statements or other available documents, fundamental analytical data, the nature and duration of restrictions on disposition, the movement of the market in which the security is normally traded, public trading in similar securities or derivative contracts of the issuer or comparable issuers, movement of a relevant index, or other factors including but not limited to industry changes and relevant government actions.

If any price, quotation, price evaluation or other pricing source is not readily available when the NAV is calculated, if the Fund cannot obtain price evaluations from a pricing service or from more than one dealer for an investment within a reasonable period of time as set forth in the Fund's valuation policies and procedures, or if information furnished by a pricing service, in the opinion of the valuation committee ("Valuation Committee"), is deemed not representative of the fair value of such security, the Fund uses the fair value of the investment determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

### Fair Valuation Procedures

The Trustees have ultimate responsibility for determining the fair value of investments for which market quotations are not readily available. The Trustees have appointed a valuation committee comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value and in overseeing the calculation of the NAV. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of calculating the NAV. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs, methods, models and assumptions), transactional back-testing, comparisons of evaluations of different pricing services, and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

Factors considered by pricing services in evaluating an investment include the yields or prices of investments of comparable quality, coupon, maturity, call rights and other potential prepayments, terms and type, reported transactions, indications as to values from dealers and general market conditions. Some pricing services provide a single price evaluation reflecting the bid-side of the market for an investment (a "bid" evaluation). Other pricing services offer both bid evaluations and price evaluations indicative of a price between the prices bid and asked for the investment (a "mid" evaluation). The Fund normally uses bid evaluations for any U.S. Treasury and Agency securities, mortgage-backed securities and municipal securities. The Fund normally uses mid evaluations for any other types of fixed-income securities and any OTC derivative contracts. In the event that market quotations and price evaluations are not available for an investment, the fair value of the investment is determined in accordance with procedures adopted by the Trustees.

Annual Shareholder Report

47

Table of Contents

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in

which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized and unrealized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver of $9,606,590 is disclosed in Note 5.

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

<div align="center">

**Annual Shareholder Report**
48

</div>

Table of Contents

The Fund had a paid in capital amount that, as a result of a prior acquisition of another money market fund, was in excess of the number of shares outstanding. To reduce this difference, the Fund began distributing the excess paid in capital to shareholders on October 1, 2015. These returns of capital distributions were declared daily and distributed monthly and continued until such time as the excess paid in capital amount was depleted. The Fund's excess capital position and return of capital distributions ceased during October 2016. These distributions are taxable income to the shareholders and are not considered a return of capital for federal tax purposes.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
|---|---|
| Service Shares | $80,755 |
| Capital Shares | 11,358 |
| Trust Shares | 1,603 |
| TOTAL | $93,716 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees; however they may begin to incur this fee upon approval of the Trustees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued

or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

Table of Contents

### Restricted Securities

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities, like other securities, are priced in accordance with procedures established by and under the general supervision of the Trustees.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | — | $— | 72,816,168 | $ 72,816,168 |
| Shares issued to shareholders in payment of distributions declared | — | — | 149,857 | 149,857 |
| Shares redeemed | — | — | (896,368,786) | (896,368,786) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | — | $— | (823,402,761) | $(823,402,761) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Institutional Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 30,017,817,920 | $ 30,022,896,392 | 22,704,540,167 | $ 22,705,067,578 |
| Shares issued to shareholders in payment of distributions declared | 20,225,406 | 20,228,769 | 6,379,527 | 6,379,934 |
| Shares redeemed | (19,886,730,995) | (19,890,193,691) | (43,842,787,949) | (43,843,301,456) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | 10,151,312,331 | $ 10,152,931,470 | (21,131,868,255) | $(21,131,853,944) |

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 296,798,517 | $ 296,831,367 | 1,705,459,930 | $ 1,705,486,299 |

| | | | | |
|---|---|---|---|---|
| Shares issued to shareholders in payment of distributions declared | 506,019 | 506,074 | 273,328 | 273,369 |
| Shares redeemed | (287,360,262) | (287,397,583) | (3,509,263,320) | (3,509,292,969) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 9,944,274 | $   9,939,858 | (1,803,530,062) | $(1,803,533,301) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Capital Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 194,654,557 | $ 194,657,837 | 569,526,588 | $  569,534,428 |
| Shares issued to shareholders in payment of distributions declared | 319,865 | 319,872 | 205,881 | 205,893 |
| Shares redeemed | (184,319,272) | (184,322,278) | (1,081,719,528) | (1,081,728,460) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | 10,655,150 | $  10,655,431 | (511,987,059) | $  (511,988,139) |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Trust Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 7,978 | $        7,979 | 227,932,977 | $   227,933,103 |
| Shares issued to shareholders in payment of distributions declared | 6,005 | 6,005 | 7,127 | 7,127 |
| Shares redeemed | (671,876) | (672,161) | (593,772,326) | (593,772,492) |
| NET CHANGE RESULTING FROM TRUST SHARE TRANSACTIONS | (657,893) | $       (658,177) | (365,832,222) | $   (365,832,262) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 10,171,253,862 | $10,172,868,582 | (24,636,620,359) | $(24,636,610,407) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | **2018** | **2017** |
|---|---|---|
| Ordinary income | $127,496,795 | $18,500,194 |

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income | $   24,822 |
| Net unrealized appreciation | $1,408,881 |

<div align="center">

**Annual Shareholder Report**

51

</div>

Table of Contents

At July 31, 2018, the cost of investments for federal tax purposes was $11,036,090,580. The net unrealized appreciation of investments for federal tax purposes was $1,408,881. This consists of net unrealized appreciation from investments for those securities having an excess of value over cost of $1,801,358 and net unrealized depreciation from investments for those securities having an excess of cost over value of $392,477.

The Fund used capital loss carryforwards of $2,928 to offset capital gains realized during the year ended July 31, 2018.

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $9,606,590 of its fee.

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| **Administrative Fee** | **Average Daily Net Assets of the Investment Complex** |
|---|---|

| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

## Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Trust Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur

Table of Contents

distribution expenses at 0.25% of average daily net assets, annually, to compensate FSC. Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

|  | Distribution Services Fees Incurred |
| --- | --- |
| Trust Shares | $1,663 |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $144 of fees paid by the Fund.

## Other Service Fees

For the year ended July 31, 2018, FSSC received $3,935 of the other service fees disclosed in Note 2.

## Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.55%, 0.20%, 0.45%, 0.25%, and 0.70% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

## Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $6,375,000 and $95,000, respectively.

## Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

Table of Contents

**Affiliated Shares of Beneficial Interest**

As of July 31, 2018, a majority of the shares of beneficial interest outstanding are owned by other affiliated investment companies.

**6. CONCENTRATION OF RISK**

A substantial part of the Fund's portfolio may be comprised of obligations of banks. As a result, the Fund may be more susceptible to any economic, business, political or other developments which generally affect these entities.

**7. LINE OF CREDIT**

The Fund participates with certain other Federated Funds, on a several basis, in an up to $500,000,000 unsecured, 364-day, committed, revolving line of credit (LOC) agreement. The LOC was made available to finance temporarily the repurchase or redemption of shares of the Fund, failed trades, payment of dividends, settlement of trades and for other short-term, temporary or emergency general business purposes. The Fund cannot borrow under the LOC if an inter-fund loan is outstanding. The Fund's ability to borrow under the LOC also is subject to the limitations of the Act and various conditions precedent that must be satisfied before the Fund can borrow. Loans under the LOC are charged interest at a fluctuating rate per annum equal to the highest, on any day, of (a) (i) the federal funds effective rate, (ii) the one month London Interbank Offered Rate (LIBOR), and (iii) 0.0%, plus (b) a margin. The LOC also requires the Fund to pay, quarterly in arrears and at maturity, its pro rata share of a commitment fee based on the amount of the lenders' commitment that has not been utilized. As of July 31, 2018, the Fund had no outstanding loans. During the year ended July 31, 2018, the Fund did not utilize the LOC.

**8. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**9. FEDERAL TAX INFORMATION (UNAUDITED)**

For the fiscal year ended July 31, 2018, 85.88% of dividends paid by the Fund are interest related dividends, as provided by the American Jobs Creation Act of 2004.

**Annual Shareholder Report**
**54**

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED INSTITUTIONAL PRIME OBLIGATIONS FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Institutional Prime Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in

accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Annual Shareholder Report
**55**

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Annual Shareholder Report
56

Table of Contents

## Shareholder Expense Example (unaudited) – Federated Institutional Prime Obligations Fund

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report
57

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Automated Shares | $1,000 | $1,007.50 | $2.59 |
| Institutional Shares | $1,000 | $1,009.40 | $0.75[2] |
| Service Shares | $1,000 | $1,008.40 | $1.74[3] |
| Capital Shares | $1,000 | $1,009.20 | $1.00[4] |
| Trust Shares | $1,000 | $1,006.90 | $3.23 |

**Hypothetical (assuming a 5% return before expenses):**

| | | | |
|---|---|---|---|
| Automated Shares | $1,000 | $1,022.20 | $2.61 |
| Institutional Shares | $1,000 | $1,024.10 | $0.75[2] |
| Service Shares | $1,000 | $1,023.10 | $1.76[3] |
| Capital Shares | $1,000 | $1,023.80 | $1.00[4] |
| Trust Shares | $1,000 | $1,021.60 | $3.26 |

1   *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Automated Shares | 0.52% |
| Institutional Shares | 0.15% |
| Service Shares | 0.35% |
| Capital Shares | 0.20% |
| Trust Shares | 0.65% |

2   *Actual and Hypothetical expenses paid during the period utilizing the Fund's Institutional Shares current Fee Limit of 0.20% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.00 and $1.00, respectively.*

3   *Actual and Hypothetical expenses paid during the period utilizing the Fund's Service Shares current Fee Limit of 0.45% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $2.24 and $2.26, respectively.*

4   *Actual and Hypothetical expenses paid during the period utilizing the Fund's Capital Shares current Fee Limit of 0.25% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.25 and $1.25, respectively.*

<center>

**Annual Shareholder Report**

58

</center>

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| **Name**<br>**Birth Date**<br>**Positions Held with Trust**<br>**Date Service Began** | **Principal Occupation(s) for Past Five Years,**<br>**Other Directorships Held and Previous Position(s)** |
|---|---|
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania; Director, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

### INDEPENDENT TRUSTEES BACKGROUND

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions as not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

**Annual Shareholder Report**

**61**

Table of Contents

| **Name**<br>**Birth Date**<br>**Positions Held with Trust**<br>**Date Service Began** | **Principal Occupation(s) for Past Five Years,**<br>**Other Directorships Held, Previous Position(s) and Qualifications** |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: October 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

---

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Annual Shareholder Report

63

Table of Contents

---

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| **Deborah A. Cunningham** | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since |
|---|---|
| Birth Date: September 15, 1959 | November 1996. Ms. Cunningham was named Chief Investment Officer of Federated's money market |
| CHIEF INVESTMENT OFFICER | products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and |
| Officer since: May 2004 | an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the |
| Portfolio Manager since: | Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
| November 1996 | |

**Annual Shareholder Report**

**64**

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED INSTITUTIONAL PRIME VALUE OBLIGATIONS FUND (THE "FUND")**
**(formerly, Federated Prime Value Obligations Fund)**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund

Table of Contents

and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms

Table of Contents

relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be

relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to

Table of Contents

respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

<div align="center">

**Annual Shareholder Report**
69

</div>

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

<div align="center">

**Annual Shareholder Report**
70

</div>

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the

continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

<div align="center">

**Annual Shareholder Report**
71

</div>

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Table of Contents

*You could lose money by investing in the Fund. Because the share price of the Fund will fluctuate, when you sell your shares they may be worth more or less than what you originally paid for them. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

**Federated.**

Federated Institutional Prime Value Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N583*
*CUSIP 60934N575*
*CUSIP 60934N567*

*Q450527 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.



**Annual Shareholder Report**

*July 31, 2018*

**Share Class** | Ticker                    **Wealth** | TBIXX

# Federated Tax-Free Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 20 |
| Statement of Assets and Liabilities | 21 |
| Statement of Operations | 22 |
| Statement of Changes in Net Assets | 23 |
| Notes to Financial Statements | 24 |
| Report of Independent Registered Public Accounting Firm | 30 |
| Shareholder Expense Example | 32 |
| Board of Trustees and Trust Officers | 33 |
| Evaluation and Approval of Advisory Contract–May 2018 | 39 |
| Voting Proxies on Fund Portfolio Securities | 46 |
| Quarterly Portfolio Schedule | 46 |

Table of Contents

# Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Variable Rate Demand Instruments | 70.7% |
| Municipal Notes | 21.7% |
| Commercial Paper | 7.3% |
| Other Assets and Liabilities—Net2 | 0.3% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 69.4% |
| 8-30 Days | 7.4% |
| 31-90 Days | 14.5% |
| 91-180 Days | 2.9% |
| 181 Days or more | 5.5% |
| Other Assets and Liabilities—Net2 | 0.3% |
| TOTAL | **100.0%** |

1  *See the Fund's Prospectus and Statement of Additional Information for a description of these investments.*
2  *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*
3  *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | 1SHORT-TERM MUNICIPALS—99.7% | |
| | **Alabama—4.8%** | |
| $ 15,545,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 2014-A) Daily VRDNs, 1.510%, 8/1/2018 | $ 15,545,000 |
| 16,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 2014-B) Daily VRDNs, 1.510%, 8/1/2018 | 16,000,000 |
| 40,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 2014-D) Weekly VRDNs, 1.150%, 8/1/2018 | 40,000,000 |
| 8,100,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series C) Daily VRDNs, 1.510%, 8/1/2018 | 8,100,000 |
| 4,100,000 | Eutaw, AL Industrial Development Board PCRB (Alabama Power Co.), (Series 1998) Daily VRDNs, 1.510%, 8/1/2018 | 4,100,000 |
| 5,800,000 | Mobile, AL IDB (Alabama Power Co.), (First Series 2009: Barry Plant) Daily VRDNs, 1.510%, 8/1/2018 | 5,800,000 |
| 31,000,000 | Mobile, AL IDB (Alabama Power Co.), PCRBs (Series 2007B) Weekly VRDNs, 1.150%, 8/1/2018 | 31,000,000 |
| 17,000,000 | Tuscaloosa County, AL IDA (Hunt Refining Co.), (Series 2008C: Gulf Opportunity Zone Bonds) Weekly VRDNs (Bank of Nova Scotia, Toronto LOC), 0.980%, 8/2/2018 | 17,000,000 |
| 24,810,000 | West Jefferson, AL IDB PCRB (Alabama Power Co.), (Series 1998) Weekly VRDNs, 1.090%, 8/2/2018 | 24,810,000 |
| | TOTAL | 162,355,000 |
| | **Arizona—0.6%** | |
| 5,000,000 | Arizona School Facilities Board, Tender Option Bond Trust Receipts (2016-ZM0321) Weekly VRDNs (Assured Guaranty Corp. INS)/(Bank of America N.A. LIQ), 0.990%, 8/2/2018 | 5,000,000 |
| 11,210,000 | Mesa, AZ Utility System, Solar Eclipse (2017-0026), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 11,210,000 |
| 3,920,000 | Pima County, AZ IDA (Wasatch Pool Holdings IV, LLC), (Series 2001: Eastside Place Apartments) Weekly VRDNs (FNMA LOC), 1.050%, 8/2/2018 | 3,920,000 |
| | TOTAL | 20,130,000 |
| | **California—2.2%** | |
| 46,000,000 | California Health Facilities Financing Authority (Dignity Health (Catholic Healthcare West)), Golden Blue (Series 2017-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.100%, 8/2/2018 | 46,000,000 |
| 12,000,000 | California Statewide Communities Development Authority (Kaiser Permanente), (Series 2004K), 1.82% CP, Mandatory Tender 9/12/2018 | 12,000,000 |
| 15,500,000 | California Statewide Communities Development Authority (Kaiser Permanente), (Series 2008C), 1.40% CP, Mandatory Tender 11/8/2018 | 15,500,000 |
| | TOTAL | 73,500,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 1SHORT-TERM MUNICIPALS—continued | |
| | **Colorado—2.2%** | |
| $ 5,185,000 | Adams County, CO Five Star School District, RBC Muni Products (Series 2018 G-24) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | $ 5,185,000 |
| 9,935,000 | Cherry Creek, CO School District No. 5, Solar Eclipse (Series 2017-003), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/18/2018 | 9,935,000 |

| Principal Amount | | Value |
|---|---|---|
| 6,345,000 | Colorado State Health Facilities Authority Revenue (Adventist Health System/Sunbelt Obligated Group), (Series 2018-XF0667) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.970%, 8/2/2018 | 6,345,000 |
| 6,685,000 | Denver, CO City and County Board of Water Commissioners, Solar Eclipse (Series 2017-0032), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/6/2018 | 6,685,000 |
| 25,000,000 | Lower Colorado River Authority Transmission Services Corp., RBC Muni Products (Series E-122) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 25,000,000 |
| 8,110,000 | University of Colorado, RBC Muni Products (Series E-123) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 8,110,000 |
| 10,985,000 | University of Colorado, Solar Eclipse (Series 2017-0065), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | 10,985,000 |
| | TOTAL | 72,245,000 |
| | **Connecticut—1.0%** | |
| 2,105,000 | Connecticut State Health & Educational Facilities (CIL Community Resources, Inc.), (Series A) Weekly VRDNs (HSBC Bank USA, N.A. LOC), 0.970%, 8/2/2018 | 2,105,000 |
| 345,000 | Connecticut State HFA (CIL Realty), (Series 2010) Weekly VRDNs (HSBC Bank USA, N.A. LOC), 0.970%, 8/2/2018 | 345,000 |
| 30,000,000 | Connecticut State, Golden Blue (Series 2017-014) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 30,000,000 |
| | TOTAL | 32,450,000 |
| | **District of Columbia—0.3%** | |
| 4,990,000 | District of Columbia Water & Sewer Authority, Solar Eclipse (Series 2017-0015), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,990,000 |
| 4,000,000 | District of Columbia, Solar Eclipse (Series 2017-0035), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,000,000 |
| | TOTAL | 8,990,000 |
| | **Florida—10.2%** | |
| 4,975,000 | Central Florida Expressway Authority, Golden Blue (Series 2018-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 4,975,000 |
| 6,475,000 | Clearwater, FL Water and Sewer Authority, Solar Eclipse (Series 2017-0014), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 6,475,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | ¹SHORT-TERM MUNICIPALS—continued | |
| | **Florida—continued** | |
| $ 31,905,000 | Collier County, FL Health Facilities Authority (Cleveland Clinic), (Series 2003C-1), 1.25% CP, Mandatory Tender 10/3/2018 | $ 31,905,000 |
| 5,000,000 | Florida State Board of Education Public Education (Florida State), Solar Eclipse, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/4/2018 | 5,000,000 |
| 7,505,000 | Florida State Turnpike Authority, Solar Eclipse (Series 2017-0002), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/2/2018 | 7,505,000 |
| 11,000,000 | Florida State, Solar Eclipse, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 11,000,000 |
| 1,000,000 | JEA, FL Electric System, (Series Three 2008B-3) Weekly VRDNs (Royal Bank of Canada LIQ), 0.950%, 8/1/2018 | 1,000,000 |
| 35,960,000 | Jacksonville, FL PCR (Florida Power & Light Co.), (Series 1994), 1.37% CP, Mandatory Tender 8/7/2018 | 35,960,000 |
| 10,700,000 | Manatee County, FL (Florida Power & Light Co.), Pollution Control Revenue Refunding Bonds (Series 1994) Daily VRDNs, 1.540%, 8/1/2018 | 10,700,000 |
| 41,100,000 | Martin County, FL PCRB (Florida Power & Light Co.), (Series 2000) Daily VRDNs, 1.580%, 8/1/2018 | 41,100,000 |
| 17,995,000 | Miami-Dade County, FL Water & Sewer, Tender Option Bond Trust Receipts (2015-ZF0268) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Toronto Dominion Bank LIQ), 1.090%, 8/2/2018 | 17,995,000 |
| 6,410,000 | Miami-Dade County, FL, RBC (Series E-70) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 6,410,000 |

| | | |
|---:|---|---:|
| 1,750,000 | Orange County, FL IDA (Central Florida Kidney Centers, Inc.), (Series 2000) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | 1,750,000 |
| 4,200,000 | Orange County, FL School Board, Tender Option Bond Trust Certificates (2015-XF2013) Weekly VRDNs (Assured Guaranty Corp. INS)/(Morgan Stanley Bank, N.A. LIQ), 1.070%, 8/2/2018 | 4,200,000 |
| 5,325,000 | Orange County, FL, Health Facilities Authority (Lakeside Behavioral Healthcare, Inc.), (Series 2008) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | 5,325,000 |
| 20,000,000 | Orlando & Orange County Expressway Authority, FL (Central Florida Expressway Authority), RBC Muni Trust (Series E-62) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 20,000,000 |
| 17,480,000 | Orlando, FL Contract Tourist Development (Orlando, FL), Tender Option Bond Trust Receipts (2015-XM0006) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.000%, 8/2/2018 | 17,480,000 |
| 16,500,000 | Polk County, FL IDA (Baycare Health System), (Series 2014A-2) VRENs, 1.240%, 8/2/2018 | 16,500,000 |
| 67,000,000 | St. Lucie County, FL PCRB (Florida Power & Light Co.), (Series 2000) Daily VRDNs, 1.530%, 8/1/2018 | 67,000,000 |
| 10,600,000 | Sunshine State Governmental Finance Commission, FL (Miami-Dade County, FL), (Series 2010A) Weekly VRDNs (MUFG Union Bank, N.A. LOC), 0.960%, 8/2/2018 | 10,600,000 |

**Annual Shareholder Report**

**4**

Table of Contents

| Principal Amount | 1SHORT-TERM MUNICIPALS—continued | Value |
|---:|---|---:|
| | **Florida—continued** | |
| $ 18,000,000 | Sunshine State Governmental Finance Commission, FL (Orlando, FL), Callable Tax-Exempt Notes (Series H), 1.33% CP (JPMorgan Chase Bank, N.A. LIQ), Mandatory Tender 10/12/2018 | $ 18,000,000 |
| | TOTAL | 340,880,000 |
| | **Georgia—4.0%** | |
| 2,500,000 | Cobb County, GA Housing Authority (Highland Ridge Partners LP), (Series 2008) Weekly VRDNs (FHLMC LOC), 0.980%, 8/2/2018 | 2,500,000 |
| 1,650,000 | DeKalb Private Hospital Authority, GA (Children's Healthcare of Atlanta, Inc.), (Series 2008) Weekly VRDNs (Landesbank Hessen-Thuringen LIQ), 0.910%, 8/1/2018 | 1,650,000 |
| 29,070,000 | Fulton County, GA Development Authority (Children's Healthcare of Atlanta, Inc.), (Series 2008) Weekly VRDNs (PNC Bank, N.A. LIQ), 1.000%, 8/1/2018 | 29,070,000 |
| 24,450,000 | Fulton County, GA, Solar Eclipse (Series 2017-0007), 1.12% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/27/2018 | 24,450,000 |
| 5,000,000 | Georgia State HFA, Tender Option Bond Trust Receipts (Series 2018-ZF0653) Weekly VRDNs (Bank of America N.A. LIQ), 0.990%, 8/2/2018 | 5,000,000 |
| 54,410,000 | Main Street Natural Gas, Inc., GA, (Series 2010 A1), 1.04% TOBs (Royal Bank of Canada LOC), Optional Tender 8/1/2018 | 54,410,000 |
| 7,490,000 | Metropolitan Atlanta Rapid Transit Authority, GA, Solar Eclipse (Series 2017-0047), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/16/2018 | 7,490,000 |
| 3,000,000 | Monroe County, GA Development Authority Pollution Control (Oglethorpe Power Corp.), (Series 2009B) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 0.950%, 8/1/2018 | 3,000,000 |
| 4,500,000 | Monroe County, GA Development Authority Pollution Control (Oglethorpe Power Corp.), (Series 2010A) Weekly VRDNs (Bank of Montreal LOC), 0.950%, 8/1/2018 | 4,500,000 |
| 3,000,000 | Municipal Electric Authority of Georgia, (Series 1985C) General Resolution Weekly VRDNs (TD Bank, N.A. LOC), 0.980%, 8/1/2018 | 3,000,000 |
| | TOTAL | 135,070,000 |
| | **Hawaii—0.5%** | |
| 8,845,000 | Hawaii State Department of Budget & Finance (Queen's Health Systems), (2015 Series B) VRENs, 1.390%, 8/2/2018 | 8,845,000 |
| 8,625,000 | Hawaii State, Solar Eclipse (3a-7), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/18/2018 | 8,625,000 |
| | TOTAL | 17,470,000 |
| | **Illinois—2.6%** | |
| 600,000 | Chicago, IL MFH Revenue (Churchview Manor Senior Apartments), (Series 2012) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 1.140%, 8/2/2018 | 600,000 |

| | | |
|---:|---|---:|
| 20,000,000 | Chicago, IL O'Hare International Airport, (Series 2005C) Weekly VRDNs (Bank of America N.A. LOC), 0.950%, 8/1/2018 | 20,000,000 |

**Annual Shareholder Report**

**5**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Illinois—continued** | |
| $  2,500,000 | Illinois Development Finance Authority (Chicago Horticultural Society), (Series 1999) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 1.000%, 8/1/2018 | $    2,500,000 |
| 7,000,000 | Illinois Development Finance Authority (North Shore Senior Center), (Series 1999) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.050%, 8/1/2018 | 7,000,000 |
| 31,500,000 | Illinois Finance Authority (Advocate Health Care Network), (Subseries C-3A) Weekly VRDNs (Northern Trust Co., Chicago, IL LIQ), 0.920%, 8/1/2018 | 31,500,000 |
| 26,045,000 | Illinois Finance Authority (OSF Health Care Systems), (Series 2007F) Weekly VRDNs (Barclays Bank PLC LOC), 0.980%, 8/2/2018 | 26,045,000 |
| | TOTAL | 87,645,000 |
| | **Indiana—0.7%** | |
| 14,115,000 | Indiana State Finance Authority Health System (Sisters of St. Francis Health Services, Inc.), (Series 2008F) Weekly VRDNs (Bank of New York Mellon LOC), 0.950%, 8/2/2018 | 14,115,000 |
| 4,035,000 | Jasper County, IN EDA (T & M LP), (Series 2010B) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 4,035,000 |
| 6,500,000 | Jasper County, IN EDA (T & M LP), (Series 2010C) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 6,500,000 |
| | TOTAL | 24,650,000 |
| | **Iowa—0.9%** | |
| 31,400,000 | Iowa Finance Authority (Cargill, Inc.), Midwestern Disaster Area Economic Development (Series 2011A) Weekly VRDNs, 0.980%, 8/2/2018 | 31,400,000 |
| | **Kansas—0.1%** | |
| 5,000,000 | Wyandotte County, KS USD 500, RBC Muni Products (Series 2018 G-23) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 5,000,000 |
| | **Kentucky—0.4%** | |
| 14,705,000 | Georgetown, KY (Georgetown College), (Series 2006) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 14,705,000 |
| | **Louisiana—2.6%** | |
| 50,000,000 | Ascension Parish, LA IDB (BASF Corp.), (Series 2009) Weekly VRDNs (GTD by BASF SE), 1.010%, 8/1/2018 | 50,000,000 |
| 12,000,000 | Louisiana Local Government Environmental Facilities CDA (Isidore Newman School), (Series 2002) Weekly VRDNs (FHLB of Dallas LOC), 1.070%, 8/1/2018 | 12,000,000 |
| 1,080,000 | Louisiana Local Government Environmental Facilities CDA (The Academy of the Sacred Heart of New Orleans), (Series 2004) Weekly VRDNs (FHLB of Dallas LOC), 1.070%, 8/1/2018 | 1,080,000 |
| 18,340,000 | Louisiana Public Facilities Authority (Air Products & Chemicals, Inc.), (Series 2009A) Weekly VRDNs, 0.940%, 8/1/2018 | 18,340,000 |

**Annual Shareholder Report**

**6**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Louisiana—continued** | |
| $  4,335,000 | Louisiana State, RBC Muni Products (Series 2018 G-22) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | $    4,335,000 |

| Principal Amount | | Value |
|---:|---|---:|
| | TOTAL | 85,755,000 |
| | **Maryland—0.7%** | |
| 5,000,000 | Baltimore, MD Wastewater Utility, (RBC Muni Products Series G-28), 1.14% TOBs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), Optional Tender 1/2/2019 | 5,000,000 |
| 1,520,000 | Howard County, MD Revenue Bonds (Bluffs at Clarys Forest Apartments), (Series 1995) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 0.990%, 8/7/2018 | 1,520,000 |
| 4,600,000 | Maryland State Health & Higher Educational Facilities Authority, (Series 1985A) Weekly VRDNs (TD Bank, N.A. LOC), 0.900%, 8/1/2018 | 4,600,000 |
| 4,975,000 | Maryland State Transportation Authority, Solar Eclipse 2017-0041, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/25/2018 | 4,975,000 |
| 904,000 | Montgomery County, MD Housing Opportunities Commission (Byron House, Inc. Facility), (Series 1998 Issue I) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 1.040%, 8/7/2018 | 904,000 |
| 6,670,000 | University System of Maryland, Solar Eclipse (Series 2017-0023), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 6,670,000 |
| | TOTAL | 23,669,000 |
| | **Massachusetts—1.2%** | |
| 1,000,000 | Billerica, MA, Solar Eclipse (2017-0027), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/9/2018 | 1,000,000 |
| 6,120,000 | Commonwealth of Massachusetts, Clipper Tax-Exempt Certificates Trust (Series 2009-69), 1.12% TOBs (State Street Bank and Trust Co. LIQ), Optional Tender 9/6/2018 | 6,120,000 |
| 600,000 | Commonwealth of Massachusetts, Consolidated Loan (Series 2006A) Daily VRDNs (Barclays Bank PLC LIQ), 1.470%, 8/1/2018 | 600,000 |
| 3,000,000 | Gardner, MA, 2.75% BANs, 6/28/2019 | 3,021,333 |
| 12,200,000 | Massachusetts Bay Transportation Authority Sales Tax Revenue, Clipper Tax-Exempt Certificates Trust (Series 2009-47) Weekly VRDNs (State Street Bank and Trust Co. LIQ), 0.980%, 8/2/2018 | 12,200,000 |
| 3,725,000 | Massachusetts Development Finance Agency (CIL Realty of Massachusetts), (Series 2013) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 0.980%, 8/2/2018 | 3,725,000 |
| 200,000 | Massachusetts Development Finance Agency, (Issue 4), 1.30% CP (FHLB of Boston LOC), Mandatory Tender 8/23/2018 | 200,000 |
| 1,200,000 | Massachusetts IFA (Nova Realty Trust), (Series 1994) Weekly VRDNs (TD Bank, N.A. LOC), 0.930%, 8/2/2018 | 1,200,000 |
| 3,880,000 | Massachusetts School Building Authority, Solar Eclipse (Series 2017-0013), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/23/2018 | 3,880,000 |

**Annual Shareholder Report**

7

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Massachusetts—continued** | |
| $ 1,550,000 | Massachusetts School Building Authority, Tender Option Bond Trust Certificates (2016-XX1008) Weekly VRDNs (Barclays Bank PLC LIQ), 0.960%, 8/2/2018 | $ 1,550,000 |
| 4,080,000 | Massachusetts State Development Finance Agency (Governor Dummer Academy), (Series 2006) Weekly VRDNs (TD Bank, N.A. LOC), 0.960%, 8/1/2018 | 4,080,000 |
| 700,000 | Massachusetts State Development Finance Agency (Partners Healthcare Systems), (Series M-2) Weekly VRDNs (Bank of New York Mellon LOC), 0.930%, 8/2/2018 | 700,000 |
| 3,015,000 | Massachusetts State Health & Educational Facility (Massachusetts Institute of Technology), Tender Option Bond Trust Receipts (2016-XM0232) Weekly VRDNs (Bank of America N.A. LIQ), 0.960%, 8/2/2018 | 3,015,000 |
| | TOTAL | 41,291,333 |
| | **Michigan—4.3%** | |
| 60,300,000 | Eastern Michigan University Board of Regents, Golden Blue (3a-7) 2018-009 Weekly VRDNs (Build America Mutual Assurance INS)/(Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 0.980%, 8/2/2018 | 60,300,000 |
| 5,000,000 | Eastern Michigan University Board of Regents, Tender Option Bond Trust Certificates (Series 2018-ZF2620) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Morgan Stanley Bank, N.A. LIQ), 0.990%, 8/2/2018 | 5,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 9,300,000 | Kent Hospital Finance Authority, MI (Spectrum Health), (Series 2008B-3) Weekly VRDNs (Wells Fargo Bank, N.A. LIQ), 0.940%, 8/1/2018 | 9,300,000 |
| 740,000 | Lenawee County, MI EDC (Siena Heights University), (Series 2009) Weekly VRDNs (FHLB of Chicago LOC), 0.940%, 8/2/2018 | 740,000 |
| 3,100,000 | Michigan Job Development Authority (Andersons, Inc. (The)), (Series 1985) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.030%, 8/1/2018 | 3,100,000 |
| 570,000 | Michigan State Finance Authority Revenue, Healthcare Equipment Loan (Series D) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 0.950%, 8/2/2018 | 570,000 |
| 400,000 | Michigan Strategic Fund (Kroger Co.), (Series 2010) Weekly VRDNs (MUFG Bank Ltd. LOC), 0.980%, 8/2/2018 | 400,000 |
| 3,105,000 | Michigan Strategic Fund (Washtenaw Christian Academy), (Series 2008) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 3,105,000 |
| 910,000 | St. Joseph, MI Hospital Finance Authority (Lakeland Hospitals at Niles & St. Joseph Obligated Group), (Series 2002) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | 910,000 |
| 25,225,000 | St. Joseph, MI Hospital Finance Authority (Lakeland Hospitals at Niles & St. Joseph Obligated Group), (Series 2003) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | 25,225,000 |

