IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, et al.,[1] | ) Case No. 18-12808 (KG) |
| Debtors. | ) (Joint Administration Requested) |
| | ) **Related Docket No. 7** |

Hearing Date: December 17, 2018 at 12:30 p.m. (ET)

**NOTICE OF HEARING ON MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING THE USE OF CASH COLLATERAL, (B) PROVIDING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE** that on December 13, 2018, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [Docket No. 7] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors attached to the Cash Collateral Motion the proposed *Interim Order (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* (the "Proposed Interim Order"). A copy of the Proposed Interim Order is attached hereto as **Exhibit A.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the Cash Collateral Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **December 17, 2018 at 12:30 p.m. (Eastern Time)**. A copy of the Cash Collateral Motion may be obtained by contacting the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors will serve upon you a complete copy of (a) the Cash Collateral Motion, (b) any Interim Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the Cash Collateral Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Order before or at the Interim Hearing.

*[Remainder of Page Left Intentionally Blank]*

Dated: December 14, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
              rfeinstein@pszjlaw.com
              jpomerantz@pszjlaw.com
              ikharasch@pszjlaw.com
              mlitvak@pszjlaw.com
              crobinson@pszjlaw.com

[Proposed] Counsel for the Debtors and Debtors-in-Possession