THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| White Eagle Asset Portfolio, LP, *et al.*, | ) | Case No. 18-12808 (KG) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew T. Zatz to represent CLMG Corp. and LNV Corporation, on behalf of itself and certain of its affiliates in the above-captioned case.

Dated: December 17, 2018  
Wilmington, Delaware

*/s/ Jeffrey M. Schlerf*  
Jeffrey M. Schlerf (DE No. 3047)  
**FOX ROTHSCHILD LLP**  
919 North Market Street, Suite 300  
Wilmington, DE 19801  
Telephone: (302) 654-7444  
Email: jschlerf@foxrothschild.com

*Counsel to CLMG Corp. and LNV Corporation*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Andrew T. Zatz*  
Andrew T. Zatz, Esq.  
**WHITE & CASE LLP**  
1221 Avenue of the Americas  
New York, NY 10020-1095  
Telephone: (212) 819-8200  
Email: azatz@whitecase.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 17th, 2018**  
**Wilmington, Delaware**

**KEVIN GROSS**  
**UNITED STATES BANKRUPTCY JUDGE**