IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| Debtors. | ) (Joint Administration Requested) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR DECEMBER 17, 2018 AT 12:30 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[3]**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Chapter 11 Petitions:

    A. White Eagle General Partner, LLC

    B. Lamington Road Designated Activity Company

    C. White Eagle Asset Portfolio, LP

2. Declaration of Miriam Martinez in Support of First Day Motions [Docket No. 3, filed 12/13/18].

    **Responses Received:**

    **(a) Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 23).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] **Amended items appear in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than thirty minutes prior to the hearing.

    **(b) Declaration of Andrew Zatz in Support of the Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 24).**

**Status**:  The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### First Day Administrative Motions and Application

3. Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2, filed 12/13/18].

    **Responses Received:**

    **(a) Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 23).**

    **(b) Declaration of Andrew Zatz in Support of the Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 24).**

**Status**:  This matter is going forward.

4. Motion of Debtors for Entry of Order Authorizing Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor [Docket No. 4, filed 12/13/18].

    **Responses Received:**

    **(a) Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 23).**

    **(b) Declaration of Andrew Zatz in Support of the Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 24).**

**Status**:  This matter is going forward.

### First Day Motions Pertaining to Business Operations

5. Motion of Debtors for Entry of Order (A) Authorizing Debtors to (i) Maintain Life Settlements Insurance and Pay any Prepetition Obligations Related Thereto and (ii)

Satisfy All Servicing Obligations Regarding Life Settlements in the Ordinary Course of Business and (B) Granting Related Relief [Docket No. 5, filed 12/13/18].

**Responses Received:**

(a) **Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 23).**

(b) **Declaration of Andrew Zatz in Support of the Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 24).**

**Status**:   This matter is going forward.

6. Motion of Debtors for Order Authorizing (A) Continuance of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief [Docket No. 6, filed 12/13/18].

   **Responses Received:**

   (a) **Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 23).**

   (b) **Declaration of Andrew Zatz in Support of the Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 24).**

**Status**:   This matter is going forward.

### First Day Motion Pertaining to Financing

7. Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Docket No. 7, filed 12/13/18].

   **Responses Received:**

   (a) **Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 23).**

**(b) Declaration of Andrew Zatz in Support of the Preliminary Response of CLMG Corp. and LNV Corporation to Debtors' First Day Motions and to Declaration of Miriam Martinez in Support of First Day Motions [Filed: 12/17/18] (Docket No. 24).**

**Status**:     This matter is going forward.

Dated:  December 17, 2018            PACHULSKI STANG ZIEHL & JONES LLP

 */s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
            rfeinstein@pszjlaw.com
            jpomerantz@pszjlaw.com
            ikharasch@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

Proposed Counsel for the Debtors
and Debtors-in-Possession