IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) | Case No. 18-12808 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on December 21, 2018, a copy of **CLMG CORP. AND LNV CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS IN CONNECTION WITH THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING THE USE OF CASH COLLATERAL, (B) PROVIDING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING** was served upon the following individuals via electronic mail and first class mail:

Richard M. Pachulski, Esq.
Maxim B. Litvak, Esq.
Ira D. Kharasch, Esq.
Jeffrey N. Pomerantz, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, where applicable, include: White Eagle Asset Portfolio, LP (0691) ("White Eagle"); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

| | |
|---|---|
| Dated: December 26, 2018<br>Wilmington, Delaware | **FOX ROTHSCHILD LLP**<br><br>*/s/ Carl D. Neff*<br>Jeffrey M. Schlerf (No. 3047)<br>Carl D. Neff (No. 4895)<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Facsimile: (302) 463-4971<br>jschlerf@foxrothschild.com<br>cneff@foxrothschild.com<br><br>–and–<br><br>Thomas E Lauria (admitted *pro hac vice*)<br>Jesse L. Green (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>tlauria@whitecase.com<br>jgreen@whitecase.com<br><br>–and–<br><br>David M. Turetsky (admitted *pro hac vice*)<br>Andrew T. Zatz (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>dturetsky@whitecase.com<br>azatz@whitecase.com<br><br>–and–<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>227 West Monroe Street, Suite 3900<br>Chicago, IL 60606-5055<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>jzakia@whitecase.com<br><br>*Attorneys for CLMG Corp.*<br>*and LNV Corporation* |