IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et. al.* | Case No: 18-12808(KG) |
| | (Joint Administration Requested) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* David C. Neu of K&L Gates LLP, to represent Wilmington Trust National Association in the above-captioned case.

Dated: December 28, 2018  
Wilmington, Delaware

/s/ Matthew B. Goeller
Matthew B. Goeller (#6283)
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Tel (302) 416-7082
Email: matthew.goeller@klgates.com
*Counsel to Wilmington Trust National Association*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 28, 2018  
Seattle, Washington

/s/ David C. Neu
David C. Neu (WA Bar No.33143)
K&L Gates LLP
925 Fourth Avenue, #2900
Seattle, WA 98104
Tel (206) 623-7580
Email: david.neu@klgates.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 28th, 2018**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE