IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF SERVICE OF (I) DEBTORS' RESPONSES AND OBJECTIONS TO CLMG CORP. AND LNV CORPORATION'S FIRST SET OF INTERROGATORIES TO THE DEBTORS IN CONNECTION WITH THE MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING THE USE OF CASH COLLATERAL, (B) PROVIDING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING; AND (II) DEBTORS' RESPONSES AND OBJECTIONS TO CLMG CORP. AND LNV CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS IN CONNECTION WITH THE MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING THE USE OF CASH COLLATERAL, (B) PROVIDING ADEQUATE PROTECTION, (C) MODIFYING THE AUTOMATIC STAY, AND (D) SCHEDULING A FINAL HEARING**

PLEASE TAKE NOTICE that on the 7th day of January, 2019, a true and correct copy of (i) *Debtors' Responses and Objections to CLMG Corp. and LNV Corporation's First Set of Interrogatories to the Debtors in Connection with the Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing*; and (ii) *Debtors' Responses and Objections to CLMG Corp. and LNV Corporation's First Request for Production of Documents to the Debtors in Connection with the Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

*Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* was served on the individual(s) listed below as and in the manner indicated:

**Email**
(Counsel to CLMG Corp. and LNV Corporation)
Thomas Lauria, Esq.
Jesse L. Green, Esq.
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com
           jgreen@whitecase.com

**Email**
(Counsel to CLMG Corp. and LNV Corporation)
David Turetsky, Esq.
Andrew Zatz, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Email: david.turetsky@whitecase.com
           azatz@whitecase.com

**Email**
(Counsel to CLMG Corp. and LNV Corporation)
Jason N. Zakia, Esq.
White & Case LLP
227 West Monroe Street, Suite 3900
Chicago, IL 60606-5055
Email: jzakia@whitecase.com

**Email and Hand Delivery**
(Counsel to CLMG Corp. and LNV Corporation)
Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
Email: jschlerf@pszjlaw.com

2

Dated: January 8, 2019						PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Robert J. Feinstein (NY Bar No. 1767805)
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:	rpachulski@pszjlaw.com
	rfeinstein@pszjlaw.com
	jpomerantz@pszjlaw.com
	ikharasch@pszjlaw.com
	mlitvak@pszjlaw.com
	crobinson@pszjlaw.com

Proposed Counsel for the Debtors
and Debtors-in-Possession