## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 7** |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, as made applicable herein by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, CLMG Corp. ("CLMG") and LNV Corporation ("LNV" and, together with CLMG, the "Lender Parties"), by and through their undersigned counsel, will take the deposition of Miriam Martinez on Monday, January 14, 2019 at 9:00 am local time, at the offices of White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131 (or such other time and place as may be agreed to by the parties).  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

1

| | |
|---|---|
| Dated: January 10, 2019<br>Wilmington, Delaware | Respectfully submitted, |
| /s/ Jeffrey M. Schlerf<br>Jeffrey M. Schlerf (No. 3047)<br>**FOX ROTHSCHILD LLP**<br>919 North Market St., Suite 300<br>Wilmington, DE 19801<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 463-4971<br>jschlerf@foxrothschild.com<br><br>*Attorneys for CLMG Corp.*<br>*and LNV Corporation* | Thomas E Lauria (admitted *pro hac vice*)<br>Jesse Green (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>tlauria@whitecase.com<br><br>  –and–<br><br>David M. Turetsky (admitted *pro hac vice*)<br>Andrew T. Zatz (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020-1095<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>dturetsky@whitecase.com<br>azatz@whitecase.com<br><br>  –and–<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>227 West Monroe Street, Suite 3900<br>Chicago, IL 60606-5055<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>jzakia@whitecase.com<br><br>*Attorneys for CLMG Corp.*<br>*and LNV Corporation* |