IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 16, 2019 AT 9:00 A.M.[2] (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., one (1) business day before the hearing.**

**CONTINUED MATTERS**

1.    **Cash Management Motion** – Motion of Debtors for Order Authorizing (A) Continuance
      of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited
      Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting
      Related Relief [Filed: 12/13/18] (Docket No. 6).

      Response Deadline:    January 9, 2019 at 4:00 p.m. Eastern Time.  Extended for the
      United States Trustee (the "UST").

      Responses Received:  None as of the date hereof.

      Related Documents:

      a)      [Signed] Interim Order Authorizing (A) Continuance of Existing Cash
              Management System, (B) Intercompany Transactions, (C) Limited Waiver of
              Section 345(b) Deposit and Investment Requirements, and (D) Granting Related
              Relief [Filed: 12/17/18] (Docket No. 36).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and
Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these
chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] The hearing time has been changed from 10:00 a.m. Eastern Time to 9:00 a.m. Eastern Time.

b)     Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Order Authorizing (A) Continuance of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief [Filed: 12/18/18] (Docket No. 46).

Status:  This matter has been continued to the omnibus hearing scheduled for February 14, 2019 at 11:00 a.m. Eastern Time.

2.     **PSZ&J Retention Application** – Application of Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Filed: 12/13/18] (Docket No. 11).

Response Deadline:   January 9, 2019 at 4:00 p.m. Eastern Time.  Extended to January 11, 2019 at 12:00 p.m. (Eastern Time) for the UST, CLMG Corp. ("CLMG"), and LNV Corporation ("LNV").

Responses Received:  None as of the date hereof.

Related Documents:

(a)     Notice of Hearing on Second Day Motions [Filed: 12/18/18] (Docket No. 45).

Status:  This matter has been continued to the omnibus hearing scheduled for February 14, 2019 at 11:00 a.m. Eastern Time.

3.     **Kasowitz Retention Application** – Application Pursuant to Section 327(e) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Nunc Pro Tunc to the Petition Date [Filed: 12/21/18] (Docket No. 53).

Response Deadline:   January 9, 2019 at 4:00 p.m. Eastern Time.  Extended to January 11, 2019 at 12:00 p.m. (Eastern Time) for the UST, CLMG, and LNV.

Responses Received:  None as of the date hereof.

Related Documents:   None as of the date hereof.

Status:  This matter has been continued to the omnibus hearing scheduled for February 14, 2019 at 11:00 a.m. Eastern Time.

**MATTERS FOR WHICH COCS HAVE BEEN FILED**

4. **Schedules and SOFAs Extension Motion** – Motion of Debtor White Eagle Asset Portfolio, LP for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs, and (II) Granting Related Relief [Filed: 12/13/18] (Docket No. 8).

   Response Deadline:    January 9, 2019 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a)    Notice of Hearing on Second Day Motions [Filed: 12/18/18] (Docket No. 45).

   b)    Certification of Counsel Regarding Revised Proposed Order Extending Time for Debtors White Eagle Asset Portfolio, LP to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs and (II) Granting Related Relief [Filed: 1/14/19] (Docket No. 69).

   Status:  A revised proposed order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

5. **Interim Comp Motion** – Motion of Debtors for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed: 12/13/18] (Docket No. 9).

   Response Deadline:    January 9, 2019 at 4:00 p.m. Eastern Time.

   Responses Received:  Informal comments from the UST, CLMG, and LNV.

   Related Documents:

   a)    Notice of Hearing on Second Day Motions [Filed: 12/18/18] (Docket No. 45).

   b)    Certification of Counsel Regarding Revised Proposed Order for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed: 1/14/19] (Docket No. 71).

   Status:  A revised proposed order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

3

DOCS_DE:222571.3 93856/003

6.    **OCP Motion** – Motion of Debtors for an Order Authorizing Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by Debtors in the Ordinary Course of Business [Filed: 12/13/18] (Docket No. 10).

Response Deadline:    January 9, 2019 at 4:00 p.m. Eastern Time.

Responses Received:    Informal comments from the UST, CLMG, and LNV.

Related Documents:

a)    Notice of Hearing on Second Day Motions [Filed: 12/18/18] (Docket No. 45).

b)    Certification of Counsel Regarding Revised Proposed Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing Debtors to Retain, Employ, and Compensate Certain Professionals Utilized By Debtors in the Ordinary Course of Business [Filed: 1/14/19] (Docket No. 72).

Status:    A revised proposed order has been filed under certification of counsel. The Debtors request entry of the order attached to the certification of counsel.

## MATTERS GOING FORWARD

7.    **Cash Collateral Motion** – Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 12/13/18] (Docket No. 7).

Response Deadline:    January 9, 2019 at 4:00 p.m. Eastern Time. Extended to January 11, 2019 at 12:00 p.m. (Eastern Time) for the UST, CLMG, and LNV.

Responses Received:

a)    Preliminary Objection of CLMG Corp. and LNV Corporation to Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 1/11/19] (Docket No. 61).

    (i)    Declaration of Mark A. Venn in Support of Preliminary Objection of CLMG Corp. and LNV Corporation to Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 1/11/19] (Docket No. 64).

    (ii)    Declaration of Andrew Zatz in Support of Preliminary Objection of CLMG Corp. and LNV Corporation to Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 1/11/19] (Docket No. 65).

DOCS_DE:222571.3 93856/003

b)      Informal comments from the UST.

Related Documents:

a)      [Signed] Interim Order (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 12/17/18] (Docket No. 37).

b)      Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 12/13/18] (Docket No. 47).

Status:  The Debtors, CLMG and LNV have resolved their dispute in principle.  The Debtors anticipate filing a revised proposed order under certification of counsel prior to the hearing.


Dated: January 14, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                           /s/ Colin R. Robinson
                                           Richard M. Pachulski (CA Bar No. 62337)
                                           Robert J. Feinstein (NY Bar No. 1767805)
                                           Jeffrey N. Pomerantz (CA Bar No.143717)
                                           Ira D. Kharasch (CA Bar No. 109084)
                                           Maxim B. Litvak (CA Bar No. 215852)
                                           Colin R. Robinson (DE Bar No. 5524)
                                           919 North Market Street, 17th Floor
                                           P.O. Box 8705
                                           Wilmington, DE  19899-8705 (Courier 19801)
                                           Telephone: (302) 652-4100
                                           Facsimile: (302) 652-4400
                                           E-mail:    rpachulski@pszjlaw.com
                                                      rfeinstein@pszjlaw.com
                                                      jpomerantz@pszjlaw.com
                                                      ikharasch@pszjlaw.com
                                                      mlitvak@pszjlaw.com
                                                      crobinson@pszjlaw.com

                                           Proposed Counsel for the Debtors
                                           and Debtors-in-Possession

DOCS_DE:222571.3 93856/003