## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) | Case No. 18-12808 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 7, 60 and 67** |
| | ) | |

### SECOND AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the deposition noticed by CLMG Corp. and LNV Corporation, by and through their undersigned counsel, pursuant to the *Amended Notice of Deposition* [Docket No. 67] has been cancelled.


Dated: January 14, 2019
      Wilmington, Delaware           **FOX ROTHSCHILD LLP**


                */s/ Jeffrey M. Schlerf*
                Jeffrey M. Schlerf (No. 3047)
                Carl D. Neff (No. 4895)
                919 North Market St., Suite 300
                Wilmington, DE 19801
                Telephone:  (302) 654-7444
                Facsimile:  (302) 463-4971
                jschlerf@foxrothschild.com
                cneff@foxrothschild.com


                      –and–

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

Thomas E Lauria (admitted *pro hac vice*)
Jesse L. Green (admitted *pro hac vice*)
**WHITE & CASE LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
jgreen@whitecase.com

–and–

David M. Turetsky (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
dturetsky@whitecase.com
azatz@whitecase.com

–and–

Jason N. Zakia (admitted *pro hac vice*)
**WHITE & CASE LLP**
227 West Monroe Street, Suite 3900
Chicago, IL 60606-5055
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
jzakia@whitecase.com

*Attorneys for CLMG Corp.*
*and LNV Corporation*