**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

IN THE MATTER OF:

        Chapter 11

White Eagle Asset Portfolio, LP, *et al.*
    Debtors         Case No. 18-12808 (KG)

**STATEMENT THAT UNSECURED CREDITORS
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

- (  ) Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

- (  ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

- ( x ) Insufficient response to the United States Trustee communication/contact for service on the committee.

- (  ) No unsecured creditor interest

- (  ) Non-operating debtor-in-possession - - No creditor interest.

- (  ) Application to convert to Chapter 7 or to dismiss pending.

- (  ) Converted or dismissed.

- (  ) Other:

        ANDREW R. VARA
        **ACTING UNITED STATES TRUSTEE**

        /s/ *Juliet Sarkessian* for
        T. PATRICK TINKER
        Assistant United States Trustee

DATED: January 30, 2019
Trial Attorney Assigned to Case: Juliet Sarkessian, Esq.
cc: Attorneys for Debtors: Colin Robinson, Esq.