## UNITED STATES
## BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: White Eagle Asset Portfolio, LP – Debtor         Case No. 18-12808-KG
      Lamington Road Designated Activity Company – Debtor         18-12615-KG
      White Eagle, GP - Debtor         18-12614-KG

Reporting Period: Nov 14 – Dec 31, 2018

## MONTHLY OPERATING REPORT
### For the period November 14, 2018 through December 31, 2018

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | Attestation |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | MOR NOTES | Attestation |
| Cash disbursements journals | | | MOR NOTES | Attestation |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post petition Taxes | MOR-4 | | | Attestation |
| Copies of IRS Form 6123 or payment receipt | | | | Attestation |
| Copies of tax returns filed during reporting period | | | | Attestation |
| Summary of Unpaid Post petition Debts | MOR-4a | X | | |
| Listing of aged accounts payable | MOR-4a | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5a | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor               Date

_____  
Signature of Joint Debtor          Date

_____  
Signature of Authorized Individual*     Date    2-7-2019

Miriam Martinez               SVP and CFO
_____  
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation;
a partner if debtor is a partnership, a manager or member if debtor is a limited liability
company.

**UNITED STATES**
**BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: **White Eagle Asset Portfolio, LP – Debtor**                                    Case No. 18-12808-KG
        **Lamington Road Designated Activity Company – Debtor**                    18-12615-KG
        **White Eagle, GP - Debtor**                                                              18-12614-KG
                                                                          Reporting Period: Nov 14 – Dec 31, 2018

**Notes to Monthly Operating Report**

This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the obligations of the above-captioned debtors and debtors in possession (the "Debtors") to provide monthly operating reports currently during these Chapter 11 Cases. The Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data.

**GENERAL:**
The reporting period is November 14, 2018 through December 31, 2018 for both Lamington Road Designated Activity Company and White Eagle, GP.  The reporting period for White Eagle Asset Portfolio is December 1, 2018 through December 31, 2018.

General Methodology: The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report.
Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein.
Reservation of Rights. Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary.

Reporting Period. In order to maintain consistency with other external reports the Debtors have included certain financial information (e.g., Balance Sheets and Income Statements) in accordance with their normal fiscal calendar. White Eagle AP, LP's December 2018 accounting period and all cash receipts and disbursements reported herein cover the period from November 14, 2018 through December 31, 2018.

| Debtor | Case No. |
| --- | --- |
| White Eagle AP, LP | 18-12808-KG |
| Lamington Road DAC | 18-12615-KG |
| White Eagle, GP | 18-12614-KG |

**Notes to MOR-1:**
The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"), as described in the Cash Management Motion.

**Notes to MOR-1a:**
See attached Attestation.
A listing of all Debtor bank accounts including the December 31, 2018 bank balance is included in this report.

**Notes to MOR-1b:**
None

**Notes to MOR-2:**
The Income Statement reflects unaudited revenue and expenses for the fiscal period November 14, 2018 through December 31, 2018 that directly correspond to the listed debtor legal entity.

**Notes to MOR-3:**
The liability information, except as otherwise noted, is listed as of the close of business as of the end of the fiscal month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this Monthly Operating Report as necessary and appropriate, but shall be under no obligation to do so. The Debtors have paid certain prepetition liabilities in accordance with orders approved by the Bankruptcy Court authorizing such payments. The Debtors believe that all undisputed post- petition accounts payable have been and are being paid according to agreed-upon terms specific to each vendor and/or service provider and as authorized by the Bankruptcy Court. Accordingly, the Debtors reserve any and all of their rights to dispute or challenge the validity of any claims asserted and / or the characterization of the structure of any transaction, document or instrument related to any creditor's claim.

