IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 14, 2019 AT 11:00 A.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTER FOR WHICH COC HAS BEEN FILED**

1.  **Cash Management Motion** – Motion of Debtors for Order Authorizing (A) Continuance of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief [Filed: 12/13/18] (Docket No. 6).

    Response Deadline:   January 9, 2019 at 4:00 p.m. Eastern Time.  Extended for the United States Trustee (the "UST").

    Responses Received:

    a)   Informal comments from the Office of the United States Trustee ("UST").

    Related Documents:

    a)   [Signed] Interim Order Authorizing (A) Continuance of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited Waiver of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief [Filed: 12/17/18] (Docket No. 36).

b) Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Order Authorizing (A) Continuance of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief [Filed: 12/18/18] (Docket No. 46).

c) Certification of Counsel Regarding Final Order Authorizing (A) Continuance of Existing Cash Management System, (B) Intercompany Transactions, (C) Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief [Filed: TBF] (Docket No. TBF).

Status:  The Debtors intend on filing a proposed final order under certification of counsel that incorporates informal comments from the UST.  No hearing is necessary unless requested by the Court.

**MATTERS GOING FORWARD**

2. **PSZ&J Retention Application** – Application of Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 12/13/18] (Docket No. 11).

   Response Deadline:    January 9, 2019 at 4:00 p.m. Eastern Time.  Extended to January 11, 2019 at 12:00 p.m. (Eastern Time) for the UST, CLMG Corp. ("CLMG"), and LNV Corporation ("LNV").

   Responses Received:

   a) Limited Objection and Reservation of Rights of CLMG Corp. and LNV Corporation to Application of Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 2/7/19] (Docket No. 102).

   b) Informal comments from the UST.

   Replies Filed:

   a) Debtors' Reply to Limited Objection and Reservation of Rights of CLMG Corp. and LNV Corporation to Application of Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl

& Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 2/11/19] (Docket No. 109).

Related Documents:

a) Notice of Hearing on Second Day Motions [Filed: 12/18/18] (Docket No. 45).

b) Supplemental Declaration of Richard M. Pachulski in Support of Application of Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: TBF] (Docket No. TBF).

Status:  This matter will go forward.

3. **Kasowitz Retention Application** – Application Pursuant to Section 327(e) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 12/21/18] (Docket No. 53).

Response Deadline:   January 9, 2019 at 4:00 p.m. Eastern Time.  Extended to January 11, 2019 at 12:00 p.m. (Eastern Time) for the UST, CLMG, and LNV.

Responses Received:

a) Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Section 327(e) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 2/7/19] (Docket No. 103).

b) Informal comments from the UST.

Replies Filed:

a) Debtors' Reply to Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Section 327(e) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 2/11/19] (Docket No. 110).

Related Documents:

a) Supplemental Declaration of Sheron Korpus in Support of Debtors' Application Pursuant to Section 327(e) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation

3

        Counsel to the Debtors Nunc Pro Tunc to the Petition Date [Filed: TBF] (Docket No. TBF).

    Status:  This matter will go forward.

4. **2004 Motion** – Motion of CLMG Corp. and LNV Corporation for Entry of an Order Directing Discovery from the Debtors Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Filed: 1/30/19] (Docket No. 95).

    Response Deadline:  February 7, 2019 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)  Debtors' (A) Objection to Motion of CLMG Corp. and LNV Corporation for Entry of an Order Directing Discovery from the Debtors Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and (B) Request to Adjourn Motion [Filed: 2/7/19] (Docket No. 101).

        (i)  Declaration of Maxim B. Litvak in Support of Debtors' (A) Objection to Motion of CLMG Corp. and LNV Corporation for Entry of an Order Directing Discovery from the Debtors Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and (B) Request to Adjourn Motion [Filed: 2/7/19] (Docket No. 104).

    Replies Filed:

    a)  Reply of CLMG Corp. and LNV Corporation in Further Support of the Motion of CLMG Corp. and LNV Corporation for Entry of an Order Directing Discovery from the Debtors Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Filed: 2/11/19] (Docket No. 108).

    Related Documents:

    a)  Declaration of Andrew Zatz in Support of Motion of CLMG Corp. and LNV Corporation for Entry of an Order Directing Discovery from the Debtors Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Filed: 1/30/19] (Docket No. 96).

    Status:  This matter will go forward.

*[Remainder of Page Left Intentionally Blank]*

|  |  |
|---|---|
| Dated: February 12, 2019 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 62337)<br>Robert J. Feinstein (NY Bar No. 1767805)<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail:    rpachulski@pszjlaw.com<br>                rfeinstein@pszjlaw.com<br>                jpomerantz@pszjlaw.com<br>                ikharasch@pszjlaw.com<br>                mlitvak@pszjlaw.com<br>                crobinson@pszjlaw.com<br><br>Proposed Counsel for the Debtors<br>and Debtors-in-Possession |