IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] ) | Case No. 18-12808 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 27th day of February, 2019, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

> **[Signed] Order Granting Motion for Admission *Pro Hac Vice* (Marc E. Kasowitz of Kasowitz Benson Torres LLP) [Docket No. 140]**
>
> **[Signed] Order Granting Motion for Admission *Pro Hac Vice* (Sheron Korpus of Kasowitz Benson Torres LLP) [Docket No. 141]**
>
> **[Signed] Order Granting Motion for Admission *Pro Hac Vice* (Gavin D. Schryver of Kasowitz Benson Torres LLP) [Docket No. 142]**
>
> **[Signed] Order Granting Motion for Admission *Pro Hac Vice* (Alycia Regan Benenati of Kasowitz Benson Torres LLP) [Docket No. 143]**

/s/ *Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

White Eagle Asset Portfolio, LP, *et al.* –
2002 Service List (FCM)
Case No. 18-12808 (KG)
Document No. 222331
08 – Hand Delivery
20 – First Class Mail


(Counsel to Debtors)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Juliet M. Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

**Hand Delivery**
(State Attorney General)
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 N. French Street
Wilmington, DE  19801

**Hand Delivery**
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wilmington Trust/Emergent
Capital Representation)
Andrew Skouvakis, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Wilmington Trust National
Association)
Matthew B. Goeller, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801

**Hand Delivery**
(Top Unsecured Creditor)
Scott E. Waxman, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801

**Hand Delivery**
(Counsel for CLMG Corp. and LNV
Corporation)
Jeffrey M. Schlerf, Esquire
Carl D. Neff, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19801

**First Class Mail**
(Counsel for CLMG Corp. and LNV Corporation)
Thomas E. Lauria, Esquire
Jesse L. Green, Esquire
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131

**First Class Mail**
(Counsel to LNV Corporation and CLMG Corp.)
David M. Turetsky, Esquire
Andrew T. Zatz, Esquire
Kimberly A. Haviv, Esquire
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

**First Class Mail**
(Counsel for CLMG Corp. and LNV Corporation)
Jason N. Zakia, Esquire
White & Case LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606-5055

**First Class Mail**
(Counsel for Wilmington Trust National Association)
David C. Neu, Esquire
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

**First Class Mail**
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19901

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**First Class Mail**
([acting] United States Attorney General)
Matthew G. Whitaker, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**First Class Mail**
(Pension Benefit Guaranty Corporation)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005

**First Class Mail**
Securities and Exchange Commission
Marc P. Berger, Esquire
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281-1022

**First Class Mail**
Securities and Exchange Commission - Headquarters
100 F Street, NE
Washington, DC 20549

**First Class Mail**
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
(Top Unsecured Creditor)
MLF Lexserv
Nathan A. Evans, President & CEO
4350 East-West Highway, Suite 905
Bethesda, MD 20814

**First Class Mail**
(Top Unsecured Creditor)
Holland & Knight LLP
Jesus E. Cuza, Esquire
701 Brickell Avenue, Suite 3300
Miami, FL 33131

**First Class Mail**
(Top Unsecured Creditor)
Curtis, Mallet-Prevost, Colt & Mosle, LLP
Gabriel Hertzberg, Esquire
101 Park Avenue
New York, NY 10178-0061

**First Class Mail**
(Top Unsecured Creditor)
Daniel Coker Horton & Bell, P.A.
Alfred Smith
4400 Old Canton Road, Suite 400
Jackson, MS 39215-1084

**First Class Mail**
(Top Unsecured Creditor)
Waldman Trigoboff Hildebrandt & Calnan, P.A.
Plaza 100, Suite 780
100 N.E. Third Avenue
Fort Lauderdale, FL 33301

**First Class Mail**
(Top Unsecured Creditor)
Omid Zareh, Esquire
Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111

**First Class Mail**
(Counsel to Creditors JSARCO, LLC)
Joseph E. Sarachek, Esquire
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178