IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) | Case No. 18-12808 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON APRIL 16, 2019 AT 10:00 A.M. (EASTERN TIME)

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## MATTERS FOR WHICH COCS HAVE BEEN FILED

1. **Elucidor Retention Application** – Debtors' Application for Entry of Order Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13, 2018 [Filed: 3/26/19] (Docket No. 175).

   Response Deadline:    April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the Office of the United States Trustee ("UST").

   Responses Received:  Informal comments from the UST.

   Related Documents:

   a)    Supplemental Declaration of Howard Zail in Support of Debtors' Application for Entry of Order Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13, 2018 [Filed: 4/12/19] (Docket No. 202).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

b)      Certification of Counsel Regarding Revised Proposed Order Approving and
Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation
Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13,
2018 [Filed: 4/12/19] (Docket No. 203).

Status:  A revised proposed order has been filed under certification of counsel.  The
Debtors request entry of the order attached to the certification of counsel.  No hearing is
necessary unless the Court has any questions or concerns.

2.      **Grant Thornton Retention Application** – Debtors' Application for Entry of Order: (A)
Authorizing the Employment and Retention of Grant Thornton LLP as Independent
Registered Public Accounting Firm to the Debtors *Nunc Pro Tunc* to the Petition Date;
(B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting
Related Relief [Filed: 3/26/19] (Docket No. 176).

Response Deadline:    April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 11,
2019 at 4:00 p.m. Eastern Time for the United States Trustee.

Responses Received:  Informal comments from the UST.

Related Documents:

a)      Supplemental Declaration of Kelly Phillips in Support of Debtors' Application for
Entry of Order: (A) Authorizing the Employment and Retention of Grant
Thornton LLP as Independent Registered Public Accounting Firm to the Debtors
*Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of
Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/12/19] (Docket
No. 204).

b)      Certification of Counsel Regarding Revised Proposed Order: (A) Authorizing the
Employment and Retention of Grant Thornton LLP as Independent Registered
Public Accounting Firm to the Debtors *Nunc Pro Tunc* to the Petition Date; (B)
Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting
Related Relief [Filed: 4/12/19] (Docket No. 205).

Status:  A revised proposed order has been filed under certification of counsel.  The
Debtors request entry of the order attached to the certification of counsel.  No hearing is
necessary unless the Court has any questions or concerns.

## UNCONTESTED MATTERS GOING FORWARD

3.      **Lenders Parties' Under Seal Motion (Objection to Reed Smith Retention
Application)** – Motion to File Under Seal an Unredacted Version of (I) the Objection of
CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e)
and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and
Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors and (II)
the Declaration in Support Thereof [Filed: 4/10/19] (Docket No. 188).

2

Response Deadline:    April 16, 2019 at 10:00 a.m. Eastern Time.

Responses Received:    None as of the date hereof.

Related Documents:    None as of the date hereof.

Status:  This matter will go forward.

4.    **Debtors' Under Seal Motion (Reply in Support of Reed Smith Retention Application)** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 199).

Response Deadline:    April 16, 2019 at 10:00 a.m. Eastern Time.

Responses Received:    None as of the date hereof.

Related Documents:    None as of the date hereof.

Status:  This matter will go forward.

## CONTESTED MATTERS GOING FORWARD

5.    **A&M Tax Retention Application** – Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/5/19] (Docket No. 152).

Response Deadline:    March 19, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

a)    Objection of CLMG Corp. and LNV Corporation to Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/19/19] (Docket No. 170).

b)    Informal comments from the UST.

Replies Filed:

a)    Debtors' Reply in Support of Their Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B)

DOCS_DE:223397.1 93856/001

Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/11/19] (Docket No. 194).

<u>Related Documents</u>:    None as of the date hereof.

<u>Status</u>:  This matter will go forward.

6.    **<u>Exclusivity Extension Motion</u>** – Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 3/13/19] (Docket No. 167).

<u>Response Deadline</u>:    April 9, 2019 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>:

a)    Objection of CLMG Corp. and LNV Corporation to Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/9/19] (Docket No. 186).

b)    [CORRECTED] Objection of CLMG Corp. and LNV Corporation to Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/10/19] (Docket No. 187).

<u>Replies Filed</u>:

a)    Debtors' Reply in Support of Their Motion for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/11/19] (Docket No. 195).

<u>Related Documents</u>:    None as of the date hereof.

<u>Status</u>:  This matter will go forward.

7.    **<u>Reed Smith Retention Application</u>** – [SEALED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 177).

<u>Response Deadline</u>:    April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 10, 2019 at 4:00 p.m. Eastern Time for the Lenders.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

<u>Responses Received</u>:

a)    [SEALED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an

Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 189).

b)     [SEALED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 190).

c)     [REDACTED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 191).

d)     [REDACTED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 192).

e)     Informal comments from the UST.

Replies Filed:

a)     [SEALED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 197).

b)     [REDACTED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 198).

Related Documents:

a)     [REDACTED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 178).

Status:  This matter will go forward.

8.     **Debtors' Under Seal Motion (Reed Smith Retention Application)** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing

the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 179).

<u>Response Deadline</u>:    April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 10, 2019 at 4:00 p.m. Eastern Time for the Lenders.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

<u>Responses Received</u>:

a)    Objection of the United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 196).

<u>Related Documents</u>:    None as of the date hereof.

<u>Status</u>:  This matter will go forward.

Dated: April 12, 2019                          PACHULSKI STANG ZIEHL & JONES LLP

                                               */s/ Colin R. Robinson*
                                               Richard M. Pachulski (CA Bar No. 62337)
                                               Ira D. Kharasch (CA Bar No. 109084)
                                               Maxim B. Litvak (CA Bar No. 215852)
                                               Colin R. Robinson (DE Bar No. 5524)
                                               919 North Market Street, 17th Floor
                                               P.O. Box 8705
                                               Wilmington, DE  19899-8705 (Courier 19801)
                                               Telephone: (302) 652-4100
                                               Facsimile:  (302) 652-4400
                                               E-mail:    rpachulski@pszjlaw.com
                                                          ikharasch@pszjlaw.com
                                                          mlitvak@pszjlaw.com
                                                          crobinson@pszjlaw.com

                                               Counsel for the Debtors and Debtors-in-Possession