IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] ) | Case No. 18-12808 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 16, 2019 AT 10:00 A.M. (EASTERN TIME)**

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED OR ADJOURNED.
THE COURT HAS CANCELLED THE HEARING.**

## MATTERS FOR WHICH COCS HAVE BEEN FILED

1. **Elucidor Retention Application** – Debtors' Application for Entry of Order Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13, 2018 [Filed: 3/26/19] (Docket No. 175).

    Response Deadline:   April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the Office of the United States Trustee ("UST").

    Responses Received:  Informal comments from the UST.

    Related Documents:

    a) Supplemental Declaration of Howard Zail in Support of Debtors' Application for Entry of Order Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13, 2018 [Filed: 4/12/19] (Docket No. 202).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] **Amended items appear in bold.**

    b)    Certification of Counsel Regarding Revised Proposed Order Approving and Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13, 2018 [Filed: 4/12/19] (Docket No. 203).

    c)    **[Signed] Order Approving and Authorizing the Employment and Retention of Elucidor, LLC as Expert Valuation Consultant and Howard Zail as Expert Witness *Nunc Pro Tunc* to December 13, 2018 [Filed: 4/15/19] (Docket No. 212).**

Status:  **The order has been entered.  No hearing is necessary.**

2.    **Grant Thornton Retention Application** – Debtors' Application for Entry of Order: (A) Authorizing the Employment and Retention of Grant Thornton LLP as Independent Registered Public Accounting Firm to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/26/19] (Docket No. 176).

Response Deadline:   April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

Responses Received:  Informal comments from the UST.

Related Documents:

    a)    Supplemental Declaration of Kelly Phillips in Support of Debtors' Application for Entry of Order: (A) Authorizing the Employment and Retention of Grant Thornton LLP as Independent Registered Public Accounting Firm to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/12/19] (Docket No. 204).

    b)    Certification of Counsel Regarding Revised Proposed Order: (A) Authorizing the Employment and Retention of Grant Thornton LLP as Independent Registered Public Accounting Firm to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/12/19] (Docket No. 205).

    c)    **[Signed] Order: (A) Authorizing the Employment and Retention of Grant Thornton LLP as Independent Registered Public Accounting Firm to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Certain Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/12/19] (Docket No. 213).**

Status:  **The order has been entered.  No hearing is necessary.**

**UNCONTESTED MATTERS GOING FORWARD**

3. **Lenders Parties' Under Seal Motion (Objection to Reed Smith Retention Application)** – Motion to File Under Seal an Unredacted Version of (I) the Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors and (II) the Declaration in Support Thereof [Filed: 4/10/19] (Docket No. 188).

    Response Deadline:    April 16, 2019 at 10:00 a.m. Eastern Time.

    Responses Received:   None as of the date hereof.

    Related Documents:    None as of the date hereof.

    Status:  **This matter has been adjourned to the hearing scheduled on April 24, 2019 at 2:00 p.m. Eastern Time.**

4. **Debtors' Under Seal Motion (Reply in Support of Reed Smith Retention Application)** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 199).

    Response Deadline:    April 16, 2019 at 10:00 a.m. Eastern Time.

    Responses Received:   None as of the date hereof.

    Related Documents:    None as of the date hereof.

    Status:  **This matter has been adjourned to the hearing scheduled on April 24, 2019 at 2:00 p.m. Eastern Time.**

**CONTESTED MATTERS GOING FORWARD**

5. **A&M Tax Retention Application** – Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/5/19] (Docket No. 152).

    Response Deadline:    March 19, 2019 at 4:00 p.m. Eastern Time.

3

Responses Received:

a) Objection of CLMG Corp. and LNV Corporation to Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/19/19] (Docket No. 170).

b) Informal comments from the UST.

Replies Filed:

a) Debtors' Reply in Support of Their Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/11/19] (Docket No. 194).

Related Documents:   None as of the date hereof.

Status:  **The parties have agreed to adjourn this matter to the hearing scheduled on April 24, 2019 at 2:00 p.m. Eastern Time.**

6. **Exclusivity Extension Motion** – Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 3/13/19] (Docket No. 167).

Response Deadline:   April 9, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

a) Objection of CLMG Corp. and LNV Corporation to Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/9/19] (Docket No. 186).

b) [CORRECTED] Objection of CLMG Corp. and LNV Corporation to Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/10/19] (Docket No. 187).

Replies Filed:

a) Debtors' Reply in Support of Their Motion for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/11/19] (Docket No. 195).

Related Documents:   None as of the date hereof.

Status:  **The parties have agreed to adjourn this matter to the hearing scheduled on April 24, 2019 at 2:00 p.m. Eastern Time.**

7. **Reed Smith Retention Application** – [SEALED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 177).

    Response Deadline:   April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 10, 2019 at 4:00 p.m. Eastern Time for the Lenders.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

    Responses Received:

    a) [SEALED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 189).

    b) [SEALED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 190).

    c) [REDACTED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 191).

    d) [REDACTED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 192).

    e) Informal comments from the UST.

    f) **Objection of the United States Trustee to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/12/19] (Docket No. 211).**

    Replies Filed:

    a) [SEALED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention

and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 197).

b) [REDACTED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 198).

c) **Reed Smith's Omnibus Reply in Support of Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/15/19] (Docket No. 214).**

Related Documents:

a) [REDACTED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 178).

b) **Supplemental Declaration of Casey D. Laffey in Support of Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/15/19] (Docket No. 215).**

Status: **The parties have agreed to adjourn this matter to the hearing scheduled on April 24, 2019 at 2:00 p.m. Eastern Time.**

8. **Debtors' Under Seal Motion (Reed Smith Retention Application)** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 179).

Response Deadline: April 9, 2019 at 4:00 p.m. Eastern Time. Extended to April 10, 2019 at 4:00 p.m. Eastern Time for the Lenders. Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

Responses Received:

a) Objection of the United States Trustee to Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 196).

6

Related Documents:   None as of the date hereof.

Status: **The parties have agreed to adjourn this matter to the hearing scheduled on April 24, 2019 at 2:00 p.m. Eastern Time.**

| | |
|---|---|
| Dated: April 15, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Richard M. Pachulski (CA Bar No. 62337) |
| | Ira D. Kharasch (CA Bar No. 109084) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:   rpachulski@pszjlaw.com |
| | ikharasch@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | Counsel for the Debtors and Debtors-in-Possession |