UNITED STATES
BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: White Eagle Asset Portfolio, LP – Debtor
      Lamington Road Designated Activity Company – Debtor
      White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: March 2019

## MONTHLY OPERATING REPORT
### For the period March 1, 2019 through March 31, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | Attestation |
|   Schedule of Professional Fees Paid | MOR-1b | X | | |
|   Copies of bank statements | | | MOR NOTES | Attestation |
|   Cash disbursements journals | | | MOR NOTES | Attestation |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post petition Taxes | MOR-4 | | | Attestation |
|   Copies of IRS Form 6123 or payment receipt | | | | Attestation |
|   Copies of tax returns filed during reporting period | | | | Attestation |
| Summary of Unpaid Post petition Debts | MOR-4a | X | | |
|   Listing of aged accounts payable | MOR-4a | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5a | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

4/24/2019
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

4/24/2019
Date

Miriam Martinez
Printed Name of Authorized Individual

SVP + CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation;
a partner if debtor is a partnership, a manager or member if debtor is a limited liability company.

**UNITED STATES**
**BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: White Eagle Asset Portfolio, LP – Debtor                                    Case No. 18-12808-KG
       Lamington Road Designated Activity Company – Debtor                         18-12615-KG
       White Eagle, GP - Debtor                                                    18-12614-KG
                                               Reporting Period: March 2019

<u>**Notes to Monthly Operating Report**</u>

This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the obligations of the above-captioned debtors and debtors in possession (the "Debtors") to provide monthly operating reports currently during these Chapter 11 Cases. The Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data.

**GENERAL:**
The reporting period is March 1, 2019 through March 31, 2019 for both Lamington Road Designated Activity Company and White Eagle, GP and White Eagle Asset Portfolio.

General Methodology: The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report.
Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein.
Reservation of Rights. Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary.

Reporting Period. In order to maintain consistency with other external reports the Debtors have included certain financial information (e.g., Balance Sheets and Income Statements) in accordance with their normal fiscal calendar. White Eagle AP, LP's March 2019 accounting period and all cash receipts and disbursements reported herein cover the period from February 1, 2019 through February 28, 2019.

| Debtor | Case No. |
|---|---|
| White Eagle AP, LP | 18-12808-KG |
| Lamington Road DAC | 18-12615-KG |
| White Eagle, GP | 18-12614-KG |

**Notes to MOR-1:**
The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"), as described in the Cash Management Motion.

**Notes to MOR-1a:**
See attached Attestation.
A listing of all Debtor bank accounts including the March 31, 2019 bank balance is included in this report.

**Notes to MOR-1b:**
None

**Notes to MOR-2:**
The Income Statement reflects unaudited revenue and expenses for the fiscal period February 1, 2019 through February 28, 2019 that directly correspond to the listed debtor legal entity.

**Notes to MOR-3:**
As a result of the commencement of these chapter 11 cases, the payment of pre-petition indebtedness may be subject to compromise if the Debtors' proposed chapter 11 plan is not confirmed with no impairment to General Unsecured Claims, as filed. The Bankruptcy Court authorized the Debtors to pay certain prepetition claims, including but not limited to, claims of certain vendors, customers, wage and benefits and taxing authorities. To the extent such claims have been categorized as "Liabilities Not Subject to Compromise," the Debtors reserve their

right to dispute their obligation to make such payments. The Debtors have been paying and intend to continue to pay undisputed post-petition claims arising in the ordinary course of business.

The liability information, except as otherwise noted, is listed as of the close of business as of the end of the fiscal month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this Monthly Operating Report as necessary and appropriate, but shall be under no obligation to do so. The Debtors have paid certain prepetition liabilities in accordance with orders approved by the Bankruptcy Court authorizing such payments. The Debtors believe that all undisputed post- petition accounts payable have been and are being paid according to agreed-upon terms specific to each vendor and/or service provider and as authorized by the Bankruptcy Court. Accordingly, the Debtors reserve any and all of their rights to dispute or challenge the validity of any claims asserted and / or the characterization of the structure of any transaction, document or instrument related to any creditor's claim.

**Notes to MOR-4:**
See attached Attestation.

**Notes to MOR-4a:**
White Eagle AP, LP and related debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities.

**Notes to MOR-5:**
None

In re: White Eagle Asset Portfolio, LP – Debtor
    Lamington Road Designated Activity Company – Debtor
    White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: March 2019

**MOR - 1**
**Cash Receipts and Disbursements**
**For the period March 1, 2019 through March 31, 2019**
**(USD's)**
**(Unaudited)**

| | White Eagle AP, LP 18-12808-KG | Lamington Road DAC 18-12615-KG | White Eagle, GP 18-12614-KG |
|---|---|---|---|
| **Beginning Cash 02/01/19** | $ 21,664,338.07 | $ 61,822.62 | $ - |
| **Cash Receipts** | $ 4,086,358.21 | $ 1,370.60 | $ - |
| **Cash Disbursements** | | $ - | $ - |
| Insurance premiums paid | $ 6,682,275.75 | | |
| CLMG & WC legal | | | |
|     Lender Interest | $ 800,000.00 | | |
|     Admin & Professional Fees | $ 200,000.00 | | |
| DG3 Asset management | $ 351,000.00 | | |
| Imperial Finance & Trading | | | |
|     Overhead/Operating Expenses | $ 271,550.00 | | |
| MLF Lexserv | | | |
|     Admin / Bank Fees | $ 143,162.50 | | |
| Lamington Road Bermuda | | | |
|     Admin / Bank Fees | $ 174,900.00 | | |
| US Trustee | $ 78,519.44 | | |
| | $ 8,701,407.69 | $ - | $ - |
| **Ending Cash 02/28/19** | $ 17,049,288.59 | $ 63,193.22 | $ - |

In re: White Eagle Asset Portfolio, LP – Debtor      Case No. 18-12808-KG
     Lamington Road Designated Activity Company – Debtor      18-12615-KG
     White Eagle, GP - Debtor      18-12614-KG
     Reporting Period: March 2019

**MOR – 1a**
**Debtors Statement with respect to Bank Account Reconciliations, Bank Statements and Cash Disbursements**
**For the period March 1, 2019 through March 31, 2019**
**(USD's)**
**(Unaudited)**

**Bank Account Reconciliations and Cash Disbursements**
The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.  The Debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The Debtors affirm that bank accounts for all open and active bank accounts have been retained by the Debtors.  The Debtors affirm that no bank accounts were closed during the reporting period.  The Debtors affirm that no bank accounts were opened during the reporting period.

**List of Bank Accounts for Debtor Entities**

| Debtor | Bank Name | Account Type | Account # (last 4 digits) | February 28, 2019 ending balance (USD's) |
|---|---|---|---|---|
| White Eagle AP, LP | Wilmington Trust | Borrowing | 4671 | $  4,132,227.87 |
| White Eagle AP, LP | Wilmington Trust | Collections | 4672 | $ 11,947,697.02 |
| White Eagle AP, LP | Wilmington Trust | Disbursements | 4674 | $     969,363.70 |
| Lamington Road | Ulster Bank | Disbursements | 7129 | $       23,989.92 |
| Lamington Road | Ulster Bank | General | 3983 | $       39,203.30 |

_____      4/24/2019
Signature of Authorized Individual      Date

MIRIAM MARTINEZ      SVP & CFO
Printed Name of Authorized Individual      Title of Authorized Individual

In re: White Eagle Asset Portfolio, LP – Debtor                              Case No. 18-12808-KG
       Lamington Road Designated Activity Company – Debtor                18-12615-KG
       White Eagle, GP - Debtor                                          18-12614-KG
                                                               Reporting Period: March 2019

MOR 1-b
Professional Fees Paid
For the period March 1, 2019 through March 31, 2019
(USD's)
(Unaudited)

| Company Name | Vendor | Vendor Name | Payment Date | GL Account | Amount Paid | Invoice Voucher Number | Account Description | Amount Applied |
|---|---|---|---|---|---|---|---|---|
| White Eagle AP, LP | MLF LEXSERV | MLF00001 | 3/26/2019 | 7675-0000 | $143,162.50 | 9930 | Servicing Fees | $ 143,162.50 |
| White Eagle AP, LP | Office of the U.S.trustee | TRUS0001 | 3/21/2019 | 7620-0000 | $78,519.44 | 9931 | Professional Fees | $  78,519.44 |
| White Eagle AP, LP | White & Case | WHITE0000 | 3/7/2019 | 7460-0000 | $  50,000.00 | WIRE | Legal Fees | $  50,000.00 |
| White Eagle AP, LP | White & Case | WHITE0000 | 3/14/2019 | 7460-0000 | $  50,000.00 | WIRE | Legal Fees | $  50,000.00 |
| White Eagle AP, LP | DG3 Asset Management | DG30000 | 3/21/2019 | 7620-0000 | $ 351,000.00 | WIRE | Professional Fees | $ 351,000.00 |
| White Eagle AP, LP | White & Case | WHITE0000 | 3/21/2019 | 7460-0000 | $  50,000.00 | WIRE | Legal Fees | $  50,000.00 |
| White Eagle AP, LP | White & Case | WHITE0000 | 3/28/2019 | 7460-0000 | $  50,000.00 | WIRE | Legal Fees | $  50,000.00 |
| | | | | | $772,681.94 | | | |

In re: White Eagle Asset Portfolio, LP – Debtor     Case No. 18-12808-KG
      Lamington Road Designated Activity Company – Debtor     18-12615-KG
      White Eagle, GP - Debtor     18-12614-KG
    Reporting Period: March 2019

**MOR -2**
**Debtor Statement of Operations**
**For the period March 1, 2019 through March 31, 2019**
**(USD's)**
**(Unaudited)**

| | White Eagle AP, LP 18-12808-KG | Lamington Road DAC 18-12615-KG | White Eagle, GP 18-12614-KG |
|---|---|---|---|
| **Revenue** | | | |
| Interest Income | $32,451.64 | $ - | $ - |
| Change in Fair Value of Life Settlements | (3,703,448.96) | - | - |
| Other Income | | - | - |
| Total Revenue | (3,670,997.32) | 0.00 | 0.00 |
| | | | |
| Interest Expense -Revolving Credit Facility | 800,000.00 | - | - |
| Change in Fair Value- Revolving Credit Facility | (1,574,185.21) | - | - |
| Interest Expense - Promissory Installment Note | - | | |
| Total Financing Costs | (774,185.21) | 0.00 | 0.00 |
| | | | |
| **Gross Profit** | $ (2,896,812.11) | $ - | $ - |
| | | | |
| **Operating Expenses** | | | |
| Office Materials and Supplies | $ - | - | - |
| Legal Fees | 603,162.52 | - | - |
| Audit and Sox | | 1,464.68 | - |
| Professional Fees and Contractor Services | 253,329.34 | 9,164.57 | - |
| Bank and Trustee Fees | 26,978.33 | - | - |
| Litigation Settlement | - | - | - |
| General Services Agreement | - | - | - |
| Property & Other Misc Taxes | 600.00 | - | - |
| Foreign Exchange Translation | - | - | - |
| Total Operating Expenses | 884,070.19 | 10,629.25 | - |
| | | | |
| **Net (loss) income before taxes** | ($3,780,882.30) | ($10,629.25) | $0.00 |
| | | | |
| **Net (loss) income** | $ (3,780,882.30) | ($10,629.25) | $0.00 |

In re: White Eagle Asset Portfolio, LP – Debtor
    Lamington Road Designated Activity Company – Debtor
    White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: March 2019

MOR - 3
Debtor Balance Sheet
March 31, 2019
(USD's)
(Unaudited)

| | White Eagle AP, LP 18-12614-KG | Lamington Road 18-12615-KG | White Eagle, GP 18-12808-KG |
|---|---|---|---|
| **ASSETS** | | | |
| Assets | | | |
| Cash and cash equivalents | $17,049,288.59 | $63,193.22 | $ - |
| Prepaid expenses and other assets - all | 290,000.00 | 1,277.35 | - |
| Investment in life settlements, at estimated fair value | 481,968,458.68 | - | - |
| Receivable for maturity of life settlements | 48,442,000.00 | - | - |
| Investment in affiliates | - | 114,597,553.51 | - |
| **Total Assets** | **$547,749,747.27** | **$114,662,024.08** | **$ -** |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| | | | |
| Liabilities | | | |
| Accounts payable and accrued expenses | $2,895,267.25 | $40,782.81 | $0.00 |
| Other liabilities | 6,902,577.71 | | - |
| Revolving Credit Facility debt, at estimated fair value | 363,924,717.44 | - | - |
| Interest payable - promissory installment note | - | | - |
| Note payable - promissory installment note | - | 146,392,664.82 | - |
| Due to Affiliates | - | - | - |
| **Total liabilities** | **373,722,562.40** | **146,433,447.63** | **-** |
| | | | |
| Contributions/(Distributions) to/from Parent | 176,795,435.64 | - | - |
| Accumulated deficit | (2,768,250.77) | (31,771,423.55) | - |
| **Total stockholders' equity** | **174,027,184.87** | **(31,771,423.55)** | **-** |
| | | | |
| **Total liabilities and stockholders' equity** | **$547,749,747.27** | **$114,662,024.08** | **$ -** |

In re: White Eagle Asset Portfolio, LP – Debtor
      Lamington Road Designated Activity Company – Debtor
      White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: March 2019

MOR 4
Status of Post-petition Taxes
For the period March 1, 2019 through March 31, 2019

The above captioned debtors (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during the reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due.  Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

_____
Signature of Authorized Individual

4-24-2019
_____
Date

MIVIARA MARTINEZ
_____
Printed Name of Authorized Individual

SVP & CFO
_____
Title of Authorized Individual

In re: White Eagle Asset Portfolio, LP – Debtor
      Lamington Road Designated Activity Company – Debtor
      White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: March 2019

**MOR -4**
**Debtor Aged Accounts Payable**
**March 31, 2019**
**(USD's)**
**(Unaudited)**

| Name | Due | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|------|-----|---------|--------------|--------------|-------------|
| Gibson, Dunn & Crutcher | $ 25,494.12 | $ - | $ - | $ 18,769.12 | $ 6,725.00 |
| Waller Lansden Dortch & Davis | 33,071.96 | 9,161.96 | 11,637.50 | 11,395.00 | 877.50 |
| Elucidor | 30,792.50 | - | 30,792.50 | - | - |
| Holland & Knight | 96,477.93 | 24,720.45 | - | - | 71,757.48 |
| Daniel Coker Horton & Bell | 1,278.00 | - | 1,278.00 | - | - |
| K&L Gates | 50,100.86 | 46,395.11 | 3,127.95 | - | 577.80 |
| Curtis, Mallet-Prevost | 108,311.76 | 97,650.75 | 10,661.01 | - | - |
| Reed Smith | 8,880.64 | 8,880.64 | - | - | - |
| | $ 354,407.77 | $ 186,808.91 | $ 57,496.96 | $ 30,164.12 | $ 79,937.78 |

In re: White Eagle Asset Portfolio, LP – Debtor          Case No. 18-12808-KG
       Lamington Road Designated Activity Company – Debtor       18-12615-KG
       White Eagle, GP - Debtor                           18-12614-KG
                                                Reporting Period: March 2019

**MOR -5**
**Debtor Aged Accounts Receivable**
**March 31, 2019**
**(USD's)**
**(Unaudited)**

| Insured Name | Due | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|
| Adele Frankel - 2017 | $ 17,700,000.00 | | | | $ 17,700,000.00 |
| Ruben Matz | $ 10,000,000.00 | | | | $ 10,000,000.00 |
| Joyce M. Barrows | $  5,000,000.00 | | $  5,000,000.00 | | |
| Irene Waters | $  2,342,000.00 | $  2,342,000.00 | | | |
| Jacqueline D. Alexander-Tosi | $ 11,400,000.00 | | $ 11,400,000.00 | | |
| James Curtis | $  2,000,000.00 | $  2,000,000.00 | | | |
| | $ 48,442,000.00 | $  4,342,000.00 | $ 16,400,000.00 | $            - | $ 27,700,000.00 |

In re: White Eagle Asset Portfolio, LP – Debtor
     Lamington Road Designated Activity Company – Debtor
     White Eagle, GP - Debtor

Case No. 18-12808-KG
18-12615-KG
18-12614-KG
Reporting Period: March 2019

## MOR -5

### DEBTOR QUESTIONNAIRE

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |