IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) | Case No. 18-12808 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 6, 2019 AT 10:00 A.M. (EASTERN TIME)**

**THE BELOW LISTED MATTERS HAVE BEEN ADJOURNED
TO MAY 7, 2019 AT 9:30 A.M. (EASTERN TIME).
THE COURT HAS CANCELLED THE HEARING.**

**CONTESTED MATTERS GOING FORWARD**

1.    **A&M Tax Retention Application** – Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/5/19] (Docket No. 152).

   Response Deadline:    March 19, 2019 at 4:00 p.m. Eastern Time.

   Responses Received:

   a)    Objection of CLMG Corp. and LNV Corporation to Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 3/19/19] (Docket No. 170).

   b)    Informal comments from the UST.

   Replies Filed:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] **Amended items appear in bold**.

a)      Debtors' Reply in Support of Their Application for Entry of an Order: (A) Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 4/11/19] (Docket No. 194).

Related Documents:

a)      Supplemental Declaration of Sean Menendez in Support of Debtors' Application for an Order Authorizing the Employment and Retention of Alvarez & Marsal Taxand, LLC as Tax Services Provider to the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 4/18/19] (Docket No. 224).

Status:  **This matter has been adjourned to the hearing scheduled on May 7, 2019 at 9:30 a.m. Eastern Time.**

2.      **Exclusivity Extension Motion** – Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 3/13/19] (Docket No. 167).

Response Deadline:    April 9, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

a)      Objection of CLMG Corp. and LNV Corporation to Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/9/19] (Docket No. 186).

b)      [CORRECTED] Objection of CLMG Corp. and LNV Corporation to Motion of the Debtors for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/10/19] (Docket No. 187).

Replies Filed:

a)      Debtors' Reply in Support of Their Motion for Entry of an Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Pursuant to Section 1121 of the Bankruptcy Code [Filed: 4/11/19] (Docket No. 195).

Related Documents:    None as of the date hereof.

Status:  **This matter has been adjourned to the hearing scheduled on May 7, 2019 at 9:30 a.m. Eastern Time.**

3.      **Reed Smith Retention Application** – [SEALED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the

Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 177).

Response Deadline:    April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 10, 2019 at 4:00 p.m. Eastern Time for the Lenders.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

Responses Received:

a)    [SEALED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 189).

b)    [SEALED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 190).

c)    [REDACTED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 191).

d)    [REDACTED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 192).

e)    Informal comments from the UST.

f)    Objection of the United States Trustee to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/12/19] (Docket No. 211).

g)    [UNREDACTED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 220).

h)    [UNREDACTED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 221).

<u>Replies Filed</u>:

a)      [SEALED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 197).

b)      [REDACTED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 198).

c)      Reed Smith's Omnibus Reply in Support of Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/15/19] (Docket No. 214).

d)      [UNREDACTED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 223).

<u>Related Documents</u>:

a)      [REDACTED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 178).

b)      Supplemental Declaration of Casey D. Laffey in Support of Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/15/19] (Docket No. 215).

c)      [UNREDACTED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 222).

<u>Status</u>:  **This matter has been adjourned to the hearing scheduled on May 7, 2019 at 9:30 a.m. Eastern Time**.

Dated: May 6, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
            ikharasch@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

Counsel for the Debtors and Debtors-in-Possession

DOCS_DE:223609.2 93856/003