IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 8, 2019 AT 11:30 A.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**CONTESTED MATTER GOING FORWARD**

1. **Reed Smith Retention Application** – [SEALED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 177).

    Response Deadline:  April 9, 2019 at 4:00 p.m. Eastern Time.  Extended to April 10, 2019 at 4:00 p.m. Eastern Time for the Lenders.  Extended to April 11, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

    Responses Received:

    a) [SEALED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 189).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

b) [SEALED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 190).

c) [REDACTED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 191).

d) [REDACTED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/10/19] (Docket No. 192).

e) Informal comments from the UST.

f) Objection of the United States Trustee to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/12/19] (Docket No. 211).

g) [UNREDACTED] Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 220).

h) [UNREDACTED] Declaration of Andrew Zatz in Support of Objection of CLMG Corp. and LNV Corporation to Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 221).

Replies Filed:

a) [SEALED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 197).

b) [REDACTED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/11/19] (Docket No. 198).

c)     Reed Smith's Omnibus Reply in Support of Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/15/19] (Docket No. 214).

d)     [UNREDACTED] Debtors' Reply in Support of Their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 223).

Related Documents:

a)     [REDACTED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 3/26/19] (Docket No. 178).

b)     Supplemental Declaration of Casey D. Laffey in Support of Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/15/19] (Docket No. 215).

c)     [UNREDACTED] Debtors' Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for an Order Authorizing the Retention and Employment of Reed Smith LLP, as Special Litigation Counsel to the Debtors [Filed: 4/16/19] (Docket No. 222).

Status:   This matter will go forward.

*[Remainder of Page Left Intentionally Blank]*

| | |
|---|---|
| Dated: May 7, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Richard M. Pachulski (CA Bar No. 62337) |
| | Ira D. Kharasch (CA Bar No. 109084) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail: rpachulski@pszjlaw.com |
| | ikharasch@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | Counsel for the Debtors and Debtors-in-Possession |