IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket Nos. 165, 166, 242** |

**COMBINED NOTICE OF HEARING ON
(I) PROPOSED SETTLEMENT BETWEEN DEBTORS,
CERTAIN NON-DEBTOR AFFILIATES, AND LENDER PARTIES,
(II) DISCLOSURE STATEMENT FOR DEBTORS' JOINT CHAPTER 11 PLAN
OF REORGANIZATION, AS AMENDED, (III) DEBTORS'
JOINT CHAPTER 11 PLAN OF REORGANIZATION, AS AMENDED,
AND (IV) PROPOSED POSTPETITION CREDIT FACILITY**

   **PLEASE TAKE NOTICE** that, on March 13, 2019, the above-captioned debtors in possession (the "Debtors") filed (a) the *Debtors' Joint Chapter 11 Plan of Reorganization* dated March 13, 2019 (Docket No. 165) (as amended, modified or supplemented from time to time, the "Plan") and (b) *Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization* (Docket No. 166) (together with the exhibits attached thereto, and as it may be amended, modified or supplemented from time to time, the "Disclosure Statement").

   **PLEASE TAKE FURTHER NOTICE** that, on May 7, 2019, the Debtors filed the *Notice of Settlement Term Sheet* (Docket No. 242) attaching the *White Eagle-Settlement Term Sheet* reflecting a settlement between the Debtors and their non-Debtor affiliates, Emergent Capital, Inc., Imperial Finance and Trading, LLC, Lamington Road Bermuda, LTD, OLIPP IV, LLC, and Markey Asset Portfolio, LLC, on the one hand, and CLMG Corp. and LNV Corporation, as administrative agent and sole lender, respectively (together, the "Lender Parties"), on the other hand (the "Settlement Term Sheet"), a copy of which is annexed hereto as Exhibit "A."

   **PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file (i) a motion to approve a settlement agreement binding the parties to the Settlement Term Sheet to the terms thereof (the "Settlement Agreement"), (ii) an amended Plan incorporating the terms of the Settlement Term Sheet, (iii) an amended Disclosure Statement incorporating the terms of the Settlement Term Sheet, and (iv) a motion to approve a postpetition credit facility of up to $15 million as described in the Settlement Term Sheet (the "DIP Facility"), in each case on or before **May 24, 2019**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

**PLEASE TAKE FURTHER NOTICE** that the objection deadlines and hearing dates set forth below with respect to approval of the Settlement Agreement, the Disclosure Statement (as it will be amended), the DIP Facility, and confirmation of the Plan (as it will be amended) are subject to the entry of an order by the Bankruptcy Court shortening notice and scheduling expedited hearings.

**PLEASE TAKE FURTHER NOTICE**, that**,** unless otherwise ordered by the Court, a hearing (the "Settlement/DS/DIP Hearing") to consider approval of the Settlement Agreement, the Disclosure Statement (as it will be amended), and the DIP Facility, will commence on **June 5, 2019 at 4:00 p.m. prevailing Eastern time** before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Settlement/DS/DIP Hearing may be continued from time to time by announcing such continuance in open court and by filing notice of the same on the Court docket, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise ordered by the Court, any objection or response of a party regarding the approval of the Settlement Agreement, the Disclosure Statement (as it will be amended), or the DIP Facility must be filed with the Bankruptcy Court on or before **June 3, 2019 at 4:00 p.m. prevailing Eastern time** (the "Settlement/DS/DIP Objection Deadline") and served on or before the Settlement/DS/DIP Objection Deadline on: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq. (juliet.m.sarkessian@usdoj.gov)) (Fax: 302-573-6497); (ii) counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: Colin R. Robinson, Esq. (crobinson@pszjlaw.com)), and (b) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067 (Attn: Richard M. Pachulski, Esq. (rpachulski@pszjlaw.com)); and (iii) counsel to the Lender Parties: (a) Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, DE 19801 (Attn: Jeffrey M. Schlerf, Esq. (jschlerf@foxrothschild.com) and Carl D. Neff, Esq. (cneff@foxrothschild.com)), (b) White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131 (Attn: Thomas E Lauria, Esq. (tlauria@whitecase.com)), and (c) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095 (Attn: David M. Turetsky, Esq. (david.turetsky@whitecase.com) and Andrew T. Zatz, Esq. (azatz@whitecase.com)). For purposes of filing pleadings in these cases, the address of the Clerk of the Bankruptcy Court is 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise ordered by the Court, a hearing (the "Confirmation Hearing") to consider confirmation of the Plan (as it will be amended) will commence on **June 19, 2019 at 11:00 a.m. prevailing Eastern time** before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and by filing notice of the same on the Court docket, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise ordered by the Court, any objection or response of a party regarding confirmation of the Plan (as it will be amended) must be filed with the Bankruptcy Court on or before **June 17, 2019 at 4:00 p.m. prevailing Eastern time** (the "Plan Objection Deadline") and served on or before the Plan Objection Deadline on: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq.

(juliet.m.sarkessian@usdoj.gov)) (Fax: 302-573-6497); (ii) counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: Colin R. Robinson, Esq. (crobinson@pszjlaw.com)) and (b) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067 (Attn: Richard M. Pachulski, Esq. (rpachulski@pszjlaw.com)); and (iii) counsel to CLMG Corp. and LNV Corporation: (a) Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, DE 19801 (Attn: Jeffrey M. Schlerf, Esq. (jschlerf@foxrothschild.com) and Carl D. Neff, Esq. (cneff@foxrothschild.com)), (b) White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131 (Attn: Thomas E. Lauria, Esq. (tlauria@whitecase.com)), and (c) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095 (Attn: David M. Turetsky, Esq. (david.turetsky@whitecase.com) and Andrew T. Zatz, Esq. (azatz@whitecase.com)). For purposes of filing pleadings in these cases, the address of the Clerk of the Bankruptcy Court is 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain copies of the Disclosure Statement, the Plan (in each case, as it will be amended), the Settlement Term Sheet or the DIP Facility at the Debtors' expense that has not previously received a copy may do so by contacting the Debtors' counsel by email at crobinson@pszjlaw.com or calling Colin R. Robinson at (302) 652-4100 or viewing such documents by accessing them online for a fee at the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the applicable objection deadlines set forth above, the Court may approve the Settlement Agreement, the Disclosure Statement (as it will be amended), and the DIP Facility and may confirm the Plan (as it will be amended), without further notice or hearing.

Dated:  May 8, 2019                                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
              ikharasch@pszjlaw.com
              mlitvak@pszjlaw.com
              crobinson@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*