IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | Case No. 18-12808 (KG) <br> (Jointly Administered) |
| Debtors. | **Related Docket Nos. 275, 289** |

Objection Deadline: **June 3, 2019 at 4:00 p.m. (ET)**
Hearing Date: **June 5, 2019 at 4:00 p.m. (ET)**

**NOTICE OF HEARING ON MOTION OF THE DEBTORS PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR ORDER APPROVING SETTLEMENT BETWEEN DEBTOR WHITE EAGLE ASSET PORTFOLIO, LP, EMERGENT CAPITAL, INC., AND LINCOLN BENEFIT LIFE COMPANY**

TO:  (a) the Office of the United States Trustee; (b) the Debtors' top unsecured creditors; (c) counsel for the Lender Parties; (d) Wilmington Trust, N.A.; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on May 23, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company* (the "Motion") [Docket No. 275] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

**PLEASE TAKE FURTHER NOTICE** that on May 28, 2019, the Bankruptcy Court entered the *Order Granting Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company* (the "Order") [Docket No. 289], attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **June 3, 2019 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Office of the United States Trustee for the District of Delaware: United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq. (juliet.m.sarkessian@usdoj.gov) (Fax: 302-573-6497)); (ii) counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: Colin R. Robinson, Esq. (crobinson@pszjlaw.com)) and (b) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067 (Attn: Richard M. Pachulski, Esq. (rpachulski@pszjlaw.com)); and (iii) counsel to CLMG Corp. and LNV Corporation: (a) Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, DE 19801 (Attn: Jeffrey M. Schlerf, Esq. (jschlerf@foxrothschild.com) and Carl D. Neff, Esq. (cneff@foxrothschild.com)), (b) White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131 (Attn: Thomas E. Lauria, Esq. (tlauria@whitecase.com)), (c) White & Case LLP, 1221 Avenue of the Americas, New

York, NY 10020-1095 (Attn: David M. Turetsky, Esq. (david.turetsky@whitecase.com), Andrew T. Zatz, Esq. (azatz@whitecase.com), Kimberly A. Haviv, Esq. (kim.haviv@whitecase.com), and Samuel P. Hershey, Esq. (sam.hershey@whitecase.com)), and (d) White & Case LLP, 227 West Monroe Street, Suite 3900, Chicago, IL 60606-5055 (Attn: Jason N. Zakia, Esq. (jzakia@whitecase.com)); and (iv) counsel to any official committee appointed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JUNE 5, 2019 AT 4:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: May 29, 2019     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   rpachulski@pszjlaw.com
          ikharasch@pszjlaw.com
          mlitvak@pszjlaw.com
          crobinson@pszjlaw.com

Counsel for the Debtors and Debtors-in-Possession

DOCS_DE:223969.1 93856/003