IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) | Case No. 18-12808 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 5, 2019 AT 9:30 A.M. (EASTERN TIME)**

**THE TIME OF THE HEARING WAS CHANGED FROM 4:00 P.M. (EASTERN TIME)
TO 9:30 A.M. (EASTERN TIME) WITH THE PERMISSION OF THE COURT.**

**The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., one (1) business day before the hearing.**

**UNCONTESTED MATTERS**

1.   **Bar Date Motion** – Debtors' Motion for an Order (I) Establishing Bar Dates for Filing
     Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Filed:
     5/22/19] (Docket No. 272).

     Response Deadline:   May 29, 2019 at 4:00 p.m. Eastern Time.

     Responses Received:  Informal comments from the Lender Parties and the Office of the
     United States Trustee (the "UST").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and
Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these
chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2]  **Amended items appear in bold.**

Related Documents:

a)  **Certification of Counsel Regarding Revised Proposed Order (I) Establishing Bar Dates for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Filed: 6/4/19] (Docket No. 309).**

Status:  **The Debtors have resolved the UST's and Lender Parties' informal comments and have submitted a revised proposed order under certification of counsel.  The Debtors request entry of the order attached to the certification of counsel.  No hearing is necessary unless requested by the Court.**

2.  **9019 Motion with Lincoln Benefit Life Company** – Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company [Filed: 5/23/19] (Docket No. 275).

Response Deadline:   June 3, 2019 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Lender Parties.

Related Documents:

a)  Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company [Filed: 5/23/19] (Docket No. 276).

b)  [Signed] Order Granting Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company [Filed: 5/28/19] (Docket No. 289).

c)  Notice of Hearing on Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company [Filed: 5/29/19] (Docket No. 292).

d)  **Certification of Counsel Regarding Revised Proposed Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtor White Eagle Asset Portfolio, LP, Emergent Capital, Inc., and Lincoln Benefit Life Company [Filed: 6/4/19] (Docket No. 310).**

Status:  **The Debtors have resolved the Lender Parties' informal comments and have submitted a revised proposed order under certification of counsel.  The Debtors request entry of the order attached to the certification of counsel.  No hearing is necessary unless requested by the Court.**

3.      **Amended Disclosure Statement** – Amended Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 5/24/19] (Docket No. 283).

Response Deadline:    June 3, 2019 at 4:00 p.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a)      Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 3/13/19] (Docket No. 166).

b)      Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 3/13/19] (Docket No. 165).

c)      Amended Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 5/24/19] (Docket No. 282).

d)      Combined Notice of Hearing on (I) Proposed Settlement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties, (II) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization, as Amended, (III) Debtors' Joint Chapter 11 Plan of Reorganization, as Amended, and (IV) Proposed Postpetition Credit Facility [Filed: 5/8/19] (Docket No. 248).

e)      [Signed] Order (I) Scheduling Hearings on (A) Adequacy of Disclosure Statement, (B) Confirmation of Plan of Reorganization, and (C) Assumption of Executory Contracts; (II) Fixing the Deadlines to Object to Disclosure Statement, Plan, and Proposed Assumption of Executory Contracts; (III) Approving Form and Manner of Notice of Hearing and Objection Deadlines; and (IV) Granting Related Relief [Filed: 5/20/19] (Docket No. 268).

f)      Notice of Filing of (I) Settlement Agreement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties; (II) Proposed Order Approving Settlement Agreement; (III) Proposed Order Approving Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Reorganization; and (IV) Proposed Order Granting Voluntary Dismissal of Adversary Proceeding [Filed: 5/24/19] (Docket No. 284).

g)      Notice of Hearing on (I) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization, (II) Debtors' Joint Chapter 11 Plan of Reorganization, and (III) Assumption of Executory Contracts by the Debtors [Filed: 5/24/19] (Docket No. 285).

      h)      **Certification of Counsel Regarding Revised Proposed Order Approving Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Reorganization [Filed: 6/24/19] (Docket No. 311).**

<u>Status</u>:  **This matter will go forward.  The Debtors have negotiated a revised proposed order approving the Disclosure Statement with the UST and Lender Parties and have filed it under certification of counsel.**

## **CONTESTED MATTERS**

4.      **9019 Motion with Lenders** – Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties [Filed: 5/15/19] (Docket No. 253).

<u>Response Deadline</u>:    June 3, 2019 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>:

      a)      **U.S. Trustee's Objection to Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtors, Certain Non-Debtor Affiliates and Lender Parties [Filed: 6/3/19] (Docket No. 306).**

<u>Related Documents</u>:

      a)      Notice of Settlement Term Sheet [Filed: 5/7/19] (Docket No. 242).

      b)      Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties [Filed: 5/15/19] (Docket No. 254).

      c)      [Signed] Order Granting Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing with Respect to Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties [Filed: 5/20/19] (Docket No. 266).

      d)      Notice of Hearing on Motion of the Debtors Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving Settlement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties [Filed: 5/20/19] (Docket No. 269).

      e)      Notice of Filing of (I) Settlement Agreement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties; (II) Proposed Order Approving Settlement Agreement; (III) Proposed Order Approving Disclosure Statement for Debtors'

DOCS_DE:223967.3 93856/003

Amended Joint Chapter 11 Plan of Reorganization; and (IV) Proposed Order Granting Voluntary Dismissal of Adversary Proceeding [Filed: 5/24/19] (Docket No. 284).

f)      Notice of Filing of Exhibits to Settlement Agreement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties [Filed: 5/31/19] (Docket No. 304).

Status:  **This matter will go forward.**

5.      **DIP Motion** – Motion of Debtors for Entry of Order (A) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (B) Authorizing Postpetition Use of Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Parties, and (D) Granting Related Relief [Filed: 5/22/19] (Docket No. 274).

Response Deadline:    May 29, 2019 at 4:00 p.m. Eastern Time.  Extended to May 30, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

Responses Received:

a)      Limited Objection and Reservation of Rights of the United States Trustee to the Motion of the Debtors for Entry of Order (A) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (B) Authorizing Postpetition Use of Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Parties, and (D) Granting Related Relief [Filed: 5/30/19] (Docket No. 297).

Related Documents:

a)      Notice of Filing of DIP Budget in Support of Motion of Debtors for Entry of Order (A) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (B) Authorizing Postpetition Use of Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Parties, and (D) Granting Related Relief [Filed: 5/28/19] (Docket No. 291).

b)      Declaration of Miriam Martinez in Support of Motion of Debtors for Entry of Order (A) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (B) Authorizing Postpetition Use of Cash Collateral, (C) Granting Adequate Protection to Prepetition Secured Parties, and (D) Granting Related Relief [Filed: 5/31/19] (Docket No. 303).

Status:  This matter will go forward.

DOCS_DE:223967.3 93856/003

Dated: June 4, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Colin R. Robinson*
                                       Richard M. Pachulski (CA Bar No. 62337)
                                       Ira D. Kharasch (CA Bar No. 109084)
                                       Maxim B. Litvak (CA Bar No. 215852)
                                       Colin R. Robinson (DE Bar No. 5524)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, DE  19899-8705 (Courier 19801)
                                       Telephone: (302) 652-4100
                                       Facsimile:  (302) 652-4400
                                       E-mail:      rpachulski@pszjlaw.com
                                                    ikharasch@pszjlaw.com
                                                    mlitvak@pszjlaw.com
                                                    crobinson@pszjlaw.com

                                       Counsel for the Debtors and Debtors-in-Possession