IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 19, 2019 AT 11:00 A.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTERS GOING FORWARD**

1. **MLA/Brean Retention Application** – Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 5/22/19] (Docket No. 273).

   Response Deadline:   June 14, 2019 at 4:00 p.m. Eastern Time.  Extended to June 17, 2019 at 4:00 p.m. Eastern Time for the United States Trustee.

   Responses Received:  Informal comments from the United States Trustee ("UST").

   Related Documents:

   a) Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] **Amended items appear in bold.**

Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 5/23/19] (Docket No. 278).

    (i)    Objection of the United States Trustee to the Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors and for Related Relief [Filed: 5/24/19] (Docket No. 280).

b)    [Signed] Order Denying Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 5/28/19] (Docket No. 290).

c)    Notice of Hearing on Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 5/29/19] (Docket No. 293).

d)    Notice of Executed Exhibit "A" to Debtors' Application for Entry of an Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 5/29/19] (Docket No. 294).

e)    Certification of Counsel Regarding Revised Proposed Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 6/17/19] (Docket No. 338).

f)    **[Signed] Order: (A) Authorizing the Employment and Retention of Maple Life Analytics, LLC and Brean Capital, LLC as Due Diligence and Marketing Agents to the Debtors; (B) Modifying Information Requirements of Local Rule 2016-2(d); and (C) Granting Related Relief [Filed: 6/18/19] (Docket No. 342).**

Status:  **The order has been entered.  No hearing is necessary.**

2. **Amended Plan** – Amended Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 5/24/19] (Docket No. 282).

   Plan Objection Deadline:     June 17, 2019 at 4:00 p.m. Eastern Time.

   Assumption Objection Deadline:     June 17, 2019 at 4:00 p.m. Eastern Time.

   Responses Received:  Informal comments from the UST.

   Related Documents:

   a)   Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 3/13/19] (Docket No. 165).

   b)   Amended Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 5/24/19] (Docket No. 283).

   c)   Combined Notice of Hearing on (I) Proposed Settlement Between Debtors, Certain Non-Debtor Affiliates, and Lender Parties, (II) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization, as Amended, (III) Debtors' Joint Chapter 11 Plan of Reorganization, as Amended, and (IV) Proposed Postpetition Credit Facility [Filed: 5/8/19] (Docket No. 248).

   d)   [Signed] Order (I) Scheduling Hearings on (A) Adequacy of Disclosure Statement, (B) Confirmation of Plan of Reorganization, and (C) Assumption of Executory Contracts; (II) Fixing the Deadlines to Object to Disclosure Statement, Plan, and Proposed Assumption of Executory Contracts; (III) Approving Form and Manner of Notice of Hearing and Objection Deadlines; and (IV) Granting Related Relief [Filed: 5/20/19] (Docket No. 268).

   e)   Notice of Hearing on (I) Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization, (II) Debtors' Joint Chapter 11 Plan of Reorganization, and (III) Assumption of Executory Contracts by the Debtors [Filed: 5/24/19] (Docket No. 285).

   f)   [Signed] Order Approving Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan of Reorganization [Filed: 6/5/19] (Docket No. 318).

   g)   Debtors' Notice of (I) Assumption of Executory Contracts, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [Filed: 6/7/19] (Docket No. 326).

   h)   Notice Regarding Hearing on Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization [Filed: 6/11/19] (Docket No. 328).

   i)   **Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [Filed: 6/18/19] (Docket No. 343).**

j) **Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [Filed: 6/18/19] (Docket No. 340).**

k) **Declaration of Miriam Martinez in Support of Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization [Filed: 6/18/19] (Docket No. 341).**

<u>Status</u>:  This matter will go forward.  **The Debtors have resolved the UST's informal comments.**

| | |
|---|---|
| Dated: June 18, 2019 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 62337)<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail:     rpachulski@pszjlaw.com<br>                  ikharasch@pszjlaw.com<br>                  mlitvak@pszjlaw.com<br>                  crobinson@pszjlaw.com<br><br>Counsel for the Debtors and Debtors-in-Possession |