IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) ) (Jointly Administered) ) |
| Debtors. | ) ) ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 22, 2019 AT 3:30 P.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## MATTERS GOING FORWARD

1. **Sale Motion** – Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/9/19] (Docket No. 358).

    Response Deadline:  July 16, 2019 at 5:00 p.m. Eastern Time. Extended for the U.S. Trustee to July 18, 2019 at 5:00 p.m. Eastern Time. Extended for the Lender Parties to July 19, 2019 at 4:00 p.m. Eastern Time.

    Responses Received: None as of the date hereof.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

Related Documents:

a) Declaration of Miriam Martinez in Support of Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/9/19] (Docket No. 359).

b) Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/9/19] (Docket No. 360).

c) [Signed] Order Granting Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/11/19] (Docket No. 364).

d) Notice of Hearing on Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/11/19] (Docket No. 365).

    e)    Notice of Hearing on Sale of Majority Equity Interests of the Debtors [Dated: 7/11/19] (Docket No. N/A).

    f)    Notice of Filing of Commitment Letter and [SEALED] Term Sheet Attached Thereto with Respect to Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/12/19] (Docket No. 368).

    g)    Notice of Filing of Commitment Letter and [REDACTED] Term Sheet Attached Thereto with Respect to Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner LLC By Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [Filed: 7/12/19] (Docket No. 370).

Status: This matter will go forward.

2. **Seal Motion** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Portions of the Term Sheet Attached to the Commitment Letter with Respect to Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Approving Bid Protections in Favor of the Purchaser Support Parties, (C) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (D) Granting Related Relief [Filed: 7/12/19] (Docket No. 369).

Response Deadline:   July 19, 2019 at 4:00 p.m. Eastern Time.

Responses Received:   None as of the date hereof.

Related Documents:   None as of the date hereof.

Status: This matter will go forward.

Dated: July 18, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    rpachulski@pszjlaw.com
           ikharasch@pszjlaw.com
           mlitvak@pszjlaw.com
           crobinson@pszjlaw.com

Counsel for the Debtors and Debtors-in-Possession