IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 18-12808 (KG) <br> ) (Jointly Administered) <br> ) <br> ) **Related Docket Nos. 358, 364, 368, 370** |

**NOTICE OF FILING OF FINAL COMMITMENT LETTER AND [REDACTED] FINAL TERM SHEET ATTACHED THERETO WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE SALE OF THE MAJORITY EQUITY INTERESTS IN DEBTORS WHITE EAGLE ASSET PORTFOLIO, LP AND WHITE EAGLE GENERAL PARTNER, LLC FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) AUTHORIZING ASSUMPTION AND PAYMENT OF LIABILITIES OF WHITE EAGLE ASSET PORTFOLIO, LP AND WHITE EAGLE GENERAL PARTNER, LLC BY DEBTOR LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY; (C) APPROVING BID PROTECTIONS IN FAVOR OF THE PURCHASER SUPPORT PARTIES, (D) GRANTING THE BUYER AND THE PURCHASER SUPPORT PARTIES THE PROTECTIONS AFFORDED TO A GOOD FAITH PURCHASER, AND (E) GRANTING RELATED RELIEF**

TO:  (a) the Office of the United States Trustee; (b) the Debtors' top unsecured creditors; (c) counsel for the Lender Parties; (d) Wilmington Trust, N.A.; (e) counsel to the Buyer and the Purchaser Support Parties; and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on July 9, 2019, the above-captioned debtors

(collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (A) Authorizing the*

*Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle*

*General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B)*

*Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

*Eagle General Partner, LLC by Debtor Lamington Road Designated Activity Company, (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief* (the "Motion") [Docket No. 358][2] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that on July 12, 2019, the Debtors filed the Commitment Letter with a sealed version [Docket No. 368] and redacted version [Docket No. 370] of the Term Sheet.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the final version of the Commitment Letter in support of the Sale.  Attached as **Exhibit A** to the Commitment Letter is a *redacted* version of the final form of the Term Sheet.  The Debtors reserve all rights to further revise or modify the Commitment Letter and the Term Sheet attached thereto.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redlined version of the Commitment Letter.

---

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Motion.

Dated:  July 18, 2019 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail: rpachulski@pszjlaw.com
 ikharasch@pszjlaw.com
 mlitvak@pszjlaw.com
 crobinson@pszjlaw.com

Counsel for the Debtors