IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) | Case No. 18-12808 (KG) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 19th day of July, 2019, I caused a

copy of the following document(s) to be served on the individual(s) on the attached service list(s)

in the manner indicated:

> **Notice of Filing of Final Commitment Letter and [Redacted] Final Term Sheet Attached Thereto with Respect to Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC By Debtor Lamington Road Designated Activity Company; (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

White Eagle – Expedited 2002 Service List
Case No. 18-12808 (KG)
Document No. 222320
02 – Overnight Delivery
01 – Fax
36 – Email


(Counsel to Debtors)
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

**Overnight Delivery**
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**Overnight Delivery**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104

**FAX**
301-347-4403
(Top Unsecured Creditor)
MLF Lexserv
Nathan A. Evans, President & CEO
4350 East-West Highway, Suite 905
Bethesda, MD  20814

**Email**
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899
usade.ecfbankruptcy@usdoj.gov

**Email**
(United States Trustee)
Juliet M. Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801
juliet.m.sarkessian@usdoj.gov

**Email**
(Delaware Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 North French Street
Wilmington, DE  19801
attorney.general@state.de.us

**Email**
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 North French Street
Wilmington, DE  19801
zillah.frampton@state.de.us

**Email**
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE  19901
dosdoc_ftax@state.de.us

**Email**
(United States Attorney General)
William Barr, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
askdoj@usdoj.gov

**Email**
(Pension Benefit Guaranty Corporation)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005
efile@pbgc.gov

**Email**
Securities and Exchange Commission
Marc P. Berger, Esquire
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281-1022
nyrobankruptcy@sec.gov

**Email**
Securities and Exchange Commission -
Headquarters
100 F Street, NE
Washington, DC  20549
secbankruptcy@sec.gov

**Email**
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
philadelphia@sec.gov

**Email**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
statetreasurer@state.de.us

**Email**
(Counsel to LNV Corporation and CLMG
Corp.)
David Turetsky, Esquire
Andrew Zatz, Esquire
Kimberly A. Haviv, Esquire
Samuel P. Hershey, Esquire
White & Case LLP
1221 Avenue of the Americas
New York, NY  10020-1095
david.turetsky@whitecase.com
azatz@whitecase.com
kim.haviv@whitecase.com
sam.hershey@whitecase.com

**Email**
(Counsel for CLMG Corp. and LNV
Corporation)
Thomas E. Lauria, Esquire
Jesse L. Green, Esquire
White & Case LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4900
Miami, FL  33131
tlauria@whitecase.com
jgreen@whitecase.com

**Email**
(Counsel for CLMG Corp. and LNV
Corporation)
Jason N. Zakia, Esquire
White & Case LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL  60606-4302
jzakia@whitecase.com

**Email**
(Counsel for CLMG Corp. and LNV
Corporation)
Jeffrey M. Schlerf, Esquire
Carl D. Neff, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE  19801
jschlerf@foxrothschild.com
cneff@foxrothschild.com

2

**Email**
(Counsel for Wilmington Trust)
Andrew Skouvakis, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801
andy.skouvakis@klgates.com

**Email**
(Counsel for Wilmington Trust National
Association)
Matthew B. Goeller, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801
matthew.goeller@klgates.com

**Email**
(Counsel for Wilmington Trust National
Association)
David C. Neu, Esquire
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
david.neu@klgates.com

**Email**
(Top Unsecured Creditor)
Jesus E. Cuza, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL  33131
jesus.cuza@hklaw.com

**Email**
(Top Unsecured Creditor)
Gabriel Hertzberg, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY  10178-0061
ghertzberg@curtis.com

**Email**
(Top Unsecured Creditor)
Scott E. Waxman, Esquire
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE  19801
scott.waxman@klgates.com

**Email**
(Top Unsecured Creditor)
Daniel Coker Horton & Bell, P.A.
Attn: Alfred Smith
4400 Old Canton Road, Suite 400
Jackson, MS  39215-1084
asmith@danielcoker.com

**Email**
(Top Unsecured Creditor)
Omid Zareh, Esquire
Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY  10111
ozareh@wzmplaw.com

**Email**
(Top Unsecured Creditor)
Glenn J. Waldman, Esquire
Waldman Trigoboff Hildebrandt & Calnan,
P.A.
Plaza 100, Suite 780
100 N.E. Third Avenue
Fort Lauderdale, FL  33301
gwaldman@waldmanlawfirm.com

**Email**
(Counsel to Creditors JSARCO, LLC)
Joseph E. Sarachek, Esquire
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY  10178
joe@saracheklawfirm.com