# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) ) Case No. 18-12808 (KG) |
| Debtors. | ) ) (Jointly Administered) ) |

## CERTIFICATE OF SERVICE

I, Jeffrey M. Schlerf, hereby certify that I caused a copy of the following documents to be served on the individuals on the service list attached on July 19, 2019 in the manner indicted.

- **Objection to Debtors' Motion for Entry of an Order (A) Authorizing the Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP by Debtor Lamington Road Designated Activity Company; (C) Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E) Granting Related Relief [D.I. 387]**

**FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE Bar No. 3047)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 463-4971
jschlerf@foxrothschild.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

## SERVICE LIST

VIA HAND DELIVERY
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

VIA ELECTRONIC MAIL
Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Email: rpachulski@pszjlaw.com

VIA OVERNIGHT DELIVERY
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q330.133
Philadelphia, PA 19104

VIA ELECTRONIC MAIL
Waldman Trigoboff Hildebrandt & Calnan, P.A.
Attn: Glenn J. Waldman, Esq.
Plaza 100, Suite 780
100 N.E. Third Avenue
Fort Lauderdale, FL 33301
gwaldman@waldmanfirm.com

VIA ELECTRONIC MAIL
Omid Zareh, Esq.
Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
ozareh@wzmplaw.com

VIA FACSIMILE
MLF Lexserv
Nathan A. Evans, President & CEO
4350 East-West Highway, Suite 905
Bethesda, MD 20814
301-347-4403

VIA ELECTRONIC MAIL
David C. Weiss c/o Ellen Slights, Esq.
U.S. Attorney's Office
District of Delaware
1313 N. Market Street, Suite 400
Wilmington, DE 19899
Usade.ecfbankruptcy@usdoj.gov

VIA ELECTRONIC MAIL
Juliet M. Sarkessian, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Juliet.m.sarkessian@usdoj.gov

VIA ELECTRONIC MAIL
Kathy Jennings, Esq.
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 North French Street
Wilmington, DE  19801
Attorney.general@state.de.us

VIA ELECTRONIC MAIL
Zillah A. Frampton, Bankruptcy Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 North French Street
Wilmington, DE  19801
Zillah.frampton@state.de.us

VIA ELECTRONIC MAIL
Secretary of State
Division of Corporations – Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE  19901
Dosdoc_ftax@state.de.us

VIA ELECTRONIC MAIL
William Barr, Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
Askdoj@usdoj.gov

VIA ELECTRONIC MAIL
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005
efile@pbgc.gov

VIA ELECTRONIC MAIL
Securities and Exchange Commission
Marc P. Berger, Esq.
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281-1022
nyrobankruptcy@sec.gov

VIA ELECTRONIC MAIL
Securities and Exchange Commission Headquarters
100 F Street, NE
Washington, DC  20549
secbankruptcy@sec.gov

VIA ELECTRONIC MAIL
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
philadelphia@sec.gov

| | |
|---|---|
| VIA ELECTRONIC MAIL<br>Secretary of Treasury<br>820 Silver Lake Boulevard, Suite 100<br>Dover, DE  19904<br>statetreasurer@state.de.us | VIA ELECTRONIC MAIL<br>Andrew Skouvakis, Esq.<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE  19801<br>Andy.skouvakis@klgates.com |
| VIA ELECTRONIC MAIL<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE  19801<br>Matthew.goeller@klgates.com | VIA ELECTRONIC MAIL<br>David C. Neu, Esq.<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>David.neu@klgates.com |
| VIA ELECTRONIC MAIL<br>Jesus E. Cuza, Esq.<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, FL  33131<br>Jesus.cuza@hklaw.com | VIA ELECTRONIC MAIL<br>Gabriel Hertzberg, Esq.<br>Curtiss Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178-0061<br>ghertzberg@curtis.com |
| VIA ELECTRONIC MAIL<br>Scott E. Waxman, Esq.<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE  19801<br>Scott.waxman@klgates.com | VIA ELECTRONIC MAIL<br>Alfred Smith, Esq.<br>Daniel Coker Horton & Bell, P.A.<br>4400 Old Canton Road, Suite 400<br>Jackson, MS  39215-1084<br>asmith@Danielcoker.com |

VIA ELECTRONIC MAIL
Joseph E. Sarachek, Esq.
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178
joe@saracheklawfirm.com

VIA OVERNIGHT DELIVERY
U.S. Department of the Treasury
Office of General Counsel
1500 Pennsylvania Ave., NW
Washington, DC 20220

VIA ELECTRONIC MAIL
Laura Metzger, Esw.
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
lmetzger@orrick.com