IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 18-12808 (KG)<br>) (Jointly Administered)<br>)<br>) **Related Docket Nos. 358, 364, 368,<br> 370, 387** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE SALE OF THE MAJORITY EQUITY INTERESTS IN DEBTORS WHITE EAGLE ASSET PORTFOLIO, LP AND WHITE EAGLE GENERAL PARTNER, LLC FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) AUTHORIZING ASSUMPTION AND PAYMENT OF LIABILITIES OF WHITE EAGLE ASSET PORTFOLIO, LP AND WHITE EAGLE GENERAL PARTNER, LLC BY DEBTOR LAMINGTON ROAD DESIGNATED ACTIVITY COMPANY; (C) APPROVING BID PROTECTIONS IN FAVOR OF THE PURCHASER SUPPORT PARTIES, (D) GRANTING THE BUYER AND THE PURCHASER SUPPORT PARTIES THE PROTECTIONS AFFORDED TO A GOOD FAITH PURCHASER, AND (E) <u>GRANTING RELATED RELIEF</u>**

TO:    (a) the Office of the United States Trustee; (b) the Debtors' top unsecured creditors; (c) counsel for the Lender Parties; (d) Wilmington Trust, N.A.; (e) counsel to the Buyer and the Purchaser Support Parties; and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on July 9, 2019, the above-captioned debtors

(collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (A) Authorizing the*

*Sale of the Majority Equity Interests in Debtors White Eagle Asset Portfolio, LP and White Eagle*

*General Partner, LLC Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B)*

*Authorizing Assumption and Payment of Liabilities of White Eagle Asset Portfolio, LP and White*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

*Eagle General Partner, LLC by Debtor Lamington Road Designated Activity Company, (C)*

*Approving Bid Protections in Favor of the Purchaser Support Parties, (D) Granting the Buyer*

*and the Purchaser Support Parties the Protections Afforded to a Good Faith Purchaser, and (E)*

*Granting Related Relief* (the "Motion") [Docket No. 358][2] with the United States Bankruptcy

Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

(the "Bankruptcy Court").  You were previously served with a copy of the Motion.

       **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a

revised proposed order with respect to the Motion (the "Revised Proposed Order").  Attached as

**Exhibit 2** is a redline of the Revised Proposed Order against the version of the order originally

filed with the Motion.  The changes in the Revised Proposed Order were made to resolve an

objection to the Motion filed by CLMG Corp and LNV Corporation [Docket No., 387] and to

include certain comments requested by the Buyer (as defined in the Revised Proposed Order).

       **PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the

Revised Proposed Order for entry at a hearing on the Motion before the Bankruptcy Court on

July 22, 2019, at 3:30 P.M. prevailing Eastern time (the "Hearing").  The Revised Proposed

Order may be subject to further changes prior to the Hearing.

---

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Motion.

DOCS_DE:224584.1 93856/005

Dated:  July 22, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
            ikharasch@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

Counsel for the Debtors

DOCS_DE:224584.1 93856/005