IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 23, 2019 AT 11:00 A.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTER GOING FORWARD**

1. **Seal Motion** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Unredacted First and Final Fee Application of Kasowitz Benson Torres LLP for Allowance of Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period December 13, 2018 through June 19, 2019 [Filed: 8/14/19] (Docket No. 404).

    Response Deadline:   At the hearing.

    Responses Received:   Informal comments from the United States Trustee.

    Related Documents:

    a)   Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Unredacted First and Final Fee Application of Kasowitz Benson Torres LLP for Allowance of Compensation and Reimbursement of Expenses as Special

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] **Amended items appear in bold.**

      Litigation Counsel to the Debtors for the Period December 13, 2018 through June 19, 2019 [Filed: 8/14/19] (Docket No. 405).

   b)   [Signed] Order Granting Motion of the Debtors to Shorten Notice Period and Schedule Expedited Hearing on Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Unredacted First and Final Fee Application of Kasowitz Benson Torres LLP for Allowance of Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period December 13, 2018 through June 19, 2019 [Filed: 8/15/19] (Docket No. 406).

   c)   Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Unredacted First and Final Fee Application of Kasowitz Benson Torres LLP for Allowance of Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period December 13, 2018 through June 19, 2019 [Filed: 8/16/19] (Docket No. 407).

Status:  The Debtors have resolved the informal comments of the United States Trustee and will submit a revised order at the hearing as the objection deadline, at the request of the United States Trustee, was set for the hearing.

**FINAL FEE APPLICATION MATTERS**

2.   Final fee applications of estate professionals are scheduled to go forward at this hearing. Attached hereto as Exhibit A is an index of the fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that are in the fee application binder submitted to the Court, pursuant to the Court's Chambers' Procedures.

   Response Deadline:   See attached Exhibit A.

   Responses Received:   See attached Exhibit A.

   Related Documents:   See attached Exhibit A.

   Status:  **Final fee applications have been resolved or adjourned.  Proposed orders have been filed under certification of counsel.  No hearing is necessary unless requested by the Court.**

| | |
|---|---|
| Dated: August 22, 2019 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 62337)<br>Ira D. Kharasch (CA Bar No. 109084)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>E-mail:     rpachulski@pszjlaw.com<br>                 ikharasch@pszjlaw.com<br>                 mlitvak@pszjlaw.com<br>                 crobinson@pszjlaw.com<br><br>Counsel for the Debtors and Debtors-in-Possession |