# SIGN-IN-SHEET

CASE NAME: WHITE EAGLE ASSET PORTFOLIO, LP      COURTROOM LOCATION: 3
CASE NO.: 18-12808 (KG)      DATE: 8/23/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Colin R. Robinson | Pachulski, Stang, Ziehl + Jones | Debtors |
| | | |

# Court Conference

**Calendar Date:** 08/23/2019
**Calendar Time:** 11:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin Gross
Courtroom

*1st Revision  Aug 22 2019  2:56PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | White Eagle Asset Portfolio, LP | 18-12808 | Hearing | 9863367 | Andrew Dakos | (973) 615-6764 ext. | McGrail & Bensinger, LLP | Interested Party, McGrail & Bensinger, LLP / LISTEN ONLY |
| | | White Eagle Asset Portfolio, LP | 18-12808 | Hearing | 9992549 | Adam L. Shiff | (212) 506-1732 ext. | Kasowitz Benson & Torres LLP | Debtor, White Eagle / LIVE |