# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | Case No. 18-12808 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 398** |

## ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF KASOWITZ BENSON TORRES LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS FOR THE PERIOD DECEMBER 13, 2018 THROUGH JUNE 19, 2019

Upon consideration of the *First and Final Fee Application of Kasowitz Benson Torres LLP for Allowance of Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period December 13, 2018 Through June 19, 2019* (the "Application") filed on July 30, 2019, by Kasowitz Benson Torres LLP ("Kasowitz") as special litigation counsel to the Debtors[2] in the Chapter 11 Cases; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing to the Court that all of the requirements of sections 330 and 331 of the Bankruptcy Code, as well as Bankruptcy Rule 2016 and Local Rule 2016-2, have been satisfied; and it further appearing that the Fees and Expenses requested to be paid were reasonable and necessary; and that notice of the Application and any hearing thereon was appropriate under the circumstances; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] Capitalized terms used in this Order and not otherwise defined shall have the meanings ascribed to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED,** on a final basis.

2. Upon the entry of this Order, the Debtors shall pay to Kasowitz the amount of $375,000.00 (the "Budget Amount"), as reasonable compensation for professional legal services rendered and for reimbursement of actual and necessary expenses incurred by Kasowitz, as special litigation counsel to the Debtors in the Adversary Proceeding and the Chapter 11 Cases, for the period December 13, 2018 through and including June 19, 2019. Payment of the balance between the Budget Amount and the total amount of Fees and Expenses will be due from Emergent pursuant to arrangements between Kasowitz and Emergent.

3. The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: August 23rd, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE