IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | Case No. 18-12808 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 404** |

**ORDER AUTHORIZING DEBTORS' MOTION FOR ENTRY OF
AN ORDER AUTHORIZING DEBTORS TO FILE UNDER
SEAL EXHIBIT A TO FIRST AND FINAL FEE APPLICATION OF KASOWITZ
BENSON TORRES LLP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE
DEBTORS FOR THE PERIOD DECEMBER 13, 2018 THROUGH JUNE 19, 2019**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to file under seal an unredacted *First and Final Fee Application of Kasowitz Benson Torres LLP for Allowance of Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period December 13, 2018 through June 19, 2019* (the "Application")[2]; (ii) directing that Exhibit A to the Application shall remain under seal and confidential and not be made available to anyone without the express consent of the Debtors, except to the Court and the United States Trustee for the District of Delaware (the "U.S. Trustee"); and (iii) granting related

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Reply.

relief; all as more fully set forth in the Motion; and upon Exhibit A to the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized to file an unredacted Application under seal, subject to further order of the Court, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3.      Except upon further order of the Court, the unredacted Application shall remain under seal, and shall not be made available to anyone without the express consent of the Debtors, except that copies of the unredacted Application shall be provided to the Court and the U.S. Trustee on a confidential basis.  Such parties shall be bound by this Order and shall at all times keep the unredacted Application strictly confidential and shall not disclose such exhibit or the contents thereof to any party whatsoever.

4.    The Debtors and any party authorized to receive copies the unredacted Application pursuant to this Order shall, subject to Local Rule 9018-1(c) and without further Order of the Court:  (a) redact specific references to the contents of the Application that were redacted in the version of the Application that was filed on the docket in these cases at Docket No. 398 from any and all pleadings filed on the public docket maintained in these chapter 11 cases; and (b) not use or refer to such redacted information from the Application in any hearing unless appropriate safeguards have been put in place to protect the confidentiality of the information.

5.    This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the material filed under seal.

6.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 23rd, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:224962.3 93856/003