IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 382** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GRANT THORNTON LLP AS
INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM TO THE
DEBTORS FOR THE PERIOD DECEMBER 13, 2018 THROUGH JULY 11, 2019**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby withdraw without prejudice the *First and Final Application for Compensation and Reimbursement of Expenses of Grant Thornton LLP as Independent Registered Public Accounting Firm to the Debtors for the Period December 13, 2018 through July 11, 2019* [Docket No. 382] filed on July 18, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

2

| | |
|---|---|
| Dated: September 16, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Richard M. Pachulski (CA Bar No. 62337) |
| | Ira D. Kharasch (CA Bar No. 109084) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:    rpachulski@pszjlaw.com |
| |             ikharasch@pszjlaw.com |
| |             mlitvak@pszjlaw.com |
| |             crobinson@pszjlaw.com |
| | Counsel for the Debtors and Debtors-in-Possession |