THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) ) ) | Case No. 18-12808 (KG) |
| Reorganized Debtors. | ) ) ) | Jointly Administered |
| | | **Related Docket No. 421** |

**ORDER AND FINAL DECREE CLOSING THE CHAPTER 11 CASE
OF WHITE EAGLE ASSET PORTFOLIO, LP ONLY, WAIVING
REQUIREMENT OF FURTHER POST-CONFIRMATION REPORTING IN
SUCH CHAPTER 11 CASE, AND UPDATING CASE CAPTION**

The Reorganized Debtors in the above-captioned matter, (the "Reorganized Debtors") having filed a motion (the "Motion"),[2] seeking a final decree closing the chapter 11 case of White Eagle Asset Portfolio, LP ("WEAP") only pursuant to section 350(a) of chapter 11, title 11 of the United States Code as amended (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), waiving the requirement of further post-confirmation reporting in WEAP's chapter 11 case, and updating the case caption accordingly; and it appearing that WEAP's chapter 11 case has been fully administered as required by Bankruptcy Code section 350(a) and Bankruptcy Rule 3022, making no further administration necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738).  The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the following case be closed, effective as of the entry of this Order:

| Case Name | Case Number |
| --- | --- |
| WHITE EAGLE ASSET PORTFOLIO, LP | Case No. 18-12808 (KG) |

and it is further

ORDERED that the requirement to file further post-confirmation reports in WEAP's chapter 11 case shall be and hereby is waived. All further reporting with respect to the remaining cases of White Eagle General Partner, LLC and Lamington Road Designated Activity Company shall occur in Case Number 18-12614 (KG), White Eagle General Partner, LLC; and it is further

ORDERED that to the extent not already paid, the fees required to be paid by WEAP to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid as soon as reasonably practicable after the date of entry of this Order; and it is further

ORDERED that the Clerk of the Court shall enter this Order and Final Decree on the docket of WEAP's chapter 11 case and thereafter such docket shall be marked as "Closed;" and it is further

ORDERED that the remaining cases of White Eagle General Partner, LLC and Lamington Road Designated Activity Company shall be jointly administered through Case No. 18-12614 (KG), White Eagle General Partner, LLC; and it is further

ORDERED that the caption of these remaining cases is changed to:

| | |
|---|---|
| In re:<br><br>WHITE EAGLE GENERAL PARTNER, LLC, *et al.*[1]<br><br>Reorganized Debtors. | ) Chapter 11<br>)<br>) Case No. 18-12614 (KG)<br>)<br>) Jointly Administered<br>) |

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number include: White Eagle General Partner, LLC (8312) and Lamington Road Designated Activity Company (7738). The location of the Reorganized Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

and it is further

ORDERED this Order shall be effective and enforceable immediately upon entry hereof; and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code section 350(b), to reopen WEAP's chapter 11 case to administer assets, to accord relief to such entity, or for other cause, and pursuant to and to the extent necessary to enforce the provisions of the Plan, the Confirmation Order, or this Order.

**Dated: September 16th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:225029.4 93856/005