IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WHITE EAGLE ASSET PORTFOLIO, LP, *et al.*,[1] | ) Case No. 18-12808 (KG) |
|  | ) (Jointly Administered) |
|  | ) |
| Reorganized Debtors. | ) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 18, 2019 AT 2:00 P.M. (EASTERN TIME)

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

### MATTER FOR WHICH CNO HAS BEEN FILED

1. **Motion for Final Decree (WEAP)** – Motion for Entry of Order and Final Decree Closing the Chapter 11 Case of White Eagle Asset Portfolio, LP Only, Waiving Requirement of Further Post-Confirmation Reporting in Such Chapter 11 Case, and Updating Case Caption [Filed: 8/28/19] (Docket No. 421).

    Response Deadline:   September 11, 2019 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a) Certification of No Objection Regarding Docket No. 421 [Filed: 9/16/19] (Docket No. 423).

    b) **[Signed] Order and Final Decree Closing the Chapter 11 Case of White Eagle Asset Portfolio, LP Only, Waiving Requirement of Further Post-**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: White Eagle Asset Portfolio, LP (0691); White Eagle General Partner, LLC (8312); and Lamington Road Designated Activity Company (7738). The location of the Debtors' service address in these chapter 11 cases is 5355 Town Center Road, Suite 701, Boca Raton, FL 33486.

[2] **Amended items appear in bold.**

Confirmation Reporting in Such Chapter 11 Case, and Updating Case Caption [Filed: 9/16/19] (Docket No. 425).

Status: **The order has been entered. No hearing is necessary.**

Dated: September 17, 2019

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Colin R. Robinson
Richard M. Pachulski (CA Bar No. 62337)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
            ikharasch@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

Counsel for the Debtors and Debtors-in-Possession

DOCS_DE:225350.2 93856/005