**Annual Shareholder Report**

**8**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Michigan—continued** | |
| $ 34,635,000 | St. Joseph, MI Hospital Finance Authority (Lakeland Hospitals at Niles & St. Joseph Obligated Group), (Series 2006) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | $ 34,635,000 |
| | TOTAL | 143,285,000 |
| | **Minnesota—0.8%** | |
| 4,735,000 | Andover, MN (Presbyterian Homes of Andover, Inc.), (Series 2003) Weekly VRDNs (FNMA LOC), 0.930%, 8/2/2018 | 4,735,000 |
| 1,760,000 | Bloomington, MN (Presbyterian Homes, Inc.), (Series 2008) Weekly VRDNs (FHLMC LOC), 0.930%, 8/2/2018 | 1,760,000 |
| 4,290,000 | Minneapolis, MN (Symphony Place) Weekly VRDNs (FHLMC LOC), 0.970%, 8/2/2018 | 4,290,000 |
| 3,940,000 | Plymouth, MN (Parkside Apartments), (Series 2003) Weekly VRDNs (FNMA LOC), 0.930%, 8/2/2018 | 3,940,000 |
| 9,925,000 | St. Cloud, MN ISD No. 742, Solar Eclipse (Series 2017-0009), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 9,925,000 |
| 2,642,000 | St. Louis Park, MN (Parkshore Senior Campus, LLC), (Series 2004) Weekly VRDNs (FHLMC LOC), 1.020%, 8/2/2018 | 2,642,000 |
| | TOTAL | 27,292,000 |
| | **Mississippi—0.2%** | |
| 8,000,000 | Perry County, MS (Georgia-Pacific LLC), (Series 2002) Weekly VRDNs, 1.150%, 8/2/2018 | 8,000,000 |
| | **Missouri—0.5%** | |
| 8,230,000 | Buchanan County, MO Solid Waste Disposal (Lifeline Foods LLC), (Series 2009B) Weekly VRDNs (Commerce Bank, N.A., Kansas City LOC), 1.000%, 8/2/2018 | 8,230,000 |
| 4,965,000 | Kansas City, MO Water Revenue, Solar Eclipse (Series 2017-0016), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,965,000 |
| 4,000,000 | Missouri State HEFA (BJC Health System, MO), Tender Option Bond Trust Receipts (Series 2018-XF0678) Weekly VRDNs (Royal Bank of Canada LIQ), 0.970%, 8/2/2018 | 4,000,000 |
| | TOTAL | 17,195,000 |
| | **Multi-State—7.2%** | |
| 121,400,000 | Nuveen Enhanced AMT-Free Municipal Credit Opportunities Fund, (Series 2) Weekly VRDPs (JPMorgan Chase Bank, N.A. LIQ), 1.030%, 8/2/2018 | 121,400,000 |
| 47,100,000 | Nuveen Enhanced AMT-Free Quality Municipal Income Fund, (Series 3) Weekly VRDPs (TD Bank, N.A. LIQ), 0.990%, 8/2/2018 | 47,100,000 |

| | | |
|---:|---|---:|
| 72,000,000 | Nuveen Enhanced AMT-Free Quality Municipal Income Fund, (Series 4) Weekly VRDPs (Barclays Bank PLC LIQ), 1.030%, 8/2/2018 | 72,000,000 |
| | TOTAL | 240,500,000 |

**Annual Shareholder Report**

**9**

Table of Contents

| Principal Amount | [1]SHORT-TERM MUNICIPALS—continued | Value |
|---:|---|---:|
| | **Nevada—0.8%** | |
| $ 5,000,000 | Clark County, NV, Solar Eclipse (Series 2017-0025), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | $ 5,000,000 |
| 12,500,000 | Las Vegas Valley, NV Water District (Southern Nevada Water Authority), (Series 2004A), 1.59% CP (Sumitomo Mitsui Banking Corp. LOC), Mandatory Tender 8/2/2018 | 12,500,000 |
| 7,990,000 | Nevada State Highway Revenue, Solar Eclipse (Series 2017-0018), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/6/2018 | 7,990,000 |
| | TOTAL | 25,490,000 |
| | **New Jersey—4.0%** | |
| 5,470,030 | Absecon, NJ, 2.00% BANs, 8/2/2018 | 5,470,134 |
| 27,395,000 | Belmar, NJ, 2.625% BANs, 2/8/2019 | 27,539,501 |
| 9,948,933 | Carlstadt, NJ, 2.625% BANs, 7/26/2019 | 10,018,502 |
| 10,750,000 | Carteret, NJ, 2.75% BANs, 2/1/2019 | 10,797,842 |
| 1,433,750 | Chatham Boro, NJ, 2.75% BANs, 5/24/2019 | 1,442,296 |
| 3,942,500 | Cranbury Township, NJ, 2.75% BANs, 5/23/2019 | 3,967,481 |
| 6,000,000 | Essex County, NJ, Clipper Tax-Exempt Certificates Trust (Series 2009-49) Weekly VRDNs (State Street Bank and Trust Co. LIQ), 0.990%, 8/2/2018 | 6,000,000 |
| 1,962,000 | Haworth Borough, NJ, 2.50% BANs, 2/22/2019 | 1,970,661 |
| 4,435,625 | Lacey Township, NJ, 3.00% BANs, 5/24/2019 | 4,472,639 |
| 2,315,000 | Lyndhurst Township, NJ, 2.50% BANs, 2/8/2019 | 2,324,523 |
| 7,665,000 | New Jersey Housing & Mortgage Finance Agency, Tender Option Bond Trust Receipts (2016-ZF0346) Weekly VRDNs (Bank of America N.A. LIQ), 0.980%, 8/2/2018 | 7,665,000 |
| 11,295,000 | New Jersey State Transportation Trust Fund Authority (New Jersey State), Stage Trust (Series 2011-28C), 1.22% TOBs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 11,295,000 |
| 6,349,646 | Ocean Township, NJ (Ocean County), 2.00% BANs, 11/15/2018 | 6,357,313 |
| 2,950,000 | Palmyra Borough, NJ, (2017 Series A), 2.50% BANs, 12/19/2018 | 2,958,894 |
| 8,897,250 | South River, NJ, 2.50% BANs, 12/11/2018 | 8,927,335 |
| 2,876,013 | Tenafly, NJ, 2.75% BANs, 5/31/2019 | 2,893,561 |
| 4,185,000 | Tewksbury Township, NJ, 2.75% BANs, 5/28/2019 | 4,213,663 |
| 3,757,151 | Waldwick, NJ, 2.75% BANs, 7/26/2019 | 3,787,944 |
| 5,381,172 | Wallington, NJ, 2.25% BANs, 8/23/2018 | 5,384,544 |
| 1,715,130 | Westampton, NJ, 2.75% BANs, 6/6/2019 | 1,725,089 |
| 4,000,000 | Willingboro Township, NJ, 2.25% BANs, 8/8/2018 | 4,000,567 |
| | TOTAL | 133,212,489 |
| | **New York—7.7%** | |
| 6,000,000 | Bayport-Blue Point, NY Union Free School District, 2.25% BANs, 10/5/2018 | 6,005,532 |

**Annual Shareholder Report**

**10**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **New York—continued** | |
| $ 18,525,000 | Candor, NY CSD, 2.75% BANs, 4/3/2019 | $ 18,641,383 |
| 3,317,500 | Guilderland, NY CSD, 2.75% BANs, 7/12/2019 | 3,342,084 |
| 10,000,000 | MTA Transportation Revenue, Tender Option Bond Trust Receipts (Series 2018-XF0623) Weekly VRDNs (Toronto Dominion Bank LIQ), 1.060%, 8/2/2018 | 10,000,000 |
| 6,000,000 | Metropolitan Transportation Authority, NY (MTA Dedicated Tax Fund), (Subseries 2008A-1) Daily VRDNs (TD Bank, N.A. LOC), 1.450%, 8/1/2018 | 6,000,000 |
| 11,045,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), (Series 2005D-2) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.520%, 8/1/2018 | 11,045,000 |
| 3,435,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), (Series 2015E-4) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 0.980%, 8/2/2018 | 3,435,000 |
| 21,190,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), Eagles (Series 2017-0004) Weekly VRDNs (Citibank NA, New York LIQ), 1.020%, 8/2/2018 | 21,190,000 |
| 8,985,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), Tender Option Bond Trust Receipts (2016-ZF0500) Weekly VRDNs (Toronto Dominion Bank LIQ), 1.040%, 8/2/2018 | 8,985,000 |
| 6,027,088 | Middletown, NY, (Series A), 2.25% BANs, 8/29/2018 | 6,031,883 |
| 10,000,000 | New York City Housing Development Corp., (2018 Series G), 1.50% TOBs, Mandatory Tender 2/1/2019 | 10,000,000 |
| 16,100,000 | New York City, NY Municipal Water Finance Authority, (Fiscal 2015 Subseries BB-2) Daily VRDNs (Mizuho Bank Ltd. LIQ), 1.500%, 8/1/2018 | 16,100,000 |
| 11,795,000 | New York City, NY Municipal Water Finance Authority, (Series A-1) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.500%, 8/1/2018 | 11,795,000 |
| 3,000,000 | New York City, NY Municipal Water Finance Authority, Second General Resolution (Fiscal 2011 Series DD-1) Daily VRDNs (TD Bank, N.A. LIQ), 1.450%, 8/1/2018 | 3,000,000 |
| 2,000,000 | New York City, NY, (Fiscal 2006 Series F-3) Weekly VRDNs (Sumitomo Mitsui Banking Corp. LOC), 0.920%, 8/2/2018 | 2,000,000 |
| 8,840,000 | New York City, NY, (Fiscal 2010 Series G Subseries G-4) Weekly VRDNs (Barclays Bank PLC LIQ), 0.980%, 8/2/2018 | 8,840,000 |
| 7,500,000 | New York City, NY, (Fiscal 2014 Series I, Subseries I-2) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.500%, 8/1/2018 | 7,500,000 |
| 18,700,000 | New York City, NY, (Subseries A-2) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.500%, 8/1/2018 | 18,700,000 |
| 11,000,000 | New York City, NY, (Subseries D-4) Daily VRDNs (TD Bank, N.A. LOC), 1.450%, 8/1/2018 | 11,000,000 |
| 20,000,000 | New York City, NY, RBC Muni Products (Series E-118) Daily VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 1.500%, 8/1/2018 | 20,000,000 |

**Annual Shareholder Report**

**11**

[Table of Contents](#)

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **New York—continued** | |
| $ 3,500,000 | New York State Dormitory Authority (Rockefeller University), (Series 2002A-2) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.950%, 8/2/2018 | $ 3,500,000 |
| 6,000,000 | New York State HFA (600 West 42nd Street), (2009 Series A) Weekly VRDNs (FNMA LOC), 0.950%, 8/1/2018 | 6,000,000 |
| 9,200,000 | New York State HFA (Midtown West B LLC), (Series 2009A: 505 West 37th Street Housing) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.540%, 8/1/2018 | 9,200,000 |
| 5,476,209 | North Syracuse, NY CSD, 2.25% BANs, 8/10/2018 | 5,477,650 |
| 2,302,807 | Springville-Griffith Institute, NY CSD, 2.25% BANs, 8/24/2018 | 2,304,316 |
| 13,300,000 | Triborough Bridge & Tunnel Authority, NY, General Revenue Bonds (Series 2002F) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.540%, 8/1/2018 | 13,300,000 |
| 5,458,779 | Union, NY, 2.75% BANs, 2/28/2019 | 5,482,848 |

| Principal Amount | | Value |
|---:|---|---:|
| 2,500,000 | Waverly, NY CSD, 2.25% BANs, 8/31/2018 | 2,501,966 |
| 3,630,000 | Webster, NY, 2.75% BANs, 7/9/2019 | 3,658,342 |
| 2,200,000 | Webutuck, NY CSD, 2.25% BANs, 8/25/2018 | 2,201,428 |
| | TOTAL | 257,237,432 |
| | **North Carolina—1.4%** | |
| 6,100,000 | Charlotte-Mecklenburg Hospital Authority, NC (Atrium Health (previously Carolinas HealthCare) System), (Series 2007B) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.530%, 8/1/2018 | 6,100,000 |
| 10,165,000 | Charlotte-Mecklenburg Hospital Authority, NC (Atrium Health (previously Carolinas HealthCare) System), Stage Trust (Series 2011-72C), 1.22% TOBs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), Optional Tender 1/15/2019 | 10,165,000 |
| 4,810,000 | Greensboro, NC Enterprise System, Solar Eclipse (Series 2017-0045), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/23/2018 | 4,810,000 |
| 9,245,000 | Greensboro, NC, (Series A), 3.00% BANs, 10/18/2018 | 9,273,334 |
| 5,605,000 | Mecklenburg County, NC, Solar Eclipse (Series 2017-0052), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 5,605,000 |
| 11,015,000 | North Carolina State Capital Improvement (North Carolina State), Stage Trust (Series 2011-136C), 1.22% TOBs (Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 11,015,000 |
| | TOTAL | 46,968,334 |
| | **North Dakota—0.3%** | |
| 9,124,000 | Grand Forks County, ND (J. R. Simplot Co.), (Series 2010) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.030%, 8/1/2018 | 9,124,000 |
| | **Ohio—3.5%** | |
| 10,000,000 | Akron, OH, 3.00% BANs, 12/12/2018 | 10,051,998 |
| 7,250,000 | Avon, OH Water System, 2.375% BANs, 1/31/2019 | 7,272,319 |

**Annual Shareholder Report**

12

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | 1 SHORT-TERM MUNICIPALS—continued | |
| | **Ohio—continued** | |
| $ 10,000,000 | Cleveland, OH Water (Cleveland, OH Department of Public Utilities), RBC Municipal Products Floater Certificates (Series E-119) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | $ 10,000,000 |
| 2,120,000 | Cuyahoga County, OH Hospital Authority (The Sisters of Charity of St. Augustine Health System, Inc.), (Series 2000) Weekly VRDNs (PNC Bank, N.A. LOC), 0.990%, 8/2/2018 | 2,120,000 |
| 9,265,000 | Delaware, OH, 3.00% BANs, 4/10/2019 | 9,337,224 |
| 4,000,000 | Euclid, OH City School District, (RBC Muni Product G-39) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 4,000,000 |
| 520,000 | Franklin County, OH Hospital Facility Authority (U.S. Health Corp. of Columbus), Series A Weekly VRDNs (Northern Trust Co., Chicago, IL LOC), 0.930%, 8/2/2018 | 520,000 |
| 17,000,000 | Lucas County, OH (ProMedica Healthcare Obligated Group), Golden Blue (Series 2018-002) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 17,000,000 |
| 23,640,000 | Middletown, OH (Premier Health Partners Obligated Group), Golden Blue (Series 2017-003) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 23,640,000 |
| 15,410,000 | Ohio State Higher Educational Facility Commission (University Hospitals Health System, Inc.), Golden Blue (Series 2017-006) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 15,410,000 |
| 5,000,000 | Ohio University, (RBC Muni Products Series G-27), 1.14% TOBs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), Optional Tender 12/3/2018 | 5,000,000 |
| 1,895,000 | Parma Heights, OH, 3.00% BANs (GTD by Ohio State), 7/17/2019 | 1,913,698 |
| 8,643,000 | Tipp City, OH, (Series A), 2.125% BANs, 2/13/2019 | 8,662,360 |
| 3,750,000 | Wooster, OH (West View Manor), Health Care Facilities Revenue Bonds (Series 2003) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.070%, 8/2/2018 | 3,750,000 |
| | TOTAL | 118,677,599 |

| | | |
|---:|:---|---:|
| | **Oklahoma—0.4%** | |
| 14,000,000 | Oklahoma Development Finance Authority (INTEGRIS Obligated Group), (Series 2015 B) VRENs, 1.290%, 8/2/2018 | 14,000,000 |
| | **Oregon—0.4%** | |
| 12,125,000 | Clackamas County, OR School District No. 7J (Lake Oswego), Solar Eclipse (2017-0053), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/27/2018 | 12,125,000 |
| | **Pennsylvania—9.4%** | |
| 2,400,000 | Allegheny County, PA HDA (Dialysis Clinic, Inc.), (Series 1997) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.080%, 8/2/2018 | 2,400,000 |
| 5,370,000 | Allegheny County, PA HDA (UPMC Health System), (Series E-110) Daily VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 1.500%, 8/1/2018 | 5,370,000 |

**Annual Shareholder Report**

13

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Pennsylvania—continued** | |
| $ 46,380,000 | Allegheny County, PA HDA (UPMC Health System), (Series E-111) Daily VRDNs (Royal Bank of Canada and Royal Bank of Canada LOCs), 1.500%, 8/1/2018 | $ 46,380,000 |
| 7,000,000 | Allegheny County, PA HDA (UPMC Health System), PUTTERs (Series 5011) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ)/(JPMorgan Chase Bank, N.A. LOC), 1.540%, 8/1/2018 | 7,000,000 |
| 1,500,000 | Allegheny County, PA Sanitation Authority, Tender Option Bond Trust Certificates (2016-XM0278) Weekly VRDNs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 0.970%, 8/2/2018 | 1,500,000 |
| 4,490,000 | Berks County, PA IDA (Tower Health), Tender Option Bond Trust Certificates (Series 2018-XL0061) Weekly VRDNs (GTD by Citibank NA, New York)/(Citibank NA, New York LIQ), 1.000%, 8/2/2018 | 4,490,000 |
| 10,000,000 | Berks County, PA Municipal Authority (Tower Health), Golden Blue (Series 2018-001) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 10,000,000 |
| 2,715,000 | Bucks County, PA IDA (Grand View Hospital), (Series A of 2008) Weekly VRDNs (TD Bank, N.A. LOC), 0.930%, 8/2/2018 | 2,715,000 |
| 12,475,000 | Butler County, PA General Authority (Hampton Township School District, PA), (Series 2007) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.000%, 8/2/2018 | 12,475,000 |
| 8,050,000 | Butler County, PA General Authority (Iroquois School District), (Series 2011) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.000%, 8/2/2018 | 8,050,000 |
| 1,500,000 | Butler County, PA Hospital Authority (Concordia Lutheran Obligated Group), (Series A of 2012) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 0.930%, 8/2/2018 | 1,500,000 |
| 6,455,000 | Commonwealth of Pennsylvania, (Series 2018-XG0180) Weekly VRDNs (Bank of America N.A. LIQ), 1.010%, 8/2/2018 | 6,455,000 |
| 1,000,000 | Commonwealth of Pennsylvania, (Series 2018-ZM0650) Weekly VRDNs (Bank of America N.A. LIQ), 1.010%, 8/2/2018 | 1,000,000 |
| 48,440,000 | Emmaus, PA General Authority, (Series 1996) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Wells Fargo Bank, N.A. LIQ), 0.990%, 8/1/2018 | 48,440,000 |
| 7,080,000 | Franklin County, PA IDA (Chambersburg Hospital), Stage Trust (Series 2010-01C), 1.22% TOBs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 7,080,000 |
| 2,790,000 | Geisinger Authority, PA Health System (Geisinger Health System), (Series 2013A) Daily VRDNs (Wells Fargo Bank, N.A. LIQ), 1.420%, 8/1/2018 | 2,790,000 |
| 4,795,000 | Geisinger Authority, PA Health System (Geisinger Health System), Stage Trust (Series 2011-69C), 1.22% TOBs (Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 4,795,000 |
| 2,100,000 | Haverford Twp, PA School District, (Series 2009) Weekly VRDNs (TD Bank, N.A. LOC), 0.950%, 8/2/2018 | 2,100,000 |
| 1,925,000 | Lancaster County, PA Hospital Authority (Masonic Villages) Daily VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.460%, 8/1/2018 | 1,925,000 |

**Annual Shareholder Report**

14

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Pennsylvania—continued** | |
| $  1,200,000 | Lancaster, PA IDA (Willow Valley Retirement Communities), (Series A of 2009) Weekly VRDNs (PNC Bank, N.A. LOC), 1.000%, 8/2/2018 | $   1,200,000 |
| 2,400,000 | Lower Merion, PA School District, (Series B of 2009) Weekly VRDNs (U.S. Bank, N.A. LOC), 0.960%, 8/2/2018 | 2,400,000 |
| 2,120,000 | Pennsylvania HFA (Foxwood Manor Apartments), (Series 2008-O) Weekly VRDNs (GTD by FHLMC), 0.960%, 8/2/2018 | 2,120,000 |
| 3,000,000 | Philadelphia, PA Hospitals & Higher Education Facilities Authority (Children's Hospital of Philadelphia), (Series 2002-A) Daily VRDNs (Wells Fargo Bank, N.A. LIQ), 1.530%, 8/1/2018 | 3,000,000 |
| 121,685,000 | Pittsburgh & Allegheny County, PA Sports & Exhibition Authority, (Series A of 2007) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.050%, 8/2/2018 | 121,685,000 |
| 9,500,000 | State Public School Building Authority, PA (Philadelphia, PA School District), Tender Option Bond Trust Certificates (2016-XG0085) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Credit Suisse AG LIQ), 1.060%, 8/2/2018 | 9,500,000 |
| | TOTAL | 316,370,000 |
| | **Rhode Island—0.2%** | |
| 5,400,000 | Rhode Island State Health and Educational Building Corp. (Rhode Island School of Design), (Series 2008) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.020%, 8/1/2018 | 5,400,000 |
| | **South Carolina—0.1%** | |
| 4,005,000 | South Carolina Jobs-EDA (Brashier Charter, LLC), (Series 2008) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | 4,005,000 |
| | **Tennessee—0.6%** | |
| 21,175,000 | Sevier County, TN Public Building Authority (Sevier County, TN), Local Government Public Improvement Bonds (Series VII-B-1) Weekly VRDNs (Bank of America N.A. LOC), 0.970%, 8/1/2018 | 21,175,000 |
| | **Texas—13.3%** | |
| 8,575,000 | Austin, TX Electric Utility System, Solar Eclipse (Series 2017-0008), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/16/2018 | 8,575,000 |
| 700,000 | Bexar County, TX Housing Finance Corp. (Summit Hills Apartments), (Series 2005A) Weekly VRDNs (FHLMC LOC), 1.030%, 8/2/2018 | 700,000 |
| 3,745,000 | Denton, TX ISD, (Series 2018-XF0648) Weekly VRDNs (GTD by Texas PSFG Program)/(Toronto Dominion Bank LIQ), 0.970%, 8/2/2018 | 3,745,000 |
| 17,000,000 | Harris County, TX Cultural Education Facilities Finance Corp. (Memorial Hermann Health System), Floating Rate Certificates (Series 2018-010) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 17,000,000 |
| 15,910,000 | Harris County, TX Cultural Education Facilities Finance Corp. (Memorial Hermann Health System), PUTTERs (Series 5018) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ)/(JPMorgan Chase Bank, N.A. LOC), 1.540%, 8/1/2018 | 15,910,000 |

**Annual Shareholder Report**

**15**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Texas—continued** | |
| $ 24,450,000 | Harris County, TX Education Facilities Finance Corp. (Methodist Hospital, Harris County, TX), (Series 2008C-1) Daily VRDNs, 1.540%, 8/1/2018 | $  24,450,000 |
| 3,900,000 | Harris County, TX Education Facilities Finance Corp. (Methodist Hospital, Harris County, TX), (Series 2008C-2) Daily VRDNs, 1.540%, 8/1/2018 | 3,900,000 |
| 56,350,000 | Harris County, TX HFDC (Methodist Hospital, Harris County, TX), (Subseries 2008A-1) Daily VRDNs, 1.540%, 8/1/2018 | 56,350,000 |
| 14,465,000 | Harris County, TX HFDC (Methodist Hospital, Harris County, TX), (Subseries 2008A-2) Daily VRDNs, 1.540%, 8/1/2018 | 14,465,000 |

| Principal Amount | | Value |
|---|---|---|
| 4,665,000 | Hays, TX Consolidated ISD, Solar Eclipse (Series 2017-0050), 1.09% TOBs (GTD by Texas PSFG Program)/(U.S. Bank, N.A. LIQ), Optional Tender 10/11/2018 | 4,665,000 |
| 3,500,000 | Houston, TX, RBC Muni Products (Series 2018 G-21) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 3,500,000 |
| 10,025,000 | Katy, TX ISD, Tender Option Bond Trust Receipts (2018-XG0163) Weekly VRDNs (GTD by Texas PSFG Program)/(Bank of America N.A. LIQ), 0.980%, 8/2/2018 | 10,025,000 |
| 25,000,000 | Port of Port Arthur Navigation District of Jefferson County, TX (TOTAL Petrochemicals USA, Inc.), (Series 2010) Weekly VRDNs (GTD by Total S.A.), 1.000%, 8/1/2018 | 25,000,000 |
| 21,000,000 | Port of Port Arthur Navigation District of Jefferson County, TX (TOTAL Petrochemicals USA, Inc.), Exempt Facilities Revenue Bonds (Series 2009) Weekly VRDNs (GTD by Total S.A.), 1.000%, 8/1/2018 | 21,000,000 |
| 55,000,000 | San Antonio, TX Electric & Gas System, (2012 Series B), 1.28% CP (State Street Bank and Trust Co. and Wells Fargo Bank, N.A. LIQs), Mandatory Tender 9/12/2018 | 55,000,000 |
| 13,000,000 | San Antonio, TX Electric & Gas System, (2012 Series C), 1.25% CP, Mandatory Tender 9/24/2018 | 13,000,000 |
| 4,000,000 | South Texas CCD, (RBC Muni Products G-35) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 4,000,000 |
| 157,115,000 | Texas State, 4.00% TRANs, 8/30/2018 | 157,428,694 |
| 7,500,000 | Texas State, Veterans Bonds (Series 2016) Weekly VRDNs (Landesbank Hessen-Thuringen LIQ), 0.950%, 8/1/2018 | 7,500,000 |
| | TOTAL | 446,213,694 |
| | **Utah—3.7%** | |
| 122,321,000 | Riverton, UT Hospital Revenue Authority (IHC Health Services, Inc.), Stage Trust (Series 2012-33C) Weekly VRDNs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), 0.990%, 8/2/2018 | 122,321,000 |
| | **Virginia—3.1%** | |
| 16,000,000 | Albemarle County, VA Economic Development Authority (Sentara Health Systems Obligation Group), (Series 2018A) Weekly VRDNs (TD Bank, N.A. LIQ), 0.920%, 8/1/2018 | 16,000,000 |

**Annual Shareholder Report**

16

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | 1 SHORT-TERM MUNICIPALS—continued | |
| | **Virginia—continued** | |
| $  740,000 | Fairfax County, VA EDA (Mount Vernon Ladies' Association of the Union), (Series 2007) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | $  740,000 |
| 200,000 | Fairfax County, VA IDA (Inova Health System), (Series 2016C) Weekly VRDNs, 0.950%, 8/2/2018 | 200,000 |
| 10,000,000 | Fairfax County, VA IDA (Inova Health System), (Series 2018C) Weekly VRDNs, 1.250%, 8/2/2018 | 10,000,000 |
| 1,000,000 | Hampton Roads, VA Transportation Accountability Commission, (Series 2018-ZF2619) Weekly VRDNs (Wells Fargo Bank, N.A. LIQ), 0.970%, 8/2/2018 | 1,000,000 |
| 1,830,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute) Weekly VRDNs, 0.920%, 8/1/2018 | 1,830,000 |
| 500,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute), (Series 2003A) Weekly VRDNs, 0.900%, 8/1/2018 | 500,000 |
| 1,500,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute), (Series 2003C) Weekly VRDNs, 0.920%, 8/1/2018 | 1,500,000 |
| 2,300,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute), (Series 2009B) Weekly VRDNs, 0.920%, 8/1/2018 | 2,300,000 |
| 3,000,000 | Norfolk, VA, (Series 2007) Weekly VRDNs (Royal Bank of Canada LIQ), 0.950%, 8/1/2018 | 3,000,000 |
| 63,870,000 | Suffolk, VA EDA (Sentara Health Systems Obligation Group), Eagles (Series 2017-0005) Weekly VRDNs (Citibank NA, New York LIQ), 0.980%, 8/2/2018 | 63,870,000 |
| 1,300,000 | Virginia Small Business Financing Authority (Sentara Health Systems Obligation Group), Tender Option Bond Trust Receipts (2016-ZF0360) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.970%, 8/2/2018 | 1,300,000 |
| | TOTAL | 102,240,000 |
| | **Washington—0.1%** | |
| 4,000,000 | Seattle, WA, Solar Eclipse, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/11/2018 | 4,000,000 |

**West Virginia—0.3%**

| | | |
|---|---|---|
| 9,065,000 | West Virginia State Hospital Finance Authority (Cabell Huntington Hospital), (Series 2008A) Weekly VRDNs (Branch Banking & Trust Co. LOC), 0.970%, 8/2/2018 | 9,065,000 |

**Wisconsin—2.4%**

| | | |
|---|---|---|
| 5,000,000 | Milwaukee County, WI Metropolitan Sewer District, Solar Eclipse 2017-0036, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 5,000,000 |
| 49,385,000 | Wisconsin Health & Educational Facilities Authority (Aurora Health Care, Inc.), (Series 2010C), 1.23% CP (Bank of America N.A. LOC), Mandatory Tender 8/3/2018 | 49,385,000 |
| 2,495,000 | Wisconsin State HEFA (Wisconsin Lutheran Child & Family Services, Inc.), (Series 2008) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 1.090%, 8/2/2018 | 2,495,000 |

**Annual Shareholder Report**

**17**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Wisconsin—continued** | |
| $ 23,900,000 | Wisconsin State, Clippers (Series 2009-36), 1.12% TOBs (State Street Bank and Trust Co. LIQ), Optional Tender 9/6/2018 | $ 23,900,000 |
| | TOTAL | 80,780,000 |
| | TOTAL INVESTMENT IN SECURITIES—99.7% (AT AMORTIZED COST)[2] | 3,341,881,881 |
| | OTHER ASSETS AND LIABILITIES - NET—0.3%[3] | 9,982,888 |
| | TOTAL NET ASSETS—100% | $3,351,864,769 |

At July 31, 2018, the Fund held no securities that are subject to the federal alternative minimum tax (AMT) (unaudited).

1    *Current rate and current maturity or next reset date shown for floating rate notes and variable rate notes/demand instruments. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

2    *Also represents cost for federal tax purposes.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

     Level 1—quoted prices in active markets for identical securities.

     Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

     Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets, as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

**Annual Shareholder Report**

**18**

Table of Contents

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| BANs | —Bond Anticipation Notes |
| CCD | —Community College District |
| CDA | —Community Development Authority |
| CP | —Commercial Paper |
| CSD | —Central School District |
| EDA | —Economic Development Authority |
| EDC | —Economic Development Commission |
| FHLB | —Federal Home Loan Bank |
| FHLMC | —Federal Home Loan Mortgage Corporation |
| FNMA | —Federal National Mortgage Association |
| GTD | —Guaranteed |
| HDA | —Hospital Development Authority |
| HEFA | —Health and Education Facilities Authority |
| HFA | —Housing Finance Authority |
| HFDC | —Health Facility Development Corporation |
| IDA | —Industrial Development Authority |
| IDB | —Industrial Development Bond |
| IFA | —Industrial Finance Authority |
| INS | —Insured |
| ISD | —Independent School District |
| LIQ(s) | —Liquidity Agreement(s) |
| LOC | —Letter of Credit |
| MFH | —Multi-Family Housing |
| PCR | —Pollution Control Revenue |
| PCRB(s) | —Pollution Control Revenue Bond(s) |
| PSFG | —Permanent School Fund Guarantee |
| PUTTERs | —Puttable Tax-Exempt Receipts |
| TOBs | —Tender Option Bonds |
| TRANs | —Tax and Revenue Anticipation Notes |
| USD | —Unified School District |
| UT | —Unlimited Tax |
| VRDNs | —Variable Rate Demand Notes |
| VRDPs | —Variable Rate Demand Preferreds |
| VRENs | —Variable Rate Extendible Notes |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**19**

Table of Contents

# Financial Highlights – Wealth Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.010 | 0.006 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.002 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.008 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.010) | (0.006) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.002) | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.010) | (0.008) | (0.000)1 | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 1.03% | 0.77% | 0.11% | 0.02% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.21% | 0.21% | 0.13%3 | 0.08%3 | 0.10%3 |
| Net investment income | 1.03% | 0.57% | 0.08% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.09% | 0.09% | 0.17% | 0.21% | 0.19% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $3,054,475 | $2,270,120 | $4,088,135 | $5,295,667 | $5,272,724 |

1     *Represents less than $0.001.*

2     *Based on net asset value.*

3     *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios were 0.13%, 0.08% and 0.10% for the years ended July 31, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*

4     *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---|
| Investment in securities, at amortized cost and fair value | $3,341,881,881 |
| Cash | 291,952 |
| Income receivable | 12,280,805 |
| Receivable for investments sold | 7,008,889 |
| Receivable for shares sold | 6,248,065 |
|    TOTAL ASSETS | 3,367,711,592 |

**Liabilities:**

| | |
|---|---|
| Payable for investments purchased | $8,110,216 |

| | |
|---|---:|
| Payable for shares redeemed | 6,838,738 |
| Income distribution payable | 696,010 |
| Payable for investment adviser fee (Note 5) | 10,661 |
| Payable for administrative fee (Note 5) | 7,362 |
| Payable for other service fees (Notes 2 and 5) | 18,354 |
| Accrued expenses (Note 5) | 165,482 |

| | |
|---|---:|
| TOTAL LIABILITIES | 15,846,823 |
| Net assets for 3,351,846,942 shares outstanding | $3,351,864,769 |

**Net Assets Consist of:**

| | |
|---|---:|
| Paid-in capital | $3,351,827,459 |
| Accumulated net realized gain | 32,463 |
| Undistributed net investment income | 4,847 |
| TOTAL NET ASSETS | $3,351,864,769 |

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

**Wealth Shares:**

| | |
|---|---:|
| $3,054,475,229 ÷ 3,054,458,972 shares outstanding, no par value, unlimited shares authorized | $1.00 |

**Service Shares:**

| | |
|---|---:|
| $297,389,540 ÷ 297,387,970 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report
21

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

**Investment Income:**

| | |
|---|---:|
| Interest | $36,594,610 |

**Expenses:**

| | |
|---|---:|
| Investment adviser fee (Note 5) | $ 5,873,679 |
| Administrative fee (Note 5) | 2,351,320 |
| Custodian fees | 100,549 |
| Transfer agent fee | 24,113 |
| Directors'/Trustees' fees (Note 5) | 21,522 |
| Auditing fees | 24,625 |
| Legal fees | 54,426 |
| Portfolio accounting fees | 216,474 |
| Other service fees (Notes 2 and 5) | 528,337 |
| Share registration costs | 110,744 |
| Printing and postage | 26,432 |
| Miscellaneous (Note 5) | 51,454 |
| TOTAL EXPENSES | 9,383,675 |
| Waiver of investment adviser fee (Note 5) | (2,544,068) |

| | |
|---|---:|
| Net expenses | 6,839,607 |
| Net investment income | 29,755,003 |
| Net realized gain on investments | 36,537 |
| Change in net assets resulting from operations | $29,791,540 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**22**

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $     29,755,003 | $     12,726,632 |
| Net realized gain | 36,537 | 3,853,047 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 29,791,540 | 16,579,679 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Wealth Shares | (28,158,996) | (11,861,618) |
| Service Shares | (1,590,490) | (865,777) |
| Distributions from net realized gain | | |
| Wealth Shares | (396,767) | (3,281,396) |
| Service Shares | (30,127) | (635,725) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (30,176,380) | (16,644,516) |
| **Share Transactions:** | | |
| Proceeds from sale of shares | 6,647,032,248 | 6,157,263,471 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 20,886,548 | 6,863,622 |
| Cost of shares redeemed | (5,814,129,823) | (8,338,625,903) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | 853,788,973 | (2,174,498,810) |
| Change in net assets | 853,404,133 | (2,174,563,647) |
| **Net Assets:** | | |
| Beginning of period | 2,498,460,636 | 4,673,024,283 |
| End of period (including undistributed (distributions in excess of) net investment income of $4,847 and $(670), respectively) | $ 3,351,864,769 | $ 2,498,460,636 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

**JULY 31, 2018**

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Tax-Free Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers two classes of shares: Wealth Shares and Service Shares. The financial highlights of the Service Shares are presented separately. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide dividend income exempt from federal regular income tax consistent with stability of principal. Interest income from the Fund's investments normally will not be subject to the AMT for individuals, and may be subject to state and local taxes.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interests of the Fund.

On June 30, 2017, the Fund's Advisor Share class became effective with the Securities and Exchange Commission (SEC), but is not yet offered for sale.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Trustees have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized

Table of Contents

the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver of $2,544,068 is disclosed in Note 5.

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Wealth Shares and Service Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder

accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred |
|---|---|
| Service Shares | $528,337 |

For the year ended July 31, 2018, the Fund's Wealth Shares did not incur other service fees.

**Federal Taxes**

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

**Annual Shareholder Report**

25

Table of Contents

**When-Issued and Delayed-Delivery Transactions**

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

**Restricted Securities**

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities are valued at amortized cost in accordance with Rule 2a-7 under the Act.

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Wealth Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 6,128,610,442 | $ 6,128,610,442 | 5,437,905,704 | $ 5,437,905,704 |
| Shares issued to shareholders in payment of distributions declared | 20,104,840 | 20,104,840 | 6,148,127 | 6,148,127 |
| Shares redeemed | (5,364,010,734) | (5,364,010,734) | (7,262,025,338) | (7,262,025,338) |
| NET CHANGE RESULTING FROM WEALTH SHARE TRANSACTIONS | 784,704,548 | $ 784,704,548 | (1,817,971,507) | $(1,817,971,507) |

**Annual Shareholder Report**

26

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Service Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 518,421,806 | $ 518,421,806 | 719,357,767 | $ 719,357,767 |
| Shares issued to shareholders in payment of distributions declared | 781,708 | 781,708 | 715,495 | 715,495 |
| Shares redeemed | (450,119,089) | (450,119,089) | (1,076,600,565) | (1,076,600,565) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 69,084,425 | $ 69,084,425 | (356,527,303) | $ (356,527,303) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 853,788,973 | $ 853,788,973 | (2,174,498,810) | $(2,174,498,810) |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Tax-exempt income | $29,708,020 | $12,726,830 |
| Ordinary income1 | $   337,443 | $ 1,588,216 |
| Long-term capital gains | $   130,917 | $ 2,329,470 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed tax-exempt income | $ 4,847 |
| Undistributed ordinary income2 | $30,600 |
| Undistributed long-term capital gains | $ 1,863 |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $2,544,068 of its fee.

**Annual Shareholder Report**

**27**

Table of Contents

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Other Service Fees**

For the year ended July 31, 2018, FSSC received $4,700 of the other service fees disclosed in Note 2.

**Expense Limitation**

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Wealth Shares and Service Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.21% and 0.46% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

**Annual Shareholder Report**

**28**

Table of Contents

**Interfund Transactions**

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $1,894,750,000 and $1,260,910,000, respectively.

**Directors'/Trustees' and Miscellaneous Fees**

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**6. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**7. FEDERAL TAX INFORMATION (UNAUDITED)**

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $130,917.

For the year ended July 31, 2018, 99.9% of the distributions from net investment income is exempt from federal income tax, other than the federal AMT.

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND THE WEALTH CLASS SHAREHOLDERS OF FEDERATED TAX-FREE OBLIGATIONS FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Tax-Free Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual** | $1,000 | $1,005.80 | $1.04 |
| **Hypothetical (assuming a 5% return before expenses)** | $1,000 | $1,023.80 | $1.05 |

1    *Expenses are equal to the Fund's Wealth Shares annualized net expense ratio of 0.21%, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period).*

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue\***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Annual Shareholder Report

33

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
| --- | --- |
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Annual Shareholder Report

35

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
| --- | --- |
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| P. Jerome Richey<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.) |
|---|---|
| | **Other Directorships Held**: None. |
| | **Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| John S. Walsh<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc. |
| | **Other Directorships Held**: None. |
| | **Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**

**36**

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| Lori A. Hensler<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation. |
| | **Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association. |
| | **Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp. |
| | **Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND<br>SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
| **Mary Jo Ochson**<br>Birth Date: September 12, 1953<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since: December 1989 | **Principal Occupations**: Mary Jo Ochson has been the Fund's Portfolio Manager since December 1989. Ms. Ochson was named Chief Investment Officer of Federated's tax-exempt fixed-income products in 2004 and Chief Investment Officer of Federated's Tax-Free Money Markets in 2010. She joined Federated in 1982 and has been a Senior Portfolio Manager and a Senior Vice President of the Fund's Adviser since 1996. Ms. Ochson has received the Chartered Financial Analyst designation and holds an M.B.A. in Finance from the University of Pittsburgh. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

### FEDERATED TAX-FREE OBLIGATIONS FUND (THE "FUND")

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or

voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

<div align="center">

**Annual Shareholder Report**
41
</div>

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver

<div align="center">

**Annual Shareholder Report**
</div>

Table of Contents

competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

**Annual Shareholder Report**
**43**

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply

breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
**44**

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**45**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public

Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**46**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Tax-Free Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N401*

*39006 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Annual Shareholder Report**

*July 31, 2018*

| Share Class | Ticker | Wealth | TBIXX | Service | TBSXX |

# Federated Tax-Free Obligations Fund

A Portfolio of Money Market Obligations Trust

*The Fund is a Retail Money Market Fund and is only available for investment to accounts beneficially owned by natural persons.*

## Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee

**CONTENTS**

Portfolio of Investments Summary Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

| Portfolio of Investments | 2 |
| Financial Highlights | 20 |
| Statement of Assets and Liabilities | 22 |
| Statement of Operations | 23 |
| Statement of Changes in Net Assets | 24 |
| Notes to Financial Statements | 25 |
| Report of Independent Registered Public Accounting Firm | 31 |
| Shareholder Expense Example | 33 |
| Board of Trustees and Trust Officers | 35 |
| Evaluation and Approval of Advisory Contract–May 2018 | 41 |
| Voting Proxies on Fund Portfolio Securities | 48 |
| Quarterly Portfolio Schedule | 48 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition[1] was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Variable Rate Demand Instruments | 70.7% |
| Municipal Notes | 21.7% |
| Commercial Paper | 7.3% |
| Other Assets and Liabilities—Net[2] | 0.3% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity[3] schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 69.4% |
| 8-30 Days | 7.4% |
| 31-90 Days | 14.5% |
| 91-180 Days | 2.9% |
| 181 Days or more | 5.5% |
| Other Assets and Liabilities—Net[2] | 0.3% |
| TOTAL | **100.0%** |

1    *See the Fund's Prospectus and Statement of Additional Information for a description of these investments.*

2    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3    *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Table of Contents

## Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—99.7% | |
| | **Alabama—4.8%** | |
| $ 15,545,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 2014-A) Daily VRDNs, 1.510%, 8/1/2018 | $ 15,545,000 |
| 16,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 2014-B) Daily VRDNs, 1.510%, 8/1/2018 | 16,000,000 |
| 40,000,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series 2014-D) Weekly VRDNs, 1.150%, 8/1/2018 | 40,000,000 |
| 8,100,000 | Columbia, AL IDB PCRB (Alabama Power Co.), (Series C) Daily VRDNs, 1.510%, 8/1/2018 | 8,100,000 |
| 4,100,000 | Eutaw, AL Industrial Development Board PCRB (Alabama Power Co.), (Series 1998) Daily VRDNs, 1.510%, 8/1/2018 | 4,100,000 |
| 5,800,000 | Mobile, AL IDB (Alabama Power Co.), (First Series 2009: Barry Plant) Daily VRDNs, 1.510%, 8/1/2018 | 5,800,000 |
| 31,000,000 | Mobile, AL IDB (Alabama Power Co.), PCRBs (Series 2007B) Weekly VRDNs, 1.150%, 8/1/2018 | 31,000,000 |
| 17,000,000 | Tuscaloosa County, AL IDA (Hunt Refining Co.), (Series 2008C: Gulf Opportunity Zone Bonds) Weekly VRDNs (Bank of Nova Scotia, Toronto LOC), 0.980%, 8/2/2018 | 17,000,000 |
| 24,810,000 | West Jefferson, AL IDB PCRB (Alabama Power Co.), (Series 1998) Weekly VRDNs, 1.090%, 8/2/2018 | 24,810,000 |
| | TOTAL | 162,355,000 |
| | **Arizona—0.6%** | |
| 5,000,000 | Arizona School Facilities Board, Tender Option Bond Trust Receipts (2016-ZM0321) Weekly VRDNs (Assured Guaranty Corp. INS)/(Bank of America N.A. LIQ), 0.990%, 8/2/2018 | 5,000,000 |
| 11,210,000 | Mesa, AZ Utility System, Solar Eclipse (2017-0026), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 11,210,000 |
| 3,920,000 | Pima County, AZ IDA (Wasatch Pool Holdings IV, LLC), (Series 2001: Eastside Place Apartments) Weekly VRDNs (FNMA LOC), 1.050%, 8/2/2018 | 3,920,000 |
| | TOTAL | 20,130,000 |
| | **California—2.2%** | |
| 46,000,000 | California Health Facilities Financing Authority (Dignity Health (Catholic Healthcare West)), Golden Blue (Series 2017-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.100%, 8/2/2018 | 46,000,000 |
| 12,000,000 | California Statewide Communities Development Authority (Kaiser Permanente), (Series 2004K), 1.82% CP, Mandatory Tender 9/12/2018 | 12,000,000 |
| 15,500,000 | California Statewide Communities Development Authority (Kaiser Permanente), (Series 2008C), 1.40% CP, Mandatory Tender 11/8/2018 | 15,500,000 |
| | TOTAL | 73,500,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Colorado—2.2%** | |
| $ 5,185,000 | Adams County, CO Five Star School District, RBC Muni Products (Series 2018 G-24) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | $ 5,185,000 |
| 9,935,000 | Cherry Creek, CO School District No. 5, Solar Eclipse (Series 2017-003), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/18/2018 | 9,935,000 |

https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

| | | |
|---|---|---|
| 6,345,000 | Colorado State Health Facilities Authority Revenue (Adventist Health System/Sunbelt Obligated Group), (Series 2018-XF0667) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.970%, 8/2/2018 | 6,345,000 |
| 6,685,000 | Denver, CO City and County Board of Water Commissioners, Solar Eclipse (Series 2017-0032), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/6/2018 | 6,685,000 |
| 25,000,000 | Lower Colorado River Authority Transmission Services Corp., RBC Muni Products (Series E-122) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 25,000,000 |
| 8,110,000 | University of Colorado, RBC Muni Products (Series E-123) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 8,110,000 |
| 10,985,000 | University of Colorado, Solar Eclipse (Series 2017-0065), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | 10,985,000 |
| | TOTAL | 72,245,000 |
| | **Connecticut—1.0%** | |
| 2,105,000 | Connecticut State Health & Educational Facilities (CIL Community Resources, Inc.), (Series A) Weekly VRDNs (HSBC Bank USA, N.A. LOC), 0.970%, 8/2/2018 | 2,105,000 |
| 345,000 | Connecticut State HFA (CIL Realty), (Series 2010) Weekly VRDNs (HSBC Bank USA, N.A. LOC), 0.970%, 8/2/2018 | 345,000 |
| 30,000,000 | Connecticut State, Golden Blue (Series 2017-014) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 30,000,000 |
| | TOTAL | 32,450,000 |
| | **District of Columbia—0.3%** | |
| 4,990,000 | District of Columbia Water & Sewer Authority, Solar Eclipse (Series 2017-0015), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,990,000 |
| 4,000,000 | District of Columbia, Solar Eclipse (Series 2017-0035), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,000,000 |
| | TOTAL | 8,990,000 |
| | **Florida—10.2%** | |
| 4,975,000 | Central Florida Expressway Authority, Golden Blue (Series 2018-004) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 4,975,000 |
| 6,475,000 | Clearwater, FL Water and Sewer Authority, Solar Eclipse (Series 2017-0014), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 6,475,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | SHORT-TERM MUNICIPALS—continued | |
| | **Florida—continued** | |
| $ 31,905,000 | Collier County, FL Health Facilities Authority (Cleveland Clinic), (Series 2003C-1), 1.25% CP, Mandatory Tender 10/3/2018 | $ 31,905,000 |
| 5,000,000 | Florida State Board of Education Public Education (Florida State), Solar Eclipse, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/4/2018 | 5,000,000 |
| 7,505,000 | Florida State Turnpike Authority, Solar Eclipse (Series 2017-0002), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/2/2018 | 7,505,000 |
| 11,000,000 | Florida State, Solar Eclipse, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 11,000,000 |
| 1,000,000 | JEA, FL Electric System, (Series Three 2008B-3) Weekly VRDNs (Royal Bank of Canada LIQ), 0.950%, 8/1/2018 | 1,000,000 |
| 35,960,000 | Jacksonville, FL PCR (Florida Power & Light Co.), (Series 1994), 1.37% CP, Mandatory Tender 8/7/2018 | 35,960,000 |
| 10,700,000 | Manatee County, FL (Florida Power & Light Co.), Pollution Control Revenue Refunding Bonds (Series 1994) Daily VRDNs, 1.540%, 8/1/2018 | 10,700,000 |
| 41,100,000 | Martin County, FL PCRB (Florida Power & Light Co.), (Series 2000) Daily VRDNs, 1.580%, 8/1/2018 | 41,100,000 |
| 17,995,000 | Miami-Dade County, FL Water & Sewer, Tender Option Bond Trust Receipts (2015-ZF0268) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Toronto Dominion Bank LIQ), 1.090%, 8/2/2018 | 17,995,000 |
| 6,410,000 | Miami-Dade County, FL, RBC (Series E-70) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 6,410,000 |

| Principal Amount | | Value |
|---|---|---|
| 1,750,000 | Orange County, FL IDA (Central Florida Kidney Centers, Inc.), (Series 2000) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | 1,750,000 |
| 4,200,000 | Orange County, FL School Board, Tender Option Bond Trust Certificates (2015-XF2013) Weekly VRDNs (Assured Guaranty Corp. INS)/(Morgan Stanley Bank, N.A. LIQ), 1.070%, 8/2/2018 | 4,200,000 |
| 5,325,000 | Orange County, FL, Health Facilities Authority (Lakeside Behavioral Healthcare, Inc.), (Series 2008) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | 5,325,000 |
| 20,000,000 | Orlando & Orange County Expressway Authority, FL (Central Florida Expressway Authority), RBC Muni Trust (Series E-62) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 20,000,000 |
| 17,480,000 | Orlando, FL Contract Tourist Development (Orlando, FL), Tender Option Bond Trust Receipts (2015-XM0006) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.000%, 8/2/2018 | 17,480,000 |
| 16,500,000 | Polk County, FL IDA (Baycare Health System), (Series 2014A-2) VRENs, 1.240%, 8/2/2018 | 16,500,000 |
| 67,000,000 | St. Lucie County, FL PCRB (Florida Power & Light Co.), (Series 2000) Daily VRDNs, 1.530%, 8/1/2018 | 67,000,000 |
| 10,600,000 | Sunshine State Governmental Finance Commission, FL (Miami-Dade County, FL), (Series 2010A) Weekly VRDNs (MUFG Union Bank, N.A. LOC), 0.960%, 8/2/2018 | 10,600,000 |

**Annual Shareholder Report**

**4**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Florida—continued** | |
| $ 18,000,000 | Sunshine State Governmental Finance Commission, FL (Orlando, FL), Callable Tax-Exempt Notes (Series H), 1.33% CP (JPMorgan Chase Bank, N.A. LIQ), Mandatory Tender 10/12/2018 | $ 18,000,000 |
| | TOTAL | 340,880,000 |
| | **Georgia—4.0%** | |
| 2,500,000 | Cobb County, GA Housing Authority (Highland Ridge Partners LP), (Series 2008) Weekly VRDNs (FHLMC LOC), 0.980%, 8/2/2018 | 2,500,000 |
| 1,650,000 | DeKalb Private Hospital Authority, GA (Children's Healthcare of Atlanta, Inc.), (Series 2008) Weekly VRDNs (Landesbank Hessen-Thuringen LIQ), 0.910%, 8/1/2018 | 1,650,000 |
| 29,070,000 | Fulton County, GA Development Authority (Children's Healthcare of Atlanta, Inc.), (Series 2008) Weekly VRDNs (PNC Bank, N.A. LIQ), 1.000%, 8/1/2018 | 29,070,000 |
| 24,450,000 | Fulton County, GA, Solar Eclipse (Series 2017-0007), 1.12% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/27/2018 | 24,450,000 |
| 5,000,000 | Georgia State HFA, Tender Option Bond Trust Receipts (Series 2018-ZF0653) Weekly VRDNs (Bank of America N.A. LIQ), 0.990%, 8/2/2018 | 5,000,000 |
| 54,410,000 | Main Street Natural Gas, Inc., GA, (Series 2010 A1), 1.04% TOBs (Royal Bank of Canada LOC), Optional Tender 8/1/2018 | 54,410,000 |
| 7,490,000 | Metropolitan Atlanta Rapid Transit Authority, GA, Solar Eclipse (Series 2017-0047), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/16/2018 | 7,490,000 |
| 3,000,000 | Monroe County, GA Development Authority Pollution Control (Oglethorpe Power Corp.), (Series 2009B) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 0.950%, 8/1/2018 | 3,000,000 |
| 4,500,000 | Monroe County, GA Development Authority Pollution Control (Oglethorpe Power Corp.), (Series 2010A) Weekly VRDNs (Bank of Montreal LOC), 0.950%, 8/1/2018 | 4,500,000 |
| 3,000,000 | Municipal Electric Authority of Georgia, (Series 1985C) General Resolution Weekly VRDNs (TD Bank, N.A. LOC), 0.980%, 8/1/2018 | 3,000,000 |
| | TOTAL | 135,070,000 |
| | **Hawaii—0.5%** | |
| 8,845,000 | Hawaii State Department of Budget & Finance (Queen's Health Systems), (2015 Series B) VRENs, 1.390%, 8/2/2018 | 8,845,000 |
| 8,625,000 | Hawaii State, Solar Eclipse (3a-7), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/18/2018 | 8,625,000 |
| | TOTAL | 17,470,000 |
| | **Illinois—2.6%** | |
| 600,000 | Chicago, IL MFH Revenue (Churchview Manor Senior Apartments), (Series 2012) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 1.140%, 8/2/2018 | 600,000 |

| Principal Amount | | Value |
|---:|---|---:|
| 20,000,000 | Chicago, IL O'Hare International Airport, (Series 2005C) Weekly VRDNs (Bank of America N.A. LOC), 0.950%, 8/1/2018 | 20,000,000 |

**Annual Shareholder Report**

**5**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Illinois—continued** | |
| $ 2,500,000 | Illinois Development Finance Authority (Chicago Horticultural Society), (Series 1999) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 1.000%, 8/1/2018 | $ 2,500,000 |
| 7,000,000 | Illinois Development Finance Authority (North Shore Senior Center), (Series 1999) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.050%, 8/1/2018 | 7,000,000 |
| 31,500,000 | Illinois Finance Authority (Advocate Health Care Network), (Subseries C-3A) Weekly VRDNs (Northern Trust Co., Chicago, IL LIQ), 0.920%, 8/1/2018 | 31,500,000 |
| 26,045,000 | Illinois Finance Authority (OSF Health Care Systems), (Series 2007F) Weekly VRDNs (Barclays Bank PLC LOC), 0.980%, 8/2/2018 | 26,045,000 |
| | TOTAL | 87,645,000 |
| | **Indiana—0.7%** | |
| 14,115,000 | Indiana State Finance Authority Health System (Sisters of St. Francis Health Services, Inc.), (Series 2008F) Weekly VRDNs (Bank of New York Mellon LOC), 0.950%, 8/2/2018 | 14,115,000 |
| 4,035,000 | Jasper County, IN EDA (T & M LP), (Series 2010B) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 4,035,000 |
| 6,500,000 | Jasper County, IN EDA (T & M LP), (Series 2010C) Weekly VRDNs (AgriBank FCB LOC), 1.050%, 8/2/2018 | 6,500,000 |
| | TOTAL | 24,650,000 |
| | **Iowa—0.9%** | |
| 31,400,000 | Iowa Finance Authority (Cargill, Inc.), Midwestern Disaster Area Economic Development (Series 2011A) Weekly VRDNs, 0.980%, 8/2/2018 | 31,400,000 |
| | **Kansas—0.1%** | |
| 5,000,000 | Wyandotte County, KS USD 500, RBC Muni Products (Series 2018 G-23) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 5,000,000 |
| | **Kentucky—0.4%** | |
| 14,705,000 | Georgetown, KY (Georgetown College), (Series 2006) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 14,705,000 |
| | **Louisiana—2.6%** | |
| 50,000,000 | Ascension Parish, LA IDB (BASF Corp.), (Series 2009) Weekly VRDNs (GTD by BASF SE), 1.010%, 8/1/2018 | 50,000,000 |
| 12,000,000 | Louisiana Local Government Environmental Facilities CDA (Isidore Newman School), (Series 2002) Weekly VRDNs (FHLB of Dallas LOC), 1.070%, 8/1/2018 | 12,000,000 |
| 1,080,000 | Louisiana Local Government Environmental Facilities CDA (The Academy of the Sacred Heart of New Orleans), (Series 2004) Weekly VRDNs (FHLB of Dallas LOC), 1.070%, 8/1/2018 | 1,080,000 |
| 18,340,000 | Louisiana Public Facilities Authority (Air Products & Chemicals, Inc.), (Series 2009A) Weekly VRDNs, 0.940%, 8/1/2018 | 18,340,000 |

**Annual Shareholder Report**

**6**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Louisiana—continued** | |
| $ 4,335,000 | Louisiana State, RBC Muni Products (Series 2018 G-22) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | $ 4,335,000 |

|  | | |
|---|---|---|
|  | TOTAL | 85,755,000 |
|  | **Maryland—0.7%** | |
| 5,000,000 | Baltimore, MD Wastewater Utility, (RBC Muni Products Series G-28), 1.14% TOBs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), Optional Tender 1/2/2019 | 5,000,000 |
| 1,520,000 | Howard County, MD Revenue Bonds (Bluffs at Clarys Forest Apartments), (Series 1995) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 0.990%, 8/7/2018 | 1,520,000 |
| 4,600,000 | Maryland State Health & Higher Educational Facilities Authority, (Series 1985A) Weekly VRDNs (TD Bank, N.A. LOC), 0.900%, 8/1/2018 | 4,600,000 |
| 4,975,000 | Maryland State Transportation Authority, Solar Eclipse 2017-0041, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/25/2018 | 4,975,000 |
| 904,000 | Montgomery County, MD Housing Opportunities Commission (Byron House, Inc. Facility), (Series 1998 Issue I) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 1.040%, 8/7/2018 | 904,000 |
| 6,670,000 | University System of Maryland, Solar Eclipse (Series 2017-0023), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 6,670,000 |
|  | TOTAL | 23,669,000 |
|  | **Massachusetts—1.2%** | |
| 1,000,000 | Billerica, MA, Solar Eclipse (2017-0027), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/9/2018 | 1,000,000 |
| 6,120,000 | Commonwealth of Massachusetts, Clipper Tax-Exempt Certificates Trust (Series 2009-69), 1.12% TOBs (State Street Bank and Trust Co. LIQ), Optional Tender 9/6/2018 | 6,120,000 |
| 600,000 | Commonwealth of Massachusetts, Consolidated Loan (Series 2006A) Daily VRDNs (Barclays Bank PLC LIQ), 1.470%, 8/1/2018 | 600,000 |
| 3,000,000 | Gardner, MA, 2.75% BANs, 6/28/2019 | 3,021,333 |
| 12,200,000 | Massachusetts Bay Transportation Authority Sales Tax Revenue, Clipper Tax-Exempt Certificates Trust (Series 2009-47) Weekly VRDNs (State Street Bank and Trust Co. LIQ), 0.980%, 8/2/2018 | 12,200,000 |
| 3,725,000 | Massachusetts Development Finance Agency (CIL Realty of Massachusetts), (Series 2013) Weekly VRDNs (Manufacturers & Traders Trust Co., Buffalo, NY LOC), 0.980%, 8/2/2018 | 3,725,000 |
| 200,000 | Massachusetts Development Finance Agency, (Issue 4), 1.30% CP (FHLB of Boston LOC), Mandatory Tender 8/23/2018 | 200,000 |
| 1,200,000 | Massachusetts IFA (Nova Realty Trust), (Series 1994) Weekly VRDNs (TD Bank, N.A. LOC), 0.930%, 8/2/2018 | 1,200,000 |
| 3,880,000 | Massachusetts School Building Authority, Solar Eclipse (Series 2017-0013), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/23/2018 | 3,880,000 |

**Annual Shareholder Report**

7

Table of Contents

| Principal Amount | | Value |
|---|---|---|
|  | [1]SHORT-TERM MUNICIPALS—continued | |
|  | **Massachusetts—continued** | |
| $ 1,550,000 | Massachusetts School Building Authority, Tender Option Bond Trust Certificates (2016-XX1008) Weekly VRDNs (Barclays Bank PLC LIQ), 0.960%, 8/2/2018 | $ 1,550,000 |
| 4,080,000 | Massachusetts State Development Finance Agency (Governor Dummer Academy), (Series 2006) Weekly VRDNs (TD Bank, N.A. LOC), 0.960%, 8/1/2018 | 4,080,000 |
| 700,000 | Massachusetts State Development Finance Agency (Partners Healthcare Systems), (Series M-2) Weekly VRDNs (Bank of New York Mellon LOC), 0.930%, 8/2/2018 | 700,000 |
| 3,015,000 | Massachusetts State Health & Educational Facility (Massachusetts Institute of Technology), Tender Option Bond Trust Receipts (2016-XM0232) Weekly VRDNs (Bank of America N.A. LIQ), 0.960%, 8/2/2018 | 3,015,000 |
|  | TOTAL | 41,291,333 |
|  | **Michigan—4.3%** | |
| 60,300,000 | Eastern Michigan University Board of Regents, Golden Blue (3a-7) 2018-009 Weekly VRDNs (Build America Mutual Assurance INS)/(Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 0.980%, 8/2/2018 | 60,300,000 |
| 5,000,000 | Eastern Michigan University Board of Regents, Tender Option Bond Trust Certificates (Series 2018-ZF2620) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Morgan Stanley Bank, N.A. LIQ), 0.990%, 8/2/2018 | 5,000,000 |

| | | |
|---:|---|---:|
| 9,300,000 | Kent Hospital Finance Authority, MI (Spectrum Health), (Series 2008B-3) Weekly VRDNs (Wells Fargo Bank, N.A. LIQ), 0.940%, 8/1/2018 | 9,300,000 |
| 740,000 | Lenawee County, MI EDC (Siena Heights University), (Series 2009) Weekly VRDNs (FHLB of Chicago LOC), 0.940%, 8/2/2018 | 740,000 |
| 3,100,000 | Michigan Job Development Authority (Andersons, Inc. (The)), (Series 1985) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.030%, 8/1/2018 | 3,100,000 |
| 570,000 | Michigan State Finance Authority Revenue, Healthcare Equipment Loan (Series D) Weekly VRDNs (JPMorgan Chase Bank, N.A. LOC), 0.950%, 8/2/2018 | 570,000 |
| 400,000 | Michigan Strategic Fund (Kroger Co.), (Series 2010) Weekly VRDNs (MUFG Bank Ltd. LOC), 0.980%, 8/2/2018 | 400,000 |
| 3,105,000 | Michigan Strategic Fund (Washtenaw Christian Academy), (Series 2008) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.200%, 8/3/2018 | 3,105,000 |
| 910,000 | St. Joseph, MI Hospital Finance Authority (Lakeland Hospitals at Niles & St. Joseph Obligated Group), (Series 2002) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | 910,000 |
| 25,225,000 | St. Joseph, MI Hospital Finance Authority (Lakeland Hospitals at Niles & St. Joseph Obligated Group), (Series 2003) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | 25,225,000 |

**Annual Shareholder Report**

**8**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Michigan—continued** | |
| $ 34,635,000 | St. Joseph, MI Hospital Finance Authority (Lakeland Hospitals at Niles & St. Joseph Obligated Group), (Series 2006) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(JPMorgan Chase Bank, N.A. LIQ), 1.040%, 8/2/2018 | $ 34,635,000 |
| | TOTAL | 143,285,000 |
| | **Minnesota—0.8%** | |
| 4,735,000 | Andover, MN (Presbyterian Homes of Andover, Inc.), (Series 2003) Weekly VRDNs (FNMA LOC), 0.930%, 8/2/2018 | 4,735,000 |
| 1,760,000 | Bloomington, MN (Presbyterian Homes, Inc.), (Series 2008) Weekly VRDNs (FHLMC LOC), 0.930%, 8/2/2018 | 1,760,000 |
| 4,290,000 | Minneapolis, MN (Symphony Place) Weekly VRDNs (FHLMC LOC), 0.970%, 8/2/2018 | 4,290,000 |
| 3,940,000 | Plymouth, MN (Parkside Apartments), (Series 2003) Weekly VRDNs (FNMA LOC), 0.930%, 8/2/2018 | 3,940,000 |
| 9,925,000 | St. Cloud, MN ISD No. 742, Solar Eclipse (Series 2017-0009), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 9,925,000 |
| 2,642,000 | St. Louis Park, MN (Parkshore Senior Campus, LLC), (Series 2004) Weekly VRDNs (FHLMC LOC), 1.020%, 8/2/2018 | 2,642,000 |
| | TOTAL | 27,292,000 |
| | **Mississippi—0.2%** | |
| 8,000,000 | Perry County, MS (Georgia-Pacific LLC), (Series 2002) Weekly VRDNs, 1.150%, 8/2/2018 | 8,000,000 |
| | **Missouri—0.5%** | |
| 8,230,000 | Buchanan County, MO Solid Waste Disposal (Lifeline Foods LLC), (Series 2009B) Weekly VRDNs (Commerce Bank, N.A., Kansas City LOC), 1.000%, 8/2/2018 | 8,230,000 |
| 4,965,000 | Kansas City, MO Water Revenue, Solar Eclipse (Series 2017-0016), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/30/2018 | 4,965,000 |
| 4,000,000 | Missouri State HEFA (BJC Health System, MO), Tender Option Bond Trust Receipts (Series 2018-XF0678) Weekly VRDNs (Royal Bank of Canada LIQ), 0.970%, 8/2/2018 | 4,000,000 |
| | TOTAL | 17,195,000 |
| | **Multi-State—7.2%** | |
| 121,400,000 | Nuveen Enhanced AMT-Free Municipal Credit Opportunities Fund, (Series 2) Weekly VRDPs (JPMorgan Chase Bank, N.A. LIQ), 1.030%, 8/2/2018 | 121,400,000 |
| 47,100,000 | Nuveen Enhanced AMT-Free Quality Municipal Income Fund, (Series 3) Weekly VRDPs (TD Bank, N.A. LIQ), 0.990%, 8/2/2018 | 47,100,000 |

| Principal Amount | | Value |
|---|---|---|

<div align="center">

72,000,000    Nuveen Enhanced AMT-Free Quality Municipal Income Fund, (Series 4) Weekly VRDPs (Barclays Bank PLC LIQ), 1.030%, 8/2/2018    72,000,000

TOTAL   240,500,000

**Annual Shareholder Report**
**9**

</div>

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Nevada—0.8%** | |
| $ 5,000,000 | Clark County, NV, Solar Eclipse (Series 2017-0025), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/20/2018 | $ 5,000,000 |
| 12,500,000 | Las Vegas Valley, NV Water District (Southern Nevada Water Authority), (Series 2004A), 1.59% CP (Sumitomo Mitsui Banking Corp. LOC), Mandatory Tender 8/2/2018 | 12,500,000 |
| 7,990,000 | Nevada State Highway Revenue, Solar Eclipse (Series 2017-0018), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/6/2018 | 7,990,000 |
| | TOTAL | 25,490,000 |
| | **New Jersey—4.0%** | |
| 5,470,030 | Absecon, NJ, 2.00% BANs, 8/2/2018 | 5,470,134 |
| 27,395,000 | Belmar, NJ, 2.625% BANs, 2/8/2019 | 27,539,501 |
| 9,948,933 | Carlstadt, NJ, 2.625% BANs, 7/26/2019 | 10,018,502 |
| 10,750,000 | Carteret, NJ, 2.75% BANs, 2/1/2019 | 10,797,842 |
| 1,433,750 | Chatham Boro, NJ, 2.75% BANs, 5/24/2019 | 1,442,296 |
| 3,942,500 | Cranbury Township, NJ, 2.75% BANs, 5/23/2019 | 3,967,481 |
| 6,000,000 | Essex County, NJ, Clipper Tax-Exempt Certificates Trust (Series 2009-49) Weekly VRDNs (State Street Bank and Trust Co. LIQ), 0.990%, 8/2/2018 | 6,000,000 |
| 1,962,000 | Haworth Borough, NJ, 2.50% BANs, 2/22/2019 | 1,970,661 |
| 4,435,625 | Lacey Township, NJ, 3.00% BANs, 5/24/2019 | 4,472,639 |
| 2,315,000 | Lyndhurst Township, NJ, 2.50% BANs, 2/8/2019 | 2,324,523 |
| 7,665,000 | New Jersey Housing & Mortgage Finance Agency, Tender Option Bond Trust Receipts (2016-ZF0346) Weekly VRDNs (Bank of America N.A. LIQ), 0.980%, 8/2/2018 | 7,665,000 |
| 11,295,000 | New Jersey State Transportation Trust Fund Authority (New Jersey State), Stage Trust (Series 2011-28C), 1.22% TOBs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 11,295,000 |
| 6,349,646 | Ocean Township, NJ (Ocean County), 2.00% BANs, 11/15/2018 | 6,357,313 |
| 2,950,000 | Palmyra Borough, NJ, (2017 Series A), 2.50% BANs, 12/19/2018 | 2,958,894 |
| 8,897,250 | South River, NJ, 2.50% BANs, 12/11/2018 | 8,927,335 |
| 2,876,013 | Tenafly, NJ, 2.75% BANs, 5/31/2019 | 2,893,561 |
| 4,185,000 | Tewksbury Township, NJ, 2.75% BANs, 5/28/2019 | 4,213,663 |
| 3,757,151 | Waldwick, NJ, 2.75% BANs, 7/26/2019 | 3,787,944 |
| 5,381,172 | Wallington, NJ, 2.25% BANs, 8/23/2018 | 5,384,544 |
| 1,715,130 | Westampton, NJ, 2.75% BANs, 6/6/2019 | 1,725,089 |
| 4,000,000 | Willingboro Township, NJ, 2.25% BANs, 8/8/2018 | 4,000,567 |
| | TOTAL | 133,212,489 |
| | **New York—7.7%** | |
| 6,000,000 | Bayport-Blue Point, NY Union Free School District, 2.25% BANs, 10/5/2018 | 6,005,532 |

<div align="center">

**Annual Shareholder Report**
**10**

</div>

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **New York—continued** | |
| $ 18,525,000 | Candor, NY CSD, 2.75% BANs, 4/3/2019 | $ 18,641,383 |
| 3,317,500 | Guilderland, NY CSD, 2.75% BANs, 7/12/2019 | 3,342,084 |
| 10,000,000 | MTA Transportation Revenue, Tender Option Bond Trust Receipts (Series 2018-XF0623) Weekly VRDNs (Toronto Dominion Bank LIQ), 1.060%, 8/2/2018 | 10,000,000 |
| 6,000,000 | Metropolitan Transportation Authority, NY (MTA Dedicated Tax Fund), (Subseries 2008A-1) Daily VRDNs (TD Bank, N.A. LOC), 1.450%, 8/1/2018 | 6,000,000 |
| 11,045,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), (Series 2005D-2) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.520%, 8/1/2018 | 11,045,000 |
| 3,435,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), (Series 2015E-4) Weekly VRDNs (Bank of the West, San Francisco, CA LOC), 0.980%, 8/2/2018 | 3,435,000 |
| 21,190,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), Eagles (Series 2017-0004) Weekly VRDNs (Citibank NA, New York LIQ), 1.020%, 8/2/2018 | 21,190,000 |
| 8,985,000 | Metropolitan Transportation Authority, NY (MTA Transportation Revenue), Tender Option Bond Trust Receipts (2016-ZF0500) Weekly VRDNs (Toronto Dominion Bank LIQ), 1.040%, 8/2/2018 | 8,985,000 |
| 6,027,088 | Middletown, NY, (Series A), 2.25% BANs, 8/29/2018 | 6,031,883 |
| 10,000,000 | New York City Housing Development Corp., (2018 Series G), 1.50% TOBs, Mandatory Tender 2/1/2019 | 10,000,000 |
| 16,100,000 | New York City, NY Municipal Water Finance Authority, (Fiscal 2015 Subseries BB-2) Daily VRDNs (Mizuho Bank Ltd. LIQ), 1.500%, 8/1/2018 | 16,100,000 |
| 11,795,000 | New York City, NY Municipal Water Finance Authority, (Series A-1) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.500%, 8/1/2018 | 11,795,000 |
| 3,000,000 | New York City, NY Municipal Water Finance Authority, Second General Resolution (Fiscal 2011 Series DD-1) Daily VRDNs (TD Bank, N.A. LIQ), 1.450%, 8/1/2018 | 3,000,000 |
| 2,000,000 | New York City, NY, (Fiscal 2006 Series F-3) Weekly VRDNs (Sumitomo Mitsui Banking Corp. LOC), 0.920%, 8/2/2018 | 2,000,000 |
| 8,840,000 | New York City, NY, (Fiscal 2010 Series G Subseries G-4) Weekly VRDNs (Barclays Bank PLC LIQ), 0.980%, 8/2/2018 | 8,840,000 |
| 7,500,000 | New York City, NY, (Fiscal 2014 Series I, Subseries I-2) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.500%, 8/1/2018 | 7,500,000 |
| 18,700,000 | New York City, NY, (Subseries A-2) Daily VRDNs (Mizuho Bank Ltd. LOC), 1.500%, 8/1/2018 | 18,700,000 |
| 11,000,000 | New York City, NY, (Subseries D-4) Daily VRDNs (TD Bank, N.A. LOC), 1.450%, 8/1/2018 | 11,000,000 |
| 20,000,000 | New York City, NY, RBC Muni Products (Series E-118) Daily VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 1.500%, 8/1/2018 | 20,000,000 |

**Annual Shareholder Report**

11

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **New York—continued** | |
| $ 3,500,000 | New York State Dormitory Authority (Rockefeller University), (Series 2002A-2) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.950%, 8/2/2018 | $ 3,500,000 |
| 6,000,000 | New York State HFA (600 West 42nd Street), (2009 Series A) Weekly VRDNs (FNMA LOC), 0.950%, 8/1/2018 | 6,000,000 |
| 9,200,000 | New York State HFA (Midtown West B LLC), (Series 2009A: 505 West 37th Street Housing) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.540%, 8/1/2018 | 9,200,000 |
| 5,476,209 | North Syracuse, NY CSD, 2.25% BANs, 8/10/2018 | 5,477,650 |
| 2,302,807 | Springville-Griffith Institute, NY CSD, 2.25% BANs, 8/24/2018 | 2,304,316 |
| 13,300,000 | Triborough Bridge & Tunnel Authority, NY, General Revenue Bonds (Series 2002F) Daily VRDNs (Landesbank Hessen-Thuringen LOC), 1.540%, 8/1/2018 | 13,300,000 |
| 5,458,779 | Union, NY, 2.75% BANs, 2/28/2019 | 5,482,848 |

| Principal Amount | | Value |
|---|---|---|
| 2,500,000 | Waverly, NY CSD, 2.25% BANs, 8/31/2018 | 2,501,966 |
| 3,630,000 | Webster, NY, 2.75% BANs, 7/9/2019 | 3,658,342 |
| 2,200,000 | Webutuck, NY CSD, 2.25% BANs, 8/25/2018 | 2,201,428 |
| | TOTAL | 257,237,432 |
| | **North Carolina—1.4%** | |
| 6,100,000 | Charlotte-Mecklenburg Hospital Authority, NC (Atrium Health (previously Carolinas HealthCare) System), (Series 2007B) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ), 1.530%, 8/1/2018 | 6,100,000 |
| 10,165,000 | Charlotte-Mecklenburg Hospital Authority, NC (Atrium Health (previously Carolinas HealthCare) System), Stage Trust (Series 2011-72C), 1.22% TOBs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), Optional Tender 1/15/2019 | 10,165,000 |
| 4,810,000 | Greensboro, NC Enterprise System, Solar Eclipse (Series 2017-0045), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/23/2018 | 4,810,000 |
| 9,245,000 | Greensboro, NC, (Series A), 3.00% BANs, 10/18/2018 | 9,273,334 |
| 5,605,000 | Mecklenburg County, NC, Solar Eclipse (Series 2017-0052), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 5,605,000 |
| 11,015,000 | North Carolina State Capital Improvement (North Carolina State), Stage Trust (Series 2011-136C), 1.22% TOBs (Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 11,015,000 |
| | TOTAL | 46,968,334 |
| | **North Dakota—0.3%** | |
| 9,124,000 | Grand Forks County, ND (J. R. Simplot Co.), (Series 2010) Weekly VRDNs (Cooperatieve Rabobank UA LOC), 1.030%, 8/1/2018 | 9,124,000 |
| | **Ohio—3.5%** | |
| 10,000,000 | Akron, OH, 3.00% BANs, 12/12/2018 | 10,051,998 |
| 7,250,000 | Avon, OH Water System, 2.375% BANs, 1/31/2019 | 7,272,319 |

**Annual Shareholder Report**
**12**

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | SHORT-TERM MUNICIPALS—continued | |
| | **Ohio—continued** | |
| $ 10,000,000 | Cleveland, OH Water (Cleveland, OH Department of Public Utilities), RBC Municipal Products Floater Certificates (Series E-119) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | $ 10,000,000 |
| 2,120,000 | Cuyahoga County, OH Hospital Authority (The Sisters of Charity of St. Augustine Health System, Inc.), (Series 2000) Weekly VRDNs (PNC Bank, N.A. LOC), 0.990%, 8/2/2018 | 2,120,000 |
| 9,265,000 | Delaware, OH, 3.00% BANs, 4/10/2019 | 9,337,224 |
| 4,000,000 | Euclid, OH City School District, (RBC Muni Product G-39) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 4,000,000 |
| 520,000 | Franklin County, OH Hospital Facility Authority (U.S. Health Corp. of Columbus), Series A Weekly VRDNs (Northern Trust Co., Chicago, IL LOC), 0.930%, 8/2/2018 | 520,000 |
| 17,000,000 | Lucas County, OH (ProMedica Healthcare Obligated Group), Golden Blue (Series 2018-002) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 17,000,000 |
| 23,640,000 | Middletown, OH (Premier Health Partners Obligated Group), Golden Blue (Series 2017-003) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 23,640,000 |
| 15,410,000 | Ohio State Higher Educational Facility Commission (University Hospitals Health System, Inc.), Golden Blue (Series 2017-006) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 15,410,000 |
| 5,000,000 | Ohio University, (RBC Muni Products Series G-27), 1.14% TOBs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), Optional Tender 12/3/2018 | 5,000,000 |
| 1,895,000 | Parma Heights, OH, 3.00% BANs (GTD by Ohio State), 7/17/2019 | 1,913,698 |
| 8,643,000 | Tipp City, OH, (Series A), 2.125% BANs, 2/13/2019 | 8,662,360 |
| 3,750,000 | Wooster, OH (West View Manor), Health Care Facilities Revenue Bonds (Series 2003) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.070%, 8/2/2018 | 3,750,000 |
| | TOTAL | 118,677,599 |

https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

**Oklahoma—0.4%**

| 14,000,000 | Oklahoma Development Finance Authority (INTEGRIS Obligated Group), (Series 2015 B) VRENs, 1.290%, 8/2/2018 | 14,000,000 |

**Oregon—0.4%**

| 12,125,000 | Clackamas County, OR School District No. 7J (Lake Oswego), Solar Eclipse (2017-0053), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/27/2018 | 12,125,000 |

**Pennsylvania—9.4%**

| 2,400,000 | Allegheny County, PA HDA (Dialysis Clinic, Inc.), (Series 1997) Weekly VRDNs (Fifth Third Bank, Cincinnati LOC), 1.080%, 8/2/2018 | 2,400,000 |
| 5,370,000 | Allegheny County, PA HDA (UPMC Health System), (Series E-110) Daily VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 1.500%, 8/1/2018 | 5,370,000 |

**Annual Shareholder Report**

13

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Pennsylvania—continued** | |
| $ 46,380,000 | Allegheny County, PA HDA (UPMC Health System), (Series E-111) Daily VRDNs (Royal Bank of Canada and Royal Bank of Canada LOCs), 1.500%, 8/1/2018 | $ 46,380,000 |
| 7,000,000 | Allegheny County, PA HDA (UPMC Health System), PUTTERs (Series 5011) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ)/(JPMorgan Chase Bank, N.A. LOC), 1.540%, 8/1/2018 | 7,000,000 |
| 1,500,000 | Allegheny County, PA Sanitation Authority, Tender Option Bond Trust Certificates (2016-XM0278) Weekly VRDNs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 0.970%, 8/2/2018 | 1,500,000 |
| 4,490,000 | Berks County, PA IDA (Tower Health), Tender Option Bond Trust Certificates (Series 2018-XL0061) Weekly VRDNs (GTD by Citibank NA, New York)/(Citibank NA, New York LIQ), 1.000%, 8/2/2018 | 4,490,000 |
| 10,000,000 | Berks County, PA Municipal Authority (Tower Health), Golden Blue (Series 2018-001) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 10,000,000 |
| 2,715,000 | Bucks County, PA IDA (Grand View Hospital), (Series A of 2008) Weekly VRDNs (TD Bank, N.A. LOC), 0.930%, 8/2/2018 | 2,715,000 |
| 12,475,000 | Butler County, PA General Authority (Hampton Township School District, PA), (Series 2007) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.000%, 8/2/2018 | 12,475,000 |
| 8,050,000 | Butler County, PA General Authority (Iroquois School District), (Series 2011) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.000%, 8/2/2018 | 8,050,000 |
| 1,500,000 | Butler County, PA Hospital Authority (Concordia Lutheran Obligated Group), (Series A of 2012) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 0.930%, 8/2/2018 | 1,500,000 |
| 6,455,000 | Commonwealth of Pennsylvania, (Series 2018-XG0180) Weekly VRDNs (Bank of America N.A. LIQ), 1.010%, 8/2/2018 | 6,455,000 |
| 1,000,000 | Commonwealth of Pennsylvania, (Series 2018-ZM0650) Weekly VRDNs (Bank of America N.A. LIQ), 1.010%, 8/2/2018 | 1,000,000 |
| 48,440,000 | Emmaus, PA General Authority, (Series 1996) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Wells Fargo Bank, N.A. LIQ), 0.990%, 8/1/2018 | 48,440,000 |
| 7,080,000 | Franklin County, PA IDA (Chambersburg Hospital), Stage Trust (Series 2010-01C), 1.22% TOBs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 7,080,000 |
| 2,790,000 | Geisinger Authority, PA Health System (Geisinger Health System), (Series 2013A) Daily VRDNs (Wells Fargo Bank, N.A. LIQ), 1.420%, 8/1/2018 | 2,790,000 |
| 4,795,000 | Geisinger Authority, PA Health System (Geisinger Health System), Stage Trust (Series 2011-69C), 1.22% TOBs (Wells Fargo Bank, N.A. LIQ), Optional Tender 1/24/2019 | 4,795,000 |
| 2,100,000 | Haverford Twp, PA School District, (Series 2009) Weekly VRDNs (TD Bank, N.A. LOC), 0.950%, 8/2/2018 | 2,100,000 |
| 1,925,000 | Lancaster County, PA Hospital Authority (Masonic Villages) Daily VRDNs (JPMorgan Chase Bank, N.A. LOC), 1.460%, 8/1/2018 | 1,925,000 |

**Annual Shareholder Report**

14

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Pennsylvania—continued** | |
| $ 1,200,000 | Lancaster, PA IDA (Willow Valley Retirement Communities), (Series A of 2009) Weekly VRDNs (PNC Bank, N.A. LOC), 1.000%, 8/2/2018 | $ 1,200,000 |
| 2,400,000 | Lower Merion, PA School District, (Series B of 2009) Weekly VRDNs (U.S. Bank, N.A. LOC), 0.960%, 8/2/2018 | 2,400,000 |
| 2,120,000 | Pennsylvania HFA (Foxwood Manor Apartments), (Series 2008-O) Weekly VRDNs (GTD by FHLMC), 0.960%, 8/2/2018 | 2,120,000 |
| 3,000,000 | Philadelphia, PA Hospitals & Higher Education Facilities Authority (Children's Hospital of Philadelphia), (Series 2002-A) Daily VRDNs (Wells Fargo Bank, N.A. LIQ), 1.530%, 8/1/2018 | 3,000,000 |
| 121,685,000 | Pittsburgh & Allegheny County, PA Sports & Exhibition Authority, (Series A of 2007) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(PNC Bank, N.A. LIQ), 1.050%, 8/2/2018 | 121,685,000 |
| 9,500,000 | State Public School Building Authority, PA (Philadelphia, PA School District), Tender Option Bond Trust Certificates (2016-XG0085) Weekly VRDNs (Assured Guaranty Municipal Corp. INS)/(Credit Suisse AG LIQ), 1.060%, 8/2/2018 | 9,500,000 |
| | TOTAL | 316,370,000 |
| | **Rhode Island—0.2%** | |
| 5,400,000 | Rhode Island State Health and Educational Building Corp. (Rhode Island School of Design), (Series 2008) Weekly VRDNs (U.S. Bank, N.A. LOC), 1.020%, 8/1/2018 | 5,400,000 |
| | **South Carolina—0.1%** | |
| 4,005,000 | South Carolina Jobs-EDA (Brashier Charter, LLC), (Series 2008) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | 4,005,000 |
| | **Tennessee—0.6%** | |
| 21,175,000 | Sevier County, TN Public Building Authority (Sevier County, TN), Local Government Public Improvement Bonds (Series VII-B-1) Weekly VRDNs (Bank of America N.A. LOC), 0.970%, 8/1/2018 | 21,175,000 |
| | **Texas—13.3%** | |
| 8,575,000 | Austin, TX Electric Utility System, Solar Eclipse (Series 2017-0008), 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 8/16/2018 | 8,575,000 |
| 700,000 | Bexar County, TX Housing Finance Corp. (Summit Hills Apartments), (Series 2005A) Weekly VRDNs (FHLMC LOC), 1.030%, 8/2/2018 | 700,000 |
| 3,745,000 | Denton, TX ISD, (Series 2018-XF0648) Weekly VRDNs (GTD by Texas PSFG Program)/(Toronto Dominion Bank LIQ), 0.970%, 8/2/2018 | 3,745,000 |
| 17,000,000 | Harris County, TX Cultural Education Facilities Finance Corp. (Memorial Hermann Health System), Floating Rate Certificates (Series 2018-010) VRENs (Barclays Bank PLC LIQ)/(Barclays Bank PLC LOC), 1.120%, 8/2/2018 | 17,000,000 |
| 15,910,000 | Harris County, TX Cultural Education Facilities Finance Corp. (Memorial Hermann Health System), PUTTERs (Series 5018) Daily VRDNs (JPMorgan Chase Bank, N.A. LIQ)/(JPMorgan Chase Bank, N.A. LOC), 1.540%, 8/1/2018 | 15,910,000 |

**Annual Shareholder Report**
**15**

| Principal Amount | | Value |
|---|---|---|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Texas—continued** | |
| $ 24,450,000 | Harris County, TX Education Facilities Finance Corp. (Methodist Hospital, Harris County, TX), (Series 2008C-1) Daily VRDNs, 1.540%, 8/1/2018 | $ 24,450,000 |
| 3,900,000 | Harris County, TX Education Facilities Finance Corp. (Methodist Hospital, Harris County, TX), (Series 2008C-2) Daily VRDNs, 1.540%, 8/1/2018 | 3,900,000 |
| 56,350,000 | Harris County, TX HFDC (Methodist Hospital, Harris County, TX), (Subseries 2008A-1) Daily VRDNs, 1.540%, 8/1/2018 | 56,350,000 |
| 14,465,000 | Harris County, TX HFDC (Methodist Hospital, Harris County, TX), (Subseries 2008A-2) Daily VRDNs, 1.540%, 8/1/2018 | 14,465,000 |

| | | |
|---:|---|---:|
| 4,665,000 | Hays, TX Consolidated ISD, Solar Eclipse (Series 2017-0050), 1.09% TOBs (GTD by Texas PSFG Program)/(U.S. Bank, N.A. LIQ), Optional Tender 10/11/2018 | 4,665,000 |
| 3,500,000 | Houston, TX, RBC Muni Products (Series 2018 G-21) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of America N.A. LIQ), 0.970%, 8/2/2018 | 3,500,000 |
| 10,025,000 | Katy, TX ISD, Tender Option Bond Trust Receipts (2018-XG0163) Weekly VRDNs (GTD by Texas PSFG Program)/(Bank of America N.A. LIQ), 0.980%, 8/2/2018 | 10,025,000 |
| 25,000,000 | Port of Port Arthur Navigation District of Jefferson County, TX (TOTAL Petrochemicals USA, Inc.), (Series 2010) Weekly VRDNs (GTD by Total S.A.), 1.000%, 8/1/2018 | 25,000,000 |
| 21,000,000 | Port of Port Arthur Navigation District of Jefferson County, TX (TOTAL Petrochemicals USA, Inc.), Exempt Facilities Revenue Bonds (Series 2009) Weekly VRDNs (GTD by Total S.A.), 1.000%, 8/1/2018 | 21,000,000 |
| 55,000,000 | San Antonio, TX Electric & Gas System, (2012 Series B), 1.28% CP (State Street Bank and Trust Co. and Wells Fargo Bank, N.A. LIQs), Mandatory Tender 9/12/2018 | 55,000,000 |
| 13,000,000 | San Antonio, TX Electric & Gas System, (2012 Series C), 1.25% CP, Mandatory Tender 9/24/2018 | 13,000,000 |
| 4,000,000 | South Texas CCD, (RBC Muni Products G-35) Weekly VRDNs (Royal Bank of Canada LIQ)/(Royal Bank of Canada LOC), 0.970%, 8/2/2018 | 4,000,000 |
| 157,115,000 | Texas State, 4.00% TRANs, 8/30/2018 | 157,428,694 |
| 7,500,000 | Texas State, Veterans Bonds (Series 2016) Weekly VRDNs (Landesbank Hessen-Thuringen LIQ), 0.950%, 8/1/2018 | 7,500,000 |
| | TOTAL | 446,213,694 |
| | **Utah—3.7%** | |
| 122,321,000 | Riverton, UT Hospital Revenue Authority (IHC Health Services, Inc.), Stage Trust (Series 2012-33C) Weekly VRDNs (GTD by Wells Fargo Bank, N.A.)/(Wells Fargo Bank, N.A. LIQ), 0.990%, 8/2/2018 | 122,321,000 |
| | **Virginia—3.1%** | |
| 16,000,000 | Albemarle County, VA Economic Development Authority (Sentara Health Systems Obligation Group), (Series 2018A) Weekly VRDNs (TD Bank, N.A. LIQ), 0.920%, 8/1/2018 | 16,000,000 |

**Annual Shareholder Report**

**16**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Virginia—continued** | |
| $ 740,000 | Fairfax County, VA EDA (Mount Vernon Ladies' Association of the Union), (Series 2007) Weekly VRDNs (SunTrust Bank LOC), 1.010%, 8/1/2018 | $ 740,000 |
| 200,000 | Fairfax County, VA IDA (Inova Health System), (Series 2016C) Weekly VRDNs, 0.950%, 8/2/2018 | 200,000 |
| 10,000,000 | Fairfax County, VA IDA (Inova Health System), (Series 2018C) Weekly VRDNs, 1.250%, 8/2/2018 | 10,000,000 |
| 1,000,000 | Hampton Roads, VA Transportation Accountability Commission, (Series 2018-ZF2619) Weekly VRDNs (Wells Fargo Bank, N.A. LIQ), 0.970%, 8/2/2018 | 1,000,000 |
| 1,830,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute) Weekly VRDNs, 0.920%, 8/1/2018 | 1,830,000 |
| 500,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute), (Series 2003A) Weekly VRDNs, 0.900%, 8/1/2018 | 500,000 |
| 1,500,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute), (Series 2003C) Weekly VRDNs, 0.920%, 8/1/2018 | 1,500,000 |
| 2,300,000 | Loudoun County, VA IDA (Howard Hughes Medical Institute), (Series 2009B) Weekly VRDNs, 0.920%, 8/1/2018 | 2,300,000 |
| 3,000,000 | Norfolk, VA, (Series 2007) Weekly VRDNs (Royal Bank of Canada LIQ), 0.950%, 8/1/2018 | 3,000,000 |
| 63,870,000 | Suffolk, VA EDA (Sentara Health Systems Obligation Group), Eagles (Series 2017-0005) Weekly VRDNs (Citibank NA, New York LIQ), 0.980%, 8/2/2018 | 63,870,000 |
| 1,300,000 | Virginia Small Business Financing Authority (Sentara Health Systems Obligation Group), Tender Option Bond Trust Receipts (2016-ZF0360) Weekly VRDNs (JPMorgan Chase Bank, N.A. LIQ), 0.970%, 8/2/2018 | 1,300,000 |
| | TOTAL | 102,240,000 |
| | **Washington—0.1%** | |
| 4,000,000 | Seattle, WA, Solar Eclipse, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 10/11/2018 | 4,000,000 |

| | | |
|---:|---|---:|
| | **West Virginia—0.3%** | |
| 9,065,000 | West Virginia State Hospital Finance Authority (Cabell Huntington Hospital), (Series 2008A) Weekly VRDNs (Branch Banking & Trust Co. LOC), 0.970%, 8/2/2018 | 9,065,000 |
| | **Wisconsin—2.4%** | |
| 5,000,000 | Milwaukee County, WI Metropolitan Sewer District, Solar Eclipse 2017-0036, 1.09% TOBs (U.S. Bank, N.A. LIQ), Optional Tender 9/13/2018 | 5,000,000 |
| 49,385,000 | Wisconsin Health & Educational Facilities Authority (Aurora Health Care, Inc.), (Series 2010C), 1.23% CP (Bank of America N.A. LOC), Mandatory Tender 8/3/2018 | 49,385,000 |
| 2,495,000 | Wisconsin State HEFA (Wisconsin Lutheran Child & Family Services, Inc.), (Series 2008) Weekly VRDNs (BMO Harris Bank, N.A. LOC), 1.090%, 8/2/2018 | 2,495,000 |

**Annual Shareholder Report**

17

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | [1]SHORT-TERM MUNICIPALS—continued | |
| | **Wisconsin—continued** | |
| $ 23,900,000 | Wisconsin State, Clippers (Series 2009-36), 1.12% TOBs (State Street Bank and Trust Co. LIQ), Optional Tender 9/6/2018 | $ 23,900,000 |
| | TOTAL | 80,780,000 |
| | TOTAL INVESTMENT IN SECURITIES—99.7% (AT AMORTIZED COST)[2] | 3,341,881,881 |
| | OTHER ASSETS AND LIABILITIES - NET—0.3%[3] | 9,982,888 |
| | TOTAL NET ASSETS—100% | $3,351,864,769 |

At July 31, 2018, the Fund held no securities that are subject to the federal alternative minimum tax (AMT) (unaudited).

1    *Current rate and current maturity or next reset date shown for floating rate notes and variable rate notes/demand instruments. Certain variable rate securities are not based on a published reference rate and spread but are determined by the issuer or agent and are based on current market conditions. These securities do not indicate a reference rate and spread in their description above.*

2    *Also represents cost for federal tax purposes.*

3    *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

    Level 1—quoted prices in active markets for identical securities.

    Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

    Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets, as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

**Annual Shareholder Report**

18

Table of Contents

The following acronyms are used throughout this portfolio:

| | |
|---|---|
| BANs | —Bond Anticipation Notes |
| CCD | —Community College District |
| CDA | —Community Development Authority |
| CP | —Commercial Paper |
| CSD | —Central School District |
| EDA | —Economic Development Authority |
| EDC | —Economic Development Commission |
| FHLB | —Federal Home Loan Bank |
| FHLMC | —Federal Home Loan Mortgage Corporation |
| FNMA | —Federal National Mortgage Association |
| GTD | —Guaranteed |
| HDA | —Hospital Development Authority |
| HEFA | —Health and Education Facilities Authority |
| HFA | —Housing Finance Authority |
| HFDC | —Health Facility Development Corporation |
| IDA | —Industrial Development Authority |
| IDB | —Industrial Development Bond |
| IFA | —Industrial Finance Authority |
| INS | —Insured |
| ISD | —Independent School District |
| LIQ(s) | —Liquidity Agreement(s) |
| LOC | —Letter of Credit |
| MFH | —Multi-Family Housing |
| PCR | —Pollution Control Revenue |
| PCRB(s) | —Pollution Control Revenue Bond(s) |
| PSFG | —Permanent School Fund Guarantee |
| PUTTERs | —Puttable Tax-Exempt Receipts |
| TOBs | —Tender Option Bonds |
| TRANs | —Tax and Revenue Anticipation Notes |
| USD | —Unified School District |
| UT | —Unlimited Tax |
| VRDNs | —Variable Rate Demand Notes |
| VRDPs | —Variable Rate Demand Preferreds |
| VRENs | —Variable Rate Extendible Notes |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**19**

Table of Contents

# Financial Highlights – Wealth Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Net Asset Value, Beginning of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.010 | 0.006 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.002 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.008 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.010) | (0.006) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.002) | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.010) | (0.008) | (0.000)1 | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| **Total Return2** | 1.03% | 0.77% | 0.11% | 0.02% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.21% | 0.21% | 0.13%3 | 0.08%3 | 0.10%3 |
| Net investment income | 1.03% | 0.57% | 0.08% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.09% | 0.09% | 0.17% | 0.21% | 0.19% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $3,054,475 | $2,270,120 | $4,088,135 | $5,295,667 | $5,272,724 |

1   *Represents less than $0.001.*

2   *Based on net asset value.*

3   *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios were 0.13%, 0.08% and 0.10% for the years ended July 31, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*

4   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.008 | 0.003 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.002 | 0.0001 | 0.0001 | 0.0001 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.008 | 0.005 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.008) | (0.003) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.002) | (0.000)1 | (0.000)1 | (0.000)1 |
|    TOTAL DISTRIBUTIONS | (0.008) | (0.005) | (0.000)1 | (0.000)1 | (0.000)1 |

| | | | | | |
|---|---|---|---|---|---|
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 0.78% | 0.52% | 0.03% | 0.02% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.46% | 0.46% | 0.20%3 | 0.08%3 | 0.10%3 |
| Net investment income | 0.75% | 0.31% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement4 | 0.09% | 0.09% | 0.34% | 0.46% | 0.44% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $297,390 | $228,340 | $584,889 | $1,179,326 | $1,241,451 |

1    *Represents less than $0.001.*

2    *Based on net asset value.*

3    *The net expense ratio is calculated without reduction for expense offset arrangements. The net expense ratios were 0.20%, 0.08% and 0.10% for the years ended July 31, 2016, 2015 and 2014, respectively, after taking into account these expense reductions.*

4    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

21

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | |
|---|---|
| Investment in securities, at amortized cost and fair value | $3,341,881,881 |
| Cash | 291,952 |
| Income receivable | 12,280,805 |
| Receivable for investments sold | 7,008,889 |
| Receivable for shares sold | 6,248,065 |
|    TOTAL ASSETS | 3,367,711,592 |
| **Liabilities:** | |
| Payable for investments purchased | $8,110,216 |
| Payable for shares redeemed | 6,838,738 |
| Income distribution payable | 696,010 |
| Payable for investment adviser fee (Note 5) | 10,661 |
| Payable for administrative fee (Note 5) | 7,362 |
| Payable for other service fees (Notes 2 and 5) | 18,354 |
| Accrued expenses (Note 5) | 165,482 |
|    TOTAL LIABILITIES | 15,846,823 |
| Net assets for 3,351,846,942 shares outstanding | $3,351,864,769 |

| Net Assets Consist of: | |
|---|---|
| Paid-in capital | $3,351,827,459 |
| Accumulated net realized gain | 32,463 |
| Undistributed net investment income | 4,847 |
| TOTAL NET ASSETS | $3,351,864,769 |
| **Net Asset Value, Offering Price and Redemption Proceeds Per Share** | |
| **Wealth Shares:** | |
| $3,054,475,229 ÷ 3,054,458,972 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Service Shares:** | |
| $297,389,540 ÷ 297,387,970 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

<div align="center">

Annual Shareholder Report

**22**

</div>

[Table of Contents](#)

# Statement of Operations

Year Ended July 31, 2018

| Investment Income: | |
|---|---|
| Interest | $36,594,610 |
| **Expenses:** | |
| Investment adviser fee (Note 5) | $ 5,873,679 |
| Administrative fee (Note 5) | 2,351,320 |
| Custodian fees | 100,549 |
| Transfer agent fee | 24,113 |
| Directors'/Trustees' fees (Note 5) | 21,522 |
| Auditing fees | 24,625 |
| Legal fees | 54,426 |
| Portfolio accounting fees | 216,474 |
| Other service fees (Notes 2 and 5) | 528,337 |
| Share registration costs | 110,744 |
| Printing and postage | 26,432 |
| Miscellaneous (Note 5) | 51,454 |
| TOTAL EXPENSES | 9,383,675 |
| Waiver of investment adviser fee (Note 5) | (2,544,068) |
| Net expenses | 6,839,607 |
| Net investment income | 29,755,003 |
| Net realized gain on investments | 36,537 |
| Change in net assets resulting from operations | $29,791,540 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---:|---:|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $ 29,755,003 | $ 12,726,632 |
| Net realized gain | 36,537 | 3,853,047 |
|    CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 29,791,540 | 16,579,679 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Wealth Shares | (28,158,996) | (11,861,618) |
| Service Shares | (1,590,490) | (865,777) |
| Distributions from net realized gain | | |
| Wealth Shares | (396,767) | (3,281,396) |
| Service Shares | (30,127) | (635,725) |
|    CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (30,176,380) | (16,644,516) |
| **Share Transactions:** | | |
| Proceeds from sale of shares | 6,647,032,248 | 6,157,263,471 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 20,886,548 | 6,863,622 |
| Cost of shares redeemed | (5,814,129,823) | (8,338,625,903) |
|    CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | 853,788,973 | (2,174,498,810) |
| Change in net assets | 853,404,133 | (2,174,563,647) |
| **Net Assets:** | | |
| Beginning of period | 2,498,460,636 | 4,673,024,283 |
| End of period (including undistributed (distributions in excess of) net investment income of $4,847 and $(670), respectively) | $ 3,351,864,769 | $ 2,498,460,636 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Tax-Free Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each

portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers two classes of shares: Wealth Shares and Service Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide dividend income exempt from federal regular income tax consistent with stability of principal. Interest income from the Fund's investments normally will not be subject to the AMT for individuals, and may be subject to state and local taxes.

The Fund operates as a retail money market fund. As a retail money market fund, the Fund: (1) will generally continue to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); (2) has adopted policies and procedures reasonably designed to limit investments in the Fund to accounts beneficially owned by natural persons as required for a retail money market fund by Rule 2a-7 under the Act; and (3) has adopted policies and procedures to impose liquidity fees on redemptions and/or temporary redemption gates in the event that the Fund's weekly liquid assets were to fall below a designated threshold, if the Fund's Board of Trustees (the "Trustees") determine such liquidity fees or redemption gates are in the best interests of the Fund.

On June 30, 2017, the Fund's Advisor Share class became effective with the Securities and Exchange Commission (SEC), but is not yet offered for sale.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Trustees have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized

Annual Shareholder Report
25

Table of Contents

the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver of $2,544,068 is disclosed in Note 5.

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Wealth Shares and Service Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
| --- | --- |
| Service Shares | $528,337 |

For the year ended July 31, 2018, the Fund's Wealth Shares did not incur other service fees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

Table of Contents

**When-Issued and Delayed-Delivery Transactions**

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

**Restricted Securities**

The Fund may purchase securities which are considered restricted. Restricted securities are securities that either: (a) cannot be offered for public sale without first being registered, or being able to take advantage of an exemption from registration, under the Securities Act of 1933; or (b) are subject to contractual restrictions on public sales. In some cases, when a security cannot be offered for public sale without first being registered, the issuer of the restricted security has agreed to register such securities for resale, at the issuer's expense, either upon demand by the Fund or in connection with another registered offering of the securities. Many such restricted securities may be resold in the secondary market in transactions exempt from registration. Restricted securities may be determined to be liquid under criteria established by the Trustees. The Fund will not incur any registration costs upon such resales. The Fund's restricted securities are valued at amortized cost in accordance with Rule 2a-7 under the Act.

**Other**

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**3. SHARES OF BENEFICIAL INTEREST**

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Wealth Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 6,128,610,442 | $ 6,128,610,442 | 5,437,905,704 | $ 5,437,905,704 |
| Shares issued to shareholders in payment of distributions declared | 20,104,840 | 20,104,840 | 6,148,127 | 6,148,127 |
| Shares redeemed | (5,364,010,734) | (5,364,010,734) | (7,262,025,338) | (7,262,025,338) |
| NET CHANGE RESULTING FROM WEALTH SHARE TRANSACTIONS | 784,704,548 | $ 784,704,548 | (1,817,971,507) | $(1,817,971,507) |

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 518,421,806 | $ 518,421,806 | 719,357,767 | $ 719,357,767 |
| Shares issued to shareholders in payment of distributions declared | 781,708 | 781,708 | 715,495 | 715,495 |
| Shares redeemed | (450,119,089) | (450,119,089) | (1,076,600,565) | (1,076,600,565) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | 69,084,425 | $ 69,084,425 | (356,527,303) | $ (356,527,303) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | 853,788,973 | $ 853,788,973 | (2,174,498,810) | $(2,174,498,810) |

**4. FEDERAL TAX INFORMATION**

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Tax-exempt income | $29,708,020 | $12,726,830 |
| Ordinary income1 | $ 337,443 | $ 1,588,216 |
| Long-term capital gains | $ 130,917 | $ 2,329,470 |

1   *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed tax-exempt income | $ 4,847 |
| Undistributed ordinary income2 | $30,600 |
| Undistributed long-term capital gains | $ 1,863 |

2   *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $2,544,068 of its fee.

<div align="center">

**Annual Shareholder Report**

28
</div>

Table of Contents

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

### Other Service Fees

For the year ended July 31, 2018, FSSC received $4,700 of the other service fees disclosed in Note 2.

### Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Wealth Shares and Service Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.21% and

0.46% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

**Annual Shareholder Report**
**29**

Table of Contents

### Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in purchase and sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These purchase and sale transactions complied with Rule 17a-7 under the Act and amounted to $1,894,750,000 and $1,260,910,000, respectively.

### Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

### 6. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the SEC, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

### 7. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $130,917.

For the year ended July 31, 2018, 99.9% of the distributions from net investment income is exempt from federal income tax, other than the federal AMT.

**Annual Shareholder Report**
**30**

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED TAX-FREE OBLIGATIONS FUND:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Tax-Free Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

Annual Shareholder Report

31

Table of Contents

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Annual Shareholder Report
33

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual:** | | | |
| Wealth Shares | $1,000 | $1,005.80 | $1.04 |
| Service Shares | $1,000 | $1,004.50 | $2.29 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |
| Wealth Shares | $1,000 | $1,023.80 | $1.05 |
| Service Shares | $1,000 | $1,022.50 | $2.31 |

1    *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Wealth Shares | 0.21% |
| Service Shares | 0.46% |

**Annual Shareholder Report**

34

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| **Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began** | **Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s)** |
|---|---|

| | |
|---|---|
| **J. Christopher Donahue***<br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

<div align="center">

Annual Shareholder Report

**35**

</div>

---

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue***<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins**<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green also held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Annual Shareholder Report

37

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| P. Jerome Richey<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
|---|---|
| John S. Walsh<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**
**38**

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| Lori A. Hensler<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| Peter J. Germain<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| Richard B. Fisher<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND<br>SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004 | **Principal Occupations**: Deborah A. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
| **Mary Jo Ochson**<br>Birth Date: September 12, 1953<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since: December 1989 | **Principal Occupations**: Mary Jo Ochson has been the Fund's Portfolio Manager since December 1989. Ms. Ochson was named Chief Investment Officer of Federated's tax-exempt fixed-income products in 2004 and Chief Investment Officer of Federated's Tax-Free Money Markets in 2010. She joined Federated in 1982 and has been a Senior Portfolio Manager and a Senior Vice President of the Fund's Adviser since 1996. Ms. Ochson has received the Chartered Financial Analyst designation and holds an M.B.A. in Finance from the University of Pittsburgh. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED TAX-FREE OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or

voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**
**43**

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was below the median of the relevant Peer Group and the Board was satisfied that the overall expense structure of the Fund remained competitive.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to respond to rulemaking initiatives of the SEC. The Fund's ability to deliver

**Annual Shareholder Report**

Table of Contents

competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

**Annual Shareholder Report**
**45**

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply

breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
**46**

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**47**

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public

Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**48**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The Fund may impose a fee upon the sale of your shares or may temporarily suspend your ability to sell shares if the Fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated.

Federated Tax-Free Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N401*
*CUSIP 60934N880*

*Q450528 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.



**Annual Shareholder Report**

*July 31, 2018*

| Share Class | Ticker | | | | |
|---|---|---|---|---|---|
| **Automated** | TOAXX | **Institutional** | TOIXX | **Service** | TOSXX |
| **Capital** | TOCXX | **Trust** | TOTXX | | |

# Federated Treasury Obligations Fund

A Portfolio of Money Market Obligations Trust

**Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee**

**CONTENTS**

| | |
|---|---|
| Portfolio of Investments Summary Tables | 1 |
| Portfolio of Investments | 2 |
| Financial Highlights | 8 |
| Statement of Assets and Liabilities | 13 |
| Statement of Operations | 15 |
| Statement of Changes in Net Assets | 16 |
| Notes to Financial Statements | 17 |
| Report of Independent Registered Public Accounting Firm | 25 |
| Shareholder Expense Example | 27 |
| Board of Trustees and Trust Officers | 29 |
| Evaluation and Approval of Advisory Contract–May 2018 | 35 |
| Voting Proxies on Fund Portfolio Securities | 42 |
| Quarterly Portfolio Schedule | 42 |

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Repurchase Agreements | 63.3% |
| U.S. Treasury Securities | 37.9% |
| Other Assets and Liabilities—Net2 | (1.2)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 77.8% |
| 8-30 Days | 3.5% |
| 31-90 Days | 8.5% |
| 91-180 Days | 9.9% |
| 181 Days or more | 1.5% |
| Other Assets and Liabilities—Net2 | (1.2)% |
| TOTAL | **100.0%** |

1   *See the Fund's Prospectus and Statement of Additional Information for a description of the types of securities in which the Fund invests.*

2   *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

3   *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | **REPURCHASE AGREEMENTS—63.3%** | |
| $  85,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $85,004,510 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $86,704,678. | $  85,000,000 |
| 2,000,000,000 | Interest in $5,500,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $5,500,294,861 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 7/15/2023 and the market value of those underlying securities was $5,607,127,031. | 2,000,000,000 |
| 690,000,000 | Interest in $715,000,000 joint repurchase agreement 1.94%, dated 7/30/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $716,194,447 on 8/30/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $729,378,698. | 690,000,000 |
| 285,000,000 | Interest in $300,000,000 joint repurchase agreement 1.99%, dated 5/29/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $301,011,583 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2046 and the market value of those underlying securities was $306,017,042. | 285,000,000 |
| 95,000,000 | Interest in $100,000,000 joint repurchase agreement 2.00%, dated 5/29/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $100,338,889 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2046 and the market value of those underlying securities was $102,005,727. | 95,000,000 |
| 1,795,000,000 | Interest in $3,925,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which Barclays Bank PLC will repurchase securities provided as collateral for $3,925,208,243 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2046 and the market value of those underlying securities was $4,003,712,451. | 1,795,000,000 |
| 50,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Barclays Capital, Inc. will repurchase securities provided as collateral for $50,002,653 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities maturing on 11/15/2047 and the market value of those underlying securities was $51,002,769. | 50,000,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | **REPURCHASE AGREEMENTS—continued** | |
| $ 500,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Bank of Nova Scotia will repurchase securities provided as collateral for $500,026,528 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2048 and the market value of those underlying securities was $510,027,079. | $  500,000,000 |
| 1,500,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Credit Agricole CIB New York will repurchase securities provided as collateral for $1,500,079,583 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 3/31/2020 and the market value of those underlying securities was $1,530,081,213. | 1,500,000,000 |

| Principal Amount | | Value |
|---|---|---|
| 250,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Citibank, N.A. will repurchase securities provided as collateral for $250,013,264 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $255,013,530. | 250,000,000 |
| 450,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Citigroup Global Markets, Inc. will repurchase securities provided as collateral for $450,023,875 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2045 and the market value of those underlying securities was $459,024,405. | 450,000,000 |
| 500,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which CIBC World Markets Corp. will repurchase securities provided as collateral for $500,026,528 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2026 and the market value of those underlying securities was $508,257,136. | 500,000,000 |
| 475,000,000 | Interest in $500,000,000 joint repurchase agreement 1.90%, dated 7/26/2018 under which Citigroup Global Markets, Inc. will repurchase securities provided as collateral for $500,184,722 on 8/2/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 8/31/2024 and the market value of those underlying securities was $510,161,512. | 475,000,000 |
| 500,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Credit Suisse Securities (USA) LLC will repurchase securities provided as collateral for $500,026,528 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2044 and the market value of those underlying securities was $510,027,714. | 500,000,000 |

**Annual Shareholder Report**

3

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $ 175,000,000 | Interest in $750,000,000 joint repurchase agreement 1.94%, dated 7/19/2018 under which Credit Agricole CIB New York will repurchase securities provided as collateral for $751,293,333 on 8/20/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 9/30/2022 and the market value of those underlying securities was $765,536,036. | $ 175,000,000 |
| 575,000,000 | Interest in $600,000,000 joint repurchase agreement 1.94%, dated 7/25/2018 under which Credit Agricole CIB New York will repurchase securities provided as collateral for $600,970,000 on 8/24/2018. The security provided as collateral at the end of the period held with BNY Mellon as tri-party agent, was a U.S. Treasury security maturing on 3/31/2020 and the market value of those underlying securities was $612,230,940. | 575,000,000 |
| 1,000,000,000 | Repurchase agreement 1.92%, dated 7/31/2018 under which Fixed Income Clearing Corp. will repurchase securities provided as collateral for $1,000,053,333 on 8/1/2018. The securities provided as collateral at the end of the period held with State Street Bank and Trust Co. tri-party agent, were U.S. Treasury securities with various maturities to 5/31/2023 and the market value of those underlying securities was $1,020,000,052. | 1,000,000,000 |
| 2,000,000,000 | Interest in $4,000,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which Fixed Income Clearing Corp. will repurchase securities provided as collateral for $4,000,212,222 on 8/1/2018. The securities provided as collateral at the end of the period held with State Street Bank and Trust Co. tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2047 and the market value of those underlying securities was $4,080,005,791. | 2,000,000,000 |
| 1,500,000,000 | Interest in $3,500,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which ING Financial Markets LLC will repurchase securities provided as collateral for $3,500,185,694 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2043 and the market value of those underlying securities was $3,558,398,019. | 1,500,000,000 |
| 96,613,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which J.P. Morgan Securities LLC will repurchase securities provided as collateral for $96,618,126 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2043 and the market value of those underlying securities was $98,545,671. | 96,613,000 |

| Principal Amount | | Value |
|---|---|---|
| 225,000,750 | Repurchase agreement 1.91%, dated 7/31/2018 under which Metropolitan Life Insurance Co. will repurchase securities provided as collateral for $225,012,688 on 8/1/2018. The securities provided as collateral at the end of the period held with State Street Bank and Trust Co. as tri-party agent, were U.S. Treasury securities with various maturities to 5/31/2019 and the market value of those underlying securities was $229,075,271. | 225,000,750 |

<div align="center">

**Annual Shareholder Report**

4

</div>

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $ 400,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Merrill Lynch, Pierce, Fenner and Smith will repurchase securities provided as collateral for $400,021,222 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2025 and the market value of those underlying securities was $408,021,742. | $ 400,000,000 |
| 500,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Mizuho Securities USA, Inc. will repurchase securities provided as collateral for $500,026,528 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2027 and the market value of those underlying securities was $510,027,142. | 500,000,000 |
| 1,000,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which NatWest Markets Securities, Inc. will repurchase securities provided as collateral for $1,000,053,056 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2047 and the market value of those underlying securities was $1,020,000,010. | 1,000,000,000 |
| 1,500,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which National Australia Bank Ltd. will repurchase securities provided as collateral for $1,500,079,583 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2025 and the market value of those underlying securities was $1,519,079,155. | 1,500,000,000 |
| 465,000,000 | Interest in $470,000,000 joint repurchase agreement 2.01%, dated 7/19/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $472,361,750 on 10/17/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2048 and the market value of those underlying securities was $479,747,966. | 465,000,000 |
| 475,000,000 | Interest in $500,000,000 joint repurchase agreement 2.01%, dated 7/23/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $502,400,833 on 10/17/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $510,256,276. | 475,000,000 |
| 211,356,000 | Repurchase agreement 1.94%, dated 7/31/2018 under which Prudential Legacy Insurance Co. of NJ will repurchase securities provided as collateral for $211,367,390 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2026 and the market value of those underlying securities was $215,348,965. | 211,356,000 |

<div align="center">

**Annual Shareholder Report**

5

</div>

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | REPURCHASE AGREEMENTS—continued | |
| $ 710,985,000 | Repurchase agreement 1.94%, dated 7/31/2018 under which Prudential Insurance Co. of America will repurchase securities provided as collateral for $711,023,314 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2047 and the market value of those underlying securities was $721,422,789. | $ 710,985,000 |

| | | |
|---:|---|---:|
| 200,000,000 | Interest in $500,000,000 joint repurchase agreement 1.96%, dated 7/27/2018 under which Societe Generale, New York will repurchase securities provided as collateral for $500,871,111 on 8/28/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $510,138,860. | 200,000,000 |
| 200,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which TD Securities (USA), LLC will repurchase securities provided as collateral for $200,010,611 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 1/31/2023 and the market value of those underlying securities was $204,010,861. | 200,000,000 |
| 650,000,000 | Repurchase agreement 1.91%, dated 7/31/2018 under which Wells Fargo Securities LLC will repurchase securities provided as collateral for $650,034,486 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2045 and the market value of those underlying securities was $663,035,176. | 650,000,000 |
| | TOTAL REPURCHASE AGREEMENTS | 21,058,954,750 |
| | U.S. TREASURIES—37.9% | |
| 473,350,000 | [1]United States Treasury Bills, 1.815%—1.875%, 8/16/2018 | 472,986,196 |
| 300,000,000 | [1]United States Treasury Bills, 1.820%—1.830%, 8/30/2018 | 299,559,683 |
| 100,000,000 | [1]United States Treasury Bills, 1.845%, 9/13/2018 | 99,779,625 |
| 288,000,000 | [1]United States Treasury Bills, 1.890%, 9/27/2018 | 287,138,160 |
| 432,000,000 | [1]United States Treasury Bills, 1.890%—1.925%, 10/4/2018 | 430,536,533 |
| 574,700,000 | [1]United States Treasury Bills, 1.900%—1.930%, 9/20/2018 | 573,175,514 |
| 385,000,000 | [1]United States Treasury Bills, 1.945%, 10/18/2018 | 383,377,545 |
| 578,000,000 | [1]United States Treasury Bills, 2.030%—2.035%, 11/15/2018 | 574,538,128 |
| 285,000,000 | [1]United States Treasury Bills, 2.075%, 11/23/2018 | 283,127,313 |
| 530,000,000 | [1]United States Treasury Bills, 2.075%, 12/6/2018 | 526,120,326 |
| 825,000,000 | [1]United States Treasury Bills, 2.075%, 12/20/2018 | 818,295,156 |
| 385,000,000 | [1]United States Treasury Bills, 2.085%, 12/27/2018 | 381,699,908 |
| 337,000,000 | [1]United States Treasury Bills, 2.130%, 1/24/2019 | 333,490,707 |
| 385,000,000 | [1]United States Treasury Bills, 2.133%, 1/17/2019 | 381,145,802 |
| 385,000,000 | [1]United States Treasury Bills, 2.160%, 1/31/2019 | 380,795,800 |

**Annual Shareholder Report**

**6**

Table of Contents

| Principal Amount | | Value |
|---:|---|---:|
| | U.S. TREASURIES—continued | |
| $ 814,500,000 | [2]United States Treasury Floating Rate Notes, 2.010% (91-day T-Bill +0.000%), 8/7/2018 | $ 814,435,321 |
| 1,265,000,000 | [2]United States Treasury Floating Rate Notes, 2.043% (91-day T-Bill +0.033%), 8/7/2018 | 1,265,132,888 |
| 465,100,000 | [2]United States Treasury Floating Rate Notes, 2.053% (91-day T-Bill +0.043%), 8/7/2018 | 465,096,853 |
| 1,235,500,000 | [2]United States Treasury Floating Rate Notes, 2.058% (91-day T-Bill +0.048%), 8/7/2018 | 1,235,883,875 |
| 330,000,000 | [2]United States Treasury Floating Rate Notes, 2.080% (91-day T-Bill +0.070%), 8/7/2018 | 330,001,868 |
| 622,000,000 | [2]United States Treasury Floating Rate Notes, 2.150% (91-day T-Bill +0.140%), 8/7/2018 | 622,079,629 |
| 282,500,000 | [2]United States Treasury Floating Rate Notes, 2.180% (91-day T-Bill +0.170%), 8/7/2018 | 282,495,875 |
| 707,000,000 | United States Treasury Notes, 0.750%—1.500%, 8/31/2018 | 706,676,368 |
| 337,000,000 | United States Treasury Notes, 0.875%, 10/15/2018 | 336,484,196 |
| 189,500,000 | United States Treasury Notes, 1.000%, 8/15/2018 | 189,480,286 |

| 142,000,000 | United States Treasury Notes, 1.500%, 5/31/2019 | 141,075,840 |
|---|---|---|
| | TOTAL U.S. TREASURIES | 12,614,609,395 |
| | TOTAL INVESTMENT IN SECURITIES—101.2% (AT AMORTIZED COST)3 | 33,673,564,145 |
| | OTHER ASSETS AND LIABILITIES - NET—(1.2)%4 | (409,860,032) |
| | TOTAL NET ASSETS—100% | $33,263,704,113 |

1  *Discount rate at time of purchase.*
2  *Floating/variable note with current rate and current maturity or next reset date shown.*
3  *Also represents cost for federal tax purposes.*
4  *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

    Level 1—quoted prices in active markets for identical securities.

    Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

    Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**7**

Table of Contents

# Financial Highlights – Automated Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | | Period Ended 7/31/20141 |
|---|---|---|---|---|---|
| | **2018** | **2017** | **2016** | **2015** | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.010 | 0.002 | 0.0002 | 0.0002 | 0.0002 |
| Net realized gain | 0.0002 | 0.0002 | 0.0002 | 0.0002 | 0.0002 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.002 | 0.0002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.010) | (0.002) | (0.000)2 | (0.000)2 | (0.000)2 |
| Distributions from net realized gain | (0.000)2 | (0.000)2 | (0.000)2 | (0.000)2 | (0.000)2 |
| TOTAL DISTRIBUTIONS | (0.010) | (0.002) | (0.000)2 | (0.000)2 | (0.000)2 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return3** | 1.03% | 0.17% | 0.01% | 0.01% | 0.00%4 |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.42% | 0.46% | 0.28% | 0.07% | 0.06%5 |
| Net investment income | 1.02% | 0.16% | 0.01% | 0.01% | 0.03%5 |
| Expense waiver/reimbursement6 | 0.10% | 0.15% | 0.36% | 0.56% | 0.62%5 |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $2,059,409 | $1,435,990 | $2,196,515 | $1,762,114 | $1,259,398 |

1  *Reflects operations for the period from June 12, 2014 (date of initial investment) to July 31, 2014.*
2  *Represents less than $0.001.*
3  *Based on net asset value. Total returns for periods of less than one year are not annualized.*
4  *Represents less than 0.01%.*
5  *Computed on an annualized basis.*
6  *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

**8**

Table of Contents

## Financial Highlights – Institutional Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.013 | 0.004 | 0.001 | 0.000[1] | 0.000[1] |
| Net realized gain (loss) | (0.000)[1] | 0.000[1] | 0.000[1] | 0.000[1] | 0.000[1] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.013 | 0.004 | 0.001 | 0.000[1] | 0.000[1] |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.013) | (0.004) | (0.001) | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| TOTAL DISTRIBUTIONS | (0.013) | (0.004) | (0.001) | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.25% | 0.44% | 0.11% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.19% | 0.20% | 0.18% | 0.07% | 0.06% |
| Net investment income | 1.24% | 0.43% | 0.11% | 0.01% | 0.01% |
| Expense waiver/reimbursement[3] | 0.10% | 0.08% | 0.11% | 0.21% | 0.22% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $25,992,845 | $24,203,284 | $23,141,953 | $22,161,341 | $17,466,664 |

1    *Represents less than $0.001.*
2    *Based on net asset value.*
3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Service Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.010 | 0.002 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain | 0.0001 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.010 | 0.002 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.010) | (0.002) | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| Distributions from net realized gain | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| TOTAL DISTRIBUTIONS | (0.010) | (0.002) | (0.000)[1] | (0.000)[1] | (0.000)[1] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[2]** | 1.00% | 0.21% | 0.01% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.44% | 0.43% | 0.27% | 0.07% | 0.06% |
| Net investment income | 0.96% | 0.22% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement[3] | 0.10% | 0.10% | 0.27% | 0.46% | 0.47% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $3,584,885 | $5,208,323 | $3,864,431 | $3,749,474 | $4,053,950 |

1   *Represents less than $0.001.*
2   *Based on net asset value.*
3   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Capital Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |

| Income From Investment Operations: | | | | | |
|---|---|---|---|---|---|
| Net investment income | 0.012 | 0.003 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain (loss) | (0.000)1 | 0.0001 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.012 | 0.003 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.012) | (0.003) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
| TOTAL DISTRIBUTIONS | (0.012) | (0.003) | (0.000)1 | (0.000)1 | (0.000)1 |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return2** | 1.15% | 0.34% | 0.05% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.29% | 0.30% | 0.24% | 0.07% | 0.06% |
| Net investment income | 1.12% | 0.35% | 0.05% | 0.01% | 0.01% |
| Expense waiver/reimbursement3 | 0.10% | 0.08% | 0.15% | 0.31% | 0.32% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $1,114,276 | $1,857,588 | $802,172 | $798,750 | $581,661 |

1   *Represents less than $0.001.*
2   *Based on net asset value.*
3   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**11**

Table of Contents

# Financial Highlights – Trust Shares

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.008 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
| Net realized gain (loss) | (0.000)1 | (0.000)1 | 0.0001 | 0.0001 | 0.0001 |
| TOTAL FROM INVESTMENT OPERATIONS | 0.008 | 0.001 | 0.0001 | 0.0001 | 0.0001 |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.008) | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |
| Distributions from net realized gain | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 | (0.000)1 |
| TOTAL DISTRIBUTIONS | (0.008) | (0.001) | (0.000)1 | (0.000)1 | (0.000)1 |

| | | | | | |
|---|---|---|---|---|---|
| Net Asset Value, End of Period | $1.00 | $1.00 | $1.00 | $1.00 | $1.00 |
| Total Return2 | 0.75% | 0.08% | 0.01% | 0.01% | 0.01% |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.69% | 0.57% | 0.27% | 0.07% | 0.06% |
| Net investment income | 0.77% | 0.09% | 0.01% | 0.01% | 0.01% |
| Expense waiver/reimbursement3 | 0.10% | 0.22% | 0.51% | 0.71% | 0.72% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $512,289 | $909,570 | $642,129 | $630,384 | $436,361 |

1    *Represents less than $0.001.*
2    *Based on net asset value.*
3    *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**12**

Table of Contents

# Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | | |
|---|---|---|
| Investment in repurchase agreements | $21,058,954,750 | |
| Investment in securities | 12,614,609,395 | |
| Investment in securities, at amortized cost and fair value | | $33,673,564,145 |
| Cash | | 821,050 |
| Income receivable | | 8,430,668 |
| Receivable for shares sold | | 7,967,661 |
| TOTAL ASSETS | | 33,690,783,524 |

**Liabilities:**

| | | |
|---|---|---|
| Payable for investments purchased | 380,795,800 | |
| Payable for shares redeemed | 13,711,583 | |
| Income distribution payable | 30,013,185 | |
| Payable for investment adviser fee (Note 5) | 82,464 | |
| Payable for administrative fees (Note 5) | 72,987 | |
| Payable for distribution services fee (Note 5) | 107,350 | |
| Payable for other service fees (Notes 2 and 5) | 1,178,084 | |

| | |
|---|---:|
| Accrued expenses (Note 5) | 1,117,958 |
| TOTAL LIABILITIES | 427,079,411 |
| Net assets for 33,263,407,137 shares outstanding | $33,263,704,113 |

**Net Assets Consist of:**

| | |
|---|---:|
| Paid-in capital | $33,263,568,239 |
| Accumulated net realized gain | 69,400 |
| Undistributed net investment income | 66,474 |
| TOTAL NET ASSETS | $33,263,704,113 |

Annual Shareholder Report

**13**

Table of Contents

## Statement of Assets and Liabilities – continued

**Net Asset Value, Offering Price and Redemption Proceeds Per Share**

| | |
|---|---:|
| **Automated Shares:** | |
| $2,059,409,257 ÷ 2,059,390,881 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Institutional Shares:** | |
| $25,992,845,403 ÷ 25,992,613,371 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Service Shares:** | |
| $3,584,884,645 ÷ 3,584,852,594 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Capital Shares:** | |
| $1,114,276,088 ÷ 1,114,266,135 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Trust Shares:** | |
| $512,288,720 ÷ 512,284,156 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**14**

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | |
|---|---:|
| **Investment Income:** | |
| Interest | $503,893,017 |
| **Expenses:** | |
| Investment adviser fee (Note 5) | $ 70,522,931 |
| Administrative fee (Note 5) | 28,225,564 |
| Custodian fees | 1,589,447 |
| Transfer agent fee (Note 2) | 1,633,056 |
| Directors'/Trustees' fees (Note 5) | 311,401 |
| Auditing fees | 24,260 |
| Legal fees | 9,905 |
| Portfolio accounting fees | 240,321 |
| Distribution services fee (Note 5) | 1,082,888 |
| Other service fees (Notes 2 and 5) | 14,971,459 |
| Share registration costs | 375,235 |
| Printing and postage | 271,514 |
| Miscellaneous (Note 5) | 233,739 |
|    TOTAL EXPENSES | 119,491,720 |
| **Waiver:** | |
| Waiver of investment adviser fee (Note 5) | (34,270,241) |
| Net expenses | 85,221,479 |
| Net investment income | 418,671,538 |
| Net realized gain | 154,973 |
| Change in net assets resulting from operations | $418,826,511 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**15**

Table of Contents

# Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |

| | | | | |
|---|---|---|---|---|
| **Operations:** | | | | |
| Net investment income | | $ 418,671,538 | | $ 123,808,203 |
| Net realized gain | | 154,973 | | 294,233 |
|     CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | | 418,826,511 | | 124,102,436 |
| **Distributions to Shareholders:** | | | | |
| Distributions from net investment income | | | | |
| Automated Shares | | (14,571,103) | | (2,323,147) |
| Institutional Shares | | (341,018,110) | | (104,544,369) |
| Service Shares | | (38,987,463) | | (9,898,548) |
| Capital Shares | | (20,713,785) | | (6,372,706) |
| Trust Shares | | (3,316,785) | | (693,330) |
| Distributions from net realized gain | | | | |
| Automated Shares | | (7,140) | | (26,193) |
| Institutional Shares | | (133,077) | | (375,123) |
| Service Shares | | (24,613) | | (67,831) |
| Capital Shares | | (9,399) | | (21,381) |
| Trust Shares | | (3,036) | | (10,882) |
|     CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | | (418,784,511) | | (124,333,510) |
| **Share Transactions:** | | | | |
| Proceeds from sale of shares | | 247,443,302,219 | | 181,466,656,551 |
| Net asset value of shares issued to shareholders in payment of distributions declared | | 158,129,256 | | 47,646,707 |
| Cost of shares redeemed | | (247,952,525,142) | | (178,546,516,362) |
|     CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | | (351,093,667) | | 2,967,786,896 |
| Change in net assets | | (351,051,667) | | 2,967,555,822 |
| **Net Assets:** | | | | |
| Beginning of period | | 33,614,755,780 | | 30,647,199,958 |
| End of period (including undistributed net investment income of $66,474 and $2,182, respectively) | | $ 33,263,704,113 | | $ 33,614,755,780 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**16**

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Treasury Obligations Fund (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers five classes of shares: Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide current income consistent with stability of principal.

    The Fund operates as a government money market fund. As a government money market fund, the Fund: (1) invests at least 99.5% of its total assets in: (i) cash; (ii) securities issued or guaranteed by the United States or certain U.S. government agencies or instrumentalities; and/or (iii) repurchase agreements that are collateralized fully; (2) generally continues to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); and (3) has elected not to be subject to the liquidity fees and gates requirement at this time as permitted by Rule 2a-7 under the Act.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Fund's Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by

Table of Contents

the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Amortization/accretion of premium and discount is included in investment income. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income are declared daily and paid monthly. Investment income, realized

Table of Contents

gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waiver of $34,270,241 is disclosed in Note 5. For the year ended July 31, 2018, transfer agent fees for the Fund were as follows:

|  | Transfer Agent Fees Incurred |
|---|---|
| Automated Shares | $1,340,286 |
| Institutional Shares | 237,815 |
| Service Shares | 35,150 |
| Capital Shares | 16,108 |
| Trust Shares | 3,697 |
| TOTAL | $1,633,056 |

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Financial intermediaries may include a company affiliated with management of Federated Investors, Inc. A financial intermediary affiliated with management of Federated Investors, Inc. received $13,848 of other service fees for the year ended July 31, 2018. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

|  | Other Service Fees Incurred |
|---|---|
| Automated Shares | $ 1,911,506 |
| Service Shares | 10,132,210 |
| Capital Shares | 1,844,854 |
| Trust Shares | 1,082,889 |
| TOTAL | $14,971,459 |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees; however they may begin to incur this fee upon approval of the Trustees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest

**Annual Shareholder Report**

19

Table of Contents

and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| **Automated Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 3,456,411,961 | $ 3,456,411,961 | 3,088,400,747 | $ 3,088,400,747 |
| Shares issued to shareholders in payment of distributions declared | 14,095,985 | 14,095,985 | 2,243,468 | 2,243,468 |

| Shares redeemed | (2,847,096,551) | (2,847,096,551) | (3,851,144,901) | $ (3,851,144,901) |
| NET CHANGE RESULTING FROM AUTOMATED SHARE TRANSACTIONS | 623,411,395 | $ 623,411,395 | (760,500,686) | $ (760,500,686) |

| Year Ended July 31 | 2018 | | 2017 | |
| --- | --- | --- | --- | --- |
| **Institutional Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 226,135,893,648 | $ 226,135,893,648 | 152,234,814,431 | $ 152,234,814,432 |
| Shares issued to shareholders in payment of distributions declared | 117,298,403 | 117,298,403 | 37,043,444 | 37,043,444 |
| Shares redeemed | (224,463,679,550) | (224,463,679,550) | (151,210,343,478) | (151,210,343,479) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | 1,789,512,501 | $ 1,789,512,501 | 1,061,514,397 | $ 1,061,514,397 |

**Annual Shareholder Report**

**20**

Table of Contents

| Year Ended July 31 | 2018 | | 2017 | |
| --- | --- | --- | --- | --- |
| **Service Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 11,653,333,010 | $ 11,653,333,010 | 17,720,891,676 | $ 17,720,891,675 |
| Shares issued to shareholders in payment of distributions declared | 13,334,635 | 13,334,635 | 4,090,559 | 4,090,559 |
| Shares redeemed | (13,290,098,315) | (13,290,098,315) | (16,381,068,483) | (16,381,068,483) |
| NET CHANGE RESULTING FROM SERVICE SHARE TRANSACTIONS | (1,623,430,670) | $ (1,623,430,670) | 1,343,913,752 | $ 1,343,913,751 |

| Year Ended July 31 | 2018 | | 2017 | |
| --- | --- | --- | --- | --- |
| **Capital Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 4,981,307,865 | $ 4,981,307,865 | 6,116,083,260 | $ 6,116,083,260 |
| Shares issued to shareholders in payment of distributions declared | 12,231,036 | 12,231,036 | 4,169,050 | 4,169,050 |
| Shares redeemed | (5,736,846,806) | (5,736,846,806) | (5,064,837,372) | (5,064,837,372) |
| NET CHANGE RESULTING FROM CAPITAL SHARE TRANSACTIONS | (743,307,905) | $ (743,307,905) | 1,055,414,938 | $ 1,055,414,938 |

| Year Ended July 31 | 2018 | | 2017 | |
| --- | --- | --- | --- | --- |
| **Trust Shares:** | **Shares** | **Amount** | **Shares** | **Amount** |
| Shares sold | 1,216,355,735 | $ 1,216,355,735 | 2,306,466,436 | $ 2,306,466,437 |
| Shares issued to shareholders in payment of distributions declared | 1,169,197 | 1,169,197 | 100,186 | 100,186 |
| Shares redeemed | (1,614,803,920) | (1,614,803,920) | (2,039,122,127) | (2,039,122,127) |
| NET CHANGE RESULTING FROM TRUST SHARE TRANSACTIONS | (397,278,988) | $ (397,278,988) | 267,444,495 | $ 267,444,496 |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (351,093,667) | $ (351,093,667) | 2,967,786,896 | $ 2,967,786,896 |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
| --- | --- | --- |
| Ordinary income[1] | $418,781,883 | $124,325,954 |

| | | | | |
|---|---|---|---|---|
| Long-term capital gains | | $ | 2,628 | $ | 7,556 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

Table of Contents

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Undistributed ordinary income2 | $135,874 |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

**5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES**

**Investment Adviser Fee**

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee and/or reimburse certain operating expenses of the Fund.

For the year ended July 31, 2018, the Adviser voluntarily waived $34,270,241 of its fee.

**Administrative Fee**

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
|---|---|
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

**Distribution Services Fee**

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Trust Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur

Table of Contents

distribution expenses at 0.25% of average daily net assets, annually, to compensate FSC. Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund was as follows:

| | Distribution Services Fees Incurred |
|---|---|
| Trust Shares | $1,082,888 |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares.

**Other Service Fees**

For the year ended July 31, 2018, FSSC received $23,774 of the other service fees disclosed in Note 2.

## Expense Limitation

Due to the possibility of changes in market conditions and other factors, there can be no assurance that the level of waivers/reimbursement/reduction of Fund expenses reflected in the financial highlights will be maintained in the future. However, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses paid by the Fund, if any) paid by the Fund's Automated Shares, Institutional Shares, Service Shares, Capital Shares and Trust Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.55%, 0.20%, 0.45%, 0.30% and 0.70% (the "Fee Limit"), respectively, up to but including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

## Interfund Transactions

During the year ended July 31, 2018, the Fund engaged in sale transactions with funds that have a common investment adviser (or affiliated investment advisers), common Directors/Trustees and/or common Officers. These sale transactions complied with Rule 17a-7 under the Act and amounted to $436,171,875.

## Directors'/Trustees' and Miscellaneous Fees

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**Annual Shareholder Report**

23

Table of Contents

## 6. INTERFUND LENDING

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

## 7. FEDERAL TAX INFORMATION (UNAUDITED)

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $2,628.

For the fiscal year ended July 31, 2018, 100.00% of dividends paid by the Fund are interest-related dividends, as provided by the American Jobs Creation Act of 2004.

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF THE MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED TREASURY OBLIGATIONS FUND:**

### Opinion on the Financial Statements

We have audited the accompanying statement of assets and liabilities, including the portfolio of investments, of the Federated Treasury Obligations Fund (the "Fund"), a portfolio of Money Market Obligations Trust, as of July 31, 2018, the related statement of operations for the year then ended, the statements of changes in net assets for each of the years in the two year period then ended, and the related notes (collectively, the "financial statements") and the financial highlights for each of the years or periods in the five year period then ended. In our opinion, the financial statements and financial highlights present fairly, in all material respects, the financial position of the Fund as of July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the years in the two year period then ended, and the financial highlights for each of the years or periods in the five year period then ended, in conformity with U.S. generally accepted accounting principles.

### Basis for Opinion

These financial statements and financial highlights are the responsibility of the Fund's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements and financial highlights, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements and financial highlights. Such procedures also included confirmation of securities owned as of July 31, 2018, by correspondence with custodians and brokers or by other appropriate auditing procedures. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the

Table of Contents

financial statements and financial highlights. We believe that our audits provide a reasonable basis for our opinion.

KPMG LLP

We have served as the auditor of one or more of Federated Investors'- investment companies since 2006.

Boston, Massachusetts
September 24, 2018

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

| | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period[1] |
|---|---|---|---|
| **Actual:** | | | |
| Automated Shares | $1,000 | $1,006.40 | $2.14[2] |
| Institutional Shares | $1,000 | $1,007.70 | $0.90[3] |
| Service Shares | $1,000 | $1,006.40 | $2.14 |
| Capital Shares | $1,000 | $1,007.20 | $1.39 |
| Trust Shares | $1,000 | $1,005.20 | $3.38 |
| **Hypothetical (assuming a 5% return before expenses):** | | | |

| | | | |
|---|---|---|---|
| Automated Shares | $1,000 | $1,022.70 | $2.16[2] |
| Institutional Shares | $1,000 | $1,023.90 | $0.90[3] |
| Service Shares | $1,000 | $1,022.70 | $2.16 |
| Capital Shares | $1,000 | $1,023.40 | $1.40 |
| Trust Shares | $1,000 | $1,021.40 | $3.41 |

1   Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:

| | |
|---|---|
| Automated Shares | 0.43% |
| Institutional Shares | 0.18% |
| Service Shares | 0.43% |
| Capital Shares | 0.28% |
| Trust Shares | 0.68% |

2   Actual and Hypothetical expenses paid during the period utilizing the Fund's Automated Shares current Fee Limit of 0.55% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $2.74 and $2.76, respectively.

3   Actual and Hypothetical expenses paid during the period utilizing the Fund's Institutional Shares current Fee Limit of 0.20% (as reflected in the Notes to Financial Statements, Note 5 under Expense Limitation), multiplied by the average account value over the period, multiplied by 181/365 (to reflect expenses paid as if they had been in effect throughout the most recent one-half-year period) would be $1.00 and $1.00, respectively.

**Annual Shareholder Report**
**28**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| **J. Christopher Donahue*** <br>Birth Date: April 11, 1949<br>PRESIDENT AND TRUSTEE<br>Indefinite Term<br>Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company.<br><br>**Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

ification

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| Thomas R. Donahue*<br>Birth Date: October 20, 1958<br>TRUSTEE<br>Indefinite Term<br>Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc.<br><br>**Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| John T. Collins<br>Birth Date: January 24, 1947<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired).<br><br>**Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp.<br><br>**Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| G. Thomas Hough<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |

| | |
|---|---|
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green has held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

<center>Annual Shareholder Report</center>
<center>31</center>

Table of Contents

| **Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began** | **Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications** |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: October 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |

| **Deborah A. Cunningham** | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since January |
|---|---|
| Birth Date: September 15, 1959 | 1994. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in |
| CHIEF INVESTMENT OFFICER | 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an |
| Officer since: May 2004 | Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered |
| Portfolio Manager since: | Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |
| January 1994 | |

**Annual Shareholder Report**

**34**

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED TREASURY OBLIGATIONS FUND (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty

with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Annual Shareholder Report
35

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Annual Shareholder Report
36

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual

advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

**Annual Shareholder Report**
**37**

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to

**Annual Shareholder Report**
**38**

Table of Contents

respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board

considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contract, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

**Annual Shareholder Report**
**39**

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
**40**

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
**41**

Table of Contents

## Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

## Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

**Federated.**

Federated Treasury Obligations Fund
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 608919726*
*CUSIP 60934N500*
*CUSIP 60934N872*
*CUSIP 60934N823*
*CUSIP 60934N120*

*Q450531 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.



Annual Shareholder Report

*July 31, 2018*

| Share Class | Ticker | Institutional | TTOXX | Cash II | TTIXX | Cash Series | TCSXX |
|---|---|---|---|---|---|---|---|

# Federated Trust for U.S. Treasury Obligations

A Portfolio of Money Market Obligations Trust

**Not FDIC Insured ■ May Lose Value ■ No Bank Guarantee**

**CONTENTS**

Portfolio of Investments Summary Tables .......... 1
Portfolio of Investments .......... 2
Financial Highlights .......... 6
Statement of Assets and Liabilities .......... 9
Statement of Operations .......... 10
Statement of Changes in Net Assets .......... 11
Notes to Financial Statements .......... 12
Report of Independent Registered Public Accounting Firm .......... 19
Shareholder Expense Example .......... 21
Board of Trustees and Trust Officers .......... 23
Evaluation and Approval of Advisory Contract–May 2018 .......... 29
Voting Proxies on Fund Portfolio Securities .......... 36
Quarterly Portfolio Schedule .......... 36

Table of Contents

## Portfolio of Investments Summary Tables (unaudited)

At July 31, 2018, the Fund's portfolio composition1 was as follows:

| Security Type | Percentage of Total Net Assets |
|---|---|
| Repurchase Agreements | 64.4% |
| U.S. Treasury Securities | 36.7% |
| Other Assets and Liabilities—Net2 | (1.1)% |
| TOTAL | **100.0%** |

At July 31, 2018, the Fund's effective maturity3 schedule was as follows:

| Securities With an Effective Maturity of: | Percentage of Total Net Assets |
|---|---|
| 1-7 Days | 78.9% |
| 8 to 30 Days | 3.5% |
| 31 to 90 Days | 7.7% |
| 91 to 180 Days | 9.3% |
| 181 Days or more | 1.7% |
| Other Assets and Liabilities—Net2 | (1.1)% |
| TOTAL | **100.0%** |

1 *See the Fund's Prospectus and Statement of Additional Information for a description of the types of securities in which the Fund invests.*
2 *Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.*
3 *Effective maturity is determined in accordance with the requirements of Rule 2a-7 under the Investment Company Act of 1940, which regulates money market mutual funds.*

Table of Contents

# Portfolio of Investments

July 31, 2018

| Principal Amount | | Value |
|---|---|---|
| | **REPURCHASE AGREEMENTS—64.4%** | |
| $250,000,000 | Interest in $5,500,000,000 joint repurchase agreement 1.93%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $5,500,294,861 on 8/1/2018. The securities provided as collateral at the end of the period held with BNP Paribas S.A., were U.S. Treasury securities with various maturities to 7/15/2023 and the market value of those underlying securities was $5,610,300,758. | $ 250,000,000 |
| 25,000,000 | Interest in $715,000,000 joint repurchase agreement 1.94%, dated 7/30/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $716,194,447 on 8/30/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $729,378,698. | 25,000,000 |
| 15,000,000 | Interest in $300,000,000 joint repurchase agreement 1.99%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $301,011,583 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2046 and the market value of those underlying securities was $306,017,042. | 15,000,000 |
| 5,000,000 | Interest in $100,000,000 joint repurchase agreement 2.01%, dated 7/31/2018 under which BNP Paribas S.A. will repurchase securities provided as collateral for $100,338,889 on 9/11/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 11/15/2046 and the market value of those underlying securities was $102,005,727. | 5,000,000 |
| 227,000,000 | Interest in $3,925,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which Barclays Bank PLC will repurchase securities provided as collateral for $3,925,208,243 on 8/1/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2046 and the market value of those underlying securities was $4,003,712,451. | 227,000,000 |
| 25,000,000 | Interest in $500,000,000 joint repurchase agreement 1.90%, dated 7/26/2018 under which Citigroup Global Markets, Inc. will repurchase securities provided as collateral for $500,184,722 on 8/2/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 8/31/2024 and the market value of those underlying securities was $510,161,512. | 25,000,000 |

Table of Contents

| Principal Amount | | Value |
|---|---|---|
| | **REPURCHASE AGREEMENTS—continued** | |
| $ 5,000,000 | Interest in $750,000,000 joint repurchase agreement 1.94%, dated 7/19/2018 under which Credit Agricole CIB New York will repurchase securities provided as collateral for $751,293,333 on 8/20/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 9/30/2022 and the market value of those underlying securities was $765,536,036. | $ 5,000,000 |
| 25,000,000 | Interest in $600,000,000 joint repurchase agreement 1.94%, dated 7/25/2018 under which Credit Agricole CIB New York will repurchase securities provided as collateral for $600,970,000 on 8/24/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities maturing on 3/31/2020 and the market value of those underlying securities was $612,230,940. | 25,000,000 |

| | | |
|---:|:---|---:|
| 5,000,000 | Interest in $470,000,000 joint repurchase agreement 2.01%, dated 7/19/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $472,361,750 on 10/17/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 5/15/2048 and the market value of those underlying securities was $479,747,966. | 5,000,000 |
| 25,000,000 | Interest in $500,000,000 joint repurchase agreement 2.01%, dated 7/23/2018 under which Natixis Financial Products LLC will repurchase securities provided as collateral for $502,400,833 on 10/17/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $510,256,276. | 25,000,000 |
| 5,000,000 | Interest in $500,000,000 joint repurchase agreement 1.96%, dated 7/27/2018 under which Societe Generale, New York will repurchase securities provided as collateral on 8/28/2018. The securities provided as collateral at the end of the period held with BNY Mellon as tri-party agent, were U.S. Treasury securities with various maturities to 2/15/2048 and the market value of those underlying securities was $510,138,860. | 5,000,000 |
| 250,000,000 | Interest in $3,000,000,000 joint repurchase agreement 1.91%, dated 7/31/2018 under which Sumitomo Mitsui Banking Corp. will repurchase securities provided as collateral for $3,000,159,167 on 8/1/2018. The securities provided as collateral at the end of the period held with JPMorgan Chase as tri-party agent, were U.S. Treasury securities with various maturities to 8/15/2026 and the market value of those underlying securities was $3,060,162,400. | 250,000,000 |
| | TOTAL REPURCHASE AGREEMENTS | 862,000,000 |
| | U.S. TREASURIES—36.7% | |
| 10,150,000 | [1]United States Treasury Bills, 1.815%, 8/16/2018 | 10,142,324 |
| 15,000,000 | [1]United States Treasury Bills, 1.820%—1.830%, 8/30/2018 | 14,977,968 |
| 18,000,000 | [1]United States Treasury Bills, 1.890%—1.925%, 10/4/2018 | 17,939,022 |
| 12,000,000 | [1]United States Treasury Bills, 1.890%, 9/27/2018 | 11,964,090 |
| 9,000,000 | [1]United States Treasury Bills, 1.895%, 9/13/2018 | 8,979,629 |

**Annual Shareholder Report**
3

Table of Contents

| Principal Amount | | Value |
|---:|:---|---:|
| | U.S. TREASURIES—continued | |
| $ 24,700,000 | [1]United States Treasury Bills, 1.900%—1.930%, 9/20/2018 | $ 24,634,403 |
| 15,000,000 | [1]United States Treasury Bills, 1.945%, 10/18/2018 | 14,936,787 |
| 22,000,000 | [1]United States Treasury Bills, 2.035%, 11/15/2018 | 21,868,177 |
| 15,000,000 | [1]United States Treasury Bills, 2.075%, 11/23/2018 | 14,901,438 |
| 25,000,000 | [1]United States Treasury Bills, 2.075%, 12/20/2018 | 24,796,823 |
| 20,000,000 | [1]United States Treasury Bills, 2.075%, 12/6/2018 | 19,853,597 |
| 15,000,000 | [1]United States Treasury Bills, 2.085%, 12/27/2018 | 14,871,425 |
| 13,000,000 | [1]United States Treasury Bills, 2.130%, 1/24/2019 | 12,864,627 |
| 15,000,000 | [1]United States Treasury Bills, 2.133%, 1/17/2019 | 14,849,836 |
| 15,000,000 | [1]United States Treasury Bills, 2.160%, 1/31/2019 | 14,836,200 |
| 18,000,000 | [2]United States Treasury Floating Rate Notes, 2.010% (91-day T-Bill +0.000%), 8/7/2018 | 17,993,296 |
| 58,000,000 | [2]United States Treasury Floating Rate Notes, 2.043% (91-day T-Bill +0.033%), 8/7/2018 | 58,006,093 |
| 17,650,000 | [2]United States Treasury Floating Rate Notes, 2.053% (91-day T-Bill +0.043%), 8/7/2018 | 17,649,792 |
| 29,500,000 | [2]United States Treasury Floating Rate Notes, 2.058% (91-day T-Bill +0.048%), 8/7/2018 | 29,510,717 |
| 20,000,000 | [2]United States Treasury Floating Rate Notes, 2.080% (91-day T-Bill +0.070%), 8/7/2018 | 20,000,000 |
| 38,000,000 | [2]United States Treasury Floating Rate Notes, 2.150% (91-day T-Bill +0.140%), 8/7/2018 | 38,004,071 |
| 17,500,000 | [2]United States Treasury Floating Rate Notes, 2.180% (91-day T-Bill +0.170%), 8/7/2018 | 17,499,717 |
| 10,000,000 | United States Treasury Notes, 0.875%, 10/15/2018 | 9,984,694 |
| 16,500,000 | United States Treasury Notes, 1.000%, 8/15/2018 | 16,498,283 |
| 8,000,000 | United States Treasury Notes, 1.500%, 5/31/2019 | 7,947,935 |
| 15,000,000 | United States Treasury Notes, 1.500%, 8/31/2018 | 14,995,521 |
| | TOTAL U.S. TREASURIES | 490,506,465 |

| TOTAL INVESTMENT IN SECURITIES—101.1% (AT AMORTIZED COST)3 | 1,352,506,465 |
| OTHER ASSETS AND LIABILITIES - NET—(1.1)%4 | (15,328,232) |
| TOTAL NET ASSETS—100% | $1,337,178,233 |

1   Discount rate(s) at time of purchase.
2   Floating/variable note with current rate and current maturity or next reset date shown.
3   Also represents cost of investments for federal tax purposes.
4   Assets, other than investments in securities, less liabilities. See Statement of Assets and Liabilities.

Note: The categories of investments are shown as a percentage of total net assets at July 31, 2018.

**Annual Shareholder Report**
**4**

Table of Contents

Various inputs are used in determining the value of the Fund's investments. These inputs are summarized in the three broad levels listed below:

Level 1—quoted prices in active markets for identical securities.

Level 2—other significant observable inputs (including quoted prices for similar securities, interest rates, prepayment speeds, credit risk, etc.). Also includes securities valued at amortized cost.

Level 3—significant unobservable inputs (including the Fund's own assumptions in determining the fair value of investments).

The inputs or methodology used for valuing securities are not an indication of the risk associated with investing in those securities.

In valuing the Fund's assets as of July 31, 2018, all investments of the Fund are valued using amortized cost, which is a methodology utilizing Level 2 inputs.

See Notes which are an integral part of the Financial Statements

11/14/2018

Table of Contents

# Financial Highlights – Institutional Shares[1]

(For a Share Outstanding Throughout Each Period)

| Year Ended July 31 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | | |
| Net investment income | 0.012 | 0.004 | 0.001 | — | — |
| Net realized gain (loss) | 0.000[2] | (0.000)[2] | 0.000[2] | 0.000[2] | 0.000[2] |
| TOTAL FROM INVESTMENT OPERATIONS | 0.012 | 0.004 | 0.001 | 0.000[2] | 0.000[2] |
| **Less Distributions:** | | | | | |
| Distributions from net investment income | (0.012) | (0.004) | (0.001) | — | — |
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | (0.000)[2] | (0.000)[2] | (0.000)[2] |
| TOTAL DISTRIBUTIONS | (0.012) | (0.004) | (0.001) | (0.000)[2] | (0.000)[2] |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 1.25% | 0.44% | 0.11% | 0.00%[4] | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | | |
| Net expenses | 0.20% | 0.20% | 0.18% | 0.08% | 0.07% |
| Net investment income | 1.23% | 0.47% | 0.12% | 0.00% | 0.00% |
| Expense waiver/reimbursement[5] | 0.13% | 0.13% | 0.17% | 0.53% | 0.52% |
| **Supplemental Data:** | | | | | |
| Net assets, end of period (000 omitted) | $360,889 | $288,652 | $167,690 | $115,211 | $204,903 |

1   On June 2, 2015, the Fund's shares were re-designated as Institutional Shares.
2   Represents less than $0.001.
3   Based on net asset value.
4   Represents less than 0.01%.
5   This expense decrease is reflected in both the net expense and the net investment income ratios shown above.

See Notes which are an integral part of the Financial Statements

Table of Contents

# Financial Highlights – Cash II Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | Period Ended |
|---|---|---|

| | 2018 | 2017 | 2016 | 7/31/2015[1] |
|---|---|---|---|---|
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.005 | 0.0002 | 0.003 | — |
| Net realized gain (loss) | 0.0002 | 0.0002 | (0.003) | 0.0002 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.005 | 0.0002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.005) | (0.000)2 | (0.000)2 | — |
| Distributions from net realized gain | (0.000)2 | (0.000)2 | (0.000)2 | — |
|    TOTAL DISTRIBUTIONS | (0.005) | (0.000)2 | (0.000)2 | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.54% | 0.02% | 0.00%4 | 0.00%4 |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 0.90% | 0.62% | 0.38% | 0.13%5 |
| Net investment income | 0.53% | 0.02% | 0.00%4 | 0.00%5 |
| Expense waiver/reimbursement[6] | 0.13% | 0.41% | 0.65% | 1.10%5 |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $635,165 | $751,234 | $617,216 | $584 |

1   *Reflects operations for the period from June 2, 2015 (date of initial public investment) to July 31, 2015.*
2   *Represents less than $0.001.*
3   *Based on net asset value.*
4   *Represents less than 0.01%.*
5   *Computed on an annualized basis.*
6   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**7**

Table of Contents

# Financial Highlights – Cash Series Shares

(For a Share Outstanding Throughout Each Period)

| | Year Ended July 31, | | | Period Ended 7/31/2015[1] |
|---|---|---|---|---|
| | 2018 | 2017 | 2016 | |
| **Net Asset Value, Beginning of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Income From Investment Operations:** | | | | |
| Net investment income | 0.004 | 0.0002 | 0.0002 | — |
| Net realized gain | 0.0002 | 0.0002 | 0.0002 | 0.0002 |
|    TOTAL FROM INVESTMENT OPERATIONS | 0.004 | 0.0002 | 0.0002 | 0.0002 |
| **Less Distributions:** | | | | |
| Distributions from net investment income | (0.004) | (0.000)2 | (0.000)2 | — |

| | | | |
|---|---|---|---|
| Distributions from net realized gain | (0.000)[2] | (0.000)[2] | (0.000)[2] | — |
| TOTAL DISTRIBUTIONS | (0.004) | (0.000)[2] | (0.000)[2] | — |
| **Net Asset Value, End of Period** | **$1.00** | **$1.00** | **$1.00** | **$1.00** |
| **Total Return[3]** | 0.40% | 0.00%[4] | 0.00%[4] | 0.00%[4] |
| **Ratios to Average Net Assets:** | | | | |
| Net expenses | 1.05% | 0.64% | 0.32% | 0.13%[5] |
| Net investment income | 0.30% | 0.00%[4] | 0.00%[4] | 0.00%[5] |
| Expense waiver/reimbursement[6] | 0.23% | 0.64% | 0.97% | 1.36%[5] |
| **Supplemental Data:** | | | | |
| Net assets, end of period (000 omitted) | $341,124 | $660,717 | $666,074 | $154,125 |

1   *Reflects operations for the period from June 2, 2015 (date of initial public investment) to July 31, 2015.*
2   *Represents less than $0.001.*
3   *Based on net asset value.*
4   *Represents less than 0.01%.*
5   *Computed on an annualized basis.*
6   *This expense decrease is reflected in both the net expense and the net investment income ratios shown above.*

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**
**8**

Table of Contents

## Statement of Assets and Liabilities

July 31, 2018

**Assets:**

| | | |
|---|---|---|
| Investment in repurchase agreements | $862,000,000 | |
| Investment in securities | 490,506,465 | |
| Investment in securities, at amortized cost and fair value | | $1,352,506,465 |
| Cash | | 280,932 |
| Income receivable | | 309,835 |
| Receivable for shares sold | | 114,626 |
| TOTAL ASSETS | | 1,353,211,858 |

**Liabilities:**

| | | |
|---|---|---|
| Payable for investments purchased | 14,836,200 | |
| Payable for shares redeemed | 48,636 | |
| Income distribution payable | 374,432 | |
| Payable for investment adviser fee (Note 5) | 3,669 | |
| Payable for administrative fees (Note 5) | 2,936 | |
| Payable for distribution services fee (Note 5) | 325,934 | |
| Payable for other service fees (Notes 2 and 5) | 202,270 | |

| | |
|---|---|
| Accrued expenses (Note 5) | 239,548 |
| TOTAL LIABILITIES | 16,033,625 |
| Net assets for 1,337,179,176 shares outstanding | $1,337,178,233 |
| **Net Assets Consist of:** | |
| Paid-in capital | $1,337,179,205 |
| Distributions in excess of net investment income | (972) |
| TOTAL NET ASSETS | $1,337,178,233 |
| **Net Asset Value, Offering Price and Redemption Proceeds Per Share** | |
| **Institutional Shares:** | |
| $360,889,216 ÷ 360,889,471 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash II Shares:** | |
| $635,164,991 ÷ 635,165,439 shares outstanding, no par value, unlimited shares authorized | $1.00 |
| **Cash Series Shares:** | |
| $341,124,026 ÷ 341,124,266 shares outstanding, no par value, unlimited shares authorized | $1.00 |

See Notes which are an integral part of the Financial Statements

Annual Shareholder Report

9

Table of Contents

# Statement of Operations

Year Ended July 31, 2018

| | | |
|---|---|---|
| **Investment Income:** | | |
| Interest | | $19,719,664 |
| **Expenses:** | | |
| Investment adviser fee (Note 5) | $ 2,802,163 | |
| Administrative fee (Note 5) | 1,121,203 | |
| Custodian fees | 65,578 | |
| Transfer agent fee (Note 2) | 1,173,857 | |
| Directors'/Trustees' fees (Note 5) | 13,458 | |
| Auditing fees | 20,601 | |
| Legal fees | 9,338 | |
| Portfolio accounting fees | 181,684 | |
| Distribution services fee (Note 5) | 4,989,691 | |
| Other service fees (Note 2) | 2,802,347 | |
| Share registration costs | 244,464 | |
| Printing and postage | 76,633 | |
| Miscellaneous (Note 5) | 69,595 | |
| TOTAL EXPENSES | 13,570,612 | |
| **Waivers and Reimbursement:** | | |
| Waiver of investment adviser fee (Note 5) | $(1,821,327) | |
| Waiver/reimbursement of other operating expenses (Notes 2 and 5) | (427,162) | |
| TOTAL WAIVERS AND REIMBURSEMENT | (2,248,489) | |
| Net expenses | | 11,322,123 |
| Net investment income | | 8,397,541 |
| Net realized gain on investments | | 2,156 |

| | |
|---|---|
| Change in net assets resulting from operations | $ 8,399,697 |

See Notes which are an integral part of the Financial Statements

**Annual Shareholder Report**

**10**

Table of Contents

## Statement of Changes in Net Assets

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|
| **Increase (Decrease) in Net Assets** | | |
| **Operations:** | | |
| Net investment income | $     8,397,541 | $     1,452,229 |
| Net realized gain | 2,156 | 8,485 |
| CHANGE IN NET ASSETS RESULTING FROM OPERATIONS | 8,399,697 | 1,460,714 |
| **Distributions to Shareholders:** | | |
| Distributions from net investment income | | |
| Institutional Shares | (3,443,672) | (1,305,772) |
| Cash II Shares | (3,657,475) | (143,066) |
| Cash Series Shares | (1,295,358) | (6,020) |
| Distributions from net realized gain | | |
| Institutional Shares | (918) | (1,290) |
| Cash II Shares | (2,668) | (5,109) |
| Cash Series Shares | (2,618) | (4,919) |
| CHANGE IN NET ASSETS RESULTING FROM DISTRIBUTIONS TO SHAREHOLDERS | (8,402,709) | (1,466,176) |
| **Share Transactions:** | | |
| Proceeds from sale of shares | 3,369,957,116 | 4,534,707,661 |
| Net asset value of shares issued to shareholders in payment of distributions declared | 5,706,052 | 460,998 |
| Cost of shares redeemed | (3,739,085,127) | (4,285,540,139) |
| CHANGE IN NET ASSETS RESULTING FROM SHARE TRANSACTIONS | (363,421,959) | 249,628,520 |
| Change in net assets | (363,424,971) | 249,623,058 |
| **Net Assets:** | | |
| Beginning of period | 1,700,603,204 | 1,450,980,146 |
| End of period (including distributions in excess of net investment income of $(972) and $(2,008), respectively) | $ 1,337,178,233 | $ 1,700,603,204 |

See Notes which are an integral part of the Financial Statements

Table of Contents

# Notes to Financial Statements

July 31, 2018

## 1. ORGANIZATION

Money Market Obligations Trust (the "Trust") is registered under the Investment Company Act of 1940, as amended (the "Act"), as an open-end management investment company. The Trust consists of 21 portfolios. The financial statements included herein are only those of Federated Trust for U.S. Treasury Obligations (the "Fund"), a diversified portfolio. The financial statements of the other portfolios are presented separately. The assets of each portfolio are segregated and a shareholder's interest is limited to the portfolio in which shares are held. Each portfolio pays its own expenses. The Fund offers three classes of shares: Institutional Shares, Cash II Shares and Cash Series Shares. All shares of the Fund have equal rights with respect to voting, except on class-specific matters. The investment objective of the Fund is to provide stability of principal and current income consistent with stability of principal.

The Fund operates as a government money market fund. As a government money market fund, the Fund: (1) invests at least 99.5% of its total assets in: (i) cash; (ii) securities issued or guaranteed by the United States or certain U.S. government agencies or instrumentalities; and/or (iii) repurchase agreements that are collateralized fully; (2) generally continues to use amortized cost to value its portfolio securities and transact at a stable $1.00 net asset value (NAV); and (3) has elected not to be subject to the liquidity fees and gates requirement at this time as permitted by Rule 2a-7 under the Act.

## 2. SIGNIFICANT ACCOUNTING POLICIES

The following is a summary of significant accounting policies consistently followed by the Fund in the preparation of its financial statements. These policies are in conformity with U.S. generally accepted accounting principles (GAAP).

### Investment Valuation

Securities are valued at amortized cost. Under the amortized cost valuation method, an investment is valued initially at its cost as determined in accordance with GAAP. The Fund then adjusts the amount of interest income accrued each day over the term of the investment to account for any difference between the initial cost of the investment and the amount payable at its maturity. If amortized cost is determined not to approximate fair value, the value of the portfolio securities will be determined in accordance with the procedures described below. There can be no assurance that the Fund could obtain the fair value assigned to an investment if it sold the investment at approximately the time at which the Fund determines its NAV per share.

The Fund's Board of Trustees (the "Trustees") have ultimate responsibility for determining the fair value of investments. The Trustees have appointed a valuation committee ("Valuation Committee") comprised of officers of the Fund, Federated Investment Management Company (the "Adviser") and certain of the Adviser's affiliated companies to assist in determining fair value of securities and in overseeing the comparison of amortized cost to market-based value. The Trustees have also authorized the use of pricing services recommended by the Valuation Committee to provide fair value evaluations of the current value of certain investments for purposes of monitoring the relationship of market-based value and amortized cost. The Valuation Committee employs various methods for reviewing third-party pricing-service evaluations including periodic reviews of third-party pricing services' policies, procedures and valuation methods (including key inputs and assumptions), and review of price challenges by

Table of Contents

the Adviser based on recent market activity. In the event that market quotations and price evaluations are not available for an investment, the Valuation Committee determines the fair value of the investment in accordance with procedures adopted by the Trustees. The Trustees periodically review and approve the fair valuations made by the Valuation Committee and any changes made to the procedures.

### Repurchase Agreements

The Fund may invest in repurchase agreements for short-term liquidity purposes. It is the policy of the Fund to require the other party to a repurchase agreement to transfer to the Fund's custodian or sub-custodian eligible securities or cash with a market value (after transaction costs) at least equal to the repurchase price to be paid under the repurchase agreement. The eligible securities are transferred to accounts with the custodian or sub-custodian in which the Fund holds a "securities entitlement" and exercises "control" as those terms are defined in the Uniform Commercial Code. The Fund has established procedures for monitoring the market value of the transferred securities and requiring the transfer of additional eligible securities if necessary to equal at least the repurchase price. These procedures also allow the other party to require securities to be transferred from the account to the extent that their market value exceeds the repurchase price or in exchange for other eligible securities of equivalent market value.

The insolvency of the other party or other failure to repurchase the securities may delay the disposition of the underlying securities or cause the Fund to receive less than the full repurchase price. Under the terms of the repurchase agreement, any amounts received by the Fund in excess of the repurchase price and related transaction costs must be remitted to the other party.

The Fund may enter into repurchase agreements in which eligible securities are transferred into joint trading accounts maintained by the custodian or sub-custodian for investment companies and other clients advised by the Fund's Adviser and its affiliates. The Fund will participate on a pro rata basis with the other investment companies and clients in its share of the securities transferred under such repurchase agreements and in its share of proceeds from any repurchase or other disposition of such securities.

Repurchase agreements are subject to Master Netting Agreements which are agreements between the Fund and its counterparties that provide for the net settlement of all transactions and collateral with the Fund, through a single payment, in the event of default or termination. Amounts presented on

the Portfolio of Investments and Statement of Assets and Liabilities are not net settlement amounts but gross. As indicated above, the cash or securities to be repurchased, as shown on the Portfolio of Investments, exceeds the repurchase price to be paid under the agreement reducing the net settlement amount to zero.

### Investment Income, Gains and Losses, Expenses and Distributions

Investment transactions are accounted for on a trade-date basis. Realized gains and losses from investment transactions are recorded on an identified-cost basis. Interest income and expenses are accrued daily. Distributions to shareholders are recorded on the ex-dividend date. Distributions of net investment income, if any, are declared daily and paid monthly. Amortization/accretion of premium and discount is included in investment income. Investment income, realized gains and losses, and certain fund-level expenses are allocated to each class based on relative average daily net assets, except that select classes will bear certain expenses unique to those classes. The detail of the total fund expense waivers and reimbursement of $2,248,489 is disclosed in various locations in this Note 2 and Note 5.

**Annual Shareholder Report**
**13**

Table of Contents

Dividends are declared separately for each class. No class has preferential dividend rights; differences in per share dividend rates are generally due to differences in separate class expenses.

### Other Service Fees

The Fund may pay other service fees up to 0.25% of the average daily net assets of the Fund's Institutional Shares, Cash II Shares and Cash Series Shares to unaffiliated financial intermediaries or to Federated Shareholder Services Company (FSSC) for providing services to shareholders and maintaining shareholder accounts. Subject to the terms described in the Expense Limitation note, FSSC may voluntarily reimburse the Fund for other service fees. In addition, unaffiliated third-party financial intermediaries may waive other service fees. This waiver can be modified or terminated at any time. For the year ended July 31, 2018, other service fees for the Fund were as follows:

| | Other Service Fees Incurred | Other Service Fees Reimbursed |
|---|---|---|
| Cash II Shares | $1,736,197 | $ — |
| Cash Series Shares | 1,066,150 | (702) |
| TOTAL | $2,802,347 | $(702) |

For the year ended July 31, 2018, the Fund's Institutional Shares did not incur other service fees; however, they may begin to incur this fee upon approval of the Trustees.

### Federal Taxes

It is the Fund's policy to comply with the Subchapter M provision of the Internal Revenue Code and to distribute to shareholders each year substantially all of its income. Accordingly, no provision for federal income tax is necessary. As of and during the year ended July 31, 2018, the Fund did not have a liability for any uncertain tax positions. The Fund recognizes interest and penalties, if any, related to tax liabilities as income tax expense in the Statement of Operations. As of July 31, 2018, tax years 2015 through 2018 remain subject to examination by the Fund's major tax jurisdictions, which include the United States of America and the Commonwealth of Massachusetts.

### When-Issued and Delayed-Delivery Transactions

The Fund may engage in when-issued or delayed-delivery transactions. The Fund records when-issued securities on the trade date and maintains security positions such that sufficient liquid assets will be available to make payment for the securities purchased. Securities purchased on a when-issued or delayed-delivery basis are marked to market daily and begin earning interest on the settlement date. Losses may occur on these transactions due to changes in market conditions or the failure of counterparties to perform under the contract.

### Other

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts of assets, liabilities, expenses and revenues reported in the financial statements. Actual results could differ from those estimated. The Fund applies investment company accounting and reporting guidance.

**Annual Shareholder Report**
**14**

Table of Contents

### 3. SHARES OF BENEFICIAL INTEREST

The following tables summarize share activity:

| Year Ended July 31 | 2018 | 2017 |
|---|---|---|

| Institutional Shares: | Shares | Amount | Shares | Amount |
|---|---|---|---|---|
| Shares sold | 1,543,261,022 | $ 1,543,261,022 | 1,505,222,096 | $ 1,505,222,096 |
| Shares issued to shareholders in payment of distributions declared | 824,411 | 824,411 | 303,196 | 303,196 |
| Shares redeemed | (1,471,847,780) | (1,471,847,780) | (1,384,562,243) | (1,384,562,243) |
| NET CHANGE RESULTING FROM INSTITUTIONAL SHARE TRANSACTIONS | 72,237,653 | $ 72,237,653 | 120,963,049 | $ 120,963,049 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Cash II Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 839,989,129 | $ 839,989,129 | 1,112,494,332 | $1,112,494,332 |
| Shares issued to shareholders in payment of distributions declared | 3,605,378 | 3,605,378 | 146,916 | 146,916 |
| Shares redeemed | (959,662,425) | (959,662,425) | (978,620,760) | (978,620,760) |
| NET CHANGE RESULTING FROM CASH II SHARE TRANSACTIONS | (116,067,918) | $(116,067,918) | 134,020,488 | $ 134,020,488 |

| Year Ended July 31 | 2018 | | 2017 | |
|---|---|---|---|---|
| Cash Series Shares: | Shares | Amount | Shares | Amount |
| Shares sold | 986,706,965 | $ 986,706,965 | 1,916,991,233 | $ 1,916,991,233 |
| Shares issued to shareholders in payment of distributions declared | 1,276,263 | 1,276,263 | 10,886 | 10,886 |
| Shares redeemed | (1,307,574,922) | (1,307,574,922) | (1,922,357,136) | (1,922,357,136) |
| NET CHANGE RESULTING FROM CASH SERIES SHARE TRANSACTIONS | (319,591,694) | $ (319,591,694) | (5,355,017) | $ (5,355,017) |
| NET CHANGE RESULTING FROM TOTAL FUND SHARE TRANSACTIONS | (363,421,959) | $ (363,421,959) | 249,628,520 | $ 249,628,520 |

## 4. FEDERAL TAX INFORMATION

The tax character of distributions as reported on the Statement of Changes in Net Assets for the years ended July 31, 2018 and 2017, was as follows:

| | 2018 | 2017 |
|---|---|---|
| Ordinary income[1] | $8,402,527 | $1,465,814 |
| Long-term capital gains | $ 182 | $ 362 |

1    *For tax purposes, short-term capital gain distributions are considered ordinary income distributions.*

Table of Contents

As of July 31, 2018, the components of distributable earnings on a tax-basis were as follows:

| | |
|---|---|
| Distributions in excess of ordinary income[2] | $(972) |

2    *For tax purposes, short-term capital gains are considered ordinary income in determining distributable earnings.*

## 5. INVESTMENT ADVISER FEE AND OTHER TRANSACTIONS WITH AFFILIATES

### Investment Adviser Fee

The advisory agreement between the Fund and the Adviser provides for an annual fee equal to 0.20% of the Fund's average daily net assets. Under the investment advisory contract, which is subject to annual review by the Trustees, the Adviser will reimburse the amount, limited to the amount of the advisory fee, by which the Fund's Institutional Shares aggregate annual operating expenses, including the investment advisory fee, but excluding interest, taxes, brokerage commissions, expenses of registering and qualifying the Fund and its shares under federal and state laws and regulations, expenses of withholding taxes and extraordinary expenses, exceed 0.45% of the Fund's Institutional Shares average daily net assets. To comply with the 0.45% limitation imposed under the investment advisory contract, the Adviser may waive its advisory fee and/or reimburse its advisory fee or other Fund expenses, affiliates of the Adviser may waive, reimburse or reduce amounts otherwise included in the aggregate annual operating expenses of the Fund, or there may be a combination of waivers, reimbursements and/or reductions by the Adviser and its affiliates. The amount that the Adviser

waives/reimburses under the investment advisory contract will be reduced to the extent that affiliates of the Adviser waive, reimburse or reduce amounts that would otherwise be included in the aggregate annual operating expenses of the Fund. Subject to the terms described in the Expense Limitation note, the Adviser may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the Adviser voluntarily waived $1,821,327 of its fee.

### Administrative Fee

Federated Administrative Services (FAS), under the Administrative Services Agreement, provides the Fund with administrative personnel and services. For purposes of determining the appropriate rate breakpoint, "Investment Complex" is defined as all of the Federated Funds subject to a fee under the Administrative Services Agreement. The fee paid to FAS is based on the average daily net assets of the Investment Complex as specified below:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.100% | on assets up to $50 billion |
| 0.075% | on assets over $50 billion |

Subject to the terms described in the Expense Limitation note, FAS may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, the annualized fee paid to FAS was 0.080% of average daily net assets of the Fund.

<div align="center">

**Annual Shareholder Report**

16

</div>

Table of Contents

Prior to September 1, 2017, the breakpoints of the Administrative Fee paid to FAS, described above, were:

| Administrative Fee | Average Daily Net Assets of the Investment Complex |
| --- | --- |
| 0.150% | on the first $5 billion |
| 0.125% | on the next $5 billion |
| 0.100% | on the next $10 billion |
| 0.075% | on assets in excess of $20 billion |

In addition, FAS may charge certain out-of-pocket expenses to the Fund.

### Distribution Services Fee

The Fund has adopted a Distribution Plan (the "Plan") pursuant to Rule 12b-1 under the Act. Under the terms of the Plan, the Fund will compensate Federated Securities Corp. (FSC), the principal distributor, from the daily net assets of the Fund's Cash II Shares and Cash Series Shares to finance activities intended to result in the sale of these shares. The Plan provides that the Fund may incur distribution expenses at the following percentages of average daily net assets annually, to compensate FSC:

| Share Class Name | Percentage of Average Daily Net Assets of Class |
| --- | --- |
| Cash II Shares | 0.35% |
| Cash Series Shares | 0.60% |

Subject to the terms described in the Expense Limitation note, FSC may voluntarily choose to waive any portion of its fee. For the year ended July 31, 2018, distribution services fees for the Fund were as follows:

| | Distribution Services Fees Incurred | Distribution Services Fees Waived |
| --- | --- | --- |
| Cash II Shares | $2,430,932 | $ — |
| Cash Series Shares | 2,558,759 | (426,460) |
| TOTAL | $4,989,691 | $(426,460) |

When FSC receives fees, it may pay some or all of them to financial intermediaries whose customers purchase shares. For the year ended July 31, 2018, FSC retained $44,488 of fees paid by the Fund.

### Other Service Fees

For the year ended July 31, 2018, FSSC reimbursed $702 of the other service fees disclosed in Note 2.

### Expense Limitation

In addition to the contractual fee waiver described under "Investment Adviser Fee" above with regard to the Fund's Institutional Shares, the Adviser and certain of its affiliates (which may include FSC, FAS and FSSC) on their own initiative have agreed to waive certain amounts of their respective fees and/or reimburse expenses. Total annual fund operating expenses (as shown in the financial highlights, excluding interest expense, extraordinary expenses and proxy-related expenses incurred by the Fund, if any) paid by the Fund's Institutional Shares,

Table of Contents

Cash II Shares and Cash Series Shares (after the voluntary waivers and/or reimbursements) will not exceed 0.20%, 0.90% and 1.05% (the "Fee Limit"), respectively, up to but not including the later of (the "Termination Date"): (a) October 1, 2019; or (b) the date of the Fund's next effective Prospectus. While the Adviser and its applicable affiliates currently do not anticipate terminating or increasing these arrangements prior to the Termination Date, these arrangements may only be terminated or the Fee Limit increased prior to the Termination Date with the agreement of the Trustees.

**Directors'/Trustees' and Miscellaneous Fees**

Certain Officers and Trustees of the Fund are Officers and Directors or Trustees of certain of the above companies. To efficiently facilitate payment, Directors'/Trustees' fees and certain expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses are paid by an affiliate of the Adviser which in due course are reimbursed by the Fund. These expenses related to conducting meetings of the Directors/Trustees and other miscellaneous expenses may be included in Accrued and Miscellaneous Expenses on the Statement of Assets and Liabilities and Statement of Operations, respectively.

**6. INTERFUND LENDING**

Pursuant to an Exemptive Order issued by the Securities and Exchange Commission, the Fund, along with other funds advised by subsidiaries of Federated Investors, Inc., may participate in an interfund lending program. This program provides an alternative credit facility allowing the Fund to borrow from other participating affiliated funds. As of July 31, 2018, there were no outstanding loans. During the year ended July 31, 2018, the program was not utilized.

**7. FEDERAL TAX INFORMATION (UNAUDITED)**

For the year ended July 31, 2018, the amount of long-term capital gains designated by the Fund was $182.

Table of Contents

# Report of Independent Registered Public Accounting Firm

**TO THE BOARD OF TRUSTEES OF MONEY MARKET OBLIGATIONS TRUST AND SHAREHOLDERS OF FEDERATED TRUST FOR U.S. TREASURY OBLIGATIONS:**

**Opinion on the Financial Statements**

We have audited the accompanying statement of assets and liabilities of Federated Trust for U.S. Treasury Obligations (the "Fund") (one of the portfolios constituting Money Market Obligations Trust), including the portfolio of investments, as of July 31, 2018, and the related statement of operations for the year then ended, the statement of changes in net assets for each of the two years in the period then ended, the financial highlights for each of the five years in the period then ended and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Fund at July 31, 2018, the results of its operations for the year then ended, the changes in its net assets for each of the two years in the period then ended and its financial highlights for each of the five years in the period then ended, in conformity with U.S. generally accepted accounting principles.

**Basis for Opinion**

These financial statements are the responsibility of the Fund's management. Our responsibility is to express an opinion on the Fund's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Fund in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement, whether due to error or fraud. The Fund is not required to have, nor were we engaged to perform, an audit of the Fund's internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our procedures included confirmation of securities owned as of July 31, 2018, by correspondence with the custodian and others, or by other appropriate auditing procedures where replies from others were not received. Our audits also included evaluating the accounting principles used and

Annual Shareholder Report

**19**

Table of Contents

significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Ernst & Young LLP*

We have served as the auditor of one or more Federated investment companies since 1979.

Boston, Massachusetts
September 24, 2018

**Annual Shareholder Report**
**20**

Table of Contents

# Shareholder Expense Example (unaudited)

As a shareholder of the Fund, you incur ongoing costs, including management fees and to the extent applicable, distribution (12b-1) fees and/or other service fees and other Fund expenses. This Example is intended to help you to understand your ongoing costs (in dollars) of investing in the Fund and to compare these costs with the ongoing costs of investing in other mutual funds. It is based on an investment of $1,000 invested at the beginning of the period and held for the entire period from February 1, 2018 to July 31, 2018.

**ACTUAL EXPENSES**

The first section of the table below provides information about actual account values and actual expenses. You may use the information in this section, together with the amount you invested, to *estimate* the expenses that you incurred over the period. Simply divide your account value by $1,000 (for example, an $8,600 account value divided by $1,000 = 8.6), then multiply the result by the number in the first section under the heading entitled "Expenses Paid During Period" to estimate the expenses attributable to your investment during this period.

**HYPOTHETICAL EXAMPLE FOR COMPARISON PURPOSES**

The second section of the table below provides information about hypothetical account values and hypothetical expenses based on the Fund's actual expense ratio and an *assumed* rate of return of 5% per year before expenses, which is not the Fund's actual return. Thus, you should *not* use the hypothetical account values and expenses to estimate the actual ending account balance or your expenses for the period. Rather, these figures are required to be provided to enable you to compare the ongoing costs of investing in the Fund with other funds. To do so, compare this 5% hypothetical example with the 5% hypothetical examples that appear in the shareholder reports of the other funds.

**Annual Shareholder Report**
**21**

Table of Contents

Please note that the expenses shown in the table are meant to highlight your ongoing costs only. Therefore, the second section of the table is useful in comparing ongoing costs only, and will not help you determine the relative *total* costs of owning different funds.

|  | Beginning Account Value 2/1/2018 | Ending Account Value 7/31/2018 | Expenses Paid During Period1 |
|---|---|---|---|
| **Actual:** |  |  |  |
| Institutional Shares | $1,000 | $1,007.60 | $1.00 |
| Cash II Shares | $1,000 | $1,004.10 | $4.47 |
| Cash Series Shares | $1,000 | $1,003.40 | $5.22 |
| **Hypothetical (assuming a 5% return before expenses):** |  |  |  |
| Institutional Shares | $1,000 | $1,023.80 | $1.00 |
| Cash II Shares | $1,000 | $1,020.30 | $4.51 |

| | | | |
|---|---|---|---|
| Cash Series Shares | $1,000 | $1,019.60 | $5.26 |

1   *Expenses are equal to the Fund's annualized net expense ratios, multiplied by the average account value over the period, multiplied by 181/365 (to reflect the one-half-year period). The annualized net expense ratios are as follows:*

| | |
|---|---|
| Institutional Shares | 0.20% |
| Cash II Shares | 0.90% |
| Cash Series Shares | 1.05% |

**Annual Shareholder Report**
**22**

Table of Contents

# Board of Trustees and Trust Officers

The Board of Trustees is responsible for managing the Trust's business affairs and for exercising all the Trust's powers except those reserved for the shareholders. The following tables give information about each Trustee and the senior officers of the Fund. Where required, the tables separately list Trustees who are "interested persons" of the Fund (i.e., "Interested" Trustees) and those who are not (i.e., "Independent" Trustees). Unless otherwise noted, the address of each person listed is Federated Investors Tower, 1001 Liberty Avenue, Pittsburgh, PA 15222. The address of all Independent Trustees listed is 4000 Ericsson Drive, Warrendale, PA 15086-7561; Attention: Mutual Fund Board. As of December 31, 2017, the Trust comprised 21 portfolio(s), and the Federated Fund Family consisted of 40 investment companies (comprising 108 portfolios). Unless otherwise noted, each Officer is elected annually. Unless otherwise noted, each Trustee oversees all portfolios in the Federated Fund Family and serves for an indefinite term. The Fund's Statement of Additional Information includes additional information about Trust Trustees and is available, without charge and upon request, by calling 1-800-341-7400.

**INTERESTED TRUSTEES BACKGROUND**

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held and Previous Position(s) |
|---|---|
| | |

| | |
|---|---|
| **J. Christopher Donahue\*** <br> Birth Date: April 11, 1949 <br> PRESIDENT AND TRUSTEE <br> Indefinite Term <br> Began serving: April 1989 | **Principal Occupations**: Principal Executive Officer and President of certain of the Funds in the Federated Fund Family; Director or Trustee of the Funds in the Federated Fund Family; President, Chief Executive Officer and Director, Federated Investors, Inc.; Chairman and Trustee, Federated Investment Management Company; Trustee, Federated Investment Counseling; Chairman and Director, Federated Global Investment Management Corp.; Chairman and Trustee, Federated Equity Management Company of Pennsylvania; Trustee, Federated Shareholder Services Company; Director, Federated Services Company. <br><br> **Previous Positions**: President, Federated Investment Counseling; President and Chief Executive Officer, Federated Investment Management Company, Federated Global Investment Management Corp. and Passport Research, Ltd; Chairman, Passport Research, Ltd. |

Annual Shareholder Report

**23**

Table of Contents

| Name <br> Birth Date <br> Positions Held with Trust <br> Date Service Began | Principal Occupation(s) for Past Five Years, <br> Other Directorships Held and Previous Position(s) |
|---|---|
| **Thomas R. Donahue\*** <br> Birth Date: October 20, 1958 <br> TRUSTEE <br> Indefinite Term <br> Began serving: May 2016 | **Principal Occupations**: Director or Trustee of certain of the funds in the Federated Fund Family; Chief Financial Officer, Treasurer, Vice President and Assistant Secretary, Federated Investors, Inc.; Chairman and Trustee, Federated Administrative Services; Chairman and Director, Federated Administrative Services, Inc.; Trustee and Treasurer, Federated Advisory Services Company; Director or Trustee and Treasurer, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, and Federated Investment Management Company; Director, MDTA LLC; Director, Executive Vice President and Assistant Secretary, Federated Securities Corp.; Director or Trustee and Chairman, Federated Services Company and Federated Shareholder Services Company; and Director and President, FII Holdings, Inc. <br><br> **Previous Positions**: Director, Federated Investors, Inc.; Assistant Secretary, Federated Investment Management Company, Federated Global Investment Management Company and Passport Research, LTD; Treasurer, Passport Research, LTD; Executive Vice President, Federated Securities Corp.; and Treasurer, FII Holdings, Inc. |

\*    *Family relationships and reasons for "interested" status: J. Christopher Donahue and Thomas R. Donahue are brothers. Both are "interested" due to their beneficial ownership of shares of Federated Investors, Inc. and the positions they hold with Federated and its subsidiaries.*

**INDEPENDENT TRUSTEES BACKGROUND**

| Name <br> Birth Date <br> Positions Held with Trust <br> Date Service Began | Principal Occupation(s) for Past Five Years, <br> Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **John T. Collins** <br> Birth Date: January 24, 1947 <br> TRUSTEE <br> Indefinite Term <br> Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Chairman and CEO, The Collins Group, Inc. (a private equity firm) (Retired). <br><br> **Other Directorships Held**: Director, Current Chair of the Compensation Committee, KLX Corp. <br><br> **Qualifications**: Mr. Collins has served in several business and financial management roles and directorship positions throughout his career. Mr. Collins previously served as Chairman and CEO, The Collins Group, Inc. (a private equity firm). Mr. Collins serves as Chairman Emeriti, Bentley University. Mr. Collins previously served as Director and Audit Committee Member, Bank of America Corp.; Director, FleetBoston Financial Corp.; and Director, Beth Israel Deaconess Medical Center (Harvard University Affiliate Hospital). |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **G. Thomas Hough**<br>Birth Date: February 28, 1955<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2015 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; formerly, Vice Chair, Ernst & Young LLP (public accounting firm) (Retired).<br><br>**Other Directorships Held**: Director, Chair of the Audit Committee, Governance Committee, Publix Super Markets, Inc.; Director, Member of the Audit Committee and Technology Committee of Equifax, Inc.<br><br>**Qualifications**: Mr. Hough has served in accounting, business management and directorship positions throughout his career. Mr. Hough most recently held the position of Americas Vice Chair of Assurance with Ernst & Young LLP (public accounting firm). Mr. Hough is an Executive Committee member of the United States Golf Association, he serves on the President's Cabinet and Business School Board of Visitors for the University of Alabama and is on the Business School Board of Visitors for Wake Forest University. |
| **Maureen Lally-Green**<br>Birth Date: July 5, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2009 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Dean of the Duquesne University School of Law; Professor and Adjunct Professor of Law, Duquesne University School of Law; formerly, Interim Dean of the Duquesne University School of Law; formerly, Associate General Secretary and Director, Office of Church Relations, Diocese of Pittsburgh.<br><br>**Other Directorships Held**: Director, CNX Resources Corporation (formerly known as CONSOL Energy Inc.).<br><br>**Qualifications**: Judge Lally-Green has served in various legal and business roles and directorship positions throughout her career. Judge Lally-Green previously served as a member of the Superior Court of Pennsylvania and as a Professor of Law, Duquesne University School of Law. Judge Lally-Green also currently holds the positions on not for profit or for profit boards of directors as follows: Director and Chair, UPMC Mercy Hospital; Director and Vice Chair, Our Campaign for the Church Alive!, Inc.; Director, Saint Vincent College; Member, Pennsylvania State Board of Education (public); and Director CNX Resources Corporation (formerly known as CONSOL Energy Inc.). Judge Lally-Green held the positions of: Director, Auberle; Director, Epilepsy Foundation of Western and Central Pennsylvania; Director, Ireland Institute of Pittsburgh; Director, Saint Thomas More Society; Director and Chair, Catholic High Schools of the Diocese of Pittsburgh, Inc.; Director, Pennsylvania Bar Institute; Regent, St. Vincent Seminary; and Director and Chair, North Catholic High School, Inc. |
| **Charles F. Mansfield, Jr.**<br>Birth Date: April 10, 1945<br>TRUSTEE<br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Mansfield has served as a Marine Corps officer and in several banking, business management, educational roles and directorship positions throughout his long career. He remains active as a Management Consultant. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years,<br>Other Directorships Held, Previous Position(s) and Qualifications |
|---|---|
| **Thomas M. O'Neill**<br>Birth Date: June 14, 1951<br>TRUSTEE<br>Indefinite Term<br>Began serving: August 2006 | **Principal Occupations**: Director or Trustee, Chair of the Audit Committee of the Federated Fund Family; Sole Proprietor, Navigator Management Company (investment and strategic consulting).<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. O'Neill has served in several business, mutual fund and financial management roles and directorship positions throughout his career. Mr. O'Neill serves as Director, Medicines for Humanity and Director, The Golisano Children's Museum of Naples, Florida. Mr. O'Neill previously served as Chief Executive Officer and President, Managing Director and Chief Investment Officer, Fleet Investment Advisors; President and Chief Executive Officer, Aeltus Investment Management, Inc.; General Partner, Hellman, Jordan Management Co., Boston, MA; Chief Investment Officer, The Putnam Companies, Boston, MA; Credit Analyst and Lending Officer, Fleet Bank; Director and Consultant, EZE Castle Software (investment order management software); and Director, Midway Pacific (lumber). |

| | |
|---|---|
| **P. Jerome Richey**<br>Birth Date: February 23, 1949<br>TRUSTEE<br>Indefinite Term<br>Began serving: September 2013 | **Principal Occupations**: Director or Trustee of the Federated Fund Family; Management Consultant; formerly, Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh and Executive Vice President and Chief Legal Officer, CNX Resources Corporation (formerly known as CONSOL Energy Inc.)<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Richey has served in several business and legal management roles and directorship positions throughout his career. Mr. Richey most recently held the positions of Senior Vice Chancellor and Chief Legal Officer, University of Pittsburgh. Mr. Richey previously served as Chairman of the Board, Epilepsy Foundation of Western Pennsylvania and Chairman of the Board, World Affairs Council of Pittsburgh. Mr. Richey previously served as Chief Legal Officer and Executive Vice President, CNX Resources Corporation (formerly known as CONSOL Energy Inc.); and Board Member, Ethics Counsel and Shareholder, Buchanan Ingersoll & Rooney PC (a law firm). |
| **John S. Walsh**<br>Birth Date: November 28, 1957<br>TRUSTEE<br><br>Indefinite Term<br>Began serving: January 1999 | **Principal Occupations**: Director or Trustee, and Chair of the Board of Directors or Trustees, of the Federated Fund Family; President and Director, Heat Wagon, Inc. (manufacturer of construction temporary heaters); President and Director, Manufacturers Products, Inc. (distributor of portable construction heaters); President, Portable Heater Parts, a division of Manufacturers Products, Inc.<br><br>**Other Directorships Held**: None.<br><br>**Qualifications**: Mr. Walsh has served in several business management roles and directorship positions throughout his career. Mr. Walsh previously served as Vice President, Walsh & Kelly, Inc. (paving contractors). |

**Annual Shareholder Report**

**26**

Table of Contents

## OFFICERS

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Lori A. Hensler**<br>Birth Date: January 6, 1967<br>TREASURER<br>Officer since: April 2013 | **Principal Occupations**: Principal Financial Officer and Treasurer of the Federated Fund Family; Senior Vice President, Federated Administrative Services; Financial and Operations Principal for Federated Securities Corp. and Edgewood Services, Inc.; and Assistant Treasurer, Federated Investors Trust Company. Ms. Hensler has received the Certified Public Accountant designation.<br><br>**Previous Positions**: Controller of Federated Investors, Inc.; Senior Vice President and Assistant Treasurer, Federated Investors Management Company; Treasurer, Federated Investors Trust Company; Assistant Treasurer, Federated Administrative Services, Federated Administrative Services, Inc., Federated Securities Corp., Edgewood Services, Inc., Federated Advisory Services Company, Federated Equity Management Company of Pennsylvania, Federated Global Investment Management Corp., Federated Investment Counseling, Federated Investment Management Company, Passport Research, Ltd., and Federated MDTA, LLC; Financial and Operations Principal for Federated Securities Corp., Edgewood Services, Inc. and Southpointe Distribution Services, Inc. |
| **Peter J. Germain**<br>Birth Date: September 3, 1959<br>CHIEF LEGAL OFFICER, SECRETARY AND EXECUTIVE VICE PRESIDENT<br>Officer since: January 2005 | **Principal Occupations**: Mr. Germain is Chief Legal Officer, Secretary and Executive Vice President of the Federated Fund Family. He is General Counsel, Chief Legal Officer, Secretary and Executive Vice President, Federated Investors, Inc.; Trustee and Senior Vice President, Federated Investors Management Company; Trustee and President, Federated Administrative Services; Director and President, Federated Administrative Services, Inc.; Director and Vice President, Federated Securities Corp.; Director and Secretary, Federated Private Asset Management, Inc.; Secretary, Federated Shareholder Services Company; and Secretary, Retirement Plan Service Company of America. Mr. Germain joined Federated in 1984 and is a member of the Pennsylvania Bar Association.<br><br>**Previous Positions**: Deputy General Counsel, Special Counsel, Managing Director of Mutual Fund Services, Federated Investors, Inc.; Senior Vice President, Federated Services Company; and Senior Corporate Counsel, Federated Investors, Inc. |
| **Richard B. Fisher**<br>Birth Date: May 17, 1923<br>VICE PRESIDENT<br>Officer since: October 1988 | **Principal Occupations**: Vice Chairman or Vice President of some of the Funds in the Federated Fund Family; Vice Chairman, Federated Investors, Inc.; Chairman, Federated Securities Corp.<br><br>**Previous Positions**: President and Director or Trustee of some of the Funds in the Federated Fund Family; Executive Vice President, Federated Investors, Inc.; Director and Chief Executive Officer, Federated Securities Corp. |

Table of Contents

| Name<br>Birth Date<br>Positions Held with Trust<br>Date Service Began | Principal Occupation(s) for Past Five Years<br>and Previous Position(s) |
|---|---|
| **Stephen Van Meter**<br>Birth Date: June 5, 1975<br>CHIEF COMPLIANCE OFFICER AND SENIOR VICE PRESIDENT<br>Officer since: July 2015 | **Principal Occupations**: Senior Vice President and Chief Compliance Officer of the Federated Fund Family; Vice President and Chief Compliance Officer of Federated Investors, Inc. and Chief Compliance Officer of certain of its subsidiaries. Mr. Van Meter joined Federated in October 2011. He holds FINRA licenses under Series 3, 7, 24 and 66.<br><br>**Previous Positions**: Mr. Van Meter previously held the position of Compliance Operating Officer, Federated Investors, Inc. Prior to joining Federated, Mr. Van Meter served at the United States Securities and Exchange Commission in the positions of Senior Counsel, Office of Chief Counsel, Division of Investment Management and Senior Counsel, Division of Enforcement. |
| **Deborah A. Cunningham**<br>Birth Date: September 15, 1959<br>CHIEF INVESTMENT OFFICER<br>Officer since: May 2004<br>Portfolio Manager since: January 1994 | **Principal Occupations**: Deborah A. Cunningham has been the Fund's Portfolio Manager since January 1994. Ms. Cunningham was named Chief Investment Officer of Federated's money market products in 2004. She joined Federated in 1981 and has been a Senior Portfolio Manager since 1997 and an Executive Vice President of the Fund's Adviser since 2009. Ms. Cunningham has received the Chartered Financial Analyst designation and holds an M.S.B.A. in Finance from Robert Morris College. |

Table of Contents

# Evaluation and Approval of Advisory Contract – May 2018

**FEDERATED TRUST FOR U.S. TREASURY OBLIGATIONS (THE "FUND")**

At its meetings in May 2018, the Fund's Board of Trustees (the "Board"), including a majority of those Trustees who are not "interested persons" of the Fund, as defined in the Investment Company Act of 1940 (the "Independent Trustees"), reviewed and unanimously approved the continuation of the Fund's investment advisory contract for an additional one-year term. The Board's

decision regarding the contract reflects the exercise of its business judgment after considering all of the information received on whether to continue the existing arrangements.

The Board had previously appointed a Senior Officer, whose duties included specified responsibilities relating to the process by which advisory fees are to be charged to a fund advised by Federated Investment Management Company (the "Adviser") or its affiliates (collectively, "Federated") (each, a "Federated fund"). The Senior Officer's responsibilities included preparing and furnishing to the Board an annual independent written evaluation that covered topics discussed below. In December 2017, the Senior Officer position was eliminated. Notwithstanding the elimination of the Senior Officer position, at the request of the Independent Trustees, the Fund's Chief Compliance Officer (the CCO) furnished to the Board in advance of its May 2018 meetings an independent written evaluation covering substantially the same topics that had been covered in the Senior Officer's written evaluation in prior years. The Board considered the CCO's independent written evaluation (the "CCO Fee Evaluation Report"), along with other information, in evaluating the reasonableness of the Fund's management fee and in deciding to approve the continuation of the investment advisory contract. Consistent with the former Senior Officer position, the CCO, in preparing the CCO Fee Evaluation Report, has the authority to retain consultants, experts or staff as reasonably necessary to assist in the performance of his duties, reports directly to the Board, and can be terminated only with the approval of a majority of the Independent Trustees.

The Board also considered judicial decisions concerning allegedly excessive investment advisory fees in making its decision. Using these judicial decisions as a guide, the Board observed that the following factors may be relevant to an adviser's fiduciary duty with respect to its receipt of compensation from a fund: (1) the nature and quality of the services provided by an adviser to a fund and its shareholders (including the performance of the fund, its benchmark and comparable funds); (2) an adviser's cost of providing the services (including the profitability to an adviser of providing advisory services to a fund); (3) the extent to which an adviser may realize "economies of scale" as a fund grows larger and, if such economies of scale exist, whether they have been shared with a fund and its shareholders or the family of funds; (4) any "fall-out" financial benefits that accrue to an adviser because of its relationship with a fund (including

Annual Shareholder Report

**29**

Table of Contents

research services received from brokers that execute fund trades and any fees paid to affiliates of an adviser for services rendered to a fund); (5) comparative fee and expense structures (including a comparison of fees paid to an adviser with those paid by similar funds both internally and externally as well as management fees charged to institutional and other advisory clients of the Adviser or its affiliates for what might be viewed as like services); and (6) the extent of care, conscientiousness and independence with which the fund's board members perform their duties and their expertise (including whether they are fully informed about all facts the board deems relevant to its consideration of an adviser's services and fees). The Board noted that the Securities and Exchange Commission (SEC) disclosure requirements regarding the basis for the Board's approval of the Fund's investment advisory contract generally align with the factors listed above. The Board was aware of these factors and was guided by them in its review of the Fund's investment advisory contract to the extent it considered them to be appropriate and relevant, as discussed further below.

The Board considered and weighed these factors in light of its substantial accumulated experience in governing the Fund and working with Federated on matters relating to the Federated funds. The Independent Trustees were assisted in their deliberations by independent legal counsel.

In addition to the extensive materials that comprise and accompany the CCO Fee Evaluation Report, the Board received detailed information about the Fund and the Federated organization throughout the year, and in connection with its May meetings at which the Board's formal approval of the advisory and subadvisory contracts occurred. In this regard, Federated provided much of this information at each regular meeting of the Board, and furnished additional information specifically in connection with the May meetings. In the months preceding the May meetings, the Board requested and reviewed written materials prepared by Federated in response to requests on behalf of the Independent Trustees encompassing a wide variety of topics. At the May meetings, in addition to meeting in separate sessions of the Independent Trustees without management present, senior management of the Adviser also met with the Independent Trustees and their counsel to discuss the materials presented and such additional matters as the Independent Trustees deemed reasonably necessary to evaluate the advisory and subadvisory contracts. Between regularly scheduled meetings, the Board also received information on particular matters as the need arose.

The Board's consideration of the investment advisory contract included review of the CCO Fee Evaluation Report, accompanying data and additional information covering the following matters among others: the Adviser's investment philosophy, revenue, profitability, personnel and processes; investment and operating strategies; the Fund's short-term and long-term performance (in absolute terms, both on a gross basis and net of expenses, as well as in terms relative to its particular investment program and certain competitor or "peer group" funds and/or other benchmarks, as appropriate) and comments on the

Annual Shareholder Report

**30**

Table of Contents

reasons for performance; the Fund's investment objectives; the Fund's expenses, including the advisory fee and the overall expense structure of the Fund (both in absolute terms and relative to similar and/or competing funds), with due regard for contractual or voluntary expense limitations; the use and allocation of brokerage commissions derived from trading the Fund's portfolio securities (if any); and the nature, quality and extent of the advisory and other services provided to the Fund by the Adviser and its affiliates. The Board also considered the preferences and expectations of Fund shareholders; the entrepreneurial and other risks assumed by the Adviser in sponsoring the Fund; the continuing state of competition in the mutual fund industry and market practices; the range of comparable fees for similar funds in the mutual fund industry; the Fund's relationship to the Federated funds which include a comprehensive array of funds with different investment objectives, policies and strategies which are generally available for exchange without the incurrence of additional sales charges; compliance and audit reports concerning the Federated funds and the Federated companies that service them (including communications from regulatory agencies), as well as Federated's responses to any issues raised therein; and relevant developments in the mutual fund industry and how the Federated funds and/or Federated are responding to them. The Board's evaluation process is evolutionary. The criteria considered and the emphasis placed on relevant criteria change in recognition of changing circumstances in the mutual fund marketplace.

While mindful that courts have cautioned against giving too much weight to comparative information concerning fees charged by other advisers for managing funds with comparable investment programs, the Board has found the use of such comparisons to be relevant to its deliberations. In this regard, the Board was presented with, and considered, information regarding the contractual advisory fee rates, net advisory fee rates, total expense ratios and each element of the Fund's total expense ratio (i.e., gross and net advisory fees, custody fees, portfolio accounting fees and transfer agency fees) relative to an appropriate group of peer funds compiled by Federated using data supplied by independent fund ranking organizations (the "Peer Group"). The Board received a description of the composition and methodology used to select the Peer Group. The Board focused on comparisons with other similar mutual funds more heavily than non-mutual fund products or services because it is believed that they are more relevant. For example, other mutual funds are the products most like the Fund, in that they are readily available to Fund shareholders as alternative investment vehicles. Also, they are the type of investment vehicle, in fact, chosen and maintained by the Fund's investors. The range of their fees and expenses, therefore, appears to be a relevant indicator of what consumers have found to be reasonable in the marketplace in which the Fund competes.

<div align="center">

**Annual Shareholder Report**

31

</div>

Table of Contents

The Board reviewed the contractual advisory fee rate, net advisory fee rate and other expenses of the Fund and noted the position of the Fund's fee rates relative to its Peer Group. In this regard, the Board noted that the contractual advisory fee rate was above the median of the relevant Peer Group, but the Board noted the applicable waivers and reimbursements, and that the overall expense structure of the Fund remained competitive in the context of other factors considered by the Board.

For comparison, the CCO reviewed the fees charged by Federated for providing advisory services to products other than the Federated funds (e.g., institutional and separate accounts and third-party unaffiliated mutual funds for which Federated serves as sub-adviser) (referenced to as "Comparable Funds/Accounts"). With respect to Comparable Funds/Accounts other than third-party mutual funds, the CCO concluded that they are inherently different products. Those differences include, but are not limited to, different types of targeted investors; different applicable laws and regulations; different legal structures; different average account sizes and portfolio management techniques made necessary by different cash flows and different associated costs; and the time spent by portfolio managers and their teams, as well as personnel in the Funds Financial Services, Legal, Compliance and Risk Management departments, in reviewing securities pricing, addressing different administrative responsibilities, addressing different degrees of risk associated with management and a variety of different costs. The CCO also reviewed the differences in the nature of the services required for Federated to manage its proprietary mutual fund business versus managing a discrete pool of assets as a sub-adviser to another institution's mutual fund, and that Federated generally performs significant additional services and assumes substantially greater risk in managing the Fund and other Federated funds than in its role as sub-adviser to an unaffiliated third-party mutual fund. The CCO did not consider the fees for providing advisory services to Comparable Funds/Accounts to be determinative in judging the appropriateness of the Federated funds' advisory fees.

Following such evaluation, and full deliberations, the Board concluded that the fees and expenses of the Fund are reasonable and supported renewal of the Fund's investment advisory contract.

The Board considered the nature, extent and quality of the services provided to the Fund by the Adviser and the resources of the Adviser and its affiliates dedicated to the Fund. In this regard, the Board evaluated, among other things, the Adviser's personnel, experience, track record, overall reputation and willingness to invest in personnel and infrastructure that benefit the Fund. In addition, the Board reviewed the qualifications, backgrounds and responsibilities of the portfolio management team primarily responsible for the day-to-day management of the Fund and the Adviser's ability and experience in attracting and retaining qualified personnel to service

the Fund. The Board noted the compliance program of the Adviser and the compliance-related resources provided to the Fund by the Adviser, including the Adviser's commitment to

Table of Contents

respond to rulemaking initiatives of the SEC. The Fund's ability to deliver competitive performance when compared to its Peer Group was also deemed to be relevant by the Board as a useful indicator of how the Adviser is executing the Fund's investment program. The Adviser's ability to execute this program was one of the Board's considerations in reaching a conclusion that the nature, extent, and quality of the Adviser's investment management services warrant the continuation of the investment advisory contract.

In evaluating the Fund's investment performance, the Board considered performance results in light of the Fund's investment objective, strategies and risks, as disclosed in the Fund's prospectus. The Board considered detailed investment reports on the Fund's performance that were provided to the Board throughout the year and in connection with the May meetings. The CCO also reviewed information regarding the performance of other mutual funds in the Peer Group, noting the CCO's view that comparisons to fund peer groups may be helpful, though not conclusive, in evaluating the performance of the Adviser in managing the Fund. The Board considered, in evaluating such comparisons, that in some cases individual funds may exhibit significant and unique differences in their objectives and management techniques when compared to other funds within a Peer Group.

The Fund's performance was above the median of the relevant Peer Group for the one-year period covered by the CCO Fee Evaluation Report. The Board also considered the relatively tight dispersion of performance data with respect to the Fund and its Peer Group.

Following such evaluation, and full deliberations, the Board concluded that the performance of the Fund supported renewal of the Fund's investment advisory contract.

The Board also received financial information about Federated, including information regarding the compensation and ancillary (or "fall-out") benefits Federated derived from its relationships with the Federated funds. This information covered not only the fees under the investment advisory contracts, but also fees received by Federated's subsidiaries for providing other services to the Federated funds under separate contracts (e.g., for serving as the Federated funds' administrator and distributor). In this regard, the Board considered that certain Federated subsidiaries provide distribution and shareholder services to the Federated funds, for which they may be compensated through distribution and servicing fees paid pursuant to Rule 12b-1 plans or otherwise. The information also detailed any indirect benefit Federated may derive from its receipt of research services from brokers who execute Federated fund trades. In addition, the Board considered the fact that, in order for a Federated fund to be competitive in the marketplace, the Adviser and its affiliates frequently waived fees and/or reimbursed expenses and have disclosed to Federated fund investors and/or indicated to the Board their intention to do so in the future. Moreover, the Board receives regular reporting as to the institution, adjustment or elimination of these voluntary waivers.

Table of Contents

Federated furnished information, requested by the CCO, that reported revenues on a fund-by-fund basis and made estimates of the allocation of expenses on a fund-by-fund basis, using allocation methodologies specified by the CCO. The CCO noted that, while these cost allocation reports apply consistent allocation processes, the inherent difficulties in allocating costs continues to cause the CCO to question the precision of the process and to conclude that such reports may be unreliable, since a single change in an allocation estimate may dramatically alter the resulting estimate of cost and/or profitability of a Federated fund and may produce unintended consequences. The allocation information, including the CCO's view that fund-by-fund estimations may be unreliable, was considered in the evaluation by the Board.

The Board and the CCO also reviewed information compiled by Federated comparing its profitability information to other publicly held fund management companies, including information regarding profitability trends over time. In this regard, the CCO concluded that Federated's profit margins did not appear to be excessive. The CCO also noted that Federated appeared financially sound, with the resources necessary to fulfill its obligations under its contracts with the Fund.

The CCO Fee Evaluation Report also discussed the notion of possible realization of "economies of scale" as a fund grows larger. In this regard, the Board considered that the Adviser has made significant and long-term investments in areas that support all of the Federated funds, such as personnel and processes for the portfolio management, shareholder services, compliance, internal audit and risk management functions, as well as systems technology (including technology relating to cybersecurity) and that the benefits of these efforts (as well as any economies of scale, should they exist) were likely to be shared with the Federated fund family as a whole. The Board noted that the Adviser's investments in these areas are extensive. In addition, the Board considered that the Adviser and its affiliates have frequently waived fees and/or reimbursed expenses and that this has allowed fund shareholders to share potential economies of scale with shareholders. The Board also considered that such waivers and reimbursements can provide protection from an increase in expenses if a Federated fund's assets decline. Federated, as it does throughout the year, and specifically in connection with

the Board's review of the advisory and subadvisory contracts, furnished information relative to revenue sharing or adviser-paid fees. Federated and the CCO noted that this information should be viewed to determine if there was an incentive to either not apply breakpoints, or to apply breakpoints at higher levels, and should not be viewed to determine the appropriateness of advisory fees because it would represent marketing and distribution expenses. The Board also noted the absence of any applicable

**Annual Shareholder Report**
34

Table of Contents

regulatory or industry guidelines on this subject, which (as discussed in the CCO Fee Evaluation Report) is compounded by the lack of any common industry practice or general pattern with respect to structuring fund advisory fees with "breakpoints" that serve to reduce the fee as a fund attains a certain size.

The CCO stated that his observations and the information accompanying the CCO Fee Evaluation Report supported a finding by the Board that the management fee for the Fund was reasonable. Under these circumstances, no objection was raised to the continuation of, the Fund's investment advisory contract. The CCO also recognized that the Board's evaluation of the Federated funds' advisory and subadvisory arrangements is a continuing and on-going process that is informed by the information that the Board requests and receives from management throughout the course of the year and, in this regard, the CCO noted certain items for future reporting to the Board or further consideration by management as the Board continues its on-going oversight of the Federated funds.

In its decision to continue an existing investment advisory contract, the Board was mindful of the potential disruptions of the Fund's operations and various risks, uncertainties and other effects that could occur as a result of a decision to terminate or not renew an investment advisory contract. In particular, the Board recognized that many shareholders have invested in the Fund on the strength of the Adviser's industry standing and reputation and with the expectation that the Adviser will have a continuing role in providing advisory services to the Fund. Thus, the Board's approval of the investment advisory contract reflected the fact that it is the shareholders who have effectively selected the Adviser by virtue of having invested in the Fund. The Board concluded that, in light of the factors summarized above, including the nature, quality and scope of the services provided to the Fund by the Adviser and its affiliates, continuation of the investment advisory contract was appropriate.

The Board based its decision to approve the investment advisory contract on the totality of the circumstances and relevant factors and with a view to past and future long-term considerations. Not all of the factors and considerations identified above were necessarily relevant to the Fund, nor did the Board consider any one of them to be determinative. With respect to the factors that were relevant, the Board's decision to approve the continuation of the contract reflects its view that Federated's performance and actions provided a satisfactory basis to support the decision to continue the existing arrangement.

**Annual Shareholder Report**
35

Table of Contents

# Voting Proxies on Fund Portfolio Securities

A description of the policies and procedures that the Fund uses to determine how to vote proxies, if any, relating to securities held in the Fund's portfolio is available, without charge and upon request, by calling 1-800-341-7400. A report on "Form N-PX" of how the Fund voted any such proxies during the most recent 12-month period ended June 30 is available via the Proxy Voting Record (Form N-PX) link associated with the Fund and share class name at www.FederatedInvestors.com/FundInformation. Form N-PX filings are also available at the SEC's website at www.sec.gov.

# Quarterly Portfolio Schedule

The Fund files with the SEC a complete schedule of its portfolio holdings, as of the close of the first and third quarters of its fiscal year, on "Form N-Q." These filings are available on the SEC's website at www.sec.gov and may be reviewed and copied at the SEC's Public Reference Room in Washington, DC. (Call 1-800-SEC-0330 for information on the operation of the Public Reference Room.) You may also access this information via the link to the Fund and share class name at www.FederatedInvestors.com/FundInformation.

Annual Shareholder Report

**36**

Table of Contents

*You could lose money by investing in the Fund. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the Fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The Fund's sponsor has no legal obligation to provide financial support to the Fund, and you should not expect that the sponsor will provide financial support to the Fund at any time.*

This Report is authorized for distribution to prospective investors only when preceded or accompanied by the Fund's Prospectus, which contains facts concerning its objective and policies, management fees, expenses and other information.

# Federated®

Federated Trust for U.S. Treasury Obligations
Federated Investors Funds
4000 Ericsson Drive
Warrendale, PA 15086-7561

Contact us at **FederatedInvestors.com**
or call 1-800-341-7400.

Federated Securities Corp., Distributor

*CUSIP 60934N799*
*CUSIP 608919551*
*CUSIP 608919569*

*28731 (9/18)*

Federated is a registered trademark of Federated Investors, Inc.
2018 ©Federated Investors, Inc.

**Item 2.    Code of Ethics**

(a) As of the end of the period covered by this report, the registrant has adopted a code of ethics (the "Section 406 Standards for Investment Companies - Ethical Standards for Principal Executive and Financial Officers") that applies to the registrant's Principal Executive Officer and Principal Financial Officer; the registrant's Principal Financial Officer also serves as the Principal Accounting Officer.

(c) There was no amendment to the registrant's code of ethics described in Item 2(a) above during the period covered by the report.

(d) There was no waiver granted, either actual or implicit, from a provision to the registrant's code of ethics described in Item 2(a) above during the period covered by the report.

(e) Not Applicable

(f)(3) The registrant hereby undertakes to provide any person, without charge, upon request, a copy of the code of ethics. To request a copy of the code of ethics, contact the registrant at 1-800-341-7400, and ask for a copy of the Section 406 Standards for Investment Companies - Ethical Standards for Principal Executive and Financial Officers.

**Item 3. Audit Committee Financial Expert**

The registrant's Board has determined that each of the following members of the Board's Audit Committee is an "audit committee financial expert," and is "independent," for purposes of this Item:   John T. Collins, G. Thomas Hough and Thomas M. O'Neill.

**Item 4.      Principal Accountant Fees and Services**

(a)      Audit Fees billed to the registrant for the two most recent fiscal years:

Fiscal year ended 2018 - $481,900

Fiscal year ended 2017 - $631,090

(b)      Audit-Related Fees billed to the registrant for the two most recent fiscal years:

Fiscal year ended 2018 - $12,505

Fiscal year ended 2017 - $7,000

Fiscal year ended 2018- - Audit consents issued for N-1A filings.

Fiscal year ended 2017- - Audit consents issued for N-1A filings.

Amount requiring approval of the registrant's audit committee pursuant to paragraph (c)(7)(ii) of Rule 2-01 of Regulation S-X, $0 and $0 respectively.

(c)      Tax Fees billed to the registrant for the two most recent fiscal years:

Fiscal year ended 2018 - $0

Fiscal year ended 2017 - $0

Amount requiring approval of the registrant's audit committee pursuant to paragraph (c)(7)(ii) of Rule 2-01 of Regulation S-X, $0 and $0 respectively.

(d)      All Other Fees billed to the registrant for the two most recent fiscal years:

Fiscal year ended 2018 - $0

Fiscal year ended 2017 - $0

Amount requiring approval of the registrant's audit committee pursuant to paragraph (c)(7)(ii) of Rule 2-01 of Regulation S-X, $0 and $0 respectively.

(e)(1) Audit Committee Policies regarding Pre-approval of Services.

The Audit Committee is required to pre-approve audit and non-audit services performed by the independent auditor in order to assure that the provision of such services do not impair the auditor's independence. Unless a type of service to be provided by the independent auditor has received general pre-approval, it will require specific pre-approval by the Audit Committee. Any proposed services exceeding pre-approved cost levels will require specific pre-approval by the Audit Committee.

Certain services have the general pre-approval of the Audit Committee. The term of the general pre-approval is 12 months from the date of pre-approval, unless the Audit Committee specifically provides for a different period. The Audit Committee will annually review the services that may be provided by the independent auditor without

obtaining specific pre-approval from the Audit Committee and may grant general pre-approval for such services. The Audit Committee will revise the list of general pre-approved services from time to time, based on subsequent determinations. The Audit Committee will not delegate its responsibilities to pre-approve services performed by the independent auditor to management.

The Audit Committee has delegated pre-approval authority to its Chairman. The Chairman will report any pre-approval decisions to the Audit Committee at its next scheduled meeting. The Committee will designate another member with such pre-approval authority when the Chairman is unavailable.

AUDIT SERVICES

The annual Audit services engagement terms and fees will be subject to the specific pre-approval of the Audit Committee. The Audit Committee must approve any changes in terms, conditions and fees resulting from changes in audit scope, registered investment company (RIC) structure or other matters.

In addition to the annual Audit services engagement specifically approved by the Audit Committee, the Audit Committee may grant general pre-approval for other Audit Services, which are those services that only the independent auditor reasonably can provide. The Audit Committee has pre-approved certain Audit services, all other Audit services must be specifically pre-approved by the Audit Committee.

AUDIT-RELATED SERVICES

Audit-related services are assurance and related services that are reasonably related to the performance of the audit or review of the Company's financial statements or that are traditionally performed by the independent auditor. The Audit Committee believes that the provision of Audit-related services does not impair the independence of the auditor, and has pre-approved certain Audit-related services, all other Audit-related services must be specifically pre-approved by the Audit Committee.

TAX SERVICES

The Audit Committee believes that the independent auditor can provide Tax services to the Company such as tax compliance, tax planning and tax advice without impairing the auditor's independence. However, the Audit Committee will not permit the retention of the independent auditor in connection with a transaction initially recommended by the independent auditor, the purpose of which may be tax avoidance and the tax treatment of which may not be supported in the Internal Revenue Code and related regulations. The Audit Committee has pre-approved certain Tax services, all Tax services involving large and complex transactions must be specifically pre-approved by the Audit Committee.

ALL OTHER SERVICES

With respect to the provision of services other than audit, review or attest services the pre-approval requirement is waived if:

(1)     The aggregate amount of all such services provided constitutes no more than five percent of the total amount of revenues paid by the registrant, the registrant's adviser (not including any sub-adviser whose role is primarily portfolio management and is subcontracted with or overseen by another investment adviser), and any entity controlling, controlled by, or under common control with the investment adviser that provides ongoing services to the registrant to its accountant during the fiscal year in which the services are provided;

(2)     Such services were not recognized by the registrant, the registrant's adviser (not including any sub-adviser whose role is primarily portfolio management and is subcontracted with or overseen by another investment adviser), and any entity controlling, controlled by, or under common

control with the investment adviser that provides ongoing services to
the registrant at the time of the engagement to be non-audit services;
and

(3)         Such services are promptly brought to the attention of the Audit
            Committee of the issuer and approved prior to the completion of the
            audit by the Audit Committee or by one or more members of the Audit
            Committee who are members of the board of directors to whom authority to
            grant such approvals has been delegated by the Audit Committee.

    The Audit Committee may grant general pre-approval to those permissible non-audit
services classified as All Other services that it believes are routine and recurring
services, and would not impair the independence of the auditor.

    The SEC's rules and relevant guidance should be consulted to determine the precise
definitions of prohibited non-audit services and the applicability of exceptions to
certain of the prohibitions.

PRE-APPROVAL FEE LEVELS

    Pre-approval fee levels for all services to be provided by the independent auditor
will be established annually by the Audit Committee. Any proposed services exceeding these
levels will require specific pre-approval by the Audit Committee.

PROCEDURES

    Requests or applications to provide services that require specific approval by the
Audit Committee will be submitted to the Audit Committee by both the independent auditor
and the Principal Accounting Officer and/or Internal Auditor, and must include a joint
statement as to whether, in their view, the request or application is consistent with the
SEC's rules on auditor independence.

(e)(2) Percentage of services identified in items 4(b) through 4(d) that were approved by
the registrants audit committee pursuant to paragraph (c)(7)(i)(C) of Rule 2-01 of
Regulation S-X:

            4(b)

            Fiscal year ended 2018 — 0%

            Fiscal year ended 2017 - 0%

        Percentage of services provided to the registrants investment adviser and any
        entity controlling, controlled by, or under common control with the investment
        adviser that provides ongoing services to the registrant that were approved by
        the registrants audit committee pursuant to paragraph (c)(7)(i)(C) of Rule 2-
        01 of Regulation S-X, 0% and 0% respectively.

        4(c)

        Fiscal year ended 2018 — 0%

            Fiscal year ended 2017 - 0%

        Percentage of services provided to the registrants investment adviser and any
        entity controlling, controlled by, or under common control with the investment
        adviser that provides ongoing services to the registrant that were approved by
        the registrants audit committee pursuant to paragraph (c)(7)(i)(C) of Rule 2-
        01 of Regulation S-X, 0% and 0% respectively.

11/14/2018 https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

4(d)

Fiscal year ended 2018 - 0%

Fiscal year ended 2017 - 0%

Percentage of services provided to the registrants investment adviser and any entity controlling, controlled by, or under common control with the investment adviser that provides ongoing services to the registrant that were approved by the registrants audit committee pursuant to paragraph (c)(7)(i)(C) of Rule 2-01 of Regulation S-X, 0% and 0% respectively.

(f)   NA

(g)   Non-Audit Fees billed to the registrant, the registrant's investment adviser, and certain entities controlling, controlled by or under common control with the investment adviser:

Fiscal year ended 2018 - $1,016,782

Fiscal year ended 2017 - $272,366

(h)   The registrant's Audit Committee has considered that the provision of non-audit services that were rendered to the registrant's adviser (not including any sub-adviser whose role is primarily portfolio management and is subcontracted with or overseen by another investment adviser), and any entity controlling, controlled by, or under common control with the investment adviser that provides ongoing services to the registrant that were not pre-approved pursuant to paragraph (c)(7)(ii) of Rule 2-01 of Regulation S-X is compatible with maintaining the principal accountant's independence.

The registrant's management and Audit Committee continue to believe that the registrant's registered public accounting firms, Ernst & Young LLP ("EY") and KPMG LLP ("KPMG") (as applicable, "EY/KPMG"), have the ability to exercise objective and impartial judgment on all issues encompassed within their audit services. EY/KPMG is required to make a determination that it satisfies certain independence requirements under the federal securities laws. Like other registrants, there is a risk that activities or relationships of EY/KPMG, or its partners or employees, can prevent a determination from being made that it satisfies such independence requirements with respect to the registrant, which could render it ineligible to serve as the registrant's independent public accountant.

In their respective required communications to the Audit Committee of the registrant's Board, EY/KPMG informed the Audit Committee that EY/KPMG and/or covered person professionals within EY/KPMG maintain lending relationships with certain owners of greater than 10% of the shares of the registrant and/or certain investment companies within the "investment company complex" as defined under Rule 2-01(f)(14) of Regulation S-X, which are affiliates of the registrant. EY/KPMG has advised the Audit Committee that these lending relationships implicate Rule 2-01(c)(1)(ii)(A) of Regulation S-X (referred to as the "Loan Rule"). The Loan Rule prohibits an independent public accountant, or covered person professionals at such firm, from having a financial relationship (such as a loan) with a lender that is a record or beneficial owner of more than 10% of an audit client's equity securities. For purposes of the Loan Rule, audit clients include the registrant, as well as all registered investment companies advised by advisory subsidiaries of Federated Investors, Inc., the Adviser (for which EY serves as independent public accountant), and their respective affiliates (collectively, the "Federated Fund Complex").

EY/KPMG informed the Audit Committee that EY/KPMG believes that these lending relationships described above do not and will not impair EY/KPMG's ability to exercise objective and impartial judgment in connection with financial statement audits of their respective funds of the registrant and a reasonable investor with knowledge of all

https://www.sec.gov/Archives/edgar/data/856517/000162363218001166/form.htm

relevant facts and circumstances would conclude that EY/KPMG has been and is capable of objective and impartial judgment on all issues encompassed within EY/KPMG's audits.

On June 20, 2016, the Division of Investment Management of the Securities and Exchange Commission ("SEC") issued a no-action letter to another mutual fund complex (see Fidelity Management & Research Company et al., No-Action Letter) related to similar Loan Rule matters as those described above (the "Letter"). In the Letter, the SEC Staff confirmed that it would not recommend enforcement action against an investment company that relied on the audit services performed by an independent public accountant where the Loan Rule was implicated in certain specified circumstances provided that: (1) the auditor has complied with PCAOB Rule 3526(b)(1) and 3526(b)(2); (2) the Loan Rule is implicated because of lending relationships; and (3) notwithstanding such lending relationships that implicate the Loan Rule, the auditor has concluded that it is objective and impartial with respect to the issues encompassed within its engagement as auditor of the funds. The circumstances described in the Letter are substantially similar to the circumstances that implicated the Loan Rule with respect to EY/KPMG and the registrant. On September 22, 2017, the SEC extended the expiration of the Letter until the effectiveness of any amendments to the Loan Rule designed to address the concerns in the Letter.

Additionally, on July 18, 2018, EY informed the registrant that Rule 2-01(c)(1)(i)(A) of Regulation S-X ("Investment Rule") also has been implicated since July 2, 2018. The Investment Rule prohibits public accounting firms, or covered person professionals and their immediate family members, from having certain direct financial investments in their audit clients and affiliated entities. EY informed the registrant that a pension trust of a non-US affiliated entity of EY had previously made, and as of July 18, 2018 maintained, an investment in a fund ("Hermes Fund") managed by Hermes Alternative Investment Management Limited ("HAIML"), which is a wholly owned subsidiary of Hermes Fund Managers Limited ("HFML"). The pension trust's investment in the Hermes Fund involves the Investment Rule because an indirect wholly owned subsidiary of Federated Investors, Inc. (an affiliate of the registrant's adviser), acquired a 60% majority interest in HFML on July 2, 2018, effective July 1, 2018 ("Hermes Acquisition"). The pension trust first invested in the Hermes Fund in 2007, well prior to the Hermes Acquisition. The pension trust's investment represented less than 3.3% of the Hermes Fund's assets as of July 18, 2018. EY subsequently informed the registrant that EY's affiliated entity's pension trust had submitted an irrevocable redemption notice to redeem its investment in the Hermes Fund. Pursuant to the redemption terms of the Hermes Fund, the pension trust's redemption would not be effected until December 26, 2018 at the earliest. The redemption notice could not be revoked by the pension trust. The redemption notice would only be revoked by HAIML, as the adviser for Hermes Fund, if, and to the extent, the pension trust successfully sold its interest in the Hermes Fund in a secondary market transaction. EY also informed the registrant that the pension trust simultaneously submitted a request to HAIML to conduct a secondary market auction for the pension trust's interests in the Hermes Fund. In addition, the only voting rights shareholders of the Hermes Fund had under the Hermes Fund's governing documents relate to key appointments, including the election of the non-executive members of the Hermes Fund's committee, the appointment of the Hermes Fund's trustee and the adoption of the Hermes Fund's financial statements. The next meeting of the Hermes Fund at which shareholders can vote on the election of members to the Hermes Fund's committee is not until June 2019, and the size of the pension trust's investment in the Hermes Fund would not allow it to unilaterally elect a committee member or the trustee. EY does not audit the Hermes Fund and the Hermes Fund's assets and operations are not consolidated in the registrant's financial statements that are subject to audit by EY. Finally, no member of EY's audit team that provides audit services to the registrant is a beneficiary of EY's affiliated entity's pension trust. Management reviewed this matter with the registrant's Audit Committee, and, based on that review, as well as a letter from EY to the registrant dated July 26, 2018, in which EY indicated that it had determined that this matter does not impair EY's ability to exercise objective and impartial judgment in connection with the audit of the financial statements for the registrant and the belief that a reasonable investor with knowledge of all relevant facts and circumstances would conclude that EY has been and is capable of exercising objective and impartial judgment on all issues encompassed within EY's audit, the registrant's management and Audit Committee made a determination that such matter does not impair EY's ability to exercise objective

and impartial judgment in connection with the audit of the financial statements for the registrant. On August 29, 2018, EY informed the registrant that EY's affiliated entity's pension trust sold its entire interest in the Hermes Fund, effective as of August 29, 2018.

If it were to be determined that, with respect to the Loan Rule, the relief available under the Letter was improperly relied upon, or that the independence requirements under the federal securities laws were not complied with regarding the registrant, for certain periods, and/or given the implication of the Investment Rule for certain periods, any of the registrant's filings with the SEC which contain financial statements of the registrant for such periods may be determined not to be consistent with or comply with applicable federal securities laws, the registrant's ability to offer shares under its current registration statement may be impacted, and certain financial reporting and/or other covenants with, and representations and warranties to, the registrant's lender under its committed line of credit may be impacted. Such events could have a material adverse effect on the registrant and the Federated Fund Complex.

**Item 5.** **Audit Committee of Listed Registrants**

Not Applicable

**Item 6.** **Schedule of Investments**

(a) The registrant's Schedule of Investments is included as part of the Report to Stockholders filed under Item 1 of this form.

(b) Not Applicable; Fund had no divestments during the reporting period covered since the previous Form N-CSR filing.

**Item 7.** **Disclosure of Proxy Voting Policies and Procedures for Closed-End Management Investment Companies**

Not Applicable

**Item 8.** **Portfolio Managers of Closed-End Management Investment Companies**

Not Applicable

**Item 9.** **Purchases of Equity Securities by Closed-End Management Investment Company and Affiliated Purchasers**

Not Applicable

**Item 10.** **Submission of Matters to a Vote of Security Holders**

No Changes to Report

**Item 11.** **Controls and Procedures**

(a) The registrant's President and Treasurer have concluded that the registrant's disclosure controls and procedures (as defined in rule 30a-3(c) under the Act) are effective in design and operation and are sufficient to form the basis of the certifications required by Rule 30a-(2) under the Act, based on their evaluation of these disclosure controls and procedures within 90 days of the filing date of this report on Form N-CSR.

(b) There were no changes in the registrant's internal control over financial reporting (as defined in rule 30a-3(d) under the Act) during the second fiscal quarter of the period covered by this report that have materially affected, or are reasonably likely to materially affect, the registrant's internal control over financial reporting.

**Item 12.** **Disclosure of Securities Lending Activities for Closed-End Management Investment Companies**

Not Applicable

**Item 13.    Exhibits**

**(a)(1)  Code of Ethics- Not Applicable to this Report.**

(a)(2)  Certifications of Principal Executive Officer and Principal Financial Officer.

(a)(3)  Not Applicable.

(b)  Certifications pursuant to 18 U.S.C. Section 1350.




**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Registrant <u>Money Market Obligations Trust</u>

By <u>/S/ Lori A. Hensler</u>

        Lori A. Hensler, Principal Financial Officer

Date <u>September 24, 2018</u>


Pursuant to the requirements of the Securities Exchange Act of 1934 and the Investment Company Act of 1940, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

By <u>/S/ J. Christopher Donahue</u>

        J. Christopher Donahue, Principal Executive Officer

Date <u>September 24, 2018</u>


By <u>/S/ Lori A. Hensler</u>

        Lori A. Hensler, Principal Financial Officer

Date <u>September 24, 2018</u>