**Notes to MOR-4:**
See attached Attestation.

**Notes to MOR-4a:**
White Eagle AP, LP and related debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities.

**Notes to MOR-5:**
None

In re: White Eagle Asset Portfolio, LP – Debtor
    Lamington Road Designated Activity Company – Debtor
    White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: Nov 14 – Dec 31, 2018

**MOR - 1**
**Cash Receipts and Disbursements**
**For the period November 14, 2018 through December 31, 2018**
**(USD's)**
**(Unaudited)**

| | White Eagle AP, LP 18-12808-KG | Lamington Road DAC 18-12615-KG | White Eagle, GP 18-12614-KG |
|---|---|---|---|
| **Beginning Cash (1)** | $ 33,160,282.74 | $ 25,592.13 | $ - |
| **Cash Receipts** | $ 4,255,225.89 | $ 8.27 | $ - |
| **Cash Disbursements** | | $ - | $ - |
| insurance premiums paid | $ 6,427,111.63 | | |
| CLMG & WC legal | | | |
|     Lender Interest | $ 800,000.00 | | |
|     Admin & Professional Fees | $ 200,000.00 | | |
| Imperial Finance & Trading | | | |
|     Overhead/Operating Expenses | $ 451,328.00 | | |
| | $ 7,878,439.63 | $ - | $ - |
| **Ending Cash 12/31/18** | $ 29,537,069.00 | $ 25,600.40 | $ - |

(1) Beginning Cash
    White Eagle AP, LP    December 1, 2018
    Lamington Road DAC    November 14, 2018
    White Eagle, GP    November 14, 2018

| | | | Case No. 18-12808-KG |
|---|---|---|---|
| In re: White Eagle Asset Portfolio, LP – Debtor | | | 18-12615-KG |
| Lamington Road Designated Activity Company – Debtor | | | 18-12614-KG |
| White Eagle, GP - Debtor | | | Reporting Period: Nov 14 – Dec 31, 2018 |

**MOR – 1a**
**Debtors Statement with respect to Bank Account Reconciliations, Bank Statements and Cash Disbursements**
**For the period November 14, 2018 through December 31, 2018**
**(USD's)**
**(Unaudited)**

**Bank Account Reconciliations and Cash Disbursements**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank accounts for all open and active bank accounts have been retained by the Debtors. The Debtors affirm that no bank accounts were closed during the reporting period. The Debtors affirm that no bank accounts were opened during the reporting period.

**List of Bank Accounts for Debtor Entities**

| Debtor | Bank Name | Account Type | Account # (last 4 digits) | December 31, 2018 ending balance (USD's) |
|---|---|---|---|---|
| White Eagle AP, LP | Wilmington Trust | Borrowing | 4671 | $  4,132,227.87 |
| White Eagle AP, LP | Wilmington Trust | Collections | 4672 | $ 24,435,477.43 |
| White Eagle AP, LP | Wilmington Trust | Disbursements | 4674 | $    969,363.70 |
| Lamington Road | Ulster Bank | Disbursements | 7129 | $      23,989.92 |
| Lamington Road | Ulster Bank | General | 3983 | $        1,610.48 |

_(signature)_

2-7-2019
_____
Signature of Authorized Individual

Date

Miriam Martinez
_____
Printed Name of Authorized Individual

SVP and CFO
_____
Title of Authorized Individual

In re: White Eagle Asset Portfolio, LP – Debtor

Case No. 18-12808-KG

    Lamington Road Designated Activity Company – Debtor

18-12615-KG

    White Eagle, GP - Debtor

18-12614-KG

Reporting Period: Nov 14 – Dec 31, 2018

MOR 1-b
Professional Fees Paid
For the period November 14, 2018 through December 31, 2018
(USD's)
(Unaudited)

| Company Name | Vendor | Vendor Name | Payment Number | Payment Date | Amount Paid | Invoice Voucher Number | Account Description | Amount Applied | Credit Amount | Debit Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| White Eagle AP, LP | CLMG Corp, | Professional Fees | | 12/20/2018 | $400,000.00 | WIRE | Professional | $400,000.00 | $0.00 | $400,000.00 |
| White Eagle AP, LP | CLMG Corp, | Professional Fees | | 12/27/2018 | $400,000.00 | WIRE | Professional | $400,000.00 | $0.00 | $400,000.00 |
| | | | | | $800,000.00 | | | | | |

In re: White Eagle AP, LP – Debtor                    Case No. 18-12808-KG
    Lamington Road DAC – Debtor                            18-12615-KG
    White Eagle, GP – Debtor                               18-12614-KG
                   Reporting Period: December 2018

**MOR -2**
**Debtor Statement of Operations**
**For the period November 14, 2018 through December 31, 2018**
**(USD's)**
**(Unaudited)**

| | White Eagle AP, LP (1) 18-12808-KG | Lamington Road DAC (2) 18-12615-KG | White Eagle, GP (3) 18-12614-KG |
|---|---|---|---|
| **Revenue** | | | |
| Interest Income | $34,296.17 | | $        - |
| Change in Fair Value of Life Settlements | 11,755,415.53 | | |
| Other Income | | | |
|   Total Revenue | 11,789,711.70 | 0.00 | 0.00 |
| | | | |
| Interest Expense -Revolving Credit Facility | 800,000.00 | | - |
| Change in Fair Value- Revolving Credit Facility | 7,937,719.28 | | |
| Interest Expense - Promissory Installment Note | | 1,211,976.56 | |
|   Total Financing Costs | 8,737,719.28 | 1,211,976.56 | 0.00 |
| | | | |
| **Gross Profit** | $        3,051,992.42 | $        (1,211,976.56) | $        - |
| | | | |
| **Operating Expenses** | | | |
| Office Materials and Supplies | 120.00 | (307.62) | |
| Legal Fees | 963,784.06 | | |
| Audit and Sox | | 2,709.55 | |
| Professional Fees and Contractor Services | 104,601.77 | 9,543.44 | - |
| Bank and Trustee Fees | 229,270.25 | | |
| Litigation Settlement | | | |
| General Services Agreement | | | |
| Foreign Exchange Translation | | (82.26) | - |
|   Total Operating Expenses | 1,297,776.08 | 11,863.10 | 0.00 |
| | | | |
| **Net (loss) income before taxes** | **$1,754,216.34** | **($1,223,839.66)** | **$0.00** |
| | | | |
| **Net (loss) income** | $        1,754,216.34 | ($1,223,839.66) | $        - |

(1) White Eagle AP, LP          reporting period December 1, 2018 through December 31, 2018
(2) Lamington Road DAC    reporting period November 14, 2018 through December 31, 2018
(3) White Eagle, GP          reporting period November 14, 2018 through December 31, 2018

In re: White Eagle Asset Portfolio, LP – Debtor                                    Case No. 18-12808-KG
    Lamington Road Designated Activity Company – Debtor                    18-12615-KG
    White Eagle, GP - Debtor                                               18-12614-KG
                                       Reporting Period: Nov 14 – Dec 31, 2018

**MOR - 3**
**Debtor Balance Sheet**
**December 31, 2018**
**(USD's)**
**(Unaudited)**

| | White Eagle AP, LP 18-12614-KG | Lamington Road 18-12615-KG | White Eagle AP, GP 18-12808-KG |
|---|---|---|---|
| **ASSETS** | | | |
| Assets | | | |
| Cash and cash equivalents | $29,537,069.00 | $25,600.40 | $ - |
| Prepaid expenses and other assets - all | | | |
| Prepaid expenses and other assets | 120,000.00 | 12,645.25 | |
| Investment in life settlements, at estimated fair value | 505,363,734.99 | | |
| Receivable for maturity of life settlements | 45,753,906.57 | | |
| Investment in affiliates | | 114,608,492.36 | |
| **Total Assets** | **$580,774,710.56** | **$114,646,738.01** | **$ -** |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| | | | |
| **Liabilities** | | | |
| Accounts payable and accrued expenses | $1,979,427.92 | $33,475.07 | |
| Other liabilities | 4,982,197.90 | 826.92 | |
| Revolving Credit Facility debt, at estimated fair value | 306,089,247.00 | | |
| Interest payable - promissory installment note | | 9,414,924.83 | |
| Note payable - promissory installment note | | 137,812,657.18 | |
| Due to Affiliates | 264,191.29 | | |
| **Total liabilities** | **313,315,064.11** | **147,261,884.00** | **0.00** |
| | | | |
| Contributions/(Distributions) to/from Parent | 177,637,936.00 | | 10,000.00 |
| Accumulated deficit | 89,821,710.45 | (32,615,145.99) | (10,000.00) |
| **Total stockholders' equity** | **267,459,646.45** | **(32,615,145.99)** | **0.00** |
| | | | |
| **Total liabilities and stockholders' equity** | **$580,774,710.56** | **$114,646,738.01** | **$0.00** |

In re: White Eagle Asset Portfolio, LP – Debtor                       Case No. 18-12808-KG
      Lamington Road Designated Activity Company – Debtor             18-12615-KG
      White Eagle, GP - Debtor                                 18-12614-KG
                                       Reporting Period: Nov 14 – Dec 31, 2018

MOR 4
**Status of Post-petition Taxes**
**For the period November 14, 2018 through December 31, 2018**

The above captioned debtors (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of poet-petition tax payments and tax returns filed during the reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due.  Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

_____                 2-7-2019
Signature of Authorized Individual                         Date

Miriam Martinez                                 SVP and CFO
_____              _____
Printed Name of Authorized Individual            Title of Authorized Individual

In re: White Eagle Asset Portfolio, LP – Debtor        Case No. 18-12808-KG
      Lamington Road Designated Activity Company – Debtor        18-12615-KG
      White Eagle, GP - Debtor        18-12614-KG
        Reporting Period: Nov 14 – Dec 31, 2018

**MOR -4**
**Debtor Aged Accounts Payable**
**December 31, 2018**
**(USD's)**
**(Unaudited)**

| Name | Due | | Current | | 31 - 60 Days | | 61 - 90 Days | | 91 and Over | |
|---|---|---|---|---|---|---|---|---|---|---|
| Waldman Trigoboff Hildebrandt | $ | 10,112.28 | | | $ | 7,034.60 | | | $ | 3,077.68 |
| Daniel Coker Horton & Bell | $ | 1,284.00 | | | $ | 996.00 | | | $ | 288.00 |
| MLF Lexserv | $ | 144,137.50 | $ | 144,137.50 | | | | | | |
| Curtis, Mallet-Prevost, Colt & Mo | $ | 48,149.59 | | | | | $ | 48,149.59 | | |
| Weinberg Zareh Malkin Price LLP | $ | 21,558.50 | | | $ | 5,660.50 | | | $ | 15,898.00 |
| Principal Life Insurance Company | $ | 0.10 | | | | | | | $ | 0.10 |
| | $ | 225,241.97 | $ | 144,137.50 | $ | 13,691.10 | $ | 48,149.59 | $ | 19,263.78 |

In re: White Eagle Asset Portfolio, LP – Debtor
    Lamington Road Designated Activity Company – Debtor
    White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: Nov 14 – Dec 31, 2018

**MOR -5**
**Debtor Aged Accounts Receivable**
**December 31, 2018**
**(USD's)**
**(Unaudited)**

| Insured Name | Due | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|
| Adele Frankel - 2017 | $ 17,700,000.00 | | | | $ 17,700,000.00 |
| Ruben Matz - 2017 | $ 10,000,000.00 | | | | $ 10,000,000.00 |
| Anna Zafir - Dec 2018 | $ 4,000,000.00 | $ 4,000,000.00 | | | |
| Ronald Pace - Dec 2018 | $ 10,000,000.00 | $ 10,000,000.00 | | | |
| Bernice Thomas - Dec 2018 | $ 4,000,000.00 | $ 4,000,000.00 | | | |
| Anna Zafir - Dec 2018 Premium payment refund | $ 53,906.57 | $ 53,906.57 | | | |
| | $ 45,753,906.57 | $ 18,053,906.57 | $ - | $ - | $ 27,700,000.00 |

In re: White Eagle Asset Portfolio, LP – Debtor
    Lamington Road Designated Activity Company – Debtor
    White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: Nov 14 – Dec 31, 2018

**MOR -5**

**DEBTOR QUESTIONNAIRE**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | | x |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |